UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VERVICIA HENDERSON, DEBORAH REESE, RICHARD EIDEMILLER, PATRICIA RAMSEY, BRENDA JACKSON, EMILIO SAN MARTIN, ERIC RUTLEDGE, WENDY STONE, KEVIN KIELY, KRISTEN SHEEN, BRENDAN HAVENS, JEFF KOZAK, TOM STONE, BRIAN SLUSARZ, KRISTI HUJIK, HELEN TOSTI, JOHN TOSTI, ERIC SAPERSTEIN, ANA SAPERSTEIN, ARI SAPERSTEIN, JORDAN SCHURSKY, AUBREY CARP, HARRISON CARP-SCHURSKY, LAURA JUDA, MARK JUDA, ANDREW EBERT, BRENDA WHITE, DONALD GOERTZ, JENNIFER JOHNSON, DREW JOHNSON, BENJAMIN JOHNSON, PATRICIA ANDERSON, ARTHUR ANDERSON, DAVID A. BERRY, ADAM BRACKETT, ELIZABETH BRACKETT, MEREDITH BRUNELLE, JUSTIN BRUNELLE, DONNA DEMILT, VICTOR GOLDSCHMIDT, ELAINE GOLDSCHMIDT, LOGAN GOODSON, MICHAEL L IACOVINO, DAWN IACOVINO, MICHAEL D IACOVINO, MORGAN INNES, KELLY KEMP, NAOYUKI KOMATSU, NAHO KOMATSU, RYO KOMATSU, MICHAEL MCGARRY, ANN MCGARRY, JEFFREY MUDDELL, STEPHANIE MUDDELL, RENEE

ROSS, WILLIAM SIEGRIST,
AMANDA SIEGRIST, AUSTIN
SIEGRIST, CRISTINA TURK, JACK
TURK, THEODORA TURK,
ANDREW INNES and BRIAN
KEMP,

                Plaintiffs,

v.                                         Case No: 6:21-cv-1363-RBD-DCI

LOCKHEED MARTIN
CORPORATION, NBCUNIVERSAL
MEDIA, LLC, UNIVERSAL CITY
PROPERTY MANAGEMENT
COMPANY III, LLC and
UNIVERSITY CITY
DEVELOPMENT PARTNERS LTD.,

                Defendants.
_____

## ORDER DISMISSING PARTY

The Plaintiff filed a Notice of Voluntary Dismissal of Defendant University City Development Partners LTD. (Doc. 40) "Rule 41 allows a plaintiff to dismiss all of his claims against a particular defendant." *Klay v. United Healthgroup, Inc.*, 376 F.3d 1092, 1106 (11th Cir. 2004). The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk is **DIRECTED** to terminate Defendant University City Development Partners LTD. as a party to this action.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 23, 2021.



ROY B. DALTON JR.
United States District Judge