UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| VERVICIA HENDERSON, *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION; and UNIVERSITY CITY PROPERTY MANAGEMENT COMPANY III, LLC;<br><br>    Defendants. | Case No. 6:21-cv-01363-RBD-DCI |

### UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO SERVE REBUTTAL REPORTS ADDRESSING THE EXPERT REPORT OF ROBERT C. JAMES

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and the Court's inherent authority to control its docket, Plaintiffs move for a one week extension of time to August 8, 2022, to serve rebuttal reports addressing the Expert Report of Robert C. James.

The current deadline under this Court's Case Management and Scheduling Order for Plaintiffs to serve rebuttal reports is August 1, 2022. The Court previously granted an extension of Lockheed Martin's Deadline to submit the expert report of Robert James due to illness. At that time, Lockheed Martin made clear that it did not oppose a corresponding one week extension of the submission of Plaintiffs' Expert Reports to the extent that they address the James Report.

1

Plaintiffs now request such an extension. This request is made in good faith and will not prejudice Defendants. Plaintiffs will serve any rebuttal reports not addressing the James Report on August 1. Moreover, a one-week extension for such rebuttal(s) will not impact any other deadlines in this Court's Case Management and Scheduling Order.

Accordingly, Plaintiffs respectfully request an extension through August 8, 2022 to serve any rebuttal report(s) addressing the James Report, which would facilitate the parties working toward a "just, speedy, and inexpensive determination" of this action. Fed. R. Civ. P. 1.

Date: July 13, 2022

Respectfully submitted,

*/s/ Rene Rocha*
Rene F. Rocha*
rrocha@ForThePeople.com
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
400 Poydras St., Suite 1505
New Orleans, LA 70130
P: (954) 318-0268
F: (954) 327-3018

T. Michael Morgan
FL Bar No. 62229
mmorgan@ForThePeople.com
**MORGAN & MORGAN, P.A.**
20 N Orange Ave., Suite 1600
Orlando, FL 32801
P: (407) 418-2031
F: (407) 245-3384

Frank M. Petosa
FL Bar No. 972754

fpetosa@ForThePeople.com
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
8151 Peters Road
4th Floor
Plantation, FL 33324
P: (954) 327-5366
F: (954) 327-3018

Michael F. Ram*
mram@forthepeople.com
Marie N. Appel*
mappel@forthepeople.com
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

**Pro Hac Vice*
*Counsel for Plaintiffs*

## **RULE 3.01(g) CERTIFICATION**

The undersigned certifies that counsel for Plaintiffs have conferred with counsel for Lockheed Martin, who consent to the requested relief.

                         */s/Rene F. Rocha*
                         Rene F. Rocha*
                         rrocha@ForThePeople.com
                         **MORGAN & MORGAN**
                         **COMPLEX LITIGATION GROUP**
                         400 Poydras St., Suite 1505
                         New Orleans, LA 70130
                         P: (954) 318-0268
                         F: (954) 327-3018
                         *Counsel For Plaintiff*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on July 13, 2022 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

      */s/Rene F. Rocha*
      Rene F. Rocha*
      rrocha@ForThePeople.com
      **MORGAN & MORGAN**
      **COMPLEX LITIGATION GROUP**
      400 Poydras St., Suite 1505
      New Orleans, LA 70130
      P: (954) 318-0268
      F: (954) 327-3018
      *Counsel For Plaintiff*