UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| VERVICIA HENDERSON, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> LOCKHEED MARTIN CORPORATION; and UNIVERSAL CITY PROPERTY MANAGEMENT COMPANY III, LLC, <br><br>    Defendant. | Case No. 6:21-cv-01363-37DCI |

**LOCKHEED MARTIN'S MOTION TO DISMISS PLAINTIFFS JACKSON AND REYNOLDS FOR FAILURE TO COMPLETE FACT SHEETS**

Pursuant to the Court's Order (Doc. 107), Lockheed Martin Corporation moves to dismiss the claims brought by Plaintiffs Brenda Jackson and Clifton Reynolds Jr.

On June 7, 2022, this Court ordered each Plaintiff to "produce to Defendants a completed [Plaintiff Fact Sheet ('PFS')], executed authorizations, and responsive documents within sixty (60) days from the date of entry of this Order." (*Id.*) The Court outlined procedures for non-compliance:

> Any Plaintiff who fails to comply with their PFS obligations in this Order may be subject to having their claims dismissed. If a Plaintiff fails to provide a PFS within the time allotted or provides a PFS that is not substantially complete in all material respects, Defendants shall send a Notice of Overdue Discovery ("Delinquency Letter") or Notice of Incomplete Discovery ("Deficiency Letter") to that Plaintiff's counsel identifying the discovery overdue and/or the material deficiency. The Plaintiff shall have thirty (30) days after receiving a Delinquency Letter or Deficiency Letter to submit the PFS or cure the alleged deficiency. If that Plaintiff has not provided a completed PFS and/or cured the material deficiency within thirty (30) days after receiving a Delinquency

> Letter or Deficiency Letter, after meeting and conferring with the Plaintiff's counsel, Defendants may move the Court for an Order dismissing the Complaint without prejudice. The Plaintiff shall have fourteen (14) days from the date of Defendants' motion to file a response either certifying that the Plaintiff has served upon Defendants and Defendants have received a completed PFS and attaching appropriate documentation of receipt or otherwise opposing Defendants' motion. If a Plaintiff fails to file a response, an Order dismissing the case without prejudice will be entered at the Court's discretion. Unless the Plaintiff has served Defendants with a completed PFS within thirty (30) days after entry of any such Order of dismissal without prejudice, the Order may be converted to a dismissal with prejudice on Defendants' motion, at the Court's discretion.

(*Id.* at 4–5.)  On August 9, 2022, Plaintiffs served completed PFSs on Lockheed Martin.  On August 15, 2022, Lockheed Martin sent a Notice of Incomplete and Overdue Discovery to Plaintiffs, noting, among other issues, that Lockheed Martin did not receive PFSs from Brenda Jackson and Clifton Reynolds Jr.  (Ex. A.)  On September 15, 2022, Lockheed Martin, having still not received a PFS from Brenda Jackson and Clifton Reynolds Jr, contacted Plaintiffs' counsel to meet and confer regarding this motion to dismiss.  On September 16, 2022, the parties met and conferred via phone, but were unable to reach agreement on this Motion.

Plaintiffs Brenda Jackson and Clifton Reynolds Jr. have not provided completed PFSs to Lockheed Martin and thus, Lockheed Martin moves for dismissal of their claims.

[*Signatures of counsel below*.]

Dated: October 3, 2022

Francis A. Citera*
citeraf@gtlaw.com
Gretchen N. Miller*
millerg@gtlaw.com
**GREENBERG TAURIG, LLP**
77 West Wacker Dr., Ste. 3100
Chicago, Illinois 60601
Telephone: (312) 456-6583
Facsimile: (312) 899-0320

*Specially admitted

Respectfully submitted,

/s/ *David Weinstein*
David B. Weinstein (FBN 604410)
weinsteind@gtlaw.com
Christopher Torres (FBN 0716731)
torresch@gtlaw.com
Ryan T. Hopper (FBN 0107347)
hopperr@gtlaw.com
Raymond Jackson (FBN 1028350)
jacksonra@gtlaw.com
Christopher R. White (FBN 1022219)
whitech@gtlaw.com
**GREENBERG TAURIG, P.A.**
101 E. Kennedy Blvd., Ste. 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900

*Attorneys for Defendant Lockheed Martin Corporation*

**LOCAL RULES 3.01(g) CERTIFICATION**

I certify that I have conferred with counsel for Plaintiff, who opposes this Motion.

/s/ *David Weinstein*
Attorney for Lockheed Martin

**CERTIFICATE OF SERVICE**

I certify that on October 3, 2022, I caused this document to be electronically served to counsel of record.

/s/ *David Weinstein*
Attorney