# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| VERVICIA HENDERSON et al., <br><br> Plaintiffs, <br><br> v. <br><br> LOCKHEED MARTIN CORPORATION; NBCUNIVERSAL MEDIA, LLC; UNIVERSAL CITY PROPERTY MANAGEMENT COMPANY III, LLC; and UNIVERSAL CITY DEVELOPMENT PARTNERS LTD., <br><br> Defendants. | Case No. 6:21-cv-1363-37DCI |

## NOTICE OF MATERIALS FILED IN SUPPORT OF LOCKHEED MARTIN'S MOTION TO EXCLUDE THE TESTIMONY OF DR. MATTISON

Lockheed Martin files the following materials in support of its (a) Motion to Exclude the Testimony of Plaintiffs' Proffered Expert, Dr. Mattison, and (b) Motion for Summary Judgment on General Causation.

1. Dr. Mattison's Initial Expert Report.
2. Dr. Mattison's Rebuttal Expert Report.
3. Transcript of Dr. Mattison's August 19, 2022 Deposition.
4. Transcript of Dr. Mattison's September 14, 2022 Deposition.
5. Brender 2007.
6. Liu 2018.

| | |
|---|---|
| Dated: October 10, 2022 | Respectfully submitted, |
| | /s/ David Weinstein |
| Francis A. Citera* | David B. Weinstein (FBN 604410) |
| citeraf@gtlaw.com | weinsteind@gtlaw.com |
| Gretchen N. Miller* | Christopher Torres (FBN 0716731) |
| millerg@gtlaw.com | torresch@gtlaw.com |
| **GREENBERG TRAURIG, LLP** | Ryan T. Hopper (FBN 0107347) |
| 77 West Wacker Dr., Ste. 3100 | hopperr@gtlaw.com |
| Chicago, Illinois 60601 | Raymond Jackson (FBN 1028350) |
| Telephone: (312) 456-6583 | jacksonra@gtlaw.com |
| Facsimile: (312) 899-0320 | Christopher R. White (FBN 1022219) |
| | whitech@gtlaw.com |
| *Specially admitted | **GREENBERG TRAURIG, P.A.** |
| | 101 E. Kennedy Blvd., Ste. 1900 |
| | Tampa, Florida 33602 |
| | Telephone: (813) 318-5700 |
| | Facsimile: (813) 318-5900 |

*Attorneys for Defendant Lockheed Martin Corporation*

## CERTIFICATE OF SERVICE

I certify that on October 10, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ David Weinstein
Attorney