# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| VERVICIA HENDERSON et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION; NBCUNIVERSAL MEDIA, LLC; UNIVERSAL CITY PROPERTY MANAGEMENT COMPANY III, LLC; and UNIVERSAL CITY DEVELOPMENT PARTNERS LTD.,<br><br>    Defendants. | Case No. 6:21-cv-1363-37DCI |

### NOTICE OF MATERIALS FILED IN SUPPORT OF LOCKHEED MARTIN'S MOTION FOR SUMMARY JUDGMENT ON GENERAL CAUSATION AND MOTION TO EXCLUDE THE TESTIMONY OF DR. PANIGRAHY

Lockheed Martin files the following materials in support of its (a) Motion to Exclude the Testimony of Plaintiffs' Proffered Expert, Dr. Panigrahy, and (b) Motion for Summary Judgment on General Causation.

1. Dr. Panigrahy's Initial Expert Report.

2. Dr. Panigrahy's Rebuttal Expert Report.

3. Transcript of Dr. Panigrahy's August 23, 2022 Deposition.

4. Annotated copy of Dr. Panigrahy's initial report demonstrating plagiarized sections.

5. Panigrahy Deposition Exhibit 9.

6. Panigrahy Deposition Exhibit 10 – Color-coded excerpts of Dr. Panigrahy's initial expert report.

7. Panigrahy Deposition Exhibit 11 – Color-coded excerpts of the IARC *Monograph* on PCE. The full *Monograph* is available online at https://publications.iarc.fr/Book-And-Report-Series/Iarc-Monographs-On-The-Identification-Of-Carcinogenic-Hazards-To-Humans/Trichloroethylene-Tetrachloroethylene-And-Some-Other-Chlorinated-Agents-2014.

8. Panigrahy Deposition Exhibit 12.

9. Panigrahy Deposition Exhibit 13.

10. Panigrahy Deposition Exhibit 14 – Blair (1979).

11. Panigrahy Deposition Exhibit 15.

12. Panigrahy Deposition Exhibit 16 – Blair (1990).

13. Panigrahy Deposition Exhibit 17.

14. Panigrahy Deposition Exhibit 18 – Blair (2003).

15. Panigrahy Deposition Exhibit 19.

16. Panigrahy Deposition Exhibit 20 – Brown (1987).

17. Panigrahy Deposition Exhibit 21.

18. Panigrahy Deposition Exhibit 22 – Ruder (1994).

19. Panigrahy Deposition Exhibit 23.

20. Panigrahy Deposition Exhibit 24 – Ruder (2001).

21. Panigrahy Deposition Exhibit 25.

22. Panigrahy Deposition Exhibit 26 – Calvert (2011).

23. Panigrahy Deposition Exhibit 27.

24. Panigrahy Deposition Exhibit 28.

25. Panigrahy Deposition Exhibit 29.

26. Panigrahy Deposition Exhibit 30 – Lynge (2006).

27. Panigrahy Deposition Exhibit 31.

28. Panigrahy Deposition Exhibit 32.

29. Panigrahy Deposition Exhibit 33 – Selden (2011).

30. Panigrahy Deposition Exhibit 34.

31. Panigrahy Deposition Exhibit 35.

32. Panigrahy Deposition Exhibit 36 – Anttila (1995).

33. Panigrahy Deposition Exhibit 37.

34. Panigrahy Deposition Exhibit 38.

35. Panigrahy Deposition Exhibit 39.

36. Panigrahy Deposition Exhibit 40.

37. Panigrahy Deposition Exhibit 41.

38. Panigrahy Deposition Exhibit 42.

39. Panigrahy Deposition Exhibit 43.

40. Panigrahy Deposition Exhibit 44.

41. Panigrahy Deposition Exhibit 45 – Paulu (1999).

42. Panigrahy Deposition Exhibit 46.

43. Panigrahy Deposition Exhibit 47 – Aschengrau (1993).

44. Panigrahy Deposition Exhibit 48.

45. Panigrahy Deposition Exhibit 49.

46. Panigrahy Deposition Exhibit 50.

47. Panigrahy Deposition Exhibit 51.

48. Panigrahy Deposition Exhibit 52.

49. Panigrahy Deposition Exhibit 53 – Vaughan (1997).

50. Panigrahy Deposition Exhibit 54.

51. Panigrahy Deposition Exhibit 55.

52. Panigrahy Deposition Exhibit 56 – Christensen (2013).

53. Panigrahy Deposition Exhibit 57.

54. Panigrahy Deposition Exhibit 58.

55. Panigrahy Deposition Exhibit 59 – Delahunt (1995).

56. Panigrahy Deposition Exhibit 60.

57. Panigrahy Deposition Exhibit 61 – Dosemeci (1999).

58. Panigrahy Deposition Exhibit 62 – Pesch (2000).

59. Panigrahy Deposition Exhibit 63 – Asal (1988).

60. Panigrahy Deposition Exhibit 64 – Aschengrau (1998).

61. Panigrahy Deposition Exhibit 65 – Aschengrau (2003).

62. Panigrahy Deposition Exhibit 66 – Vieira (2005).

63. Panigrahy Deposition Exhibit 67 – Gallagher (2011).

64. Panigrahy Deposition Exhibit 68 – Brownson (1993).

65. Panigrahy Deposition Exhibit 69 – Vizcaya (2013).

66. Boice (1999).

67. Lipworth (2011).

68. Deng (2019).

Dated: October 10, 2022

Francis A. Citera*
citeraf@gtlaw.com
Gretchen N. Miller*
millerg@gtlaw.com
**GREENBERG TRAURIG, LLP**
77 West Wacker Dr., Ste. 3100
Chicago, Illinois 60601
Telephone: (312) 456-6583
Facsimile: (312) 899-0320

*Specially admitted*

Respectfully submitted,

/s/ *David Weinstein*
David B. Weinstein (FBN 604410)
weinsteind@gtlaw.com
Christopher Torres (FBN 0716731)
torresch@gtlaw.com
Ryan T. Hopper (FBN 0107347)
hopperr@gtlaw.com
Raymond Jackson (FBN 1028350)
jacksonra@gtlaw.com
Christopher R. White (FBN 1022219)
whitech@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Blvd., Ste. 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900

*Attorneys for Defendant Lockheed Martin Corporation*

## CERTIFICATE OF SERVICE

I certify that on October 10, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ *David Weinstein*
Attorney