

**Dipak Panigrahy, MD**
**Assistant Professor of Pathology**
**Center for Vascular Biology**
**Research 99 Brookline Avenue**
**Boston, Massachusetts 02115 USA**
**(617) 667-8203**
**(617) 667-2913 (FAX)**
dpanigra@bidmc.harvard.edu

Dipak Panigrahy, MD

In re:

Henderson, et. al v. Lockheed Martin, et al; 6:21-cv-01363
Grayson, et. al v. Lockheed Martin, et al; 6:20-cv-01770

## QUALIFICATIONS

As an academic scientist, I am committed to research efforts that are focused on identifying the causes of cancer and preventing and finding a cure for cancer. I am motivated and dedicated to discovering innovative approaches to answer important biological questions that impact carcinogenesis in humans. My scientific expertise has also extended to providing consulting services to cancer researchers in academia and industry.

I was accepted into medical school while still attending high school, graduated from the combined BA/MD program at Boston University Medical School and earned my M.D. degree in 1994. During my time in this medical program, I attended surgery with Dr. Roger Jenkins, who performed the first liver transplant in New England. From 1994 to 1996, I trained in a surgical residency at the University of Medicine and Dentistry of New Jersey-Robert Wood Johnson Medical School (UMDNJ-RWJ). Throughout my medical and post-doctoral training, I was mentored by Dr. Judah Folkman, who pioneered the field of angiogenesis. Tumor growth is dependent on angiogenesis, the important process of new blood vessel growth in the body[1]. During my 15+ years in the Folkman laboratory, I assisted in establishing advanced angiogenesis and cancer animal models, which today serve as the foundation for studying mechanisms of cancer causation and pathogenesis in the cancer associated angiogenesis field world-wide. Abnormal blood vessel growth, either excessive or insufficient, plays an important role in many deadly and debilitating conditions, including cancer. By leading most of the *in vivo* tumor studies in the Folkman laboratory, I acquired a proficiency in synthesizing and utilizing several animal tumor models to study processes highly relevant to cancer therapy, including chemotherapy, surgery, and radiation[2-4]. My laboratory has developed a robust platform to study the initiation and promotion of cancer, including DNA damage, inflammation, angiogenesis, oxidative stress,

2

immunosuppression, and cell death[2-13]. I also developed the ability to critically evaluate mechanisms of cancer causation, cancer pathogenesis, and a comprehensive expertise in testing anti-cancer drugs[4,5]. These anti-cancer drugs target the key characteristics of carcinogens, including inflammation, oxidative stress, angiogenesis, immunosuppression, and apoptosis. My first publication in the Folkman laboratory, demonstrating a critical role of tumor angiogenesis as a driver of cancer, was featured on the cover of the high impact journal, *The Journal of Clinical Investigation,* in 2002[5].

Over the past two decades, I have developed an expertise in tumor dormancy and the mechanisms of tumor dormancy escape. Tumor dormancy is defined as a period in which cancer cells do not grow, remain "quiet", or where there is a balance between proliferation and death due to immunological clearance or lack of angiogenesis. My laboratory and colleagues demonstrated that the endothelium and certain stromal cells secrete signaling lipids called epoxyeicosatrienoic acids (EETs) that potently stimulate angiogenesis, multi-organ metastasis, and tumor dormancy escape (Panigrahy *et al. The Journal of Clinical Investigation* 2012[6], voted by Faculty of 1000 as one of the top 2% of publications in biology and medicine). Based on this discovery, as the principal investigator, I was awarded a substantial grant funded by the National Institutes of Health (NIH) and the National Cancer Institute (NCI) to study EETs in cancer and metastasis. Furthermore, our laboratory and colleagues discovered that EETs play a critical role in stimulating organ and tissue regeneration (Panigrahy et al., *Proceedings of the National Academy of Science*, 2013)[7]. In contrast, carcinogens can initiate and promote tumor growth via angiogenesis and inflammation[11]. As part of the NCI's Provocative Questions project, I, as the principal investigator, was awarded another multi-million-dollar grant funded by the NIH and NCI to study endogenous anti-inflammatory lipid autacoids and their role in inflammation resolution in cancer.

My laboratory focuses on targeting inflammation in cancer via lipids that are ideally suited for translation into the clinic for the treatment of cancer patients. My laboratory has won 56 awards for our studies on the key characteristics of carcinogens (e.g., inflammation, oxidative stress, immunosuppression, apoptosis, and angiogenesis) in cancer. In 2015, I was awarded the American Society of Investigative Pathology (ASIP) Cotran Early Investigator Award and a Young Investigator Award at the 14th International Conference on Bioactive Lipids in Cancer, Inflammation, and Related Diseases (Budapest, Hungary). Since 2015, I have held a Visiting Professorship at Khon Kaen University in Thailand. I have chaired over ten symposiums and given over 70 invited lectures at various local/national/international meetings over the past decade. I continue to play an active role in bringing together the fields of bioactive lipids and cancer biology through the organization of meetings and editorial work. I was the top candidate in an international search for a research faculty member in the Center for Vascular Biology Research at the Beth Israel Deaconess Medical Center and Harvard Medical School, where I am currently an Assistant Professor of Pathology.

My laboratory conducts over 50 cancer studies each year utilizing various animal cancer models to study the mechanisms of cancer causation and treatment.  I am directly involved with designing these studies, which determine the pro-tumor or anti-tumor activity of various drugs, chemicals, and carcinogens. These studies include examination of human tissues and cells. My laboratory studies the key characteristics of carcinogens, which include DNA damage, inflammation, immunosuppression, oxidative stress, proliferation, angiogenesis, and apoptosis. We also study the mechanisms of initiation and progression of primary tumors and tumor metastasis in the context of different cancer types including liver, colorectal, breast, brain, ovarian, pancreatic, bladder, gastric, and esophageal cancers. My laboratory also designs and conducts

studies for clinical translation of novel cancer drugs in collaboration with various pharmaceutical companies. Based on our preclinical studies, these drugs are candidates for clinical cancer trials in humans.

Since 2018, my laboratory has published seven original research papers in various high-impact journals, which is a testament to my laboratory's world-leading expertise in helping pioneer the field of inflammation resolution in cancer. My laboratory's scientific discoveries include demonstrating that endogenous anti-inflammatory and pro-resolution lipids, such as resolvins, and dual COX-2/sEH inhibitors, stimulate the resolution of inflammation in cancer.  My laboratory has published the following studies in the past three years:

1. **Sulciner** *et al.* **2018. Resolvins suppress tumor growth and enhance cancer therapy** *Journal of Experimental Medicine.* **215:115-140**[3]**.** Featured with related Insight commentary in *Journal of Experimental Medicine*: Resolving the dark side of therapy-driven cancer cell death. Voted by Faculty of 1000 as one of the top 2% of publications in biology and medicine. Featured in Science, EurekAlert, Genetic Engineering & Biotechnology News, ecancernews, Medical News, MedIndia, Newswise, ALN Magazine, Stat News, Health Medicine Network, Science Newsline, Medical News Today, El Economista, BioCentury, MedPage Today, and Boston Globe.

2. **Gartung** *et al.* **2019. Suppression of chemotherapy-induced cytokine/lipid mediator surge and ovarian cancer by a dual COX-2/sEH inhibitor.** *Proceedings of the National Academy of Sciences.* **116:1698-1703**[10]**.** Featured in Medical Xpress, EurekAlert, Entomolology & Nematology UC News, Bug Squad Blog, and The California Aggie.

3. **Gilligan *et al.* 2019. Aspirin-triggered pro-resolving mediators stimulate resolution in cancer. *Proceedings of the National Academy of Sciences*. 116; 6292-6297[13].** Featured in *Harvard Medical School News & Research*: Mitchell J, A daily dose.

4. **Panigrahy *et al.* 2019. Pre-operative stimulation of resolution and inflammation blockade eradicates micrometastases. *The Journal of Clinical Investigation*. 17:130; 2974-2979[2]**. Featured with Editor's pick and related commentary in *The Journal of Clinical Investigation:* Dampening the fire to prevent surgery- and chemotherapy-induced metastasis, and *Research Watch* in *Cancer Discovery*.

5. **Chang *et al.* 2019. Chemotherapy-generated cell debris stimulates colon carcinoma tumor growth via osteopontin. *The FASEB Journal* 33(1):114-125[14]**

6. **Fishbein *et al.* 2020. Resolution of eicosanoid/cytokine storm prevents carcinogen and inflammation-initiated hepatocellular cancer progression. *Proceedings of the National Academy of Sciences*. 1;117(35):21576-21587[11].** *Fishbein et al.* showed for the first time that simultaneously blocking two lipid pathways prevents cancer growth in mice caused by the carcinogen aflatoxin $B_1$. Over 4 billion people world-wide are at risk for cancer because of this carcinogen in their food.

7. ***Deng et al. 2021. Resolution of debris-stimulated metastatic hepato-pancreatic cancer via combined soluble epoxide hydrolase and EP4 inhibition. Proceedings of the National Academy of Sciences 12;118(41)[12].***

My recent commentary on COVID-19 (Panigrahy *et al.* 2020. Inflammation resolution: a dual-pronged approach to averting cytokine storms in COVID-19[15]) is highly relevant to inflammation and cancer . It was the most read publication of *Cancer & Metastasis Reviews* (Springer Nature publishing group) in 2020 and has over 18,000 downloads to date. My colleagues

and I have published several high impact review articles focused on the role of chemical carcinogens in causing cancer including Fishbein *et al.* 2021. Carcinogenesis: Failure of resolution of inflammation? *Pharmacology & Therapeutics.* 218:107670[16]; Panigrahy *et al.* 2021. Resolution of inflammation: an organizing principle in biology and medicine. *Pharmacology & Therapeutics.* April 26:107879[17]; and Sulciner *et al.* 2018. Targeting lipid mediators in cancer biology. *Cancer & Metastasis Reviews* 37 (2-3):557-572[18].

My laboratory collaborates with several pharmaceutical companies to advance anti-inflammatory drugs into clinical development to treat various cancer types including pancreatic, colorectal, liver, lung, gastric, bladder and ovarian cancer. We study the mechanisms of action of inflammation-modulating drugs (i.e., PPAR antagonists and resolvins) in experimental cancer models and develop methods to translate these molecules to benefit cancer patients. Thus, I have helped pioneer a new field of research of the role of inflammation resolution in cancer.

My hourly rate for work on this litigation is $500/hour. In the last five years, I have testified four times at deposition hearings including in the case of In Re Actos Products Liability Litigation (United States District Court for the Western District of Louisiana), once at the trial of Decou and Iorio v. Takeda Pharmaceuticals America, Inc. in 2015 (District Court in Las Vegas, Nevada), deposition for In re Valsartan, Losartan and Irbesartan Products Liability Litigation, (District of New Jersey), and In re: Zantac (Ranitidine) Products Liability Litigation, (District Southern District of Florida).

## PURPOSE

I was retained by the Plaintiffs' Counsel to review the available scientific evidence regarding key characteristics of carcinogens as their role in the mechanisms of cancer causation. I was also asked to address whether certain chemical exposures can cause or contribute to the development of cancer in humans. In forming opinions on these issues, I relied on my background, education, training, laboratory experience, and over three decades of researching cancer biology, carcinogenesis, the tumor microenvironment, and the role of chemicals and radiation in causing cancer and their carcinogenic mechanisms. I also reviewed materials, including published literature, clinical study reports and internal documents. A list of materials considered in forming my opinions is included at the end of this report. I have formed the following opinions, all of which are stated to a reasonable degree of medical and scientific certainty.

**Abbreviations**

1,1,1-TCA – 1,1,1-Trichloroethane; AAS – atomic absorption spectrometry; AAT - alpha-1 antitrypsin; ADME – absorption, distribution, metabolism, and excretion; AFP – alpha-fetoprotein; AGT – O6-Alkyl- guanine-DNA–alkyltransferase; AID – activation-induced cytidine deaminase; ALARA – as low as reasonably achievable; ALARP – as low as reasonably practical; ALI – air-liquid-interface; ALL – acute lymphoblastic/lymphocytic leukemia; ALT – alanine transaminase; AML – acute myeloid leukemia; ANA – ant-nuclear antibodies; ANCA – anti-neutrophil cytoplasmic antibody; As2O3 – arsenic trioxide; As2S3 – arsenic trisulfide; AsBe – arsenobetaine; AsIII – arsenite; AST – aspartate transaminase; AsV – arsenate; ATSDR – Agency for Toxic Substances and Disease Registry; B1R –B1 receptor; BD – 1,3-butadiene; BEAS-2B – human epithelial cell line; BEI – biological exposure index; BEP2D – human bronchial epithelial; BFU – burst-forming units; BMC – bone marrow cells; BMI – body mass index; BP – benzo[a]pyrene; BrdU – 5-bromo-2'-deoxyuridine; BSO – L-buthionine-SR-sulfoximine; BTD – biotinidase; CA – chromosomal abberations; Ca3(AsO4)2 – calcium arsenate; CAREX – Carcinogen Exposure; CAs – chlorinated aliphatics; CAsE – arsenic-transformed cells; CAT – catalase; CBMN – cytokinesis-block micronucleus; CFU – colony-forming units; CFU-GEMM – CFU-granulocyte- erythrocyte-monocyte-megakaryocyte; CH – chloral hydrate; CI – confidence interval; CM – C-mitotic; CML – chronic myeloid leukemia; CNS – central nervous system; Cr(VI) – hexavalent chromium; CRP – C-reactive protein; CRs – complement receptors; CYP – cytochrome; DA – dose addition; DCA – dichloroacetate; DCAC – dichloroacetyl chloride; DCVC – dichlorovinylcysteine; DCVG – dichlorovinylglutathione; DDR – DNA damage response; DEN

– diethylnitrosamine; dfhr – dihydrofolate reductase; DHBA – dihydroxybenzoic acid; DMA – dimethylarsenic (i.e., DMA(III)+DMAV); DMA(III) – dimethylarsinous acid; DMAA – dimethylarsinic acid; DMAV – dimethylarsinic acid; DMDTC – dimethyldithiocarbamate; DMI – dimethylarsine iodide; DPC – DNA protein crosslinks; EH – epoxide hydrolase; EMT – epithelial mesenchymal transition; ENU – ethylnitrosourea; EPA – Environmental Protection Agency; ER-alpha – estrogen receptor-alpha; FA – formaldehyde; FA-HSA – formaldehyde human serum-albumin; FANC/BRCA – Fanconi's anemia complementation groups/breast cancer A; FISH – fluorescence in situ hybridization; GGT – glutamyltranspeptidase; GLP – good laboratory practice; GSH – glutathione; GSH-Px – gluthathione peroxidase; GSSG – oxidized glutathione; HaCaT – human skin cells; HBV – hepatitis B virus; HCHO – formaldehyde; HCl – hydrochloric acid; HL – Hodgkin Lymphoma; HMTases – histone-lysing methyltransferases; HOS – human osteosarcoma TE85; HPL – hepatoproliferative lesions; HPLC – High performance liquid chromatography; HPRT – hypoxanthine-guanine phosphoribosyl transferase; hPT – human proximal tubular; IARC – International Agency for Research on Cancer; iAS(III) – inorganic arsenite; iAS(V) – inorganic arsenate; Ig – immunoglobin; IGF-1R – insulin-like growth factor-1 receptor; IL – Interleukin; iNOS – inducible nitric oxide synthesis; IRS1 – insulin receptor substrate-1; JISA – Japan Industrial Safety and Health Association; KCs – Kupffer cells; KIM-1 – kidney injury molecule-1; KSCs – keratinocyte stem cells; LALN – lung-associated lymph node; LDH – lactate dehydrogenase; LHC – lymphohematopoietic cancers; LMS – linearized multistage; LPO – lipid peroxidation; LPT – lymphocyte proliferation test; MA – mandelic acid; MAF – mixture assessment factor; MCL – mononuclear cell leukemia; MDA – malondialdehyde ; MED – minimum effective dose; MI – mitotic index; MM – multiple myeloma; MMA – monomethyl arsenic (i.e. MMA(III)+MMAV) ; MMA(III) – arsenite monomethylarsonous acid; MMAV – monomethylarsonic acid; MMP – matrix metalloproteinase; MMS – methyl methanesulfonate; MN – micronuclei; MNF – micronucleus frequency; MNNG – N-methyl-N'-nitro-N-nitrosoguanidine; MNT – micronucleus test; MNU – N-methyl-N-nitrosourea; MPK – mitogen activated protein kinase; MTs – metallothioneins; MTX – methotrexate; N6-HOMe-dAdo – N6-hydroxymethyl-deoxyadenosine; NaAsO(2) – sodium aresenite; NDEA – N-nitrosodiethylamine; NDI – nuclear division index; NDMA – N-Nitrosodimethylamine; NHEK – human epidermal keratinocytes; NHL – non-Hodgkin lymphoma; NIOSH – National Institute for Occupational Safety and Health; NO – nitric oxide; NOAEL – no observed adverse effect levels; NPSH – non-protein sulfhydryl; NTP – National Toxicology Program; OEL – occupational exposure limits; OR – odds ratio; OSHA – Occupational Safety and Health Administration; PAH – polycyclic aromatic hydrocarbons; PARP – poly(ADP- ribose) polymerase; PB – phenobarbital; PBL – peripheral blood lymphocytes; PCE – perchloroethylene/tetrachloroethylene; PCNA – proliferating cell nuclear antigen; PCR – polymerase chain reaction; PDD – personal delivered dose; PER – tetrachloroethylene; Perc – perchloroethylene; PFC – plaque-forming cell; PGA – phenylglyoxylic acid; PMR – post-mortem redistribution; ppm – parts per million; PrxII - Peroxiredoxin Ⅱ ; PUMA – p53-upregulated modulator of apoptosis; RAS – rat sarcoma virus; RDD – relative delivered dose; REL – recommended exposure limit; RONS – reactive oxygen and nitrogen species; ROS – reactive oxygen species; RR –relative risk; RRm – summary relative risk; RTEC – renal tubular epithelial cell; SAB – Science Advisory Board; SCC – squamous cell carcinomas; SCE – sister chromatid exchange; SHE – Syrian hamster embryo; SIR – standardized incidence ratio; SIRT3 – Sirtuin-3; SMR – standardized mortality ratio; SO – styrene oxide; SO – Styrene-7,8-oxide; SOD – superoxide dismutase; SRRE – summary relative risk estimate; SSB – single-strand breaks; STEL – short-term exposure level; STY – styrene; TBARS – thiobarbituric acid-reactive

substances; TCA – trichloroacetate; TCAC – trichloroacetyl chloride; TCC – transitional cell carcinoma; TCE – trichloroethylene; TCVG – S-(1,2,2-trichlorovinyl)glutathione; TeMa – tetramethylarsonium; Th – T helper; TLV – threshold limit values; TMAO – Trimethylamine N-Oxide; TMAO – trimethylarsine oxide; TNFR1 – TNF receptor 1; TPA – 12-O-tetradecanoyl phorbol-13-acetate; TUNEL – terminal deoxynucleotidyl transferase-mediated dUTP-biotin nick end labeling; TWA – time weighted average; U-TCA – urinary trichloroacetic acid; UCTD – undifferentiated connective tissue disease; UDS – unscheduled DNA synthesis; USGS – United States Geological Survey; VEGF – vascular endothelial growth factor; VHL – von Hippel-Landau tumor; WBC – white blood cell; WHO – World Health Organization; WOE – weight of evidence

## SUMMARY OF EXPERT OPINIONS

I.   Trichloroethylene, formaldehyde, arsenic, hexavalent chromium, tetrachloroethylene, 1,1,1-trichloroethane, and styrene are potent human carcinogens.

II.   Trichloroethylene, formaldehyde, arsenic, hexavalent chromium, tetrachloroethylene 1,1,1-trichloroethane, and styrene are genotoxic and function as tumor initiators. Trichloroethylene, formaldehyde, arsenic, hexavalent chromium, tetrachloroethylene, 1,1,1-trichloroethane, and styrene can cause irreversible changes to DNA that lead to cancer and increase cancer risk.

III.   Trichloroethylene, formaldehyde, arsenic, hexavalent chromium, tetrachloroethylene, 1,1,1-trichloroethane, and styrene function as tumor promoters. Trichloroethylene, formaldehyde, arsenic, hexavalent chromium, tetrachloroethylene, 1,1,1-trichloroethane, and styrene stimulate tumor progression via direct action on tumor cells (e.g., cell autonomous processes) and the tumor microenvironment.

IV.   Trichloroethylene, formaldehyde, arsenic, hexavalent chromium, tetrachloroethylene, 1,1,1-trichloroethane, and styrene can cause or contribute to the development of various human cancers including: kidney cancer, breast cancer, blood cancers (e.g., Hodgkin's Lymphoma, Non-Hodgkin's Lymphoma, and Leukemia), thyroid cancer, pancreatic

cancer, liver cancer, bile duct cancer, lung cancer, testicular cancer, anal cancer, and brain cancer (e.g., glioblastoma).

V.   The most plausible mechanisms by which trichloroethylene, formaldehyde, arsenic, hexavalent chromium, tetrachloroethylene, 1,1,1-trichloroethane, and styrene cause cancer in humans include 10 of 10 key characteristics of carcinogens: (1) metabolic activation, (2) genotoxicity, (3) alteration of DNA repair, (4) induce epigenetic alterations (5) oxidative stress, (6) chronic inflammation, (7) immunosuppression, (8) cell immortalization, (9) receptor activation and (10) alteration of cell proliferation, cell death, and angiogenesis (the growth of new blood vessels).

A: Trichloroethylene (TCE) exhibits 7 of 10 key characteristics of carcinogens. TCE is genotoxic, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply.

B: Formaldehyde exhibits 7 of 10 key characteristics of carcinogens. Formaldehyde is genotoxic, alters DNA repair or cause genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, and alters cell proliferation, cell death, or nutrient supply.

C: Arsenic exhibits 8 of 10 key characteristics of carcinogens. Arsenic is genotoxic, alters DNA repair or causes genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces immortalization and alters cell proliferation, cell death, or nutrient supply.

D: Hexavalent Chromium exhibits 8 of 10 key characteristics of carcinogens. Hexavalent Chromium is genotoxic, alters DNA repair or cause genomic instability, induces epigenetic

alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply.

E: Tetrachloroethylene (PCE) exhibits 7 of 10 key characteristics of carcinogens. PCE is genotoxic, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply.

F: 1,1,1-Trichloroethane exhibits 4 of the 10 key characteristics of carcinogens. 1,1,1-Trichloroethane is genotoxic, stimulates chronic inflammation, is immunosuppressive, and induces cell immortalization.

G: Styrene exhibits 8 of 10 key characteristics of carcinogens. Styrene can act as an electrophile or be metabolically activated to an electrophile, is genotoxic, alters DNA repair or cause genomic instability, induces oxidative stress, induces chronic inflammation, is immunosuppressive, can modulate receptor-mediated effects, and alters cell proliferation, cell death, or nutrient supply.

VI.   Continued exposure to trichloroethylene, formaldehyde, arsenic, hexavalent chromium, tetrachloroethylene, 1,1,1-trichloroethane, and styrene can cause an existing cancer to grow, metastasize and otherwise interfere with cancer therapy.

**VII.**  Because of the multiple toxicities and potential tumor-promoting activity associated with standard cancer therapies (e.g., surgery, chemotherapy, and radiation), people who develop and are treated for cancer induced by trichloroethylene, formaldehyde, arsenic, hexavalent chromium, tetrachloroethylene, 1,1,1-trichloroethane, and styrene remain at increased risk for tumor recurrence and developing secondary cancers and will require life-long monitoring.

## METHODOLOGY EMPLOYED

In this case, the question is: can certain chemicals or agents cause cancer or increase the risk of cancers in humans who have been exposed to them? To formulate an opinion as to whether these chemicals (by themselves or in a mixture) could cause cancer or increase the risk cancer in exposed humans, and what the biologically plausible mechanisms of action, if any, may be, I used the same methodology I would use if conducting clinical work or research for scientific publication. This methodology is consistent with what is followed by cancer research scientists when evaluating whether a chemical agent is a human carcinogen and whether exposed individuals are at risk of developing cancer because of their exposure[19]. I have reviewed relevant published scientific studies and medical literature, reports and documents produced in the process of litigation, and various websites that were relevant to the refinement or extension of my professional opinions. This evaluation of whether chemicals or agents can cause cancers in humans, and whether such is biologically plausible, required the analysis of the scientific data from animal cancer studies, animal and human tissue and cell studies investigating the mechanisms through which can cause cancer, and studies of human populations exposed to cancer causing agents. There are numerous studies that provide valuable information regarding these chemicals, and other studies of carcinogens as it is used to induce cancer in experimental animal studies. My opinions are not based solely on my education and expertise, but also are based upon peer-reviewed publications, studies, and scientific evidence.

Human randomized control trials (RCTs) are the ideal way to determine causation. In blinded RCTs, both the investigator and study participants are blinded to treatment or placebo

assignment so that any differences in incidence of outcome can be concluded to be a consequence of the exposure itself (e.g., causative). However, there are no RCTs which measure the outcome of cancer associated with carcinogens. Because cancer causes death, it is unethical to ask for consent from a healthy human volunteer to be tested with carcinogens knowing that it causes cancer. An important step in medical students becoming doctors is to uphold the Hippocratic Oath. The Hippocratic Oath is held sacred by physicians, who swear to uphold specific ethical standards and promise to abstain from doing harm to their patients. "Primum non nocere" is the Latin phrase that means "first, do no harm." This is a commonly taught principle in medicine and healthcare. Thus, no doctor should knowingly subject a human to known or suspected carcinogens. Instead, scientists must rely on animal cancer studies as well as mechanistic studies with animal and human tissue or cells, and human studies of unintentional exposures to known or suspected carcinogens.

As such, to answer the question of whether chemicals could cause cancer or increase the risk of cancer in humans, and what the biologically plausible mechanisms of action, if any, may be, I reviewed, analyzed and synthesized the four principal types of studies used to determine if chemicals are carcinogenic to humans: 1) animal cancer studies; 2) mechanistic studies of biological activity in animal tissue and cells; and 3) mechanistic studies of biological activity in human tissue and cells; 4) studies in human populations with unintentional exposure to carcinogens.

It is accepted scientific practice to utilize animal studies to determine cause and effect between toxic chemicals and cancer[20]. A chemical agent tends to produce a specific pattern of biological activity, and the toxic responses in laboratory animals are useful predictors of toxic responses in humans. Qualitative extrapolation in toxicology rests upon the principal that a

14

compound that causes an effect in one mammalian species causes it in another. To determine whether a chemical or process such as radiation can cause cancer in humans, it is critical to use scientific evidence to quantify the extent of chemical-induced or radiation-induced tumor formation in experimental animals. When evaluating these studies, it is important to incorporate our current understanding of carcinogenesis in laboratory animals and consider: 1) the induction of tumors in multiple species (e.g., multiple tumors in site-specific manners); 2) independent studies by different investigators; 3) the occurrence of common versus uncommon neoplasia (cancer); 4) latency in tumor induction; 5) metastases (development of secondary, distant tumor sites); and 6) the presence or absence of dose–response relationships.

Long-term chemical carcinogenesis bioassays in experimental animals remain the most globally accepted method of identifying potential human carcinogens[20-24]. A bioassay is a biochemical test that determines the activity of a chemical by measuring its effect on an organism, tissue, cell, enzyme, or receptor preparation compared to a standard preparation. Importantly, exposure to potentially carcinogenic chemicals is tightly controlled and monitored in animal bioassays. Accordingly, in the absence of adequate testing on humans, it is biologically plausible and prudent to regard agents for which there is sufficient evidence of carcinogenicity in experimental animals as *"presumed human carcinogens*[20,25]. Thus, substances that cause tumors in animals are considered *presumed or suspected human carcinogens* unless convincing evidence to the contrary is presented[20].

In addition to animal studies, I reviewed studies on human tissue and cells relevant to carcinogens. In general, the strongest indicator that a particular mechanism operates in humans is data from exposed humans or from human tissue and cells in combination with animal cancer studies. The objective identification of mechanistic data for consideration of biologic plausibility

in the context of epidemiology, animal bioassay, or other types of evidence (e.g., studies in model organisms or *in vitro* assays) is important when classifying agents regarding carcinogenic hazard. I reviewed the published medical literature regarding specific carcinogens (in this case trichloroethylene (TCE), formaldehyde, arsenic, hexavalent chromium, tetrachloroethylene (PCE), 1,1,1-trichloroethane, and styrene) and cancer.

The American Cancer Society does not determine if something causes cancer. Instead, it and other governing bodies (e.g., the FDA) rely heavily on the determinations of other well-respected agencies, such as the International Agency for Research on Cancer (IARC), United States National Toxicology Program (US NTP), and the Environmental Protection Agency (EPA). When conducting my investigation, I followed the basic steps employed in the peer-review scientific process used by scientists and IARC/NTP/EPA which included:

1. Identification of the scientific agencies that evaluate the carcinogenicity of various agents to humans (such as IARC, NTP, and EPA), and conducting a search for their scientific review and evaluation of carcinogens.

2. Identification of the relevant scientific publications through initial comprehensive searches of literature contained in authoritative biomedical databases (e.g., PubMed). These literature searches were designed to find relevant studies to determine whether processes cause cancer in humans, cause cancer in experimental systems, and/or exhibit key characteristics of established human carcinogens (in humans or in experimental systems). Searches were designed to identify relevant studies regardless of whether they supported or did not support a causal relationship between chemicals and cancer.

16

# Summary of Comments on Panigrahy_highlighted_final combined_100122-NoAuthorNamesOnComments.pdf

## Page: 16

Number: 1      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

https://www.cancer.org/healthy/cancer-causes/general-info/known-and-probable-human-carcinogens.html

3.  Screening of the retrieved literature for inclusion based on title and abstract review. Exclusion or minimization of studies if they were not related to chemicals and cancer, or if they reported no original data (e.g., review articles).

4.  Evaluation of the quality of the included studies based on considerations such as design, methodology, the experimental conditions under which chemicals was tested including route of administration and exposure, species, strain, sex, age, etc., the dose, duration and frequency of treatment with chemicals, how tumor response was measured, the experimental animal species and strains evaluated, numbers of animals per group, whether animals were allocated randomly to groups, whether there was sufficient mechanism of action analysis, whether the data was reported and analyzed adequately, the reproducibility of the study, the spectrum of neoplastic response (from benign neoplasia to multiple malignant tumors), tumor sites evaluated, and dose-response.

My opinions provided herein, all expressed with a reasonable degree of scientific and medical certainty, are based upon both the weight of the evidence and my experience as a MD cancer research scientist for over three decades.

## CARCINOGENESIS: BACKGROUND

The widely accepted meaning of the term *"carcinogenesis"* used in the IARC monographs is *the induction of cancer (or neoplasm) by an agent that is not usually observed at baseline*[16,26]. A neoplasm is defined as an abnormal growth of cells in the body, also referred to as a tumor. Carcinogenesis is a multi-step process in which normal cells are transformed into cancer cells by acquiring various properties that allow them to proliferate unabated and form tumors[16].

17

Carcinogenesis induced by an agent can be divided into three stages: initiation, promotion, and progression[27].

[1]
[2]umor development is generally viewed as a multistep clonal process of cellular evolution that can be simplistically divided into a number of overlapping phases: (1) *tumor initiation*, which represents the entry via mutation of a given normal somatic cell into a potentially neoplastic pathway of tumor growth; cellular targets for this process are generally held to have stem cell-like properties; (2) *tumor promotion*, which may be viewed as the early clonal development of an initiated cell; cell-cell communication, mitogenic stimulation, cellular differentiating factors, and mutational and nonmutational (epigenetic) processes may all play a role in this early pre-neoplastic growth phase; (3) *malignant conversion*, which represents the tumorigenic phase where the evolving clonal population of cells becomes increasingly committed to malignant development; mutation of genes that control genomic stability is believed to be particularly important; and (4) *malignant progression*, which is itself multifaceted, is a relatively late tumorigenic phase during which neoplastic cells become increasingly autonomous and gain a capacity for invasion of surrounding normal tissue and spread to distant sites (metastasis); the development of tumor vasculature is important for the development of solid cancers[28]. In addition, there is evidence that inflammatory processes and the microenvironment in which tumors develop are important cofactors for malignant progression[29]. Overall, only a small fraction of cells that enter tumorigenic pathways complete the above sequence that results in overt malignancy[30].

A carcinogen is an agent with the capacity to cause cancer in humans. It is defined as a chemical substance, agent, or a mixture of chemical substances which, after exposure (such as *via* inhalation, ingestion, dermal application or injection), induces cancer, increases its incidence, or shortens the time to tumor occurrence (e.g., latency) at any dosage level by any route in any species

18

Page: 18

| | Number: 1 | Author: | Subject: Sticky Note | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

https://nap.nationalacademies.org/read/11340/chapter/5#66

| | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

as compared to control[16,31]. Carcinogens can cause cancer by interacting with a cell's DNA and inducing genetic mutations. Many human carcinogens act via multiple mechanisms, causing various biological changes in the multistage process of carcinogenesis. Mechanisms by which carcinogens induce and stimulate cancer include genotoxicity, DNA damage, inflammation, oxidative stress, immunosuppression, angiogenesis, acute and/or chronic injury, and subsequent regenerative proliferation via cell death[16,32,33].

More than 70 carcinogens have been classified by the IARC as having sufficient evidence for carcinogenicity in either laboratory animals or humans[34]. These include Group 1 carcinogens ("human carcinogens") such as TCE, formaldehyde, arsenic, hexavalent chromium, as well as Group 2A carcinogens ("probable human carcinogens") such as PCE, 1,1,1-trichloroethane, and styrene[16]. Many of these carcinogens induce multiple cancer types.

Although epidemiology and studies with human tissues or cells are relevant to carcinogen exposure in humans, the mechanistic studies underlying carcinogenesis have been conducted in animal models for obvious ethical considerations. It would be unethical to use humans as test subjects to evaluate the carcinogenic activity of potential carcinogens. Importantly, laboratory animals are routinely utilized to study the mechanism of action of carcinogens and mimic cancer in humans because of their genetic, physiologic, biochemical, and metabolic similarities to humans, large sample size, reproducibility, and feasibility to generate various cancers[20].

The mechanisms of action of carcinogens have traditionally been classified as genotoxic or nongenotoxic. A genotoxic carcinogen causes cancer by directly altering the genetic material of target cells, while a nongenotoxic carcinogen induces cancer by mechanisms not related to direct genetic damage. Recent studies show that classification of carcinogens into genotoxic initiators

and nongenotoxic promoters is an oversimplification of the complex processes involved in carcinogenesis.

Cancer causation and mechanistic studies can be demonstrated in animal models after exposure to potential carcinogens. Because genotoxic carcinogens are mutagenic and may interact with DNA to produce irreversible genetic changes in target organ cells, they may exhibit no dose threshold for their carcinogenic potential[22,35,36]. While carcinogen-induced DNA damage can cause cancer, mechanisms such as inflammation, oxidative stress, immunosuppression, proliferation, cell death and angiogenesis which do not directly damage DNA are also critical to cancer progression[1,11,37].

**Cancer Risk Factors**

The identification of cancer risk factors was initiated by landmark epidemiological studies of lung cancer and tobacco smoking in the 1950's. Understanding the mechanisms of cancer causation began early in the 20th century with studies on the reactions of animals, and subsequently humans, to oils, tars, and hydrocarbons[38,39,40-47]. Overall cancer risk factors are divided into two mutually exclusive components: the unmodifiable intrinsic and the modifiable, at least partially, non-intrinsic risk factors. Intrinsic risk factors refer to random errors resulting from DNA replication and are considered unmodifiable[48]. The definition of intrinsic risk implies three corollaries of high relevance to additional analyses: (1) The contribution of this unmodifiable risk to cancer incidence should be constant across populations since all humans have the same intrinsic mutation rates; (2) This contribution should also be consistent over time since the underlying mechanism is a property of the human species; and (3) the contribution of intrinsic DNA replication errors to mutational signatures should be constant across tissues and organs[48].

Non-intrinsic risk refers to all risk minus the intrinsic risk. The non-intrinsic risk factors further consist of endogenous and exogenous risk factors depending on whether such factors are more internal or external to an individual[48]. Endogenous non-intrinsic risk factors are partially modifiable and include biologic aging, genetic susceptibility, DNA repair machinery, hormones, growth factors, and inflammation.

Wu et al (2016) demonstrated in the high-profile journal Nature that intrinsic risk factors contribute only modestly (less than ~10-30% of lifetime risk) to cancer development[49]. The rates of endogenous mutation accumulation by intrinsic processes are not sufficient to account for the observed cancer risks[49]. Thus, the authors concluded that cancer risk is heavily influenced by extrinsic risk factors[49]. These results are important for strategizing cancer prevention, research, and public health[49]. Sequence analyses of large cancer genomic data suggests that for some cancers, mutations are not random and are dependent on the nucleotide context around mutation sites[48]. Such mutational signatures are sequence patterns preferably associated with specific mutagens and are regarded as 'fingerprints' left on cancer genomes by different mutagenic processes[48].

Importantly, many cancers have substantial extrinsic mutations with known non-intrinsic risk factors[49]. Analysis of cancers known to have substantial environmental risk proportions, including breast cancer, prostate cancer, colorectal cancer, melanoma, head and neck cancer, esophageal cancer, cervical cancer, liver cancer, and stomach cancer, all harbor large percentages of total extrinsic mutational signatures[49]. This suggests that the percentages of total non-intrinsic mutational signatures can serve as a good surrogate for cancer risks. While a few cancers have relatively large proportions of intrinsic mutations (>50%), the majority of cancers have large

proportions of extrinsic mutations, for example, ~100% for myeloma, lung and thyroid cancers and ~80–90% for bladder, colorectal and uterine cancers, indicating substantial contributions of carcinogen exposures in the development of most cancers[49]. In addition, the huge disparity between the US average and world minimum indicates that cancer is unlikely the result of a universal endogenous carcinogenesis mechanism unaffected by exogenous factors[48,50].

Human exposure to environmental agents commonly involves complex mixtures of a wide range of different chemicals, such as the mixtures of chemicals that occur with industrial manufacturing processes[51]. Examples of carcinogenic mixtures include air pollution and volatile solvents in manufacturing processes. The presence of different chemicals in these mixtures indicates that the toxicological endpoints involved are more diverse than those associated with exposure to separate, single constituents of the mixture. Further, interactions between chemicals in complex exposures are possible.

**How Genotoxic Carcinogens Induce Cancer**

DNA-reactive genotoxic carcinogens are considered relevant to humans[52]. For decades, it has been known that mutagenicity plays an important role in the activity of most carcinogens[53]. Mutagenicity can result from direct damage to DNA through a chemical being DNA reactive or from indirect effects, such as through the production of oxygen radicals that then react with DNA. DNA reactivity initiates the process of carcinogenicity that leads to the subsequent mutation induction and enhanced cell proliferation that ultimately results in tumor development. The other key characteristics of carcinogens (e.g., oxidative stress, inflammation, immunosuppression, angiogenesis, and apoptosis) can stimulate cancer progression[32,33].

22

Page: 22

| T | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Abstract, FN 52.

Compounds that have been demonstrated to induce genetic mutations, chromosomal breaks, and/or chromosomal rearrangements are considered genotoxic and have the potential to cause cancer in humans[54]. Exposure to even low levels of these genotoxic carcinogens can cause cancer. A large group of chemical carcinogens is known to bind covalently to DNA in the target cell. Under appropriate conditions, this primary DNA lesion can be expressed as a mutation and ultimately lead to cancer. Certain DNA-binding carcinogens require metabolic activation to form electrophilic, reactive, carcinogens[32]. DNA binding therefore involves enzymatic processes, diffusion processes, and electrophilic substitution reactions.  In principle, the rate of all these steps is proportional to the concentration in the low range, so that a linear dose-DNA binding relationship would occur[55].

**Non-Threshold Risks of Genotoxic Carcinogens**

For genotoxic carcinogens without sufficient evidence for a threshold-related mechanism, the scientific community assumes that a non-threshold dose-response relationship exists. In this case, all 7 carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-trichloroethane, and styrene) are genotoxic. Compounds that fall into this category are those that interact with DNA either directly or indirectly, such as alkylating agents, intercalating agents, or agents that can generate free radicals. For carcinogenic processes mediated via a DNA-reactive mode of action, and in the absence of evidence to the contrary, there is likely no threshold in the dose-response relationship and therefore there is no dose without a potential cancer-causing effect[56].

## THE TEN KEY CHARACTERISTICS OF CARCINOGENS

Carcinogens are described by 10 key characteristics that encompass genotoxic and nongenotoxic activity[32,33]. Most carcinogenic agents exhibit several of the 10 key characteristics, with an average of four characteristics per agent, a finding consistent with the fact that chemical-induced cancer development in humans occurs via multiple pathways[57].

The 10 key characteristics help identify the mechanisms that contribute to the induction of observed animal tumors from carcinogens and determine whether analogous mechanisms may be operative in humans. If similar mechanisms in animals and humans occur, this provides strong support for cancer causation of an agent or chemical. If the key characteristics are present, they help to create the necessary tumor microenvironment for tumor initiation and progression. The IARC has applied the key characteristics in mechanistic data evaluations of more than 50 diverse chemicals and complex exposures since 2015[58], and stated to include them in the January 2019 Preamble of the IARC Monographs until the present (IARC Monograph 130 in press from October 2021). Prior to the introduction of the key characteristics approach, there was no widely accepted method to systematically search for and organize relevant mechanistic evidence[33]. Other authoritative bodies, including the NTP, EPA, CalEPA, and OEHHA are increasingly using the key characteristics to identify carcinogens and better understand the mechanisms underlying how chemicals cause cancer.

These characteristics of human carcinogens provide the basis for an objective approach to identify and categorize scientific findings relevant to cancer mechanisms when assessing whether an agent or chemical is a potential human carcinogen[32,33]. The key characteristics of carcinogens described by Smith et al. (2016)[32,33] and utilized by IARC are as follows:

### 10 Key Characteristics of Carcinogens

1. Can the agent act as an electrophile or be metabolically activated to an electrophile?

2. Is the agent genotoxic?

3. Does the agent alter DNA repair or cause genomic instability?

4. Does the agent induce epigenetic alterations?

5. Does the agent induce oxidative stress?

6. Does the agent induce chronic inflammation?

7. Is the agent immunosuppressive?

8. Does the agent modulate receptor-mediated effects?

9. Does the agent cause immortalization?

10. Does the agent alter cell proliferation, cell death, or nutrient supply?

The first 4 characteristics focus on the genotoxic nature of the chemical agent.  The last 6 characteristics focus on nongenotoxic mechanisms in the tumor microenvironment. These 10 key characteristics of human carcinogens are a roadmap for identifying and categorizing scientific findings relevant to cancer mechanisms when determining whether a chemical agent is a potential human carcinogen[32]. Multiple key characteristics may be additive or synergistic for specific carcinogens causing cancer[33]. The 10 key characteristics can be applied to cancer hazard identification[33]. Rather than the hallmarks of cancer, which describe intrinsic properties of the tumor cells and tumor microenvironment[59,60], the key characteristics identify measurable effects of carcinogens [32,33].

Although carcinogenesis is a complex process, common mechanistic characteristics and toxicological endpoints may be identified through examination of the biological processes that are modified by human carcinogens[51]. The most prevalent mechanistic characteristic was "is genotoxic", followed by "alters cell proliferation, cell death, or nutrient supply", "induces

25

oxidative stress", "is electrophilic or can be metabolically activated to electrophiles", and "induces epigenetic alterations".

**Key Characteristic 1:** *is electrophilic or can be metabolically activated to an electrophile*

The first key characteristic focuses on agents that act as electrophiles or that may be metabolized to form electrophiles[32,57]. Electrophiles are reactive, electron-seeking molecules capable of binding to electron-rich cellular macromolecules including DNA, RNA, lipids, and proteins, forming covalent adducts[33]. The measurement of covalent adducts on DNA and proteins is the most common method of assessing electrophilic activity both *in vitro* and *in vivo*. Some chemical carcinogens are direct-acting electrophiles including formaldehyde, sulfur mustard, and ethylene oxide; while others, such as nitrosamines, PAHs, and benzene, require metabolic activation, which involves biotransformation by enzymes[32,57].

Electrophiles and their nucleophilic targets can be described by their strength, which can help predict their reactivity. "Hard" electrophiles, described as such due to the relatively greater polarizability of their electrophilic center, can be potent carcinogens via their electron-withdrawing groups capable of binding nucleophilic N and O sites in DNA (e.g., epoxides)[61]. "Soft" electrophiles primarily target nucleophilic sites in proteins, such as thiol groups, rather than DNA. Computational chemistry tools can be used to calculate characteristics of chemical structures that can aid in identifying hard electrophiles[62]. The identification of plausible "molecular initiating events" based on covalent reactions with nucleophiles in proteins and DNA provides the unifying concept for a framework for reactive toxicity[62].

Structural alerts for reactive organic functional groups requiring metabolic activation have also been developed[63]. While *in silico* calculations can identify potential DNA-reactive

Page: 26

| T | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Abstract, FN 33

electrophiles, *in vitro* approaches can provide confirmation as well as information on chemical potency and/or reactivity. The direct measurement of electrophilicity involves approaches that determine a rate constant ($k$) as a measure of reactivity. This can be carried out through adduct measurement of deoxyribonucleosides, although this requires a high performance liquid chromatography method that limits throughput[64]. High throughput *in chemico* assays are available but target primarily soft electrophiles[65]. Both electrophilic and redox reactive compounds can be quickly identified in a high-throughput manner, enabling the assessment of screening libraries with respect to thiol-reactive compounds[65].

Toxicological endpoints of key characteristic number 1 include protein adducts, metabolites (reactive), absorption, distribution, metabolism, and excretion (ADME)[51]. Formation of protein adducts indicates the presence of reactive metabolites, which can be considered as indirect indicators/predictors of DNA damage (key characteristic 2)[51]. Carcinogens can require biotransformation (metabolic activation) to produce reactive metabolites (e.g., alkylating agents, epoxide metabolites, aryl-nitrenium ion)[51]. The absorption, distribution, metabolism, and elimination (ADME) of the agent can affect its carcinogenicity.

Biomarkers of reactive, electrophilic chemicals in humans have consisted primarily of measuring protein adducts as biomarkers of exposure to environmental mutagens in human populations[66]. Methods for adduct monitoring were developed as a means of determining target doses that, combined with measurements of genotoxic potencies, could be used for risk assessment[66]. With mass spectrometric methods, adducts can be quantified at levels that are thousands of times lower than those in which the cancer incidence associated with this exposure is detectable in disease-epidemiological studies. Mass spectrometric techniques permit

27

identification of the chemical structure of the adduct[66]. Adduct measurement therefore constitutes not only a means of risk estimation but it may be used as a complement of disease epidemiology in situations in which, for statistical reasons, the risk is too low to be detectable. It also gives a possibility of identification of the dangerous components in mixed exposures and of the relevant reactive intermediates in cases of complex metabolism[66].

Various analytical techniques have been employed to measure adducts at known, susceptible amino acid residues in these proteins[33]. Measurement can determine DNA adducts in human biopsy samples by liquid chromatography-mass spectrometry (LC/MS), requiring only several milligrams of tissue[67,68]. Hazardous chemicals in the environment and diet or their electrophilic metabolites can form adducts with genomic DNA, which can lead to mutations and the initiation of cancer. In addition, reactive intermediates can be generated in the body through oxidative stress and damage the genome[68]. The identification and measurement of DNA adducts are required for understanding exposure and the causal role of a genotoxic chemical in cancer risk[68]. Over the past three decades, P-postlabeling, immunoassays, gas chromatography/mass spectrometry, and LC/MS methods have been established to assess exposures to chemicals through measurements of DNA adducts[68].

Methods for protein and DNA adductomics, which identify multiple adducts, are emerging[69]. Adductomics is expected to be useful in the characterization of the exposome, which is a new paradigm for studying the sum of environmental causes of diseases[69]. DNA adductomics is emerging as a powerful method for detecting DNA adducts[69]. A liquid chromatography-triple quadrupole tandem mass spectrometry (LC-QqQ-MS/MS) was successfully applied to in vitro and in vivo studies to screen for DNA adducts formed following representative environmental

## Page: 28

| | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

Abstract, FN 66

| | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

Abstract, FN 68

exposures: methyl methanesulfonate (MMS) and five N-nitrosamines[69]. Interestingly, five new DNA adducts, induced by MMS, were discovered using this adductomic approach-an added strength. The proposed integrated strategy provides a path forward for DNA adductomics to become a standard method to discover differences in DNA adduct fingerprints between populations exposed to genotoxins and facilitate the field of exposomics[69,70]. Chemoproteomics also assesses the sites on proteins adducted by electrophilic small molecules[71]. Chemoproteomics can be used to identify novel toxicological mechanisms of environmental chemicals such as glyphosate[71].

**Key Characteristic 2: is genotoxic**

For more than 200 years, induction of human cancer has been associated with a large variety of chemical exposures[72]. Scientific investigations have revealed that the majority of cancer causing chemicals, or chemical carcinogens, act through "genotoxic" or DNA damaging mechanisms, which involve covalent binding of the chemical to DNA (DNA adduct formation)[72]. Cancer-inducing exposures are typically frequent and/or chronic over years, and the accumulation of DNA damage or DNA adduct formation is considered to be a necessary requirement for tumor induction[72]. Studies in animal models have indicated that the ability to reduce DNA damage also results in reduction of tumor risk, leading to the hypothesis that individuals with the highest levels of DNA adducts may have an increased cancer risk, compared to individuals with the lowest levels of DNA adducts. Studies showed that multiple types of DNA adducts combined, or DNA adducts combined with other risk factors (such as infection or inflammation), may be associated with more than 10-fold higher cancer risks compared to those found with a single carcinogen[72].

Page: 29

| T | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Abstract, FN 69

| T | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Abstract, FN 72

Genotoxicity is generally defined as the capability of an external agent to cause DNA damage, alteration to the genome (mutation), or both. The link between genotoxicity and chemical carcinogenesis is well established and has shaped standardized testing batteries of carcinogens for decades[73]. National and international regulatory agencies historically have used genotoxicity information as part of a weight-of-evidence approach to evaluate potential human carcinogenicity[73]. Additionally, some agencies consider heritable mutation a regulatory endpoint.

Genotoxicity can arise from a variety of mechanisms, for example, DNA strand breaks, DNA adducts, DNA-DNA crosslinks, and DNA-protein crosslinks, as well as from oxidative damage to DNA (related to key characteristic #5); all of these types of damage may give rise to permanent changes in the nucleotide sequence (mutation) as the cell attempts to repair the damage[33,73]. Genotoxicity can give rise to single nucleotide variants (point mutations), or it can manifest over a larger span of the genome at the chromosome level (e.g., structural (clastogenicity) or numerical chromosomal aberrations (aneuploidy))[33].

Key characteristic 2 includes several forms of genotoxicity, which are commonly evaluated using classical in vitro assays referenced in some regulatory testing guidelines and can be measured preclinically using biomarkers in experimental animals and in humans[33]. Measurements of endpoints such as DNA cross-links can provide important mechanistic information, while more apical endpoints such as mutation or chromosome loss, which reflect the consequence of damage to daughter cells, are considered more relevant and useful for hazard identification[33]. Chromosome aberrations and micronuclei have been shown to be associated with future cancer risk[74,75]. Mechanistic evidence linking chromosomal aberration (CA) to early stages of cancer has been

recently supported by the results of epidemiological studies that associated CA frequency in peripheral lymphocytes of healthy individuals to future cancer incidence[75].

A large proportion of the established human Group 1 carcinogens are genotoxic (IARC Monographs Volume 100 A-F). There is clear overlap and synergistic activity between the genotoxic effects described here in key characteristic #2 (KC2) and other key characteristics that can lead to genotoxicity; for instance "key characteristic #1 (KC1: is electrophilic)" for agents that can covalently bind DNA and form DNA adducts; key characteristic #3 (KC3: alters DNA repair or cause genomic instability) for agents that inhibit DNA repair; and key characteristic #5 (KC5: which induces oxidative stress) for agents that cause oxidative DNA damage.

Genotoxicity was the most prevalent mechanistic characteristic of the classified Group 1 agents, which likely reflects the fact that the process of carcinogenesis necessarily involves genomic/DNA changes[57]. The identification of DNA as the genetic material regulating fundamental biological processes at the cellular and molecular level and the role of DNA damage in initiating human cancer were key discoveries in the early studies of cancer causation[51]. 1 Early mechanistic studies on cancer causation focused on the ability of agents to induce genotoxic effects using assays of 'gross' cytogenetic events including DNA strand-breakage and formation of MN 2 nd CA.

Genotoxicity is the ability to induce DNA damage that leads to formation of DNA adducts, single- or double-strand breaks, or other chromosomal alterations. Genotoxicity is measured by three associated toxicological end-points: (i) DNA damage: alteration in the chemical structure or integrity of DNA, including a break in a DNA strand, and/or chemical modifications such as covalent binding to the nucleotide bases[76]; (ii) gene mutations: changes in the normal nucleotide

Page: 31

| T | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Missing citation to FN 51

| T | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

sequence of cellular DNA that may display a critical role in human carcinogenesis development[77]; (iii) clastogenic effects reflect damage to chromosomes, including DNA breakage, or the rearrangement, gain, or loss of chromosome fragments[78].

Evidence of genotoxicity can be provided by expression of the following toxicological endpoints: DNA damage, gene mutations, and cytogenetic/clastogenic effects, including chromosomal aberrations, micronucleus formation, and aneuploidy[57]. Direct evidence of DNA damage includes nuclear and mitochondrial DNA damage (*in vitro* or *in vivo*); DNA adducts, DNA strand-breaks (single- and/or double-strand breaks), DNA–protein cross-links, and DNA–DNA cross-links[51]. There are also indirect indicators or biomarkers of DNA damage (*in vitro* or *in vivo*). Clastogenic effects include disruption or breakages of chromosomes, leading to sections of the chromosome being deleted, added, or rearranged[51]. Gene mutations include reverse and forward mutations in microorganisms.

Genotoxic activity may lead to mutations. Mutations affect oncogenes, tumor-suppressor genes, and other genes involved in cell-cycle control. Gene mutation represents an important event in the pathway towards carcinogenesis, especially if it involves oncogenes or tumor-suppressor genes. Rat sarcoma virus (RAS) mutations that result from exposure to carcinogens (e.g., PAH) are involved in the etiology of tumors[79]. These correlations provide evidence for the involvement of adduct-directed mutations in RAS in the etiology of these tumors. Chromosomal changes are another type of genetic alteration frequently seen in many tumors. Consequently, agents that induce genomic instability such as benzene need to be regarded as potential carcinogens.

The strong evidence linking genotoxicity to carcinogenesis is consistent with epidemiological data and experimental research[57]. Genotoxic effects include the formation of

DNA adducts or induction of single- and double-strand DNA breaks. Several lines of evidence from epidemiological investigations and experimental animals and model systems demonstrated that DNA adducts are strongly associated with cancer[80]. Epidemiological investigations conducted in the occupational or general environment often analyze biomarkers of DNA adduct formation, clastogenic effects, and gene mutations, all of which reflect DNA damage. Therefore, human *in vivo* studies are a major source of data on genotoxicity.

**Key Characteristic 3: alters DNA repair or causes genomic instability**

DNA damage that is induced endogenously or exogenously has the potential to result in mutations and genomic instability if not properly repaired, eventually leading to cancer. Inflammation is also linked to cancer[81]. Reactive oxygen and nitrogen species (RONs) produced by inflammatory cells at sites of infection can induce DNA damage. RONs can also amplify inflammatory responses, leading to increased DNA damage[81]. To combat the effect of DNA damage, cells have evolved multiple, often overlapping DNA repair pathways to ensure that damage is efficiently and accurately repaired[82]. Alterations in DNA repair result in defects in processes that monitor and correct DNA replication fidelity[32,57]. Such defects may result in potent mutator phenotypes that subsequently yield genomic instability. DNA-repair alteration includes effects on key DNA-repair mechanisms such as base-excision repair (BER) and nucleotide-excision repair (NER). Inherited abnormalities in DNA-repair function increase cancer susceptibility[51]. Thus, the failure to repair DNA damage or to control inflammatory responses has the potential to lead to cancer[81].

Studies show that those with impaired DNA repair capacity are at an increased risk for lung cancer development, and that altered DNA repair processes likely play an important role in the development of cancers[83]. Genomic instability is a hallmark of cancer and is an enabling

Page: 33

🅣 Number: 1   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

characteristic of tumorigenesis[60]. DNA damage response (DDR) pathways maintain genomic stability by ensuring the fidelity of DNA replication and by activating cell cycle checkpoints and/or DNA repair pathways in response to DNA damage caused by endogenous processes and exogenous agents[84]. Disruptions in DNA repair can lead to elevations in mutagenesis and genomic instability, defined by an increasing rate of genomic alterations, and characterized by gene mutation, microsatellite instability (MSI), and genomic/chromosomal instability (CIN)[85]. Genomic instability refers to an increased tendency of alterations in the genome during the life cycle of cells[85]. During a cell division, genomic instability is minimized by four major mechanisms: high-fidelity DNA replication in S-phase, precise chromosome segregation in mitosis, error free repair of sporadic DNA damage, and a coordinated cell cycle progression[85].

Other mechanisms can lead to genomic instability. Oncogene-induced DNA replication stress, generated by sustained cell proliferation, may provide a selective advantage that drives tumorigenesis[86]. The sustained proliferation hallmark can be explained by mutations in oncogenes and tumor suppressors that regulate cell growth. The genes driving cell proliferation induce DNA replication stress, which, in turn, generates genomic instability[86]. Thus, DNA replication stress may be considered as a hallmark of cancer because it likely drives cancer development[86]. Chronic inflammation (key characteristic #6) can also induce genomic instability independently of DNA damage after exposure to pathogens, chemicals, radiation, DNA mutagens, hypoxia, or starvation[87-90]. Genomic instability can also be stimulated by various pro-inflammatory mediators including reactive oxygen species and cytokines (e.g., TNF-alpha), which result in inflammatory signaling and NF-kB activation[87,91].

Chronic inflammation is a strong risk factor for the development of cancer and can lead to genomic instability[91]. Inflammatory reactions lead to the aberrant expression of activation-induced cytidine deaminase (AID), a DNA mutator enzyme, in various epithelial cells via NF-κB activation, which causes the accumulation of genetic alterations in tumor-related genes[91]. AID activation is widely observed in gastrointestinal tissues with cancer-associated inflammation, such as chronic viral hepatitis, Helicobacter pylori-related gastritis, Barrett's esophagus and inflammatory bowel disease[91]. Furthermore, a deficiency of endogenous AID expression reduces both accumulation of somatic mutations in tumor-related genes and tumor incidence in a mouse model of inflammation-associated cancer development. Thus, AID plays an integral role in inflammation-associated carcinogenesis[91].

Genomic instability may result from mutations in DNA repair genes[92]. Altered DNA repair and/or induction of genomic instability can result from agents that are genotoxic (key characteristic 2), induce oxidative stress (key characteristic 5), or induce epigenetic alterations (key characteristic 4) and thereby disrupt the expression of genes involved in DNA repair[33]. Several chemical and physical agents have been shown to impede or inhibit high-fidelity DNA repair and/or activate error-prone DNA repair pathways leading to genomic instability and cancer, including ionizing radiation[87], metals[93], and aldehydes[94].

DNA repair activity is a useful human biomarker for mutagenic agents. Repair activity can be detected by measuring the expression, location, or recruitment of DNA repair proteins, but these measurements may not reflect the end outcome or consequence of a change in mutagenic repair capacity. Single cell gel electrophoresis (SCGE), also known as the comet assay, has been used to measure DNA damage in cells or whole organisms for over thirty years[95]. The comet assay can be used to measure the rate or capacity of DNA repair, including high-throughput applications[82].

35

Page: 35

---

T Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Abstract, FN 91

---

T Number: 2    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from pg 7 of:
Smith MT, Guyton KZ, Kleinstreuer N, Borrel A, Cardenas A, Chiu WA, Felsher DW, Gibbons CF, Goodson WH 3rd, Houck KA, Kane AB, La Merrill MA, Lebrec H, Lowe L, McHale CM, Minocherhomji S, Rieswijk L, Sandy MS, Sone H, Wang A, Zhang L, Zeise L, Fielden M. The Key Characteristics of Carcinogens: Relationship to the Hallmarks of Cancer, Relevant Biomarkers, and Assays to Measure Them. Cancer Epidemiol Biomarkers Prev. 2020 Oct;29(10):1887-1903. doi: 10.1158/1055-9965.EPI-19-1346. Epub 2020 Mar 9. PMID: 32152214; PMCID: PMC7483401.

---

T Number: 3    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

---

T Number: 4    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

---

T Number: 5    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

**Key Characteristic 4: induces epigenetic alterations**

Epigenetics, defined as heritable changes in gene expression without alterations in DNA sequences[96], contributes to cancer initiation and progression. Epigenetic changes are reversible and include multiple processes, such as DNA methylation, chromatin modifications, nucleosome positioning, and alterations in noncoding RNA profiles. Disruptions in epigenetic processes can lead to altered gene function and cellular neoplastic transformation[96]. Epigenetic modifications precede genetic changes and usually occur at an early stage in neoplastic development[96]. Certain cancer types exhibit losses in DNA methylation in specific genes. Epigenetic information is controlled by genome sequence, environmental exposure, and stochasticity, or random chance[97]. As such, epigenetics stands at the interface of the genome development and environmental exposure[1]Chromatin and associated epigenetic mechanisms stabilize gene expression and cellular states while also facilitating appropriate responses to developmental or environmental cues[98]. Genetic, environmental, or metabolic insults can induce overly restrictive or overly permissive epigenetic landscapes that contribute to pathogenesis of cancer and other diseases. Alterations in chromatin state, methylation and gene expression suggest that the contributions of epigenetic alterations must also be carefully considered[99].

The epigenome sits at the intersection of the environment, genetic mutation and tumor cell growth[100]. Epigenetic damage results from carcinogens, as well as injury and inflammation[100]. Some epigenetic modifications directly affect the hallmark properties of cancer; for example, shifts in methylation can result in enhanced proliferation and metabolic change, and increased invasive potential[100]. Epigenetic dysregulation occurs very early in cancer. For example, DNA methylation is altered in the normal tissue of cancer patients, and these changes increase with cancer[100]. Indeed,

# Page: 36

| T | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

Abstract, FN 98

cancer's hallmarks may also be achieved through epigenetic mechanisms affecting tumor suppressor silencing, oncogene activation by repurposed enhancers, or cell fate transitions[98].

Many carcinogens alter DNA methylation status[33]. For example, arsenic exposure is associated with global DNA hypomethylation and increased DNA methylation of proto-oncogenes such as *RAS[101]*, *p53,* and *p16[102]*. Sodium arsenite increased genomic hypomethylation in a dose dependent manner, and methyl-deficiency and sodium arsenite reduced the frequency of methylation at several cytosine sites within the promoter region of the oncogenic gene, Ha-ras[101]. DNA methylation plays an important role in the physiological expression of many genes including Ha-ras[101]. For example, arsenic can alter DNA methylation patterns in genes p53 and p16, which are important in carcinogenesis[102].

A study by Klutstein et al (2017) found that DNA methylation correlates equally as strongly as total stem cell divisions with lifetime cancer risk. They also found that the effects of methylation can override the effects of stem cell division. Notably, this opens the possibility that epigenetic and not mutagenic effects exert a significant role in explaining the variation in tissue-specific cancer incidence, and thus cancer burden. This supports the role of environmental factors as DNA methylation is highly plastic and prone to environmental influences.

A major change in the understanding of epigenetics came from the realization that the environment has a profound effect on developmental plasticity, particularly with aging and susceptibility to common disease. Thus, the epigenetic landscape is now viewed more dynamically than it was initially[103]. Induced epigenetic alterations are stable changes in gene expression and chromatin organization that are independent of mutation and that might be inherited through cell division[32,57]. Epigenetic alterations include DNA methylation, histone modification, and altered

Page: 37

| Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Abstract, FN 50

expression of microRNAs. Epigenetic phenomena also include genomic imprinting, X-chromosome inactivation, global reconfiguration of the DNA methylome, changes in chromatin compaction states and histone modification patterns, and altered microRNA expression. Epigenetic modifications occur without changing DNA sequence and lead to stable and mitotically heritable changes in gene expression[33]. Epigenetic modifications include alterations to DNA (e.g., DNA methylation), non-coding RNAs (altered expression of microRNA) and chromatin (e.g., histone modification). DNA methylation, histone modification, and altered expression of microRNAs are used as evidence of epigenetic alterations[104]. Epigenetics includes stable, long-term alterations in the transcriptional potential of a cell. These effects can be caused by factors such as altered methylation of DNA, micro-RNA expression, and changes in chromatin and histone structure[51]. Chemical carcinogens can alter the expression of multiple microRNAs, and this has been postulated to play a role in chemical carcinogenesis[105] (62,63).

**Characteristic 5: induces oxidative stress**

Reactive species, which mainly include reactive oxygen species (ROS), are products generated as a consequence of metabolic reactions in the mitochondria of eukaryotic cells[106]. In normal cells, low-level concentrations of these compounds are required for signal transduction before their elimination. However, cancer cells, which exhibit an accelerated metabolism, demand high ROS concentrations to maintain their high proliferation rate[106]. Oxidative stress occurs as an imbalance between formations of ROS and detoxification of the radical species within cells and tissues. ROS induce a cascade of events that include DNA mutation and oxidative DNA damage. Both are key events in cancer causation and pathogenesis[107]. Oxidative damage resulting from ROS generation can participate in all stages of the cancer process[108]. ROS generation has been

associated with human cancer induction. Thus, oxidative stress may both cause cancer and act as a tumor promoter[108].

Increased oxidative stress can initiate and promote tumorigenesis by inducing DNA damage[109]. For example, myeloid cell-derived reactive oxygen species induces epithelial mutagenesis[109]. Elegant studies have shown during intestinal tumorigenesis, myeloid cell-derived $H_2O_2$ triggers genome-wide DNA mutations in intestinal epithelial cells (epithelial mutagenesis) to stimulate invasive growth[109]. Importantly, increased reactive oxygen species (ROS) production in myeloid cells initiates tumor growth in various organs also in the absence of a carcinogen challenge in a paracrine manner[109]. The pro-inflammatory and pro-tumorigenic cytokine TNF-alpha triggers a feedforward pro-cancer mechanism by increasing immune cells such as macrophages. There is an intricate crosstalk between myeloid cell-derived ROS molecules (key characteristic #5), oxidative DNA damage (key characteristic #2), and the pro-inflammatory cytokine tumor necrosis factor α (TNF-α)-mediated signaling, to trigger a tumor-promoting microenvironment causing invasive cancer[109]. Thus, increased oxidative stress can initiate and promote tumor growth[109].

The induction of oxidative stress and subsequent injury is a characteristic of various carcinogens, including organic solvents (e.g., TCE and carbon tetrachloride), [33]. Carcinogens can affect the redox balance within target tissues, leading to an imbalance favoring formation of tumor-promoting ROS at the expense of their detoxification, and may also be accompanied by the production of reactive nitrogen species[33]. Oxidative stress can lead to oxidative damage to DNA, including base modification, DNA-protein crosslinks, and other lesions[108,110]. These reactive molecules possess the ability to damage both the DNA nucleobases and the sugar phosphate backbone, leading to a wide spectrum of lesions, including non-bulky (8-oxoguanine and

formamidopyrimidine) and bulky (cyclopurine and etheno adducts) base modifications, abasic sites, non-conventional single-strand breaks, protein-DNA adducts, and intra/interstrand DNA crosslinks[110]. Unrepaired oxidative DNA damage can result in mutagenesis during genome copying or gene expression, or blockage of the essential cellular processes of DNA replication or transcription[110]. Cells have adapted and evolved defense systems against the harmful effects of ROS, and specifically devote a number of cellular DNA repair and tolerance pathways to combat oxidative DNA damage[110].

Chronic inflammation-related DNA damage response may be a driving force of gastric cardia carcinogenesis[111]. DNA damage response in non-malignant tissues may become a promising biomedical marker for predicting malignant transformation in various tissues (e.g., stomach)[111]. For instance, 8-OHdG is a DNA adduct that is considered a critical biomarker for carcinogens that cause oxidative stress[33]. Other biomolecules, including proteins and lipids, are also subject to oxidative damage. Thus, oxidative stress is directly related to many other KCs (including key characteristics 2 and 3 via DNA damage) leading to genotoxicity and alteration of DNA repair, as well as others including chronic inflammation (key characteristic #6) and altered cell proliferation (key characteristic #10)[33]. An example is that oxidative stress can affect the proliferation (e.g., replication) of cells (e.g., EGFR regulation, ERK1/2 and MAPK activation), evasion of apoptosis (e.g., Src, NF-kB, and PI3K/Akt activation), tissue invasion and metastasis (e.g., MMP secretion, Met overexpression, and Rho-Rac interaction), and angiogenesis (e.g., VEGF release)[106,112].

This key characteristic is often non-specific, as non-carcinogens can also induce oxidative stress[33]. Therefore, oxidative stress is most informative in hazard identification when there is concordance among increases in oxidative stress markers and additional key characteristics, such

as DNA damage and inflammation. For instance, such concordance has been shown previously when oxidative stress was accompanied by genotoxicity in strains of yeast and bacteria known to be more sensitive to oxidative DNA damage[58]. Furthermore, evidence is strengthened when these effects can be shown to be attenuated with co-exposure to antioxidants or in knockout animals[58].

Taken by itself, oxidative stress (KC 5) does not have a stand-alone role in causal identification of carcinogens and is best analyzed in the context of its impact on other key characteristics such as genotoxicity (KC 2)[33]. Endpoints and markers such as oxidative damage to DNA and inflammation that specifically relate to KC5 (induces oxidative stress), KC2 (is genotoxic) and KC6 (induces chronic inflammation). Oxidative stress can lead to chronic inflammation, which in turn may initiate and stimulate cancer[112]. Importantly, ROS levels can be used as a thermostat to monitor the damage that cells can bear[106]. Oxidative stress can activate a variety of transcription factors, including NF-κB, which can lead to the expression of over 500 different genes, including those for growth factors, inflammatory cytokines, chemokines, and cell cycle regulatory molecules[112]. Oxidative stress activates inflammatory pathways leading to transformation of a normal cell to tumor cell, tumor cell survival, proliferation, chemoresistance, radioresistance, invasion, angiogenesis, and stem cell survival. Thus, oxidative stress, chronic inflammation, and cancer are tightly linked[112].

**Key Characteristic 6: induces chronic inflammation**

Chronic inflammation in the tumor stroma has long been known to contribute to tumor progression. Increased infiltration of innate immune cells to the tumor, such as macrophages, mast cells and neutrophils, correlates with increased angiogenesis and poor prognosis[113]. Chronic inflammation increases the risk of cancer[114]. Chronic inflammation over time can cause DNA

41

# Page: 41

Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

damage and lead to cancer[115,116]. Chronic inflammation is estimated to contribute to approximately 25% of human cancers. Inflammation has both genotoxic and non-genotoxic implications and is considered to play a central role in cancer[117]. Chronic, low-grade inflammation may cause DNA damage through a persistent increased level of reactive oxygen species (ROS) produced and released by activated immune cells[117]. In addition, multiple pro-inflammatory cytokines and chemokines display mitogenic, motogenic, morphogenic and/or angiogenic properties and may therefore contribute to tumor growth and metastasis.

DNA damage induced by chronic inflammation contributes to various cancer types in mice via a mechanism that is relevant to all tumor types[114]. Intestinal inflammation induces genotoxicity to various tissues and cell types in animal models[118]. Acute and chronic intestinal inflammation causes DNA damage to circulating peripheral leukocytes, inducing a systemic effect in genetically and chemically induced models of intestinal inflammation[118]. Inflammation induces genotoxicity in the form of DNA single- and double-stranded breaks accompanied by oxidative base damage in leukocyte subpopulations of the blood, diverse lymphoid organs, intestinal epithelial cells and hepatocytes[118]. Systemically circulating proinflammatory cytokines induced genotoxicity in vivo and in vitro modeling[118]. Moreover, genotoxicity involved increased damage rather than reduced repair, as it is not associated with decreased expression of the DNA double-strand break recognition and repair protein, ataxia telangiectasia mutated. Thus, levels of intestinal inflammation contribute to the remote tissue burden of genotoxicity[118].

Chronic inflammation-induced DNA damage can cause mutations and has been implicated in the initiation and promotion of inflammation-mediated carcinogenesis[119]. Mutations are a critical driver of cancer initiation[120]. Chronic inflammation can affect the tissue physiology in the

## Page: 42

| | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

This is copied directly from: Issues in Cancer Epidemiology and Research (2013 Ed.) by Q. Ashton Acton, PhD (not cited)

body to increase mutation damage *in vivo*. Inflammation-induced cell proliferation potentiates DNA damage-induced mutations *in vivo*[120]. While there is normally a kinetic barrier separating DNA damage from cell proliferation that protects against mutations, inflammation-induced cell proliferation greatly potentiates exposure-induced mutations. Studies by Kiraly et al (2015) demonstrated a key mechanism by which inflammation can act synergistically with DNA damage to induce mutations that drive cancer and cancer recurrence[120].

Persistent oxidative/nitrosative stress and excess lipid peroxidation are induced by inflammatory processes in a self-perpetuating process and cause progressive accumulation of DNA damage in target organs[121]. Together with deregulation of cell homeostasis, the resulting genetic changes act as driving force in chronic inflammation-associated human disease pathogenesis including cancer[121]. Thus steady-state levels of DNA damage caused by reactive oxygen species (ROS), reactive nitrogen species (RNS), and lipid peroxidation (LPO) end products can lead to cancer[121]. Inflammation can cause phagocytic leukocytes and cytokine-activated cells to produce large amounts of reactive metabolites of oxygen and nitrogen which can induce DNA damage and mediate mutagenesis[122]. Repair of DNA lesions formed by RONS during chronic inflammation is important for protection from cancer[114]. Sustained inflammation may also stimulate stem cell insult by inducing a state of chronic oxidative stress with elevated levels of ROS in the bone marrow, thereby creating a high-risk microenvironment for induction of mutations due to the persistent inflammation-induced oxidative damage to DNA in hematopoietic cells[123]. Alterations in the epigenome (KC4) induced by the chronic inflammatory drive may also cause an "epigenetic switch" promoting persistent inflammation[123].

Under inflammatory conditions, inflammatory and epithelial cells release ROS and RNA, which are capable of causing DNA damage leading to oxidative stress, including the formation of 8-oxo-7,8-dihydro-2′-deoxyguanosine and 8-nitroguanine[124]. 8-nitroguanine was clearly formed at the sites of cancer induced by infectious agents including *Helicobacter pylori*, inflammatory diseases including Barrett's esophagus, and physicochemical factors including asbestos. DNA damage can lead to mutations and genomic instability if not properly repaired. Moreover, DNA damage response can also induce high mobility group box 1-generating inflammatory microenvironment, which is characterized by hypoxia. Hypoxia induces hypoxia-inducible factor and inducible nitric oxide synthase (iNOS), which increases the levels of intracellular RNS and ROS, resulting in DNA damage and poor prognosis. Furthermore, tumor-producing inflammation can induce NF-κB, resulting in iNOS-dependent DNA damage. Inflammation-related DNA damage can lead to a poor prognosis in cancer patients (e.g., cholangiocarcinoma)[125]. Inflammation increases formation of DNA lesions, which may be involved in genetic instability and lead to cancer progression with aggressive clinical features[125]. Therefore, crosstalk between DNA damage, oxidative stress and inflammation may play important roles in cancer development[116,124].

Inflammation can mediate carcinogen induced genomic instability[126]. Chronic inflammation can stimulate cancer via pro-inflammatory and pro-tumorigenic molecules (e.g., cytokines, chemokines, and lipid mediators)[127]. Chronic inflammation acts through generation of oxidative stress, release of cytokines, and stimulation of cell proliferation, which ultimately produce DNA damage[57]. Chronic inflammation may arise from exogenous agents such as radiation, silica, or asbestos fibers as well as persistent infection as with human papillomavirus or

# Page: 44

Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Abstract, FN 116

with Helicobacter pylori[57]. Chronic inflammation disrupts local tissue homeostasis and alters cell signaling, leading to recruitment and activation of inflammatory cells.

Chronic inflammation associated with the development of cancer is a prolonged response to persistent infections or chemicals (e.g., carcinogens) that inflict cell death and tissue injury[33]. This pro-cancer inflammation is followed by deregulated compensatory cell proliferation and aberrant repair[128]. Inflammatory diseases such as ulcerative colitis and hepatitis have been shown to lead to increased risks of colon cancer and liver cancer, respectively. Increased peripheral DNA damage and oxidative stress seem to be associated with decreased antioxidant levels and thus may in part contribute to the development of colorectal cancer associated with ulcerative colitis[129]. Another example is following repeated helminth infections, these infections induce metaplasia and hyperplasia of the transitional epithelial lining of the bladder, potentially leading to squamous cell carcinoma[130].

During chronic inflammatory reactions, production of reactive oxygen and nitrogen species by infiltrating inflammatory cells contributes to oxidative stress and epigenetic alterations (key characteristics 4 and 5)[33]. ROS and RNS released from inflammatory cells are likely to induce DNA double-strand breaks in the various cells in the human body[131]. The DNA damage response can be activated, resulting in the production of pro-inflammatory cytokines. These pro-inflammatory cytokines further stimulate inflammatory cell infiltration and DNA damage through a positive-feedback mechanism[131]. This vicious cycle, characterized by mutually reinforcing inflammation and DNA damage, may cause the inflammation to become chronic, which can lead to cancer.

Page: 45

| | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Nitrative and oxidative DNA lesion products, 8-nitroguanine and 8-oxo-7,8-dihydro-2'-deoxyguanosine (8-oxodG), were formed and inducible nitric oxide synthase (iNOS) was expressed in epithelial cells and inflammatory cells at the site of carcinogenesis in humans and animal models[124]. Infection-induced colitis in mice causes dynamic and tissue-specific changes in stress response and DNA damage leading to colon cancer[132]. Inflammation-mediated carcinogenesis involves infiltration of phagocytes, immune cells (e.g., neutrophils) and generation of reactive species that cause local molecular damage leading to cell dysfunction, mutation, and cell death[132]. These studies demonstrate that chronic inflammation triggers oxidative and nitrative DNA damage at the sites of carcinogenesis, regardless of etiology[124].

Chronic inflammation may induce sustained DNA damage and DNA damage responses that result in these transient covalent chromatin modifications becoming mitotically stable epigenetic alterations[133]. Thus, epigenetic alterations (KC 4) can be initiated during chronic inflammation[133]. Chronic inflammation can also promote systemic DNA damage via "bystander cells", which refers to changes in naïve cells sharing the same environment with cells that have been damaged[134]. Bystander cells may be in contact with, or distant from, damaged cells. Mice harboring tumors exhibited elevated levels of DNA damage in distant organs via immune cells mediating bystander effects[134].

A wide array of chronic inflammatory conditions predispose susceptible normal cells to neoplastic transformation[135]. In general, the longer the inflammation persists, the higher the risk of cancer[135]. 1 mutated cell can lead to carcinogenesis. Inflammatory processes may induce DNA mutations in cells via oxidative/nitrosative stress. This condition occurs when the generation of free radicals and active intermediates in a system exceeds the system's ability to neutralize and eliminate them. Inflammatory cells and cancer cells themselves produce free radicals and soluble

Page: 46

Number: 1     Author:          Subject: Highlight     Date: 10/6/2022 5:36:16 PM

mediators such as metabolites of arachidonic acid, cytokines and chemokines, which act by further producing reactive species[135]. These, in turn, strongly recruit inflammatory cells in a vicious circle. Reactive intermediates of oxygen and nitrogen may directly oxidize DNA, or may interfere with mechanisms of DNA repair[135]. The main substances that link inflammation to cancer via oxidative/nitrosative stress are prostaglandins and cytokines.

Sustained release of growth factors, cytokines, angiogenic factors, and matrix metalloproteinases perpetuate the chronic inflammatory response and facilitate tumor growth, progression, and invasion[127]. Chronic inflammation can be measured by histopathology and quantification of cytokines, chemokines, and bioactive lipids (e.g., eicosanoids). Studies in rodents have provided strong evidence for the involvement of chronic inflammation in cancers induced by welding fumes, malathion, tetrachloroazobenzene, indium tin oxide and melamine in recent IARC evaluations[58]. Proinflammatory cytokines such TNF-alpha or IL-6, C-reactive protein, fibrinogen, and high mobility group box 1 (HMGB1) have been studied as potential circulating biomarkers for chronic inflammation in a variety of diseases, including asbestos-related diseases[136,137].

Nitric oxide in gastrointestinal epithelial cell carcinogenesis also links inflammation to cancer[138]. There are many inflammatory mediators linking chronic inflammation to carcinogenesis. suggests that nitric oxide (NO) contributes to carcinogenesis during chronic inflammation. Inducible iNOS, which is expressed by both macrophages and epithelial cells during inflammation, generates the bioreactive molecule nitric oxide[138]. In addition to causing DNA lesions, NO can directly interact with proteins by nitrosylation and nitosation reactions[138]. The consequences of protein damage by NO are procarcinogenic. For example, NO inhibits DNA repair enzymes (KC 3) such as human 8-oxodeoxyguanosine DNA glycosylase 1 and blocks apoptosis via nitrosylation of caspases (KC 10)[138]. These cellular events permit DNA damage to

## Page: 47

| | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

accumulate, which is required for the numerous mutations necessary for development of invasive cancer[138]. NO also promotes cancer progression by stimulating angiogenesis (KC 10). Pro-inflammatory cytokines induce DNA damage and inhibit DNA repair in cancer (e.g., cholangiocarcinoma) cells by a nitric oxide-dependent mechanism[139]. Moreover, global DNA repair activity was inhibited by 70% by a NO-dependent process after exposure of cells to cytokines[139]. This data indicates that activation of iNOS and excess production of NO in response to inflammatory cytokines cause DNA damage and inhibit DNA repair proteins[139]. NO inactivation of DNA repair enzymes may provide a link between inflammation and the initiation, promotion, and/or progression of cancer (e.g., cholangiocarcinoma).

Chronic administration of the carcinogen NDEA led to persistent DNA damage accompanied by apoptotic hepatic injury, which results in a pro-inflammatory response[140]. In addition, repeated episodes of cell death (e.g., necrosis) or immune-mediated apoptosis (e.g., persistent hepatitis B infection in the liver) and altered parenchymal cell differentiation and proliferation links chronic inflammation with other key characteristics (e.g., KC 10)[33]. Inflammation can also promote cancer via the transcription factor NF-κB[141]. NF-kB, a central positive regulator of inflammation, has emerged as a molecular link between inflammation and cancer growth. NF-kB promotes tumor growth not only in a cancer cell-autonomous manner by transactivating anti-apoptotic genes, but it also stimulates inflammatory processes in the microenvironment that lead to the production of tumor-promoting cytokines[141].

Cancer is a multi-step process during which cells acquire mutations that eventually lead to uncontrolled cell growth and division and evasion of programmed cell death[142]. The oncogenes such as Ras and c-Myc may be responsible in all three major stages of cancer i.e., early, intermediate, and late. NF-κB has been shown to control the expression of genes linked with tumor

# Page: 48

Number: 1     Author:        Subject: Highlight     Date: 10/6/2022 5:36:16 PM

pathways such as chronic inflammation, tumor cell survival, anti-apoptosis, proliferation, invasion, and angiogenesis (KC 10)[142].

Asbestos-induced chronic inflammation has been studied via exposure biomarkers of oxidative stress[143,144], which are also used as biomarkers of other causes of oxidative stress such as from cigarette smoking[145,146] and mesothelioma[147]. Elevated pro-inflammatory acute phase reactants and oxidative stress markers in the mesothelioma group can be used as predictive markers for the development of asbestos-related malignancy[147]. In cancer, chronic inflammation and related immunosuppression can directly support tumor growth and dramatically reduce the efficacies of traditional treatments, as well as novel immune-based therapies, which require a functional immune system[136].

Many scientific studies from animal and human studies, have demonstrated that inflammation is an enabling factor to carcinogenesis[60], where inflammation can act as a tumor promoter in a number of cancer types. Chronic inflammation stimulates essentially all tumor types including pancreatic cancer, colon cancer, lung cancer, hematological cancer, ovarian cancer, prostate cancer, and other tumor types[29,37,148,149]. Studies in patients provide evidence linking chronic inflammation-associated genomic instability with human esophageal cancer[150]. Our laboratory has demonstrated that inflammation can promote tumor growth in various tumor types in pre-clinical models including lung cancer, melanoma, lymphoma, ovarian, liver, pancreatic, and colon cancer[2,3,10,12-14,151]. The significance of inflammation in cancer development has been demonstrated in chemoprevention, where randomized clinical trials and population studies of anti-inflammatory agents such as aspirin and other non-steroidal anti-inflammatory drugs have demonstrated the cancer prevention effects of suppressing pro-inflammatory mediators like

prostaglandin $E_2$ for several cancers[127]. Indeed, in 2015 the US Prevention Services Task Force recommended low dose aspirin use for the prevention of colorectal cancer in individuals at elevated risk[48].

Increased incidence of prostate cancer in World Trade Center (WTC) responders demonstrates evidence of a pro-inflammatory cascade[152]. Respiratory exposure to WTC dust can induce inflammatory and immune responses in prostate tissue. WTC dust, which contained carcinogens and tumor-promoting agents, could facilitate prostate cancer development by inducing DNA damage, promoting cell proliferation, and causing chronic inflammation[152].

**Key Characteristic 7: is immunosuppressive**

Immunosuppression is a reduction in the capacity of the immune system to respond effectively to foreign antigens, including antigens on tumor cells[33]. In contrast to other key characteristics, immune suppression does not play a direct part in transforming normal cells into tumor cells but enables them to escape immune surveillance. Among other roles, the immune system also plays a major part in the inflammatory response to injury[57].

Epidemiological data from patients with congenital immunodeficiencies, virally induced immunodeficiencies (e.g., HIV-mediated), and from patients treated with immunosuppressive therapies (e.g., organ transplant rejection prevention therapies) indicate that profound immunosuppression is associated with an increased cancer risk. Immunosuppression-associated cancer types can include hematological malignancies and solid tumors[33]. Examples include cyclosporine-induced non-Hodgkin lymphoma[153] and lung cancer from welding fumes[154], agents which are both immunosuppressive. While immunosuppression can promote cancer risk, not all

components of the immune system are equally important in defense against or promotion of cancer and a similar cancer hazard for all immunomodulatory molecules (e.g., for anti-inflammatory agents) does not always occur[155].

Immunosuppressive agents are molecules that interfere with key steps of the "cancer immunity cycle", which can be divided into several processes, starting with the release of antigens from the cancer cell, followed by the presentation of cancer antigens to immune effector cells, the priming / activation of these effector cells (e.g., T lymphocytes), infiltration / migration of immune effector cells into tumors, and ending with the killing of cancer cells[156]. T cell function plays a particularly important role in anti-tumor immunity and some components of innate immunity. Identification of cancer cell T cell inhibitory signals, including PD-L1, has prompted the development of a new class of cancer immunotherapy that specifically hinders immune effector inhibition, reinvigorating and expanding preexisting anticancer immune responses[156]. Several immunosuppressive agents (such as cyclosporine A or dimethylbenzanthracene) directly inhibit T cell activation leading to decreased immune surveillance of pre-cancerous cells/lesions. Natural Killer (NK) cells can also play an important role.

Immunosuppression functional assays include standard hematology and anatomic pathology (e.g., evidence of marked lymphodepletion and hematotoxicity), lymphocyte population enumeration by flow cytometry, and NK cell activity[33]. There are also other endpoints, such as T helper and cytotoxic T cell functions (including endpoints relating to factors that govern killing mechanisms such as cytokine production and evidence of degranulation)[33].

**Characteristic 8: modulates receptor-mediated effects**

Receptor-mediated effects may occur when agents mimic the structure of endogenous ligands that bind to cells and activate cell surface receptors or intracellular receptors, thereby initiating pathways that may stimulate proliferation and other pro-cancer responses[32,57]. Receptor-mediated effects might produce hormonal effects, whereby external agents interfere with the synthesis, secretion, transport, binding, action, or elimination of natural hormones in the body. These external factors might also demonstrate reactivity like the reactivity endogenously produced hormones, which can lead to mediation of changes in homeostasis, reproduction, development, or behavior[57]. Receptor-mediated effects interfere with cell-signaling pathways, leading to expression of carcinogenic trait/phenotype in the cell (e.g., facilitating cell invasion or induction of genes for inflammatory mediators and oncogenes)[51]. External agents can interfere with the synthesis, secretion, transport, binding, action, or elimination of natural hormones in the body.

Receptor-mediated effects can occur at the cell surface (through ligand-binding) or intracellularly (via the disruption of signaling cascades or actions on nuclear/cytosolic receptors), all of which can modulate transcriptional changes in the nucleus[33]. Outcomes of transcriptional changes are varied and can regulate critical cellular pathways. Some receptors promote cell proliferation (e.g., hormone nuclear receptors such as estrogen (ER)[157], androgen (AR)[158], and progesterone (PR) receptors and growth factor receptors such as EGFR/erbB[159] and HER2/neu[160]. Activation of the aryl hydrocarbon receptor (AhR) (KC 8) can lead to immunosuppression (KC 7), in addition to effects on cell proliferation and survival (KC 10)[161,162]. The activation of certain nuclear receptors, including peroxisome proliferator activated receptor alpha[163] and constitutive androstane receptor[164], is associated with rodent liver carcinogenesis[164,165]. The optimal approach to receptor-mediated mechanism of action of carcinogens is to evaluate both receptor binding and receptor functional activity[33]. Radioligand binding and luciferase reporter gene assays in human cells are

52

standard assays. For example, internationally harmonized guideline assays exist for binding and transcriptional activation of various receptors, although not all use human cells[33].

**Key Characteristic 9: causes immortalization**

Unlike normal cells, which can divide only a limited number of times before they die, cancer cells can keep dividing. Immortalization refers to a cell evading normal cellular senescence and proliferating indefinitely[57]. In culture, normal cells have a fixed number of replication cycles before they enter cellular senescence and stop replicating. Evasion of senescence is frequently associated with activation of telomerase[166] and plays a critical part in carcinogenesis[167]. Many cancers have an activated telomere maintenance mechanism, a marker of immortalization[167]. Carcinogenesis may involve activation of a telomerase that prevents loss of telomere length, leading to immortalization of cells[166]. Immortalization includes increased motility and invasiveness of cancer cell lines, oncogenic transformation (i.e., anchorage-independent growth) and loss of contact inhibition.

Telomeres are the protective ends of chromosomes that are necessary to prevent chromosomal instability and are maintained through telomerase and other gene products[33]. Cancers frequently have elevated telomerase activity and maintain or extend their telomeres through genetic and epigenetic mechanisms. Carcinogens have been shown to activate telomerase and/or extend telomeres[168-170]. Cancer cells acquire an indefinite capacity for self-renewal of cells.

Environmental chemicals can enable the cancer hallmark of evasion of growth suppression[169]. Senescence is initiated by the shortening of telomeres (replicative senescence) or by other endogenous and exogenous acute and chronic stress signals (STASIS: stress or aberrant

53

signaling-induced senescence). The process of carcinogenesis involves a series of changes that allow tumor cells to bypass the senescence program[170]. The effect of a carcinogen on immortalization and senescence can be quantified by several laboratory assays including transformation assays, as well as more specific assays such as telomerase activity, telomere length, and regulation of certain genes in stem cells and cancer stem cells (e.g., *MYC*, *p16* and *p53*)[171,172].

Cancer cells are immortal, and therefore have limitless potential to divide. Normal cells have a limited lifespan, which has been described as the Hayflick limit. The Hayflick Limit is a concept that helps to explain the mechanisms behind cellular aging. The concept states that a normal human cell can only replicate and divide forty to sixty times before it cannot divide anymore and will break down by programmed cell death or apoptosis. This can be measured *in vitro* by cell doublings of normal human fibroblasts. Several mechanisms can influence immortalization: cellular pathways that regulate stemness versus senescence, telomere length and telomerase activity, and Alternative Lengthening of Telomeres (ALT), break-induced telomere synthesis and mitotic DNA synthesis (MiDAS) at so-called common fragile sites and telomeres[173,174]. Stemness refers to the ability of a cell to keep dividing, while senescence refers to a cell to stop dividing. Replication stress is a fundamental step and an early driver of tumorigenesis and has been associated with many activated oncogenes[173].

Immortalization is associated with stemness, the ability of cells to self-replicate indefinitely[33]. With the exception of normal stem cells, whose behavior relies on signals from stem cell niches[175], most normal cells differentiate and lose the capacity for self-replication[168-170]. Cancers may rely on "cancer stem cells" that share the self-renewal feature of normal stem cells. Cancer stem cells

Page: 54

Number: 1     Author:          Subject: Highlight          Date: 10/6/2022 5:36:16 PM
Copied from: https://embryo.asu.edu/pages/hayflick-limit

can arise from an intrinsic mutation, leading to self-sufficient cell proliferation, and/or may also involve deregulation or alteration of the niche by dominant proliferation-promoting signals[175].

Cancers generally appear to maintain a small subpopulation of their cells that are cancer stem cells, which are required for unlimited replication. For example, the MYC oncogene, which is upregulated by some carcinogens, can promote the stemness of cancer stem cells[168-170]. The opposite of immortalization and stemness is cellular senescence, a cellular program that results in terminal differentiation of cells that have undergone irreparable cellular stress, including DNA damage. Immortalization is regulated through many gene products including cell cycle checkpoint inhibitors such as p16 and DNA repair gene products such as p53[168-170]. Carcinogens, including human DNA and RNA viruses, such as HPV, EBV, Kaposi sarcoma-associated herpes virus, HBV, HCV, HIV, Merkel cell polyomavirus (MCPyV), and human T-lymphotropic virus type 1 (HTLV-1), can cause cancer via effects on cellular immortalization and senescence[171].

**Key Characteristic 10: alters cell proliferation, cell death, or nutrient supply**

Tumor growth is regulated by cell proliferation (growth), cell loss by apoptosis (programmed cell death) or necrosis, and the blood (vascular) supply that provides oxygen and other nutrients[1,33]. Carcinogens may impact these processes by stimulating uncontrolled cell proliferation and angiogenesis to increase vascularity and by modulating of apoptosis. Cancer cells often have different cellular energetics than normal cells, e.g., using glycolysis for energy under aerobic conditions under the Warburg effect[33]. The resultant altered cell proliferation and/or cell-cycle control can contribute to carcinogenesis in three ways: 1. predispose replicating cells to propagate unrepaired DNA damage and cancer-causing mutations; 2. sustained replication may be

an independent mechanistic event; and 3. abnormal proliferation may allow transformed cells to evade usual checkpoints and to continue replication. Such scenarios foster avoidance of apoptosis or other terminal programming (e.g., autophagy)[176].

Cancer is characterized by unabated cell proliferation[177]. Cell proliferation is an essential mechanism for growth, development, and regeneration of organisms; however, it is also a cause of cancer. Cell proliferation is affected by alterations in the rate of cell growth within a tissue. It may be a direct effect or a secondary regenerative effect after induction of cell death by cytotoxic agents, such as trichloroethylene. Two associated toxicological end-points are (i) cell-cycle effects, i.e. alterations in the functioning of the complex series of factors that control the cell cycle and cell division, which have been associated with carcinogenesis[177], and (ii) alterations in cell signaling pathways, which relate to the ability of the agent to interfere with cell signaling pathways, resulting in expression of a carcinogenic trait or phenotype in the cell[177]. This key characteristic includes detection of alterations in cell proliferation and cell-cycle effects (e.g., DNA-replication changes, cell-cycle control, ploidy) and mitogenesis[51]. Measures of cell proliferation include microscopic identification of mitotic cells via immunohistochemical techniques, measurement of S-phase cells by incorporation of $^3$H-thymidine or bromodeoxyuridine, stains for proliferating cell nuclear antigen (PCNA), and identification of the growth fraction with stains such Ki-67 or BrDu[33].

Altered nutrient supply affects cell viability. Adequate cell nutrition is essential for proliferating cancer cells, and agents that promote the growth of blood vessels (angiogenesis) stimulate tumor growth[1]. The vascularity of a tumor can be analyzed by visual observation of blood vessel density (e.g., microvessel density) by staining for endothelial cell markers such as CD31 as

we and others have demonstrated[5,6]. The amount of vascular supply in tumors can be estimated by laboratory techniques such as immunohistochemical detection of CD31 and by flow cytometry[6].

Necrosis triggers the invasion of immune cells such as macrophages into the affected area and enhances the proliferation and spread of cancer cells. Defects in programmed cell death might induce carcinogenesis: evasion of apoptosis is a requirement for both neoplastic transformation and sustained growth of cancer cells. Measures of apoptosis include identification of apoptotic cells on histology (sometimes with TUNEL assay or Annexin-V) or flow cytometry, and expression of pro- and anti-apoptotic genes as we and others have demonstrated[3]. Beyond additive effects predicted by the sum of individual chemical carcinogens, a mixture treatment demonstrated synergism for apoptosis suppression[178]. Importantly, at relatively low concentrations, a chemical mixture had striking effects on normal cells function that were not observed with a single chemical[178]. Thus, a mixture of chemical carcinogens can trigger key characteristics that are not observed as individual chemicals[178]. This has important implications to this case with 7 chemical carcinogens including TCE, formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-trichloroethane, and styrene. A mixture of carcinogens can initiate and promote cancers via additive and synergistic carcinogenesis activity[178].

*Carcinogen mixtures and mixtures containing carcinogens*

A carcinogenesis classification for mixtures can be based on study results with the mixture itself or on the classification of their respective carcinogenic compounds[179]. If a carcinogenic potential is proven for a mixture, even without knowledge of the carcinogenic compound, it must be categorized as a carcinogen[179]. For mixtures containing substances with a genotoxic and carcinogenic potential, it scientifically inappropriate to establish a safe threshold[179]. Carcinogenic

mixtures are categorized according to either the carcinogenicity of the mixture or the classification of the carcinogenic substances included. Dose additivity is expected to occur even at low dose levels for chemicals with a similar mode of action[179]. Synergistic effects may also occur.

Historically, exposure to complex mixtures such as soot, coal tar, mineral oils, and cigarette smoke has been associated with increased cancer mortality[180]. A toluene solution containing 0.1% each of five noncarcinogenic polycyclic aromatic hydrocarbons (PAHs), anthracene, chrysene, pyrene, fluoroanthene, and phenanthrene, produced tumors in 23% of the mice with a latent period of 73 weeks. Benzo[a]pyrene (BaP) has been used to predict the carcinogenic potency of mixtures. With the addition of a BaP to this solution, 47% of the mice produced tumors with a latent period of 66 weeks[180]. Thus, a chemical can have its carcinogenic potential altered by a change in the solvent used[180]. TCE, PCE, and methylchloroform (MC) are volatile organic solvents of widespread industrial use. Combinations of the three chemicals have been frequently identified in contaminated groundwater in the proximity of production facilities and/or hazardous waste disposal sites[181]. Combined exposures to multiple chemicals have been shown to significantly affect the pharmacokinetics of one or more mixture components and alter the target tissue dose[181]. A rat study indicated that occupational exposures to chemical mixtures of the three solvents within their TLV/TWA limits would result in a significant increase (22%) in the TCE blood levels compared with single chemical exposures[182].

Mixtures of organic chemicals from drinking water samples can induce maliganant transformation of normal cells[183]. In a mixture of TCE, PCE, and methylchloroform (1,1,1-TCA) in humans exposed to a mixture of the three solvents, a risk assessment was performed of occupational exposures to solvent mixtures[181]. The simulated change in production rates of toxic conjugative metabolites exceeded 17% for a corresponding 10% increase in TCE blood

concentration, indicating a nonlinear risk increase due to combined exposures to TCE[181]. Thus, in this case with 7 carcinogens, there will likely be an increased cancer risk with the solvent mixtures[181].

## Trichloroethylene (TCE)

### Background

Decades of research have established strong links between occupational exposures to Trichloroethylene (TCE) and several tumor types such as kidney cancer, non-Hodgkin's lymphoma (NHL), liver and other cancers. In 2012, the International Agency for Research on Cancer (IARC) determined that TCE was carcinogenic to humans, upgrading it from a probable human carcinogen to a **known human carcinogen[184]**. The U.S. Environmental Protection Agency (EPA) arrived at the same conclusion after evaluation of TCE in 2011 that TCE was **"carcinogenic to humans by all routes of exposure".** The hazardous effects of TCE to health are extensive, including acute toxicity to multiple organ systems (e.g., central nervous system, gastro-intestinal system, liver, kidney, heart, and lung) and chronic toxicity related to cancer progression. TCE can cause human cancers, including cancers of the liver, biliary tract, and kidney, along with NHL. The scientific evidence on TCE exposure and resultant cancers are considered unequivocally sufficient and persuasive evidence to classify TCE as a human carcinogen[185]. TCE is carcinogenic to humans by all routes of exposure and poses a potential human health hazard for noncancer toxicity to the central nervous system, kidney, liver, immune system, male reproductive system, and the developing embryo/fetus[186]. The evidence, from both humans and animals, is convincing

and overwhelmingly supports causality, indicating the need to take appropriate public health and workplace safety actions[184].

**TCE Causes Cancer in Animals**

In the mid 1970s, TCE was first discovered and reported to be carcinogenic in laboratory animals (NCI 1976). TCE is a known carcinogen in rodents[187,188]. TCE in animals causes cancer of the liver, testes, kidney, lung, and hematopoietic (blood) (e.g., lymphomas) in both sexes of experimental rats and mice (NCI, 1976, NTP 1988, 1990; IARC, 1995)[189]. The most common carcinogenic outcomes associated with TCE exposure are liver and lung (e.g., adenomas and adenocarcinomas) in several strains and both sexes of mice[190]. TCE increased malignant lymphoma in mice exposed by inhalation, renal tubular cell adenoma/carcinoma in rats exposed by oral gavage, and testicular (Leydig cell) tumors in rats exposed by inhalation[190]. Importantly, four of these target sites in animals are clearly identical with cancers observed subsequently in workers exposed to TCE, establishing causality of TCE and cancer in humans. Induction of tumors in carcinogenicity studies provides evidence of carcinogenic potential for humans, as substances that cause cancer in animals are presumed human carcinogens unless proven otherwise[20,191]. Detection of chemical-induced cancer causation in animals (carcinogenesis) is an essential warning signal for human cancer prevention to avoid these carcinogens[192].

The Preamble to the IARC Monographs (http://monographs.iarc.fr/ENG/Preamble/) states that *sufficient* evidence of carcinogenicity in experimental animals is specified when "a causal relationship has been established between the agent and an increased incidence of malignant neoplasms or of an appropriate combination of benign and malignant neoplasms in (a) two or more species of animals or (b) two or more independent studies in one species carried out at different

times or in different laboratories or under different protocols[193]." In addition, "an increased incidence of tumors in both sexes of a single species in a well-conducted study, ideally conducted under Good Laboratory Practices" also would classify an agent in this category. Based on these criteria, positive findings of neoplasms in two or more independent studies in mice support the conclusion of sufficiency for the carcinogenicity of TCE in experimental animals[193].

TCE causes many types of cancer - kidney, lung, liver, breast, testicular, hematopoietic (blood) system (e.g., lymphoma, leukemia, and reticulum cell sarcoma), ovary, pituitary gland, salivary gland, thyroid, uterus, stomach, and metastases of adenocarcinoma to the lung and lymph nodes. The International Agency for Research on Cancer (IARC) Monographs Working Group concluded that there is *sufficient* evidence in experimental animals for the carcinogenicity of TCE[184]. TCE has been evaluated in many laboratories world-wide over several decades, and in all there was indisputable evidence of carcinogenic activity[191]. The two major routes of TCE exposure, oral and inhalation, led to  convincing carcinogenesis[191]. Sprague-Dawley rats showed increases in Leydig cell tumors, leukemias, and renal tumors via inhalation of TCE. Swiss mice exhibited TCE-induced lung and liver tumors, while B6C3F1 mice exhibited increases in lung, liver, and total malignant tumors[191]. Oral gavage of TCE induced tumors of the liver in B6C3F1 mice, a few tumors of the renal tubular cells in ACI, August, Marshall, Osborne-Mendel, and Fischer rat and interstitial cell tumors of the testis in Marshall rats (NTP 1976, 1988, 1990)[191]. Thus, TCE in these and other studies clearly shows carcinogenic activity in the liver, lung, kidney, lymphoma/leukemia, and testis[191]. Importantly there is evidence in human studies as well by all routes of exposure: liver and biliary tract, NHL, and kidney (NTP report on carcinogens, 2000). Thus, that trichloroethylene can target tissues/organs in both rodents and humans is especially consistent[191].

The primary tumor finding with TCE exposure in mice is statistically significant increases in liver tumors, reported in multiple inhalation and gavage bioassays of male Swiss and male and female B6C3F1 mouse strains (NCI, 1976; NTP, 1990)[37,189,194,195]. TCE decreased mouse liver tumor latency in male B6C3F1 mice. Additional tumor findings in mice include increased malignant lymphomas observed in female B6C3F1 mice exposed to TCE via corn oil gavage (NTP, 1990). Alveolar/bronchiolar adenomas were also induced by TCE inhalation exposure in mice[189,196].

Notably, in rats, modest increases in the incidence of kidney tumors were observed in both sexes of multiple strains exposed to TCE by either inhalation or gavage (NTP, 1988; NTP, 1990)[189]. TCE induces a statistically significant increase of tumors in F344/N rats (NTP, 1988)[193]. Because no kidney tumors were observed in unexposed rats in all these studies, which supports the biological significance of these findings. TCE also induced leukemia in male Sprague-Dawley and female August rats, and testicular tumors of the Leydig cell type with inhalation exposure in the Sprague-Dawley strain (NTP, 1988)[189]. TCE by gavage also increased testicular tumors in Marshall rats (NTP, 1988).

Maltoni et al (1988)demonstrated in a study of 3768 animals that TCE caused cancer in rats and mice, especially in male Swiss mice[189]. TCE was administered by inhalation, 7 hours daily, 5 days weekly, for 8 weeks, at concentrations of 600, 100 and 0 ppm, to Sprague-Dawley rats and Swiss mice; and for 104 weeks to Sprague-Dawley rats; and for 78 weeks to Swiss and B6C3F1 mice at concentrations of 600, 300, 100 and 0 ppm[189]. The animals (3768) were kept under observation until spontaneous death. TCE induced a dose-related increased incidence of Leydig cell tumors in male rats, and the onset of renal tubuli adenocarcinomas in rats[189]. TCE-

## Page: 62

---

| Number: 1 | Author: | Subject: Sticky Note | Date: 10/6/2022 5:36:16 PM |

Abstract; FN 193:
Rusyn, I. *et al.* Trichloroethylene: Mechanistic, epidemiologic and other supporting
evidence of carcinogenic hazard. *Pharmacol Ther* **141,** 55-68,
doi: 10.1016/j .pharmthera.2013 .08.004 (2014)

---

| Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

---

| Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

---

| Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

---

| Number: 5 | Author: | Subject: Sticky Note | Date: 10/6/2022 5:36:16 PM |

Maltoni abstract, FN 189; Rusyn, I. *et al.* Trichloroethylene: Mechanistic, epidemiologic and other supporting
evidence of carcinogenic hazard. *Pharmacol Ther* **141,** 55-68,
doi: 10.1016/j .pharmthera.2013 .08.004

---

| Number: 6 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

---

| Number: 7 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

---

induced several cancers in rodent bioassays, including cancers of the liver, kidney, and lung as well as lymphomas. For these cancers, associations have also been reported in epidemiologic studies[197-199]. In 1976, the National Cancer Institute reported that TCE generated a high incidence of hepatocellular carcinomas in mice by intragastric intubation. TCE induced tumors in the hematopoietic systems (e.g., lymphoma or lymphatic leukemia), lungs, and mammary glands (e.g., adenoma, fibroadenoma, adenocarcinoma and carcinosarcoma) in the mice, and in the pituitary glands and mammary glands in the rats[196]. Tumors of the ovary, pituitary gland, salivary gland, thyroid, uterus, subcutaneous tissue, stomach, lung, liver, and kidney were observed in the TCE dosed groups but not in the controls[196]. The tumors of the hematopoietic (blood) systems observed in TCE-treated mice consisted of lymphoma/lymphatic leukemia and reticulum cell sarcoma. TCE induced metastases of adenocarcinoma to the lung and lymph nodes. The transformation of adenomas into adenocarcinomas could also be promoted by TCE exposure. TCE has a carcinogenic activity in different strains of mice by different exposure routes. The average number of lung tumors per mouse in mice exposed to 150 ppm or 450 ppm was more than 3-fold the incidence in control mice[196] . A two-year inhalation study by Fukuda et al (1983) showed that TCE concentrations which could be seen in the actual work place caused a significant increase of lung adenocarcinomas in mice[196].

Henschler et al (1980) studied the inhalation carcinogenicity of TCE in mice, rats, and hamsters at 0, 100, and 500 ppm for 6 hours/day, 5 days/week, for 18 months followed by an observation period of 12 months for mice and hamsters and of 18 months for rats. TCE induced a significantly increased incidence of malignant lymphomas in female mice at the following incidence rates: 9/29 (controls), 17/30 (100 ppm), and 18/28 (500 ppm)[200].

TCE by gavage also caused liver tumors in mice while by inhalation caused lung and liver tumors. TCE also caused forestomach cancer, testicular tumors (e.g., interstitial tumors of the testis), leukemia (e.g., lymphomasarcomas), lymphomas, renal tubular cell adenomas, renal adenocarcinomas, and Leydig cell tumors[201]. In lifetime bioassays, TCE causes liver tumors and reduced tumor latency in mice following gavage, liver and lung tumors in mice following inhalation, and kidney tumors in rats following gavage or inhalation. TCE increased the incidence of hepatocellular adenoma and hepatocellular carcinoma in mice. In one study in Swiss mice treated by inhalation, there was an increase in the incidence of malignant hepatoma in males. In female mice treated by inhalation, there was an increase in the incidence of lung adenocarcinoma. In two other studies of exposure by inhalation, there was an increase in the incidence of pulmonary tumors (mainly adenomas) in male Swiss mice and female B6C3F1 mice. In one study in B6C3F1 mice treated by gavage, there was also an increase in the incidence of bronchioloalveolar adenoma in females. Increased incidences of malignant lymphoma were reported in two strains of mice in one study of exposure by gavage and one study of exposure by inhalation. In three gavage studies and one inhalation study in rats, TCE also increase the incidence of benign interstitial cell tumors of the testis. In most studies in rodents (i.e., rats and mice, with one study in hamsters), TCE has been administered by inhalation, or orally by gavage rather than in drinking-water, because of its volatility.

The main oxidative metabolites of TCE are dichloroacetic acid (DCA), trichloroacetic acid (TCA), and chloral hydrate (CH)[184]. Sufficient evidence exists of carcinogenicity of CH in animals; several studies of mice showed an increased incidence of hepatocellular adenomas and carcinomas. CH was upgraded to Group 2A classification, based on its genotoxicity in most

# Page: 64

| T | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

| T | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

From IARC; pg 186 (5.3 Animal carcinogenicity data)

| T | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

| T | Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

| T | Number: 5 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

| T | Number: 6 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

| T | Number: 7 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

From IARC pg 97 (Cancer in Experimental Animals)

experimental systems and in humans. Several chronic bioassays in mice show that DCA and TCA increased the incidence of liver (hepatocellular) tumors[184].

**Scientific agency classification**

TCE is known to be a *human carcinogen* based on sufficient evidence of carcinogenicity from studies in humans.

*International Agency for Research on Cancer (IARC)*

In 1995, TCE was classified by IARC as *probably carcinogenic to humans (Group 2A)* based on sufficient evidence for carcinogenicity in experimental animals and limited epidemiological evidence in humans. The human evidence considered by IARC was the association of TCE exposure to increased incidence liver/biliary tumors and non-Hodgkin lymphoma in 3 cohorts in United States, Sweden, and Finland. IARC concluded that "overall, the most important observations are the elevated risk for cancer of the liver and biliary tract and the modestly elevated risk for non-Hodgkin's lymphoma in all three of the most informative cohort studies. Two of these studies reported data for primary liver cancer separately. Finally, the suggested marginally increased risk for non-Hodgkin's lymphoma in areas with TCE-contaminated groundwater is noted."

In October 2012, International Agency for Research on Cancer (IARC) re-classified TCE as a "known carcinogen" ***"carcinogenic to humans"*** (group 1), based on sufficient epidemiologic and animal evidence for kidney cancer and mechanistic similarities between humans and rodents[202]. Information on exposures, relevant data from epidemiologic studies, bioassays in experimental animals, and toxicity and mechanism of action studies were all utilized used to

65

Page: 65

---

| Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Older IARC;
https://inchem.org/documents/iarc/vol63/trichloroethylene.html

---

| Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Abstract, FN 193; Rusyn, I. *et al.* Trichloroethylene: Mechanistic, epidemiologic and other supporting evidence of carcinogenic hazard. *Pharmacol Ther* **141,** 55-68, doi: 10.1016/j .pharmthera.2013 .08.004 (2014).

conclude that TCE is carcinogenic to humans (Group 1)[193]. The strongest human evidence is from studies of occupational TCE exposure and kidney cancer[193]. Positive, although less consistent, associations were reported for liver cancer and non-Hodgkin's lymphoma. TCE is carcinogenic at multiple sites in multiple species and strains of experimental animals[193]. The mechanistic evidence includes extensive data on the toxicokinetics and genotoxicity of TCE and its metabolites[193]. TCE is carcinogenic to humans by all routes of exposure[186].

In this IARC 2012 meeting 18 experts from 7 countries met in Lyon, France, to determine the carcinogenicity of several chlorinated solvents including TCE and their metabolites[202]. TCE is a **multisite carcinogen in multiple species** (e.g., mice and rats) of both sexes by both oral and inhalation exposure[202]. TCE causes cancers of the liver, kidney, lung, testes, and hematopoietic (blood) system in multiple strains of experimental animals. Taken together, available evidence provides compelling evidence of TCE as a **genotoxic human carcinogen** based on a positive association between exposure to TCE and (i) kidney cancer in humans (e.g., sufficient evidence for the carcinogenicity of TCE in humans) and (ii) liver neoplasms in more than two independent studies in mice (e.g., sufficient evidence for the carcinogenicity of TCE in experimental animals)[202].

The majority of the IARC Working Group concluded that the epidemiological data were sufficient; however, a minority had concerns because most of the positive evidence came from case–control studies, while the data from cohort studies were weaker. Ultimately, in reaching unanimous agreement, the Working Group took into consideration the following supporting evidence:

1) The absorption, distribution, metabolism, and excretion of TCE are well characterized in experimental animals and humans.

66

## Page: 66

| | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
IARC, pg 189 (6.4 Rationale)

| | Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

1) In experimental animals and humans, oxidative metabolism of TCE is catalyzed by cytochrome P450 enzymes and GSH conjugation of TCE is cata- lysed by GST enzymes.

3) The formation of reactive metabolites of TCE in the kidney from processing of GSH-conjugation metabolites in situ has been observed in experimental animals and in human kidney cells.

4) The reactive GSH-conjugation metabolites of TCE are genotoxic based on consistent results in several available test systems.

Additional human epidemiological, animal bioassay, mechanistic, and toxicokinetic data confirm and provide biological plausibility to a causal link between TCE exposure and cancer[193]. Therefore, IARC concluded that there is *sufficient evidence* in humans for the carcinogenicity of TCE[184]. The Working Group was unanimous in its conclusion that TCE is a Group 1 carcinogen[184].

*US Environmental Protection Agency (EPA)*

Based on data available in 2000, the US EPA concluded that TCE is "highly likely" to produce cancer in humans. A Science Advisory Board (SAB) review of the EPA risk assessment on TCE (SAB 2002; EPA 2001) supported this cancer risk characterization "based on (a) significant experimental evidence showing tumors at multiple sites in two species (rats and mice); (b) epidemiologic evidence in humans showing associations between TCE exposure and several cancers including at several of the same sites seen in animal bioassays; and (c) mechanistic data indicating relevance of experimental findings to humans." The National Toxicology Program concluded (NTP, 2000) and confirmed (NTP, 2002) TCE as being "reasonably anticipated to be a human carcinogen".

Page: 67

Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM



The U.S. Environmental Protection Agency 2001 draft TCE health risk assessment concluded that epidemiologic studies, on the whole, support associations between TCE exposure and excess risk of kidney cancer, liver cancer, and lymphomas, and, to a lesser extent, cervical cancer and prostate cancer[203]. Studies provide further support for the kidney, liver, and lymphatic systems as targets of TCE toxicity, suggesting with modestly elevated (typically 1.5-2.0) site-specific relative risks[203]. Case-control studies provide convincing evidence for a positive association between exposure to TCE and renal-cell carcinoma. Two studies have evaluated confounding for several kidney cancer risk factors, and provided evidence of an exposure–response relationship. Consistent with the importance of glutathione conjugation for kidney carcinogenesis, TCE-exposed people with an active GSTT1 enzyme had an increased risk, but people without GSTT1 activity did not[204].

Further, in 2011, the US Environmental Protection Agency (EPA) arrived at the same conclusion as IARC: *"TCE is carcinogenic to humans by all routes."* According to the EPA, TCE is a Group 1 carcinogen ("carcinogenic to humans") based on sufficient evidence for an association with renal cell carcinoma.[205]

*US National Toxicology Program (NTP)*

The NTP listed TCE as a carcinogen in 2000, and it is currently classified as "reasonably anticipated to be a human carcinogen". Many cancers have been evaluated, but there has been a focus on tumors of the kidney, liver, and non-Hodgkin lymphoma. Thus, the collective evidence from experimental (animal) and epidemiologic studies worldwide is now sufficient to classify TCE as a human carcinogen.

## Page: 68

---

| | Number: 1 | Author: | Subject: Sticky Note | Date: 10/6/2022 5:36:16 PM |

Abstract, FN 203 Scott, C. S. & Chiu, W. A. Trichloroethylene cancer epidemiology: a consideration of select issues. *Environ Health Perspect* **114**, 1471-1478, doi:10.1289/ehp.8949 (2006).

---

| | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

---

| | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

---

| | Number: 4 | Author: | Subject: Sticky Note | Date: 10/6/2022 5:36:16 PM |

I think this is copied directly from Guha article in FN 202

---

| | Number: 5 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

---

| | Number: 6 | Author: | Subject: Sticky Note | Date: 10/6/2022 5:36:16 PM |

IARC; pg 48

---

| | Number: 7 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

---

| | Number: 8 | Author: | Subject: Sticky Note | Date: 10/6/2022 5:36:16 PM |

IARC; pg 49

---

| | Number: 9 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

---

*Other Agencies*

The classification of TCE as a carcinogen carrying an R45 risk phrase ("may cause cancer") in the European Union in the 1990s resulted in replacement of TCE in many processes. In 1975 the National Institute of Occupational Safety and Health characterized TCE as a potent liver carcinogen in mice.

TCE is classified as a Category 2 carcinogen (a substance that should be regarded as if it is carcinogenic to humans) by the Australian National Industrial Chemicals Notification and Assessment Scheme.

The German Senate Commission of the Deutsche Forschungsgemeinschaft for Investigation of Health Hazards in the Work Area has also classified TCE as carcinogenic in humans based on results from the tubular system in the human kidney[206].

**Epidemiological support for TCE-induced carcinogenicity**

TCE was evaluated for the first time by IARC in 1995 (IARC, 1995). The overall epidemiological evidence at that time was based on a relatively small number of studies[193]. Several new cohorts and case-control studies on exposure to TCE and risk of cancer from the US and Europe have been published since that time, including reviews and meta- analyses. In particular, the focus has been on cancers of the kidney, liver, lung, cervix, along with NHL, multiple myeloma and leukemia[193]. Epidemiologic studies have reported increased risk of cancer of the kidney cancer, cervical cancer, liver cancer, biliary cancer, non-Hodgkin lymphoma, Hodgkin's disease, multiple myeloma and esophageal adenocarcinoma[199,207].

## Page: 69

| | Number: 1 | Author: | Subject: Sticky Note | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|
| | IARC pg 48 | | | |

| | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

| | Number: 3 | Author: | Subject: Sticky Note | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|
| | Abstract | | | |

| | Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

TCE is a kidney carcinogen. There is *sufficient evidence* in humans for the carcinogenicity of TCE. Epidemiology studies support that TCE causes cancer of the kidney. Moreover, TCE is by far the most extensively examined chemical in relation to renal cell cancer risk[208]. There is robust evidence from epidemiological studies, of both cohort and case-control designs, that TCE exposure may be associated with kidney cancer[206]. A significant excess risk was estimated for the longest held job in TCE-exposing industries (odds ratio (OR) 1.80, 95% confidence interval (CI) 1.01–3.20) in a consecutive case-control hospital-based study in Germany[206].

A meta-analysis of published cohort and case-control findings supports an association with kidney cancer as well as association with liver cancer and NHL[209]. A systematic review documenting essential design features, exposure assessment approaches, statistical analyses, and potential sources of confounding and bias identified twenty-four cohort and case-control studies on TCE and the three cancers of interest with high potential for exposure, including five published case-control studies of kidney cancer or NHL[209]. For overall TCE exposure and kidney cancer, the summary relative risk (RRm) estimate from the random effects model was 1.27 (95% CI: 1.13, 1.43), with a higher RRm for the highest exposure groups (1.58, 95% CI: 1.28, 1.96)[209]. For NHL, RRm estimates for overall exposure and for the highest exposure group, respectively, were 1.23 (95% CI: 1.07, 1.42) and 1.43 (95% CI: 1.13, 1.82) and, for liver cancer, 1.29 (95% CI: 1.07, 1.56) and 1.28 (95% CI: 0.93, 1.77). This meta-analysis provided strong support for a causal association between TCE exposure and kidney cancer as well as NHL[209].

Studies by Alanee et al (2015) showed that higher amounts of environmental TCE are significantly associated with increased kidney cancer mortality in a population-based analysis[205]. A significant dose-response relationship was observed between TCE releases and kidney cancer mortality in

females[205]. Studies by Buhagen et al (2014) studied the incidence of cancers in a cohort of 997 male workers who, for many years, had been occupationally exposed to TCE[210]. During a 50-year observation period, 13 cases of kidney cancer were observed (7.5 expected; with a standardized incidence ratio of 1.7 and a 95% confidence interval of 1.0 to 3.0), supporting TCE as a kidney carcinogen[210]. Charbotel et al (2006) reported in a case control study occupational exposure to TCE, after adjustment for the confounding effect of tobacco smoking and BMI, there was a significantly 2-fold increased risk for high cumulative doses OR = 2.16 (1.02–4.60), and a dose-response relationship was identified[211]. After adjusting for smoking and BMI, Fevotte et al (2006) performed a large study in which a total of 402 study subjects described their occupational life (average 3.7 jobs/subject, from 1924 to 2003)[212]. Fevotte et al reported a significantly increased odds ratio for renal cell carcinoma for groups with higher cumulative doses of TCE[212].

A meta-analysis by Karamee et al (2013) examined a number of published cohort and case-control studies studying occupational TCE exposure in relation to different lymphatic and haematopoietic cancers[213]. A significant risk of NHL was observed for all cohort and case-control TCE-exposure studies combined (relative risk (RR)=1.32, 95% CI 1.14 to 1.54) and for cohort TCE-exposure studies (RR=1.52, 95% CI 1.29 to 1.79)[213].  A positive association has been observed between exposure to TCE and NHL and liver cancer. A meta-analysis by Alexander et al (2007) showed a positive summary relative risk estimate (SRRE) of occupational TCE exposure and liver and liver/biliary cancer in total cohorts and subcohorts of workers[214]. This meta-analysis included 14 occupational cohort studies of TCE exposed workers and one case-control study that met the inclusion criteria[214]. Nine studies specifically identified TCE as a workplace exposure and were

classified as Group I cohort studies. Accurate exposure assessment was the most significant concern in the interpretation of individual study and meta-analysis results[214].

Studies by Hansen et al (2013; from the Danish Cancer Society Research Center in Copenhagen, and colleagues) reported on findings from an updated analysis of three cohorts of TCE-exposed workers, with additional follow-up of 10 to 15 years of cancer incidence for each cohort[207]. These studies established a pooled cohort—participants from earlier, smaller studies—that included more than 5,500 workers with documented exposure to TCE. After an extensive follow-up (e.g., 154,778 person-years), the authors found statistically significant higher rates of liver and cervical cancer[207]. A unique strength of these cohorts, located in Denmark, Sweden, and Finland, is that exposure to TCE among workers was confirmed from past measurements of urinary trichloroacetic acid (U-TCA), a major metabolite of TCE and a biomarker of recent exposure. In a combined analysis of all 5553 exposed workers. These studies demonstrated a statistically significant elevated standardized incidence ratios for primary liver cancer (1.93; 95% confidence interval [CI] = 1.19 to 2.95) and cervical cancer (2.31; 95% CI = 1.32 to 3.75)[207]. There was a statistically significant association with NHL observed for men (SIR = 1.55; 95% CI = 1.06 to 2.20) but not for women (SIR = 0.63; 95% CI = 0.23 to 1.37), with inconclusive results overall (SIR = 1.26; 95% CI = 0.89 to 1.73)[207].

Other studies by Henschler et al (1994) also showed increased incidence of kidney tumors in workers exposed to TCE[215]. In all types of analysis the incidence of kidney cancer is statistically elevated among workers exposed to TCE (standardized incidence ratio was 7.97 (95% CI: 2.59-18.59)[215]. The strongest links between TCE exposure and cancers is with kidney cancer, liver

cancer, and lymphomas[203,216]. TCE exposure is associated with increased risk of liver and kidney cancer in both laboratory animal and epidemiologic studies[216].

More than 80 epidemiologic studies and reports have assessed possible associations between TCE exposure and various health outcomes[217]. Many of these studies have examined cancer mortality; fewer have examined cancer incidence. Wartenberg et al (2000b), as part of the SOS papers, developed a "joint analysis" of the cancer epidemiology studies. Cohort studies were grouped according to the specificity of the exposure assessment and the study results were combined by weighting by the inverse variance, whereas case–control and community studies were systematically reviewed. Wartenberg et al (2000b) concluded that the epidemiologic evidence supported an association between TCE exposure and liver cancer, kidney cancer, and lymphomas. Studies by Raaschou-Nielsen et al 2003 evaluated a cohort of 40,049 blue-collar workers in 347 Danish companies with documented TCE use[197]. Standardized incidence ratios for total cancer were 1.1 (95% CI: 1.04, 1.12) in men and 1.2 (95% CI: 1.14, 1.33) in women. The standardized incidence ratio for esophageal adenocarcinoma was 1.8 (95% CI: 1.2, 2.7). The standardized incidence ratio was higher in companies with the highest probability of TCE exposure[197]. In a subcohort of 14,360 presumably highly exposed workers, the standardized incidence ratios for NHL, renal cell carcinoma, and esophageal adenocarcinoma were 1.5 (95% CI: 1.2, 2.0), 1.4 (95% CI: 1.0, 1.8), and 1.7 (95% CI: 0.9, 2.9), respectively[197]. The present results and those of previous studies suggest that occupational exposure to TCE at past higher levels may be associated with elevated risk for non-Hodgkin's lymphoma[197]. Purdue et al (2011) performed a case-control study of occupational exposure to TCE and non-Hodgkin lymphoma[218]. TCE was associated with NHL for the highest tertiles of estimated average weekly exposure (23 exposed cases; OR = 2.5; 95% CI, 1.1–6.1) and cumulative exposure (24 exposed cases; OR = 2.3; 95% CI, 1.0-5.0). These results

offer additional support for an association between high levels of exposure to TCE and increased risk of NHL[218]. A pooled analysis of four international case-control studies by Cocco et al (2013) supports an increase in risk of specific NHL subtypes associated with occupational exposure to TCE[219]. Although based on small numbers of exposed, risk of all the major NHL subtypes, namely diffuse large B-cell lymphoma, FL and CLL, showed increases in risk ranging 2-3.2-fold in the highest category of exposure intensity. An updated meta-analysis of NHL, which incorporates new analytical results from three cohort and four case-control studies, supports an association between occupational TCE exposure and NHL.

More recent epidemiologic studies of TCE exposure observe associations with lymphoma, particularly NHL[197,198,220]. Hansen et al (2001) in Danish workers, men had significantly elevated SIRs for non-Hodgkin's lymphoma (SIR = 3.5; n = 8) and cancer of the esophagus (SIR = 4.2; n = 6)[220]. Among women, the SIR for cervical cancer was significantly increased (SIR = 3.8; n = 4). Urinary tract tumors and lymphomas are increased in dry-cleaning workers, who are likely exposed to TCE[221]. Cohort studies of aircraft and aerospace workers in the USA and a Danish study of workers in industries using TCE have reported modestly increased relative risks (RRs) of kidney cancer, with indications of an exposure-response relationship. A significant dose-response relationship is observed between TCE exposure and kidney cancer mortality.[205] Cohort studies support associations between TCE and kidney cancer[199,206].

A study with German workers exposed to high concentrations of TCE showed a high incidence and mortality from kidney cancer as compared to controls[215]. The direct comparison of the incidence on renal cell cancer shows a statistically significant increased risk in the cohort of exposed workers. Hence, in all types of analysis the incidence of kidney cancer is statistically

## Page: 74

| | | | |
|---|---|---|---|
| **T** Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Missing citation, FN 219

| | | | |
|---|---|---|---|
| **T** Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from abstract, FN 213

| | | | |
|---|---|---|---|
| **T** Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Missing citation, FN 215

elevated among workers exposed to TCE. The tumors seen in these workers were similar in location and histology to those seen in rats exposed to TCE. Other case control studies of renal cell carcinoma found an association with TCE exposure[206,222]. Therefore, TCE can cause liver and kidney cancer in both laboratory animals and epidemiologic studies.

**Toxicokinetics**

There are qualitative similarities evident between humans and rodents for TCE with absorption, distribution, metabolism, and excretion of TCE in humans and in experimental animals[184,223]. One of the major metabolic pathways of TCE that has been characterized in humans and laboratory animals is oxidation via cytochrome P450s and conjugation with glutathione via glutathione *S*-transferase[184,224]. There is an extensive database of *in vitro* and *in vivo* studies in both humans and laboratory animals related to TCE pharmacokinetics[224]. One major pathway is cytochrome P450 (CYP)-mediated oxidation, resulting in formation of a variety of short- and long-lived metabolites[184].

TCE and two of its key metabolites, TCA and DCA, have been characterized as peroxisome proliferators, which can cause liver cancer[184]. Biotransformation of TCE, well characterized in humans and animals, occurs primarily through oxidative metabolism by cytochrome P450 enzymes and also via glutathione conjugation by glutathione S-transferase enzymes[224]. Metabolites of TCE formed via glutathione conjugation are genotoxic, particularly in kidney cells in which in-situ metabolism occurs[184].

Two genes involved in TCE metabolism, CYP2E1 and PPAR-alpha, have been associated with liver cancer, as has a TCE metabolite, TCA. Studies of TCE-induced kidney tumorigenesis

Page: 75

Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

have concentrated mostly on metabolites formed in the glutathione GSH conjugation pathway of TCE metabolism. TCE metabolites include dichloroacetic acid (DCA) and trichloroacetic acid (TCA). DCA and TCA contribute to TCE-induced liver tumors and that many DCA effects are consistent with conditions that increase liver cancer risk and with changes in neoplasia. DCA metabolites may be responsible for TCE-induced carcinomas. TCE metabolites DCA and TCA have been shown to produce focal hyperproliferative lesions, adenomas, and carcinomas on chronic administration. TCE metabolites, such as DCA, produce tumors in mice at a drinking water concentration. TCE activates pro-oncogenes providing a growth advantage to spontaneously producing mutations. TCE induced cancer results from increased proliferation due to the mitogenic activity of the metabolites TCA and DCA. All 3 metabolites of TCE (CHL, TCA, and DCA) cause liver cancer in mice when given in drinking water at concentrations of 1 g/L.

TCE also produces other toxic effects including neurotoxicity, immunotoxicity, developmental cardiac toxicity, kidney toxicity, liver toxicity, and male reproductive toxicity[225]. The primary target tissue for carcinogenicity of TCE identified in animal studies are the liver, lung, and kidney. For each of these target tissues, the cancer-causing activity of TCE may be associated with one or more of its metabolites: TCA and DCA in the liver, chloral (CHL) in the lung, and 1,2-dichlorovinylcysteine (1,2-DCVC) in the kidney. The USA EPA made estimates of total metabolized dose in cancer risk assessments for TCE[226]. The US EPA estimates total metabolized dose in its cancer risk assessment of TCE.

The production of TCA and DCA from TCE under bioassay conditions can account for TCE-induced liver cancer. The metabolites of TCE are responsible for nephrotoxic and nephrocarcinogenic effects of TCE. In workers exposed to TCE compared to controls, TCE is

immunotoxic and reduces blood levels of the anti-inflammatory cytokine IL-10.[227] The cancer-causing activity of TCE may results from multiple metabolites which is highly relevant in humans. TCE accumulates in the body, and measurements of the main urinary TCE metabolite trichloroacetic acid (U-TCA) provide a reliable measure of exposure to TCE. The cysteine conjugate formed from TCE, dichlorovinylcysteine (DCVC), has been shown tp be toxic to kidneys (nephrotoxic) as well as mutagenic in the Ames test[184]. Detoxification and clearance of DCVC takes place by urinary excretion of the N-acetyl derivative; the fact that N-acetyl-DCVC has been identified in the urine of humans exposed to TCE occupationally demonstrates that exposure of the kidneys to DCVC occurs in humans[184,201].

Evaluating associations of TCE with malignant lymphomas include a diverse group of cancers such as NHL, Hodgkin disease, multiple myeloma, and leukemia[184]. TCE also causes human cancers of the liver, biliary tract, and kidney, along with NHL. Thus, these collective findings of TCE worker exposures and resultant cancers should now be considered unequivocally as sufficient and persuasive evidence to classify TCE as a human carcinogen[184]. The evidence from humans and animals are convincing and overwhelming to support causality and to take appropriate public health and workplace safety actions.

## 10 Key Characteristics of Carcinogens for TCE

*TCE exhibits 7 of the 10 key characteristics of carcinogens: TCE is genotoxic, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply.*

*Key Characteristic # 2: TCE is genotoxic*

Several studies have demonstrated a role for DNA damage and mutations in TCE-induced cancers, including kidney cancers. Studies have demonstrated that TCE is genotoxic[228,229]. Exposure of cells (e.g., liver cancer) to TCE caused significant dose-dependent increase of DNA migration in comet assay and of micronuclei (MN) frequencies at all tested concentrations (0.5–4 mM), respectively, which suggests that TCE caused DNA strand breaks and chromosome damage[229]. Thus, TCE induces genotoxic effects in HepG2 cells, via DNA damage by oxidative stress[229]. The comet assay showed that TCE can induce single-strand breaks (SSBs) in hepatic and kidney cells of both rats and mice *in vivo*[230-232].

The human hepatoma line HepG2 has retained the activities of various phase I and phase II enzymes which play a crucial role in the activation/detoxification of genotoxic procarcinogens and reflect the metabolism of such compounds in vivo better than experimental models with metabolically incompetent cells and exogenous activation mixtures[233]. The comet assay and the micronucleus test (MNT) are used to study the genotoxic effects of various carcinogens, such as TCE. The comet assay, which has been used to detect the genotoxicity of a wide variety of compounds in HepG2 cells, has been proved a reliable and rapid procedure for the quantification of DNA lesions[233-236]. The MNT reflects chromosome breakage and/or chromosome loss[236].

Studies both *in vitro* and *in vivo* indicated that exposure to TCE can induce MN formation[237]. Wang et al (2001) found a dose-dependent increase in MN formation in TCE-exposed Chinese hamster ovary cells[237], while studies by Robbiano et al (2004) observed increases in MN formation in exposed, cultured rat kidney cells[238]. Hu et al (2008), using exposure concentrations similar to those used by Robbiano et al (2004)[238], found a TCE-induced increase in MN frequency in cultured human hepatoma cells[229]. TCE was covalently bound *in vivo* to DNA,

78

RNA and proteins of rat and mouse organs 22 hours after i.p. injection[232]. *In vitro*, TCE was bioactivated by microsomal fractions dependent on cytochrome P450, mainly from liver of both species, to intermediate(s) capable of binding to exogenous DNA[232]. GSH-transferases capable of bioactivating P450-dependent were present in mouse lung microsomes and in liver microsomes of different species[232]. **A significant increase in the frequency of MN was also observed in mouse bone marrow cells and in CHO-K1 cells exposed to TCE**[237,239]. The animals were treated with TCE in the dose of 500, 1000, 2000 and 4000 mg/kg for 6, 12, 24, 48 hr. TCE induced positive CM effects accompanied with increases of Mitotic Index and decreased frequencies of anaphases in higher doses[239]. TCE induced a positive MN response in bone marrow polychromatic erythrocytes. TCE is capable of inducing C-mitotic effects in mouse bone marrow cells with aneuploidy induction[239].

TCE induces DNA damage and MN in a dose-dependent manner in rat and human kidney cells *in vitro*[238]. Significant dose-dependent increases in the frequency of DNA single-strand breaks and alkali-labile site (as measured by the Comet assay) and in MN frequency, were obtained in primary kidney cells from both male rats and humans of both genders with the following subtoxic concentrations of TCE[238]. The TCE metabolite chloral is genotoxic. Acute TCE exposure elicits a substantial DNA demethylation. Cytotoxicity, increased cell division, and aneuploidy are mechanisms of action for TCE-induced cancer.

In the inhalation studies of Kligerman (1994) **in rats and mice, MN formation was increased in the bone-marrow cells of rats**[240]. Controlled inhalation studies were performed using male C57BL/6 mice and CD rats to determine if TCE can induce cytogenetic damage *in vivo*[240]. Animals were exposed in groups of five to target concentrations of either 0, 5, 500, or 5000 ppm TCE for

6 hours. TCE caused a statistically significant increase in MN formation at all concentrations, inducing an approximate fourfold increase over control levels at 5000 ppm[240]. TCE was also cytotoxic in rats, causing a significant concentration-related decrease in the ratio of PCEs/normochromatic erythrocytes.

A high intraperitoneal dose (457 mg/kg bw) of TCE in mice resulted in an increase in MN formation in bone-marrow cells, and the micronucleus frequency correlated with measures of urinary oxidative metabolites of TCE[241]. TCE and its metabolites, (e.g., trichlorethanol, trichloro-acetic acid and epoxides) have been identified as strong mutagens in the Ames mutagenicity test, inducing frameshift and base-substitution mutations[228]. A high level of mitotic gene conversion (or gene rearrangement) was indicated by the metabolism of TCE after repeated administration. There is strong evidence that, after metabolism, TCE can be genotoxic, particularly in the kidney where metabolism *in situ* occurs[184]. There is strong evidence of genotoxicity of DCVC, the metabolite of TCE in the kidney, supporting an overall conclusion that the evidence of mechanisms of TCE carcinogenesis in the kidney is strong[184]. Studies both *in vivo* and *in vitro* have reported that TCE induces sister chromatid exchanges (SCE). Galloway et al 1987 observed a genotoxic response with and without metabolic activation[242]. Gu et al (1981) reported a statistically significant increase in SCE and a positive response in human lymphocytes in workers chronically exposed to TCE compared to control groups[243].

There was strong evidence for liver as a target tissue for TCE from cancer and toxicity findings in experimental animals[184]. TCE induces both non-genotoxic and genotoxic mechanisms of carcinogenesis[184]. The available data suggest that multiple non-genotoxic mechanisms of carcinogenesis exist. TCE and its metabolites are genotoxic, as they can cause DNA strand breaks

and chromosome damage. For many end points of observed toxicity, the active agent(s) of TCE are its metabolites rather than the parent compound itself. The reactive glutathione (GSH) conjugation metabolites of TCE are genotoxic based on consistent results in several available test systems. TCE causes genotoxicity in liver cancer cells via DNA damage by oxidative stress[229]. There are multiple genotoxic and non-genotoxic mechanisms whereby TCE causes cancer. TCE is mutagenic, mitogenic, cytotoxic and genotoxic[232]. TCE metabolites such as CHL, TCA, and DCA are genotoxic, as they can cause SSBs in DNA and increase DNA synthesis[244]. The comet assay showed that TCE could induce SSBs in hepatic and kidney cells of both rats and mice *in vivo*[229]. In hepatocytes from rats treated with phenobarbital, exposure to TCE was found to induce unscheduled DNA synthesis (UDS)[245]. TCE induced DNA damage in human lymphocytes cultured *in vitro* with and without metabolic activation from S9; an increase in UDS was observed in the presence of metabolic activation[246].

The carcinogenicity and toxicity of TCE, particularly in the liver and kidney, are associated with its metabolism. Interindividual differences in the formation of TCE metabolites that are thought to be responsible for toxic and carcinogenic effects of TCE in the kidney and liver exist in humans and rodents. There is strong evidence that the GSH-conjugation metabolites of TCE, *S*-(1,2-dichlorovinyl)- L-cysteine (DCVC), and to a lesser degree, DCVG and *N*-acetyl-*S*-(1,2-dichloroWvinyl)- L-cysteine (NAcDCVC), are genotoxic based on consistent results in several studies. Administration of TCE in the skin induced aneuploid cells in the hematopoietic stem cell compartment with an increase of four- to eightfold in a dose- and schedule-independent manner[247]. Data from studies in humans have suggested potential mutagenicity of TCE leading to *VHL* gene mutations in renal cell carcinoma. TCE simulated liver cancer in mice via a significantly increased proportion of CTA mutations when compared to control mice[187]. Exposure to TCE provides a

selective growth advantage to spontaneously occurring CTA mutations via ras proto-oncogene activation, suggesting a genotoxic mode of action or secondary DNA damage[187].

Thus, TCE is genotoxic. As such, TCE is carcinogenic in humans. **It is biologically plausible that TCE causes cancer via key characteristic #2.**

*Key Characteristic # 4: TCE induces epigenetic alterations*

Epigenetic mechanisms are involved in TCE-induced cancers (EPA, 2012)[248]. Alterations of TCE-induced DNA methylation and epigenetic alterations have been reported in mouse liver as well as murine liver cell lines[248-251]. Aberrant DNA methylation has been found in the liver of mice exposed to TCE, indicating that epigenetic alterations may play important roles in TCE-induced liver cancers[252]. Human exposure to TCE is associated with increased variability of blood DNA methylation that is enriched in genes and pathways related to autoimmune disease and cancer[225].

To understand the role of epigenetic mechanism(s) of TCE, Jiang et al (2014) studied the gene expression and DNA methylation changes in the liver of mice orally administered TCE (0, 100, 500 and 1000 mg/kg b.w. per day) for 5 days. After 5 days of TCE treatment at a dose level of 1000 mg/kg b.w., a total of 431 differentially expressed genes were identified in the mouse liver by microarray, of which 291 were up-regulated and 140 down-regulated[252]. The differentially expressed genes were involved in key signal pathways, including proliferation and apoptosis pathways[252]. Notably, the expression level of several vital genes involved in the regulation of DNA methylation, such as Utrf1, Tet2, DNMT1, DNMT3a and DNMT3b, were dysregulated[252]. Furthermore, the gene expression and DNA methylation changes induced by TCE were dose dependent. The overall data indicate that TCE exposure leads to aberrant DNA methylation

changes consistent with epigenetic alterations[252]. TCE also decreased the methylation of the promoter regions for the protooncogenes, c-jun and c-myc[249].  TCE decreased the methylation both of total DNA and the promoters for the c-jun and c-myc genes and increased the expression of their mRNA[249]. The decreased methylation and increased expression of the two immediate-early protooncogenes may be associated with a TCE-induced increase in cell proliferation (key characteristic #10) and stimulation of tumor growth[249].

In studies by Jiang et al (2017), TCE modulated miRNAs, as 2 members of the miR-183 family were distinctly overexpressed upon TCE treatment (miR-182-5p and miR-183-5p)[248]. TCE induced miRNA expression changes in the mouse liver[248]. MiR-182-5p is an oncogenic miRNA reported to be overexpressed in various tumors, including hepatocarcinoma[253]. The promoter region of miR-182- 5p was hypomethylated and was also overexpressed in the livers of mice exposed to TCE[248]. TCE-induced DNA methylation was also demonstrated in studies by Tao et al (1999). TCE causes cancer via epigenetic mechanisms, as TCE down-regulates tumor suppressor genes via miRNA expression and DNA hypomethylation[248]. TCE induces epigenetic toxicity, as TCE and its metabolites induce conformational changes in the DNA-binding motifs[254]. TCE induces global DNA hypomethylation with Dnmt3a oligomers dissociated from heterochromatin in a dose-dependent manner upon exposure[254]. This result in DNA demethylation leading to epigenetic alterations[254]. TCE exposure increases epigenetic changes, such as DNA methylation, in humans[225]. TCE and its major metabolites, such as TCA and DCA, can interfere with cellular metabolism, signal transduction, mitochondrial function, and enzymatic activities, and in turn lead to epigenetic aberrations[254]. TCE and its metabolites can likely induce a conformational change in the DNA-binding motif of Dnmt3a, b[254]. TCE can significantly detach Dnmt3a from

heterochromatin.  Dnmt3a acts in a "cooperative DNA- binding mode" to form static protein–DNA fibers for achieving a high rate of DNA methylation[254].

**Thus, it is biologically plausible that TCE causes cancer via key characteristic #4.**

*Key Characteristic # 5: TCE induces oxidative stress*

TCE metabolism can produce reactive oxygen compounds, leading to oxidative stress[255]. TCE-induced genotoxicity can be mediated by oxidative stress[229]. TCE induces oxidative stress in rodents[229]. A major source of DNA damage is reactive oxygen species (ROS), which cause oxidative stress and are generated in the normal course of cellular oxidative metabolism. The oxidative stress triggered by TCE produces excessive reactive oxygen species (ROS), which are able to generate extensive DNA damage[256]. ROS that escape the normal cellular defenses can attack cellular DNA. Resulting modified bases, such as 8-hydroxyguanine, are excised from the DNA and can be excreted in the urine. Since the molecular mechanism of DNA damage by TCE can occur via oxidative stress, the level of lipid peroxidation by measurement of thiobarbituric acid-reactive substances (TBARS) was performed in studies by Hu et al (2008). In addition, 8-hydroxydeoxyguanosine (8-OHdG), which is a reliable marker for oxidative DNA damage[257,258], was also measured by immunoperoxidase staining analysis[229]. Exposure of the cells to TCE caused significant increase of DNA migration in comet assay and of micronuclei (MN) frequencies at all tested concentrations, respectively, which demonstrates that TCE caused DNA strand breaks and chromosome damage[229]. TCE increased formation of TBARS in a dose-response manner in the liver of both rats and mice[229]. TCE can lead to radical species, which can initiate lipid peroxidation resulting in oxidative stress in various tissues (e.g., mouse and rat liver tissue)[255,259,260]. A single dose of TCE can induce an increase in oxidative DNA damage in the rat liver[255]. Oxidative stress

is an important mediator in the induction of genotoxicity in HepG2 cells (Key Characteristic #2)[229]. GSH conjugation was an important metabolic pathway for TCE to protect HepG2 cells from TCE-induced oxidative DNA damage[229]. GSH, as a main intracellular antioxidant, plays a vital role in defense against TCE-induced DNA damage. Thus, TCE-induced oxidative DNA damage, generated directly or indirectly by TCE, underlies the mechanism of TCE-induced DNA injury[229]. TCE-treated mice also exhibit elevated antinuclear antibodies (ANA) and 4-hydroxynonenal (HNE)-specific circulating immune complexes, suggesting the association of TCE with oxidative stress[261].

TCE end-stage metabolites, TCA and DCA, cause lipid peroxidation in the mouse liver[259]. The time courses of oxidative stress markers lipid peroxidation, free radical generation, and 8-hydroxydeoxyguanosine (8OHdG) formation were used to study oxidative stress in the liver of TCE-treated mice. Lipid peroxidation, as measured by TBARS, was significantly increased at the two highest dose levels of TCE on days 6 through 14 of the study. The oxidative stress marker (8OHdG) levels were statistically significant in the 1200 mg/kg/day group on days 2, 3, 10, 28, 49, and 56 only[259]. The highest measured free radical load, occurred at day 6[259]. The temporal relationship between oxidative stress and cellular response of proliferation (key characteristic #10), both of which occur and resolve within the same relative time period, suggests that TCE-induced mitogenesis may result from alteration in the liver microenvironment which offers a selective advantage for tumor growth.

TCE also induces fibrosis[262], a risk factor for cancer. TCE induced a linear increase in carbon-centered free radicals in B6C3F1 liver slices exposed to TCE[263]. These studies suggest that

85

free radical formation by TCE leads to a concomitant increase in conjugated dienes in liver slices which may contribute to the pathological changes which occur in liver following TCE exposure[263]. TCE induces oxidative DNA damage and MN increase in a dose-dependent manner in rat and human kidney cells induced by TCE. TCE causes oxidative stress in rodents. The oxidative stress triggered by TCE will produce excessive reactive oxygen species (ROS) that are able to generate extensive DNA damage, especially at the DNA-enriched heterochromatin[254]. Moreover, ROS is also destructive to histones and other chromatin associated factors. In conclusion, TCE-induced oxidative stress can lead to epigenetic alterations[254].

**Thus, it is biologically plausible that TCE causes cancer via key characteristic #5.**

*Key Characteristic # 6: TCE induces chronic inflammation*

TCE can stimulate chronic inflammation via pro-inflammatory cytokines, immune cells, and through the generation of excessive reactive oxygen and nitrogen species (RONS)[261]. TCE exposure induces prominent lobular inflammation with sinusoid dilation, increased sinusoidal cellularity and increased staining for proliferating cell nuclear antigen (PCNA), confirming inflammatory and hepatocellular cell proliferation. Importantly, TCE exposure resulted in the activation of hepatic inflammasome (NLRP3 and caspase-1) and up-regulation of pro-inflammatory cytokine IL-1β[261]. TCE also increased the expression of CD68 Kupffer cell and its

relative cytokines, including IL-6 and TNF-α[264]. TCE increased the macrophage marker F4/80 (a marker for Kupffer cells), an important inflammatory cell that secretes pro-inflammatory cytokines which stimulate inflammation[265]. The pro-inflammatory cytokine TNF-α and the TNF receptor 1 (TNFR1) were increased significantly in liver of TCE sensitized mice[265].

The bradykinin B1 receptor (B1R) contributes to immune organ injury in TCE-sensitized mice. Accordingly, B1R plays a key role in ERK/MAPK and PI3K/AKT signal pathway activation and inflammation cytokine expression in immune liver injury induced by TCE[264]. These are key mechanisms whereby TCE can lead to chronic inflammation via potent pro-inflammatory cytokines. TCE treatment also led to dysregulation of hepatic immune response via markedly increased hepatic inflammatory cell (e.g., lymphocyte; B cells) infiltration and imbalance between Tregs (decreased) and Th17 cells (increased)[261]. Studies showed evidence for TCE-mediated inflammasome activation, infiltration of various inflammatory/immune cells, and skewed balance of Tregs and Th17 cells in the liver[261]. TCE can trigger inflammation-associated cell death (e.g., necrosis; key characteristic #10) in 30-40% of the male mice, with increasing severity from low to high dose[266].

Studies by Yu et al (2017) measured the levels of secreted cytokines by effect of T cells in TCE-treated guinea pigs and scored the inflammation on the guinea pigs' skin[267]. A high degree of cytokine deposition was observed in the renal tubular proximal epithelial cells in the TCE-sensitized groups[267]. TCE also stimulated inflammation via accelerated NF-κB signaling pathway activation and amplified inflammatory cytokine release in the kidneys by 72 hours post-treatment[268].

The expression of M1 Kupffer cell marker proteins CD11c and CD16/32 was increased in the TCE positive group. The expression of P-IKK protein, PP65 protein and P-STAT3 protein increased in the TCE sensitization positive group, and the pro-inflammatory factors IL-1β and IL-6 also increased in the TCE sensitization positive group[265]. TCE stimulates skin inflammation and sensitization in mice[269]. Skin edema and erythema occurred in TCE-sensitized groups. TCE sensitization produced liver histopathological lesions, increased serum alanine aminotransferase, aspartate transaminase activities, and the relative liver weight[269]. TCE can stimulate inflammation via pro-inflammatory cytokines via local renal complement activation during immune kidney injury after TCE sensitization[270]. TCE stimulated mice to show enhanced CD4+ T cell cytokine responses (e.g., IL-4 and IFN-γ) to stimulate inflammation[271]. TCE-exposed mice express higher levels of inflammatory biomarkers in the liver related to regeneration/repair and proliferation[271]. TCE stimulates multiple pro-inflammatory cytokines in liver, gut, and splenic CD4+ T cells[272]. Thus, TCE can induce chronic inflammation[273].

TCE induces oxidative stress (key characteristic #5) and inflammation in the liver and kidney[274]. TCE can be metabolized by its biotransformation to bioactive metabolites, including S-(1,2-dichlorovinyl)-l-cysteine (DCVC). Exposure to increased reactive oxygen species (ROS) (marker of oxidative stress- key characteristic #5)[274]. DCVC increased release of interleukin-6 (IL-6) after 24-h exposure. DCVC-stimulated release of the pro-inflammatory IL-6 release and increased generation of ROS[274].

In a study by Blossom et al (2017), 6-week-old male offspring of dams exposed gestationally to 0, 0.01, and 0.1mg/ml TCE in the drinking water were evaluated[275]. A phenotypic

analysis by flow cytometry revealed that TCE exposure expanded the effector/memory subset of peripheral CD4[+] T cells in association with increased production of pro-inflammatory cytokines IFN-γ and IL-17[275]. TCE also stimulated serum biomarkers of inflammation and oxidative stress (key characteristic #5) in the blood of animals exposed to TCE compared to controls. These results suggested that the prenatal period is a critical stage of life during which the developing CNS and immune system are susceptible to the pro-inflammatory effects of TCE. **TCE also induced liver injury, mediated via pro-inflammatory cytokine** TNF-α/TNFR1 which regulates the polarization of Kupffer cells[265]. In mice, TCE also induced a significantly increased gut inflammatory response including colonic oxidative stress (key characteristic #5) and inflammatory markers (CD14 and IL-1β) associated with increases in pro-inflammatory cytokines (IL-6 and IL-12), together with increased  CD4+ T cells in TCE-exposed spleen and liver tissues[276]. TCE can also increase skin inflammation via nitric oxide production[277].

To determine the progression of TCE-mediated immunotoxicity (key characteristic #7), mice were chronically exposed to TCE through the drinking water (0.5 mg/ml of TCE) for various periods of time[278]. Histopathological analyses showed inflammation (e.g., lymphocyte infiltration) in the livers of mice exposed to TCE for 36 or 48 weeks[278]. Lymphocyte infiltration was also apparent in the pancreas, lungs, and kidneys of mice exposed to TCE for 48 weeks. Immunoglobulin deposits in kidney glomeruli were found after 48 weeks of exposure to TCE[278]. These results suggest that chronic exposure to TCE promotes inflammation in the liver, pancreas, lungs, and kidneys, which may lead to inflammatory diseases in MRL +/+ mice[278].

**Thus, it is biologically plausible that TCE is a human carcinogen via key characteristic #6.**

*Key Characteristic # 7: TCE is immunosuppressive*

TCE is immunotoxic and induces immunosuppression[227,279]. Hematological studies after TCE exposure showed a significant increase in RBC counts and a reduction in WBC counts[280]. Studies examined the role of IL-10 after TCE exposure. Interleukin (IL)-10 is a potent immunoregulatory cytokine capable of inhibiting the inflammatory response[281]. Mast cells and macrophages are central effectors of inflammation. IL-10 is anti-inflammatory and stimulates the resolution of inflammation[281,282]. IL-10 is beneficial to the immune system by dampening inflammatory responses and preventing chronic inflammation[281]. Compared to unexposed workers, the serum concentration of IL-10 in workers exposed to TCE was decreased by 70% after adjusting for potential confounders[227]. Further, the magnitude of decline in IL-10 was >60% and statistically significant in workers exposed to <12 ppm as well as in workers with exposures ≥ 12 ppm of TCE, compared to unexposed workers[227]. Thus, TCE exposure can alter immune functioning at relatively low exposure levels.

Studies show significant exposure-response relationships between TCE exposure and levels of various immune (i.e., blood cell counts, cytokines, and immunoglobulins) and kidney toxicity markers. Occupational exposure to TCE is associated with a decline in lymphocyte subsets and soluble CD27 and CD30 markers[283]. These results support the biological plausibility of TCE-induced cancers via immunosuppression and immunotoxicity[227,283-287]. These studies demonstrate that biological markers related to immune function and kidney toxicity are altered by low levels of occupational exposure to TCE (i.e., less than 10 ppm or even lower than 6 ppm), below most current national occupational exposure standards.

Studies by Lan et al (2010) performed a cross-sectional molecular epidemiology study of 80 healthy workers that used TCE and 96 comparable unexposed controls in Guangdong, China. Ninety-six percent of workers were exposed to TCE below the US Occupational Safety and Health Administration Permissible Exposure Limit (100 ppm; 8 h time-weighted average). TCE induced immunosuppression as reflected by a significant dose-dependent decrease in total lymphocyte count and each of the major lymphocyte subsets including CD4+ T cells, CD8+ T cells, natural killer (NK) cells and B cells in exposed workers compared with controls[283]. Further, there was a striking 61% decline in sCD27 plasma level and a 34% decline in sCD30 plasma level among TCE-exposed workers compared with controls[283]. This was the first report that TCE exposure under the Occupational Safety and Health Administration workplace standard was associated with a decline in all major immune cells (e.g., lymphocyte) and sCD27 and sCD30[283]. These immune cells play an important role in protection from cancer by the human body. TCE and its metabolites (e.g., CH) are immunotoxic and impair humoral immunity. Given that altered immunity is an established risk factor for many cancer types, these results add to the biologic plausibility that TCE can cause various cancer types[283].

Another study by Hosgood et al (2011) showed that decreased numbers of CD4(+) naive and effector memory T cells, and CD8(+) naïve T cells, are associated with TCE exposure[285]. CD4(+) and CD8(+) naïve T cell counts were about 8% and 17% lower, respectively, among exposed workers[285]. CD4(+) effector memory T cell counts were decreased by about 20% among TCE-exposed workers compared to controls. The selective targeting of TCE on CD8(+) naive and possibly CD4(+) naive T cells, and CD4(+) effector memory T cells, provide further insights into the immunosuppressive response of human immune cells upon TCE exposure[285].

Altered serum immunoglobulin (Ig) levels have been reported in NHL patients and in animals exposed to TCE[286]. Occupational exposure to TCE was associated with immunosuppressive effects and immune dysfunction, including suppression of B-cell counts and activation, even at relatively low levels[286]. Studies by Zhang et al 2013 measured serum levels of IgG, IgM and IgE, by enzyme-linked immunosorbent assay, in TCE-exposed workers (n = 80) and unexposed controls (n = 45), matched by age and gender, in a cross-sectional, molecular epidemiology study of occupational exposure to TCE in Guangdong, China[286]. TCE-exposed workers had about a 17.5% decline in serum levels of IgG compared with unexposed controls[286]. Similarly, serum levels of IgM were reduced by about 38% in workers exposed to TCE compared with unexposed controls[286]. Serum levels of both IgG and IgM were significantly decreased in workers exposed to TCE levels below 12 ppm, the median exposure level[286]. These studies by Zhang et al provided further confirmatory evidence that TCE is immunotoxic at relatively low exposure levels and provide additional biologic plausibility for the causal link of TCE with NHL.

In studies by Vermeulen et al (2012) TCE-induced kidney toxicity was studied in Chinese factory workers (eighty healthy workers exposed to TCE and 45 comparable unexposed controls) exposed to TCE using novel sensitive nephrotoxicity markers[287]. Personal TCE exposure measurements were taken over a 2-week period before urine collection. Ninety-six percent of workers were exposed to TCE below the current US Occupational Safety and Health Administration permissible exposure limit (100 ppm 8h TWA). Kidney injury molecule-1 (KIM-1) and Pi-glutathione S transferase (GST) alpha were elevated among the exposed subjects as compared with the unexposed controls with a strong exposure-response association between individual estimates of TCE exposure and KIM-1. This was one of the first studies to use a set of sensitive nephrotoxicity markers to study the TCE-induced immunotoxicity on the kidneys. The

findings suggest that at relatively low occupational exposure levels an immunotoxic effect on the kidneys can be observed[287].

Studies by Lee et al (2019) suggest that occupational exposure to TCE below 10 ppm as an 8-hr TWA may alter levels of key markers of immune function and kidney toxicity[284]. Six immune biomarkers (i.e., CD4+ effector memory T cells, sCD27, sCD30, IL-10, IgG, and IgM) were significantly decreased from 16 to 72% and one kidney toxicity marker (KIM-1) was significantly increased (% difference: +52.5%) among workers exposed to < 10 ppm compared with the control group[284].

TCE induced immunosuppression as reflected by a decline in WBC counts and total lymphocyte counts, as well as several lymphocyte subsets[288]. TCE also induced a statistically significant decrease in the markers of B-cell activation (solubleCD27 and solubleCD30)[288]. TCE induced a decline in cells of lymphoid origin and markers of lymphocyte activation in workers. Thus, TCE can alter the immunologic profile of exposed workers, lending some plausibility for their suspected association with NHL[288]. Altered immunity is a risk factor for NHL[289]. Immunosuppression, reflected in part as a decrease in CD4$^+$ T cells, is associated with an increased risk of NHL in several populations[290]. Further evaluation of specific CD4$^+$ and CD8$^+$ T cell subsets in the TCE study showed that more exposed workers had a reduction in these protective immune cells ranging from ~16% to 29% for both CD4$^+$ and CD8$^+$ naive cells, and for CD4$^+$ and CD8$^+$ effector memory T cells[290]. These memory T cells help the human body be protected from cancer by responding to antigenic-related inflammation[290]. A decrease in CD4+ effector memory T cells can lead to a decreased capacity of the body to respond to antigenic-related inflammation[291].

**Thus, it is biologically plausible that TCE causes cancer via immunosuppression, key characteristic #7.**

*Key Characteristic # 9: TCE induces cell immortalization*

Assays for cell transformation with TCE showed weakly positive and negative responses. In three different assays, TCE (of unspecified purity, except in one study) weakly induced cell transformation in mouse, Syrian hamster and rat cells (pure TCE) *in vitro*, without exogenous metabolic activation (IARC 2012). TCE also induces hepatocyte migration, colony formation, and epithelial mesenchymal transition (EMT) *in vitro*[292]. TCE also induced cell transformation in a host-mediated assay system for the detection of the transforming action of chemical carcinogens on immune cells (e.g., peritoneal macrophages)[293].

**Thus, it is biologically plausible that TCE causes cancer via immortalization, key characteristic #9.**

*Key Characteristic # 10:  TCE alters cell proliferation, cell death, or nutrient supply*

*Proliferation:* TCE promotes cell proliferation and colony formation. For TCE, there is evidence of increased cell proliferation due to receptor interaction or cytotoxicity in every instance in which tumors are observed[190]. TCE at low doses (e.g., 0.1mM) significantly stimulated cell proliferation and increased mRNA expression levels of PCNA, a cell proliferation biomarker[294]. Cell proliferation, which is a necessary stage of tumor development, may enhance tumor formation by

increasing spontaneous mutations or providing a promotion of spontaneously initiated cells[295]. The cancer-causing activity of TCE can result from increases in cell proliferation due to receptor interaction and cytotoxicity. There is evidence of enhanced cell proliferation due to receptor interaction or cytotoxicity associated with every target tissue. TCE promotes cell proliferation and colony formation in mouse liver cell lines[248]. Moreover, the increased growth rate of mouse liver cells exposed to TCE was aborted by miR-182-5p inhibitor, demonstrating that miR-182-5p can mediate TCE-induced cell proliferation[248]. Proliferation is an important part of cancer development and progression[295]. Cell proliferation, as a necessary stage of tumor development, may enhance tumor formation by increasing spontaneous mutations or providing a promotion of spontaneously initiated cells[295]. TCE increased hepatocyte hyperplasia in TCE-treated animals[248]. Thus, the TCE-induced miR-182-5p overexpression may cause cancer via cell proliferation[248].

TCE is metabolized by both p450 oxidation and GSH conjugation metabolic pathways[248]. Treatment of mouse liver cell lines (BNL CL.2 and Hepa1-6) with TCE at non-toxic doses significantly increased the expression level of miR-182-5p accompanied with elevated cell proliferation[248]. TCE-induced cell proliferation was mediated by miR-182-5p overexpression[248]. In mice, TCE-induced cytotoxicity occurs primarily in liver, the principal site of TCE metabolism. Liver toxicity in mice correlates with the total amount of TCE metabolized, indicating that major forms of TCE-induced chronic cytotoxicity can be caused by TCE metabolism or metabolites rather than by TCE itself[296]. TCE induces hepatic cell proliferation in mouse hepatocytes following *in vivo* treatment[297].

Cytotoxicity, increased cell division, and aneuploidy are known risk factors in cancer progression and provide a biologically plausible mode of action for TCE as a carcinogen[298]. A

subchronic exposure to TCE causes hepatocellular proliferation in male B6C3F1 mouse liver[259]. TCE also enhances T cell receptor (TCR)-induced T cell activation and proliferation in vitro (e.g.TCR-CD3-induced proliferation of CD8(+) rather than CD4(+) cells)[299]. TCE also enhanced proliferation of human embryonic stem cells (hESCs), manifested by increased cell number, PCNA expression and EdU incorporation[300].

*Cell death (apoptosis):* In addition to cell proliferation, TCE also induces cell death[301]. Histological analysis reveals focal hepatocellular necrosis with inflammatory cell infiltration (key characteristic #6) in the liver[301]. Thus, TCE can lead to cell death. TCE-induced apoptosis is used as a gold standard to evaluate the protective effects of various other agents[302]. Electron microscopy and flow cytometry were used to evaluate the effect of TCE on apoptosis on human epidermal keratinocytes (NHEK). Electron microscopic examination revealed typical morphologic changes of apoptosis in cells treated with TCE. Incubation of NHEK with TCE for 4 hours increased the proportion of apoptotic cells from control of 19% to nearly 44%[302].

In a mixture of 7 groundwater contaminants during a 6-month-long time-course study, 7 chemicals were among the most frequently detected contaminants associated with hazardous waste sites: TCE, arsenic, benzene, chloroform, chromium, lead, and phenol[303]. Increased rate of apoptosis correlates with hepatocellular proliferation in Fischer-344 rats following long-term exposure to a mixture of groundwater contaminants including TCE. Significant increases in 5-bromo-2'-deoxyuridine hepatocellular labeling were present in a unique pattern surrounding large hepatic veins[303]. Immunohistochemical staining for apoptosis, using the terminal deoxynucleotidyl transferase-mediated dUTP-biotin nick end labeling (TUNEL) method showed patterns of labeling in treated animals that directly correlated to areas of increased hepatocyte proliferation[303].

Apoptotic activity was maximum at the 1 month post-exposure time point, whereas proliferating hepatocytes reached a maximum rate at the 10-day post-exposure time point. This may have been triggered as a compensatory response to the increased cell proliferation or as a protective response to remove cells with altered DNA due to chemical mixture exposure[303]. These studies demonstrated that (a) apoptosis is directly correlated with changes in cell proliferation: (b) observed effects were produced by repeated exposures to a relatively low-level chemical mixture; and (c) the TUNEL method detected apoptotic cells at very early and late stages, potentially increasing the observable time period for apoptosis[303]. Hepatocellular proliferation studies were performed by subcutaneously implanting osmotic mini-pumps to continuously deliver 5-bromo-2'-deoxyuridine for 7 days, which labeled nuclei of proliferating cells[304]. Light microscopic evaluation revealed no lesions related to the treatments in any animals. However, significant increases in hepatocellular labeling were observed at the 3 and 10 day and 1 month exposure time points after treatment with the full mixture, as well as the organic or inorganic submixtures. Proliferating hepatocytes expressed a unique labeling pattern surrounding large hepatic veins (0.5-2.0 mm), but not central veins[304].

TCE increases enzyme markers of cell death called caspases (e.g., caspase-8 and caspase-3). The number of apoptotic cells in TCE sensitized mice increased by TUNEL staining[265]. TCE-induced cell death also induces edema and inflammatory cell aggregation in the liver (key characteristic #6)[265]. TCE exposure also can also increase the activity of caspases-3 and 9 in dose- and time-dependent ways in human keratinocytes[305]. Caspase-9 may be an important mediator of apoptosis in keratinocytes induced by TCE[306]. TCE-induced NHEK apoptosis is mediated via a

mitochondrial pathway and the caspase-9 dependent activation of caspase-3[305]. The activity of caspase 3, the apoptotic executioner, was also significantly enhanced in TCE-treated cells[307].

TCE increased the expression of apoptosis-related proteins in mice[308]. The pro-inflammatory signal pathway (IL-6/STAT3) is associated with TCE induced apoptosis of liver cells. The activation of inflammatory cells such as macrophages (Kuppfer cells) can increase the expression of IL-6, IL-6R and phosphorylate STAT3, induce hepatocyte apoptosis, and participate in immunity damage of liver which induced by TCE[308]. TCE may induce hepatocyte apoptosis (cell death) via SET (protein phosphatase type 2A inhibitor)-mediated dephosphorylation and overexpression of nucleolin. TCE can induce alteration of mRNA expression of apoptosis genes (e.g., BAX and BAD) and hepatic metabolic enzyme genes, which may be implicated in the effector mechanisms of TCE cytotoxicity in vivo[309].

A Balb/c mouse model of TCE sensitization was utilized to study mechanisms of TCE-induced renal necroptosis (another type of cell death)[310]. TCE sensitization caused damage to renal tubules and renal tubular epithelial cell (RTEC) necroptosis. In mice treated with R7050 (a specific TNFα antagonist), it was also seen that inhibition of TNFα expression could effectively inhibit RTEC necroptosis and improve renal function in the TCE-sensitized mice[310]. Taken together, these results help to define a novel mechanism by which RTEC necroptosis plays a key role in TCE-induced kidney damage[310].

The TCE metabolite dichloroacetyl chloride (DCAC) induces apoptosis and compromises phagocytosis (the clearance of cell death) in Kupffer Cells via activation of inflammasome and MAPKs[311]. Kupffer cells (KCs), the liver resident macrophages, are crucial for the resolution of

98

inflammation. The TCE metabolite (DCAC) significantly increased early and late-stage apoptosis, accompanied with inflammasome activation (NLRP3 increases)[311]. DCAC treatment resulted in decreased phagocytic function of keppfer cells in a dose-dependent manner, with reduced MFG-E8 levels (phagocytotic function)[311]. Furthermore, DCAC exposure led to induction of phos-ERK and phos-AKT signaling which acts to promote cancer. Thus TCE metabolites such as DCAC induce apoptosis and inflammasome activation, while compromising the phagocytic function of KCs[311].

TCE can undergo metabolism via GSH conjugation to form metabolites that are known to be nephrotoxic[312]. The GSH conjugate, S-(1,2-dichlorovinyl)glutathione (DCVG), is processed further to the cysteine conjugate, S-(1,2-dichlorovinyl)-l-cysteine (DCVC), which is nephrotoxic[312]. The TCE metabolite-induced cell death was time-and concentration-dependent[312]. DCVC causes apoptosis and enhances cell proliferation in human proximal tubular (hPT) cells at environmentally relevant doses[313]. The TCE metabolite DCVC caused cellular necrosis, apoptosis and enhanced cellular proliferation at relatively low doses[314]. These responses were associated with prominent changes in expression of several proteins that regulate apoptosis (Bcl-2, Bax, Apaf-1, Caspase-9 cleavage, PARP cleavage) and cellular growth, differentiation and stress response (p53, Hsp27, NF-kappaB)[314].

Thus, TCE can act as a tumor promoter via stimulating these 2 processes: cell proliferation, and cell death. **It is biologically plausible that TCE is a human carcinogen via key characteristic #10.**

**As a result, TCE is a potent carcinogen which exhibits 7 out of the 10 key characteristics of carcinogens. TCE can act as a tumor-initiator and tumor promoter via**

**these 7 key characteristics.** Given the indisputable compelling scientific evidence of carcinogenic activity in animals, evidence in human cell and tissue, substantial evidence of genotoxicity, and considerable knowledge on the many biologically plausible mechanisms of carcinogenicity of arsenic, *TCE can clearly cause cancer in animals and humans.*

**Formaldehyde**

**Background**

Formaldehyde is a strong-smelling, colorless gas used in making building materials and many household products. It is used in pressed-wood products, such as particleboard, plywood, and fiberboard; glues and adhesives; permanent-press fabrics; paper product coatings; and certain insulation materials. It is also used to make other chemicals. Formaldehyde is quickly broken down in the air – generally within hours. It dissolves easily in water, but does not last long there, either. Formaldehyde is cytotoxic, hemotoxic, mutagenic, immunotoxic, genotoxic, and carcinogenic[315,316].

**Animal studies**

*Inhalation*

Page: 100

| T |Number: 1      Author:          Subject: Highlight       Date: 10/6/2022 5:36:16 PM

Copied from American Cancer Society
https://www.cancer.org/healthy/cancer-causes/chemicals/formaldehyde.html

Kerns et al (1983) studied the carcinogenicity of formaldehyde in rats and mice after long-term inhalation exposure[317]. In one inhalation study in B6C3F1 mice, formaldehyde marginally increased the incidence of squamous cell carcinomas of the nasal cavity in males. The incidence of lymphoma in females exposed to 14.3 ppm (27/121) was also marginally increased when compared with controls (19/121). Groups of approximately 120 male and 120 female Fischer 344 rats and C57BL/6 X C3H F1 mice were exposed by inhalation to 0, 2.0, 5.6, and 14.3 ppm of formaldehyde gas 6 hours/day, 5 days/week, for 24 months[317]. This exposure period was followed by up to 6 months of nonexposure. Interim sacrifices were conducted at 6, 12, 18, 24, 27, and 30 months. Significant formaldehyde-induced lesions were restricted to the nasal cavity and proximal trachea[317]. The distribution and severity of these lesions were concentration dependent. Rhinitis, epithelial dysplasia, and squamous metaplasia occurred in all exposure groups of rats and in the intermediate and high exposure groups of mice[317]. Squamous cell carcinomas were observed in the nasal cavities of 103 rats (52 females and 51 males) and 2 male mice exposed to 14.3 ppm and in 2 rats (one male and one female) exposed to 5.6 ppm of formaldehyde gas[317]. Formaldehyde inhalation was also weakly associated with an increase in the frequency of polypoid adenomas in the nasal cavity of male rats[317].

Animals exposed to formaldehyde show excesses of nasal cancer[318]. In six studies in different strains of rats (F344, Wistar, and Sprague-Dawley), there were treatment-related increases in tumors of the nasal cavity (primarily squamous-cell carcinomas but also squamous-cell papillomas, polypoid adenomas, carcinomas, rhabdomyosarcomas, adenocarcinomas, and mixed/combined tumors)[319-326]. Formaldehyde induces squamous cell carcinomas of the rat nasal cavity by inhalation exposure to formaldehyde vapor[319]. Groups of 120 male and 120 female rats were exposed by inhalation to 0, 2, 6, or 15 ppm formaldehyde vapor 6 hours/day, 5 days/week,

## Page: 101

---

**T** Number: 1       Author:        Subject: Highlight       Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 100F, p. 410

---

**T** Number: 2       Author:        Subject: Highlight       Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Kerns, W. D., Pavkov, K. L., Donofrio, D. J., Gralla, E. J. & Swenberg, J. A. Carcinogenicity of formaldehyde in rats and mice after long-term inhalation exposure. *Cancer Res* **43**, 4382-4392 (1983).

---

**T** Number: 3       Author:        Subject: Highlight       Date: 10/6/2022 5:36:16 PM

Abstract states:

"In this cohort of formaldehyde-industry workers, some evidence was found of an exposure-response relation with mortality from nasopharyngeal cancer (based on small numbers) but not for cancers of the pancreas, brain, lung, or prostate."

    Author:        Subject: Sticky Note       Date: 10/6/2022 5:36:16 PM

Hauptmann, M., Lubin, J. H., Stewart, P. A., Hayes, R. B. & Blair, A. Mortality from solid cancers among workers in formaldehyde industries. *Am J Epidemiol* **159**, 1117-1130, doi:10.1093/aje/kwh174 (2004).

---

**T** Number: 4       Author:        Subject: Highlight       Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 100F, p. 410

---

**T** Number: 5       Author:        Subject: Highlight       Date: 10/6/2022 5:36:16 PM

or 18 months of a 24-month study. Squamous cell carcinomas occurred in the nasal cavities of 36 rats exposed to 15 ppm formaldehyde[319]. The tumors ranged from small early carcinomas of the nasal turbinate to large invasive osteolytic neoplasms which extended into the subcutis of the premaxilla. Rhinitis, epithelial dysplasia, and squamous metaplasia occurred in rats from all exposure levels of formaldehyde; however, the severity and extent of the lesions were dose-related[319].

The carcinogenic response to the combined and separate exposures to formaldehyde and hydrochloric acid (HCl) was investigated in male inbred SD rats[320]. Formaldehyde alone induced squamous carcinomas of the nasal cavity as did the combined exposures to formaldehyde and HCl. No carcinogenic response was observed with HCl alone[320]. Formaldehyde accounted for most, if not all, of the carcinogenic activity of the mixture of formaldehyde -HCl[320]. Nasal cancer incidences were induced in all animals receiving formaldehyde regardless of concurrent exposure to hydrogen chloride[321]. The tumors were predominantly squamous cell type arising from the anterior portion of the nasal cavity[321].

In studies by Feron et al (1988), Wistar rats were exposed to 0, 10 or 20 ppm formaldehyde vapor for 4, 8 or 13 weeks (6 hours/day; 5 days/week), and were then observed for periods up to 126 weeks[322]. Nasal tumors considered to be induced by formaldehyde were seen only in the 20 ppm group and mainly in rats that had been exposed for 13 weeks, the incidence being 4.5% (6/132). These tumors comprised 3 squamous cell carcinomas, 1 carcinoma in situ and 2 polypoid adenomas, all originating from respiratory epithelium[322]. Thus, rat nasal respiratory epithelium severely damaged by formaldehyde vapor often does not regenerate and can develop tumors[322].

# Page: 102

---

T Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Copied from abstract:

Swenberg, J. A., Kerns, W. D., Mitchell, R. I., Gralla, E. J. & Pavkov, K. L. Induction of squamous cell carcinomas of the rat nasal cavity by inhalation exposure to formaldehyde vapor. *Cancer Res* **40**, 3398-3402 (1980).

Left out:

"Similar tumors were not detected in rats exposed for 18 months to 2 or 6 ppm or in mice exposed to 2, 6, or 15 ppm formaldehyde."

---

T Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Copied from abstract:

Albert, R. E. *et al.* Gaseous formaldehyde and hydrogen chloride induction of nasal cancer in the rat. *J Natl Cancer Inst* **68**, 597-603 (1982).

---

T Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Copied from abstract:

Sellakumar, A. R., Snyder, C. A., Solomon, J. J. & Albert, R. E. Carcinogenicity of formaldehyde and hydrogen chloride in rats. *Toxicol Appl Pharmacol* **81**, 401-406, doi:10.1016/0041-008x(85)90411-9 (1985).

---

T Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Copied from abstract:

Feron, V. J., Bruyntjes, J. P., Woutersen, R. A., Immel, H. R. & Appelman, L. M. Nasal tumours in rats after short-term exposure to a cytotoxic concentration of formaldehyde. *Cancer Lett* **39**, 101-111 (1988).

[1]Voutersen et al (1989),conducted a long-term inhalation study in which male rats with severely damaged or undamaged noses were exposed 6 h/day for 5 days/week to 0, 0.1, 1.0 or 10 ppm formaldehyde vapor for 28 months, or for 3 months followed by a 25-month observation period[323]. 720 total rats were used, including 480 with damaged noses and 240 with intact noses. Compound-related degenerative, inflammatory and hyperplastic changes of the nasal respiratory and olfactory mucosa were invariably observed when rats with intact noses were exposed to 10 ppm but not when exposed to 1.0 or 0.1 ppm formaldehyde[323]. Nasal electrocoagulation increased the incidences of formaldehyde-induced rhinitis, hyper- and metaplasia of the respiratory epithelium, and degeneration and hyper- and metaplasia of the olfactory epithelium[323]. In addition, exposure to 10 ppm formaldehyde for 28 months produced nasal squamous cell carcinomas in rats with damaged noses (15/58) but not in rats with intact noses. Thus, severe damage to the nasal mucosa may contribute to the induction of nasal tumors by formaldehyde[323].

[2]Formaldehyde induces nonlinear, concentration-related increases in nasal epithelial cell proliferation and squamous cell carcinomas (SCCs) in rats[324]. A formaldehyde carcinogenicity study examined correlations of cell proliferation indices with sites of formaldehyde-induced SCC[324]. Rats were exposed (6 hours/day, 5 days/week) to formaldehyde (0, 0.7, 2, 6, 10 or 15 ppm) for up to 24 months with interim sacrifice time points at 3, 6, 12, and 18 months. Formaldehyde induced SCC in a highly nonlinear fashion, with no observed effect at the level of 2 ppm, a minimal response at 6 ppm, and a sharp increase at 10 and 15 ppm[324]. The tumor incidence was 1, 22, and 47% at 6, 10 and 15 ppm, respectively.

# Page: 103

---

T Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Copied from abstract:

Woutersen, R. A., van Garderen-Hoetmer, A., Bruijntjes, J. P., Zwart, A. & Feron, V. J. Nasal tumours in rats after severe injury to the nasal mucosa and prolonged exposure to 10 ppm formaldehyde. *J Appl Toxicol* **9**, 39-46, doi:10.1002/jat.2550090108 (1989).

Left out:
"The damage to the nasal mucosa was induced by bilateral intranasal electrocoagulation."

"Three months of exposure to 10 ppm formaldehyde or exposure to 0.1 or 1.0 ppm formaldehyde for 28 months had no such effect."

---

T Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Copied from abstract:

Monticello, T. M. *et al.* Correlation of regional and nonlinear formaldehyde-induced nasal cancer with proliferating populations of cells. *Cancer Res* **56**, 1012-1022 (1996).

Left out:
"We conclude that target cell population size and sustained increases of cell proliferation in these populations, determined by differences in regional airflow-driven formaldehyde binding to DNA dose to these sites, coupled with the known nonlinear kinetics of formaldehyde binding to DNA, can together account for the nonlinearity and site specificity of formaldehyde-induced nasal SCC in rats."

In studies by Kamata et al (1997), Male F-344 rats were exposed to gaseous formaldehyde via inhalation at 0.3, 2, and 15 ppm 6 h/day, 5 days/week for 28 months[325]. Nasal tumors were macroscopically evident in the 15 ppm group from the 14th month and 8 of 32 rats bore such tumors at the 24th month[325]. Histopathological examination revealed both squamous cell papillomas and carcinomas. No nasal tumors were observed in the lower exposure groups (0.3 and 2 ppm groups). In the high exposure group (15 ppm group), frequent face washing, coughing and/or crouching position, lacrimation, nasal discharge, and yellow discoloration of the haircoat were observed[325]. Epithelial cell hyperplasia, hyperkeratosis, and the squamous metaplasia were apparent in all exposure groups. Inflammatory cell infiltration, erosion or edema were evident in all groups, including the 0 ppm and room (RC group) controls[325]. In this study, a no effect level of formaldehyde vapor could not be obtained because toxicological signs were obvious even with the low exposure group[325].

*Oral administration (drinking water)*

In one drinking-water study in male Wistar rats, there was a treatment-related increase in fore-stomach squamous-cell papillomas from formaldehyde[326]. In studies by Takahashi et al (1986), formaldehyde and other compounds were tested for tumor-promoting activity in a two-stage stomach carcinogenesis experiment. Male outbred Wistar rats were given N-methyl-N'-nitro-N-nitrosoguanidine (MNNG) in the drinking water (100 mg/liter) and a diet supplemented with 10% sodium chloride for 8 weeks. Thereafter, they were maintained on drinking water containing either 10% ethanol, 1% potassium metabisulfite, 0.5% formalin (formaldehyde) or 1% hydrogen peroxide for 32 weeks and then sacrificed for necropsy and histological examination. In the pylorus of the glandular stomach, potassium metabisulfite and formaldehyde significantly increased the

# Page: 104

---

T Number: 1        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Kamata, E. *et al.* Results of a 28-month chronic inhalation toxicity study of formaldehyde in male Fisher-344 rats. *J Toxicol Sci* **22**, 239-254, doi:10.2131/jts.22.3_239 (1997).

Left out:

"The benchmark doses for squamous metaplasia and epithelial hyperplasia were 0.25 and 0.24 ppm, respectively."

---

T Number: 2        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 100F, p. 410

---

T Number: 3        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

---

incidence of adenocarcinoma after initiation with MNNG and sodium chloride[326]. In the forestomach, the incidence of squamous cell papilloma was significantly increased in the groups given hydrogen peroxide or formaldehyde, irrespective of prior initiation. The results indicate that formaldehyde both exert tumor-promoting activity in the rat glandular stomach[326].

In a study with life-long exposure to formaldehyde (beginning *in utero*; transplacentally), there was an increased incidence of smooth-muscle tumors of the small intestine (leiomyosarcoma) in female offspring. Studies by Soffriti et al (1989) reported on male and female Sprague-Dawley rats of different ages at the start of the experiments (12 day embryos, and 7 and 25 weeks old) were administered formaldehyde in drinking water at different doses (2,500 or 1,500, 1,000, 500, 100, 50, 10, 0 ppm)[327]. An increased incidence of leukemias and gastrointestinal tumors was observed in formaldehyde-treated rats[327]. Gastrointestinal tumors are exceptionally rare in the rats of the colony used. These results, together with the ones obtained by other authors on rats exposed by inhalation to formaldehyde, indicate that this compound is an experimental multipotential carcinogen[327]. The experimental results presented in this report give scientific support to the epidemiological observation of a higher incidence of leukemias and of gastro-intestinal cancers among the people occupationally exposed[327].

In another study in male and female rats, increased incidences of total malignant tumors, hematopoietic tumors, and interstitial-cell adenomas were observed in males. Additional studies by Soffriti et al (2002) reported that formaldehyde was administered for 104 weeks in drinking water supplied ad libitum at concentrations of 1500, 1000, 500, 100, 50, 10, or 0 mg/L to groups of 50 male and 50 female Sprague-Dawley rats beginning at seven weeks of age[328]. Control animals (100 males and 100 females) received tap water only[328]. Acetaldehyde was administered

# Page: 105

---

T Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Takahashi, M. *et al.* Effects of ethanol, potassium metabisulfite, formaldehyde and hydrogen peroxide on gastric carcinogenesis in rats after initiation with N-methyl-N'-nitro-N-nitrosoguanidine. *Jpn J Cancer Res* **77**, 118-124 (1986).

Left out:

"The results indicate that potassium metabisulfite and formaldehyde both exert tumor-promoting activity in the rat glandular stomach."

---

T Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 100F, p. 410

---

T Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Soffritti, M., Maltoni, C., Maffei, F. & Biagi, R. Formaldehyde: an experimental multipotential carcinogen. *Toxicol Ind Health* **5**, 699-730, doi:10.1177/074823378900500510 (1989).

---

T Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 100F, p. 410

---

T Number: 5     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

50 male and 50 female Sprague-Dawley rats beginning at six weeks of age at concentrations of 2,500, 1,500, 500, 250, 50, or 0 mg/L. Animals were kept under observation until spontaneous death. Formaldehyde and acetaldehyde were found to produce an increase in total malignant tumors in the treated groups and showed specific carcinogenic effects on various organs and tissues[328].

*Skin applications*

In one study in male and female hairless Oslo mice, topical application of 10% formaldehyde in water reduced the latency of 7,12-dimethylbenz[*a*]anthracene-induced skin tumors[329].

**Scientific agencies**

**IARC: formaldehyde is a human carcinogen**

While formaldehyde was considered by IARC Working Groups (IARC , 1982, 1987, 1995, 2006), IARC's most recent classification is **"Formaldehyde is *carcinogenic to humans (Group 1)*."** The International Agency for Research on Cancer (IARC) recently classified formaldehyde as a human carcinogen that causes nasopharyngeal cancer and also concluded that there is "strong but not sufficient evidence for a causal association between leukemia and occupational exposure to formaldehyde"[330]. The International Agency for Research on Cancer (IARC) has characterized formaldehyde as a human carcinogen[315].

The *IARC Monograph* Volume 88 concluded that there is *sufficient evidence* for the carcinogenicity of formaldehyde, based primarily on its association with nasopharyngeal cancer (IARC 2006). An IARC (International Agency for Research on Cancer) working group

# Page: 106

---

**T** Number: 1   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Soffritti, M. *et al.* Results of long-term experimental studies on the carcinogenicity of formaldehyde and acetaldehyde in rats. *Ann N Y Acad Sci* **982**, 87-105, doi:10.1111/j.1749-6632.2002.tb04926.x (2002).

---

**T** Number: 2   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Left out:

"Hence, under the experimental conditions used formaldehyde had no carcinogenic potency of its own but did shorten the latency time in DMBA-induced carcinogenesis."

---

**T** Number: 3   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Zhang, L., Steinmaus, C., Eastmond, D. A., Xin, X. K. & Smith, M. T. Formaldehyde exposure and leukemia: a new meta-analysis and potential mechanisms. *Mutat Res* **681**, 150-168, doi:10.1016/j.mrrev.2008.07.002 (2009).

---

**T** Number: 4   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Im, H. *et al.* Evaluation of toxicological monitoring markers using proteomic analysis in rats exposed to formaldehyde. *J Proteome Res* **5**, 1354-1366, doi:10.1021/pr050437b (2006).

categorized *formaldehyde as a human carcinogen (Group 1) in 2004.* There is *sufficient evidence* in humans for the carcinogenicity of formaldehyde. [1]ormaldehyde causes cancer of the nasopharynx and leukemia. [2]lso, a positive association has been observed between exposure to formaldehyde and sinonasal cancer. There is *sufficient evidence* in experimental animals for the carcinogenicity of formaldehyde.

*Cancer of the nasopharynx and nasal sinuses*

[3]echanistic studies support a causal relation between inhalation of formaldehyde and induction of cancer of the nasopharynx and nasal sinuses[331]. These studies are based on the chemical reactivity of formaldehyde in producing DNA–protein cross-links, and its genotoxicity *in vitro* and *in vivo*, including in the nasal cells of exposed humans. Computational fluid-dynamic models of formaldehyde in the nasal passages of rats, monkeys and humans can predict the area in the nose with the highest number of DNA–protein crosslinks[331]. Local effects in the nasal passages, genotoxicity, and cell-proliferation rate are major determinants of nasal carcinogenicity after exposure to formaldehyde.

*Leukemia*

The findings reviewed in *IARC Monograph* Volume 88 (IARC 2006) pertaining to a potential mechanism for formaldehyde-induced leukemogenesis were summarized as follows: [4]Based on the data available at this time, it was not possible to identify a mechanism for the induction of myeloid leukaemia in humans." The Working Group further stated that [5]t is possible that formaldehyde itself can reach the bone marrow following inhalation, although the evidence is inconsistent."

# Page: 107

---

**T** Number: 1     Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

From IARC Mono Vol. 88, p. 276:

"In summary, there is strong but not sufficient evidence for a causal association between leukaemia and occupational exposure to formaldehyde"

---

**T** Number: 2     Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

From IARC Mono Vol. 88, p. 277:

"Thus, there is only limited
epidemiological evidence that formaldehyde causes sinonasal cancer in humans."

---

**T** Number: 3     Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 100F, p. 427

---

**T** Number: 4     Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

IARC Mono Vol. 88, p. 273

---

**T** Number: 5     Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

IARC Mono Vol. 88, p. 272

A meta-analysis by Zhang et al (2009), included occupations known to have high formaldehyde exposure, [1]e show that summary relative risks (RRs) were elevated in 15 studies of leukemia (RR=1.54; confidence interval (CI), 1.18-2.00) with the highest relative risks seen in the six studies of myeloid leukemia (RR=1.90; 95% CI, 1.31-2.76). It is biologically plausible that formaldehyde can lead to leukemia[330]. Formaldehyde may act on bone marrow directly or, alternatively, may cause leukemia by damaging the hematopoietic stem or early progenitor cells that are located in the circulating blood or nasal passages, which then travel to the bone marrow and become leukemic stem cells[330].

[2]he IARC Working Group reaffirmed the concerns of the previous Working Group (IARC 2006) regarding the pooling of all 'leukemias' diagnosed as lymphoblastic leukemias and lympho-sarcomas, immunoblastic lymphosarcomas, and "other types" of leukemia and haemolympho-reticular sarcomas.

**Epidemiology**

*Cohort studies*

[3]n the follow-up of the largest cohort study from the USA of industrial workers exposed to formaldehyde, a statistically significant excess of deaths from nasopharyngeal cancer was observed in comparison with the US national population, with statistically significant exposure–response relationships for peak exposure and cumulative exposure[318]. [4]n an extended follow-up of a large cohort of formaldehyde-exposed workers, the authors evaluated mortality from solid cancers (1,921 deaths) among 25,619 workers (865,708 person-years) employed in 10 US formaldehyde-producing or -using facilities through 1994[318]. Importantly, exposure assessment

108

## Page: 108

---

T Number: 1        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM
Copied from abstract:

Zhang, L., Steinmaus, C., Eastmond, D. A., Xin, X. K. & Smith, M. T. Formaldehyde exposure and leukemia: a new meta-analysis and potential mechanisms. *Mutat Res* **681**, 150-168, doi:10.1016/j.mrrev.2008.07.002 (2009).

---

T Number: 2        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM
Copied from IARC Mono 100F, p. 410

---

T Number: 3        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM
Copied from IARC Mono 100F, p. 404

---

T Number: 4        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM
Copied from abstract:
Hauptmann, M., Lubin, J. H., Stewart, P. A., Hayes, R. B. & Blair, A. Mortality from solid cancers among workers in formaldehyde industries. *Am J Epidemiol* **159**, 1117-1130, doi:10.1093/aje/kwh174 (2004).

included quantitative estimates of formaldehyde exposure[318]. Relative risks for nasopharyngeal cancer (nine deaths) increased with average exposure intensity, cumulative exposure, highest peak exposure, and duration of exposure to formaldehyde. In this cohort of formaldehyde-industry workers, evidence was found of an exposure-response relation with mortality from nasopharyngeal cancer[318]. Based on eight cases, a significant excess mortality from nasopharyngeal cancer was observed among formaldehyde-exposed workers (SMR, 2.10; 95%CI: 1.05–4.21).

In the two other large cohort studies of industrial workers, cases of nasopharyngeal cancer were fewer than expected, but the power of these studies to detect an effect on nasopharyngeal cancer was low and the deficits were small. In the first study, of British chemical workers, one death was observed when two were expected[316]. Coggan et al (2003) extended by 11 years the follow-up of an existing cohort of 14 014 men employed after 1937 at six British factories where formaldehyde was produced or used. Subjects had been identified from employment records, and their jobs had been classified for potential exposure to formaldehyde. Standardized mortality ratios (SMRs) were derived using the person-years method and were compared with the expected numbers of deaths for the national population[316]. Relative to the national population, mortality from lung cancer was increased among those who worked with formaldehyde, particularly in men in the highest of four estimated exposure categories (SMR = 1.58, 95% confidence interval = 1.40 to 1.78), and the increase persisted after adjustment for local geographic variations in mortality (SMR = 1.28, 95% confidence interval = 1.13 to 1.44).

In another study by Pinkerton et al (2004), a non-significant increase in mortality from myeloid leukemia (15 deaths, SMR 1.44, 95% CI 0.80 to 2.37) was observed[332]. Mortality from myeloid leukemia was greatest among workers first exposed in the earliest years when exposures

# Page: 109

---

[T] Number: 1      Author:        Subject: Highlight       Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Hauptmann, M., Lubin, J. H., Stewart, P. A., Hayes, R. B. & Blair, A. Mortality from solid cancers among workers in formaldehyde industries. *Am J Epidemiol* **159**, 1117-1130, doi:10.1093/aje/kwh174 (2004).

Left out:

"Compared with that for the US population, mortality from solid cancers was significantly lower than expected among subjects exposed and nonexposed to formaldehyde (standardized mortality ratios = 0.91 and 0.78, respectively)."

"Formaldehyde exposure did not appear to be associated with lung (744 deaths), pancreas (93 deaths), or brain (62 deaths) cancer. Although relative risks for prostate cancer (145 deaths) were elevated for some measures of formaldehyde exposure, the trend was inconsistent."

"In this cohort of formaldehyde-industry workers, some evidence was found of an exposure-response relation with mortality from nasopharyngeal cancer (based on small numbers) but not for cancers of the pancreas, brain, lung, or prostate."

---

[T] Number: 2      Author:        Subject: Highlight       Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 100F, p. 404

---

[T] Number: 3      Author:        Subject: Highlight       Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Coggon, D., Harris, E. C., Poole, J. & Palmer, K. T. Extended follow-up of a cohort of british chemical workers exposed to formaldehyde. *J Natl Cancer Inst* **95**, 1608-1615, doi:10.1093/jnci/djg046 (2003).

Left out:

"However, there was a statistically nonsignificant decrease in the risk of death from lung cancer with duration of high exposure (P(trend) =.18), and this risk showed no trend with time since first high exposure (P(trend) =.99)."

---

[T] Number: 4      Author:        Subject: Highlight       Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Pinkerton, L. E., Hein, M. J. & Stayner, L. T. Mortality among a cohort of garment workers exposed to formaldehyde: an update. *Occup Environ Med* **61**, 193-200, doi:10.1136/oem.2003.007476 (2004).

were presumably higher, among workers with 10 or more years of exposure, and among workers with 20 or more years since first exposure[332]. Multiple cause mortality from leukemia was increased almost twofold among workers with both 10 or more years of exposure and 20 years or more since first exposure (15 deaths, SMR 1.92, 95% CI 1.08 to 3.17)[332]. Multiple cause mortality from myeloid leukemia among this group of workers was also significantly increased (8 deaths, SMR 2.55, 95% CI 1.10 to 5.03). Results supported a possible relation between formaldehyde exposure and myeloid leukemia mortality.

An excess of deaths from nasopharyngeal cancer was observed in a proportionate mortality analysis of the largest US cohort of embalmers[333]. The causes of mortality of 3,649 white and 397 non-white male U.S. embalmers and funeral directors, who had died between 1975 and 1985, were examined in a proportional mortality study[333]. Non-significant excesses were found for malignancies of the buccal cavity and pharynx (PMR = 120) and for nasopharyngeal cancer (PMR = 216). A statistically significant excess of colon cancer (PMR = 127) was found and a non-significant excess of brain and other CNS cancer was noted among whites only (PMR = 123)[333]. Statistically significant excesses of malignancies of the lymphatic and hematopoietic systems were found in whites (PMR = 131) and non-whites (PMR = 241)[333]. Myeloid leukemia (PMR = 157) and leukemia of other and unspecified cell types (PMR = 228) were in excess.

Hansen et al (1996) investigated the occupational risk of cancer among workers at companies that used or manufactured formaldehyde among men and women in Denmark between 1970 and 1984[334]. Relative risks (RR) were estimated from standardized proportionate incidence ratios among patients whose longest employment had been held since 1964, at least 10 years before diagnosis, in 265 companies in which exposure to formaldehyde was identified. The only

# Page: 110

---

T Number: 1        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

---

T Number: 2        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 100F, p. 404

---

T Number: 3        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Hayes, R. B., Blair, A., Stewart, P. A., Herrick, R. F. & Mahar, H. Mortality of U.S. embalmers and funeral directors. *Am J Ind Med* **18**, 641-652, doi:10.1002/ajim.4700180603 (1990).

Left out:

"No sinonasal cancers were observed, while 1.7 were expected."

"Excesses of malignancies of the lymphatic and hematopoietic systems could not be directly related to job held in the funeral industry. "

---

T Number: 4        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Hansen, J. & Olsen, J. H. [Occupational exposure to formaldehyde and risk of cancer]. *Ugeskr Laeger* **158**, 4191-4194 (1996).

biologically plausible increased risk was for nasal cancer, for which relative risks of 2.3 (95% confidence interval = 1.3-4.0) and 2.4 (0.6-6.0) appeared for men and women, respectively[334]. This study supported that occupational exposure to formaldehyde may increase the risk of nasal cancer[334].

Marsh et al (1996) reported on a cohort study on nasopharyngeal cancer[335]. The cohort included earlier year of entry and was enumerated independently. Subjects were 7359 workers who were first employed between 1941 and 1984 in a factory in Wallingford, Connecticut where formaldehyde was used[335]. Exposures of individual workers were estimated quantitatively for formaldehyde. There was a significantly increased mortality due to nasopharyngeal cancer observed among formaldehyde-exposed workers compared with US and regional populations (Connecticut State and local county)[335]. In a recent follow-up through 2003, Marsh et al (2007) showed elevated SMRs when both national and local county rates were used[336].

Two analyses have been conducted to reanalyze the data from the most recent update of the NCI cohort, with a focus on solid tumors. In Hauptmann et al (2004), there was an extended follow-up of a large cohort of formaldehyde-exposed workers. The authors evaluated mortality from solid cancers (1,921 deaths) among 25,619 workers (865,708 person-years) employed in 10 US formaldehyde-producing or formaldehyde-using facilities through 1994[318]. Exposure assessment included quantitative estimates of formaldehyde exposure. Relative risks for nasopharyngeal cancer (nine deaths) increased with average exposure intensity, cumulative exposure, highest peak exposure, and duration of exposure to formaldehyde[318]. In this cohort of formaldehyde-industry workers, some evidence was found of an exposure-response relation with mortality from nasopharyngeal cancer but not for cancers of the pancreas, brain, lung, or

# Page: 111

---

T Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Hansen, J. & Olsen, J. H. [Occupational exposure to formaldehyde and risk of cancer]. *Ugeskr Laeger* **158**, 4191-4194 (1996).

Left out:

"It is concluded that occupational exposure to formaldehyde may increase the risk of nasal cancer, but formaldehyde does probably not affect other cancers."

---

T Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Left out:

"Mortality among long term workers (employed > or = 1 y) was generally similar to or more favourable than that of the general population, and there was little evidence of a relation between either rates of lung cancer or standardised mortality ratios (SMRs) and several measures of exposure to formaldehyde, particulates, and pigment."

"Only one case of nasopharyngeal cancer had any appreciable exposure to formaldehyde."

---

T Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 100F, p. 405

---

T Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Hauptmann, M., Lubin, J. H., Stewart, P. A., Hayes, R. B. & Blair, A. Mortality from solid cancers among workers in formaldehyde industries. *Am J Epidemiol* **159**, 1117-1130, doi:10.1093/aje/kwh174 (2004).

Left out:

"ormaldehyde exposure did not appear to be associated with lung (744 deaths), pancreas (93 deaths), or brain (62 deaths) cancer."

prostate[318] In studies by Marsh & Youk et al (2005), five of nine deaths from nasopharyngeal cancer occurred, compared with all other plants in the cohort[337]. Using their own cut points of exposure, the authors concluded that their analysis lent uncertainty to the findings from the NCI cohort.

The Working Group noted one industrial cohort study with both a strong overall association between exposure to formaldehyde and nasopharyngeal cancer, and the most elevated risks in the highest exposure category[338]. Positive associations were also observed in many of the case–control studies, particularly those of larger size and higher-quality exposure assessment. While there was no association observed in the two other large industrial cohort studies, the expected number of cases in those studies was quite small. The Working Group concluded that occupational exposure to formaldehyde causes nasopharyngeal cancer in humans. The Working Group noted that it was unlikely that confounding or bias could explain the observed association[338].

Elevated risks of leukemia have been consistently observed in proportionate mortality studies of professionals exposed to formaldehyde (i.e. embalmers, funeral industry workers, pathologists and anatomists)[338]. Results from a nested case-control study of workers in the funeral industry show elevated risks for many measures of exposure, which are strongest for myeloid leukemia. In two of the three large industrial cohort studies, positive associations were observed for leukemia. These associations were somewhat stronger for myeloid leukemia. It is difficult to reconcile the lack of association observed in the third industrial cohort study with the overall positive associations in the others. However, there seems to be no strong evidence that confounds or bias explain the positive associations seen in multiple settings. The Working Group concluded

# Page: 112

---

T Number: 1      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

T Number: 2      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM
Copied from IARC Mono 100F, p. 405

Left out the very important final sentence in IARC's discussion of this study:

"The authors concluded that an interaction between plant group and exposure makes generalization beyond Plant 1 difficult"

---

T Number: 3      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM
Copied from IARC Mono 100F, p. 409

---

T Number: 4      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM
IARC Mono Vol. 88, p. 274

---

T Number: 5      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM
Copied from IARC Mono 100F, p. 409

---

T Number: 6      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

2 that the epidemiologic evidence shows that occupational exposure to formaldehyde causes leukemia[338].

3 Many case-control studies show positive associations for exposure to formaldehyde and sinonasal cancer, some with evidence of an exposure-response pattern[338]. However, many of these cases were also exposed to wood dust, which was strongly associated with sinonasal cancer in these studies. The industrial cohort studies show no such association, which may be due to lack of statistical power, or could indicate that uncontrolled confounding to wood dust partially explains the observed associations in the case–control studies. The Working Group could not rule out the possibility of residual confounds in the case–control studies and noted the discordant results between the cohort and case-control studies[338].

**Absorption, distribution, metabolism, and excretion of formaldehyde**

4 The absorption of formaldehyde occurs readily in the upper respiratory tract[339,340]. Once inhaled, formaldehyde can react directly with mucus or with macromolecular cellular components including proteins and nucleic acids. Formaldehyde can be incorporated into biological molecules through folate-dependent enzymatic processes. It can also be oxidized to formic acid or to carbon dioxide through enzymatic processes dependent on formaldehyde dehydrogenase, aldehyde dehydrogenase and, in limited situations, catalase, or it can be exhaled. It has been estimated that as much as 22–42% of inhaled formaldehyde may be removed by mucus flow[341].

5 Formaldehyde is an endogenous metabolite that is formed by demethylation reactions and used in the biosynthesis of macromolecules. Average concentrations, including bound and free forms, in cells and biological fluids are reported to be about 0.1 mM[342]. Formaldehyde readily

# Page: 113

---

**T** Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC Vol. 88, p. 276

"In summary, there is strong but not sufficient evidence for a causal association between leukaemia and occupational exposure to formaldehyde. Increased risk for leukaemia has consistently been observed in studies of professional workers and in two of three of the most relevant studies of industrial workers. These findings fall slightly short of being fully persuasive because of some limitations in the findings from the cohorts of industrial and garment workers in the USA and because they conflict with the non-positive findings from the British cohort of industrial workers."

---

**T** Number: 2    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

---

**T** Number: 3    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 100F, p. 409

---

**T** Number: 4    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 100F, p. 417

slightly altered where the next sentence starts, but it's all the same wording

---

**T** Number: 5    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from IARC Monograph 88, page 263, except he left out the last two sentences:

"The Km for the initial binding of hydroxymethylglutathione with ADH3 is in the order of 4 μM and the level of free formaldehyde is probably even lower (Holmquist & Vallee, 1991; Uotila & Koivusalo, 1997; Hedberg et al., 1998). The half-life of formaldehyde in plasma is very short, and is approximately 1 min in rats exposed intravenously (Rietbrock, 1965)."

combines with GSH to form hydroxymethylglutathione, which is converted to formate in a two-step enzymatic reaction that initially involves ADH3. Dietbrock et al reported several decades ago that the half-life in plasma of formaldehyde injected intravenously in the rat was about one minute[338]. If there was a similar half-life of formaldehyde in humans, this would be sufficient time for inhaled formaldehyde to reach the blood and circulate to the bone marrow in humans.

Formaldehyde may be involved in the pathogenesis of leukemia, as epidemiologic studies suggest that formaldehyde exposure is associated with an increased risk of leukemia[343]. Zhang et al (2010) studied the ability of formaldehyde to disrupt hematopoiesis in a study of 94 workers in China (43 exposed to formaldehyde and 51 frequency-matched controls) by measuring complete blood counts and peripheral stem/progenitor cell colony formation. Further, myeloid progenitor cells, the target for leukemogenesis, were cultured from the workers to quantify the level of leukemia-specific chromosome changes, including monosomy 7 and trisomy 8, in metaphase spreads of these cells. Among exposed workers, peripheral blood cell counts were significantly lowered in a manner consistent with toxic effects on the bone marrow and leukemia-specific chromosome changes were significantly elevated in myeloid blood progenitor cells. These findings suggest that formaldehyde exposure can have an adverse effect on the hematopoietic system and that leukemia induction by formaldehyde is biologically plausible, which heightens concerns about its leukemogenic potential from occupational and environmental exposures[343]. Zhang et al showed that colony formation by colony-forming unit-granulocyte-macrophage (CFU-GM) progenitor cells is inhibited in cell cultures exposed to formaldehyde at toxicologically relevant concentrations[343]. Furthermore, colony formation by the more primitive CFU-granulocyte-erythrocyte-monocyte-megakaryocyte (CFU-GEMM) progenitors, which give rise to formation of all myeloid cells, showed a linear negative dose–response when treated with formaldehyde. These

# Page: 114

| | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

| | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

Copied from IARC Mono 100F, p. 418-419

| | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

Copied from abstract:

Zhang, L. *et al.* Occupational exposure to formaldehyde, hematotoxicity, and leukemia-specific chromosome changes in cultured myeloid progenitor cells. *Cancer Epidemiol Biomarkers Prev* **19**, 80-88, doi:10.1158/1055-9965.EPI-09-0762 (2010).

| | Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

Copied from body of article:

Zhang, L. *et al.* Occupational exposure to formaldehyde, hematotoxicity, and leukemia-specific chromosome changes in cultured myeloid progenitor cells. *Cancer Epidemiol Biomarkers Prev* **19**, 80-88, doi:10.1158/1055-9965.EPI-09-0762 (2010).

Effects were observed at formaldehyde concentrations of 100–200 µM (3–6 µg/mL), which are toxicologically relevant since background levels of formaldehyde in human blood have been reported to be 50–100 µM (1.5–3 µg/mL)[342]. Because the CFU-GEMM multipotent myeloid progenitor cells and the pluripotent stem cells are the target cells for leukemogenesis and are converted to leukemic stem cells in acute myeloid leukemia, the finding that formaldehyde damages these cells *in vitro* adds some weight to the notion that it may be associated with myeloid leukemia[343].

## 10 Key Characteristics of Carcinogens

*Formaldehyde exhibits 7 of the 10 key characteristics of carcinogens: TCE is genotoxic, alters DNA repair or cause genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, and alters cell proliferation, cell death, or nutrient supply.*

### Key Characteristic # 2: Formaldehyde induces genotoxicity

Formaldehyde inhibits repair of O6-methylguanine and potentiates the mutagenicity of an alkylating agent, N-methyl-N-nitrosourea, in normal human fibroblasts[344]. Because formaldehyde alone also causes mutations in human cells, the compound may cause genotoxicity by a dual mechanism of directly damaging DNA and inhibiting repair of mutagenic and carcinogenic DNA lesions caused by other chemical and physical carcinogens[344]. There is also a clear evidence of

115

Page: 115

---

T Number: 1      Author:       Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from body of article:

Zhang, L. *et al.* Occupational exposure to formaldehyde, hematotoxicity, and leukemia-specific chromosome changes in cultured myeloid progenitor cells. *Cancer Epidemiol Biomarkers Prev* **19**, 80-88, doi:10.1158/1055-9965.EPI-09-0762 (2010).

---

T Number: 2      Author:       Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Grafstrom, R. C., Curren, R. D., Yang, L. L. & Harris, C. C. Genotoxicity of formaldehyde in cultured human bronchial fibroblasts. *Science* **228**, 89-91, doi:10.1126/science.3975633 (1985).

---

T Number: 3      Author:       Subject: Highlight      Date: 10/6/2022 5:36:16 PM

nasal squamous cell carcinomas from inhalation studies in the rat. The postulated mode of action for nasal tumors in rats was considered biologically plausible and considered likely to be relevant to humans[345]. The genotoxicity of formaldehyde was extensively reviewed in *IARC Monograph* Volume 88 (IARC 2006). Genotoxicity has been observed *in vitro* in many systems with multiple endpoints. In *IARC Monograph* Volume 88, mechanistic considerations supported a role for cytotoxicity and genotoxicity in formaldehyde-induced nasal tissue carcinogenesis (IARC 2006). Based on the available data, IARC has classified formaldehyde as a human carcinogen[345].

Formaldehyde induces a variety of DNA lesions, including DNA single-strand breaks (SSBs), DNA interstrand crosslinks, DNA-protein crosslinks (DPC), and base adducts[346-349]. DPCs induced by formaldehyde were found in bronchial cells. In addition, formaldehyde induced DNA SSBs in epithelial and fibroblastic cells[347]. Cultured bronchial epithelial and fibroblastic cells from humans were used to study DNA damage and toxicity caused by formaldehyde[346]. Formaldehyde caused the formation of cross-links between DNA and proteins, caused single-strand breaks in DNA[346]. Formaldehyde is genotoxic in cultured bronchial. fibroblasts[344]. Formaldehyde can exert its mutagenic and carcinogenic effects by damaging DNA.

*Formaldehyde is mutagenic*

Formaldehyde is mutagenic in *Drosophila* larvae, bacteria and fungi[350] as well as in human cells[344,351] and is a respiratory carcinogen in rodents[352]. Formaldehyde is mutagenic in cultured human cells[351]. Strains of Salmonella typhimurium that carry a nonsense mutation at the site of reversion detect a variety of naturally occurring and synthetic carbonyl compounds as direct-acting mutagens. TA104 is reverted efficiently by formaldehyde[353]. Formaldehyde was strongly

# Page: 116

---

T Number: 1        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Costa, S. *et al.* Genotoxic damage in pathology anatomy laboratory workers exposed to formaldehyde. *Toxicology* **252**, 40-48, doi:10.1016/j.tox.2008.07.056 (2008).

---

T Number: 2        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 100F, p. 417

---

T Number: 3        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Grafstrom, R. C., Fornace, A. J., Jr., Autrup, H., Lechner, J. F. & Harris, C. C. Formaldehyde damage to DNA and inhibition of DNA repair in human bronchial cells. *Science* **220**, 216-218, doi:10.1126/science.6828890 (1983).

---

T Number: 4        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Marnett, L. J. *et al.* Naturally occurring carbonyl compounds are mutagens in Salmonella tester strain TA104. *Mutat Res* **148**, 25-34, doi:10.1016/0027-5107(85)90204-0 (1985).

mutagenic in the *Salmonella* tester strain TA 104, and it was suggested that formaldehyde could make a significant contribution to the risk of human cancer[353].

*Human studies*

Micronucleus (MN) formation has been repeatedly demonstrated to occur in cells of the nasal and oral mucosa of formaldehyde-exposed humans. Formaldehyde induces micronuclei, sister chromatid exchange (SCE) and chromosomal aberrations in the lymphocytes of exposed humans – which is relevant to formaldehyde having the capability to cause lympho-hematopoietic cancers.

DPC may be one of the early lesions in the carcinogenesis process in cells following exposures to carcinogens. It has been shown in in vitro tests that formaldehyde can form DPC[354]. DNA–protein crosslinks in circulating white blood cells were found to be significantly higher in 12 workers exposed to formaldehyde in an anatomy department and a pathology institute than in eight controls[354]. Of the 12 exposed workers, four (33%) showed crosslink values above the upper range of controls. There was also a linear relationship between years of exposure and the amount of DPC[354]. The number of crosslinks tended to be higher in workers who had been exposed longer (exposure duration, 2–31 years).

In a subsequent study, Shamam et al (2003) reported an increase in the number of DNA–protein crosslinks in lymphocytes and in serum concentrations of the p53 protein in hospital pathology-department workers. DPC and p53 were examined in peripheral blood lymphocytes of workers exposed to formaldehye[355]. The exposed subjects were assigned to a high-exposure subgroup (mean formaldehyde concentration in air, 2.24 ppm) and a low-exposure subgroup

117

## Page: 117

---

[T] Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 100F, p. 419

---

[T] Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Shaham, J. *et al.* DNA--protein crosslinks, a biomarker of exposure to formaldehyde--in vitro and in vivo studies. *Carcinogenesis* **17**, 121-125, doi:10.1093/carcin/17.1.121 (1996).

---

[T] Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from IARC Monograph 100F, page 424

Left out critical findings:
"Very little difference in DNA–
protein crosslink levels was observed between the high- and low-exposure groups (0.20 vs 0.19); or between workers with > 16 years or < 16 years of exposure (0.20 vs 0.19).

---

[T] Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Shaham, J., Bomstein, Y., Gurvich, R., Rashkovsky, M. & Kaufman, Z. DNA-protein crosslinks and p53 protein expression in relation to occupational exposure to formaldehyde. *Occup Environ Med* **60**, 403-409, doi:10.1136/oem.60.6.403 (2003).

---

[T] Number: 5     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 100F, p. 424

mean, 0.4 ppm), based on personal sampling and field sampling for 15-minute periods on typical working days. The control group consisted of personnel of the administrative sections in the hospital. The amount of protein–cross-linked DNA was statistically significantly higher in the exposed group than in the controls after controlling for age, smoking and other factors[355]. The percentage of formaldehyde-exposed male workers who had pantropic p53-protein (wild-type plus mutant p53) concentrations in serum higher than 150 pg/ml was statistically significantly greater than in the control group[355].

Studies by Schmid et al (2007) tested formaldehyde for its genotoxicity in human blood cultures[356]. The authors treated blood samples at the start of the culture to follow formaldehyde-induced DNA damage (DPC, DPX), its repair and its genotoxicity in the form of SCE and MN[356]. DNA-protein crosslinks (as determined by the comet assay) was induced at formaldehyde concentrations of > or =25 µM. DNA-protein crosslinks induced by formaldehyde concentrations up to 100 µM are completely removed before lymphocytes start to replicate. SCE are induced at concentrations >100 µM parallel to the induction of cytotoxicity (measured as reduction of the replication index)[356]. MN were significantly induced in human blood when proliferating cells were exposed to formaldehyde during the last cell cycle before preparation. Several human biomonitoring studies reported increased frequencies of SCE and MN in lymphocytes of subjects exposed to formaldehyde[356]. Thus, formaldehyde is genotoxic in human blood[356].

A study by Orsiere et al (2006) evaluated the genotoxic effect of occupational exposure to formaldehyde on pathology and anatomy laboratory workers[357]. Genotoxic risk was analyzed in pathology and anatomy laboratory workers exposed to formaldehyde by use of personal air

# Page: 118

---

Ⓣ Number: 1     Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

Left out Working Group caveats at the end of the section:

"Questions have also been raised about
the persistence of DNA–protein crosslinks, which are thought to be rapidly repaired within the cell (Schmid & Speit, 2007)].
In an earlier study, Casanova-Schmitz et al. (1984) failed to observe DNA–protein crosslinks in bone marrow of Fischer-344
rats exposed to [14C]- and [3H]-formaldehyde."

---

Ⓣ Number: 2     Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Schmid, O. & Speit, G. Genotoxic effects induced by formaldehyde in human blood and implications for
the interpretation of biomonitoring studies. *Mutagenesis* **22**, 69-74, doi:10.1093/mutage/gel053 (2007).

Left out:

" MN were not induced by FA concentrations up to 250 microM (the highest analyzable concentration)
added at the start of the blood cultures in the cytokinesis-block micronucleus (CBMN) test."

---

Ⓣ Number: 3     Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

Copied from asbtract:

air sampling and analysis of DNA damage in peripheral lymphocytes. *Mutat Res* **605**, 30-41, doi:10.1016/
j.mrgentox.2006.01.006 (2006).

sampling and analysis of DNA damage in peripheral lymphocytes[357]. The level of exposure to formaldehyde was determined by use of passive air-monitoring badges clipped near the breathing zone of 59 workers for a total sampling time of 15 min or 8 h. To estimate DNA damage, a chemiluminescence microplate assay was performed on 57 workers before and after a 1-day exposure. Assessment of chromosomal damage was carried out by use of the cytokinesis-blocked micronucleus assay (CBMN) in peripheral lymphocytes of 59 exposed subjects in comparison with 37 controls matched for gender, age, and smoking habits[357]. Compared with matched controls, pathology/anatomy workers from five hospitals, who were exposed to mean formaldehyde concentrations of 2.0 ppm (range, < 0.1 to 20.4 ppm) during 15 minute, or to 0.1 ppm (range < 0.1 to 0.7 ppm) during 8 hours, showed a statistically significant increase in bi-nucleated cells and in mono-centromeric MN formation in a cytokinesis-blocked micronucleus assay combined with fluorescence in situ hybridization (FISH)[357]. There was an effect in the lowest exposure group. The frequency of binucleated micronucleated cells was significantly higher in pathologists/anatomists than in controls. The frequency of centromeric micronuclei was higher in exposed subjects than in controls but the difference was not significant. The enhanced chromosomal damage (particularly chromosome loss) in peripheral lymphocytes of pathologists/anatomists emphasized the need to develop safety programs[357].

Studies by Ying et al (1997) studied MN in nasal mucosa, oral mucosa and lymphocytes in students exposed to formaldehyde vapor in anatomy class[358]. The frequency of MN in cells of the nasal mucosa, oral mucosa and in lymphocytes was evaluated for 25 students in anatomy classes exposed to formaldehyde over an 8-week period. Each student served as his or her own control. Short term exposure of formaldehyde (3 hours per day; 3 days per week, for 8 weeks) induced a significantly higher frequency of micronuclei in nasal and oral exfoliative cells[358]. To

# Page: 119

---

T Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Copied from abstract:

Orsiere, T., Sari-Minodier, I., Iarmarcovai, G. & Botta, A. Genotoxic risk assessment of pathology and anatomy laboratory workers exposed to formaldehyde by use of personal air sampling and analysis of DNA damage in peripheral lymphocytes. *Mutat Res* **605**, 30-41, doi:10.1016/j.mrgentox.2006.01.006 (2006).

Might be plagiarism from body of article too

---

T Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Copied from abstract:
Ying, C. J. *et al.* Micronuclei in nasal mucosa, oral mucosa and lymphocytes in students exposed to formaldehyde vapor in anatomy class. *Biomed Environ Sci* **10**, 451-455 (1997).

---

T Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

gnificant increase in the frequency of lymphocyte micronuclei was found after formaldehyde exposure. Thus nasal mucosa cells exposed through respiration are a key target of formaldehyde-induced genotoxic effects[358].

To further evaluate the genetic effects of long-term occupational exposure to formaldehyde and short-term exposure to formaldehyde from indoor sources, Ye et al (2005) performed a cytogenetic analysis of nasal mucosa cells and lymphocytes from high-level long-term formaldehyde exposed workers and low-level short-term exposed waiters[359]. Ye et al (2005) evaluated the frequencies of MN in nasal mucosa cells, SCEs of peripheral lymphocytes, and lymphocyte subsets in 18 non-smoking workers (mean exposure duration was 8.6 years; range 1-15 years) in an formaldehyde-manufacturing factory and 16 non-smoking waiters exposed to formaldehyde for 12 weeks from an indoor source of formaldehyde (due to interior renovations in a ballroom)[359]. A non-smoking student group (n=23) without occupational exposure to formaldehyde was used as control. There was a statistically significantly higher frequency of micronuclei in nasal mucosal cells and of SCE in peripheral lymphocytes in the workers at the formaldehyde-manufacturing plant, but not in the waiters, although both groups were exposed to formaldehyde at comparable concentrations[359]. Increased frequency of MN in nasal mucosa cells or SCE in peripheral lymphocytes was not found among the waiters[359]. The result is in line with the much longer exposure duration for the plant workers. The results suggest that the formaldehyde exposure may be genotoxic with occupational risks in long-term exposure groups[359].

Several epidemiological studies of occupational exposure to formaldehyde have indicated an increased risk of nasopharyngeal cancers in industrial workers, embalmers and pathology anatomists[345]. To evaluate the genetic effects of long-term occupational exposure to FA a group

# Page: 120

---

T Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Ying, C. J. *et al.* Micronuclei in nasal mucosa, oral mucosa and lymphocytes in students exposed to formaldehyde vapor in anatomy class. *Biomed Environ Sci* **10**, 451-455 (1997).

---

T Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

This sentence is nearly word-for-word the title of this article:

Ye, X., Yan, W., Xie, H., Zhao, M., & Ying, C. (2005). Cytogenetic analysis of nasal mucosa cells and lymphocytes from high-level long-term formaldehyde exposed workers and low-level short-term exposed waiters. Mutation research, 588(1), 22–27. https://doi.org/10.1016/j.mrgentox.2005.08.005

---

T Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Ye, X., Yan, W., Xie, H., Zhao, M. & Ying, C. Cytogenetic analysis of nasal mucosa cells and lymphocytes from high-level long-term formaldehyde exposed workers and low-level short-term exposed waiters. *Mutat Res* **588**, 22-27, doi:10.1016/j.mrgentox.2005.08.005 (2005).

Copied from article abstract except he left out the word "group" after waiters.

Copied from extract except he left out "high-level" before formaldehyde

---

T Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract:

"Costa, S. *et al.* Genotoxic damage in pathology anatomy laboratory workers exposed to formaldehyde. *Toxicology* **252**, 40-48, doi:10.1016/j.tox.2008.07.056 (2008).

of 30 Pathological Anatomy laboratory workers were tested by Costa et al (2008) for a variety of biological endpoints, cytogenetic tests (MN, SCE) and the comet assay. An increase in SCE and other genotoxic effects were observed in the lymphocytes of workers with long-term exposure to formaldehyde[345]. Thirty workers from four pathology/anatomy hospital units and 30 matched controls were included in the study. Compared with the control group, statistically significant effects were seen in SCE (6.13 ± 0.29 *vs* 4.49 ± 0.16 SCE/cell), MN frequency (in 1000 bi-nucleated cells: 5.47 ± 0.76 ‰ *vs* 3.27 ± 0.69 ‰) and tail length in the comet assay (60.0 ± 2.31 μm *vs* 41.85 ± 1.97 μm)[345]. A statistically significant positive correlation was found between formaldehyde exposure levels and MN frequency and tail length[345]. The mean formaldehyde exposure was 0.44 ppm (range, 0.04–1.58 ppm).

Studies by Pala et al (2008) demonstrated a significant relationship between occupational exposure to formaldehyde and a biological marker of exposure, formaldehyde human serum-albumin (formaldehyde-HSA)[360]. There was a direct relationship between formaldehyde exposure levels and the presence of a formaldehyde-has conjugate. The genotoxic endpoints measured were SCE, MN and chromosome aberrations, but these did not show significantly elevated levels[360]. Although a small study, its strength was its linkage to a biological marker of formaldehyde exposure.

Studies by Zhang et al (2010) reported on myeloid progenitor cells from the peripheral blood of formaldehyde-exposed workers and controls and measured leukemia-specific chromosomal changes[343]. In a subset of ten of the most highly exposed subjects in their study, monosomy (loss) of chromosome 7 and trisomy (gain) of chromosome 8 were significantly elevated in the myeloid progenitor cells of formaldehyde-exposed workers compared with the

## Page: 121

---

**T** Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Copied from IARC Mono 100F, p. 425

Left out "None of the observed effects were related to the duration of exposure."

---

**T** Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Copied from abstract:
Pala, M. *et al.* Occupational exposure to formaldehyde and biological monitoring of Research Institute workers. *Cancer Detect Prev* **32**, 121-126, doi:10.1016/j.cdp.2008.05.003 (2008).

---

**T** Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Copied from IARC Mono 100F, p. 425

---

**T** Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Copied from IARC Mono 100F, p. 425

Left out:
"[The Working Group noted that the study is small and needs to be replicated]."

same phenomena in 12 unexposed controls[343]. The loss of chromosome 7 and gain of chromosome 8 were examined because they are among the most frequent cytogenetic changes observed in myeloid leukemia and myelodysplastic syndromes; these events have been shown to be affected by exposure to the established human leukemogen, benzene[343].

Ballarin et al (1992) investigated the frequency of MN in respiratory nasal mucosa cells in 15 nonsmokers who were exposed to formaldehyde in a plywood factory[361]. Mean exposure levels were $0.1-0.39$ mg/m$^3$, with simultaneous exposure to wood dust at a very low level (about one tenth below the threshold limit value)[361]. At least 6000 cells from the nasal turbinate area from each individual were scored for MN. Formaldehyde significantly increased the incidence of micronucleated cells (mean percentage of micronucleated cells in the exposed group, $0.90 \pm 0.47$; range, $0.17-1.83$; in controls, $0.25 \pm 0.22$)[361].

Burgaz et al. (2001) studied the frequency of MN in cells of the nasal mucosa of 23 individuals (11 women and 12 men) who were exposed to formaldehyde in pathology and anatomy laboratories and 25 healthy men who were not exposed to formaldehyde[362]. Mean duration of exposure to formaldehyde was 5.06 years (range, 1–13 years). From each individual, 3000 cells were scored for MN[362]. The mean frequency of MN was significantly higher in the formaldehyde exposed group than in the control group (mean $\pm$ SD, $1.01 \pm 0.62$‰ and $0.61 \pm 0.27$‰, respectively). Low level exposure to formaldehyde is associated with cytogenetic changes in epithelial cells of the nasal region and that nasal mucosa cells exposed through respiration is an important target of formaldehyde-induced genotoxic effects[362].

In a subsequent study, Burgaz et al (2002) compared the frequency of MN in buccal cells in three groups: group I, 22 workers (all men) from a shoe factory who were exposed to *n*-hexane,

# Page: 122

---

Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

---

Number: 2    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Ballarin, C., Sarto, F., Giacomelli, L., Bartolucci, G. B. & Clonfero, E. Micronucleated cells in nasal mucosa of formaldehyde-exposed workers. *Mutat Res* **280**, 1-7, doi:10.1016/0165-1218(92)90012-o (1992).

Copied from IARC Monograph 88, pg. 246. However, a very important final two sentences were omitted:
"No dose–response relationship between exposure to formaldehyde and the frequency of micronuclei was found. Concurrent exposure to wood dust could have contributed to the increased incidence of micronucleated cells seen in the exposed group"

---

Number: 3    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from IARC monograph 88 pg. 239

---

Number: 4    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from IARC monograph 88 pg. 239, with the exception of the p-value.

---

Number: 5    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Burgaz, S., Cakmak, G., Erdem, O., Yilmaz, M. & Karakaya, A. E. Micronuclei frequencies in exfoliated nasal mucosa cells from pathology and anatomy laboratory workers exposed to formaldehyde. *Neoplasma* **48**, 144-147 (2001).

---

Number: 6    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from IARC monograph 88, pg. 240. Left out some key statements, such as "No significant difference in the mean frequency of micronuclei was observed between smokers and nonsmokers in the controls or in the exposed group (p > 0.05), but significantly higher (p < 0.01) mean frequencies of micronuclei were found in unexposed than in exposed smokers (1.18 ± 0.47‰ and 0.63 ± 0.29‰, respectively), as well as "No dose–response was found between years of exposure and the frequency of micronuclei."

toluene and methyl ethyl ketone; group II, 28 workers (15 men and 13 women) who were pathologists or staff in pathology or anatomy laboratories and were exposed to formaldehyde; and group III, 18 unexposed workers (controls), none of whom had been occupationally exposed to potential genotoxic chemicals[363]. The mean duration of exposure to formaldehyde was $4.7 \pm 3.33$ years (range, 1–13 years). Both exposed and control groups included smokers, most of whom were moderate smokers[363]. 1,000 cells from each individual were scored for micronuclei. Formaldehyde stimulated a significant increase in the frequency of micronucleated cells in the exposed groups[363].

Titenko-Holland et al (1996) assessed the induction of MN in exfoliated buccal and nasal cells from 28 mortality science students who were exposed to embalming fluid that contained formaldehyde[364]. Each student was sampled before and after the 90-day embalming class. Exposure to formaldehyde was estimated for the 7–10 days before the post-exposure sample to correct for the possibility of exposure misclassification. The mean exposure to formaldehyde for the 19 subjects who had data on buccal cell MN was $14.8 \pm 7.2$ ppm–h for the entire 90-day period and $1.2 \pm 2.1$ ppm–h for the 7–10 days before the post-exposure sample. For the 13 subjects who had data on nasal cell MN, the mean exposure to formaldehyde was $16.5 \pm 5.8$ ppm–h for the entire 90-day period and $1.9 \pm 2.5$ ppm–h during the 7–10 days before the post-exposure sampling. Quantification of MN was performed by fluorescent in-situ hybridization with a centromeric probe[364]. The mean total frequency of MN was significantly increased in the buccal mucosa, whereas in nasal cells, it was almost the same. A weak statistical association between cumulative exposure to embalming fluid (90 days) and the change in total MN frequency was observed in buccal cells[364]. The authors suggested that the main mechanism of MN induction by formaldehyde is due to chromosome breaks[364].

## Page: 123

Number: 1     Author:          Subject: Highlight          Date: 10/6/2022 5:36:16 PM

He et al (1998) studied the frequency of SCE, chromosomal aberrations and MN in peripheral blood lymphocytes of 13 students from an anatomy class[365]. The duration of the anatomy classes was 10 hours per week for 12 weeks. Average exposure to formaldehyde (from breathing-zone air samples) during dissection procedures was 2.37 ppm The unexposed group included 10 students. Formaldehyde stimulated a significantly higher frequency of MN and chromosomal aberrations than that in the control group. The main types of chromosomal aberration in the exposed group were chromatid breakages and gaps[365]. A significantly higher frequency of SCE was observed in the exposed students than in the controls. A correlation between MN and chromosomal aberrations was observed[365].

*In vivo studies (laboratory animals)*

Studies on a variety of genotoxic endpoints in laboratory animals inhaling formaldehyde have generally shown effects in the nasal tissues of these animals (IARC 2006). Formaldehyde can induce genotoxic effects in the blood lymphocytes of exposed animals. Studies of bone marrow cells in formaldehyde-exposed animals have been inconsistent. Kitaeva et al (1990) demonstrated clastogenic and cytogenetic effects in the bone marrow of rats inhaling formaldehyde during four hours/day for four months[366]. Formaldehyde induced cytogenetic effects of formaldehyde via chronic inhalation, in doses 0.5 and 1.5 mg/m$^3$, on the female rat's germ and marrow cells[366]. The harmful effect of formaldehyde on germ cells (according to the patterns of early embryogenesis) is noted under the dose 1.5 mg/m$^3$ only, while the reliable clastogenic and cytogenetic effects on the marrow cells were revealed even in the dose 0.5 mg/m$^3$. In contrast, Dalllas et al (1992) found no evidence of cytogenetic abnormalities in the bone marrow of rats exposed to 0.5, 3 or 15 ppm

# Page: 124

---

T Number: 1          Author:          Subject: Highlight          Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 100F, p. 425

---

T Number: 2          Author:          Subject: Highlight          Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 100F, p. 427

---

T Number: 3          Author:          Subject: Highlight          Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Kitaeva, L. V., Kitaev, E. M. & Pimenova, M. N. [The cytopathic and cytogenetic sequelae of chronic inhalational exposure to formaldehyde on female germ cells and bone marrow cells in rats]. *Tsitologiia* **32**, 1212-1216 (1990).

Left out:

"It is concluded that the differences between effects of small doses of formaldehyde on different cell systems were evidently caused by the specific cell dynamics of these systems."

(0.62, 3.7 or 18.45 mg/m$^3$) formaldehyde for six hours/ day, five days per week, for one or eight weeks[367].

In et al (2006) demonstrated genotoxicity based on a positive result in the comet assay in the lymphocytes of rats inhaling 5 or 10 ppm formaldehyde for two weeks, six hours/day, five days/week[315]. In contrast, Speit et al (2009) reported that in a 28-day study there was no evidence of systemic genotoxic effects in laboratory rats inhaling formaldehyde with concentrations up to 15 ppm[368]. DNA strand-breaks were induced by formaldehyde *in vivo*, in mouse liver (maternal and fetal), and in lung cells in the rat[369,370]. Formaldehyde induced DNA breakage[369]. Moreover, DPC was initiated at concentrations such as 2.0 mg/kg. When the concentration was up to 20.0 mg/kg, almost all of the DNA completely joined to form DPC[369]. Experimental results in pregnant mice indicate that DNA breakage can be initiated at relatively low concentrations (0.2 mg/kg). The DNA damage was attributable to DNA breakage[369]. Rats were exposed to ambient air and two different concentrations of formaldehyde (0, 5, 10 ppm) for 2 weeks at 6 hours/day and 5 days/week in an inhalation chamber[370]. Malondialdehyde (MDA) assay and carbonyl spectrometric assay were conducted to determine lipid peroxidation and protein oxidation levels, and comet assays were used for genotoxicity evaluation. Level of MDA, carbonyl insertion and DNA damage in the lungs of rats exposed to formaldehyde were found to be dose dependently increased[370].

*In-vitro studies*

The spectrum of mutations related to exposure to formaldehyde *in vitro* and *in vivo* was presented and discussed in *IARC Monograph* Volume 88 (IARC 2006). In-vitro studies since then have expanded the wide range of formaldehyde-induced mutagenic mechanisms, to include the

# Page: 125

---

🔳 Number: 1          Author:          Subject: Highlight          Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 100F, p. 425-426

---

🔳 Number: 2          Author:          Subject: Highlight          Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 100F, p. 426

---

🔳 Number: 3          Author:          Subject: Highlight          Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Wang, B. & Liu, D. D. [Detection of formaldehyde induced developmental toxicity assessed with single cell gel electrophoresis]. *Fen Zi Xi Bao Sheng Wu Xue Bao* **39**, 462-466 (2006).

---

🔳 Number: 4          Author:          Subject: Highlight          Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 100F, p. 426

hydroxymethylation of DNA and DNA-microsatellite instability[371] After being induced by formaldehyde, the microsatellite mutation frequencies of (GpT)(n) and (ApC)(n) dinucleotide repeats were 2-fold to 24-fold higher than those in the control[372]. Formaldehyde can increase microsatellite instability via a mutagenic mechanism of formaldehyde and the temporal formation of helix Z-DNA[372]. Formaldehyde-induces DNA adducts as biomarkers of in vitro human nasal epithelial cell exposure to formaldehyde[371]. Thus, the level of formaldehyde-induced modified DNA in nasal cells can serve as a biomarker of formaldehyde exposure and effect in biological monitoring samples taken by nasal lavage or brush biopsy[371].

The evidence of formaldehyde-induced mutations in various experimental systems is consistent, encompassing both clastogenic effects and direct DNA mutation. Formaldehyde showed mutagenic potential in several bacterial systems, both with and without S9 activation. Formaldehyde induced deletions, point mutations, insertions, and cell transformation in in-vitro assays with mammalian cells) (IARC 2006). Formaldehyde-induced DNA strand-breaks (SSB) have been demonstrated in several mammalian cell systems, including hepatocytes, lymphosarcoma cells, and epithelial cells from the rat, leukemia L1210 cells from the mouse, and lung/bronchial epithelial cells, skin fibroblasts, keratinocytes, and peripheral blood lymphocytes from humans (IARC2006). Formaldehyde stimulated chromosomal aberrations, micronuclei and SCE *in vitro* in numerous rodent and human primary cells and cell lines (IARC 2006). Consistent with these findings, more recent data show increased numbers of chromosomal aberrations in Syrian hamster embryo cells, and chromosomal aberrations and SCE in Chinese hamster ovary and embryo cells[373-375]. Formaldehyde is genotoxic and mutagenic in proliferating mammalian cells *in vitro*[376]. Further evidence of formaldehyde-induced micronucleus formation was obtained in studies with human lymphocytes isolated from whole-blood cultures exposed *in vitro* to

126

# Page: 126

---

🔲 Number: 1        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

---

🔲 Number: 2        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Wang, W., Xu, J., Xu, L., Yue, B. & Zou, F. The instability of (GpT)n and (ApC)n microsatellites induced by formaldehyde in Escherichia coli. *Mutagenesis* **22**, 353-357, doi:10.1093/mutage/gem023 (2007).

---

🔲 Number: 3        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Zhong, W. & Que Hee, S. S. Formaldehyde-induced DNA adducts as biomarkers of in vitro human nasal epithelial cell exposure to formaldehyde. *Mutat Res* **563**, 13-24, doi:10.1016/j.mrgentox.2004.05.012 (2004).

---

🔲 Number: 4        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

Copied from:

https://www.ncbi.nlm.nih.gov/books/NBK304432/#!po=2.17391

---

🔲 Number: 5        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 100F, p. 426

formaldehyde, 44 hours after the start of the culture[356]. Formaldehyde induced both micronuclei and SCE after in-vitro treatment of Chinese hamster V79 lung epithelial cells[376]. The induction of DNA strand breaks and DNA-protein cross-links (DPXs) was measured by the comet assay in relationship to the induction of sister chromatid exchanges (SCEs) and micronuclei (MN)[376]. Three repeated treatments with genotoxic concentrations of FA with a 3-hour interval led to enhanced levels of DPX and MN[376].

In a study by Neuss & Speit (2008), SCEs were induced in A549 human lung cells and V79 Chinese hamster cells following incubation with 0.1 mM (3 μg/mL) or higher concentrations of formaldehyde[377]. One hour after the addition of the agent to the A549 cells, the culture medium still retained the capacity to produce SCE in non-exposed V79 cells, suggesting that genotoxicity persists despite the high reactivity of formaldehyde with macromolecules in the culture medium[377]. Known myeloid leukemogens (agents that cause leukemia) in humans include benzene, ionizing radiation, and a variety of chemotherapeutic anti-neoplastic agents, all of which give rise to pancytopenia. There is evidence that for each of these myeloleukemogens, pancytopenia is caused by genotoxic damage leading to destruction of primitive progenitor cells in the bone marrow. These cells are responsible for the formation of red blood cells, white blood cells and platelets, and they are the same progenitor cells in which mutations and clonal expansion leads to myeloid leukemia. The genotoxic effects of formaldehyde on myeloid progenitor cells can result in pancytopenia.

Thus, there is extensive scientific evidence that formaldehyde is genotoxic. As such, formaldehyde is carcinogenic in humans. **It is biologically plausible that formaldehyde causes cancer via key characteristic #2.**

# Page: 127

---

🇹 Number: 1      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

🇹 Number: 2      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Speit, G., Schutz, P., Hogel, J. & Schmid, O. Characterization of the genotoxic potential of formaldehyde in V79 cells. *Mutagenesis* **22**, 387-394, doi:10.1093/mutage/gem031 (2007).

Left out:

"Three repeated treatments with genotoxic concentrations of FA with a 3-h interval led to enhanced levels of DPX and MN while the same treatments with a 24-h interval did not enhance FA genotoxicity but suggested adaptive protection against the DNA-damaging action of FA."

---

🇹 Number: 3      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 100F, p. 426

---

🇹 Number: 4      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 100F, p. 428

*Key Characteristic # 3: Formaldehyde alters DNA repair or cause genomic instability*

Formaldehyde can exert its mutagenic and carcinogenic effects by inhibiting DNA repair[346]. Formaldehyde induces genomic instability[378,379]. A recent finding that chicken DT40 cells deficient in the Fanconi's anemia complementation groups/ breast cancer A (FANC/BRCA) pathway are hypersensitive to formaldehyde in plasma, is consistent with a role for this pathway in repairing DNA–protein cross-links caused by formaldehyde. Cells deficient in the FANC/BRCA pathway are hypersensitive to plasma levels of formaldehyde[380]. Human cells deficient in FANCC and FANCG are also hypersensitive to plasma levels of formaldehyde[380]. These results indicate that the BRCA/FANC pathway is essential to counteract DPCs caused by aliphatic monoaldehydes[380]. Endogenous formaldehyde may be important in producing leukemia in patients with Fanconi's anemia, a genetic disorder that is characterized by progressive pancytopenia. DT40 cells with deficient repair mechanisms have also been shown to be more sensitive to other cross-linking agents such as cisplatin, a myelotoxic chemotherapeutic agent that leads to pancytopenia and acute myelogenous leukemia (AML)[381].

Formaldehyde exposures downregulated the DNA repair enzymes MGMT and FANCD2, suggesting that formaldehyde may possibly interfere with DNA repair[382]. Overall, a general concordance was observed between *in vitro* responses to formaldehyde fume exposures and the reported *in vivo* toxicity of formaldehyde. Our findings provide further evidence supporting the application of the ALI airway system as a potential *in vitro* alternative for screening and evaluating the respiratory toxicity of inhaled substances.

128

# Page: 128

---

T Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Grafstrom, R. C., Fornace, A. J., Jr., Autrup, H., Lechner, J. F. & Harris, C. C. Formaldehyde damage to DNA and inhibition of DNA repair in human bronchial cells. *Science* **220**, 216-218, doi:10.1126/science.6828890 (1983).

---

T Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 100F, p. 426

---

T Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from title and abstract:

Ridpath, J. R. *et al.* Cells deficient in the FANC/BRCA pathway are hypersensitive to plasma levels of formaldehyde. *Cancer Res* **67**, 11117-11122, doi:10.1158/0008-5472.CAN-07-3028 (2007).

---

T Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Ridpath, J. R. *et al.* Cells deficient in the FANC/BRCA pathway are hypersensitive to plasma levels of formaldehyde. *Cancer Res* **67**, 11117-11122, doi:10.1158/0008-5472.CAN-07-3028 (2007).

---

T Number: 5     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from:

https://www.ncbi.nlm.nih.gov/books/NBK304432/

---

T Number: 6     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from:

Ren, B. *et al.* Evaluating the Sub-Acute Toxicity of Formaldehyde Fumes in an In Vitro Human Airway Epithelial Tissue Model. *Int J Mol Sci* **23**, doi:10.3390/ijms23052593 (2022).

Hayes et al (1997) evaluated [1]6-Alkyl- guanine-DNA–alkyltransferase (AGT) activity as a measure of DNA-repair capacity in blood lymphocytes of 23 science students in a mortuary, before and after a nine-week period of classroom exposure to approximately 1.5 ppm formaldehyde[333]. At the pre-exposure sampling, baseline DNA repair capacity tended to be reduced in subjects who reported a prior history of embalming[333]. From pre- to post-exposure, 17 subjects decreased in DNA repair capacity, while only 6 increased. Analysis of variance, including adjustment for age, sex, and smoking status, confirmed these findings[333].

***Key Characteristic #4: Formaldehyde induces epigenetic alterations***

Studies show that formaldehyde can alter epigenetic regulation[383,384]. [2]NA methylation is one of the best-known epigenetic markers. Cancer and other pathologies show an altered DNA methylome[385]. Formaldehyde induces epigenetic mechanisms via chromatin accessibility and DNA methylation[386]. Formaldehyde exposure significantly disrupts miRNA expression profiles within the nasal epithelium of nonhuman primates, and these alterations influence apoptosis signaling (key characteristic #10)[387]. [3]ormaldehyde reduces lysine acetylation of cytosolic histones, thereby compromising chromatin assembly and resulting in the loss of histone content in chromatin[388]. Formaldehyde exposure disrupts miRNA expression levels within lung cells, representing a novel epigenetic mechanism through which formaldehyde may induce disease[387]. [4]aseous formaldehyde exposure altered the miRNA expression profiles in human lung cells.

# Page: 129

---

T Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 100F, p. 425

Left out:
"A statistically significant finding
was that more students had a reduction in AGT
activity than an increase. There was no clear link
between the extent of exposure to formaldehyde
and AGT activity."

---

T Number: 2    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from abstract:
Moran, S., Arribas, C. & Esteller, M. Validation of a DNA methylation microarray for 850,000 CpG sites of the human genome enriched in enhancer sequences. *Epigenomics* **8**, 389-399, doi:10.2217/epi.15.114 (2016).

---

T Number: 3    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from abstract:
Wang, F., Chen, D., Wu, P., Klein, C. & Jin, C. Formaldehyde, Epigenetics, and Alzheimer's Disease. *Chem Res Toxicol* **32**, 820-830, doi:10.1021/acs.chemrestox.9b00090 (2019).

---

T Number: 4    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from abstract:
Rager, J. E. *et al.* Formaldehyde and epigenetic alterations: microRNA changes in the nasal epithelium of nonhuman primates. *Environ Health Perspect* **121**, 339-344, doi:10.1289/ehp.1205582 (2013).

pecifically, 89 miRNAs were significantly down-regulated in formaldehyde-exposed samples versus controls[387].

Formaldehyde induces histone modifications *in vitro*, suggesting that formaldehyde might alter epigenetic regulation[383]. Moreover, formaldehyde increases chromatin accessibility and alters the expression of hundreds of cancer-related genes. Inhibition of chromatin assembly represents a novel mechanism of cell transformation induced by formaldehyde (key characteristic #9)[389]. Formaldehyde dramatically decreased the acetylation of the N-terminal tails of cytosolic histones[389]. These modifications are important for histone nuclear import and subsequent chromatin assembly. Histone proteins were depleted in both the chromatin fraction and at most of the genomic loci tested following formaldehyde exposure, suggesting that formaldehyde compromises chromatin assembly.

**Thus, it is biologically plausible that formaldehyde causes cancer via key characteristic #4.**

*Key Characteristic #5: Formaldehyde induces oxidative stress*

Formaldehyde-induced toxic damage involves reactive oxygen species (ROS) that trigger subsequent toxic effects and inflammatory responses, which may increase risk of cancer via oxidative stress[390]. Acute formaldehyde exposure increased the oxidative stress marker malondialdehyde in the circulation in adults[391]. Inhaled formaldehyde induces bone marrow toxicity via oxidative stress in exposed mice[390]. Formaldehyde could have toxic effects on the hematopoietic system, with oxidative stress (e.g., malondialdehyde (MDA) content) as a critical effect. Formaldehyde significantly increased the malondialdehyde levels and decreased the

# Page: 130

---

T Number: 1        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM
Copied from abstract:
Rager, J. E. *et al.* Formaldehyde and epigenetic alterations: microRNA changes in the nasal epithelium of nonhuman primates. *Environ Health Perspect* **121**, 339-344, doi:10.1289/ehp.1205582 (2013).

---

T Number: 2        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM
Copied from abstract:
Chen, D. *et al.* Regulation of Chromatin Assembly and Cell Transformation by Formaldehyde Exposure in Human Cells. *Environ Health Perspect* **125**, 097019, doi:10.1289/EHP1275 (2017).

---

T Number: 3        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM
Copied from abstract:
Chen, D. *et al.* Regulation of Chromatin Assembly and Cell Transformation by Formaldehyde Exposure in Human Cells. *Environ Health Perspect* **125**, 097019, doi:10.1289/EHP1275 (2017).

---

T Number: 4        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM
Copied from title:

Yu, G. Y., Song, X. F., Liu, Y. & Sun, Z. W. Inhaled formaldehyde induces bone marrow toxicity via oxidative stress in exposed mice. *Asian Pac J Cancer Prev* **15**, 5253-5257, doi:10.7314/apjcp.2014.15.13.5253 (2014).

activities of superoxide dismutase and glutathione peroxidase in A549 cell lines[392]. Formaldehyde is used as a gold-standard to induce oxidative stress to test anti-cancer drugs.

The exposure to 5-ppm formaldehyde resulted in oxidative damage to the lung, presenting a significant increase in TBARS and NO levels and a decrease in NPSH levels, besides an increase in inflammatory cells recruited for bronchoalveolar lavage[393]. The pretreatment of mice exposed to formaldehyde applying melatonin improved inflammatory and oxidative damage in lung and liver tissues and attenuated MN formation in bone marrow cells[393]. Formaldehyde exposure with repeated doses might induce oxidative damage, inflammatory, and genotoxic effects[393]. Formaldehyde can cause cancer via stimulating molecules that promote oxidative stress such as reactive oxygen species[394]. Antioxidants can protect the bone marrow cells (BMCs) from oxidative stress[394]. PeroxiredoxinII (PrxII) is an important member of the peroxiredoxin family, can remove reactive oxygen species (ROS) as an antioxidant[394]. Formaldehyde decreased expression of the PrxII gene while the ROS levels were increased[394]. Exposure to 30 ppm of FA also induced sustained oxidative stress in tissue responses to formaldehyde fumes an *in vitro* human air-liquid-interface (ALI) airway tissue model[382]. Cultures were exposed at the air interface to 7.5, 15, and 30 ppm of formaldehyde fumes 4 hours per day for 5 consecutive days.

**Thus, it is biologically plausible that formaldehyde is a human carcinogen via oxidative stress - key characteristic #5.**

**Key Characteristic #6: Formaldehyde induces chronic inflammation**

Basal biopsies of workers chronically exposed to formaldehyde showed chronic inflammation, loss of cilia, mild dysplasia, hyperplasia, and squamous metaplasia, although the

131

Page: 131

---

T Number: 1      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM
Copied from abstract:
Bernardini, L. *et al.* Oxidative damage, inflammation, genotoxic effect, and global DNA methylation caused by inhalation of formaldehyde and the purpose of melatonin. *Toxicol Res (Camb)* **9**, 778-789, doi:10.1093/toxres/tfaa079 (2020).

---

T Number: 2      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM
Copied from abstract:
Yu, G. *et al.* Small interfering RNA targeting of peroxiredoxin gene enhances formaldehyde-induced toxicity in bone marrow cells isolated from BALB/c mice. *Ecotoxicol Environ Saf* **181**, 89-95, doi:10.1016/j.ecoenv.2019.05.086 (2019).

---

T Number: 3      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM
Copied from IARC Mono 100F, p. 419

latter finding has been inconsistent and may have been confounded by other expo- sures, such as to wood dust (IARC 2006). Dose-dependent pathological findings include inflammation, hyperplasia, degenerative changes, necrosis, and squamous metaplasia. Formaldehyde induces secretion of proinflammatory cytokines, IL-1β, IL-2, IL-8, GM-CSF, TNF-a and IFN-γ, via repeated exposures to formaldehyde fumes[382]. Pathway analyses revealed that formaldehyde stimulated immune system/inflammation signaling in the nose and WBC in the rats[395]. Specific to the nose was enrichment for apoptosis/proliferation signaling, involving let-7a, let-7c, and let-7f. Across all tissues and time points assessed, miRNAs were predicted to regulate between 7% and 35% of the transcriptional responses and played a role in signaling processes including immune/inflammation-related pathways[395]. Studies by Seow et al (2015) used a multiplexed bead-based assay to measure serum levels of 38 immune/inflammation markers in a cross-sectional study of 43 formaldehyde-exposed and 51 unexposed factory workers in Guangdong, China[396]. Formaldehyde induced lower circulating levels of two markers among exposed factory workers compared with unexposed controls including chemokine (C-X-C motif) ligand 11 and thymus and activation regulated chemokine, suggesting immunosuppression (key characteristic #7) among formaldehyde-exposed workers[396].

**Thus, it is biologically plausible that formaldehyde is a human carcinogen via chronic inflammation - key characteristic #6.**

*Key Characteristic #7: formaldehyde is immunosuppressive*

Studies by Ying et al (1999) evaluated the effects of formaldehyde exposure on peripheral lymphocytes by using both genetic and immunological parameters[397]. Twenty-three non-smoking

## Page: 132

---

| T | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from IARC Mono 100F, p. 419

---

| T | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from abstract:
Rager, J. E. *et al.* Formaldehyde-associated changes in microRNAs: tissue and temporal specificity in the rat nose, white blood cells, and bone marrow. *Toxicol Sci* **138**, 36-46, doi:10.1093/toxsci/kft267 (2014).

---

| T | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from abstract:
Seow, W. J. *et al.* Circulating immune/inflammation markers in Chinese workers occupationally exposed to formaldehyde. *Carcinogenesis* **36**, 852-857, doi:10.1093/carcin/bgv055 (2015).

---

| T | Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from abstract:
Ying, C. J. *et al.* Lymphocyte subsets and sister-chromatid exchanges in the students exposed to formaldehyde vapor. *Biomed Environ Sci* **12**, 88-94 (1999).

1udents in the study had inhalation exposure to 0.508 +/- 0.299 mg/m3 of formaldehyde for a period of 8 weeks (3 hours x 3 times each week) during anatomy classes. Formaldehyde demonstrated immunosuppressive activity with significant decrease in CD3 (total T cells), CD4 (T helper-inducer cells), and CD8 (T cytotoxic-suppressor cells)[397]. Studies by Zhang et al (2010) examined if formaldehyde exposure disrupts hematopoietic function in exposed 2umans[343]. We examined the ability of formaldehyde to disrupt hematopoiesis in a study of 94 workers in China (43 exposed to formaldehyde and 51 frequency-matched controls) by measuring complete blood counts and peripheral stem/progenitor cell colony formation. Among exposed workers, peripheral blood cell counts were significantly lowered in a manner consistent with toxic effects on the bone marrow[343]. These findings suggest that formaldehyde exposure can have an immunotoxic effect on the hematopoietic system and that leukemia induction by formaldehyde is biologically plausible, which heightens concerns about its leukemogenic potential from occupational and environmental exposures[343].

3n studies by Madison et al (1991), an Alaskan community was subjected to acute formaldehyde exposure (estimated at 2–5 ppm) for a few days. Three years following the accident, blood analyses in exposed subjects were compared to residents of a nearby unexposed community for various immunological parameters[398]. There was a statistically significant difference for the following: elevated percent and absolute numbers of CD26 cells; autoantibodies, and greater titers of isotypes IgG and IgM to HCHO-HSA. It is concluded that the exposed subjects had an activated immune system in addition to the elevated autoantibodies[398]. Immune activation and autoantibodies occurred in humans with long-term inhalation exposure to formaldehyde[399].

# Page: 133

---

Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM
Copied from abstract:
Ying, C. J. *et al.* Lymphocyte subsets and sister-chromatid exchanges in the students exposed to formaldehyde vapor. *Biomed Environ Sci* **12**, 88-94 (1999).

---

Number: 2    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM
Copied from abstract:
Zhang, L. *et al.* Occupational exposure to formaldehyde, hematotoxicity, and leukemia-specific chromosome changes in cultured myeloid progenitor cells. *Cancer Epidemiol Biomarkers Prev* **19**, 80-88, doi:10.1158/1055-9965.EPI-09-0762 (2010).

---

Number: 3    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM
Copied from IARC Mono 100F, p. 425

Left out:
"Total white blood cell counts
and total lymphocyte counts did not differ from
those in the control community in Alaska, also
measured three years later"

Formaldehyde was also immunotoxic in decreasing lymphocytes in rats receiving 0, 20, 40, or 80 mg/kg body weight formaldehyde by gastric intubation on five days/week for four weeks[400]. Immune functions were examined in male rats following 28 days of oral administration of formaldehyde by gastric tube at dose levels of 0, 20, 40, and 80 mg/kg. The lymph node weights were significantly increased in rats receiving formaldehyde[400]. White blood cell count is an indicator of formaldehyde exposure[401] A study of 50 hemodialysis nurses exposed to formaldehyde compared with 71 non-exposed ward nurses from five different hospitals comprised measurements of formaldehyde and two different blood counts recorded one a year apart. Both personal and ambient measurements of formaldehyde varied widely, from non-detectable up to 2.8 ppm[401]. Average duration of employment was three years for both groups. Symptoms attributable to formaldehyde were reported in the exposed group. For the second blood count, but not the first, there was a statistically significant inverse correlation between white blood-cell count and formaldehyde concentration, as well as between white blood-cell count and symptom score[401].

In a review of formaldehyde exposure in the People's Republic of China, Tang et al described eight studies on formaldehyde-exposed individuals[402]. Immunosuppression (e.g., lower white blood-cell counts) were observed in the six studies with four of which were statistically significant; platelet counts were decreased in all three studies where this was measured, two of which were statistically significant; and hemoglobin was lower in one of the three studies for which data were reported[402].

**It is biologically plausible that formaldehyde causes cancer via immunosuppression, key characteristic #7.**

# Page: 134

---

T Number: 1          Author:          Subject: Highlight          Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Vargova, M. *et al.* Subacute immunotoxicity study of formaldehyde in male rats. *Drug Chem Toxicol* **16**, 255-275, doi:10.3109/01480549309081819 (1993).

---

T Number: 2          Author:          Subject: Highlight          Date: 10/6/2022 5:36:16 PM

Copied from title of article:

Kuo, H., Jian, G., Chen, C., Liu, C. & Lai, J. White blood cell count as an indicator of formaldehyde exposure. *Bull Environ Contam Toxicol* **59**, 261-267, doi:10.1007/s001289900473 (1997).

---

T Number: 3          Author:          Subject: Highlight          Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 100F, p. 428-429

Left out:

"The one study that found lower than
normal values for each blood count – consistent with a pancytopenic effect – was specifically the study with the lowest exposure to formaldehyde (0.022–0.044 mg/m3), although the largest
cohort.

[From the Table in the Tang et al. (2009)
paper, it is not clear whether these are the same individuals or separate individuals who have each of the lower counts, i.e. how many were pancytopenic. There also is no information about the usual confounders, including gender and age]."

***Key Characteristic #10: Formaldehyde alters cell proliferation, cell death, or nutrient supply***

*Proliferation*

Formaldehyde is well established as a toxicant at the site of contact. Following inhalation exposure, cytotoxicity was evident in the nasal passages of rats and mice[403]. Toxicity was greatest in the respiratory epithelium of rats, and the median septum and nasoturbinates were the sites most affected. At 15 ppm, necrosis and sloughing of respiratory epithelium was evident immediately after a single 6-h exposure and early hyperplasia was present 18 h after a single exposure. Mice exhibited lower toxicity in the nasal epithelium associated with reduced exposure due to reduced minute volume. Severe ulcerative rhinitis, inflammation, epithelial hyperplasia, and increased cell proliferation were observed in rats exposed to 15 ppm formaldehyde for 5 days (6 h per day). Formaldehyde-induced nasal epithelial lesions are associated with increases in surface epithelial cell proliferation rates[404]. Fischer-344 rats were exposed to 0, 0.7, 2, 6, 10, or 15 ppm formaldehyde for up to 6 weeks and pulse labeled with tritiated thymidine prior to each scheduled termination. Exposure to formaldehyde at 6 ppm or higher induced site-specific lesions in the nasal respiratory epithelium and was associated with increases in cell proliferation rate which remained statistically elevated throughout the 6 weeks[404]. These results from the present studies did demonstrate a clear correlation between sites of cellular injury and increases in cell proliferation. Furthermore, this work demonstrated that formaldehyde-induced responses in rats exposed to 6 ppm were morphologically similar to those reported in the rhesus monkey[404].

Formaldehyde induces nonlinear, concentration-related increases in nasal epithelial cell proliferation and squamous cell carcinomas (SCC) in rats[324]. In a mechanistic 24-month

# Page: 135

---

T Number: 1     Author:          Subject: Highlight          Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Monticello, T. M., Miller, F. J. & Morgan, K. T. Regional increases in rat nasal epithelial cell proliferation following acute and subchronic inhalation of formaldehyde. *Toxicol Appl Pharmacol* **111**, 409-421, doi:10.1016/0041-008x(91)90246-b (1991).

Left out:

"While a direct correlation between sites susceptible to formaldehyde-induced nasal cancer and increased cell proliferation was not evident, results from the present studies did demonstrate a clear correlation between sites of cellular injury and increases in cell proliferation and a concentration-dependent response which correlated with the previously published formaldehyde bioassay tumor response. Furthermore, this work demonstrated that formaldehyde-induced responses in rats exposed to 6 ppm were morphologically similar to those reported in the rhesus monkey; however, the distribution of lesions between the two species differed significantly."

---

T Number: 2     Author:          Subject: Highlight          Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Monticello, T. M. *et al.* Correlation of regional and nonlinear formaldehyde-induced nasal cancer with proliferating populations of cells. *Cancer Res* **56**, 1012-1022 (1996).

carcinogenesis bioassay with interim sacrifices at 1, 4 and 9 days, 6 weeks, and 3, 6, 12 and 18 months, increased cell proliferation was demonstrated at all time-points in rats exposed to 6, 10 and 15 ppm[324]. Formaldehyde induced SCC in a highly nonlinear fashion, with no observed effect at the level of 2 ppm, a minimal response at 6 ppm, and a sharp increase at 10 and 15 ppm The tumor incidence was 1, 22, and 47% at 6, 10 and 15 ppm, respectively[324]. The cytotoxicity of formaldehyde has been confirmed in numerous in-vitro systems. Irritation of the nasal and upper respiratory tract is also noted in animal studies.

*Apoptosis*

Formaldehyde induces apoptosis of various cell types, such as bone marrow cells, cardiomyocytes, epithelia cells, and neuroblastoma cells[405-408]. Formaldehyde exerts strong cytotoxicity by inducing oxidative stress (key characteristic #5), mitochondrial dysfunction, and apoptosis[408]. Formaldehyde stimulates apoptotic cell death and is used as a gold standard to test agents that modulate cell death[409-411]. Flow cytometry and TUNEL assays revealed that formaldehyde exposure significantly increased apoptosis compared with the control treatment, while treatment with alpha-1 antitrypsin (AAT) significantly inhibited this effect[409]. Compared with the control, caspase-3 activity (a marker of apoptosis) was significantly increased following treatment with formaldehyde[409].

# Page: 136

---

**T** Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Monticello, T. M. *et al.* Correlation of regional and nonlinear formaldehyde-induced nasal cancer with proliferating populations of cells. *Cancer Res* **56**, 1012-1022 (1996).

Left out:

"We conclude that target cell population size and sustained increases of cell proliferation in these populations, determined by differences in regional airflow-driven formaldehyde binding to DNA dose to these sites, coupled with the known nonlinear kinetics of formaldehyde binding to DNA, can together account for the nonlinearity and site specificity of formaldehyde-induced nasal SCC in rats."

---

**T** Number: 2    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 100F, p. 419

---

**T** Number: 3    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from abstract:

Zerin, T., Kim, J. S., Gil, H. W., Song, H. Y. & Hong, S. Y. Effects of formaldehyde on mitochondrial dysfunction and apoptosis in SK-N-SH neuroblastoma cells. *Cell Biol Toxicol* **31**, 261-272, doi:10.1007/s10565-015-9309-6 (2015).

Left out:

"ur data suggests that formaldehyde exerts strong cytotoxicity, at least in part, by inducing oxidative stress, mitochondrial dysfunction, and eventually apoptosis."

---

**T** Number: 4    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from abstract:

"Lim, J. H. *et al.* Alpha-1 antitrypsin inhibits formaldehyde-induced apoptosis of human peritoneal mesothelial cells. *Perit Dial Int* **40**, 124-131, doi:10.1177/0896860819887288 (2020). "

formaldehyde induces chromosomal aberrations and apoptosis in peripheral blood lymphocytes of personnel working in pathology departments[412]. peripheral blood lymphocytes (PBL) of 37 formaldehyde-exposed women from four pathology departments in Hungary were investigated to collect data on the effects of occupational exposures to formaldehyde and to find a possible relationship between in vivo formaldehyde-induced apoptosis and genotoxic effects[412]. Apoptosis and cell proliferation were determined by flow cytometry. In both formaldehyde-exposed groups, the apoptotic activity, and the chromosomal aberrations levels in PBLs were significantly higher than in controls. The chromosomal aberrations were mostly breaks of the chromatid type. Thus, exposure to formaldehyde induces apoptosis and chromosomal aberrations, indicating an excess cancer risk among subjects occupationally exposed to formaldehyde[412]. The results also emphasize the importance of the measurement of occupational air pollutants, such as formaldehyde, in order to avoid genotoxic effects in the workers[412].

Thus, formaldehyde can act as a tumor promoter via stimulating these 2 processes: cell proliferation and cell death. **It is biologically plausible that formaldehyde acts as a tumor promoter via cell proliferation, and cell death -key characteristic #10.**

**As a result, formaldehyde is a potent and very toxic carcinogen which exhibits 7 out of the 10 key characteristics of carcinogens. Formaldehyde can act as a tumor-initiator and tumor promoter via these 7 key characteristics.**

Given the indisputable compelling scientific evidence of carcinogenic activity in animals, evidence in human cell and tissue, substantial evidence of genotoxicity, and considerable knowledge on the many biologically plausible mechanisms of carcinogenicity of formaldehyde, *formaldehyde can clearly cause cancer in animals and humans.*

# Page: 137

---

T Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

---

Copied from abstract title:

Jakab, M. G. *et al.* Formaldehyde-induced chromosomal aberrations and apoptosis in peripheral blood lymphocytes of personnel working in pathology departments. *Mutat Res* **698**, 11-17, doi:10.1016/j.mrgentox.2010.02.015 (2010).

---

T Number: 2    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

---

Copied from abstract:

Jakab, M. G. *et al.* Formaldehyde-induced chromosomal aberrations and apoptosis in peripheral blood lymphocytes of personnel working in pathology departments. *Mutat Res* **698**, 11-17, doi:10.1016/j.mrgentox.2010.02.015 (2010).

Left out:

"In the second group, which was mainly exposed to formaldehyde, CA were slightly lower in comparison with the group exposed to formaldehyde and solvents, which may be attributed to a different rate of elimination of damaged lymphocytes as a consequence of formaldehyde-induced apoptotic activity. In the second group, a significant decrease of VF and a non-significant increase in HF/SCE were found compared with the control and the other group."

**Arsenic**

**Background**

[1]rsenic is a well-documented human carcinogen. Contamination with this heavy metal is of global concern, presenting a major issue in environmental health[413]. Since the late 17th century, it has been known that arsenic can induce cancer in humans, and many scientific publications have documented the various mechanisms on how arsenic induces cancer[414]. [2]n humans, arsenic exposure is associated with various forms of cancer, cardiovascular and skin diseases, neuropathies of the central nervous system, and genotoxic and immunotoxic effects[415]. [3]everal epidemiological studies have shown that prolonged exposure to arsenic can induce various types of malignant tumors in humans, namely, skin, lung, liver, kidney, and bladder cancers (IARC 2004)[416]. [4]hese effects have been observed particularly in geographic areas where people are exposed to well water with high concentrations of arsenic[417].

**Cancer in Experimental Animals**

*Mice*

Although inorganic arsenate (iAs(V)) or arsenite (iAs(III)) is clearly a human carcinogen, it has been challenging to produce tumors in rodents. The oral administration of sodium arsenate in drinking-water for 18 months increased lung tumor multiplicity (e.g., number of tumors) and lung tumor size in male strain A/J mice[418]. A/J mice (male, n = 120) were assigned to four groups given drinking water containing 0, 1, 10, and 100 ppm iAs(V) for 18 months. Arsenic was accumulated dose dependently in the lung tissues of iAs(V)-exposed mice[418]. Increase in lung tumor number and lung tumor size was observed in iAs(V)-exposed mice compared to the control. Histopathological examination showed that the rate of poorly differentiated lung adenocarcinoma

138

## Page: 138

---

T Number: 1      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from Abstract

Cited in IARC 100C

Wei, M. *et al.* Carcinogenicity of dimethylarsinic acid in male F344 rats and genetic alterations in induced urinary bladder tumors. *Carcinogenesis* **23**, 1387-1397, doi:10.1093/carcin/23.8.1387 (2002).

---

T Number: 2      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from Abstract

Cited in IARC 100C

.      Reichard, J. F., Schnekenburger, M. & Puga, A. Long term low-dose arsenic exposure induces loss of DNA methylation. *Biochem Biophys Res Commun* **352**, 188-192, doi:10.1016/j.bbrc.2006.11.001 (2007).

---

T Number: 3      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from Abstract

Cited in IARC

Liu, J. & Waalkes, M. P. Liver is a target of arsenic carcinogenesis. *Toxicol Sci* **105**, 24- 32, doi:10.1093/toxsci/kfn120 (2008).

---

T Number: 4      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from abstract

Cited in IARC

.      Soffritti, M., Belpoggi, F., Degli Esposti, D. & Lambertini, L. Results of a long-term carcinogenicity bioassay on Sprague-Dawley rats exposed to

Comments from page 138 continued on next page

**Arsenic**

**Background**

Arsenic is a well-documented human carcinogen. Contamination with this heavy metal is of global concern, presenting a major issue in environmental health[413]. Since the late 17th century, it has been known that arsenic can induce cancer in humans, and many scientific publications have documented the various mechanisms on how arsenic induces cancer[414]. In humans, arsenic exposure is associated with various forms of cancer, cardiovascular and skin diseases, neuropathies of the central nervous system, and genotoxic and immunotoxic effects[415]. Several epidemiological studies have shown that prolonged exposure to arsenic can induce various types of malignant tumors in humans, namely, skin, lung, liver, kidney, and bladder cancers (IARC 2004)[416]. These effects have been observed particularly in geographic areas where people are exposed to well water with high concentrations of arsenic[417].

**Cancer in Experimental Animals**

*Mice*

Although inorganic arsenate (iAs(V)) or arsenite (iAs(III)) is clearly a human carcinogen, it has been challenging to produce tumors in rodents. The oral administration of sodium arsenate in drinking-water for 18 months increased lung tumor multiplicity (e.g., number of tumors) and lung tumor size in male strain A/J mice[418]. A/J mice (male, n = 120) were assigned to four groups given drinking water containing 0, 1, 10, and 100 ppm iAs(V) for 18 months. Arsenic was accumulated dose dependently in the lung tissues of iAs(V)-exposed mice[418]. Increase in lung tumor number and lung tumor size was observed in iAs(V)-exposed mice compared to the control. Histopathological examination showed that the rate of poorly differentiated lung adenocarcinoma

138

sodium arsenite administered in drinking water. *Ann N Y Acad Sci* **1076**, 578-591, doi:10.1196/annals.1371.075 (2006).

---

T Number: 5      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from title and abstract

Cited in IARC

Cui, X., Wakai, T., Shirai, Y., Hatakeyama, K. & Hirano, S. Chronic oral exposure to inorganic arsenate interferes with methylation status of p16INK4a and RASSF1A and induces lung cancer in A/J mice. *Toxicol Sci* **91**, 372-381, doi:10.1093/toxsci/kfj159 (2006).

---

T Number: 6      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

IARC 100C p.53 3.1.1.

---

T Number: 7      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from title and abstract

Cited in IARC

Cui, X., Wakai, T., Shirai, Y., Hatakeyama, K. & Hirano, S. Chronic oral exposure to inorganic arsenate interferes with methylation status of p16INK4a and RASSF1A and induces lung cancer in A/J mice. *Toxicol Sci* **91**, 372-381, doi:10.1093/toxsci/kfj159 (2006).

1 as much higher in iAs(V)-exposed mice than in the control. Thus, exposure to arsenic increased lung tumor incidence and multiplicity in A/J mice.

Dimethylarsinic acid (DMA), a main metabolite of inorganic arsenics, also exhibits tumorigenicity and progression effects in the pulmonary tumors of A/J mice[419]. 2 Similarly, drinking-water exposure to the organo-arsenical $DMA^V$ for 50 weeks or more increased the incidence and multiplicity of lung adenoma or carcinoma in strain A/J mice[419]. 3 The pulmonary tumorigenicity of dimethylarsinic acid (DMAA), a main metabolite of inorganic arsenics, was examined in A/J mice fed with drinking water containing DMAA for 25 and 50 weeks[419]. Mice fed with 400 ppm DMAA for 50 weeks produced more pulmonary tumors than untreated mice. Histological examination revealed that the number of mice which bore adenocarcinomas or papillary adenomas correlated with the concentration of DMAA given, suggesting that DMAA could promote tumorigenic processes[419]. These results are consistent with the epidemiological studies on the pulmonary carcinogenesis of arsenics and suggest that DMAA alone can cause cancer in mice[419].

Oral inorganic arsenic exposure, as a single agent, can induce tumor formation in rodents and establishes inorganic arsenic as a complete transplacental carcinogen in mice[420]. 4 Since gestation is often a period of high sensitivity to chemical carcinogenesis, the authors performed a transplacental carcinogenicity study in mice using inorganic arsenic. Groups (n = 10) of pregnant C3H mice were given drinking water containing sodium arsenite (NaAsO(2)) at 0 (control), 42.5, and 85 ppm arsenite ad libitum from day 8 to 18 of gestation. Dams were allowed to give birth, and offspring were weaned at 4 weeks and then put into separate gender-based groups (n = 25) according to maternal exposure level[420]. The offspring received no additional arsenic treatment.

139

## Page: 139

Number: 1   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Number: 2   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

IARc 100C p. 53 3.1.1. Mice

Number: 3   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Copied from Abstract

Cited in IARC

Hayashi, H. *et al.* Dimethylarsinic acid, a main metabolite of inorganic arsenics, has tumorigenicity and progression effects in the pulmonary tumors of A/J mice. *Cancer Lett* **125**, 83-88, doi:10.1016/s0304-3835(97)00484-9 (1998).

Number: 4   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Copied from abstract

Cited in IARC 100C

Waalkes MP, Ward JM, Liu J, Diwan BA. Transplacental carcinogenicity of inorganic arsenic in the drinking water: induction of hepatic, ovarian, pulmonary, and adrenal tumors in mice. Toxicol Appl Pharmacol. 2003 Jan 1;186(1):7-17. doi: 10.1016/s0041-008x(02)00022-4. PMID: 12583988.

The study lasted 74 weeks in males and 90 weeks in females. A complete necropsy was performed on all mice and tissues were examined by light microscopy in a blind fashion[420]. In male offspring, there was a marked increase in hepatocellular carcinoma incidence in a dose-related fashion (control, 12%; 42.5 ppm, 38%; 85 ppm, 61%) and in liver tumor multiplicity (tumors per liver; 5.6-fold over control at 85 ppm)[420]. In males, there was also a dose-related increase in adrenal tumor incidence and multiplicity. In female offspring, dose-related increases occurred in ovarian tumor incidence (control, 8%; 42.5 ppm, 26%; 85 ppm, 38%) and lung carcinoma incidence (control, 0%; 42.5 ppm, 4%; 85 ppm, 21%)[420]. Arsenic exposure also increased the incidence of proliferative lesions of the uterus and oviduct. Thus, arsenic exposure, as a single agent, can induce tumor formation in rodents and acts as a complete transplacental carcinogen in mice causing various tumors, including liver, adrenal, ovarian, and lung cancers[420].

Since gestation can be a period of high sensitivity to chemical carcinogenesis, transplacental carcinogenicity studies in mice with inorganic arsenic have been performed. Pregnant mice were treated subcutaneously with arsenic trioxide on a single specific day during gestation (Days 14, 15, 16 or 17), and the offspring were then treated subcutaneously on *postpartum* Days 1, 2 and 3 with arsenic trioxide. The offspring initially treated on Day 15 of gestation developed an excess of lung adenoma compared to controls[421]. Pregnant C3H mice were exposed to various doses of sodium arsenite in the drinking-water from Days 8–18 of gestation. They were allowed to give birth and their offspring were put into gender-based groups at weaning. Over the next 90 weeks, arsenic-treated female offspring developed dose-related benign and/or malignant ovarian tumors, and lung adenocarcinoma. During the next 74 weeks, a dose-related increase in the incidences of liver adenoma and/ or carcinoma, and adrenal cortical adenoma was observed in the male offspring[420].

Page: 140

| T | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| T | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC 100C p. 58 3.4.1 Mouse

A follow-up study by Waalkes et al (2004) [1]second study confirmed the carcinogenic effects in C3H mice of various doses of sodium arsenite (two levels) in the maternal drinking-water from Days 8 to 18 of gestation, with or without subsequent 12-*O*-tetradecanoyl phorbol-13-acetate (TPA) applied to the skin of the offspring after weaning from 4–25 weeks of age[422]. Over the next 2 years, with arsenic alone, the female offspring developed an increased incidence of ovarian tumors. The male offspring developed arsenic dose-related increases in the incidences of liver adenoma and/or carcinoma and adrenal cortical adenoma[422]. [2]roups of pregnant C3H mice received drinking water containing sodium arsenite (NaAsO2) at 0, 42.5 and 85 ppm arsenic ad libitum from days 8 to 18 of gestation. Dams delivered normally and at weaning (4 weeks) offspring were randomly put into groups (n = 25) of males or females according to maternal dose. To promote skin cancers initiated by transplacental arsenic, duplicate groups of control or arsenic exposed offspring were topically exposed to 12-O-tetradecanoyl phorbol-13-acetate (TPA; 2 micro g/0.1 ml acetone, twice/week) from 4 to 25 weeks of age[422]. Irrespective of TPA exposure, male offspring showed arsenic-induced dose-related increases in hepatocellular carcinoma incidence and multiplicity, as well as increases in adrenal tumor incidence and multiplicity[422]. In female offspring, an increase in epithelial ovarian tumors occurred with arsenic exposure regardless of TPA exposure[422]. Females also showed pre-neoplastic lesions of the reproductive tract, including hyperplasia of the uterus and oviduct, after arsenic but independent of TPA exposure. TPA promoted arsenic initiated liver tumors in females and lung tumors in both sexes[422]. Thus, inorganic arsenic, as a single agent, can consistently act as a complete transplacental carcinogen in mice, inducing tumors at multiple sites, and as a tumor initiator in some tissues. This study indicates that gestation is a period of high sensitivity to arsenic carcinogenesis[422].

## Page: 141

---

T Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC 100C p. 58 3.4.1

---

T Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from Abstract

Cited in IARC

Waalkes, M. P., Ward, J. M. & Diwan, B. A. Induction of tumors of the liver, lung, ovary and adrenal in adult mice after brief maternal gestational exposure to inorganic arsenic: promotional effects of postnatal phorbol ester exposure on hepatic and pulmonary, but not dermal cancers. *Carcinogenesis* **25**, 133-141, doi:10.1093/carcin/bgg181 (2004).

[1]rogenital carcinogenesis in female CD1 mice induced by in utero arsenic exposure is exacerbated by postnatal diethylstilbestrol treatment[423]. [2]regnant CD1 mice received sodium arsenite (one level) in the drinking-water from gestation Days 8 to 18, were allowed to give birth, and the female or male offspring were treated with diethyl- stilbestrol or tamoxifen subcutaneously on *post- partum* Days 1, 2, 3, 4 and 5[423,424]. In female offspring over the next 90 weeks, arsenic exposure alone increased the incidence of tumors of the ovary, uterus, and adrenal cortex. In the male offspring, prenatal arsenic exposure alone increased liver adenoma and/or carcinoma, lung adenocarcinoma, and adrenal cortical adenoma[423].

[3]regnant CD1 mice received 85 ppm arsenic in the drinking water from gestation days 8 to 18 and were allowed to give birth. Groups (n = 35) of female offspring were injected subcutaneously on postpartum days 1 through 5 with diethylstilbestrol (2 microg/pup/d) or tamoxifen (10 microg/pup/d) and observed for 90 weeks. Arsenic alone induced some urogenital system tumors, including mostly benign tumors of the ovary and uterus, and adrenal adenoma[423]. Diethylstilbestrol alone induced some tumors (primarily cervical) but when given after in utero arsenic, it greatly enhanced urogenital tumor incidence, multiplicity, and progression. For instance, compared with the incidence of urogenital malignancies in the control (0%), arsenic alone (9%), and diethylstilbestrol alone (21%) groups, arsenic plus diethylstilbestrol acted synergistically, inducing a 48% incidence of malignant urogenital tumors[423]. Of the urogenital tumors induced by arsenic plus diethylstilbestrol, 80% were malignant, and 55% were multiple site[423]. Arsenic plus diethylstilbestrol increased ovarian, uterine, and vaginal tumors, and urinary bladder proliferative lesions, including three transitional cell carcinomas. [4]terine and bladder carcinoma induced by arsenic plus diethylstilbestrol greatly overexpressed estrogen receptor-alpha (ER-alpha) and pS2, an estrogen-regulated gene. In neonatal uteri, prenatal arsenic increased ER-alpha expression and

142

## Page: 142

---

T Number: 1     Author:        Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied title

Cited in IARC

.    Waalkes, M. P., Liu, J., Ward, J. M., Powell, D. A. & Diwan, B. A. Urogenital carcinogenesis in female CD1 mice induced by in utero arsenic exposure is exacerbated by postnatal diethylstilbestrol treatment. *Cancer Res* **66**, 1337-1345, doi:10.1158/0008- 5472.CAN-05-3530 (2006).

---

T Number: 2     Author:        Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC p. 58 and p.60 3.4.1

---

T Number: 3     Author:        Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract

Cited in IARC

Waalkes, M. P., Liu, J., Ward, J. M., Powell, D. A. & Diwan, B. A. Urogenital carcinogenesis in female CD1 mice induced by in utero arsenic exposure is exacerbated by postnatal diethylstilbestrol treatment. *Cancer Res* **66**, 1337-1345, doi:10.1158/0008- 5472.CAN-05-3530 (2006).

---

T Number: 4     Author:        Subject: Highlight     Date: 10/6/2022 5:36:16 PM

enhanced estrogen-related gene expression induced by postnatal diethylstilbestrol. Thus, arsenic acts with estrogens to enhance production of female mouse urogenital cancers[423]. In addition, in male CD1 mice, gestational arsenic exposure alone induced liver adenoma and carcinoma, lung adenocarcinoma, adrenal adenoma and renal cystic hyperplasia[424]. Furthermore, DES enhanced transplacental arsenic-induced hepatocarcinogenesis[424]. In utero arsenic also initiated urinary bladder tumor formation when followed by postnatal tamoxifen and uroepithelial proliferative lesions when followed by tamoxifen or DES[424].

*Rat*

A 2-year dose–response study with sodium arsenite showed evidence of renal tumor formation in female Sprague-Dawley rats[417]. Dimethylarsinic acid (DMA) is a major metabolite of arsenic in most mammals including humans. In male F344 rats, the oral administration of $MA^V$ in drinking water for up to 2 years produced clear dose-response relationships for the induction of urinary bladder transitional cell carcinoma and combined papilloma or carcinoma[425]. This study by Wei et al (1999) was conducted to determine the carcinogenicity of DMA administered to male F344 rats in a 2-year bioassay. A total of 144 rats (10 weeks old at the start) were divided into four groups of 36 rats each. Groups 1-4 received DMA (purity 100%) at concentrations of 200, 50, 12.5 and 0 ppm in the drinking water, respectively, for 104 weeks. From weeks 97 to 104, urinary bladder tumors were observed in 12 of 31, eight of 31 and none of 33 in groups 1-3, respectively. No bladder tumors were observed in group 4. Long-term p.o. administration of DMA induced urinary bladder carcinomas in male F344 rats. Therefore, the results indicate that DMA is carcinogenic for the rat urinary bladder, which supports the human carcinogenicity of arsenicals[425]. When $MA^V$ was added to the feed of male and female F344 rats for 2 years, a clear dose–

# Page: 143

---

Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

---

Number: 2    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from Abstract

Cited in IARC

.    Waalkes, M. P., Liu, J., Ward, J. M. & Diwan, B. A. Enhanced urinary bladder and liver carcinogenesis in male CD1 mice exposed to transplacental inorganic arsenic and postnatal diethylstilbestrol or tamoxifen. *Toxicol Appl Pharmacol* **215**, 295-305, doi:10.1016/j.taap.2006.03.010 (2006).

---

Number: 3    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC 100C p. 53 3.1.2. Rat

---

Number: 4    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from abstract

Cited in IARC

Wei M, Wanibuchi H, Yamamoto S, Li W, Fukushima S. Urinary bladder carcinogenicity of dimethylarsinic acid in male F344 rats. Carcinogenesis. 1999 Sep;20(9):1873-6. doi: 10.1093/carcin/20.9.1873. PMID: 10469637.

---

Number: 5    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC 100C p. 53 -54 3.1.2

response relationship for urinary bladder benign and/or malignant transitional cell tumors occurred in female rats[426].  Preneoplasia (urothelial cell hyperplasia) was also clearly increased in female rats[426].

In follow-up studies by Wei et al (2002), carcinogenicity of DMA in male F344 rats in induced urinary bladder tumors[413]. The carcinogenicity of DMA in male F344 rats in a 2-year bioassay was studied in rat urinary bladder tumors. In experiment 1, a total of 144 male F344 rats at 10 weeks of age were randomly divided into four groups that received DMA at concentrations of 0, 12.5, 50 and 200 ppm in the drinking water, respectively, for 104 weeks. From weeks 97-104, urinary bladder tumors were observed in 8 of 31 and 12 of 31 rats in groups treated with 50 and 200 ppm DMA, respectively[413]. No urinary bladder tumors or preneoplastic lesions were evident in the 0 and 12.5 ppm-treated groups. Urinary levels of arsenicals increased significantly in a dose-responsive manner except for arsenobetaine (AsBe)[413]. DMA and trimethylarsine oxide (TMAO) were the major compounds detected in the urine, with small amounts of monomethylarsonic acid (MMA) and tetramethylarsonium (TeMa) also detected[413]. Significantly increased 5-bromo-2'-deoxyuridine (BrdU) labeling indices (increased proliferation-key characteristic #10) were observed in the morphologically normal epithelium of the groups treated with 50 and 200 ppm DMA. These studies demonstrated DMA to be a carcinogen for the rat urinary bladder and that DMA exposure may be relevant to the carcinogenic risk of inorganic arsenic in humans[413].

In male F344 rats, the oral administration of TMAO in drinking-water for 2 years caused a significant increase of benign liver tumors (adenoma)[427]. Fetal onset of aberrant gene expression relevant to pulmonary carcinogenesis in lung adenocarcinoma development was induced by in

# Page: 144

---

**T** Number: 1   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

---

**T** Number: 2   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Copied from title and abstract

Cited in IARC

Wei M, Wanibuchi H, Morimura K *et al.* (2002). Carcinogenicity of dimethylarsinic acid in male F344 rats and genetic alterations in induced urinary bladder tumors. *Carcinogenesis*, 23: 1387–1397. doi:10.1093/ carcin/23.8.1387 PMID:12151359

---

**T** Number: 3   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

IARC 100C p. 54

---

**T** Number: 4   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Copied from title and abstract

Cited in IARC

Shen J, Liu J, Xie Y, Diwan BA, Waalkes MP. Fetal onset of aberrant gene expression relevant to pulmonary carcinogenesis in lung adenocarcinoma development induced by in utero arsenic exposure. Toxicol Sci. 2007 Feb;95(2):313-20. doi: 10.1093/toxsci/kfl151. Epub 2006 Oct 31. PMID: 17077188; PMCID: PMC2692318.

utero arsenic exposure[427]. These studies demonstrate that in utero arsenic exposure in mice can induce or initiate lung cancer in female offspring[427]. To define early molecular changes, pregnant C3H mice were given 85 ppm arsenic in drinking water from days 8 to 18 of gestation and expression of selected genes in the fetal lung or in lung tumors developing in adults was examined. Transplacental arsenic exposure increased estrogen receptor-alpha (ER-alpha) transcript and protein levels in the female fetal lung. The insulin growth factor system, which can be influenced by ER and has been implicated in the pulmonary oncogenic process, was activated in fetal lung after gestational arsenic exposure. In utero arsenic exposure also induced overexpression of alpha-fetoprotein, epidermal growth factor receptor, L-myc, and metallothionein-1 in fetal lung, all of which are associated with lung cancer.

Given the limited studies demonstrating the carcinogenic potential of arsenic in animals, a long-term carcinogenicity bioassay on sodium arsenite (NaAsO(2)) was performed at the Cesare Maltoni Cancer Research Center (CMCRC) of the European Ramazzini Foundation (ERF)[417]. NaAsO(2) was administrated with drinking water at concentrations of 200, 100, 50, or 0 mg/L, for 104 weeks to Sprague-Dawley rats (50/sex/group), 8 weeks old at the start of the study. The animals were monitored until spontaneous death at which time each animal underwent complete necropsy. Histopathological evaluation of all pathological lesions and of all organs and tissues collected was routinely performed on each animal. The results demonstrate that NaAsO(2) induced a few benign and malignant tumors among treated rats including lung adenomas and carcinomas, kidney adenomas/papillomas and carcinomas, and bladder carcinomas[417]. These types of tumors are infrequent in the strain of Sprague-Dawley rats. Notably, an elevated incidence of these tumor-types is also observed among people living in geographical areas where arsenic is present at higher concentrations in drinking water[417].

# Page: 145

| | T | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | T | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from abstract

Cited in IARC

Soffritti M, Belpoggi F, Degli Esposti D, Lambertini L. Results of a long-term carcinogenicity bioassay on Sprague-Dawley rats exposed to sodium arsenite administered in drinking water. Ann N Y Acad Sci. 2006 Sep;1076:578-91. doi: 10.1196/annals.1371.075. PMID: 17119234.

*Hamster*

[1]epeated weekly intratracheal instillations of calcium arsenate, at levels sufficient to cause moderate early mortality, increased lung adenoma formation in male Syrian golden hamsters when observed over their lifespan[428]. [2]he pulmonary tumorigenicity of arsenic trisulfide and calcium arsenate was explored following 15 intratracheal instillations in male Syrian golden hamsters at weekly doses of about 3 mg/kg body weight (as arsenic)[428]. One lung adenoma appeared in 28 animals examined in the arsenic trisulfide group and 4 adenomas in 35 animals surviving the treatment with calcium arsenate. No adenomas were seen in 26 animals instilled with the vehicle (0.9% saline solution). The results showed that calcium arsenate was tumorigenic[428].

Yamamoto et al (1987) also [3]udied the tumorigenicity of inorganic arsenic compounds following intratracheal instillations to the lungs of hamsters[429]. The tumorigenicity of arsenic trioxide (As2O3), calcium arsenate (Ca3(AsO4)2) and arsenic trisulfide (As2S3) was studied in male Syrian golden hamsters, which received arsenic compounds containing a total dose of 3.75 mg arsenic by means of intratracheal instillations once a week for 15 weeks[429]. As controls, some hamsters were treated with only the vehicle, phosphate buffer solution. During the animals' total life span, one lung adenocarcinoma was seen in the 17 hamsters in the As2O3 group, one lung adenocarcinoma and 6 lung adenomas in the 25 hamsters in the Ca3(AsO4)2 group, one lung adenoma in the 22 hamsters in the As2S3 group and one lung adenosquamous carcinoma in the 21 hamsters in the control group[429]. [4]n a similarly designed study, male hamsters received multiple weekly intratracheal instillations of calcium arsenate at the start of the experiment, and developed an increased incidence of lung adenoma formation, and combined lung adenoma or carcinoma

## Page: 146

---

T Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC 100C p. 54 3.2.1.

---

T Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract

Cited in IARC

Pershagen G & Björklund NE (1985). On the pulmo- nary tumorigenicity of arsenic trisulfide and calcium arsenate in hamsters. *Cancer Lett*, 27: 99–104. doi:10.1016/0304-3835(85)90013-8 PMID:4005826

---

T Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract

Cited in IARC

Yamamoto A, Hisanaga A, Ishinishi N (1987). Tumorigenicity of inorganic arsenic compounds following intratracheal instillations to the lungs of hamsters. *Int J Cancer*, 40: 220–223. doi:10.1002/ ijc.2910400216 PMID:3610389

---

T Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC 100C p. 54
3.2.1.

formation over their 1 lifespan[429]. Thus, calcium arsenate was tumorigenic to the lungs of Syrian golden hamsters[429].

Carcinomas of the respiratory tract were caused in hamsters given arsenic trioxide and/or benzo[a]pyrene by the pulmonary route[430]. 2 Intratracheal instillations of calcium arsenite increased the incidence of respiratory tract carcinoma and combined adenoma, papilloma and adenomatoid lesion formation in male Syrian Hamsters[430]. 3 The pulmonary carcinogenicity of arsenic trioxide (As) alone and in combination with benzo[a]pyrene (BP) was studied in male Syrian golden hamsters given 15 weekly intratracheal instillations. The animals were divided into four groups: As, BP, As + BP, and controls. At each instillation about 3 mg/kg body wt as arsenic and/or 6 mg/kg body wt of BP was administered. All groups received a carrier dust (charcoal carbon), which increased the lung retention of arsenic, as well as sulfuric acid. Carcinomas of the larynx, trachea, bronchi, or lungs were found in 3, 17, and 25 of 47, 40, and 54 animals examined in the As, BP, and As + BP groups[430]. No respiratory tract carcinomas were found in 53 control animals. The incidence of pulmonary adenomas, papillomas, and adenomatoid lesions was markedly higher in the As group than in the control group. Taken together the data provide strong evidence that arsenic trioxide can induce lung carcinomas[430]. Furthermore, there was some evidence of a positive interaction between arsenic and BP in relation to adenomatous lung tumors, which could be of importance for the synergism between arsenic and other carcinogens[430].

**Scientific agencies**

Arsenic and arsenic compounds have been analyzed by IARC Working Groups in 1979, 1987, and 2002 (IARC 1980, 1987, 2004). Arsenic and inorganic arsenic compounds are ***carcinogenic to humans (Group 1)***. IARC concluded that 4 there is *sufficient evidence* in humans

147

# Page: 147

---

**T** Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

---

**T** Number: 2    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC 100C p.54

3.2.1

---

**T** Number: 3    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from abstract

Cited in IARC 100C

Pershagen G, Nordberg G, Björklund NE. Carcinomas of the respiratory tract in hamsters given arsenic trioxide and/or benzo[a]pyrene by the pulmonary route. Environ Res. 1984 Aug;34(2):227-41. doi: 10.1016/0013-9351(84)90091-4. PMID: 6086305.

---

Author:    Subject: Sticky Note    Date: 10/6/2022 5:36:16 PM

Study here is specific to smelter workers but that is not mentioned

---

**T** Number: 4    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

1 or the carcinogenicity of mixed exposure to inorganic arsenic compounds, including arsenic trioxide, arsenite, and arsenate. Inorganic arsenic compounds, including arsenic trioxide, arsenite, and arsenate, cause cancer of the lung, urinary bladder, and skin. Also, a positive association has been observed between exposure to arsenic and inorganic arsenic compounds and cancer of the kidney, liver, and prostate[421]. There is *sufficient evidence* in experimental animals for the carcinogenicity of dimethylarsinic acid, calcium arsenate, and sodium arsenite. There is *limited evidence* in experimental animals for the carcinogenicity of sodium arsenate, gallium arsenide, arsenic trioxide, and trimethylarsine oxide. There is *inadequate evidence* in experimental animals for the carcinogenicity of monomethyl-arsonic acid and arsenic trisulfide. In view of the overall findings in animals, there is *sufficient evidence* in experimental animals for the carcinogenicity of inorganic arsenic compounds[421].

2 imethylarsinic acid and monomethylarsonic acid are *possibly carcinogenic to humans (Group 2B)*. Arsenobetaine and other organic arsenic compounds not metabolized in humans, are *not classifiable as to their carcinogenicity to humans (Group 3)*. The IARC Working Group made the overall evaluation on 'arsenic and inorganic arsenic compounds' rather than on some individual arsenic compounds, based on the combined results of epidemiological studies, carcinogenicity studies in experimental animals, and data on the chemical characteristics, metabolism, and modes of action of carcinogenicity[421].

## Page: 148

---

**T** Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC 100C p. 85 5. Evaluation

---

**T** Number: 2    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC 100C p. 85

---

**Human exposure to arsenic**

*Occupational exposure*

While exposure to arsenic by inhalation is rare for the general population, inhalation of arsenic-containing particulates is the primary route of occupational exposure. Additionally, ingestion and dermal exposure may be significant in particular situations (e.g., during preparation of timber treated with chromated copper arsenate.

**Epidemiology**

The recognition of arsenic as a carcinogen initially was described in a case series of skin cancers following the ingestion of medicines containing arsenicals, and exposure to arsenical pesticide residues, and arsenic-contaminated wine[431,432] or drinking-water, originating from many countries. The characteristic arsenic-associated skin tumors include squamous cell carcinomas arising in keratoses (including Bowen disease), and multiple basal cell carcinomas.

The epidemiological evidence on arsenic and cancer risk comes from two distinct lines of population studies, characterized by the medium of exposure to arsenic. One set of studies addresses the cancer risk associated with inhalation of arsenic[421]. These studies involve populations that are mainly worker groups who inhaled air contaminated by arsenic and other agents, as a consequence of various industrial processes. The second set of studies addresses the cancer risk associated with ingestion of arsenic via drinking water. These studies are carried out in locations where people ingested arsenic in drinking-water at high concentrations over prolonged periods of time[421].

Page: 149

---

T Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC 100C p. 45

1.5.2 Occupational Exposure

---

T Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

T Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC 100C p. 50-51

2.4 Cancer of the skin

---

T Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC 100C p. 46

2. Cancer

 case-control studies within the general population addressed occupational exposures more generally. Consequently, the exposure to inhaled arsenic was accompanied by exposures to other potentially toxic and carcinogenic by-products of combustion, such as sulfur oxides with copper smelting, polycyclic aromatic hydrocarbons, and particulate matter. A limitation is that some studies did not estimate separately exposures to the full set of agents in the inhaled mixtures, leaving open the possibility of some confounding or modification of the effect of arsenic by synergistic interactions[421].

For many human carcinogens, the major source of evidence contributing to causal inferences arises from case-control and cohort studies. In contrast, for arsenic in drinking water, ecological studies provide important information on causal inference because of the large exposure contrasts and the limited population migration. For arsenic, ecological estimates of relative risk are often so high that potential confounding with known causal factors cannot explain the results.

The strongest evidence for the association of human cancer with arsenic in drinking water comes from studies in five areas of the world with especially elevated levels of naturally occurring arsenic: southwestern and northeastern Taiwan, northern Chile, Cordoba Province in Argentina, Bangladesh, West Bengal (India), and other regions in the Ganga plain.

Groundwater contamination with high arsenic levels has caused serious health problem in Jianghan Plain, China[433]. Exposure to arsenic was endemic in two areas of Taiwan: the southwestern coastal area[434], and the northeastern Lanyang Basin[435]. Studies by Chen et al (1985) analyzed the association between high-arsenic artesian well water and cancers in an endemic area of blackfoot disease, a unique peripheral vascular disease related to continuous arsenic exposure[434]. As compared with the general population in Taiwan, both the standardized mortality

## Page: 150

---

**Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM**

IARC 100C p. 46-47

2.1.1 Arsenic Exposure by Inhalation

> **Author:    Subject: Sticky Note    Date: 10/6/2022 5:36:16 PM**
>
> "Most studies" not "some"

---

**Number: 2    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM**

---

**Number: 3    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM**

IARC 100C p. 47

2.1.2 Arsenic exposure by ingestion

> **Author:    Subject: Sticky Note    Date: 10/6/2022 5:36:16 PM**
>
> MIssing..." Although food may also be a source of some ingested arsenic, in several regions of the world where the concentrations of arsenic in drinking-water is very high, arsenic intake through food consumption contributes a relatively small cancer risk to the local residents ."

---

**Number: 4    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM**

IARC 100C p. 47

2.1.2 Arsenic exposure by ingestion

> **Author:    Subject: Sticky Note    Date: 10/6/2022 5:36:16 PM**
>
> Missing "Although data contributing to our understanding also come from many other places, the current review is largely restricted to the major studies from these regions. Some of the oral exposure may occur via seafood. However, no epidemio- logical studies were available with regard to the cancer risk associated with arsenic exposure via seafood, in which arsenic may occur as partic- ular organic compounds such as arsenobetaine and arsenocholine "

---

**Number: 5    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM**

IARC 100C p. 47

(a) Taiwan (China)

---

**Number: 6    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM**

Copied from abstract

Cited in IARC

---

Comments from page 150 continued on next page

Case-control studies within the general population addressed occupational exposures more generally. Consequently, the exposure to inhaled arsenic was accompanied by exposures to other potentially toxic and carcinogenic by-products of combustion, such as sulfur oxides with copper smelting, polycyclic aromatic hydrocarbons, and particulate matter. A limitation is that some studies did not estimate separately exposures to the full set of agents in the inhaled mixtures, leaving open the possibility of some confounding or modification of the effect of arsenic by synergistic interactions[421].

For many human carcinogens, the major source of evidence contributing to causal inferences arises from case-control and cohort studies. In contrast, for arsenic in drinking water, ecological studies provide important information on causal inference because of the large exposure contrasts and the limited population migration. For arsenic, ecological estimates of relative risk are often so high that potential confounding with known causal factors cannot explain the results.

The strongest evidence for the association of human cancer with arsenic in drinking water comes from studies in five areas of the world with especially elevated levels of naturally occurring arsenic: southwestern and northeastern Taiwan, northern Chile, Cordoba Province in Argentina, Bangladesh, West Bengal (India), and other regions in the Ganga plain.

Groundwater contamination with high arsenic levels has caused serious health problem in Jianghan Plain, China[433]. Exposure to arsenic was endemic in two areas of Taiwan: the southwestern coastal area[434], and the northeastern Lanyang Basin[435]. Studies by Chen et al (1985) analyzed the association between high-arsenic artesian well water and cancers in an endemic area of blackfoot disease, a unique peripheral vascular disease related to continuous arsenic exposure[434]. As compared with the general population in Taiwan, both the standardized mortality

Chen CJ, Chuang YC, Lin TM, Wu HY. Malignant neoplasms among residents of a blackfoot disease-endemic area in Taiwan: high-arsenic artesian well water and cancers. Cancer Res. 1985 Nov;45(11 Pt 2):5895-9. PMID: 4053060.

ratio (SMR) and cumulative mortality rate were significantly high in blackfoot disease-endemic areas for bladder, kidney, skin, lung, liver, and colon cancers. A dose-response relationship was observed between SMRs of the cancers and blackfoot disease prevalence rate of the villages and townships in the endemic areas[434]. SMRs of cancers were greater in villages where only artesian wells were used as the drinking water source than in villages using both artesian and shallow wells, and even greater than in villages using shallow wells only[434]. Residents in the south-western areas drank artesian well-water with high concentrations of arsenic from the early 1910s to the late 1970s, with levels mostly above 100 µg/L[436]. For example, there was a prevalence of skin cancer in an endemic area of chronic arsenicism in Taiwan[436].

A significant association between ingested arsenic and bladder cancer has been reported in a chronic arsenic poisoning (arseniasis)-endemic area in southwestern Taiwan, where many households share only a few wells in their villages[435]. In 1991-1994, the risk of transitional cell carcinoma (TCC) was examined in relation to ingested arsenic in a cohort of 8,102 residents in northeastern Taiwan. Estimation of each study subject's individual exposure to inorganic arsenic was based on the arsenic concentration in his or her own well water, which was determined by hydride generation combined with atomic absorption spectrometry[435]. Information on duration of consumption of the well water was obtained through standardized questionnaire interviews. There was a significantly increased incidence of urinary cancers for the study cohort compared with the general population in Taiwan (standardized incidence ratio = 2.05; 95% confidence interval (CI): 1.22, 3.24)[435]. A significant dose-response relationship was found between risk of cancers of the urinary organs, especially TCC, and indices of arsenic exposure were observed after adjustment for age, sex, and cigarette smoking[435].

## Page: 151

| T | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| T | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC 100C p. 47
(a) Taiwan (China)

| T | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from abstract

Cited in IARC

.     Chiou, H. Y. *et al.* Incidence of transitional cell carcinoma and arsenic in drinking water: a follow-up study of 8,102 residents in an arseniasis-endemic area in northeastern Taiwan. *Am J Epidemiol* **153**, 411-418, doi:10.1093/aje/153.5.411 (2001).

The population-weighted average concentration of arsenic in drinking-water in Region II, an arid region of northern Chile, was about 570 µg/L over 15 years (1955–69)[437]. Studies in Taiwan and Argentina suggest that ingestion of inorganic arsenic from drinking water results in increased risks of internal cancers, particularly bladder and lung cancer[437]. The cancer mortality was studied in a population of around 400,000 people in a region of Northern Chile (Region II) exposed to high arsenic levels in drinking water in past years[437]. SMRs were calculated for the years 1989 to 1993. Increased mortality was found for bladder, lung, kidney, and skin cancer[437]. Bladder cancer mortality was markedly elevated (men, SMR = 6.0 (95% confidence interval (CI) 4.8-7.4); women, SMR = 8.2 (95% CI 6.3-10.5)) as was lung cancer mortality (men, SMR = 3.8 (95% CI 3.5-4.1); women, SMR = 3.1 (95% CI 2.7-3.7))[437].

By the late 1980s, arsenic levels in drinking water had decreased to less than 100 µg/L in most places. With minor exceptions, water sources elsewhere in Chile have had low concentrations of arsenic (less than 10 µg/L)[438]. Marshall et al (2007) documented a fifty-year study of lung and bladder cancer mortality in Chile related to arsenic in drinking water[438]. Lung and bladder cancer mortality rate ratios for region II compared with region V started to increase about 10 years after high arsenic exposures commenced and continued to rise until peaking in 1986-1997[438]. The peak lung cancer mortality RRs were 3.61 (95% CI = 3.13 to 4.16) for men and 3.26 (95% CI = 2.50 to 4.23) for women. The peak bladder cancer RRs were 6.10 (95% CI = 3.97 to 9.39) for men and 13.8 (95% CI = 7.74 to 24.5) for women[438]. Combined lung and bladder cancer mortality rates in region II were highest in the period 1992-1994, with mortality rates of 153 and 50 per 100,000 men and women, respectively, in region II compared with 54 and 19 per 100,000 in region V[438].

## Page: 152

---

**T** Number: 1      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

IARC 100C p. 47
(b) Northern Chile

---

**T** Number: 2      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from abstract

Cited in IARC

Smith, A. H., Goycolea, M., Haque, R. & Biggs, M. L. Marked increase in bladder and lung cancer mortality in a region of Northern Chile due to arsenic in drinking water. *Am J Epidemiol* **147**, 660-669, doi:10.1093/oxfordjournals.aje.a009507 (1998).

---

**T** Number: 3      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

IARC 100C p. 47
(b) Northern Chile

---

**T** Number: 4      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

copied from title and abstrat

Cited in IARC

Marshall G, Ferreccio C, Yuan Y, Bates MN, Steinmaus C, Selvin S, Liaw J, Smith AH. Fifty-year study of lung and bladder cancer mortality in Chile related to arsenic in drinking water. J Natl Cancer Inst. 2007 Jun 20;99(12):920-8. doi: 10.1093/jnci/djm004. Epub 2007 Jun 12. PMID: 17565158.

These findings demonstrate that ingestion of inorganic arsenic in drinking water is a cause of bladder and lung cancer[437]. The impact of arsenic on the population mortality in Region II of Chile are some of the highest reported anywhere from environmental exposure to a carcinogen in a major population[437]. The authors concluded that "Such large increases in total population cancer mortality rates have, to our knowledge, not been documented for any other environmental exposure."

Bladder cancer mortality was associated with arsenic in drinking water in Argentina[439]. Inorganic arsenic is known to be a human carcinogen, causing lung cancer by inhalation and skin cancer by ingestion. Ecologic studies in Taiwan have found a dose-response relation between ingestion of inorganic arsenic from drinking water and bladder cancer[439]. In studies by Hopenhayn-Rich et al (1996), bladder cancer SMRs were consistently higher in counties with documented arsenic exposure. Counties were grouped into low-, medium-, and high-exposure categories; the corresponding SMRs [with 95% CI were 0.80 (95% CI = 0.66-0.96), 1.42 (95% CI = 1.14-1.74), and 2.14 (95% CI = 1.78-2.53) for men, and 1.21 (95% CI = 0.85-1.64), 1.58 (95% CI = 1.01-2.35), and 1.82 (95% CI = 1.19-2.64) for women[439]. In follow-up studies by Hopenhayn-Rich (1998), lung and kidney cancer mortality was associated with arsenic in drinking water in Córdoba, Argentina[440]. These studies increasing trends for kidney and lung cancer mortality with arsenic exposure, with the following SMR, for men and women respectively: kidney cancer, 0.87, 1.33, 1.57 and 1.00, 1.36, 1.81; lung cancer, 0.92, 1.54, 1.77 and 1.24, 1.34, 2.16, similar to the previously reported bladder cancer results (0.80, 1.28, 2.14 for men, 1.22, 1.39, 1.81 for women)[440]. There was a small positive trend for liver cancer but mortality was increased in all three exposure groups. Skin cancer mortality was elevated for women only in the high exposure

# Page: 153

Number: 1   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM
Copied from abstract

Cited in the IARC

Smith AH, Goycolea M, Haque R, Biggs ML. Marked increase in bladder and lung cancer mortality in a region of Northern Chile due to arsenic in drinking water. Am J Epidemiol. 1998 Apr 1;147(7):660-9. doi: 10.1093/oxfordjournals.aje.a009507. PMID: 9554605.

Number: 2   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM
Copied from title and abstract

Cited in IARC

Hopenhayn-Rich C, Biggs ML, Fuchs A, Bergoglio R, Tello EE, Nicolli H, Smith AH. Bladder cancer mortality associated with arsenic in drinking water in Argentina. Epidemiology. 1996 Mar;7(2):117-24. doi: 10.1097/00001648-199603000-00003. Erratum in: Epidemiology 1997 May;8(3):334. PMID: 8834549.

Number: 3   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Number: 4   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM
Copied from title

Cited in IARC

Hopenhayn-Rich C, Biggs ML, Smith AH. Lung and kidney cancer mortality associated with arsenic in drinking water in Córdoba, Argentina. Int J Epidemiol. 1998 Aug;27(4):561-9. doi: 10.1093/ije/27.4.561. PMID: 9758107.

Number: 5   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM
Copied from abstract

Cited in IARC

Hopenhayn-Rich C, Biggs ML, Smith AH. Lung and kidney cancer mortality

Comments from page 153 continued on next page

These findings demonstrate that ingestion of inorganic arsenic in drinking water is a cause of bladder and lung cancer[437]. The impact of arsenic on the population mortality in Region II of Chile are some of the highest reported anywhere from environmental exposure to a carcinogen in a major population[437]. The authors concluded that "Such large increases in total population cancer mortality rates have, to our knowledge, not been documented for any other environmental exposure."

Bladder cancer mortality was associated with arsenic in drinking water in Argentina[439]. Inorganic arsenic is known to be a human carcinogen, causing lung cancer by inhalation and skin cancer by ingestion. Ecologic studies in Taiwan have found a dose-response relation between ingestion of inorganic arsenic from drinking water and bladder cancer[439]. In studies by Hopenhayn-Rich et al (1996), bladder cancer SMRs were consistently higher in counties with documented arsenic exposure. Counties were grouped into low-, medium-, and high-exposure categories; the corresponding SMRs [with 95% CI were 0.80 (95% CI = 0.66-0.96), 1.42 (95% CI = 1.14-1.74), and 2.14 (95% CI = 1.78-2.53) for men, and 1.21 (95% CI = 0.85-1.64), 1.58 (95% CI = 1.01-2.35), and 1.82 (95% CI = 1.19-2.64) for women[439]. In follow-up studies by Hopenhayn-Rich (1998), lung and kidney cancer mortality was associated with arsenic in drinking water in Córdoba, Argentina[440]. These studies increasing trends for kidney and lung cancer mortality with arsenic exposure, with the following SMR, for men and women respectively: kidney cancer, 0.87, 1.33, 1.57 and 1.00, 1.36, 1.81; lung cancer, 0.92, 1.54, 1.77 and 1.24, 1.34, 2.16, similar to the previously reported bladder cancer results (0.80, 1.28, 2.14 for men, 1.22, 1.39, 1.81 for women)[440]. There was a small positive trend for liver cancer but mortality was increased in all three exposure groups. Skin cancer mortality was elevated for women only in the high exposure

153

associated with arsenic in drinking water in Córdoba, Argentina. Int J Epidemiol. 1998 Aug;27(4):561-9. doi: 10.1093/ije/27.4.561. PMID: 9758107.

group, while men showed an increase in mortality in the low exposure group[440]. Taken together these studies show that arsenic ingestion increases the risk of lung and kidney cancers[440].

Studies by Smith et al (2000) reported that contamination of drinking water by arsenic was declared a public health emergency in Bangladesh[441]. The contamination of groundwater by arsenic in Bangladesh was the largest poisoning of a population in history, with millions of people exposed[441]. Tube-wells were installed in West Bengal (India), Bangladesh, and other regions in the Ganga plain of India and Nepal starting in the late 1970s to provide "pure water" to prevent morbidity and mortality from gastrointestinal disease. The water from the millions of tube-wells that were installed was not tested for arsenic contamination. Studies in other countries where the population had long-term exposure to arsenic in groundwater indicate that 1 in 10 people who drink water containing 500 µg of arsenic per liter may ultimately die from cancers caused by arsenic, including lung, bladder and skin cancers[441]. The fundamental intervention was the identification and provision of arsenic-free drinking water. In a Bangladesh survey by the British Geological Survey of 2022 water samples in 41 districts, 35% were found to have arsenic levels above 50 µg/L, and 8.4% were above 300 µg/L, with an estimate of about 21 million persons exposed to arsenic concentrations above 50 µg/L. Taken together with the discovery of arsenic in groundwater in other countries, the experience in Bangladesh shows that groundwater sources throughout the world that are used for drinking water should be tested for arsenic[441].

*Exposure via inhalation*

The cohort studies reviewed previously consistently show elevated lung cancer risk in the various arsenic-exposed cohorts compared with the general population or other comparison groups[421]. The studies incorporate diverse qualitative and quantitative indices of exposure that

154

# Page: 154

| T | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| T | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from title and abstract

Cited in IARC

Smith AH, Lingas EO, Rahman M. Contamination of drinking-water by arsenic in Bangladesh: a public health emergency. Bull World Health Organ. 2000;78(9):1093-103. PMID: 11019458; PMCID: PMC2560840.

| T | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| T | Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC 100C p. 48
2.2.1 Exposure via inhalation

| T | Number: 5 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

include measures of average airborne concentration of exposure, cumulative exposure across the work experience, and duration of exposure. There is consistent evidence for a positive exposure–response relationship between the indicators of exposure and lung cancer risk. Case–control studies nested within occupational cohorts provided similar evidence with regard to exposure–response relationships[421].

Using data from smelter workers exposed to arsenic in Tacoma, Washington, Enterline et al (1987) modelled the relationship between lung cancer risk and airborne arsenic exposure using power functions, and found that the exposure–response relationship was steeper at lower concentrations than shown in conventional analyses, and was concave downwards at higher concentrations[442]. These studies analyzed data on the respiratory cancer mortality experience of 2,802 men who worked one year or more during the period 1940-1964 at a copper smelter in Tacoma, Washington. These studies indicate that arsenic is a potent carcinogen[442]. They also demonstrate the distinction between airborne arsenic and the bioavailability of arsenic, and the importance of this distinction for risk assessment. The airborne bioavailable concentrations of arsenic exhibited a linear dose-response[442]. The evidence suggested that there was a much stronger relation between air arsenic and respiratory cancer at low airborne concentrations than at high concentrations and that linear extrapolations from studies that deal mainly with environmental exposures at high levels can underestimate the arsenic-induced response at much lower levels[442]. Thus, arsenic acted as a potent carcinogen[442].

Inhalation of airborne inorganic arsenic is a recognized cause of respiratory cancer[443]. Since inhaled airborne arsenic affects systemic levels of arsenic, there is concern that inhaled arsenic may be associated with cancers of the skin, bladder, kidney, and liver, which have been

# Page: 155

---

[T] Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

[T] Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC 100C P. 48
2.2.1 EXPOSURE VIA INHALATION

---

[T] Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract and title

cited in IARC

Enterline PE, Henderson VL, Marsh GM. Exposure to arsenic and respiratory cancer. A reanalysis. Am J Epidemiol. 1987 Jun;125(6):929-38. doi: 10.1093/oxfordjournals.aje.a114631. PMID: 3578251.

---

[T] Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

[T] Number: 5     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from title and abstract

Cited in IARC

Jay H. Lubin, Linda M. Pottern, B. J. Stone, Joseph F. Fraumeni, Jr., Respiratory Cancer in a Cohort of Copper Smelter Workers: Results from More Than 50 Years of Follow-up, *American Journal of Epidemiology*, Volume 151, Issue 6, 15 March 2000, Pages 554–565,

---

[T] Number: 6     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

previously associated with ingested arsenic[444]. The authors followed 8,014 white male workers who were employed for 12 months or more prior to 1957 at a Montana copper smelter from January 1, 1938 through December 31, 1989. A total of 4,930 (62%) were deceased, including 446 from respiratory cancer. Significantly increased standardized mortality ratios (SMRs) were found for all causes (SMR = 1.14), all cancers (SMR = 1.13), and respiratory cancer (SMR = 1.55)[444]. Analyses revealed a significant, linear increase in the excess relative risk of respiratory cancer with increasing exposure to inhaled airborne arsenic[444]. Within categories of arsenic concentration, the association between respiratory cancer and cumulative arsenic exposure was linear[443]. The slope of the linear relationship with cumulative exposure increased with increasing arsenic concentration category. Moreover, slope of the relationship increased with the average concentration at which exposure had taken place, that is, the effect of a particular cumulative exposure was greater if received at a faster rate[443].

*Exposure via ingestion*

Ecological studies, based on mortality records, were conducted in the arseniasis endemic area of southwestern Taiwan[434,445,446]. A correlation was found between arsenic level in well water and age-adjusted mortality from malignant neoplasms[434]. All studies found an elevated risk of lung cancer mortality associated with levels of arsenic in drinking-water, or surrogate measurements. Mortality for various cancers was found in areas with high levels of arsenic in drinking water[447]. Greater mortality was found for males and females with bladder, kidney, skin, lung, nasal-cavity, bone, liver, larynx, colon, and stomach cancers, as well as lymphoma than in the local reference population. Mortalities for other diseases, including rectal cancer, cerebrovascular disease, and

## Page: 156

---

T Number: 1      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

T Number: 2      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

T Number: 3      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

IARC 100 C p. 48

2.2.1 Exposure via inhalation

---

T Number: 4      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

IARC 100C p. 49

2.2.2 Exposure via ingestion

---

T Number: 5      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from abstract

Cited in IARC

Tsai, S. M., Wang, T. N. & Ko, Y. C. Mortality for certain diseases in areas with high levels of arsenic in drinking water. *Arch Environ Health* **54**, 186-193, doi:10.1080/00039899909602258 (1999).

other diseases, were higher among cases than the local reference group[447]. These results show that the pro-cancer effect of arsenic is systemic[447].

Wu et al (1989) studied the arsenic levels in well water determined in 1964-1966, available in 42 villages of the study area, while mortality and population data during 1973-1986 were obtained from the local household registration offices and Taiwan Provincial Department of Health[446]. A significant dose-response relationship was observed between arsenic levels in well water and bladder, kidney, skin, and lung cancers in both males and females, as well as prostate and liver cancers in males[446].

In northern Chile, a case–control study of 151 cases and 419 controls reported significantly increasing risks with increasing levels of arsenic during the 1958–70 high-exposure period, with an odds ratio increasing to 7.1 (95%CI: 3.4–14.8)[448]. In Region II of Chile, two studies found markedly high SMRs for cancer of the urinary bladder and of the kidney in 1950–92[449] and in 1989–93[437]. In the latter study, mortality from chronic obstructive pulmonary disease was at the expected level, suggesting that smoking was not involved. The temporal pattern of bladder cancer mortality in Region II from 1950–2000 was compared with that in Region V[438]. Increased relative risks were reported about 10 years after the start of exposure to high arsenic levels, with peak relative risks of 6.10 (95%CI: 3.97–9.39) for men, and 13.8 (95% CI: 7.74–24.5) for women in the period 1986–94. Rivara et al (1977) found an elevated RR for mortality from lung cancer in 1976–92 in Region II compared with Region VIII, a low-exposure area[449]. Rivara et al (1997) observed an SMR for skin cancer of 3.2 (95%CI: 2.1–4.8), comparing mortality from skin cancer in 1976–92 between Region II and the unexposed control Region VIII of Chile[449]. Arsenic in drinking water

157

## Page: 157

---

Number: 1   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

---

Number: 2   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Copied from abstract

Cited in IARC

Wu MM, Kuo TL, Hwang YH, Chen CJ. Dose-response relation between arsenic concentration in well water and mortality from cancers and vascular diseases. Am J Epidemiol. 1989 Dec;130(6):1123-32. doi: 10.1093/oxfordjournals.aje.a115439. PMID: 2589305.

---

Number: 3   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Missing " However, there was no association for cancers of the nasopharynx, esophagus, stomach, colon, and uterine cervix, and for leukemia. Arsenic levels in well water were also associated with peripheral vascular diseases and cardiovascular diseases in a dose-response pattern, but not with cerebrovascular accidents. The dual effect of arsenic on carcinogenesis and arteriosclerosis and the interrelation between these two pathogenic mechanisms deserve more intensive study."

---

Number: 4   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

IARC 100C p. 49
(b) case-control and cohort studies

---

Number: 5   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

IARC 100C p. 50
2.3.1 Ecological Studies

---

Number: 6   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

IARC 100C p. 49

(a) Ecological Studies

---

Number: 7   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

IARC 100C p. 51

2.4.2 Ecological Studies based on mortality from cancer of the skin

stimulated bladder and lung cancer mortality[437]. Smith et al (1998) found an elevated SMR of approximately 3 for lung cancer for both sexes in Region II, using the national rate as standard.

In Cordoba Province, Argentina, positive trends in SMRs were reported for bladder and kidney cancers associated with estimates of exposure to arsenic in drinking-water[439,440]. Additionally, significant increases in lung cancer mortality were associated with increasing exposure to arsenic[440]. Smith et al (2006) found an elevated lung cancer mortality (RR, 7.0; 95% CI: 5.4–8.9) among the 30-49-year-old residents of Antofagasta and Mejillones born in the period 1950–57, just before the period of exposure to high arsenic levels (1958–70)[450]. They were exposed in early childhood to high levels of arsenic through the drinking-water. The temporal pattern of lung cancer mortality rate ratios in Region II compared with that in Region V (a low-exposure area) from 1950 to 2000, showed an increase about 10 years after the onset of high arsenic exposure, and peaked in 1986–87, with relative risks of 3.61 (95% CI: 3.13–4.16) and 3.26 (95% CI: 2.50–4.23) for men and women, respectively[438]. Of the 24 counties in Cordoba Province, two have been characterized as having elevated expo- sure to arsenic in drinking-water (average level, 178 μg/L), six as having medium exposure, and the remaining 16 rural counties as having low exposure[439]

In a cohort from southwestern Taiwan, there was a dose-response relationship between the duration of consumption of artesian well-water containing high levels of arsenic and lung cancer mortality risk, showing the highest age-and gender-adjusted odds ratio among those who consumed artesian well water for more than 40 years compared with those who never consumed artesian well water[451]. Another cohort study from southwestern Taiwan endemic for arsenic

## Page: 158

---

**T** Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC 100C p. 49

(a) ecological studies

---

**T** Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC 100C p. 50

2.3.1 Ecological Studies

---

**T** Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC 100C p. 49

(a) ecological studies

---

**T** Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC 100C p.47

(c) cordoba providence, argentia

---

**T** Number: 5     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC 100 C p. 49

(b) case-control and cohort studies

poisoning found a smoking-adjusted increased risk for lung cancer in relation to increasing average concentrations of arsenic and increasing cumulative exposure to arsenic[452].

A further study of combined cohorts in southwestern (n = 2503) and northeastern (*n* = 8088) Taiwan found a synergistic interaction between arsenic in drinking-water and cigarette smoking[453]. A total of 2503 residents in southwestern and 8088 in northeastern arseniasis-endemic areas in Taiwan were followed up for an average period of 8 years. There were 139 newly-diagnosed lung cancer cases during a follow-up period of 83,783 person-years. After adjustment for cigarette smoking and other risk factors, there was a monotonic trend of lung cancer risk by arsenic level in drinking water of less than 10 to 700 microg/L or more (P<.001)[453]. The relative risk was 3.29 (95% CI, 1.60-6.78) for the highest arsenic level compared with the lowest[453]. The etiologic fraction of lung cancer attributable to the joint exposure of ingested arsenic and cigarette smoking ranged from 32% to 55%. The synergy indices ranged from 1.62 to 2.52, indicating a synergistic effect of ingested arsenic and cigarette smoking on lung cancer[453]. There was a significant dose-response trend of ingested arsenic on lung cancer risk, which was more prominent among cigarette smokers[453]. A case–control study from Bangladesh, conducted in 2003–06, found an elevated risk (odds ratio [OR], 1.65; 95% CI: 1.25–2.18) for male smokers consuming tube well water with arsenic levels of 101–400 µg/L[454].

In southwestern and northeastern Taiwan, the relation between bladder and kidney cancers drinking water containing arsenic was evaluated in many studies[434,445-447,455]. A study was carried out to examine ecological correlations between arsenic level of well water and mortality from various malignant neoplasms in 314 precincts and townships of Taiwan[455]. The arsenic content in water of 83,656 wells was determined by a standard mercuric bromide stain method from 1974 to

## Page: 159

Number: 1   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Number: 2   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM
IARC 100 C p. 49
(b) case-control and cohort studies

Number: 3   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM
Copied from abstract

Cited in IARC

Chen CL, Hsu LI, Chiou HY, Hsueh YM, Chen SY, Wu MM, Chen CJ; Blackfoot Disease Study Group. Ingested arsenic, cigarette smoking, and lung cancer risk: a follow-up study in arseniasis-endemic areas in Taiwan. JAMA. 2004 Dec 22;292(24):2984-90. doi: 10.1001/jama.292.24.2984. PMID: 15613666.

Number: 4   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM
IARC 100C p. 49
(b) case-control and cohort studies

Number: 5   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM
copied from abstract

cited in IARC

Chen CJ, Wang CJ. Ecological correlation between arsenic level in well water and age-adjusted mortality from malignant neoplasms. Cancer Res. 1990 Sep 1;50(17):5470-4. PMID: 2386951.

1976, while mortality rates of 21 malignant neoplasms among residents in study precincts and townships from 1972 to 1983 were standardized to the world population in 1976[455]. A significant association with the arsenic level in well water was observed for cancers of the liver, nasal cavity, lung, skin, bladder and kidney in both males and females as well as for the prostate cancer in males[455]. These studies reported an elevation in mortality from these cancers during various time periods in 1971–94 associated with levels of arsenic in well-water from rural artesian wells, with many reporting a dose–response relationship among both men and women. An additional study, based on incidence records, found comparable risks for bladder cancer[456].

In a case-control study investigating the consumption artesian well-water containing high concentrations of arsenic and mortality from liver cancer in four townships of southwestern Taiwan, studies by Chen et al (1986) observed an exposure–response relationship between the duration of consumption of the contaminated well-water and risk for liver cancer, adjusted for cigarette smoking, habitual alcohol and tea drinking, and consumption of vegetables and fermented beans[451]. In a case–control study using death certificates (1980–82) from the area in Taiwan, endemic for Blackfoot disease, studies by Chen et al (1986) reported increasing trends in odds ratios with increasing duration of consumption of artesian well-water containing arsenic[451]. The highest risks were seen for over 40 years of exposure, with an odds ratio of 4.1 for bladder cancer in a multivariate analysis, after adjusting for smoking and other factors from next-of-kin interviews.

Cohort studies from southwestern and northeastern Taiwan [445,452,457], Japan[458], and the United Kingdom[459] each observed elevated bladder cancer risk following long-term exposure to ingested arsenic. In instances where the numbers of cases permitted, dose-response relationships

## Page: 160

| T | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

| T | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

IARC 100C p. 52

2.5.2 Case-control studies

| T | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

IARC 100C p. 50

2.3.2 Case-Control and Cohort Studies

| T | Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

IARC 100C p. 50

2.3.2 Case-control and cohort studies

were found. In studies by Cuzick et al (1992), a cohort of 478 patients treated with Fowler's solution (potassium arsenite) in Lancashire, England, during the period 1945-1969 and previously followed until January 1, 1980, was followed for an additional 11 years[459]. A significant excess of bladder cancer mortality occurred.  In a subcohort of 142 patients examined for signs of arsenicism around 1970, all 11 subsequent cancer deaths occurred in those with signs of arsenicism[459]. The study from Taiwan also found an elevated risk of kidney cancer (OR, 2.8; 95% CI: 1.3–5.4, based on nine cases)[435]. In southwestern Taiwan, studies by Tseng et al (1968) found an 8-fold difference in the preva- lence of skin cancer lesions from the highest (> 600 µg/L) to the lowest category (< 300 µg/L) of arsenic concentration in artesian wells, after an extensive examination survey of 40421 inhabitants in 37 villages[436].

To elucidate the dose-response relationship between ingested inorganic arsenic and internal cancers, Chiou et al (1995) studied a total of 263 patients with blackfoot disease and 2293 healthy residents in the endemic area of arseniasis were recruited and followed up for 7 years. The occurrence of internal cancers among study subjects was determined through annual health examinations, home visit personal interviews, household registration data checks, and national death certification and cancer registry profile linkages. A dose-response relationship was observed between the long-term arsenic exposure from drinking artesian well water and the incidence of lung cancer, bladder cancer, and cancers of all sites combined after adjustment for age, sex, and cigarette smoking[452]. Blackfoot disease patients had a significantly increased cancer incidence after adjustment for cumulative arsenic exposure[452].

*Cohort studies*

## Page: 161

Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract

Cited in IARC 100C

Cuzick J, Sasieni P, Evans S. Ingested arsenic, keratoses, and bladder cancer. Am J Epidemiol. 1992 Aug 15;136(4):417-21. doi: 10.1093/oxfordjournals.aje.a116514. PMID: 1415161.

Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC 100C p. 51
2.4.1 Ecological studies of prevalence

Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract

Cited in IARC

Chiou HY, Hsueh YM, Liaw KF, Horng SF, Chiang MH, Pu YS, Lin JS, Huang CH, Chen CJ. Incidence of internal cancers and ingested inorganic arsenic: a seven-year follow-up study in Taiwan. Cancer Res. 1995 Mar 15;55(6):1296-300. PMID: 7882325.

A retrospective cohort study of 789 (437 men, 352 women) of Blackfoot disease patients in Taiwan reported an SMR of 28 (95% CI: 11–59) for skin cancer deaths (based on seven observed deaths), using Taiwan regional rates as reference[457]. In another cohort of 654 persons in southwestern Taiwan, an observed incidence rate of 14.7 cases of skin cancer/1000 person-years was found[460], with risks significantly related to duration of living in the area endemic for Blackfoot disease, duration of consumption of artesian well-water, average concentration of arsenic, and index for cumulative exposure to arsenic. Similar findings were observed in a nested case-control study conducted within this cohort[461].

In a cohort study in Region II of Chile, a decrease in incidence rates of cutaneous lesions (leukoderma, melano-derma, hyperkeratosis, and squamous cell carcinoma) was observed during 1968–71 after a lowering of waterborne arsenic levels from a filter plant, which started operation in 1970[462]. In northern Chile, studies by Rivara et al (1977) observed a relative risk for liver cancer mortality of 1.2 (95%CI: 0.99–1.6) in arsenic-exposed Region II compared with Region VIII[449]. Liver cancer mortality in Region II of northern Chile during the period 1989–93 among persons ≥ 30 years of age was not significantly elevated, using national rates as reference[437]. SMRs were 1.1 (95% CI: 0.8–1.5) both for men and for women. Studies by Liaw et al (2008) found an elevated relative risk (10.6; 95% CI: 2.9–39.3, $P < 0.001$) for liver cancer among children in Region II of Chile born in 1950–57 and exposed *in utero* or shortly thereafter, compared to rates in Region V of Chile[463].

The relation between liver cancer risk and drinking-water contaminated with arsenic was evaluated in many of the studies from southwestern Taiwan[434,445-447,455,456]. Studies conducted in Taiwan[434,445-447,455] analyzed prostate cancer mortality in relation to levels of arsenic in well-water,

Page: 162

Number: 1   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM
IARC 100C p. 51
2.4.3 Cohort Studies

Number: 2   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Number: 3   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM
IARC 100C p. 51
2.4.3 Cohort Studies

Number: 4   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM
IARC 100C p. 52
2.5.1 Ecological Studies

Author:   Subject: Sticky Note   Date: 10/6/2022 5:36:16 PM
This is an ecological study in the cohort study section

Number: 5   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

with some overlap among the respective study populations. Using several methodological approaches and comparison populations including direct and indirect standardization of rates, all studies reported significant dose-response relationships between the level of arsenic in drinking-water and the risk for prostate cancer mortality.

The epidemiological evidence from drinking-water exposure permits the evaluation of the carcinogenicity that is related to exposure to AsIII and AsV. The epidemiological evidence from inhaled arsenic mixtures permits the evaluation of the carcinogenicity that is related to inorganic arsenic compounds. However, it does not allow a separation of the carcinogenic risk associated with particular arsenic species that occur in these mixtures[421].

The observed associations between exposure to arsenic in drinking-water and lung cancer, and between exposure to arsenic in air and lung cancer, cannot be attributed to chance or bias. The evidence is compelling for both the inhalation and ingestion routes of exposure. There is evidence of dose-response relationships within exposed populations with both types of exposure[421]. The evidence is primarily for squamous cell carcinoma of the skin. The evidence for an association between liver cancer and long-term exposure to arsenic in drinking-water relies on mortality data. The evidence for an association for prostate cancer and long-term exposure to arsenic in drinking-water relies on mortality data. In the studies from Taiwan, there is some evidence of a dose–response relationship[421].

*Absorption, distribution, metabolism, and excretion*

## Page: 163

---

T Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC 100C p. 52
2.6 Cancer of the Prostate

---

T Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC 100C p. 52
2.7 Synthesis

Author:     Subject: Sticky Note     Date: 10/6/2022 5:36:16 PM

Missing, " that is related to inorganic arsenic compounds. However, it does not allow a separation of the carcinogenic risk associated with particular arsenic species that occur in these mixtures. "

---

T Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC 100C p. 52-53
2.7 Synthesis

---

T Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Missing this paragraph following, "squamous cell carcinoma of the skin. Although the data for kidney cancer are suggestive of a relationship with exposure to arsenic in drinking-water, overall, the small possibility of chance or bias cannot be completely ruled out. "

---

T Number: 5     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Missing, "Although the data strongly suggest a causal asso- ciation with some evidence of a dose–response relationship, the Working Group could not rule out possible chance or bias. The evidence comes mainly from Taiwan (China) where hepatitis B is highly prevalent."

---

T Number: 6     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Missing, "some evidence of a dose–response relationship. However, the data from South America are not consistent with this observation. Although the evidence on prostate cancer suggests the possi- bility of a causal association, the Working Group could not rule out the possibility of chance or bias. "

Most inorganic arsenic compounds are readily absorbed after oral exposure (about 80–90% for soluble compounds, and a smaller percentage for less soluble compounds), less well absorbed after inhalation (better for small particulates and soluble arsenicals), and least well absorbed after dermal exposure (IARC 2004). Large airborne arsenic-containing particulates that are deposited in the upper airways may also be absorbed in the intestine if they are later swallowed[464]. Hamsters exposed to gallium arsenide by the oral route or by intratracheal instillation showed the presence of $As^{III}$ in blood and urine, but the majority of the gallium arsenide was excreted in feces, indicating that absorption was limited by its insolubility[464]. Absorption was about 30 times higher after intratracheal administration than by the oral route[464].

The relationship of exposure and tissue concentration of parent chemical and metabolites over prolonged exposure is a critical issue for chronic toxicities mediated by metabolite(s) rather than parent chemical alone[465]. This is an issue for AsV because its trivalent metabolites have unique toxicities and relatively greater potency compared to their pentavalent counterparts for many endpoints. Kenyon et al (2008) studied the dose-dependency in tissue distribution and urinary excretion for inorganic arsenic and its methylated metabolites in female C57Bl/6 mice exposed to 0, 0.5, 2, 10 or 50 ppm arsenic (as arsenate, AsV) in their drinking water for 12 weeks[465]. Urinary excretion of arsenite monomethylarsonous acid (MMA(III)), dimethylarsinous acid (DMA(III)), dimethylarsinic acid (DMAV), and trimethylarsine oxide (TMAO) increased linearly with dose, whereas AsV and monomethylarsonic acid (MMAV) excretion was non-linear with respect to dose. In mice, chronic exposure (12 weeks) to $As^V$ via drinking-water led to total tissue arsenic accumulation in the following ranking: kidney > lung > bladder > > > skin > blood > liver[465]. Monomethyl arsenic (MMA, i.e. MMA(III)+MMAV) was the predominant metabolite in kidney, whereas dimethylarsenic (DMA, i.e., DMA(III)+DMAV) was the predominant

## Page: 164

---

Ⓣ Number: 1     Author:          Subject: Highlight          Date: 10/6/2022 5:36:16 PM

IARC 100C p.79

4.1 Absorption, distribution, metabolism, and excretion

---

Ⓣ Number: 2     Author:          Subject: Highlight          Date: 10/6/2022 5:36:16 PM

Copied from the abstract

Cited in IARC

Kenyon EM, Hughes MF, Adair BM, Highfill JH, Crecelius EA, Clewell HJ, Yager JW. Tissue distribution and urinary excretion of inorganic arsenic and its methylated metabolites in C57BL6 mice following subchronic exposure to arsenate in drinking water. Toxicol Appl Pharmacol. 2008 Nov 1;232(3):448-55. doi: 10.1016/j.taap.2008.07.018. Epub 2008 Jul 28. PMID: 18706920.

---

Ⓣ Number: 3     Author:          Subject: Highlight          Date: 10/6/2022 5:36:16 PM

metabolite in lung[465]. Urinary bladder tissue had roughly equivalent levels of inorganic arsenic and dimethylarsenic, as did skin. These data indicate that pharmacokinetic models for arsenic metabolism and disposition need to include mechanisms for organ-specific accumulation of some arsenicals and that urinary metabolite profiles are not necessarily reflective of target tissue dosimetry[465].

Elemental arsenic and inorganic arsenic species share the same metabolic pathway: arsenate→ arsenite→ methylarsonate→ dimethylarse nite[421]. Thus, independent of the mechanisms of the carcinogenic action, and independent of which of the metabolites is the actual ultimate carcinogen, different inorganic arsenic species should be considered as carcinogenic[421]. Human exposure to arsenic is mainly via drinking water. Trivalent arsenicals are eliminated via the bile, and pentavalent arsenicals are mainly eliminated by urinary excretion[466]. The inorganic arsenicals investigated are transported into bile exclusively in trivalent forms, namely as AsIII and MMAsIII, but are excreted in urine in both tri- and pentavalent forms[466]. Identification of MMAsIII is signified by the fact that this metabolite is more toxic than AsIII and AsV and thus formation of MMAsIII represents toxification of inorganic arsenic[466].

The transport of arsenic into bile depends on the MRP2/cMOAT transporter and that glutathione is obligatory for such transport[467]. Using reversed phase liquid chromatography/mass spectrometry, it was demonstrated that two arsenic-glutathione complexes not previously identified in vivo, arsenic triglutathione and methylarsenic diglutathione, account for most of the arsenic in the bile[467].

**10 Key Characteristics of Carcinogens**

## Page: 165

Number: 1   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Number: 2   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

IARC 100C p. 85 5. Evalutation

Number: 3   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Copied from abstract

Cited in IARC

Gregus Z, Gyurasics A, Csanaky I. Biliary and urinary excretion of inorganic arsenic: monomethylarsonous acid as a major biliary metabolite in rats. Toxicol Sci. 2000 Jul;56(1):18-25. doi: 10.1093/toxsci/56.1.18. PMID: 10869450.

Number: 4   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Copied from abstract

Cited in IARC

.   Kala, S. V. *et al.* The MRP2/cMOAT transporter and arsenic-glutathione complex
formation are required for biliary excretion of arsenic. *J Biol Chem* **275**, 33404-33408,
doi:10.1074/jbc.M007030200 (2000).

*Arsenic exhibits 7 of the 10 key characteristics of carcinogens: arsenic is genotoxic, alters DNA repair or cause genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, and alters cell proliferation, cell death, or nutrient supply.*

*Key Characteristic #2: Arsenic is genotoxic*

Arsenic has strong genotoxic potential and is able to cause DNA damage such as aneuploidy; micronuclei formation, chromosomal aberrations, deletion mutations, sister chromatid exchange and DNA-protein cross-linking[468]. Cells treated with low concentrations of trivalent arsenicals show increased oxidative DNA damage that can lead to oxidative stress (key characteristic #5)[469]. By using a sequential-enzyme-digestion comet assay, Wang et al 2002 demonstrated that trivalent inorganic arsenic induced more DNA damage in human blood cell lines[469]. While trivalent inorganic arsenic induced more endonuclease III-digestible adducts, monomethylarsonous acid and monomethylarsonic acid induced more proteinase K-digestible adducts[469]. These results suggest there is a difference in the mechanism for inducing DNA damage between inorganic and organic methylated arsenic compounds[469].

There has been increasing evidence of the tight association between the generation of reactive oxygen species (ROS) (key characteristic #5), DNA damage, tumor promotion, and arsenic exposure[470]. Induction of oxidative DNA damage by arsenite and its trivalent and pentavalent methylated metabolites in cultured human cells and isolated DNA[471]. The metabolite of arsenic DMA(III) (> or =10 µM) induced DNA strand breaks in isolated DNA[471]. In HeLa S3 cells, short-term incubations (0.5-3 h) with doses as low as 10 nM arsenite induced high frequencies of Fpg-

## Page: 166

---

T Number: 1        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

Copied from abstract

Not cited in IARC

Wang TS, Chung CH, Wang AS, Bau DT, Samikkannu T, Jan KY, Cheng YM, Lee TC. Endonuclease III, formamidopyrimidine-DNA glycosylase, and proteinase K additively enhance arsenic-induced DNA strand breaks in human cells. Chem Res Toxicol. 2002 Oct;15(10):1254-8. doi: 10.1021/tx025535f. PMID: 12387622.

---

T Number: 2        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

---

T Number: 3        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

---

T Number: 4        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

Copied from title and abstract

Cited in IARC

Tanja Schwerdtle, Ingo Walter, Iris Mackiw, Andrea Hartwig, Induction of oxidative DNA damage by arsenite and its trivalent and pentavalent methylated metabolites in cultured human cells and isolated DNA, *Carcinogenesis*, Volume 24, Issue 5, May 2003, Pages 967–974, https://doi.org/10.1093/carcin/bgg018

---

T Number: 5        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

sensitive sites. Furthermore MMA(III) and DMA(V) generated DNA strand breaks in a concentration-dependent manner. Thus, very low physiologically relevant doses of arsenite and the methylated metabolites induce high levels of oxidative DNA damage in cultured human cells[471]. Thus, biomethylation of inorganic arsenic may be involved in inorganic arsenic-induced genotoxicity/carcinogenicity.

Exposure to either form of inorganic arsenic, As(III) or As(V), can result in the formation of at least four organic metabolites: MMA, monomethylarsonous acid (MMA(III)), DMA, and dimethylarsinous acid (DMA(III))[472]. Cytotoxic concentrations of trivalent arsenicals also cause DNA strand breaks and/or alkali-labile sites[472]. Methylated trivalent arsenicals can be genotoxic forms of arsenic via induction of chromosomal mutations[472]. MMA(III) and DMA(III) were the most potent clastogens (inducing chromosome damage) of the six arsenicals in human lymphocytes and the most potent mutagens of the six arsenicals at the Tk (+/-) locus in mouse lymphoma cells[472]. The dimethylated arsenicals were also spindle poisons, suggesting that they may be ultimate forms of arsenic that induce aneuploidy. These results show that both methylated As(V) compounds were less cytotoxic and genotoxic than As(V), whereas both methylated As(III) compounds were more cytotoxic and genotoxic than As(III)[472]. Thus, MMA(III) and DMA(III) exhibit genotoxic and clastogenic activity.

Yamanaka et al (1994) demonstrated that induction of lung-specific DNA damage by metabolically methylated arsenics via the production of free radicals[473]. These studies evaluated the genotoxic effect of metabolically methylated arsenics in mammals. Oral administration to mice of DMA, a major metabolite of inorganic arsenics, induced lung-specific DNA damage, i.e., DNA single-strand breaks and the clumping of heterochromatin[473]. The lung-specific strand breaks were

## Page: 167

Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC 100C p. 81
4.2 Genetic and related effects

Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from title and abstract

Cited in IARC

Kligerman AD, Doerr CL, Tennant AH, Harrington-Brock K, Allen JW, Winkfield E, Poorman-Allen P, Kundu B, Funasaka K, Roop BC, Mass MJ, DeMarini DM. Methylated trivalent arsenicals as candidate ultimate genotoxic forms of arsenic: induction of chromosomal mutations but not gene mutations. Environ Mol Mutagen. 2003;42(3):192-205. doi: 10.1002/em.10192. PMID: 14556226.

Number: 5     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from title and abstract

Cited in IARC

Yamanaka K & Okada S (1994). Induction of lung-specific DNA damage by metabolically methylated arsenics via the production of free radicals. *Environ Health Perspect*, 102: Suppl 337–40. doi:10.2307/3431760 PMID:7843134

Number: 6     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

caused by dimethylarsine, a further metabolite of DMAA. An in vitro experiment indicated that DNA single-strand breaks by dimethylarsine were suppressed by the presence of superoxide dismutase and catalase, suggesting that the strand breaks were induced via the production of free-radical species including active oxygens[473]. These free radical species can also lead to oxidative stress (key characteristic #5).

Arsenic induces gene damage in the lungs of mice and rats orally administered DMAA, a major metabolite of inorganic arsenics[474]. The arsenic-induced metabolite DMAA caused DNA strand breaks and DNA–protein crosslinks in cultured cells[474]. In an in vitro system of human alveolar type II (L-132) cells, exposure to 10 mM DMAA for 10 hours caused significant single-strand breaks in DNA (e.g., DNA adducts) of the L-132 cells[474].

Arsenite is a strong mutagen[475]. Arsenite induces mostly large deletion mutations when evaluated in an assay (AL cell assay) in which both intragenic and multilocus mutations are detectable[475]. Cotreatment of cells with the oxygen radical scavenger dimethyl sulfoxide significantly reduces the mutagenicity of arsenite. Thus, the carcinogenicity of arsenite can be explained at least in part by it being a mutagen that depends on reactive oxygen species for its activity[475]. Thus, aresenite (e.g., AsIII) stimulated large-deletion mutations in human/ hamster hybrid cells through a mechanism mediated by reactive oxygen species (oxidative stress, key characteristic #5)[475]. Methylated trivalent arsenicals act as genotoxic forms of arsenic via induction of chromosomal mutations[472]. Exposure to either form of inorganic arsenic, As(III) or As(V), can result in the formation of at least four organic metabolites: monomethylarsonic acid, MMA(III), dimethylarsinic acid, and DMA(III). MMA(III) and DMA(III) were the most potent clastogens of the six arsenicals in human lymphocytes and the most potent mutagens of the six arsenicals at the Tk(+/-) locus in mouse lymphoma cells[472]. The dimethylated arsenicals were also spindle poisons,

## Page: 168

T Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

T Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied (and slightly rephrased) from abstract

Cited in IARC

Tezuka, M., Hanioka, K., Yamanaka, K. & Okada, S. Gene damage induced in human
alveolar type II (L-132) cells by exposure to dimethylarsinic acid. *Biochem Biophys Res
Commun* **191**, 1178-1183, doi:10.1006/bbrc.1993.1341 (1993).

---

T Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract

Cited in abstract

Hei TK, Liu SX, Waldren C. Mutagenicity of arsenic in mammalian cells: role
of reactive oxygen species. Proc Natl Acad Sci U S A. 1998 Jul
7;95(14):8103-7. doi: 10.1073/pnas.95.14.8103. PMID: 9653147; PMCID:
PMC20936.

T Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract

Cited in IARC

Kligerman AD, Doerr CL, Tennant AH, Harrington-Brock K, Allen JW,
Winkfield E, Poorman-Allen P, Kundu B, Funasaka K, Roop BC, Mass MJ,
DeMarini DM. Methylated trivalent arsenicals as candidate ultimate
genotoxic forms of arsenic: induction of chromosomal mutations but not
gene mutations. Environ Mol Mutagen. 2003;42(3):192-205. doi: 10.1002/
em.10192. PMID: 14556226.

T Number: 5     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Comments from page 168 continued on next page

caused by dimethylarsine, a further metabolite of DMAA. An in vitro experiment indicated that DNA single-strand breaks by dimethylarsine were suppressed by the presence of superoxide dismutase and catalase, suggesting that the strand breaks were induced via the production of free-radical species including active oxygens[473]. These free radical species can also lead to oxidative stress (key characteristic #5).

Arsenic induces gene damage in the lungs of mice and rats orally administered DMAA, a major metabolite of inorganic arsenics[474]. The arsenic-induced metabolite DMAA caused DNA strand breaks and DNA–protein crosslinks in cultured cells[474]. In an in vitro system of human alveolar type II (L-132) cells, exposure to 10 mM DMAA for 10 hours caused significant single-strand breaks in DNA (e.g., DNA adducts) of the L-132 cells[474].

Arsenite is a strong mutagen[475]. Arsenite induces mostly large deletion mutations when evaluated in an assay (AL cell assay) in which both intragenic and multilocus mutations are detectable[475]. Cotreatment of cells with the oxygen radical scavenger dimethyl sulfoxide significantly reduces the mutagenicity of arsenite. Thus, the carcinogenicity of arsenite can be explained at least in part by it being a mutagen that depends on reactive oxygen species for its activity[475]. Thus, aresenite (e.g., AsIII) stimulated large-deletion mutations in human/ hamster hybrid cells through a mechanism mediated by reactive oxygen species (oxidative stress, key characteristic #5)[475]. Methylated trivalent arsenicals act as genotoxic forms of arsenic via induction of chromosomal mutations[472]. Exposure to either form of inorganic arsenic, As(III) or As(V), can result in the formation of at least four organic metabolites: monomethylarsonic acid, MMA(III), dimethylarsinic acid, and DMA(III). MMA(III) and DMA(III) were the most potent clastogens of the six arsenicals in human lymphocytes and the most potent mutagens of the six arsenicals at the Tk(+/-) locus in mouse lymphoma cells[472]. The dimethylated arsenicals were also spindle poisons,

suggesting that they may be ultimate forms of arsenic that induce aneuploidy[472]. The arsenicals were potent clastogens via reactive oxygen species[472]. In another study, sodium arsenite, sodium arsenate, MMA and DMA were evaluated for their relative mutagenic and clastogenic potentials[476]. The L5178Y/TK+/- mouse lymphoma assay allows the detection of chemicals inducing a broad spectrum of different types of genetic damage. Sodium arsenite and sodium arsenate were active at concentrations of 1-2 micrograms/ml and 10-14 micrograms/ml, respectively[476]. MMA was active between 2500-5000 micrograms/ml, while DMA required almost 10000 micrograms/ml to induce a genotoxic response[476]. All four of these arsenicals act by mechanisms that cause chromosomal mutations[476].

Inorganic and organic arsenic compounds induce chromosomal aberrations in cultured human fibroblasts[477]. For example, AsIII, MMAIII, and DMAIII can induce chromosomal aberrations *in vitro*. In a study by Oya-Ohta et al (1996) clastogenic effects of a variety of arsenic compounds were examined on cultured human fibroblasts. These included inorganic arsenicals (arsenite and arsenate), the major metabolites of inorganic arsenicals in human and experimental animals (MAA, DMAA, and TMAO), and water-soluble organoarsenic derivatives [2', 3'-dihydroxypropyl-5-deoxy-5-dimethylarsinoyl-beta-D-riboside (arsenosugar), arsenocholine, arsenobetaine and tetramethylarsonium iodide] found in marine organisms. Arsenic compounds induced mainly chromatid gaps and chromatid breaks[477]. The rank order of compounds in terms of clastogenic potency was arsenite > arsenate > DMAA > MAA > TMAO[477]. DMAA was very potent and caused chromosome pulverizations in most metaphases. Depletion of cellular glutathione (GSH) with L-buthionine-SR-sulfoximine (BSO), increased the incidence of chromosomal aberrations induced by arsenite, arsenate and MAA, and markedly suppressed the clastogenic effects of DMAA[477]. DMAA was highly clastogenic even in GSH-depleted cells when

169

# Page: 169

| T | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| T | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| T | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from abstract

Cited in IARC

Moore MM, Harrington-Brock K, Doerr CL. Relative genotoxic potency of arsenic and its methylated metabolites. Mutat Res. 1997 Jun;386(3):279-90. doi: 10.1016/s1383-5742(97)00003-3. PMID: 9219565.

| T | Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC 100C p. 81
4.2 Genetic and related effects

| T | Number: 5 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from abstract

Cited in IARC

Oya-Ohta Y, Kaise T, Ochi T. Induction of chromosomal aberrations in cultured human fibroblasts by inorganic and organic arsenic compounds and the different roles of glutathione in such induction. Mutat Res. 1996 Oct 25;357(1-2):123-9. doi: 10.1016/0027-5107(96)00092-9. PMID: 8876688.

the cells were incubated with DMAA in the presence of GSH. Thus, GSH might be involved in the expression of clastogenic actions of DMAA[477].

An analysis of micronuclei (MN) induced by AsIII in human fibroblasts shows that at lower (relatively non-toxic) doses, AsIII acts as an aneugen by interfering with spindle function and causing MN with centromeres, but at high (toxic) doses, it acts as a clastogen, inducing MN without centromeres[478]. Aneuploidy is observed after treatment with AsIII concentrations lower than those that cause chromosomal aberrations[478]. Aneuploidy was associated with the disruption of spindle tubulin and has been reported in other cells treated with arsenicals[479]. Arsenite inhibits mitotic division and perturbs spindle dynamics in HeLa S3 cells[479]. Arsenical compounds, known to be human carcinogens, induce cytogenetic alterations in a variety of cell systems[479]. Arsenite induced mitotic accumulation in human cell lines. HeLa S3 and KB cells were most susceptible: 35% of the total cell population was arrested at the mitotic stage after treatment with 5 µM sodium arsenite in HeLa S3 cells and after 10 µM in KB cells[479].

Humans exposed to high concentrations of inorganic arsenic in drinking-water also show increased MN in lymphocytes, exfoliated bladder epithelial cells and buccal mucosa cells, and sometimes chromosomal aberrations and sister chromatid exchange in whole-blood lymphocyte cultures[480]. MN and chromosomal aberrations are also induced in mice after intraperitoneal treatment with As$^{III}$ (IARC 2004).

The ability of arsenic to induce gene amplification may relate to its carcinogenic effects in humans since amplification of oncogenes is observed in many human tumors[481]. Gene amplification contributes to carcinogenesis by enhancing proto-oncogene activity and causing chromosomal instability[482]. Treatment of these cells with carcinogens prior to methotrexate (MTX) selection increased the frequency of MTX-resistant colonies, 67% of which exhibited

## Page: 170

---

Number: 1   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

---

Number: 2   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

IARC 100C p. 81-82

4.2 Genetic and related effects

---

Number: 3   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Copied from title and abstract

Cited in IARC

Huang, S. C. & Lee, T. C. Arsenite inhibits mitotic division and perturbs spindle dynamics in HeLa S3 cells. *Carcinogenesis* **19**, 889-896, doi:10.1093/carcin/19.5.889 (1998).

---

Number: 4   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

IARC 100C p. 82

4.2 Genetic and related effects

---

Number: 5   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Copied from abstract

Cited in IARC

Rossman, T. G. & Wolosin, D. Differential susceptibility to carcinogen-induced amplification of SV40 and dhfr sequences in SV40-transformed human keratinocytes. *Mol Carcinog* **6**, 203-213, doi:10.1002/mc.2940060306 (1992).

dihydrofolate reductase (dhfr) 1mplification[482]. The abilities of five carcinogens with different DNA-damaging activities (the DNA-damaging agents N-methyl-N-nitro-N-nitrosoguanidine, mitomycin C (MMC), ultraviolet light C, and X-rays and arsenite) to induce SV40 and dhfr amplification at concentrations that result in 50% clonal survival were compared. Arsenite, which did not induce SV40 amplification, was the best inducer of MTX resistance[482].

2ow dose exposure to sodium arsenite synergistically interacts with UV radiation to induce mutations and alter DNA repair in human cells[483]. As(III) enhanced UV mutagenesis in a more than additive fashion[483]. Taken together, these data suggest that pre-treatment of human cells with arsenic impairs the nucleotide excision repair pathway and leads to enhanced UV mutagenesis. 3o-mutagenesis may occur by interference with both nucleotide-excision repair and base-excision repair[483-487]. 4ucleotide-excision repair was blocked in human fibroblasts with the following potency: MMAI[II] > DMA[III] > As[III487]. AsIII affects DNA-damage signalling events that control DNA repair[488]. One of these is poly(ADP- ribose) polymerase (PARP)5[9,490]. PARP-1, the major PARP, is involved in base-excision repair by interacting with DNA-repair protein XRCC1, DNA polymerase β, and DNA ligase[III]. This may explain the inhibition of the ligation step of base-excision repair by As[III491]. MMAIII and DMA[III] are more effective PARP inhibitors than AsIII[492].Another important signal pathway affected by 6s[III] is that mediated by tumor-suppressor gene *Tp53*. As[III] was shown to prevent the activation of the P53 protein and the downstream expression of p21 after genotoxic insult[487,493,494]. Thus, As[III] can enhance the mutagenicity of other agents[483,485,495].

Thus, arsenic is genotoxic. As such, arsenic is carcinogenic in humans. **It is biologically plausible that aresenic causes cancer via key characteristic #2.**

## Page: 171

**T** Number: 1   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

**T** Number: 2   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Copied from title and abstract

Cited in IARC

Danaee H, Nelson HH, Liber H, Little JB, Kelsey KT. Low dose exposure to sodium arsenite synergistically interacts with UV radiation to induce mutations and alter DNA repair in human cells. Mutagenesis. 2004 Mar;19(2):143-8. doi: 10.1093/mutage/geh010. PMID: 14981161.

**T** Number: 3   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

IARC 100C p. 82
4.2 genetic and related effects

**T** Number: 4   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

**T** Number: 5   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

IARC 100C p. 82-83
4.2 Genetics and Related Effects

**T** Number: 6   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

*Key Characteristic #3: Arsenic alters DNA repair and induces genomic instability*

Arsenic induces genetic instability and apoptosis (key characteristic #10) in cultured Chinese hamster cells[496]. In these studies, 179-C13 Chinese hamster cells were treated with 10 µM sodium arsenite for 24 hours. Arsenic induced genetically unstable cells (e.g., micronucleated, multinucleated and mononucleated 'giant' cells), as well as apoptotic cells[496]. Indirect immunostaining using anti-beta-tubulin antibody showed severe alterations in spindle morphology after only 6 hours of treatment, when cells with small spindles whose poles were inside the metaphase plate appeared, and after 12 hours of treatment, when cells in which spindle assembly had completely failed were observed. These cells, unable to complete mitosis, underwent apoptosis[496]. In fact, cells which turned out to be positive in the TdT-FragEL test had condensed chromatin arranged in metaphase-like plates; their maximum frequency was reached after 24 hours of treatment. A cytogenetic study was conducted at the end of the period of exposure to arsenic and after post-treatment incubation in fresh medium for up to 5 days. It showed that the percentage of cells with 21 chromosomes (modal number of the cell line) decreased, generating aneuploid cells[496]. Arsenic, therefore, induced early genetic instability or apoptosis in dividing cells. However, while apoptosis tended to cease when arsenic was removed from the culture medium, the acquired genetic instability remained[496].

Follow-up studies by Sciandrello et al (2004) demonstrated that arsenic-induced DNA hypomethylation affects chromosomal instability in mammalian cells[497]. Arsenic-induced genetic instability persisted and was increased by highly unstable chromosomal rearrangements (e.g., dicentric chromosomes and telomeric associations). Interestingly, by immunostaining with anti-5-

Page: 172

---

T Number: 1      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from abstract

Cited in IARC

Sciandrello, G., Barbaro, R., Caradonna, F. & Barbata, G. Early induction of genetic instability and apoptosis by arsenic in cultured Chinese hamster cells. *Mutagenesis* **17**, 99-103, doi:10.1093/mutage/17.2.99 (2002).

---

T Number: 2      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

T Number: 3      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from abstract

Cited in IARC

Sciandrello, G., Barbaro, R., Caradonna, F. & Barbata, G. Early induction of genetic instability and apoptosis by arsenic in cultured Chinese hamster cells. *Mutagenesis* **17**, 99-103, doi:10.1093/mutage/17.2.99 (2004).

methylcytosine antibodies the genome-wide DNA hypomethylation, induced by arsenic immediately after the acute treatment, was found to affect those ASO clones characterized by aneuploidy and chromosomal rearrangements[497]. These findings demonstrate that short-term exposure to arsenic has long-term effects and suggest that genome-wide DNA hypomethylation enhances genetic instability[497].

Other studies have demonstrated that arsenic is able to impair DNA repair enzymes and alter the repair of UV-induced DNA damage[483]. Pre-treatment with As(III) specifically inhibited the repair of UV-induced pyrimidine dimer-related DNA damage[483]. Aberrations in cell proliferation, oxidative damage, and DNA-repair have been implicated in AsIII-mediated carcinogenicity[498]. Microarray analyses indicated that AsIII treatment decreased the expression of genes associated with DNA repair (e.g., p53 and Damage-specific DNA-binding protein)[498]. In addition to inhibiting particular proteins, AsIII (at slightly toxic concentrations) can down- regulate expression of some DNA repair genes[498-500]. Arsenic exposure is associated with decreased DNA repair in vitro and in individuals exposed to drinking water arsenic[499]. Thus, arsenic inhibits DNA repair[498].

**It is biologically plausible that arsenic causes cancer via key characteristic #3.**

*Key Characteristic #4: Arsenic induces epigenetic alterations*

Arsenic causes changes in gene expression, e.g., by DNA methylation changes[415,501,502]. Long term low-dose arsenic exposure can also induce loss of DNA methylation[415]. Arsenic can cause cancer through epigenetic mechanisms that modify DNA methylation patterns. The effect of submicromolar and low-micromolar concentrations of arsenite on the methylation status of

## Page: 173

Number: 1      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

Number: 2      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from abstract

Cited in IARC

Danaee, H., Nelson, H. H., Liber, H., Little, J. B. & Kelsey, K. T. Low dose exposure to sodium arsenite synergistically interacts with UV radiation to induce mutations and alter DNA repair in human cells. *Mutagenesis* **19**, 143-148, doi:10.1093/mutage/geh010 (2004).

---

Number: 3      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from title and abstract

Cited in IARC

Reichard, J. F., Schnekenburger, M. & Puga, A. Long term low-dose arsenic exposure induces loss of DNA methylation. *Biochem Biophys Res Commun* **352**, 188-192, doi:10.1016/j.bbrc.2006.11.001 (2007).

---

Number: 4      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

Number: 5      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

DNA was determined. Arsenic causes the depletion of S-adenosylmethionine, the main cellular methyl donor, and represses the expression of the DNA methyltransferase genes DNMT1 and DNMT3A. Thus, long-term exposure to arsenic can result in DNA hypomethylation[415].

Epigenetic effects of iAs(V) on DNA methylation patterns of p16INK4a and RASSF1A genes were determined by methylation-specific polymerase chain reaction. Changes of p16INK4a and RASSF1A at mRNA and protein levels were examined by reverse transcriptase-polymerase chain reaction and immunohistochemistry. Methylation rates appeared to be higher in a dose-related tendency in lung tumors from iAs(V)-exposed mice compared to the control. Lower or loss of p16INK4a and RASSF1A expression was found in lung tumors from iAs(V)-exposed mice, compared to that in nontumor lung tissues from both control and iAs(V)-exposed mice, and this reduced or lost expression was in accordance with hypermethylation of the genes. Epigenetic changes of tumor suppressor genes such as p16INK4a and RASSF1A are involved in the iAs(V)-induced lung carcinogenesis.

Alterations of DNA methylation, along with histone modification, were observed in cells treated with AsIII and MMAIII[503]. Epigenetic remodeling occurs during arsenical-induced malignant transformation[503]. Studies by Jensen et al 2008 evaluated the potential epigenetic component of arsenical action by assessing the histone acetylation state of 13000 human gene promoters in a cell line model of arsenical-mediated malignant transformation[503]. Changes in histone H3 acetylation occur during arsenical-induced malignant transformation that are linked to the expression state of the associated gene. DNA hypermethylation was detected in hypoacetylated promoters in the select cases analyzed. These epigenetic changes occurred frequently in the same promoters whether the selection was performed with arsenite (As(III)) or with

# Page: 174

| | | | |
|---|---|---|---|
| T Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| T Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| T Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| T Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from abstract

Cited in IARC

Cui X, Wakai T, Shirai Y *et al.* (2006). Chronic oral expo- sure to inorganic arsenate interferes with methylation status of p16INK4a and RASSF1A and induces lung cancer in A/J mice. *Toxicol Sci*, 91: 372–381. doi:10.1093/ toxsci/kfj159 PMID:16543296

| | | | |
|---|---|---|---|
| Author: | Subject: Sticky Note | Date: 10/6/2022 5:36:16 PM |

This paragraph is not cited

| | | | |
|---|---|---|---|
| T Number: 5 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| T Number: 6 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| T Number: 7 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC 100C p.82

| | | | |
|---|---|---|---|
| T Number: 8 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from abstract and title

Cited in IARC

Jensen, T. J., Novak, P., Eblin, K. E., Gandolfi, A. J. & Futscher, B. W. Epigenetic remodeling during arsenical-induced malignant transformation. *Carcinogenesis* **29**, 1500- 1508, doi:10.1093/carcin/bgn102 (2008).

| | | | |
|---|---|---|---|
| T Number: 9 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

monomethylarsonous acid. Taken together, these data suggest that arsenicals may participate in tumorigenesis by altering the epigenetic terrain of select genes[503].

Arsenic induces both loss of global DNA methylation and gene promoter DNA hypermethylation has suggested that epigenetic mechanisms may play an important role in As-induced carcinogenesis[504]. Arsenite alters global histone H3 methylation[504]. In human lung carcinoma A549 cells, exposure to inorganic trivalent arsenite increased H3K9 dimethylation (H3K9me2) and decreased H3K27 trimethylation (H3K27me3), both of which represent gene silencing marks, while increasing the global levels of the H3K4 trimethylation (H3K4me3), a gene-activating mark[504]. The increase in H3K9me2 was mediated by an increase in the histone methyltransferase G9a protein and messenger RNA levels[504]. Low-dose arsenite also induced significant histone modifications. Taken together, these results suggest a potential mechanism by which arsenic induces carcinogenesis through the alteration of specific histone methylations that represent both gene silencing and activating marks[504]. Furthermore, these marks are known to affect DNA methylation, and it is likely that arsenic's effect is not limited to histone modifications alone, but also to DNA methylations as well[504].

Global DNA hypomethylation, along with hypermethylation of specific genes, was demonstrated in several AsIII-transformed cells[416,505]. Oxidative damage to DNA causes changes in DNA methylation[506]. In addition to causing genetic changes, active oxygen species can lead to epigenetic alterations in DNA methylation, without changing the DNA base sequence. Such changes in DNA methylation patterns can strongly affect the regulation of expression of many genes[506]. Since arsenic can stimulate reactive oxygen species leading to epigenetic alterations,

# Page: 175

---

T Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

T Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract

Cited in IARC

Zhou, X., Sun, H., Ellen, T. P., Chen, H. & Costa, M. Arsenite alters global histone H3 methylation. *Carcinogenesis* **29**, 1831-1836, doi:10.1093/carcin/bgn063 (2008).

---

T Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

T Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

T Number: 5     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC 100C p. 82

AsIII may cause cancer. Changes in DNA methylation patterns could also result from altered SAM pools or downregulation of DNA methyltransferases[498].

Altered DNA methylation has also been observed in arsenic-exposed humans[102,507]. The degree of methylation of p53 and p16 gene in DNA obtained from blood samples of people chronically exposed to arsenic and skin cancer subjects was studied. Methylation-specific restriction endonuclease digestion followed by polymerase chain reaction (PCR) of gene p53 and bisulfite treatment followed by methylation-sensitive PCR of gene p16 have been carried out to analyze the methylation status of the samples studied. Significant DNA hypermethylation of promoter region of p53 gene was observed in DNA of arsenic-exposed people compared to control subjects[102]. Arsenic-induced hypermethylation showed a dose-response relationship[102]. Further, hypermethylation of p53 gene was also observed in arsenic-induced skin cancer patients compared to subjects having skin cancer unrelated to arsenic. However, a small subgroup of cases showed hypomethylation with high arsenic exposure[102]. Significant hypermethylation of gene p16 was also observed in cases of arsenicosis exposed to high level of arsenic. In humans, arsenic can alter DNA methylation patterns in gene p53 and p16, which are important in carcinogenesis[102].

**Thus, it is biologically plausible that arsenic causes cancer via key characteristic #4.**

*Key Characteristic #5: Arsenic induces oxidative stress*

As stated under the section of key characteristic #2 (genotoxicity), there is a strong association between arsenic exposure and DNA damage, oxidative stress, and tumor promotion[470]. There is significant crosstalk between the key characteristics in the mechanisms on how arsenic initiates and stimulates cancer. Arsenic treatment significantly increased oxidative stress levels (as indicated by catalase, malonyldialdehyde, superoxide dismutase, GSH and

## Page: 176

---

| T | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC 100C p. 82

---

| T | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC 100C p. 82
4.2 Genetic and related

---

| T | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from abstract

Cited in IARC

Chanda, S. *et al.* DNA hypermethylation of promoter of gene p53 and p16 in arsenic- exposed people with and without malignancy. *Toxicol Sci* **89**, 431-437, doi:10.1093/toxsci/kfj030 (2006).

---

| T | Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

---

| T | Number: 5 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

---

reactive oxygen species), and increased levels of inflammatory cytokines (key characteristic #6)[508]. Oxidative stress is involved in arsenic-induced genotoxicity (e.g., MN) in diploid human fibroblasts[478]. In this study, human fibroblasts were treated with 1.25-10 μM arsenite for 24 h (low dose and long exposure) and 5-80 μM for 4 h (high dose and short exposure), and the arsenite accumulation, cytotoxicity, and micronucleus (MN) induction were studied[478]. Arsenite induced micronucleus (MN) in human fibroblasts via oxidative stress[478].

Trivalent arsenicals induce oxidative stress including lipid peroxidation, protein carbonylation, and oxidative DNA damage in human urothelial cells[509]. AsIII and MMAIII are equally potent inducers of oxidative DNA damage in human urothelial cells, where they are equally toxic[509]. Drinking arsenic-contaminated water is associated with an increased risk of bladder cancer. Arsenate (iAs(V)), arsenite (iAs(III)), monomethylarsonous acid (MMA(III)), monomethylarsonic acid (MMA(V)), dimethylarsinous acid (DMA(III)), and dimethylarsinic acid (DMA(V)) have all been detected in the urine of people who drink arsenic-contaminated water. Induction of oxidative DNA damage was observed with 0.2 μM of iAs(III), MMA(III), or DMA(III) as early as 1h[509]. Because of its high oxidative damage, higher proportion in urine, and lower cytotoxicity, DMA(III) may be the most hazardous arsenical to human urothelial cells[509].

Oxidative stress to DNA is recognized as a mechanism underlying the carcinogenic effects of environmental agents[510]. DMA(V), an organic metabolite of inorganic arsenic in humans, increased lung tumors in mutant *Ogg*−/− mice (which cannot repair certain types of oxidative DNA damage)[510]. DMA(V) induced carcinogenic potential in a mouse line carrying a mutant Mmh allele of the Mmh/OGG1 gene encoding the enzyme 8-hydroxyguanine DNA glycosylase 1 (OGG1), which can lead to oxidative stress. Ogg1 mutant and wild type mice were treated with

177

## Page: 177

---

Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from abstract

Cited in IARC

Yih, L. H. & Lee, T. C. Effects of exposure protocols on induction of kinetochore-plus and -minus micronuclei by arsenite in diploid human fibroblasts. *Mutat Res* **440**, 75-82, doi:10.1016/s1383-5718(99)00008-x (1999).

---

Number: 2    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from title and abstract

Cited in IARC

Wang, T. C., Jan, K. Y., Wang, A. S. & Gurr, J. R. Trivalent arsenicals induce lipid peroxidation, protein carbonylation, and oxidative DNA damage in human urothelial cells. *Mutat Res* **615**, 75-86, doi:10.1016/j.mrfmmm.2006.10.003 (2007).

---

Number: 3    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

---

Number: 4    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

---

Number: 5    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from abstract

Cited In IARC

Kinoshita, A. *et al.* Carcinogenicity of dimethylarsinic acid in Ogg1-deficient mice. *Cancer Sci* **98**, 803-814, doi:10.1111/j.1349-7006.2007.00475.x (2007).

---

Number: 6    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

---

Comments from page 177 continued on next page

reactive oxygen species), and increased levels of inflammatory cytokines (key characteristic #6)[508]. Oxidative stress is involved in arsenic-induced genotoxicity (e.g., MN) in diploid human fibroblasts[478]. In this study, human fibroblasts were treated with 1.25-10 µM arsenite for 24 h (low dose and long exposure) and 5-80 µM for 4 h (high dose and short exposure), and the arsenite accumulation, cytotoxicity, and micronucleus (MN) induction were studied[478]. Arsenite induced micronucleus (MN) in human fibroblasts via oxidative stress[478].

Trivalent arsenicals induce oxidative stress including lipid peroxidation, protein carbonylation, and oxidative DNA damage in human urothelial cells[509]. AsIII and MMAIII are equally potent inducers of oxidative DNA damage in human urothelial cells, where they are equally toxic[509]. Drinking arsenic-contaminated water is associated with an increased risk of bladder cancer. Arsenate (iAs(V)), arsenite (iAs(III)), monomethylarsonous acid (MMA(III)), monomethylarsonic acid (MMA(V)), dimethylarsinous acid (DMA(III)), and dimethylarsinic acid (DMA(V)) have all been detected in the urine of people who drink arsenic-contaminated water. Induction of oxidative DNA damage was observed with 0.2 µM of iAs(III), MMA(III), or DMA(III) as early as 1h[509]. Because of its high oxidative damage, higher proportion in urine, and lower cytotoxicity, DMA(III) may be the most hazardous arsenical to human urothelial cells[509].

Oxidative stress to DNA is recognized as a mechanism underlying the carcinogenic effects of environmental agents[510]. DMA(V), an organic metabolite of inorganic arsenic in humans, increased lung tumors in mutant *Ogg−/−* mice (which cannot repair certain types of oxidative DNA damage)[510]. DMA(V) induced carcinogenic potential in a mouse line carrying a mutant Mmh allele of the Mmh/OGG1 gene encoding the enzyme 8-hydroxyguanine DNA glycosylase 1 (OGG1), which can lead to oxidative stress. *Ogg1* mutant and wild type mice were treated with

T Number: 7      Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

DMA(V) in their drinking water at a dose of 200 ppm for up to 72 weeks. All DMA(V)-treated Ogg1(-/-) animals developed tumors, with a tendency for lower total incidences in the Ogg1(+/+) cases. Specifically, lung tumors were induced in Ogg1(-/-) animals as compared to non-carcinogen controls[510]. Marked induction of Pola1, Cyp7b1, Ndfua3, Mmp13 and other genes specific to cell proliferation (key characteristic #10), cell signaling and xenobiotic metabolism in the lungs of DMA(V)-treated Ogg1(-/-) mice was found. Electron microscopic examination revealed the growth of microvilli, with increased numbers of mitochondria only in lungs and lung tumors of DMA(V)-exposed Ogg1(-/-) mice. Therefore, DMA(V) exerts carcinogenicity in the lungs of Ogg1(-/-) mutant mice via persistent accumulation of DNA oxidative adducts.

Inorganic arsenic compounds cause oxidative damage to DNA and proteins by inducing ROS and RNS generation in human keratinocytes[511]. Inorganic arsenic can accumulate in human skin and is associated with increased risk of skin cancer. Oxidative stress due to arsenic exposure is proposed as one potential mode of carcinogenic action. Ding et al (2005) investigated the specific reactive oxygen and nitrogen species that are responsible for the arsenic-induced oxidative damage to DNA and protein. Exposure of human keratinocytes to trivalent arsenite caused the generation of 8-hydroxyl-2'-deoxyguanine (8-OHdG) and 3-nitrotyrosine (3-NT) in a concentration- and time-dependent manner[511]. Pentavalent arsenate had similar effects, but to a significantly less extent. The observed oxidative damage can be suppressed by pre-treating cells with specific antioxidants[511]. Thus, oxidative stress plays a key role in arsenic-induced human skin carcinogenesis[511].

Other studies by Mizoi et al (2005) also demonstrated that tumor promotion (e.g., skin and lung tumors) due to DMA(V) administration is mediated by DMA(III) through the induction of

## Page: 178

| | | | |
|---|---|---|---|
| T Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| T Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| T Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| T Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| T Number: 5 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| T Number: 6 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from title and abstract

Not cited in IARC

Ding, W., Hudson, L. G. & Liu, K. J. Inorganic arsenic compounds cause oxidative damage to DNA and protein by inducing ROS and RNS generation in human keratinocytes. *Mol Cell Biochem* **279**, 105-112, doi:10.1007/s11010-005-8227-y (2005).

| | | | |
|---|---|---|---|
| T Number: 7 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| T Number: 8 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from title and abstract

Not cited in IARC

Mizoi, M. *et al.* The role of trivalent dimethylated arsenic in dimethylarsinic acid- promoted skin and lung tumorigenesis in mice: tumor-promoting action through the induction of oxidative stress. *Toxicol Lett* **158**, 87-94, doi:10.1016/j.toxlet.2005.03.009 (2005).

oxidative stress[512]. The relationship between lung- and skin-tumor promotion and oxidative stress was studied by the administration of dimethylarsinic acid (DMA(V)) in mice. The incidence of lung tumors induced by lung tumor initiator (4NQO) and DMA(V) were, as well as 8-oxo-2'-deoxyguanosine (8-oxodG), suppressed by cotreatment with (-) epigallocatechin gallate (EGCG)[512]. When mice were topically treated with trivalent dimethylated arsenic (DMA(III)), a further reductive metabolite of DMA(V), not only an increase in skin tumors but also an elevation of 8-oxodG in epidermis were observed[512].

To test the hypothesis that reactive oxygen species (ROS) may play a role in DMA carcinogenesis, Wei et al (2002) examined 2-hydroxy-2'-deoxyguanosine (8-OHdG) formation in urinary bladder[413]. As a molecular marker of oxidative stress, increased COX-2 expression was noted in 17 of 18 (94%) TCCs, 4 of 4 (100%) papillomas, and 39 of 47 (83%) PN hyperplasias[413]. In experiment 2, 8-OHdG formation in urinary bladder was significantly increased after treatment with 200 ppm DMA in the drinking water for 2 weeks compared with the controls. Thus, oxidative stress via generation of ROS exhibits an important role in the early stages of DMA carcinogenesis[413]. Microarray analyses indicated that AsIII treatment increased the expression of genes indicative of the cellular response to oxidative stress (e.g., Superoxide dismutase 1, NAD(P)H quinone oxidoreductase, and Serine/threonine kinase 25)[498].

**Thus, it is biologically plausible that arsenic is a human carcinogen via oxidative stress - key characteristic #5.**

*Key Characteristic #6: Arsenic induces chronic inflammation*

# Page: 179

| | | | |
|---|---|---|---|
| T Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| T Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from title and abstract

Cited in IARC

Wei M, Wanibuchi H, Morimura K *et al.* (2002). Carcinogenicity of dimethylarsinic acid in male F344 rats and genetic alterations in induced urinary bladder tumors. *Carcinogenesis*, 23: 1387–1397. doi:10.1093/ carcin/23.8.1387 PMID:12151359

Arsenic is a well-known human carcinogen because of its pro-inflammatory activity[513]. Low-level arsenic causes chronic inflammation and suppresses expression of phagocytic receptors[514]. Arsenic induced systemic inflammation results in upregulated levels of pro-inflammatory mediators like tumor necrosis factor-α (TNF-α); interleukins (ILs) like IL-6, IL-8, and IL-12; and C-reactive protein (CRP) in the sera and upregulated expression of protein kinase B phosphorylated at ser473 (pAKTser473)/nuclear factor-κB (NF-κB)/TNF-α axis in the leukocytes of exposed women with respect to control[514]. Low-dose arsenic exposure also altered the expression of phagocytic receptors-Fcγ receptors (FcγRs) and complement receptors (CRs) which normally act to protect the human body from tumor-promoting inflammation[514]. Arsenic induced overexpression of inflammatory cytokines based on the human urothelial cell model in vitro and urinary secretion of individuals chronically exposed to arsenic[515]. The concentrations of IL-8, TNF-α, and TGF-α expressed in the urine were significantly elevated in the high urinary arsenic workers compared with the low urinary arsenic workers[515].

Significant associations were demonstrated between arsenic exposure and increased airway inflammation[516]. Low-concentration exposure of arsenite through water intake could initiate and stimulate chronic inflammation in lungs followed by tumorigenesis[517]. Recent studies by Wang et al (2021) demonstrated that arsenic induces increased inflammation, fibrosis and capillary permeability in a lung injury rat model[518]. In this study, in an animal model of oral exposure to arsenic, capillary permeability was increased in the arsenic exposure groups, resulting in cell damage; this was accompanied by acute inflammation marked by significant neutrophil (a type of inflammatory cell) infiltration[518]. Meanwhile, obvious histopathological damage, including thickening of the lung epithelium, increased infiltration of inflammatory cells, rupture of the alveolar wall, and swelling of the mitochondria was observed by H&E staining and transmission

180

## Page: 180

---

T Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstact

Not cited in IARC

Prasad, P. & Sinha, D. Low-level arsenic causes chronic inflammation and suppresses expression of phagocytic receptors. *Environ Sci Pollut Res Int* **24**, 11708-11721, doi:10.1007/s11356-017-8744-8 (2017).

---

T Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from title and abstract

Cited in IARC

Liu, S. *et al.* Arsenic induced overexpression of inflammatory cytokines based on the human urothelial cell model in vitro and urinary secretion of individuals chronically exposed to arsenic. *Chem Res Toxicol* **27**, 1934-1942, doi:10.1021/tx5002783 (2014).

---

T Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from title and abstract

Not Cited in IARC

Wang, W., Zheng, F. & Zhang, A. Arsenic-induced lung inflammation and fibrosis in a rat model: Contribution of the HMGB1/RAGE, PI3K/AKT, and TGF-beta1/SMAD pathways. *Toxicol Appl Pharmacol* **432**, 115757, doi:10.1016/j.taap.2021.115757 (2021).

---

T Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

T Number: 5     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

electron microscopy[518]. Furthermore, the results confirmed that the expressions of pro-inflammatory molecules HMGB1, RAGE, PI3K, p-AKT, IL-1β, IL-18, and MMP-9 were increased in the lungs from the arsenic-exposed groups compared to the control group[518]. Masson's staining results also revealed arsenic-induced fibrosis and collagen deposition. Moreover, a significant increase in key fibrosis factors, including TGF-β1, p-SMAD2, p-SMAD3, and SMAD4 was observed in the lungs[518]. Thus, this study demonstrates that sub-chronic arsenic exposure triggers a pro-inflammatory response and fibrosis in rat lung tissue related to activation of the pro-inflammatory-related HMGB1/RAGE pathway and initiation of the PI3K/AKT and TGF-β1/SMAD pathways[518]. Numerous other studies report increased inflammation after AsIII exposure[519]. The transcription factor NF-κB is involved in the inflammatory response, and AsIII causes oxidant-dependent activation of NF-κB[520]. Activation of the NF-κB inflammatory signaling pathway was seen in infants born to AsIII-exposed mothers in Bangladesh[521]. Hypomethylation of inflammatory genes (COX2, EGR1, and SOCS3) and increased urinary 8-nitroguanine occurred in arsenic-exposed newborns and children[522].

Arsenic is used as a gold-standard to test anti-cancer and anti-inflammatory agents designed to block inflammation[523]. Arsenic stimulates the production of pro-inflammatory cytokines such as IL-6, IL-8 and TNFα as well as activation of pro-inflammatory factors AKT and STAT3[523]. Arsenic also promotes activation of the inflammasome via an increase of the pro-inflammatory cytokines IL-1β/IL-18[524]. Arsenic induces continuous inflammation and regulates Th1/Th2/Th17/Treg balance in the liver and kidney in vivo[525]. Arsenic induced an increased expression of inflammatory indicators (IL-1β, IL-12, and TNF-α) and IL-1β in the and in the kidney were demonstrated in these experiments[525]. Arsenite stimulates IL-6 secretion, STAT3 signaling, and miR-21 expression, processes involved in the pro-metastatic process EMT and

## Page: 181

| T | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| T | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from abstract and title

Not cited in IARC

Duan, X. *et al.* Arsenic Induces Continuous Inflammation and Regulates Th1/Th2/Th17/Treg Balance in Liver and Kidney In Vivo. *Mediators Inflamm* **2022**, 8414047, doi:10.1155/2022/8414047 (2022).

malignant transformation of human bronchial epithelial cells[526]. Thus, inflammation is a key mechanism of arsenic-induced cancers[526].

**It is biologically plausible that NDMA is a human carcinogen via chronic inflammation - key characteristic #6.**

*Key Characteristic #7: Arsenic induces immunosuppression*

Arsenic is immunotoxic[527]. Arsenic can have many damaging effects on the immune system, including decreasing immune surveillance and increasing the rate of infection, autoimmune disease, cancer and other immune-mediated health issues. Individuals exposed to arsenic showed induction of oxidative stress, inflammation, and impaired lymphocytes activation[527]. The effect of arsenic on T cells is mainly attributed to altered expression of key immune regulator molecules impaired T cell functions, cytokines production, induction of apoptosis, and oxidative stress induction in T cells[527]. Arsenic is immunosuppressive by disrupting normal mechanisms which protect the human body via the immune system[527].

Arsenic also induces immunosuppression in mice[508,528]. In these studies, arsenic exposure increased the relative frequency of the CD8+(Tc) cell subpopulation (from 2.8 to 18.9%) and decreased the frequency of CD4+(Th) cells (from 5.2 to 2.7%)[508]. Arsenic exposure also significantly decreased the frequency of T(CD3) (from 32.5% to 19.2%) and B(CD19) cells (from 55.1 to 32.5%). Thus, arsenic is immunotoxic[508]. Studies by Jamal et al (2020) studied the effects of acute arsenic exposure on the thymus and spleen in Swiss albino mice exposed to 5 ppm, 15 ppm and 300 ppm of sodium arsenite for 7 d[528]. Arsenic treatment induced debilitating alterations in the tissue architecture of thymus and spleen (tissues important in the immune system). Arsenic

## Page: 182

---

T Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract

Cited in IARC

Haque R, Chaudhary A, Sadaf N. Immunomodulatory Role of Arsenic in Regulatory T Cells. Endocr Metab Immune Disord Drug Targets. 2017;17(3):176-181. doi: 10.2174/1871530317666170818114454. PMID: 28820073.

---

T Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract

Not cited in IARC

Yu NH, Pei H, Huang YP, Li YF. (-)-Epigallocatechin-3-Gallate Inhibits Arsenic-Induced Inflammation and Apoptosis through Suppression of Oxidative Stress in Mice. Cell Physiol Biochem. 2017;41(5):1788-1800. doi: 10.1159/000471911. Epub 2017 Apr 3. PMID: 28365685.

---

T Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract

Not cited in IARC

Jamal Z, Das J, Ghosh S, Gupta A, Chattopadhyay S, Chatterji U. Arsenic-induced immunomodulatory effects disorient the survival-death interface by stabilizing the Hsp90/Beclin1 interaction. Chemosphere. 2020 Jan;238:124647. doi: 10.1016/j.chemosphere.2019.124647. Epub 2019 Aug 22. PMID: 31466007.

induced a dose-dependent decrease in the ratio of CD4[+]-CD8[+] T-cells, which was observed along with a pro-inflammatory response and redox imbalance[528]. Arsenic can result in apoptotic cell death in the lymphoid organs via ROS generation (oxidative stress). Thus, there is crosstalk between arsenic-induced immunosuppression and the other key characteristics of carcinogens[528].

**Thus, it is biologically plausible that arsenic causes cancer via immunosuppression, key characteristic #7.**

*Key Characteristic #9: Arsenic induces immortalization*

Molecular events are associated with arsenic-induced malignant transformation of human prostatic epithelial cells such as aberrant genomic DNA methylation and K-ras oncogene activation[505]. Chronic arsenic exposure of the non-tumorigenic, human prostate epithelial cell line, RWPE-1, to low levels of (5 microM) sodium arsenite for 29 weeks resulted in malignant transformation and produced the tumorigenic CAsE-PE cell line[505]. Genomic DNA methylation was significantly reduced in CAsE-PE cells. A time course experiment showed that during malignant transformation DNA methyltransferase activity was markedly reduced by arsenic[505]. Microarray screening showed that K-ras was highly overexpressed in CAsE-PE cells. Ras activation is a critical event in prostate cancer progression. Time course experiments also showed that increased K-ras expression preceded malignant transformation[505]. Thus, inorganic arsenic-induced transformation in human cells is associated with genomic DNA hypomethylation and K-ras overexpression[505]. Arsenic induces transformation of human bronchial epithelial cells[523].

A trivalent dimethylarsenic compound, dimethylarsine iodide (DMI), induces cellular transformation, aneuploidy, centrosome abnormality and multipolar spindle formation in Syrian

# Page: 183

| T | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| T | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from abstract and title

Cited in IARC

Benbrahim-Tallaa L, Waterland RA, Styblo M, Achanzar WE, Webber MM, Waalkes MP. Molecular events associated with arsenic-induced malignant transformation of human prostatic epithelial cells: aberrant genomic DNA methylation and K-ras oncogene activation. Toxicol Appl Pharmacol. 2005 Aug 15;206(3):288-98. doi: 10.1016/j.taap.2004.11.017. Epub 2005 Jan 18. PMID: 16039940.

| T | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from title and abstract

Cited from IARc

Ochi T, Suzuki T, Barrett JC, Tsutsui T. A trivalent dimethylarsenic compound, dimethylarsine iodide, induces cellular transformation, aneuploidy, centrosome abnormality and multipolar spindle formation in Syrian hamster embryo cells. Toxicology. 2004 Oct 15;203(1-3):155-63. doi: 10.1016/j.tox.2004.06.006. PMID: 15363591.

hamster embryo cells[529]. Treatment with DMI at concentrations from 0.1 to 1.0 microM induced morphological transformation in SHE cells. The transforming activity of DMI was quantified by the frequency of morphologically transformed colonies[529]. Flow cytometry suggested an increase in the aneuploid population caused by DMI, as shown by the appearance of hypo-2N, hypo-4N and hypo-8N. DMI also caused abnormal staining of gamma-tubulin, indicating loss of centrosome integrity and a resultant induction of multipolar spindles in mitotic cells. The results suggest the importance of centrosome abnormalities as a causal change of DMI-induced aneuploidy[529]. These findings indicate that DMI has transforming activity in SHE cells[529].

Long-term low-dose treatment of human osteosarcoma cells with AsIII resulted in delayed mutagenesis and transformation in human osteosarcoma cells as a secondary effect of genomic instability[530]. Low concentrations of arsenite transform human osteosarcoma TE85 (HOS) cells to anchorage-independence[530]. In a spontaneous mutagenesis assay, arsenite was able to cause a delayed increase in mutagenesis at extremely low concentrations in a dose-dependent manner. Active metabolites such as monomethylarsonous acid (MMA(III)) can lead to delayed mutagenesis and transformation in these cells[530]. When the assay was repeated with MMA(III), there was no significant increase in mutagenesis or transformation, suggesting that arsenite-induced delayed mutagenesis and transformation are not caused by arsenite's metabolites, but by arsenite itself. These results suggested that long-term exposure to low concentrations of arsenite may affect signaling pathways that result in a progressive genomic instability[530].

Studies on aberrant gene expression were associated with arsenic-induced malignant transformation in rat liver TRL1215 cells[501]. Chronic arsenic exposure of rat liver epithelial TRL1215 cells induced malignant transformation in a concentration-dependent manner[501]. To

# Page: 184

| T | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| T | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC 100C p. 82
4.2 genetic and related effects

| T | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from abstract

Cited in IARC

Mure K, Uddin AN, Lopez LC, Styblo M, Rossman TG. Arsenite induces delayed mutagenesis and transformation in human osteosarcoma cells at extremely low concentrations. Environ Mol Mutagen. 2003;41(5):322-31. doi: 10.1002/em.10164. PMID: 12802802.

| T | Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from abstract

Cited in the IARC

Liu J, Benbrahim-Tallaa L, Qian X, Yu L, Xie Y, Boos J, Qu W, Waalkes MP. Further studies on aberrant gene expression associated with arsenic-induced malignant transformation in rat liver TRL1215 cells. Toxicol Appl Pharmacol. 2006 Nov 1;216(3):407-15. doi: 10.1016/j.taap.2006.06.006. Epub 2006 Jun 20. PMID: 16876216.

further define the molecular events of these arsenic-transformed cells (termed CAsE cells), gene expressions associated with arsenic carcinogenesis or influenced by methylation were examined. Real-time RT-PCR showed that at carcinogenic concentrations (500 nM, and to a less extent 250 nM of arsenite), the expressions of alpha-fetoprotein (AFP), Wilm's tumor protein-1 (WT-1), c-jun, c-myc, H-ras, c-met and hepatocyte growth factor, heme oxygenase-1, superoxide dismutase-1, glutathione-S-transferase-pi and metallothionein-1 (MT) were increased between 3 to 12-fold[501]. Taken together, an intricate variety of gene expression changes occur in arsenic-induced malignant transformation of liver cells including oncogene activation and alterations in expression of genes critical to growth regulation[501].

Arsenic transforms keratinocytes to promote tumorsphere formation and invasiveness of arsenic-transformed HaCaT keratinocytes (As-HaCaT)[531]. Unlike keratinocytes not exposed to arsenic (HaCaT cells), arsenic-transformed HaCaT keratinocytes cause tumors in mice[531]. Arsenic can also target cancer stem cells[532], which are important for cell immortalization. Tumor v-Ha-ras levels were 3-fold higher with arsenic plus 12-O-tetradecanoyl phorbol-13-acetate (TPA) than TPA alone, and v-Ha-ras was overexpressed early on in arsenic-treated fetal skin[532]. CD34, considered a marker for both KSCs and skin cancer stem cells, and Rac1, a key gene stimulating KSC self-renewal, were both were elevated in arsenic-treated fetal skin[532]. Arsenic also induces the transformation of human bronchial epithelial cells via pro-inflammatory cytokines (interleukin-6 (IL-6), interleukin-8 (IL-8), and interleukin-1β (IL-1β)) and HIF-2α-mediated inflammation[533]. Arsenite-transformed cells secrete exosomes to enhance inflammation via miR-155, IL-6, and IL-8 were over-expressed in the serum of arsenite exposure group[534]. Thus, chronic inflammation is associated to arsenic (e.g., MMA(III))-induced cell transformation and may act as a promoting factor in tumor progression in a bladder cancer model[535]. Arsenic induces sustained

# Page: 185

| | | | |
|---|---|---|---|
| T Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| T Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from abstract

Cited in Abstract

Waalkes MP, Keefer LK, Diwan BA (2000). Induction of proliferative lesions of the uterus, testes, and liver in swiss mice given repeated injections of sodium arsenate possible estrogenic mode of action. *Toxicol Appl Pharmacol*, 166: 24–35. doi:10.1006/taap.2000.8963 PMID:10873715

production of pro-inflammatory cytokines like IL-1, IL-6, IL-8 and TNF which is coincident with the appearance of characteristics associated with arsenic-induced cell transformation[535].

**Thus, it is biologically plausible that arsenic causes cancer via key characteristic #9.**

*Key Characteristic #10: arsenic alters cell proliferation, cell death, and nutrient supply*

*Proliferation*

Microarray analyses indicated that AsIII treatment modulated the expression of certain transcripts associated with increased cell proliferation (e.g., Cyclin G1, Protein kinase C delta), oncogenes, and genes associated with cellular transformation (e.g., Gro-1 and V-yes)[498]. These observations correlated with measurements of cell proliferation and mitotic measurements as AsIII treatment resulted in a dose-dependent increase in cellular mitoses at 24 h and an increase in cell proliferation at 48 h of exposure[498].

Low concentrations of AsIII in the absence of a second agent can also stimulate cell proliferation *in vitro*[493,536-539] and *in vivo*[540-542]. The concentration-dependent increase in proliferation of human keratinocytes after 24 hours of treatment with arsenicals followed the potency trend: DMA[III] > MMA[III] > As[III543]. As[III] upregulates pro-growth proteins such as cyclin D1, c-myc, and E2F-1[493,537,544]. The increased proliferation in mouse skin by As[III] alone (in drinking-water) is not sufficient to induce skin cancer[541], but may contribute to its co-carcinogenesis with solar ultraviolet. As[III] was found to block the differentiation of skin cells, resulting in increased numbers of keratinocyte stem cells, the cells that proliferate[532,545]. Because tumors may arise from stem cells, this would increase the pool of target cells for cancer of the skin.

*Apoptosis*

## Page: 186

---

| T | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from abstract

Cited in IARC

Hamadeh HK, Trouba KJ, Amin RP, Afshari CA, Germolec D. Coordination of altered DNA repair and damage pathways in arsenite-exposed keratinocytes. Toxicol Sci. 2002 Oct;69(2):306-16. doi: 10.1093/toxsci/69.2.306. PMID: 12377979.

---

| T | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC 100C p. 83
4.3 Co-carcinogenic and in utero carcinogenic effects

Arsenic induces apoptosis (cell death)[546]. Arsenic stimulates apoptosis (caspase-3 and Bax expression, and reduced Bcl-2 expression) via increased proinflammatory cytokine (tumor necrosis factor-α and interleukin-1β) levels[547]. Arsenic-related carcinogenesis may also result from resistance to apoptosis. Long-term growth of human skin cells (HaCaT) in the presence of low concentrations of AsIII resulted in cells with a generalized resistance to apoptosis[548]. This may allow the survival of cells with DNA damage, thus facilitating tumorigenesis. Even short-term exposure to AsIII affected the apoptotic response to solar UV in a mouse keratinocyte cell line[486] or to UVB in normal human keratinocytes[549]. It is possible that the loss of the P53 function partially mediates the reduction in apoptotic response[549]. Thus, arsenic modulates apoptosis.

*Angiogenesis*

Angiogenesis, which provides a blood supply to developing tumors[1], is stimulated by very low concentrations of AsIII[519,550]. This activity can be blocked by selenium compounds[550], which also blocks AsIII-induced co-carcinogenesis with UV and delays mutagenesis[551]. Low level arsenic promotes progressive inflammatory angiogenesis and liver blood vessel remodeling in mice[519]. The vascular effects of arsenic in drinking water are global health concerns contributing to human disease worldwide. Arsenic targets the endothelial cells lining blood vessels, and endothelial cell activation or dysfunction may underlie the pathogenesis of both arsenic-induced vascular diseases and arsenic-enhanced tumorigenesis[519]. Arsenic promoted endothelial cell dysfunction and pathologic vascular remodeling. Increased angiogenesis, neovascularization, and inflammatory cell infiltration were observed in Matrigel plugs implanted in C57BL/6 mice following 5-week exposures to 5-500 ppb arsenic[519]. Neovascularization and angiogenic gene expression were investigated following chronic arsenic exposure in mice. Therefore, functional in vivo effects of

## Page: 187

---

T Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC 100C p. 83

4.3 Co-carcinogenic and in utero carcinogenic effects

---

T Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC 100C p. 84

4.3 Co-Carcinogenic and in utero carcinogenic effects

---

T Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from title and Abstract

Cited in the IARC

Straub AC, Stolz DB, Vin H, Ross MA, Soucy NV, Klei LR, Barchowsky A. Low level arsenic promotes progressive inflammatory angiogenesis and liver blood vessel remodeling in mice. Toxicol Appl Pharmacol. 2007 Aug 1;222(3):327-36. doi: 10.1016/j.taap.2006.10.011. Epub 2006 Oct 24. PMID: 17123562; PMCID: PMC2084367.

arsenic on endothelial cell function and vessel remodeling in an endogenous vascular bed were investigated in the liver. Sinusoidal expression of PECAM-1 and laminin-1 proteins, a hallmark of capillarization, was also increased by 2 weeks of exposure[519]. The data demonstrate that the liver vasculature is an early target of pathogenic arsenic effects and that the mouse liver vasculature is a sensitive model for investigating vascular health effects of arsenic[519].

**Thus, it is biologically plausible that arsenic causes cancer via key characteristic #10.**

Thus, arsenic can act as a tumor promoter via stimulating these 3 processes: cell proliferation, cell death, and the vascular supply (angiogenesis) that provides oxygen and other nutrients to growing tumors.

**It is biologically plausible that arsenic acts as a tumor promoter via cell proliferation, cell death, and the angiogenesis (vascular supply of nutrients) -key characteristic #10.**

**As a result, arsenic is a potent and very toxic carcinogen which exhibits 7 out of the 10 key characteristics of carcinogens. Arsenic can act as a tumor-initiator and tumor promoter via these 7 key characteristics.**

Given the indisputable compelling scientific evidence of carcinogenic activity in animals, evidence in human cell and tissue, substantial evidence of genotoxicity, and considerable knowledge on the many biologically plausible mechanisms of carcinogenicity of arsenic, ***arsenic can clearly cause cancer in animals and humans.***

**Hexavalent Chromium (Chromium VI)**

Page: 188

T Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Hexavalent chromium, also called Chromium (VI), 1 the second most stable oxidation state of chromium. Rarely occurring naturally, most chromium (VI) compounds are manufactured (products or by-products). Chromium (VI) can be reduced to the more stable chromium (III) in the presence of reducing agents (e.g., iron) or oxidizable organic matter (OSHA 2006)[421]. 2 Hexavalent chromium (Cr(VI)) is a potent human mutagen and carcinogen[552,553]. 3 Cr(VI) is a genotoxic carcinogen for which inhalation is a major potential route of exposure in occupational settings[554]. 4 Compounds containing Cr(VI) were classified as Group I human carcinogens in 1990 by the International Agency for Research on Cancer (IARC). They received this classification particularly because compounds containing Cr(VI) are 5 known to induce human lung cancers[555]. 6 The capability of chromium to cause cancers has been known for more than a century, and numerous epidemiological studies have been performed to determine its carcinogenicity[553].

7 Cr(VI)-containing compounds, present in industrial settings and in the environment, are well-established as carcinogens and mutagens[556]. Cr(VI) is recognized as a human carcinogen via inhalation, based on elevated rates of lung cancer among occupationally exposed workers in certain industries. There are well-characterized increases in cancer associated with inhalation exposure to Cr(VI)[557].

Cr(VI)-containing compounds are customarily classified as soluble or insoluble in water. Examples of water-soluble Cr(VI) compounds are sodium chromate (873 g/L at 30 °C) and potassium chromate (629 g/L at 20 °C). Water-insoluble Cr(VI) compounds include barium chromate (2.6 mg/L at 20 °C), and lead chromate (0.17 mg/L at 20 °C). Compounds with solubilities in the middle of this range are not easily classified, and technical-grade compounds,

# Page: 189

---

T | Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC Monographs 100C-9 p. 147
1.2 Chemical and Physical Properties of the Agents

---

T | Number: 2    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from Abstract

Not cited in IARC Monograph 100-9

Xia, B. *et al.* Effect of hexavalent chromium on histone biotinylation in human bronchial epithelial cells. *Toxicol Lett* **228**, 241-247, doi:10.1016/j.toxlet.2014.05.010 (2014).

---

T | Number: 3    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from Abstract

Not cited in IARC Monograph

Hodges NJ, Adám B, Lee AJ, Cross HJ, Chipman JK. Induction of DNA-strand breaks in human peripheral blood lymphocytes and A549 lung cells by sodium dichromate: association with 8-oxo-2-deoxyguanosine formation and inter-individual variability. Mutagenesis. 2001 Nov;16(6):467-74. doi: 10.1093/mutage/16.6.467. PMID: 11682636.

---

T | Number: 4    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

---

T | Number: 5    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from Abstract

Not Cited in IARC Monograph

Zhang, Y., Zheng, P., Su, Z., Hu, G. & Jia, G. Perspectives of Genetic Damage and Epigenetic Alterations by Hexavalent Chromium: Time Evolution Based on a Bibliometric Analysis. *Chem Res Toxicol* **34**, 684-694, doi:10.1021/acs.chemrestox.0c00415 (2021).

---

T | Number: 6    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from Abstract

Not Cited in IARC Monograph

Xia, B. *et al.* Effect of hexavalent chromium on histone biotinylation in human bronchial epithelial cells. *Toxicol Lett* **228**, 241-247, doi:10.1016/j.toxlet.2014.05.010 (2014).

---

T | Number: 7    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

---

# Comments from page 189 continued on next page

Hexavalent chromium, also called Chromium (VI), is the second most stable oxidation state of chromium. Rarely occurring naturally, most chromium (VI) compounds are manufactured (products or by-products). Chromium (VI) can be reduced to the more stable chromium (III) in the presence of reducing agents (e.g., iron) or oxidizable organic matter (OSHA 2006)[421]. Hexavalent chromium (Cr(VI)) is a potent human mutagen and carcinogen[552,553]. Cr(VI) is a genotoxic carcinogen for which inhalation is a major potential route of exposure in occupational settings[554]. Compounds containing Cr(VI) were classified as Group I human carcinogens in 1990 by the International Agency for Research on Cancer (IARC). They received this classification particularly because compounds containing Cr(VI) are known to induce human lung cancers[555]. The capability of chromium to cause cancers has been known for more than a century, and numerous epidemiological studies have been performed to determine its carcinogenicity[553].

Cr(VI)-containing compounds, present in industrial settings and in the environment, are well-established as carcinogens and mutagens[556]. Cr(VI) is recognized as a human carcinogen via inhalation, based on elevated rates of lung cancer among occupationally exposed workers in certain industries. There are well-characterized increases in cancer associated with inhalation exposure to Cr(VI)[557].

Cr(VI)-containing compounds are customarily classified as soluble or insoluble in water. Examples of water-soluble Cr(VI) compounds are sodium chromate (873 g/L at 30 °C) and potassium chromate (629 g/L at 20 °C). Water-insoluble Cr(VI) compounds include barium chromate (2.6 mg/L at 20 °C), and lead chromate (0.17 mg/L at 20 °C). Compounds with solubilities in the middle of this range are not easily classified, and technical-grade compounds,

Copied from Abstract

Not in IARC Monograph

Marouani, N. *et al.* Mechanisms of chromium hexavalent-induced apoptosis in rat testes. *Toxicol Ind Health* **33**, 97-106, doi:10.1177/0748233715600333 (2017).

---

**T** Number: 8      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

IARC Monographs 100C-9 p. 147
1.2 Chemical and Physical Properties of the Agents

---

**T** Number: 9      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

1uch as the various zinc chromates, can have a wide range of solubilities (IARC 1990). In the United States of America, the Occupational Safety and Health Administration (OSHA) has divided Cr(VI) compounds and mixtures into the following three categories: water-insoluble (solubility < 0.01 g/L), slightly soluble (solubility 0.01 g/L–500 g/L), and, highly water-soluble (solubility ≥ 500 g/L) (OSHA 2006).

2rVI compounds are used widely in applications that include: pigment for textile dyes (e.g., ammonium dichromate, potassium chromate, sodium chromate); paints, inks, and plastics (e.g., lead chromate, zinc chromate, barium chromate, calcium chromate, potassium dichromate, sodium chromate); corrosion inhibitors (chromic trioxide, zinc chromate, barium chromate, calcium chromate, sodium chromate, strontium chromate); wood preservatives (chromium trioxide); metal finishing and chrome plating (chromium trioxide, strontium chromate), and leather tanning (ammonium dichromate).

**Occupational Exposure to Chromium (VI)**

The main routes of occupational exposure to Cr(VI) are a) the inhalation of dusts, mists or fumes containing chromium, and b) dermal contact with chromium-containing products.

**Cancer in Experimental Animals**

4r(VI) compounds have been tested for carcinogenicity by several routes in several animal species and strains (IARC 1990). A5 lifetime oral study of Cr(VI) in animals yielded a statistically significant increase in stomach tumors in animals exposed to Cr(VI) compared to controls[557]. 6.lso, co-exposure to Cr(VI) in drinking water and ultraviolet light caused skin tumors in mice[557].

## Page: 190

---

**T** Number: 1      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

**T** Number: 2      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

IARC Monographs 100C-9 p. 150
1.3 Use of the agents

---

💬 Number: 3      Author:      Subject: Sticky Note      Date: 10/6/2022 5:36:16 PM

1.4.1 Natural occurrence section of the IARC is omitted

---

**T** Number: 4      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

IARC Monographs 100C-9 p. 156
3. Cancer in Experimental Animals

---

**T** Number: 5      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from abstract

Cited in the IARC Monograph

KEY OMISSION: "The ONLY lifetime oral study...."

Sedman, R. M. *et al.* Review of the evidence regarding the carcinogenicity of hexavalent chromium in drinking water. *J Environ Sci Health C Environ Carcinog Ecotoxicol Rev* **24**, 155-182, doi:10.1080/10590500600614337 (2006).

---

**T** Number: 6      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Exposure to chromium(VI) compounds (calcium chromate, chromium trioxide, or sodium dichromate) via inhalation or intratracheal or intrabronchial implantation caused benign and/or malignant lung tumors in rats and/or mice (NTP- 15th Edition, Report on Carcinogens). Intrabronchial implantation of zinc chromate or strontium chromate also caused bronchial tumors in rats, and inhalation exposure to chromium trioxide caused benign nasal tumors in mice. In addition, cancer at the injection site was observed in rats following administration of chromium compounds (calcium chromate, lead chromate, basic lead chromate, zinc chromate, or strontium chromate) by intrapleural, subcutaneous, or intramuscular injection and in mice following intramuscular injection of calcium chromate (IARC 1980, 1990). IARC (1990) concluded that there was sufficient evidence in experimental animals for the carcinogenicity of calcium chromate, lead chromates, strontium chromate, and zinc chromates and limited evidence for the carcinogenicity of chromium trioxide and sodium dichromate.

*Calcium Chromate*

Calcium chromate induced lung tumors in mice (males and females combined) when given by inhalation[558] and local tumors when given by intramuscular administration[559]. In rats it caused lung tumors (adenoma, squamous cell carcinoma, or adenocarcinoma) when given by intratracheal administration or intrabronchial administration, bronchial (carcinomas or squamous cell carcinomas) when administered by intrabronchial administration, and local tumors in rats treated by intrapleural or intramuscular administration[560-565].

In studies by Roe et al (1969), 25 male rats received 20 once-weekly injections of calcium chromate vs 16 control rats which received vehicle[565]. The study ended after 63 weeks when the

Page: 191

---

| T | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from Cancer Studies in Experimental Animals section p. 1

Cited in IARC Monograph

NTP (2005). NTP 11th Report on Carcinogens

https://ntp.niehs.nih.gov/ntp/roc/content/profiles/chromiumhexavalentcompounds.pdf

---

| T | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC Monographs 100C-9 p. 156
3. Cancer in Experimental Animals

surviving animals were euthanized. Calcium chromate induced spindle cell and pleomorphic cell sarcomas at the site of injection in 18 of 24 test rats (75%)[565]. The first tumor appeared 203 days after the beginning of the study and the mean period of induction was 323 days. These tumors were locally invasive. In contrast, no tumors developed in control rats[565]. These studies in 1969 by Roe et al confirmed that calcium chromate is a potent carcinogen[565]. The authors concluded this is at least one of the carcinogens responsible for the "well-documented cancer-hazard associated with the chromate-producing industry."[565]

The administration of calcium chromate in mice and sodium dichromate in rats by inhalation caused lung cancer. Calcium chromate and sodium dichromate administered by intratracheal instillation caused lung cancer in rats. Intratracheal administration of calcium chromate, zinc chromate, and strontium chromate caused lung cancer in rats. Several chromium compounds by repository injection (calcium chromate, lead chromate, zinc chromate, strontium chromate) caused local sarcomas. Oral administration of sodium dichromate to rats and mice caused cancer of the oral cavity and of the gastrointestinal tract. Potassium chromate given orally, although not given alone, enhanced UV-induced skin carcinogenesis, indicating tumor systemic effects.

*Lead Chromate*

Lead chromate (and its derived pigments), administered by subcutaneous injection or intramuscular injection cause malignant tumors at the site of injection and renal tumors in rats[566,567]. Furst et al (1976) studied lead chromate was investigated for its carcinogenic potential in both rats and mice[567]. Results show that this compound is a very potent carcinogen in rats. 64% of the animals treated developed malignant tumors at the injection site[567]. Three renal carcinomas

# Page: 192

---

Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC Monographs 100C-9 p. 157

3.2 Synthesis

---

Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC Monographs 100C-9 p. 156

3. Cancer in Experimental Animals

---

Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from Abstract

Furst A, Schlauder M, Sasmore DP. Tumorigenic activity of lead chromate. Cancer Res. 1976 May;36(5):1779-83. PMID: 1268834.

As cited in the IARC Monograph

KEY OMISSION: "Since lead powder is a comparatively weak carcinogen in rats, whether given p.o. or i.m., it is suggested that the combination of lead and chromium (also weak carcinogen) accounts for the high carcinogenic activity of lead chromate in rats."

were also found after treatment with lead chromate. The combination of lead and chromium resulted in the high carcinogenic activity of lead chromate in rats[567]. Additionally, subcutaneous administration of basic lead chromate caused local sarcomas in rats[566]. In rats, zinc chromates caused bronchial carcinomas when administered by intrabronchial implantation, and local tumors when given intrapleurally, subcutaneously or intramuscularly[560,562]. Strontium chromate also caused bronchial carcinomas (intrabronchial implantation administration), and local sarcomas (intrapleural and intramuscular administration) in rats[560,562].

*Sodium dichromate dihydrate*

The National Toxicology Program performed toxicology and carcinogenesis studies of sodium dichromate dihydrate (Cas No. 7789-12-0) in F344/N rats and B6C3F1 mice (drinking water studies)[568]. Under the conditions of these 2-year drinking water studies, there was clear evidence of carcinogenic activity of sodium dichromate dihydrate in male and female F344/N rats based on increased incidences of squamous cell neoplasms of the oral cavity[568]. In mice, sodium dichromate dihydrate significantly increased tumors (adenomas or carcinomas) of the small intestine (duodenum, jejunum, or ileum) in the two-highest dose groups of males (85.7 and 257.4 mg/L) and females (172 and 516 mg/L). Dose–response relationships were observed in both sexes (NTP 2008). There was clear evidence of carcinogenic activity of sodium dichromate dihydrate in male and female B6C3F1 mice based on increased incidences of neoplasms of the small intestine (duodenum, jejunum, or ileum)[568]. Exposure to sodium dichromate dihydrate resulted in histiocytic cellular infiltration in the liver, small intestine, and pancreatic and mesenteric lymph nodes of rats and mice, and diffuse epithelial hyperplasia in the small intestine of male and female mice[568].

# Page: 193

---

[T] Number: 1        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

---

[T] Number: 2        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

IARC Monographs 100C-9 p. 156
3. Cancer in Experimental Animals

---

[T] Number: 3        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

---

[T] Number: 4        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

Copied from the conclusion p. 8-9

Cited in the IARC Monograph

National Toxicology, P. Toxicology and carcinogenesis studies of sodium dichromate dihydrate (Cas No. 7789-12-0) in F344/N rats and B6C3F1 mice (drinking water studies). *Natl Toxicol Program Tech Rep Ser*, 1-192 (2008).

---

[T] Number: 5        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

IARC Monographs 100C-9 p. 157
3.1.1 Sodium dichromate dihydrate

---

[T] Number: 6        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

Copied from Conclusion p. 9

Cited in IARC Monograph

National Toxicology, P. Toxicology and carcinogenesis studies of sodium dichromate dihydrate (Cas No. 7789-12-0) in F344/N rats and B6C3F1 mice (drinking water studies). *Natl Toxicol Program Tech Rep Ser*, 1-192 (2008).

Sodium dichromate (when given by inhalation or intratracheal administration) caused lung tumors (benign and malignant) in rats[561,569]. In studies by Steinhoff et al (1986), solutions of sodium dichromate were administered to Sprague Dawley rats by intratracheal instillations over a period of 30 months[561]. Dosage was 0.01, 0.05 or 0.25 mg/kg, five times a week, or 0.05, 0.25 or 1.25 mg/kg once a week. Each group consisted of 40 male and 40 female rats. Groups left untreated or given saline served as negative controls. The main determinant of effect was the concentration of chromate instilled. Fourteen rats given 1.25 mg/kg sodium dichromate developed a total of 20 lung tumors (12 benign, 8 malignant). One rat given 0.25 mg/kg once a week had a malignant tumor. A comparable solution of calcium chromate, which was tested at the two highest dose levels, had virtually the same effect.

Studies by Glaser et al used inhalation chambers for male Wistar rats of the strain TNO-W74 to continuously exposed to submicron aerosols of sodium dichromate and to a pyrolyzed Cr(VI)/Cr(III) (3:2) oxide mixture[569]. The sodium dichromate (Na2Cr2O7) aerosol had the chromium concentrations of 25, 50 and 100 micrograms/m3, the chromium oxide mixture (Cr5O12) had the chromium concentration of 100 micrograms/m3. After 18 months of inhalation the rats were held under conventional conditions for a further year. The experimental groups consisted of 20 rats and the control group of 40 rats. Three primary lung tumors (2 adenomas and 1 adenocarcinoma) and 1 malign tumor of the pharynx were found at the highest Cr-concentration (100 micrograms/m3) of the sodium dichromate aerosol, 1 primary adenoma of the lung was in the chromium oxide mixture group exposed also to a Cr-concentration of 100 micrograms/m3. No primary lung tumors were observed in the other experimental and control groups. These results demonstrated a carcinogenic risk from occupational relevant chromium air levels[569].

# Page: 194

---

T Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from the Abstract

Cited in IARC Monograph

Steinhoff, D., Gad, S. C., Hatfield, G. K. & Mohr, U. Carcinogenicity study with sodium dichromate in rats. *Exp Pathol* **30**, 129-141, doi:10.1016/s0232-1513(86)80085-8 (1986).

---

T Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

T Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from Abstract

Cited in IARC Monograph

Glaser, U., Hochrainer, D., Kloppel, H. & Oldiges, H. Carcinogenicity of sodium dichromate and chromium (VI/III) oxide aerosols inhaled by male Wistar rats. *Toxicology* **42**, 219-232, doi:10.1016/0300-483x(86)90011-9 (1986)

Missing..."However, results have to be confirmed with larger animal populations"

---

T Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

*Chromium Trioxide*

When tested as a mist by inhalation, chromium trioxide caused nasal papillomas in mice[570]. Local tumors were observed in rats exposed to chromium trioxide[564]. A low incidence of lung adenocarcinomas was induced after inhalation of chromium trioxide, and lung tumors were observed in rats exposed by intrabronchial administration[560,571]. Studies by Adachi et al 1986 determined the effect on the respiratory system of long-term inhalation of chromic acid in mice for 12 months (30 minutes/day, 2 days/week). After 12 months' exposure, the mice were kept for 6 months without exposure[571]. In the lung, development of benign adenoma was observed in 1 mouse in the 6- to 9-months' exposure group, in 3 mice in the 10- to 14-months' exposure group and in 1 mouse in the group examined after 15 to 18 months[571]. Furthermore, adenocarcinomas were found in 2 mice, one of which died at 17 months and the other was sacrificed 18 months after initiation of exposure[571]. In conclusion, the finding that adenomas and adenocarcinomas were observed in mice exposed to chromic acid mist suggested to the authors "the need to give careful attention to the possibility of respiratory cancers in chromium electroplating workers"[571].

*Potassium chromate*

Exposure to chromium (VI) in the drinking water increases susceptibility to UV-induced skin tumors in hairless mice[572]. While lung carcinogenicity has been well documented for occupational exposure via inhalation, Davidson et al studied the carcinogenic hazard of drinking water exposure to Cr (VI). Mice were exposed to UV alone, various concentration of potassium chromate alone (given in the drinking-water), and UV together with various concentrations of potassium chromate. There was a total absence of observable skin tumors in untreated mice and in mice exposed to chromate alone. However, chromate treatment significantly increased the multiplicity of UV-

# Page: 195

---

T Number: 1      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from Abstract

Cited in IARC Monograph

Adachi, S., Yoshimura, H., Katayama, H. & Takemoto, K. [Effects of chromium compounds on the respiratory system. Part 4. Long-term inhalation of chromic acid mist in electroplating to ICR female mice]. *Sangyo Igaku* **28**, 283-287, doi:10.1539/joh1959.28.283 (1986)

---

T Number: 2      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from Abstract

Cited in IARC Monograph

Davidson, T. *et al.* Exposure to chromium (VI) in the drinking water increases susceptibility to UV-induced skin tumors in hairless mice. *Toxicol Appl Pharmacol* **196**, 431-437, doi:10.1016/j.taap.2004.01.006 (2004).

---

T Number: 3      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

T Number: 4      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

T Number: 5      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

T Number: 6      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

induced skin tumors, and the multiplicity of malignant UV-induced skin tumos[572]. There was a dose-dependent increase in the number of skin tumors greater than 2 mm in mice exposed to K(2)CrO(4) and UV compared with mice exposed to UV alone. These results support the concern that regulatory agencies have relative to the carcinogenic health hazards of widespread human exposure to Cr (VI) in drinking water. Similar results were found in male and female hairless mice[573]. Dietary chromium and nickel enhance UV-carcinogenesis in the skin of hairless mice[573]. The skin cancer enhancing effect of chromium (in male mice) and nickel in UVR-irradiated female Skh1 mice was investigated by Uddon et al (2007). The mice were exposed to UVR (1.0 kJ/m(2) 3 x weekly) for 26 weeks either alone, or combined with 2.5 or 5.0 ppm potassium chromate, or with 20, 100 or 500 ppm nickel chloride in drinking water. Both chromium and nickel significantly increased the UVR-induced skin cancer yield in mice[573]. The analysis of skin indicated that UV treatment increased the level of chromium in the exposed skin[572].

**Scientific Agencies**

**The International Agency for Research on Cancer (IARC) -2012**

Cr(VI) compounds are *carcinogenic to humans (Group 1)*.

There is *sufficient evidence* in humans for the carcinogenicity of Cr(VI) compounds. Cr(VI) compounds cause cancer of the lung. Also, positive associations have been observed between exposure to Cr(VI) compounds and cancer of the nose and nasal sinuses. IARC concluded that there was sufficient evidence in humans for the carcinogenicity of chromium(VI) compounds as encountered in the chromate-production, chromate-pigment-production, and chromium-plating industries (IARC 1973, 1979, 1990).

## Page: 196

| | | | |
|---|---|---|---|
| T Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| T Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| T Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| T Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from abstract

Cited in IARC Monograph

Uddin, A. N. *et al.* Dietary chromium and nickel enhance UV-carcinogenesis in skin of hairless mice. *Toxicol Appl Pharmacol* **221**, 329-338, doi:10.1016/j.taap.2007.03.030 (2007).

| | | | |
|---|---|---|---|
| T Number: 5 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC Monographs 100C-9 p. 164
5. Evaluation

| | | | |
|---|---|---|---|
| T Number: 6 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from Cancer Studies in Humans p. 1

Cited in IARC Monograph

https://ntp.niehs.nih.gov/ntp/roc/content/profiles/chromiumhexavalentcompounds.pdf

There is *sufficient evidence* in experimental animals for the carcinogenicity of Cr(VI) compounds.

IARC (1990) concluded that there was sufficient evidence in humans for the carcinogenicity of chromium(VI) compounds based on the combined results of epidemiological studies, cancer studies in experimental animals, and evidence that chromium(VI) ions generated at critical sites in the target cells were responsible for the carci- nogenic action observed.

**National Toxicology Program (NTP)**

According to NTP, hexavalent chromium is known to be a human carcinogen. Chromium hexavalent (VI) compounds are *known to be human carcinogens* based on sufficient evidence of carcinogenicity from studies in humans. Hexavalent chromium is an established human carcinogen in certain occupational settings as a result of inhalation exposure.

The National Toxicology Program has conducted two-year cancer studies of sodium dichromate in rats and mice. Sodium dichromate administered in the drinking water caused cancer of the oral cavity (squamous-cell carcinoma of the oral mucosa) in rats and increased the combined incidence of benign and malignant tumors (adenoma and carcinoma) of the small intestine (duodenum, jeju- num, or ileum) in mice (NTP 2008).

**US EPA**

EPA has concluded that hexavalent chromium should be classified as a human carcinogen. Animal studies have shown chromium (VI) to cause lung tumors via inhalation exposure. EPA has classified chromium (VI) as a Group A, known human carcinogen by the inhalation route of exposure.

# Page: 197

---

**T** Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC Monographs 100C-9 p. 164
5. Evaluation

---

**T** Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from Cancer Studies in Humans p. 1

Cited in IARC Monograph

https://ntp.niehs.nih.gov/ntp/roc/content/profiles/chromiumhexavalentcompounds.pdf

---

**T** Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from Carcinogenicity section p. 1

Cited in IARC Monograph

https://ntp.niehs.nih.gov/ntp/roc/content/profiles/chromiumhexavalentcompounds.pdf

---

**T** Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from Cancer Studies in Experimental Animals section p. 1

Cited in IARC Monograph

https://ntp.niehs.nih.gov/ntp/roc/content/profiles/chromiumhexavalentcompounds.pdf

---

**T** Number: 5     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from Chromium VI p. 4

Not Cited in IARC

https://www.epa.gov/sites/default/files/2016-09/documents/chromium-compounds.pdf

---

**T** Number: 6     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

*Absorption, distribution, metabolism, and excretion*

In humans, the absorption, retention, and elimination of chromium compounds after exposure by inhalation depend on the solubility and particle size of the particular compound inhaled. The retention may range from several hours to weeks. Inhaled chromium (VI) is readily absorbed from the respiratory tract. The degree of absorption depends on the physical and chemical properties of the particles (size, solubility), and the extent of reduction of the hexavalent form to chromium (III), which is absorbed to a much lesser extent[421]. Thus, after intratracheal instillation in rats, 53–85% of chromium (VI) compounds with a particle size < 5 μm are absorbed into the bloodstream, with higher absorption rates in case of more soluble compounds; the rest remains in the lungs. The same factors mentioned above apply to absorption from the gastrointestinal tract, although absorption by this route is generally much less compared with that in the respiratory tract.

In humans and rodents, absorbed chromium (VI) is distributed in nearly all tissues, with the highest concentrations found in the kidney, liver, and bone[421]. Studies conducted by the NTP in male rats and female mice orally exposed to chromium (VI) for 2 years showed dose-related and time-dependent increases in total chromium concentrations in red cells, plasma, and in several organs. The total chromium content of the red cells was higher than that of plasma. The concentration of total chromium in the forestomach was found to be markedly higher in mice than in rats (NTP 2008).

Within the cell, chromium (VI) is reduced stepwise to chromium (III), giving rise to reactive intermediates as well as DNA and protein adducts. In blood, chromium (VI) is taken up into red blood cells, is reduced, and then bound to proteins. After exposure by inhalation, excretion occurs predominantly via the urine. Due to the low absorption of chromium compounds from the

198

# Page: 198

---

🅣 Number: 1   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

IARC Monograph 100C p. 161

IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, No. 100C.
IARC Working Group on the Evaluation of Carcinogenic Risks to Humans.
Lyon (FR): International Agency for Research on Cancer; 2012.

---

🅣 Number: 2   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

gastrointestinal tract, the major pathway of elimination after oral exposure is through the feces (ATSDR, 2008b).

**Epidemiology**

Cancer mortality is higher in Cr(VI)-contaminated areas[574]. Many studies and case reports dating over the past century raised suspicions that workers in various industries with exposure to chromium compounds, including chromate production, production of chromate pigments and chromium plating may be at risk of developing various cancers (IARC 1990). Accordingly, in the mid-20th century, cohort studies were undertaken in these occupations and industries with potential exposure to chromium compounds, such as ferrochromium or stainless steel production, welding, leather tanning, and some others. By the 1980s considerable evidence had accumulated on cancer risks of chromium-exposed workers, and leading to the identification of Cr(VI) compounds as a human carcinogen (IARC 1990).

The strongest evidence presented at the time was relevant to associations between Cr(VI) compounds and lung cancer. There was less consistent evidence of effects on gastrointestinal sites, mainly stomach, and some reports of excess risks at several other organs, such as the pancreas, prostate and bladder. In addition, there were some case reports and small clusters of nasal or sinonasal cavity cancers in workers exposed to Cr(VI). Epidemiological studies in various geographical locations have consistently reported increased risks of lung cancer among workers

# Page: 199

---

**T** Number: 1      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

**T** Number: 2      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM
IARC Monographs 100C-9 p. 153
2.1 Introduction

---

**T** Number: 3      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

**T** Number: 4      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM
IARC Monographs 100C-9 p. 147
1.2 Chemical and Physical Properties of the Agents

---

**T** Number: 5      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM
Copied from Cancer Studies in Humans p. 1

Cited in IARC Monograph 100C-9

https://ntp.niehs.nih.gov/ntp/roc/content/profiles/chromiumhexavalentcompounds.pdf

engaged in chromate production, chromate pigment production, and chromium plating (NTP, Report on Carcinogens, 15th Edition). Exposure to specific chromium compounds varies by industry. Chromate-production workers are exposed to a variety of chromium compounds, including hexavalent (VI) and trivalent (III) compounds. Chromate-pigment workers are exposed to chromates in the pigment and to soluble chromium(VI) compounds used in pigment production. Chrome platers are exposed to soluble chromium(VI) compounds and possibly to nickel. Ferro-chromium workers are exposed mainly to chromium(III) compounds and possibly to chromium(VI) compounds. Epidemiological studies of stainless-steel welders exposed to chromium(VI) compounds also found an increased risk of lung cancer; In addition, epidemiological studies of chromate production workers, chromate pigment workers, and chrome platers found an increased risk of a rare cancer of the sinonasal cavity (NTP, Report on Carcinogens, 15th Edition).

**Stomach cancer**

Studies by Beaumont et al (2008) reported on the cancer mortality in a Chinese population exposed to Cr(VI) in drinking water in 9 study regions near a ferrochromium factory[575]. Stomach cancer mortality in the regions with Cr(VI) contaminated water was more substantially elevated in comparison with the regions without contaminated water (1.82; 1.11-2.91) and the whole province (1.69; 1.12-2.44). Lung cancer mortality was slightly elevated in comparison with the unexposed study regions (1.15; 0.62-2.07), and more strongly elevated in comparison with the whole province (1.78; 1.03-2.87). Thus, these studies are consistent with increased stomach cancer risk in a population exposed to Cr(VI) in drinking water.

# Page: 200

| | | | |
|---|---|---|---|
| T Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| T Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| T Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from Abstract

Cited in IARC 100C-9

Beaumont, J. J. *et al.* Cancer mortality in a Chinese population exposed to hexavalent chromium in drinking water. *Epidemiology* **19**, 12-23, doi:10.1097/EDE.0b013e31815cea4c (2008).

| | | | |
|---|---|---|---|
| T Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| T Number: 5 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Cr(VI) in drinking water revealed a statistically significant increase in stomach tumors in humans[557]. Moreover, a meta-analysis of occupational studies also revealed a statistically significant increase in stomach cancers. The increases in stomach tumors in both human and animal studies, along with the toxicokinetic, genotoxic, and mechanistic data, suggest that oral exposure to hexavalent chromium leads to a carcinogenic risk[557].

There have been at least 50 epidemiological studies that could be informative about cancer risks related to Cr(VI)[421]. Only a minority of the studies contain documented measurements of Cr(VI) exposure, particularly measurements that pertain to the era of exposure of the workforce that was investigated. Cohort studies in industries in which workers were highly likely to have been exposed at relatively high levels. This included workers in chromate production, chromate pigment production, and chromium electroplating.

Most of the informative evidence comes from industry-based cohort studies, some of which have been complemented by nested case–control analyses. One of the main limitations of industry-based cohort studies is the usual absence of information on smoking and other potential confounders aside from age, sex, and race. Except for some case-control studies of nasal cancer, the cohort studies provide informative results.

A study by Sorahan et al (1987) investigated the mortality experienced by a cohort of 2689 nickel/chromium platers between 1946 and 1983[576]. All members of the study cohort had some period of employment during which they were exposed to Cr(VI). Overall, compared with the general population of England and Wales, statistically significant differences relating to cancer were found for cancer of the stomach, cancer of the nose and nasal sinus, and cancers of the

# Page: 201

---

T Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

---

T Number: 2    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from Abstract

Cited in IARC 100C-9

Sedman, R. M. *et al.* Review of the evidence regarding the carcinogenicity of hexavalent chromium in drinking water. *J Environ Sci Health C Environ Carcinog Ecotoxicol Rev* **24**, 155-182, doi:10.1080/10590500600614337 (2006).

---

T Number: 3    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM
IARC 100C p . 153
Section 2.1 Introduction

Missing, " Many of the
studies have given rise to multiple reports; sometimes these simply represent follow-up updates, but often the different reports also present different types of analyses of subgroups or of case–control analyses within a cohort." Between these two sentences

---

T Number: 4    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM
Missing between this and the following sentence, " It was therefore necessary to select and present the evidence according to the availability of relevant exposure information. The studies were triaged into the following categories."

---

T Number: 5    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

---

T Number: 6    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

---

T Number: 7    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from abstract

Cited in IARC 100C

Sorahan, T., Burges, D. C. & Waterhouse, J. A. A mortality study of nickel/chromium platers. *Br J Ind Med* **44**, 250-258, doi:10.1136/oem.44.4.250 (1987).

lung.bronchus[576]. Chrome bath workers are the more heavily exposed workers, and a striking difference in SMRs was found for lung cancer among men first employed as chrome bath workers and men first employed as other chrome workers. Significant positive associations were found for cancers of the lung and bronchus and duration of chrome bath work[576].

### Cancer of the lung

Certain particulate Cr(VI) compounds are well-documented human respiratory carcinogens that release genotoxic soluble chromate and are associated with fibrosis, fibrosarcomas, adenocarcinomas, and squamous cell carcinomas of the lung[577].

Almost all of the studies of the relative risk estimates for cancer of the lung from exposure to hexavalent chromium are greater than 1.0[421]. Among chromate production workers, essentially all studies showed excess risks of lung cancer, except for a few estimates of risks for US workers hired since exposures were lowered[578]. Studies by Luippold et al (2005) reported on low-level hexavalent chromium exposure and rate of mortality among US chromate production employees, but these latter analyses had few subjects and low power[578]. Similarly, studies of chromate pigment production workers tended to show elevated risks of lung cancer in nearly all the cohorts and subcohorts reported, though not every relative risk estimate was statistically significant. Also, among chromium electroplating workers, there was a clear pattern of excess risks in most cohorts.

A few of the cohort studies collected high-quality smoking histories and incorporated these into nested case–control analyses; these tended to show elevated risks independent of smoking. Several other studies had collected partial or representative smoking frequencies among their workers, and

202

# Page: 202

---

T Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Wording changed slightly here "Significant positive associations were found ONLY for cancer of lung and bronchus."

---

T Number: 2    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from abstract

Not Cited in IARC 100C

Beaver, L. M. *et al.* Lung inflammation, injury, and proliferative response after repetitive particulate hexavalent chromium exposure. *Environ Health Perspect* **117**, 1896-1902, doi:10.1289/ehp.0900715 (2009

---

T Number: 3    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC 100C-9 p . 154
Section 2.2 Cancer of the Lung

---

T Number: 4    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Missing..."Workers in other industries who may have had somewhat lower levels of chromium (VI) exposure than those in the previously mentioned industries had a less convincing set of relative risk estimate, though nearly all were above 1.0 (p.154).

---

T Number: 5    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

For most of these studies, the main results were unlikely to have been meaningfully confounded by smoking patterns in the workers.

A meta-analysis estimated an overall standardized mortality ratio (SMR) of 1.41 (95%CI: 1.35–1.47) for lung cancer among 47 studies of workers with possible Cr(VI) exposure[579]. These results show that exposure to Cr(VI) increases the risks of lung cancer. Because there seemed to be increased risks in diverse industries involving exposure to a variety of Cr(VI) compounds of varying solubilities, this observation suggested a general carcinogenic effect of Cr(VI). While workers in chromate production were likely to have been exposed to mixtures of sodium, potassium, calcium, and ammonium chromates and dichromates, the highest and most consistent excess risks were observed in those cohorts exposed to chromium (VI).

The large majority of informative cohort studies indicate that there is an excess risk of lung cancer among workers exposed to Cr(VI), particularly in chromate production, chromate pigment production, and chromium electroplating.

*Cancer of the nose and nasal sinus*

Cancer of the nose and nasal sinus is extremely rare: incidence is roughly 1% the incidence of lung cancer. Most cohorts of workers exposed to Cr(VI) do not report on of the incidence of nose and nasal sinus cancers. However, there are some case reports, cohort studies and case–control studies that suggest a possible excess of cancer of the nose and nasal sinus among workers exposed to Cr(VI).

There have been three informative case–control studies on nasal and nasal sinus cancer. Two of these studies showed some indications of excess risk among workers with possible exposure to

# Page: 203

**T** Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

**T** Number: 2    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM
IARC 100C p. 154-155
Section 2.2 Cancer of the Lung

Missing, " The working group noted that because of the great difficulty in establishing equivalencies between different studies in terms of the types and levels of exposures to chromium (VI) the summary estimates are difficult to interpret. Further it appears that some of the stuyd populations in that meta analysis overlapped with each other, (p.154-155)"

**T** Number: 3    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

**T** Number: 4    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

**T** Number: 5    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM
missing prelude that few epi studies provide results relating to specific chromium (VI) exposure

**T** Number: 6    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

**T** Number: 7    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM
IARC 100C-9 p. 156
Section 2.5 Synthesis

Missing, "little evidence of exposure to chromium (VI) causes stomach or other cancers (p. 156)".

**T** Number: 8    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM
IARC 100C-9 p. 155
Section 2.3 Cancer of the nose and nasal sinus

**T** Number: 9    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM
This is taken a little out of context as this paragraph continues with, "However, this evidence is susceptible to publication and reporting bias because many of these cohort studies did not report on nasal cancers, and it is not clear now to evaluate the significance of the case reports (p. 156)."

**T** Number: 10    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM
IARC 100C-9 p. 155
Section 2.3. Cancer of the nose and nasal sinus

Cr(VI) compounds, but one study reported no excess risks for workers exposed to Cr(VI)[10]. Thus, these studies suggest an association between the effect of Cr(VI) on nasal and nasal sinus cancers.

Case reports since the 1960s have reported 12 including Enterline et al 1974[581]) cases of nasal or nasal sinus cancer among chromate workers. Without any indication of person-years at risk, it was difficult to infer whether this represents an excess[421].

*Cancer of the stomach*

There is some evidence of an association between exposure to Cr(VI) and cancer of the stomach. Studies by Beaumont et al 2008 also supports an elevated risk of stomach cancer in which drinking-water was heavily polluted by a ferrochromium plant[575]. In 1987, investigators in Liaoning Province, China, reported that mortality rates for all cancer, stomach cancer, and lung cancer in 1970-1978 were higher in villages with Cr(VI)-contaminated drinking water than in the general population[575]. Stomach cancer mortality in the regions with contaminated water was more substantially elevated in comparison with the regions without contaminated water (1.82; 1.11-2.91) and the whole province (1.69; 1.12-2.44)[575].

## 10 Key Characteristics of Carcinogens

*Hexavalent Chromium exhibits 8 of the 10 key characteristics of carcinogens: it is genotoxic, alters DNA repair or cause genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply.*

# Page: 204

---

**T** Number: 1   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

---

**T** Number: 2   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

also missing key context, "the epidemiological evidence remains suggestive but inconclusive regaring the effect of Cr(VI) on nasal and nasal sinus cancer (p. 155)."

---

**T** Number: 3   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

---

**T** Number: 4   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

IARC 100C-9 p . 155
Section 2.4 Cancer of the stomach

The exact sentence in IARC reads , "There is LITTLE evidence..." not SOME (p. 155)

---

**T** Number: 5   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Missing the section on concern for hazards relating to ingestion of Cr(VI) in drinking water and this study is a reanalysis if a previous study. IARC continues to say ,"However, one single ecological study does not constitute rigorous evidence of an association between exposure to Cr(VI) and cancer of the stomach." (p. 155-156)

---

**T** Number: 6   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Copied from Abstract

Not cited in IARC 100C

Beaumont, J. J. *et al.* Cancer mortality in a Chinese population exposed to hexavalent chromium in drinking water. *Epidemiology* **19**, 12-23, doi:10.1097/EDE.0b013e31815cea4c (2008).

---

**T** Number: 7   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

*Key Characteristic #2: Hexavalent Chromium induces genotoxicity*

Cr(VI) exhibits genotoxic properties that include ternary adduct formation with DNA, increases in DNA damage (mostly by double-strand break formation) and altered transcriptional responses[582]. Chromium (VI), but not chromium (III) compounds, have been shown to exert genotoxicity both *in vivo* and *in vitro*. Lymphocytes of workers exposed to dusts of Cr(VI) compounds showed elevated frequencies of DNA strand breaks, sister chromatid exchange, and micronuclei (MN)[583-586].


Chromium compounds are mutagenic and carcinogenic[560]. A variety of short-term genotoxicity tests (predictive of carcinogenicity) have clearly demonstrated that Cr(VI) is genotoxic, and that all Cr(VI)-containing materials which have been tested are genotoxic[560]. Squamous metaplasia is generally considered to be a transformed state from which squamous carcinoma may arise. Its incidence is increased in all groups exposed to Cr(VI)-materials[560]. Squamous metaplasia was not increased in rats exposed to Cr(III) materials. Of rats exposed to Cr(VI), only those receiving materials of sparing aqueous solubility developed bronchial squamous carcinoma at statistically significant levels[560]. These results strongly support that although Cr(VI) is biologically active, producing genotoxic effects and pathological changes which may predispose to the development of cancer, only Cr[VI] materials of sparing aqueous solubility seem to be capable of evoking a carcinogenic response[560].


Studies by Gambelunghe et al (2003) evaluated the primary DNA damage due to occupational exposure to Cr(VI)[583]. DNA strand-breaks and apoptosis in peripheral lymphocytes were measured in a group of 19 chrome-plating workers. DNA strand-breaks were assessed by alkaline (pH>13) single-cell microgel electrophoresis ('comet') assay, while apoptosis was measured by flow-

# Page: 205

---

**T** Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from the Abstract

Not cited in the IARC 100C

VonHandorf, A. *et al.* Hexavalent chromium promotes differential binding of CTCF to its cognate sites in Euchromatin. *Epigenetics* **16**, 1361-1376, doi:10.1080/15592294.2020.1864168 (2021).

---

**T** Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC 100C p . 161
Section 4.2 Genetic and related effects

---

**T** Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from Abstract

Not cited in IARC

Levy LS, Venitt S. Carcinogenicity and mutagenicity of chromium compounds: the association between bronchial metaplasia and neoplasia. Carcinogenesis. 1986 May;7(5):831-5. doi: 10.1093/carcin/7.5.831. PMID: 3698209.

---

**T** Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Between the end of the previous sentence and the start of this one the following section is in the abstract..."What experiments have failed to demonstrate clearly, however, is which of the myriad of industrially available hexavalent materials are carcinogenic and which are not."

---

**T** Number: 5     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Ciopied from Abstract

Not Cited in IARC

Gambelunghe, A. *et al.* Primary DNA damage in chrome-plating workers. *Toxicology* **188**, 187-195, doi:10.1016/s0300-483x(03)00088-x (2003).

cytometry after propidium iodide staining of the cells[583]. Concentrations of chromium in urine, erythrocytes and lymphocytes were investigated as biological indicators of exposure. A group of 18 hospital workers (control group I) and another 20 university personnel (control group II) without exposure to chromium were also studied as controls[583]. The results of the study show that chrome-plating workers have higher levels of chromium in urine, erythrocytes, and lymphocytes than unexposed workers. Comet tail moment values, assumed as index of DNA damage, are increased in chromium-exposed workers and results are significantly correlated to chromium lymphocyte concentrations[583]. These studies confirm that measurements of chromium in erythrocytes and lymphocytes may provide useful information about recent and past exposure to hexavalent chromium at the workplace. The increase in DNA strand-breaks measured by comet assays suggests this test is valid for the biological monitoring of workers exposed to genotoxic compounds such as Cr(VI)[583].

Vaglenov et al (1999) studied genotoxicity and radioresistance in electroplating workers exposed to chromium[585]. The induction of genetic damage was measured by analyzing the frequency of MN in peripheral blood lymphocytes. In addition to the 40 electroplater exposed workers who participated in the study, a group constituted by 18 volunteer donors, without exposure to chromium, was analyzed as a control group[585]. Measures of chromium levels at the working place and in erythrocytes and urine were obtained, as indicators of exposure. Chromium resulted in a significant increase in the frequency of both the total number of MN and the number of binucleated cells carrying MN (BNMN)[585]. The blood from exposed workers contained higher levels of chromium when compared with those obtained in the control group. A relationship was observed between the amount of chromium present in air, erythrocytes or urine and the frequency of MN[585].

# Page: 206

---

**T** Number: 1     Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

**T** Number: 2     Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Between this sentence and the previous the following sentence is also in the abstract and omitted from this section, "No difference emerged in the percentage of apoptotic nuclei in exposed and unexposed workers"

---

**T** Number: 3     Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from Abstract

Not cited in IARC 100C

Vaglenov, A. *et al.* Genotoxicity and radioresistance in electroplating workers exposed to chromium. *Mutat Res* **446**, 23-34, doi:10.1016/s1383-5718(99)00145-x (1999).

---

**T** Number: 4     Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

**T** Number: 5     Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

**T** Number: 6     Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

Cytogenetic effects of Cr(VI) were studied in Bulgarian chromium platers[586]. There was a significant increase in the number of cells with MN in peripheral lymphocytes from chromium exposed workers as compared to the controls. In the buccal cells from these workers, this increase was even more pronounced. Cytosine arabinoside (AraC), an inhibitor of DNA synthesis and repair, was found to significantly increase the levels of MN in vitro in the lymphocytes of both groups[586]. The increase was more expressed in the lymphocytes of chromium exposed workers. Thus, Cr(VI) exhibits both clastogenic as well as aneugenic effects in humans[586].

Treatment with non-cytotoxic concentrations of sodium dichromate (for 1 hour) resulted in a concentration-dependent increase in the number of DNA strand breaks as measured by the Comet assay[554]. The lowest concentrations of sodium dichromate that resulted in a statistically significant increase in the number of DNA strand breaks were 500, 50 and 10 $\mu$M, respectively, in these cells[554]. The use of formamidopyrimidine glycosylase increased the sensitivity of detection of strand breaks in A549 lung cancer cells 10-fold, suggesting a role for DNA base oxidation in the mechanism of dichromate-induced DNA strand breaks[554].

After intratracheal instillation in rats, Cr(VI) induced DNA strand breaks in lymphocytes[587]. After intraperitoneal injection of chromium (VI) to mice, micronuclei were induced in bone marrow. Incubation of human lymphocytes with CrVI at 37 degrees C for 3 h resulted in a dose-dependent increase in DNA strand breaks[587]. DNA strand breaks were also detected in the peripheral lymphocytes of Wistar rats, 24 hours after intratracheal instillation of sodium dichromate (1.3 and 2.5 mg kg-1)[587]. In accord with previous studies, hexavalent chromium was found to be more readily absorbed from the lungs into the peripheral blood than chromium in its trivalent form. The results of this study indicate that fluorometric analysis of DNA unwinding (FADU) in peripheral

# Page: 207

---

**T** Number: 1      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from abstract

Not cited in IARC 100C

Benova, D. *et al.* Cytogenetic effects of hexavalent chromium in Bulgarian chromium platers. *Mutat Res* **514**, 29-38, doi:10.1016/s1383-5718(01)00320-5 (2002).

> Author:      Subject: Sticky Note      Date: 10/6/2022 5:36:16 PM
> This is missing, " No significant difference was observed between the exposed workers and the controls with regard to the frequency of cells with chromosome aberrations (CAs) using conventional Giemsa staining and in the frequency of sister chromatid exchanges (SCEs). "

---

**T** Number: 2      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from abstract

Not cited in IARC 100C

Hodges NJ, Adám B, Lee AJ, Cross HJ, Chipman JK. Induction of DNA-strand breaks in human peripheral blood lymphocytes and A549 lung cells by sodium dichromate: association with 8-oxo-2-deoxyguanosine formation and inter-individual variability. Mutagenesis. 2001 Nov;16(6):467-74. doi: 10.1093/mutage/16.6.467. PMID: 11682636.

missing the other half of the abstract in this section

> Author:      Subject: Sticky Note      Date: 10/6/2022 5:36:16 PM

---

**T** Number: 3      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from abstract

Not cited in IARC 100C

Gao M, Binks SP, Chipman JK, Levy LS, Braithwaite RA, Brown SS. Induction of DNA strand breaks in peripheral lymphocytes by soluble chromium compounds. Hum Exp Toxicol. 1992 Mar;11(2):77-82. doi: 10.1177/096032719201100203. PMID: 1349223.

---

**T** Number: 4      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

lymphocytes might be a convenient method of measuring an important biological effect of chromium in occupationally-exposed workers[587].

Cr(VI) induces dominant lethal mutations in male mice[588]. *In vitro*, soluble Cr(VI) compounds are mutagenic in mammalian and bacterial test systems[589]. Of approximately 700 results reported in the literature with 32 chromium compounds assayed in 130 short-term tests, using different targets and/or genetic end-points, the large majority of the results obtained with Cr(VI) compounds were positive, as a function of Cr(VI) solubility and bioavailability to target cells[589]. In contrast, Cr(III) compounds, although even more reactive than Cr(VI) with purified nucleic acids, did not induce genotoxic effects in the majority of studies using intact cells[589]. Cr(VI) can induce mutagenic binary and ternary Cr(III)-deoxyguanosine (dG)-DNA adducts in human cells[590]. Both adenine (A) and guanine (G) mutations are found in the p53 gene in Cr exposure-related lung cancer[590].

*DNA damage*

With respect to DNA damage, the spectrum of induced lesions appears to depend strongly on the cellular reductant involved. Thus, under physiological conditions with ascorbate as the major reductant, the generation of premutagenic ternary chromium-ascorbate-DNA adducts appears to be of major relevance, which may be linked to the increased number of mismatch-repair-resistant cells observed in chromate-induced lung tumors. Chronic exposure to non-cytotoxic concentrations of Cr(VI) induced a variety of chromosomal abnormalities, including premature sister chromatid separation, chromosomal breakage and the presence of lagging/misaligned chromosomes[591].

# Page: 208

Number: 1   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

---

Number: 2   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Copied from abstract

Not cited in IARC 100C

De Flora, S., Bagnasco, M., Serra, D. & Zanacchi, P. Genotoxicity of chromium compounds. A review. *Mutat Res* **238**, 99-172, doi:10.1016/0165-1110(90)90007-x (1990).

---

Number: 3   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

---

Number: 4   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Copied from abstract

Not cited in IARC 100C

Arakawa, H., Weng, M. W., Chen, W. C. & Tang, M. S. Chromium (VI) induces both bulky DNA adducts and oxidative DNA damage at adenines and guanines in the p53

---

Number: 5   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

IARC 100C-9 p . 163
Section 4.3 Synthesis

---

Number: 6   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Copied from abstract

Not cited in IARC 100C

Hu, L. *et al.* Chromium induces chromosomal instability, which is partly due to deregulation of BubR1 and Emi1, two APC/C inhibitors. *Cell Cycle* **10**, 2373-2379, doi:10.4161/cc.10.14.16310 (2011).

Both toxicokinetic and genotoxicity studies indicate that a portion of an orally administered dose of hexavalent chromium is absorbed and gets into cells of several tissues, causing DNA damage. Cr(VI) is unreactive towards DNA under physiological conditions. According to the uptake–reduction model originally established by Wetterhahn et al (1989), Cr(VI) undergoes a series of reduction steps in cells, to form the thermodynamically stable chromium (III)[592]. Intracellular reduction does not require enzymatic steps but is mediated by direct electron transfer from ascorbate and non-protein thiols, such as glutathione and cysteine. During the reduction process, variable amounts of Cr(V) and Cr (IV) as well as organic radical species are generated; their exact nature, however, depends largely on the reducing species[593]. Furthermore, comparative *in vivo* and *in vitro* studies revealed a major impact of the intracellular reductants on the nature and biological consequences of the resultant DNA lesions.

Reductive activation of carcinogenic Cr(VI) is required for the induction of DNA damage and mutations[594]. The major intracellular reductant under physiological conditions appears to be ascorbate, reaching millimolar concentrations in human tissues, and accounting for about 90% of Cr(VI) reduction reactions *in vivo*[595]. In contrast, only micromolar concentrations of ascorbate are usually present in cell cultures, which leads to an increase in thiol-mediated chromate reduction[594]. Carcinogenic Cr(VI) induces cross-linking of vitamin C to DNA in vitro and in human lung A549 cells[594]. When ascorbate is the reductant, two electrons are transferred, and Cr(IV) but not Cr(V) is generated as the first intermediate, whereas with cysteine as a reductant, predominantly Cr(V) is formed due to one-electron transfers[596]. In both cases, the final product is Cr(III), which reacts to produce different types of DNA lesions.

# Page: 209

---

**T** Number: 1     Author:          Subject: Highlight          Date: 10/6/2022 5:36:16 PM
Copied from abstract

Cited in IARC 100C-9

Sedman RM, Beaumont J, McDonald TA, Reynolds S, Krowech G, Howd R. Review of the evidence regarding the carcinogenicity of hexavalent chromium in drinking water. J Environ Sci Health C Environ Carcinog Ecotoxicol Rev. 2006 Apr;24(1):155-82. doi: 10.1080/10590500600614337. PMID: 16690539.

---

**T** Number: 2     Author:          Subject: Highlight          Date: 10/6/2022 5:36:16 PM
IARC 100C p. 162
4.2.1. DNA Damage

---

**T** Number: 3     Author:          Subject: Highlight          Date: 10/6/2022 5:36:16 PM
IARC 100C p. 162
4.2.1. DNA Damage

DNA lesions generated after exposure to Cr(VI) include Cr(III)-DNA adducts, DNA-protein and DNA-DNA interstrand crosslinks, and DNA breaks, as well as several oxidative DNA-base modifications. The predominant form of Cr(III)–DNA adducts are ternary adducts, where chromium forms a link between DNA and small molecules such as cysteine, histidine, glutathione or ascorbate, presumably arising from preformed chromium-ligand complexes during the reduction process. These adducts are formed primarily at phosphate groups, but the subsequent partial formation of chelates involving the phosphate group and the $N^7$-position of guanine have been suggested. Chelates formed from chromium-ascorbate particularly are potent premutagenic DNA lesions[597].

Chromium-DNA adducts are important the in mutagenicity and toxicity of Cr(VI)[598]. The formation of DNA-protein crosslinks after chromate exposure is well established but is estimated to account for less than 1% of chromium-DNA adducts. Biological consequences are likely to be disturbances of DNA replication and transcription. The formation of DNA-DNA crosslinks appears to be restricted to certain *in vitro* conditions, due to severe steric hindrance upon intercalation of octahedral Cr(III) complexes[598].

DNA single-strand breaks (SSBs) may arise due to the reaction of Cr(V) with hydrogen peroxide, forming hydroxyl radicals. Nevertheless, if ascorbate is the predominant reductant under in-vivo conditions, the generation of Cr(V) and thus, SSBs, appears to be of minor importance[599]. Cytogenetic alterations in Cr(VI)-exposed cells in culture and *in vivo*, such as increased frequencies of chromosomal breaks and MN, are suggested to be due to DNA double-strand breaks (DSBs), produced by a cell-replication-dependent mechanism in the G2 phase of the cell cycle. Recent evidence suggests the involvement of mismatch repair in the formation of double-strand

# Page: 210

---

Number: 1      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

Number: 2      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

IARC 100C p. 162
4.2.1. DNA Damage

---

Number: 3      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

IARC 100C p. 162-163
4.2.1. DNA Damage

breaks. Thus, highly mutagenic ascorbate-chromium-DNA adducts lead to the error-prone repair of DSBs through non-homologous end-joining. Furthermore, they induce mismatches during replication, leading to aberrant mismatch repair. Based on these findings, a model has been created to show that chronic exposure to toxic doses of Cr(VI) provokes the selective outgrowth of mismatch-repair-deficient clones with high rates of spontaneous mutagenesis, and thus, genomic instability[600,601]. In support of this model, chromium-induced cancers in exposed workers were associated with microsatellite instability and exhibited the loss of expression of MLH1, which is one of the essential mismatch-repair proteins[602].

Thus, hexavalent chromium is genotoxic. As such, hexavalent chromium is carcinogenic in humans. **It is biologically plausible that hexavalent chromium causes cancer via key characteristic #2.**

*Key Characteristic #3: Hexavalent Chromium alters DNA repair or cause genomic instability.*

Genomic instability is one of the primary models of carcinogenesis and a feature of almost all cancers[603]. Genomic instability due to generation of DSBs is causally linked to carcinogenesis[604]. Adequate DNA repair protects against genomic instability by maintaining high genomic fidelity during the repair of DNA DSBs[603]. Loss of DNA repair increases Cr(VI)-induced chromosome instability[603]. Transcriptomic (e.g., gene) responses to hexavalent chromium exposure in lung cells supports a role of epigenetic mediators in chromium-induced cancer causation[605]. This cross-study comparison identified 372 genes with Cr(VI)-induced expression alterations in multiple studies. Pathway enrichment analyses of the commonly modulated genes demonstrated that pathways involved in the general suppression of genes involved in DNA damage repair[605].

# Page: 211

---

**T** Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC 100C p. 163
4.2.1. DNA Damage

---

**T** Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract

Not Cited in the IARC 100C

Browning, C. L. *et al.* Prolonged Particulate Hexavalent Chromium Exposure Suppresses Homologous Recombination Repair in Human Lung Cells. *Toxicol Sci* **153**, 70-78, doi:10.1093/toxsci/kfw103 (2016)

---

**T** Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

**T** Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

**T** Number: 5     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from Abstract

Not Cited in the IARC 100C

Rager JE, Suh M, Chappell GA, Thompson CM, Proctor DM. Review of transcriptomic responses to hexavalent chromium exposure in lung cells supports a role of epigenetic mediators in carcinogenesis. Toxicol Lett. 2019 May 1;305:40-50. doi: 10.1016/j.toxlet.2019.01.011. Epub 2019 Jan 25. PMID: 30690063.

Cr(VI) induces genomic and chromosomal instability[606-610]. Cr(VI)induces chromosome instability (e.g., in human urothelial (bladder) cells)[591,611]. Hexavalent chromium induced a concentration- and time-dependent increase in chromosome damage in bladder cells[611]. Cr(VI)-induced chromosome instability drives permanent and heritable numerical and structural changes and a DNA repair-deficient phenotype[612]. Hexavalent chromium disrupts DNA repair in human lung cells[603,612]. Cr(VI)-induced centrosome amplification correlates with numerical chromosome instability[613]. Chronic exposure to Cr(VI) induces centrosomes with centrioles and acentriolar centrosomes in human lung cells[613]. The Fancg gene in the Fanconi anemia pathway acts to protect cells from particulate chromate-induced chromosome instability[614]. Thus, genomic instability acts in concert with other key characteristics (e.g., oxidative stress, DNA damage, and epigenetic modulation) all contribute to hexavalent chromium-induced cancers[615].

**It is biologically plausible that hexavalent chromium causes cancer via key characteristic #4.**

*Key Characteristic #4: Hexavalent chromium induces epigenetic alterations*

In the post-genome era, cancer has been found to relate to epigenetic mutations[553]. Cr(VI) is capable of inducing carcinogenesis through both genetic and epigenetic mechanisms[616]. Cr(VI) induces epigenetic alterations[553,555,617]. Epigenetic changes, such as changes in phosphorylation, altered DNA methylation status, histone acetylation and signaling pathways, have been observed after chromium exposure[618,619]. For example, chronic Cr(VI) exposure causes epigenetic dysregulation as evidenced by the increased levels of histone H3 repressive methylation marks (H3K9me2 and H3K27me3) and the related histone-lysing methyltransferases (HMTases)[620]. Chronic Cr(VI) exposure increases H3 repressive methylation marks by increasing the related

212

# Page: 212

---

**T** Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from Abstract and title

Not Cited in IARC 100C

Wise, S. S., Holmes, A. L., Liou, L., Adam, R. M. & Wise, J. P., Sr. Hexavalent chromium induces chromosome instability in human urothelial cells. *Toxicol Appl Pharmacol* **296**, 54-60, doi:10.1016/j.taap.2016.02.015 (2016).

---

**T** Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract

Not cited in IARC 100C

Wang, Z. *et al.* Upregulation of histone-lysine methyltransferases plays a causal role in hexavalent chromium-induced cancer stem cell-like property and cell transformation. *Toxicol Appl Pharmacol* **342**, 22-30, doi:10.1016/j.taap.2018.01.022 (2018)

---

**T** Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

**T** Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

HMTases expression; and that increased expression of HMTases plays a causal role in Cr(VI)-induced CSC-like property and cell transformation[620].

Epigenetic alterations induced by Cr(VI) in lung cancer including histone modifications and miRNAs[616]. Cr(VI) treatment results in transcription-related histone modifications which can lead to epigenetic alterations[582]. Cr(VI) treatment decreased histone acetylation level in 16HBE cells[553]. CrVI causes down regulation of biotinidase in human bronchial epithelial cells by modifications of histone acetylation[618]. In addition, low doses of Cr(VI) elevated the level of histone biotinylation. Cr(VI)-induced histone deacetylation may take part in the regulation of histone biotinylation, which is one of the mechanisms of Cr(VI)-induced epigenetic regulation[553].

Cr(VI) induced changes in histone biotinylation via biotinidase (BTD) and holocarboxylase synthetase (HCS), two major proteins which maintain homeostasis of the newfound epigenetic modification[618]. Cr(VI) decreased BTD expression at the transcriptional level in human bronchial epithelial cells (16HBE). In addition, modifications of histone acetylation reversed the inhibition of BTD, suggesting that Cr(VI) may cause down regulation of BTD by modifications of histone acetylation[618]. Studies by Ren et al 2019 also demonstrated that Cr(VI) induces epigenetic alterations[616]. Short- and long-term exposure to Cr(VI) reduced the levels of H3K18ac and H3K27ac and reduced their enrichment at the promoter of 53BP1[616]. Long-term Cr(VI) exposure resulted in multiple malignant characteristics including cell invasion, migration, and tumorgenicity. These studies demonstrated that epigenetic changes and DNA damage responses are involved in short-term toxicity and long-term carcinogenesis induced by Cr(VI)[616].

Chromium also perturbs chromatin organization and dynamics[621]. Cr(VI) exposure promotes broad changes in chromatin accessibility and suggest that the subsequent effects on transcription

# Page: 213

---

T Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

T Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from Abstract

Not Cited in IARC 100C

Xia, B. *et al.* Chromium(VI) causes down regulation of biotinidase in human bronchial epithelial cells by modifications of histone acetylation. *Toxicol Lett* **205**, 140-145, doi:10.1016/j.toxlet.2011.05.1032 (2011).

---

T Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract

Not cited in IARC

Xia, B. *et al.* Effect of hexavalent chromium on histone biotinylation in human bronchial epithelial cells. *Toxicol Lett* **228**, 241-247, doi:10.1016/j.toxlet.2014.05.010 (2014).

---

T Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

T Number: 5     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from Abstract

Not Cited in IARC 100C

Xia, B. *et al.* Chromium(VI) causes down regulation of biotinidase in human bronchial epithelial cells by modifications of histone acetylation. *Toxicol Lett* **205**, 140-145, doi:10.1016/j.toxlet.2011.05.1032 (2011).

---

T Number: 6     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

T Number: 7     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

T Number: 8     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from Abstract

Not Cited in IARC 100C

VonHandorf, A. *et al.* Chromium disrupts chromatin organization and CTCF access to its cognate sites in promoters of differentially expressed genes. *Epigenetics* **13**, 363-375, doi:10.1080/15592294.2018.1454243 (2018).

---

T Number: 9     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

regulation may result from disruption of CTCF binding and nucleosome spacing[621]. This also supports hexavalent chromium induces epigenetic alterations[621]. Transcriptomic (e.g., gene) responses to hexavalent chromium exposure in lung cells supports a role of epigenetic mediators in chromium-induced cancer causation[605]. Of the 372 genes with Cr(VI)-induced expression alterations in multiple studies, these signaling alterations were predicted to be regulated by DNA methylation, histone modifications, and microRNAs which supports the role of these epigenetic regulators in Cr(VI)-induced carcinogenicity[605].

Studies by Lou et al 2015 utilized the Illumina Infinium Human Methylation 450K BeadChip array to analyze DNA methylation profiles of human B lymphoblastoid cells exposed to potassium dichromate or lead chromate[619]. DNA methylation was induced by both potassium dichromate and lead chromate. The results of mRNA expression showed that after Cr(VI) treatment, mRNA expression changes of four genes (TBL1Y, FZD5, IKZF2, and KIAA1949) were consistent with their DNA methylation alteration[619]. Both soluble and particulate Cr(VI) could induce differentially methylated sites in human B lymphoblastoid cells[619]. Epigenetic alterations play a role in hedgehog (Hh) signaling in Cr(VI)-induced malignant transformation and lung carcinogenesis[615]. Cr(VI)-transformed cells exhibited DNA hypermethylation and silencing histone marks in the promoter region of HHIP, indicating that an epigenetic mechanism mediates Cr(VI)-induced silencing of HHIP[615]. Chromate exposure can induce hypermethylation in lung cancer as a mechanism of chromate-induced carcinogenesis[622]. Thus, Cr(VI) can induce epigenetic alterations via various mechanisms.

**It is biologically plausible that hexavalent chromium causes cancer via key characteristic #4.**

# Page: 214

---

T Number: 1      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

💬 Number: 2      Author:      Subject: Sticky Note      Date: 10/6/2022 5:36:16 PM

The word "causation" is not used by authors in this article.

---

T Number: 3      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from Abstract

Not Cited in IARC 100C

Rager, J. E., Suh, M., Chappell, G. A., Thompson, C. M. & Proctor, D. M. Review of transcriptomic responses to hexavalent chromium exposure in lung cells supports a role of epigenetic mediators in carcinogenesis. *Toxicol Lett* **305**, 40-50, doi:10.1016/j.toxlet.2019.01.011 (2019).

---

T Number: 4      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

T Number: 5      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from Abstract

Not Cited in IARC 100C

Lou, J. *et al.* Effects of soluble and particulate Cr(VI) on genome-wide DNA methylation in human B lymphoblastoid cells. *Mutat Res Genet Toxicol Environ Mutagen* **792**, 12-18, doi:10.1016/j.mrgentox.2015.08.004 (2015).

---

T Number: 6      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

T Number: 7      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

T Number: 8      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

T Number: 9      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from Abstract

Not Cited in IARC 100C

Li, P. *et al.* Downregulation of hedgehog-interacting protein (HHIP) contributes to hexavalent chromium-induced malignant transformation of human bronchial epithelial cells. *Carcinogenesis* **42**, 136-147, doi:10.1093/carcin/bgaa085 (2021).

*Key Characteristic #5: Hexavalent Chromium induces oxidative stress*

Several studies have demonstrated that Cr(IV) stimulates oxidative stress[623-631]. Subacute treatment with **hexavalent chromium** causes oxidative stress in the rat uterus, leading to endometriotic stromal cell apoptosis (key characteristic #10)[632]. Oxidative stress was assessed by determination of the reduction of cytochrome c and iodonitrotetrazolium (INT), lipid peroxidation (LPO), and metallothioneins (MTs), and catalase (CAT) activity[632]. After 15 days of treatment, an increase of LPO and MT levels occurred. Intense apoptosis was also observed in endometriotic stromal cells of Cr-exposed rats[632].

Xu et al (2018) studied oxidative stress markers as part of a cross-sectional study as a health risk for people living in Cr(VI)-contaminated areas in rural areas of north-eastern China[574]. Malondialdehyde (MDA), glutathione peroxidase (GSH-Px), superoxide dismutase (SOD) and catalase (CAT) were measured as oxidative stress parameters, and 8-hydroxy-2 deoxyguanosine (8-OHdG) as a DNA damage biomarker[574]. The findings of this study showed elevated oxidative stress and DNA damage in people exposed to Cr(VI), including higher blood concentration of MDA, CAT, and GSH-Px, as well as urine concentration of 8-OHdG in the exposed group were significantly higher than those in the unexposed group[574]. It is feasible to monitor chrome

# Page: 215

---

T Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from Abstract

Not Cited in IARC 100C

Marouani, N. *et al.* Hexavalent Chromium-Induced Apoptosis in Rat Uterus: Involvement of Oxidative Stress. *Arch Environ Occup Health* **70**, 189-195, doi:10.1080/19338244.2013.828673 (2015).

---

T Number: 2    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

---

T Number: 3    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

---

T Number: 4    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from Abstract

Not Cited in IARC 100C

Xu, J. *et al.* Oxidative stress and DNA damage in a long-term hexavalent chromium-exposed population in North China: a cross-sectional study. *BMJ Open* **8**, e021470, doi:10.1136/bmjopen-2017-021470 (2018

---

T Number: 5    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

---

T Number: 6    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

---

electroplaters to chromium through analysis of serum oxidative stress markers (e.g., malondialdehyde)[633]. The median serum MDA level of three exposed groups was significantly higher than that in the control group. There was a positive correlation between electroplaters' level of exposure to Cr (VI) and their serum MDA level[633]. Thus, oxidative stress markers (e.g., serum MDA) are good biomarkers for the level of occupational exposure to Cr (VI) in electroplaters[633].

Cr(VI) stimulates oxidative damage, as reflected by significant increase in the levels of oxidate stress markers such as malondialdehyde, lipid hydroperoxides and hydrogen peroxide[634]. Cr(VI) also stimulates oxidative stress via the formation of reactive oxygen species[635-637]. Cr(VI) increases oxidative stress in keratinocytes, a type of skin cell[636]. Oxidative stress is a key mechanism of the cytotoxicity (cell killing) of Cr(VI)[638]. In the reduction of Cr(VI) to Cr(III) by cellular reductants, potentially toxic intermediates (oxygen radicals, sulfur radicals, and chromium radicals) are generated[639]. In a cell-free system, Cr(VI) reacted with GSH to form Cr(V) and thiyl radicals[592]. Furthermore, after reduction of Cr(VI) byGSH, Cr(V) can undergo Fenton-type reactions, producing hydroxyl radicals, and 8-oxoguanine in isolated DNA[640,641]. In cultured mammalian cells, Cr(VI) induces the formation of superoxide and nitric oxide[642].

Cr(IV) is used as a gold-standard to induce oxidative stress to test the ability of agents (e.g., N-acetylcysteine, edaravone, clusterin, and resveratrol) to block oxidative enzymes and reactive oxygen species-induced cell death[643-646].

**It is biologically plausible that hexavalent chromium causes cancer and is a human carcinogen via key characteristic #5.**

# Page: 216

---

T Number: 1       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM

Copied from Abstract

Not Cited in IARC 100C

Mozafari, P., Rezazadeh Azari, M., Shokoohi, Y. & Sayadi, M. Feasibility of Biological Effective Monitoring of Chrome Electroplaters to Chromium through Analysis of Serum Malondialdehyde. *Int J Occup Environ Med* **7**, 199-206, doi:10.15171/ijoem.2016.782 (2016).

---

T Number: 2       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM

IARC 100C p. 163
4.2.2 Oxidative Stress

*Key Characteristic #6: Hexavalent Chromium induces chronic inflammation*

Acute Cr(VI) treatment in human bronchial epithelial cells (BEAS-2B) increased inflammatory responses (e.g., release of TNF-α, COX-2, and NF-κB/p65) and expression of Nrf2. TNF-α is a potent pro-inflammatory cytokine, COX-2 is a pro-inflammatory enzyme, and NF-κB/p65 is a potent pro-inflammatory transcription factor[647]. Cr(VI)-induced generation of reactive oxygen species (ROS) and oxidative stress are responsible for increased inflammation[647].

Cr(VI) can also increase expression of the pro-inflammatory enzyme (COX-2) via an NFκB/c-Jun/AP-1-dependent pathway[648]. Cr(VI) exposure induced COX-2 expression in both normal human bronchial epithelial cells and mouse embryonic fibroblasts in a concentration- and time-dependent manner. Deletion of IKKβ [inhibitor of transcription factor NFκB (IκB) kinase β; an upstream kinase responsible for nuclear factor κB (NFκB) activation] or overexpression of TAM67 (a dominant-negative mutant of c-Jun) dramatically inhibited the COX-2 induction due to Cr(VI), suggesting that both NFκB and c-Jun/AP-1 pathways were required for Cr(VI)-induced COX-2 expression[648]. These studies suggest crosstalk between NFκB and c-Jun/AP-1 inflammation pathways in the pro-inflammatory response to Cr(VI) exposure for COX-2 induction[648]. These results provide insight into the molecular mechanisms linking Cr(VI) exposure to inflammation and carcinogenesis[648].

Cr(VI) stimulates inflammation via potent pro-inflammatory cytokines (e.g., TNF-alpha and IL-1alpha) and activation of the Akt, NF-kB, and MAPK pathways[636]. Cr(VI) exposures can induce genetic damage via worsening immune inflammation[649]. 249 participants were included from the Occupational Chromate Exposure Dynamic Cohort, and their blood Cr concentrations were measured as internal exposure[649]. A set of biomarkers including urinary 8-hydroxy-2'-

# Page: 217

---

T Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract

Not cited in the IARC

Roy, R. V. *et al.* Different roles of ROS and Nrf2 in Cr(VI)-induced inflammatory responses in normal and Cr(VI)-transformed cells. *Toxicol Appl Pharmacol* **307**, 81-90, doi:10.1016/j.taap.2016.07.016 (2016).

---

T Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract

Not cited in the IARC

Zuo, Z. *et al.* Hexavalent chromium Cr(VI) up-regulates COX-2 expression through an NFkappaB/c-Jun/AP-1-dependent pathway. *Environ Health Perspect* **120**, 547-553, doi:10.1289/ehp.1104179 (2012).

---

T Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

T Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

T Number: 5     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract

Not cited in the IARC

Hu, G. *et al.* Blood chromium exposure, immune inflammation and genetic damage: Exploring associations and mediation effects in chromate exposed population. *J Hazard Mater* **425**, 127769, doi:10.1016/j.jhazmat.2021.127769 (2022).

---

T Number: 6     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

T Number: 7     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

eoxyguanosine (8-OHdG; marker of oxidative damage), micronucleus frequency (MNF) and mitochondrial DNA copy number (mtCN) was developed to evaluate the landscape of genetic damage of Cr(VI). Serum C-reactive protein (CRP) and first component of complement q (C1q) were measured as markers of immune inflammation. These studies showed that lood Cr level showed significant dose-dependent relationships with increasing levels of MNF and urinary 8-OHdG[649]. Thus, Cr(VI) can stimulate inflammation via DNA damage and oxidative stress[649]. Occupational exposure to Cr(VI) can also cause severe chronic inflammation of the mucous membranes in the eyes, skin and upper respiratory tract[650].

Studies by Beaver et al (2009) investigated ung injury, inflammation, proliferation, and survival signaling responses after repetitive exposure to particulate chromate[577]. ingle exposure to Cr(VI) resulted in inflammation of lung tissue that persisted for up to 21 days[577]. Repetitive Cr(VI) exposure induced a neutrophilic inflammatory airway response 24 hours after each treatment[577]. Neutrophils (an important inflammatory cell) were subsequently replaced by increasing numbers of macrophages (another type of inflammatory cell) by 5 days after treatment. Repetitive Cr(VI) exposure induced chronic peribronchial inflammation with alveolar and interstitial pneumonitis dominated by lymphocytes and macrophages. Moreover, chronic toxic mucosal injury was observed and accompanied by increased airway pro-matrix metalloprotease 9, which can also stimulate inflammation[577]. njury and inflammation correlated with airways becoming immunoreactive for phosphorylation of the survival signaling protein Akt and the proliferation(key characteristic #10) marker Ki-67. These studies show that epetitive exposure to particulate chromate induces chronic injury and an inflammatory microenvironment that can promote Cr(VI)-induced carcinogenesis.

# Page: 218

| T | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| T | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| T | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from abstract

Not cited in the IARC

Beaver, L. M. *et al.* Lung inflammation, injury, and proliferative response after repetitive particulate hexavalent chromium exposure. *Environ Health Perspect* **117**, 1896-1902, doi:10.1289/ehp.0900715 (2009).

| T | Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| T | Number: 5 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| T | Number: 6 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

In studies by Steinhoff et al (1986), solutions of sodium dichromate were administered to Sprague Dawley rats by intratracheal instillations over a period of 30 months[561]. The sodium dichromate induced inflammation in pulmonary lesions. Analysis showed fibrotic regions containing residual distorted bronchiolar lumens or cellular inflammatory foci containing alveolar macrophages (pro-inflammatory cells), proliferated epithelium and chronic inflammatory thickening of alveolar septa[561].

**It is biologically plausible that hexavalent chromium is a human carcinogen via key characteristic #6.**

*Key Characteristic #7: Hexavalent Chromium induces immunosuppression*

Hexavalent Chromium is immunosuppressive[651]. As the first line of host defense system, the immune system can be a primary target of Cr(VI). T cells represent a major arm of the immune system that plays a critical role in host anti-tumor immunity[651]. Dysfunction of T cells, such as exhaustion under the persistent presence of tumor antigen, compromise host anti-tumor immunity resulting in cancer pathogenesis[651]. Studies by Dai et al (2017) investigated the effect of Cr(VI) on T lymphocytes using a culture of mouse splenic T cells as an *in vitro* model system[651]. Cr(VI) decreased the viability of $CD4^+$ and $CD8^+$ T cells and inhibited their activation, proliferation, cytokine release and cytolytic function. Thus, Cr(VI) is immunosuppressive.

Chromium induces CC16, an immunosuppressive protein. Additionally, CC16/SP-D, can be detected in chromium exposed workers[652]. These molecules can be used as sensitive and noninvasive biomarkers for chromium-induced lung injury[652]. Cr(VI) can also induce significant changes in transcription of immune genes (lysozyme, Mytilin C, Myticin B, defensin, MgC1q), of

# Page: 219

---

**T** Number: 1      Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM

Copied from abstract

Not cited in the IARC

Steinhoff D, Gad SC, Hatfield GK, Mohr U. Carcinogenicity study with sodium dichromate in rats. Exp Pathol. 1986;30(3):129-41. doi: 10.1016/s0232-1513(86)80085-8. PMID: 3792485.

---

**T** Number: 2      Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM

---

**T** Number: 3      Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM

Copied from abstract

Not cited in IARC

Dai, L. *et al.* Effects of hexavalent chromium on mouse splenic T lymphocytes. *Toxicol In Vitro* **45**, 166-171, doi:10.1016/j.tiv.2017.09.006 (2017).

---

**T** Number: 4      Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM

---

**T** Number: 5      Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM

Immunosuppression is conclusion drawn by panigraphy not the author

---

**T** Number: 6      Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM

---

**T** Number: 7      Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM

Copied from abstract

Not cited in IARC

Ciacci, C. *et al.* Immunomodulation in Mytilus galloprovincialis by non-toxic doses of hexavalent chromium. *Fish Shellfish Immunol* **31**, 1026-1033, doi:10.1016/j.fsi.2011.09.002 (2011).

the serotonin receptor (5-HTR) and of the stress protein SP70[653]. Thus, Cr(VI) can modulate functional and molecular immune parameters[653].

**It is biologically plausible that hexavalent chromium causes cancer and is a human carcinogen via key characteristic #7.**

*Key Characteristic #9: Hexavalent Chromium induces immortalization*

Chronic exposure of human cells to Cr(VI) causes malignant cell transformation from normal cells to cancer cells[654]. Cr(VI) induces malignant transformation of human bronchial epithelial cells[615,655]. Cr(VI) also induces cancer stem cell-like properties via cell transformation[620]. Hexavalent chromium induces cell transformation in human lung epithelial cells[656]. A Cr(VI)-induced transformed cell line caused tumor growth in mice via genotoxic mechanisms[655]. Chromate transformed cell lines are routinely established by chronic exposure of normal human cells (e.g., lung epithelial cells) to low doses of Cr(VI) followed by anchorage-independent growth[552]. Neoplastic transformation of human bronchial cells is triggered by lead chromate particles[657]. Chronic treatment with lead-chromate particles induced neoplastic transformation of human bronchial cells, which was accompanied by centrosome amplification, and an increase in aneuploid metaphases[657]. Human papillomavirus-immortalized human bronchial epithelial (BEP2D) cells were used to better understand the mechanisms involved in human bronchial carcinogenesis induced by particulate chromate. Aneuploid cells increased in a concentration-dependent manner after chronic exposure to lead chromate. Moreover, chronic exposure to lead chromate induced BEP2D cell transformation[657]. Anchorage independence was observed in cell lines derived from these foci. These foci-derived cells also showed centrosome amplification and

# Page: 220

Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Number: 2    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Number: 3    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM
Copied from title of article and abstract

Cited by the IARC 100C

Xie H, Holmes AL, Wise SS, Huang S, Peng C, Wise JP Sr. Neoplastic transformation of human bronchial cells by lead chromate particles. Am J Respir Cell Mol Biol. 2007 Nov;37(5):544-52. doi: 10.1165/rcmb.2007-0058OC. Epub 2007 Jun 21. PMID: 17585109; PMCID: PMC2048681.

Number: 4    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Number: 5    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Number: 6    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

increases in aneuploid metaphases[657]. Thus, particulate Cr(VI) is able to transform human bronchial epithelial cells, and that chromosome instability may play an important role in particulate Cr(VI)-induced neoplastic transformation[657].

Chronic Cr(VI) exposure resulted in transformation of Beas-2B epithelial cells, increasing cell proliferation, anchorage independent growth in soft agar, and forming aggressive tumors in mice[637]. Stable knockdown of p47 or overexpression of SOD1, SOD2, or catalase (CAT) eliminated Cr(VI)-induced malignant transformation[637]. These results suggested that NADPH oxidase (NOX) plays an important role in Cr(VI)-induced ROS generation and carcinogenesis[637].

Sirtuin-3 (SIRT3) regulates mitochondrial adaptive response to stress, such as metabolic reprogramming and antioxidant defense mechanisms. In Cr(VI)-transformed cells, SIRT3 was upregulated[654]. Knockdown of SIRT3 suppressed cell proliferation and tumorigenesis of Cr(VI)-transformed cells. Upregulation of SIRT3 causes mitophagy suppression and plays an important role in cell survival and tumorigenesis of Cr(VI)-transformed cells[654].

Inhibition of metal-induced carcinogenesis by a dietary antioxidant is a novel approach to blocking cancer[630]. Luteolin protects BEAS-2B cells from Cr(VI)-induced malignant cell transformation by targeting ROS and modulating multiple cell signaling mechanisms that are linked to ROS[630]. Luteolin, therefore, serves as a potential chemopreventive agent against Cr(VI)-induced carcinogenesis[630].

**It is biologically plausible that hexavalent chromium causes cancer and is a human carcinogen via key characteristic #9.**

# Page: 221

---

T Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

T Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

T Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract

Not cited in IARC 100C

Wang, X. *et al.* NADPH oxidase activation is required in reactive oxygen species generation and cell transformation induced by hexavalent chromium. *Toxicol Sci* **123**, 399-410, doi:10.1093/toxsci/kfr180 (2011).

---

T Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract

Not cited in IARC

Clementino, M., Kim, D. & Zhang, Z. Constitutive Activation of NAD-Dependent Sirtuin 3 Plays an Important Role in Tumorigenesis of Chromium(VI)-Transformed Cells. *Toxicol Sci* **169**, 224-234, doi:10.1093/toxsci/kfz032 (

---

T Number: 5     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

T Number: 6     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Copied from abstract

Not cited in IARC

Pratheeshkumar, P. *et al.* Luteolin inhibits Cr(VI)-induced malignant cell transformation of human lung epithelial cells by targeting ROS mediated multiple cell signaling pathways. *Toxicol Appl Pharmacol* **281**, 230-241, doi:10.1016/j.taap.2014.10.008 (2014).

---

T Number: 7     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

*Key Characteristic #10: Hexavalent Chromium alters cell proliferation, cell death, or nutrient supply*

*Proliferation*

Low concentrations of Cr(VI) induced a significant increase in cell proliferation[658]. The lymphocyte proliferation test (LPT) can be utilized as a diagnostic aid in chromium contact sensitivity[659]. 2 out of 8 chromium-sensitive patients were positive in the LPT, whereas none of 8 non-chromium-sensitive controls responded *in vitro* to tri- or hexavalent chromium compounds[659]. Pathway enrichment analyses of the commonly modulated genes with Cr(VI)-induced expression demonstrated that pathways involved in cytotoxicity/cell proliferation were highly enriched[605].

*Apoptosis*

Cr(VI) causes cell death in the form of apoptosis[660]. Fluorescence microscopy revealed morphological features of apoptosis including nuclear fragmentation in more than 90% of detached nonadherent cells and up to 22% of adherent Chinese hamster ovary (CHO) cells by Day 2 after treatment with Cr(VI). In contrast, untreated cells remained morphologically normal. Transmission electron microscopy of chromate treated cells showed characteristic features of apoptosis including chromatin margination and fragmentation, and cytoplasmic condensation with intact membrane and organelle structure. These results demonstrate that apoptosis is the mode of cell death caused by chromium and show that apoptosis must be considered as a component of chromium-induced carcinogenesis. Cr(VI) induces mitochondrial-mediated and caspase-dependent apoptosis through ROS[661].

# Page: 222

---

| T | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from title and abstract

Not cited in IARC

Räsänen L, Sainio H, Lehto M, Reunala T. Lymphocyte proliferation test as a diagnostic aid in chromium contact sensitivity. Contact Dermatitis. 1991 Jul;25(1):25-9. doi: 10.1111/j.1600-0536.1991.tb01768.x. PMID: 1834411.

---

| T | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

---

| T | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from abstract

Not cited in IARC

Blankenship LJ, Manning FC, Orenstein JM, Patierno SR. Apoptosis is the mode of cell death caused by carcinogenic chromium. Toxicol Appl Pharmacol. 1994 May;126(1):75-83. doi: 10.1006/taap.1994.1092. PMID: 8184436.

---

| T | Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

---

| T | Number: 5 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

---

| T | Number: 6 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Cr(VI)-induced apoptosis in liver cancer (e.g., Hep3B) cells is associated with mitochondrial damage, and changes in levels of apoptosis factors[662]. Cr(VI) also induces apoptosis in hepatocytes, heart cells, kidney cells, stem cells, neutrophils, skin fibroblasts, and testes[556,638,663-667]. Apoptosis was confirmed in various studies by detection of activated caspase-3 and nuclear fragmentation[667]. The results indicate that in fibroblasts hexavalent chromium-induced damage to cytoskeleton and mitochondria might occur concurrently at relatively early stages of exposure. Furthermore, alterations of these targets seem to activate mitochondria-dependent and-independent apoptosis[667].

Caspase 3 is an enzyme involved in the apoptotic pathway, and is more specific in the detection of apoptotic cells than the TUNEL assay[668]. Cr(VI) induces reactive oxygen species (ROS)-dependent caspase-3 activation[668]. Cr (VI)-induced apoptosis in a human bronchial epithelial cell line (BEAS-2B) and in a lymphoblastic leukemia cell line (MOLT-4)[669]. Cr (VI) caused a dose- and time-dependent increase in the apoptosis rate in both cell lines[669].

Hexavalent chromium induces early and late apoptosis hallmarks, such as metacaspase activation, phosphatidylserine (PS) externalization, DNA fragmentation and the nuclear condensation and fragmentation[635]. Cr(VI)-induced apoptosis is mediated by p53 upregulation of p53-upregulated modulator of apoptosis (PUMA), BAX translocation to mitochondria, cytochrome c release, and caspase-3 activation[670]. In primary human lung epithelial cells expressing functional p53, Cr(VI) induced expression of PUMA and Noxa, which promote apoptosis through BAX. This result establishes p53 as the "necessary" player in Cr(VI)-induced apoptosis[670].

Lastly, Cr(VI) can upregulate the protein expression of p53, Bax, cytochrome c, and caspase-3 and downregulate the expression of Bcl-2 in mice liver[671]. Combined, these results suggested that p53,

223

# Page: 223

**T** Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from abstract

Not cited in IARC

Rudolf E, Cervinka M, Cerman J, Schroterova L. Hexavalent chromium disrupts the actin cytoskeleton and induces mitochondria-dependent apoptosis in human dermal fibroblasts. Toxicol In Vitro. 2005 Sep;19(6):713-23. doi: 10.1016/j.tiv.2005.03.015. PMID: 15908174.

**T** Number: 2    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from abstract

Not cited in IARC

Feng M, Yin H, Peng H, Liu Z, Lu G, Dang Z. Hexavalent chromium induced oxidative stress and apoptosis in Pycnoporus sanguineus. Environ Pollut. 2017 Sep;228:128-139. doi: 10.1016/j.envpol.2017.05.012. Epub 2017 May 18. PMID: 28528260.

**T** Number: 3    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from abstract

Not cited in IARC

Russo P, Catassi A, Cesario A, Imperatori A, Rotolo N, Fini M, Granone P, Dominioni L. Molecular mechanisms of hexavalent chromium-induced apoptosis in human bronchoalveolar cells. Am J Respir Cell Mol Biol. 2005 Dec;33(6):589-600. doi: 10.1165/rcmb.2005-0213OC. Epub 2005 Sep 15. PMID: 16166740; PMCID: PMC2715333.

**T** Number: 4    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Copied from abstract

Not cited in IARC 100C

Wang XF, Lou XM, Shen Y, Xing ML, Xu LH. Apoptotic-related protein changes induced by hexavalent chromium in mice liver. Environ Toxicol. 2010 Feb;25(1):77-82. doi: 10.1002/tox.20478. PMID: 19219935.

**T** Number: 5    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Bcl-2, Bax, cytochrome c, and caspase-3 may be involved in the regulation of Cr(VI) induced apoptosis in vivo[671].

*Angiogenesis*

Cr(VI) stimulates angiogenesis via the production of pro-angiogenic cytokines (HIF-1α, VEGF, MMP-9), pro-inflammatory cytokines (IL-1β, IL-6, IL-8, and TNF-α) and pro-angiogenic enzymes/transcription factors (MAPK, NF-κB, COX-2, STAT-3, iNOS) in BEAS-2B epithelial cells[630]. Chromium stimulates angiogenesis via IL-6 and HIF-1α in human bronchial epithelial cells (BEAS-Cr) compared with unexposed BEAS-2B cells[672].Additioanlly, Cr (VI) induced cell malignant transformation and angiogenesis via upregulation of insulin-like growth factor-1 receptor (IGF-IR) and insulin receptor substrate-1 (IRS1) expression[673]. Cr (VI) also stimulated the pro-angiogenic factor interleukin-8 through activation of IGF-IR/IRS1 axis followed by activation of downstream ERK/hypoxia-induced factor-1α/NF-κB signaling pathway[673]. These findings establish a causal role and mechanism for the regulation of Cr (VI)-induced malignant transformation and tumor angiogenesis[673].

Thus, hexavalent chromium can act as a tumor promoter via stimulating or altering these 3 processes: cell proliferation, cell death, and the vascular supply (angiogenesis) that provides oxygen and other nutrients to growing tumors.

**It is biologically plausible that hexavalent chromium acts as a tumor promoter via cell proliferation, cell death, and the angiogenesis (vascular supply of nutrients) -key characteristic #10.**

# Page: 224

---

T Number: 1        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

---

T Number: 2        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

Copied from abstract

Not cited in IARC 100C

He J, Qian X, Carpenter R, Xu Q, Wang L, Qi Y, Wang ZX, Liu LZ, Jiang BH. Repression of miR-143 mediates Cr (VI)-induced tumor angiogenesis via IGF-IR/IRS1/ERK/IL-8 pathway. Toxicol Sci. 2013 Jul;134(1):26-38. doi: 10.1093/toxsci/kft101. Epub 2013 Jun 7. PMID: 23748240; PMCID: PMC3693131.

---

T Number: 3        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

**As a result, hexavalent chromium is a potent and very toxic carcinogen which exhibits 8 out of the 10 key characteristics of carcinogens. Importantly, Hexavalent chromium can act as a tumor-initiator and tumor promoter via these 8 key characteristics.**

Given the indisputable compelling scientific evidence of carcinogenic activity in animals, evidence in human cell and tissue, substantial evidence of genotoxicity, and considerable knowledge on the many biologically plausible mechanisms of carcinogenicity of hexavalent chromium, *hexavalent chromium can clearly cause cancer in animals and humans.*

**PCE (perchloroethylene- PCE) also called tetrachloroethylene**

*Background*

PCE has been declared as a "probable human carcinogen" by the International Agency for Research on Cancer (IARC) due to its hazardous and toxic effects on human health. PCE causes many types of cancer – kidney cancer, mononuclear cell leukemia, liver cancer, brain cancer (e.g., glioma), bladder cancer, testicular cancer, hemangiosarcomas or hemangiomas of the liver. Long-term bioassays of PCE exposure in laboratory animals have identified liver tumors in male and female mice, kidney tumors in male rats, and mononuclear cell leukemia in male and female rats[674]. Human exposure to PCE can cause esophageal cancer, cervical cancer, non-Hodgkin's lymphoma (NHL), urinary bladder cancer and leukemia[675]. Increases in incidence of NHL and of cervical, esophageal, and urinary bladder cancer have been observed for workers exposed to PCE[674].

The U.S. EPA's analysis identified the central nervous system (e.g., neurotoxicity), kidney, liver, immune and hematologic systems, and development and reproduction, as target organs of PCE

toxicity (U.S. EPA 2012c). Once exposed, humans and laboratory animal species rapidly absorb PCE. PCE is then distributed to tissues via the systemic circulation, metabolized, and excreted primarily in breath as unchanged PCE or $CO_2$, or in urine as metabolites. PCE may be absorbed through the digestive and respiratory tracts, and through the skin as well as can be eliminated by the exhaled air. Only around 10% is metabolized, and the major urinary metabolite is trichloroacetic acid.

**Cancer Studies in experimental animals**

Studies by the National Toxicology Program demonstrated that of PCE can cause cancer in rats and mice[676]. Tetrachloroethylene caused tumors in two rodent species, at several different tissue sites, and by two different routes of exposure. Inhalation exposure to tetrachloroethylene caused benign and malignant liver tumors (hepatocellular adenoma and carcinoma) in mice of both sexes and mononuclear-cell leukemia in rats of both sexes. In male rats, it also increased the combined incidence of benign and malignant tubular-cell kidney tumors, which are rare in rats (NTP 1986). Liver tumors were also observed in mice of both sexes administered tetrachloroethylene by stomach tube (NTP 1977, IARC 1979, 1987). Under the conditions of these 2-year inhalation studies, there was clear evidence of carcinogenicity of PCE for male F344/N rats as shown by an increased incidence of mononuclear cell leukemia and renal tubular cell neoplasms[676]. PCE also increased incidence of mononuclear cell leukemia in female F344/N rats[676]. PCE increased incidences of both hepatocellular adenomas and carcinomas in males and of hepatocellular carcinomas in females in B6C3F1 mice. PCE also decreased tumor latency (the time to occurrence of the cancer)[676].

# Page: 226

---

Number: 1       Author:        Subject: Sticky Note     Date: 10/6/2022 5:36:16 PM

NTP TCE Provide, TAB 10 at 1, lefthand side of the page.

---

Number: 2       Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

---

Number: 3       Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

---

Number: 4       Author:        Subject: Sticky Note     Date: 10/6/2022 5:36:16 PM

TAB 13 at 2; This is actually from the study cited in 676, the abstract.

---

Number: 5       Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

There is clear evidence of PCE carcinogenicity in rodents: one oral gavage [National Cancer Institute (NCI) 1977] and two inhalation [Japan Industrial Safety and Health Association (JISA) 1993; National Toxicology Program (NTP) 1986] cancer bioassays, all in animals[677]. The primary tumor finding in rats was a significant increase in the incidence of mononuclear cell leukemia in both sexes in independent inhalation bioassays in animals. The NTP (1986) analyses of the PCE bioassay results revealed an increase in tumor incidence and severity in both sexes and a shortened time to death with mononuclear cell leukemia in female rats. PCE was 1 of only 5 of the 500 chemicals examined to produce "definitive" leukemia effects in both sexes of rats in NTP bioassays[677]. PCE caused kidney tumors which are rare in male rats (NTP 1986). PCE increased another rare tumor, brain glioma, in both sexes, in rats (NTP 1986). In this study PCE also increased the rate of testicular interstitial cell tumors in rats.

PCE also increases incidence of liver tumors in mice, from inhalation and gavage (experimentally placing the chemical in the stomach) exposure, and kidney and mononuclear cell leukemias in rats, via inhalation exposure. PCE increased liver tumors in mice (NCI 1977; NTP 1986). Statistical analyses of the oral gavage study (NCI 1977) revealed that the incidence of hepatocellular carcinomas or adenomas was significantly increased and that tumor latency was significantly reduced[677]. PCE increased death from cancer (mortality) with liver tumors found in many mice that died before scheduled termination. Inhalation exposure to PCE induced significant, dose-related increases in the incidence of hepatocellular adenomas or carcinomas in both sexes of mice. The incidence of hepatocellular carcinomas that metastasized to the lungs was also significantly increased in the inhalation studies.

# Page: 227

---

**T** Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Copied from:
Guyton KZ, Hogan KA, Scott CS, Cooper GS, Bale AS, Kopylev L, Barone S, Makris SL, Glenn B, Subramaniam RP, Gwinn MR, Dzubow RC, Chiu WA. Human health effects of tetrachloroethylene: key findings and scientific issues. Environ Health Perspect. 2014 Apr;122(4):325-34.

---

**T** Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

**T** Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

**T** Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

**T** Number: 5     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Copied from:
Guyton KZ, Hogan KA, Scott CS, Cooper GS, Bale AS, Kopylev L, Barone S, Makris SL, Glenn B, Subramaniam RP, Gwinn MR, Dzubow RC, Chiu WA. Human health effects of tetrachloroethylene: key findings and scientific issues. Environ Health Perspect. 2014 Apr;122(4):325-34.

---

**T** Number: 6     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

**T** Number: 7     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

The mouse liver tumor evaluation also considered data on the hepatocarcinogenicity of the PCE metabolites TCA and DCA[678]. The prevalence (percent of animals with a tumor) and multiplicity (number of tumors per animal) of hepatocellular neoplasia in the male B6C3F1 mouse exposed to trichloroacetic acid (TCA) in the drinking water were determined by DeAngelo et al (2008)[678]. The primary urinary oxidative metabolite in rodents and humans, TCA, significantly increased the incidence of liver tumors in male and female B6C3F1 mice exposed via drinking water for 52–104 weeks. A significant increase in the prevalence and multiplicity of hepatocellular tumors was found in the 58-68 and 572-602 mg/kg/d TCA dose groups[678]. The studies provide dose-response data on the development of hepatocellular neoplasia in male mice over a lifetime exposure to TCA[678].

Studies in mice and rats have demonstrated that PCE can increase the incidence of liver, bladder cancer and leukemia if inhaled or ingested. PCE causes renal tumors in rats. PCE is a carcinogen in rodents in 10 of 10 lifetime bioassay data sets—including by oral and inhalation routes[184]. It is reasonable to use these animal tumors as indicators of potential human cancer hazard (U.S. EPA, 2009). PCE-induced renal cell tubular-cell adenoma or adenocarcinoma was observed in male rats (National Toxicology Program, 1986). PCE induced hepatocellular adenomas and carcinomas in mice and mononuclear cell leukemia (MCL) in rats occurred in multiple lifetime rodent bioassays, and hemangioendotheliomas in male mice and cancers of the kidney and brain (glioma) in male rats (NTP, 1986) occurred in single lifetime bioassays[184]. Also known as hemangiosarcomas, hemangioendotheliomas are rare tumors of the epithelial lining of blood vessels. The statistically significantly elevated incidences of hepatocellular carcinomas and adenomas in male and female mice and MCL in male and female rats are considered to be indicators of potential human health hazard. Kidney cancer and MCL in rats are indicators of a

# Page: 228

Number: 1        Author:          Subject: Sticky Note        Date: 10/6/2022 5:36:16 PM
This is correctly cited by plagiarized.

**https://pubmed.ncbi.nlm.nih.gov/18569617/**

potential human cancer hazard, given the observations in the epidemiologic studies (U.S. EPA, 2009). Therefore, PCE clearly causes cancer[184].

PCE also induces hepatocellular carcinoma associated with both oral and respiratory exposures in mice and mononuclear cell leukemia and renal cancer associated with respiratory exposure in rats[184].

*Mice*

In mice given PCE in corn oil by gavage, there were increases in the trend and in the incidence of hepatocellular carcinoma in males and females. In two separate studies in mice of two different strains exposed by inhalation, significant increases in the incidence of hepatocellular adenoma, carcinoma, and adenoma or carcinoma (combined) were observed in males and females. In one of the studies in mice exposed by inhalation, there was a positive trend in the incidence of haemangioma or haemangiosarcoma (combined) in males and females, a positive trend in the incidence of haemangiosarcoma of the liver and of the spleen in males, and a positive trend in the incidence of adenoma of the Harderian gland in males.

Studies by Herren-Freund et al. (1987) examined the carcinogenicity of trichloroacetic acid and dichloroacetic acid, in mouse liver[195]. Both DCA and TCA at a concentration of 5 g/liter in the drinking water were carcinogenic without prior initiation with ENU, resulting in hepatocellular carcinomas in 81 and 32% of the animals, respectively[195]. DCA and TCA also increased the incidence of animals with adenomas and the number of adenomas/animal in those animals that were not initiated with ENU. These studies demonstrate that DCA and TCA are complete hepatocarcinogens in B6C3F1 mice[195].

229

## Page: 229

| | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | Number: 3 | Author: | Subject: Sticky Note | Date: 10/6/2022 5:36:16 PM |

TAB 15 (IARC 106) at 337)

*Oral administration*

PCE given by gavage to B6C3F1 mice produced liver cancer in male and female animals[184]. A bioassay conducted by the National Toxicology Program with inhalation exposure stimulated leukemia, and a dose-related trend with renal tubular adenoma and adenocarcinoma in rats and an increase in hepatocellular carcinoma in mice[679]. Both the EPA and IARC classification of PCE as probable human carcinogen depend largely on these animal bioassays[184]. In rats, PCE induces neoplasms of the haemopoietic (blood) system, testes, kidney, and brain[202]. There is limited evidence in humans for the carcinogenicity of PCE. Positive associations have been observed for cancer of the bladder. There is sufficient evidence in experimental animals for the carcinogenicity of PCE[184].

Groups of 50 male and 50 female B6C3F1 mice (age 5-7 weeks) were given TCE(purity, 99%) by gavage in corn oil on 5 days per week for 78 weeks[680]. Groups of 20 male and 20 female mice were given vehicle only and served as controls. Dosage adjustments were made during the exposure period: male mice were given TCE at a dose of 450 or 900 mg/kg body weight (bw) for 11 weeks, and then at 550 or 1100 mg/kg bw for 67 weeks; female mice were given TCE at a dose of 300 or 600 mg/kg bw for 11 weeks, and then at 400 or 800 mg/kg bw for 67 weeks. Time-weighted average doses of PCE were 536 and 1072 mg/kg bw per day, respectively, for males, and 386 and 772 mg/kg bw per day, respectively, for females. The treatment period was followed by a 12-week observation period. Mortality was significantly increased in treated mice compared with controls. Significant dose-related positive trends and increased incidences of hepatocellular carcinoma in all treatment groups were observed in males and females. In male mice, the

## Page: 230

| | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

| | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

Incidences were 2 out of 20 (vehicle controls), 32 out of 49 (lower dose), and 27 out of 48 (higher dose); the corresponding incidences in females were 0 out of 20, 19 out of 48, and 19 out of 48. Exposure to TCE caused toxic nephropathy (characterized in this study as degenerative changes in the proximal convoluted tubules at the junction of the cortex and medulla, with cloudy swelling, fatty degeneration, and necrosis of the tubular epithelium) in male mice (0/20, 40/49, 45/48) and female mice (0/20, 46/48, 48/48). However, the 78-week exposure period reduced the power of this study to detect the full carcinogenic potential of TCE[184].

The concentration-response relationships for the hepatocarcinogenic activity of DCA and TCA, two contaminants of finished drinking water, were also determined in female B6C3F1 mice by Pereira (1996)[681]. DCA or TCA at 2.0, 6.67, or 20.0 mmol/liter was administered to the mice in the drinking water starting at 7 to 8 weeks of age and until sacrifice after 360 or 576 days of exposure[681]. Liver tumor incidence increased with increasing concentrations of TCA in drinking water[678,681]. Tumors in TCA-exposed animals developed rapidly, and significant increases were evident in less-than-lifetime studies of ≤ 82 weeks. In addition, TCA was hepatocarcinogenic in mice when coadministered in the drinking water for 52 weeks with the PCE metabolite DCA[184]. DCA alone also causes liver cancer in mice[682].

In studies by Bull et al (1990), male and female B6C3F1 mice were administered DCA and TCA in their drinking water at concentrations of 1 or 2 g/l for up to 52 weeks[682]. Both compounds induced hepatoproliferative lesions (HPL) in male mice, including hepatocellular nodules, adenomas and hepatocellular carcinomas within 12 months[682]. The induction of hepatoproliferative lesions (HPL) by TCA was linear with dose[682]. In contrast, the response to DCA increased sharply with the increase in concentration from 1 to 2 g/l[682]. These data confirm

# Page: 231

| | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
| | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

earlier observations that DCA and TCA are capable of inducing hepatic tumors in B6C3F1 mice[682]. Tumorigenesis by DCA may depend largely on stimulation of cell division secondary to hepatotoxic damage. On the other hand, TCA appears to increase lipid peroxidation, suggesting that production of radicals (oxidative stress; key characteristic #5) may be responsible for its effects[682]. In addition to mouse liver tumors, hemangiosarcomas or hemangiomas of the liver, spleen, fat, and subcutaneous skin were reported in male mice in one inhalation study[677]. Experimental studies have demonstrated PCE-induced stimulated liver tumors in mice, mononuclear cell leukemia in rats, and renal cell adenomas and adenocarcinomas in rats[184].

*Inhalation*

Groups of 49–50 male and 49–50 female B6C3F1 mice (age, 8–9 weeks) were exposed to air containing PCE at concentrations of 0, 100, or 200 ppm (0, 680, or 1360 mg/m$^3$) for 6 hours per day on 5 days per week for up to 103 weeks (NTP 1986). Survival was significantly reduced for males at both doses, and for females at the higher dose, compared with controls. Significant positive trends were observed in males for the incidence of hepatocellular adenoma and in both sexes for hepatocellular carcinoma. The incidence of hepatocellular carcinoma was also significantly increased at both doses in males (7/49, 25/49, 26/50) and females (1/48, 13/50, 36/50); and the incidence of hepatocellular adenoma or carcinoma (combined) was also significantly increased at both doses in males (17/49, 31/49, 41/50) and females (4/48, 17/50, 38/50).

Groups of 50 male and 50 female Crj:BDF1 mice (age, 5 weeks) were exposed to air containing TCE (purity, 99%) at concentrations of 0, 10, 50, or 250 ppm [0, 68, 340, or 1695 mg/m$^3$] for 6 hours per day on 5 days per week for up to 103 weeks (EPA 2012). Survival decreased

# Page: 232

---

| T | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from IARC monograph 106, pages 272-276).

---

| T | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Coped from IARC Monograph 106, pgs. 206. Left out " however, no statistical analysis of the survival data was provided."

---

| T | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

---

| T | Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

---

| T | Number: 5 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

---

with increasing concentration among males and females. In males and females, significant positive trends in the incidences of hepatocellular adenoma, hepatocellular carcinoma, and hepato- cellular adenoma or carcinoma (combined) were observed, and the incidences of these neoplasms were significantly increased in the group at the highest dose, compared with controls. The incidences of hepatocellular carcinoma were 7 out of 50 (control), 8 out of 50 (lowest dose), 12 out of 50 (intermediate dose), 25 out of 50 (highest dose) in male mice, and 0 out of 50, 0 out of 47, 0 out of 49, and 14 out of 49, respectively, in female mice. The incidences of hepatocellular adenoma or carcinoma (combined) were 13 out of 50, 21 out of 50, 19 out of 50, and 40 out of 50, respectively, in male mice, and 3out of 50, 3 out of 47, 7 out of 49, and 33 out of 49 in female mice. The incidence of hepatic degeneration was also increased at the highest dose in males (1/50, 1/50, 4/50, and 37/50) and in females (0/50, 1/50, 2/50, and 30/50). In addition, there was a positive trend in the incidence of hemangiosarcoma of the liver and of the spleen in males, of haemangioma or haemangiosarcoma (combined) for all organs in males and females (primarily of the liver or spleen in males).

Both PCE and TCE increase incidence of mouse liver tumors because of their metabolism to trichloroacetic acid. Trichloroacetic acid causes liver cancer in the mouse by a mechanism involving liver paroxysmal proliferation. PCE induced renal tubular adenoma and adenocarcinoma in rats. PCE is nephrotoxic with evidence of kidney damage in cancer studies. Sustained cytotoxicity and cell division by PCE can cause cancer[184].

*Topical*

TCE was applied as a single dose at 163 mg/mouse to the dorsal skin of 30 female Ha:ICR Swiss mice (age, 6–8 weeks)[683]. Topical applications (three times per week) of the tumor promoter

233

Page: 233

T Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

12-*O*-tetradecanoylphorbol 13-acetate (5 μg in 0.2 mL of acetone) began 14 days later and were continued for at least 61 weeks. A control group of 90 mice received 12-*O*-tetradecanoylphorbol 13-acetate only. Seven skin papillomas were found in 4 out of 30 PCE-treated mice, and seven skin papillomas were found in 6 out of 90 controls. This difference was not statistically significant. These findings were limited by the incomplete reporting of results (e.g., purity of the compound), and because the study did not address loss of the test compound due to volatility[184].

*Rats*

*Oral administration*

Groups of 50 male and 50 female rats (age, 7 weeks) were given PCE (purity, 99%) by gavage in corn oil on 5 days per week for 78 weeks (NCI 1977)[680]. Groups of 20 male and 20 female rats (age, approximately 11 weeks) were treated with vehicle only and served as controls. Dosage adjustments were made during the exposure period: male rats were given PCE at a dose of 500 or 1000 mg/kg bw for 19 weeks, then 700 or 1400 mg/kg bw for 6 weeks, and 500 or 1000 mg/kg bw for 46 weeks, followed by 26 weeks of cyclic dosing comprising one treatment-free week and 4 weeks at 500 or 1000 mg/kg bw; female rats were given PCE at a dose of 500 or 1000 mg/kg bw for 16 weeks, then 600 or 1200 mg/kg bw for 3 weeks, 700 or 1400 mg/kg bw for 6 weeks, and 500 or 1000 mg/kg bw for 20 weeks, followed by 26 weeks of cyclic dosing with one treatment-free week and 4 weeks at 500 or 1000 mg/kg bw. Time-weighted average doses of PCE were 471 and 941 mg/kg bw per day for males, and 474 and 949 mg/kg bw per day for females.

The treatment period was followed by a 32-week observation period. Mortality was significantly increased in treated rats compared with controls. Toxic nephropathy was observed at

the lower and higher doses in 88% and 94% of males, and 50% and 80% of females, respectively, and not in controls (NCI 1977)[680]. There were no significant differences in tumor incidence between the control and treated rats of either sex. The high mortality and the 78-week exposure period precluded reliable evaluation of carcinogenicity[184].

*Inhalation*

In two studies in rats, exposure to TCE by inhalation for 2 years caused an increase in the incidence of mononuclear cell leukemia in males and females. In one of these studies, an increased incidence of interstitial cell tumors of the testis and a positive trend in the incidence of brain glioma were observed in males. The incidences of brain glioma, and kidney adenoma or carcinoma (combined) were not statistically significantly increased compared with concurrent controls but were markedly higher than incidences for historical controls.

Groups of 50 male and 50 female Fischer 344/N rats (age, 8–9 weeks) were exposed to air containing PCE at concentrations of 0, 200, or 400 ppm (0, 1360, or 2720 mg/m$^3$) for 6 hours per day on 5 days per week for up to 103 weeks (NTP 1986)[184]. Survival of male rats in the group at the higher dose was significantly lower than that of controls. Positive trends and increased incidence of mononuclear cell leukemia were observed in both sexes. The incidences of mononuclear cell leukemia in males were: 28 out of 50 (controls), 37 out of 50 (lower dose), and 37 out of 50 (higher dose); and in females, the incidences were: 18 out of 50, 30 out of 50, and 29 out of 50. The historical incidence of mononuclear cell leukemia in 2-year studies conducted in F344 rats at the study laboratory was 47 ± 15% in males and 29 ± 6% in females. The incidence of advanced (stage 3) mononuclear cell leukemia (characterized by involvement of multiple organs) was increased in exposed males (20/50, 24/50, 27/50) and females (10/50, 18/50, 21/50).

# Page: 235

| | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

Copied from IARC Monograph 106, pg. 277

| | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

a non-significant increase in uncommonly occurring adenoma or carcinoma (combined) of the kidney tubule was observed in male rats (1/49, 3/49, 4/50); the historical incidence of these neoplasms in control male rats in inhalation studies conducted by the US National Toxicology Program (NTP) at that time was 4 out of 1968 ($0.2 \pm 0.6\%$)[184]. Among the eight male rats that developed tumors of the kidney tubule in the study, carcinomas were observed in two males at the higher dose; malignant tubular cell tumors had not been observed previously in control male F344 rats in NTP inhalation studies. In addition, the incidence of renal tubular cell hyperplasia was increased in exposed male rats (0/49, 3/49, 5/50) and the incidence of karyomegaly (nuclear enlargement) in renal tubular epithelial cells was increased in males (1/49, 37/49, 47/50), and females (0/50, 8/49, 20/50). In male rats, significant positive trends in the incidence of glioma (1/50, 0/50, 4/50) and interstitial cell tumors of the testis (35/50, 39/49, 41/50) were observed. Gliomas are uncommon in male F344 rats; the historical incidence of these neoplasms in all NTP studies conducted at that time was 16 out of 1971 (0.8%). Gliomas were also observed in one female in the control group and in two females at the higher dose.

Groups of 50 male and 50 female F344/DuCrj rats (age, 5 weeks) were exposed to air containing at concentrations of 0, 50, 200, or 600 ppm [0, 340, 1360, or 4080 mg/m$^3$] for 6 hours per day on 5 days per week for up to 103 weeks (EPA 2012). Survival was lower in exposed rats than in controls, although no statistical analysis of the survival data was provided. Increased incidences of mononuclear cell leukemia were observed in male rats (control, 11/50; lowest dose, 14/50; intermediate dose, 22/50; highest dose, 27/50) and female rats (10/50, 17/50, 16/50, 19/50); significant positive trends were observed for both sexes, and the incidence in the group at the highest dose was significantly greater than that in controls. The historical incidence of mononuclear cell leukemia in 2-year studies in F344/DuCrj rats conducted at the study laboratory

# Page: 236

| | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

Copied from IARC monograph 106, pg. 278

| | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

| | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

Copied from IARC monograph 106, page 61

as 13% (range, 6–22%) in males and 14% (range, 2–26%) in females. Exposure to TCE also induced an increase in the incidence of karyomegaly in renal tubular epithelial cells in males (0/50, 0/50, 23/50, 48/50), and females (0/50, 0/50, 1/50, 16/50). The incidences of renal tubular cell adenoma in male rats were 1 out of 50, 2 out of 50, 1 out of 50, and 2 out of 50. In female rats, a renal tubular cell adenoma was observed in the control group, and a rare renal tubular cell carcinoma was observed in the group at the highest dose. A significant increase in the incidence of mammary gland fibroadenoma was observed in females at the lowest dose (3/50, 13/50, 1/50, 0/50).

### Scientific Agencies

### International Agency for Research on Cancer (IARC)

In October 2012, IARC classified PCE as "**probably carcinogenic to humans** (Group 2A)" on the basis of sufficient evidence in animals and limited evidence in humans[677]. In making the overall evaluation, the IARC considered the following evidence: The compound induced leukemia in rats. Several epidemiological studies showed elevated risks for esophageal and cervical cancer and NHL. PCE is a suspected bladder carcinogen and has been associated with cancer of the kidney and liver, and of the immune and central nervous systems. In the previous evaluation by the *IARC Monographs (IARC 1995),* the Working Group concluded that PCE was *probably carcinogenic to humans* (Group 2A) based on *limited* evidence in humans and *sufficient* evidence in experimental animals. In studies in humans, associations with PCE occurred with cancers of the esophagus, cervix, and with NHL. Importantly, there is similarity in at least one target site in exposed humans and animals to PCE.

237

Page: 237

| | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

| | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

| | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

The IARC Working Group focused its evaluation of the epidemiological data on studies that assessed exposure to PCE specifically, or that focused on employment in dry-cleaning[184]. Excluded were studies that characterized exposure by employment in occupational or industrial categories combining 'laundry and dry-cleaning' and studies of mixed solvent exposure without further distinction. The largest cohort studies were those of dry-cleaning workers in the USA and in four Nordic countries[184]. The studies in the USA compared cancer mortality among exposed workers and in the general population, while the Nordic study compared cancer incidence in dry-cleaning workers with that in unexposed laundry workers. None of the cohort studies specifically controlled for tobacco smoking or alcohol consumption. However, the internal comparison in the Nordic study controlled indirectly for social class, which is an effective proxy for tobacco smoking in those countries.[184]

### *EPA*

PCE is considered by the EPA to be a ***probable human carcinogen*** (EPA class B2), reflecting the fact that PCE is likely carcinogenic to humans[684]. The US EPA has classified PCE as "likely to be carcinogenic to humans by all routes of exposure based on suggestive evidence in epidemiological studies and conclusive evidence in rats (mononuclear cell leukemia) and mice (increased incidence of liver tumors). Following the EPA's *Guidelines for Carcinogen Risk Assessment* (U.S. EPA 2005a), PCE is characterized as "likely to be carcinogenic to humans" (U.S. EPA 2012b). This characterization is based on suggestive evidence of carcinogenicity in epidemiological studies and conclusive evidence that the administration of PCE, either by ingestion or by inhalation to rats and mice increases tumor incidence (JISA 1993; NCI 1977; NTP 1986)[677].

The U.S. Environmental Protection Agency (EPA) (U.S. EPA, 2009) concludes that the epidemiologic evidence has associated PCE exposure showed positive associations between exposure and cancer of the lymphoid system, esophagus, and cervix, with more limited evidence for cancers of the bladder, kidney, and lung. Brain tumors are also a potential target for PCE. Workplace exposure to PCE in the dry cleaning industry is associated with an increased risk of bladder cancer, kidney cancer, lymphatic/hematopoietic malignancies, and heart disease[685].

**NTP**

Tetrachloroethylene (PCE) is reasonably anticipated to be a human carcinogen, based on sufficient evidence of carcinogenicity from studies in experimental animals (NTP, Report on Carcinogens, 15th Edition).

**Cancer Studies in humans**

Several ecological studies assessed cancer outcomes among residents exposed to groundwater contaminated with tetrachloroethylene, among other chemicals. The International Agency for Research on Cancer (IARC 1995) concluded that there was limited evidence for the carcinogenicity of tetrachloroethylene in humans, based mainly on evidence of consistent associations between tetrachloroethylene exposure and esophageal cancer, cervical cancer, and NHL. In studies in humans, associations with PCE occurred with cancers of the esophagus, cervix, and with NHL. A substantial body of literature on the epidemiology of cancer and exposure to PCE includes both cohort and case–control studies. The two designs complement each other in that cohort designs typically provide a narrower range of occupations for exposure assessment than do case–control designs, while case–control studies are able to control for some important potential

confounders[184]. While many cancers have been evaluated, there has been a focus on lymphatic and hematopoietic cancers, and tumors of the urinary tract. Exposure assessments range from simple job-title determinations to quantitative assessments.

The epidemiological evidence from cohort and case–control studies provides evidence of associations between PCE exposure and bladder cancer, NHL, and multiple myeloma in adults[184]. Much of the epidemiological evidence originates from studies of the dry-cleaning industry, where PCE was the predominant solvent. Epidemiological studies noted positive associations between PCE exposure and several cancers, including bladder, esophagus, kidney, colon/rectal (intestinal), lung, urinary tract, cervical, leukemia, breast, NHL, liver, and multiple myeloma[202,679,686-690]. IARC classified the epidemiological evidence as limited because employment in dry cleaning was the only indicator of exposure to PCE in most studies, the number of exposed cases was small, and the exposure–response relationship was weak[184]. Epidemiological studies suggest associations of dry cleaning and laundry work with leukemia, uterine, cervical, lung, colon, pancreatic, liver, esophageal, and bladder cancer[687]. Occupational exposure to PCE can cause early damage in dry cleaners[691]. Epidemiological studies of bladder cancer, NHL, and multiple myeloma. Human exposure to PCE can produce esophageal cancer, cervical cancer, NHL, urinary bladder cancer and leukemia[184].

*Cohort studies*

Most of the studies of cohorts exposed to PCE focused on dry-cleaning and related occupations. Studies have characterized exposure by employment in occupation or industry categories combining laundry and dry-cleaning.

*Dry-cleaning workers*

Large studies of cohorts of dry-cleaning workers have been conducted in Europe and the USA. Because of the large number of small shops with a few employees each and the high turnover in this industry, the United States National Cancer Institute (NCI) cohort was assembled through union records, as was the NIOSH cohort, while many of the European studies, used census records linked to cancer-registry or mortality data[692-701].

Blair et al (1979) studied the causes of death among laundry and dry cleaning workers[692].To make a preliminary determination as to whether a potential health hazard exists for workers exposed to dry cleaning solvents (which includes carbon tetrachloride, TCE, and PCE), the causes of death were analyzed in 330 deceased laundry and dry cleaning workers[692]. The increased risk for malignant neoplasms resulted primarily from an excess of lung and cervical cancer and slight excesses of leukemia and liver cancer[692]. While the number of deaths were small, the increased risk of cancer noted in these studies emphasized the need for additional epidemiologic studies of this occupational group.[692] Follow-up studies by Blair et al (1990) reported on the mortality among 5365 members of a dry cleaning union in St. Louis, Missouri[693]. Among the cancers, there was a statistically significant excesses for esophagus (SMR = 2.1) and cervix (SMR = 1.7) and non-significant excesses for larynx (SMR = 1.6), lung (SMR = 1.3), bladder (SMR = 1.7), thyroid (SMR = 3.3), lymphosarcoma and reticulosarcoma (SMR = 1.7), and Hodgkin's disease (SMR = 2.1)[693]. The risk of this cancer showed a significant association with estimated cumulative exposure to dry cleaning solvents (rising to 2.8-fold in the highest category)[693]. Although the number of deaths was small, the greatest risk for cancers of the lymphatic and hematopoietic system (fourfold) occurred among workers likely to have held jobs where exposures were the

heaviest. Small numbers and limited information on exposure to specific substances complicates interpretation of this association but is unlikely to be due to confounding by tobacco use[693]. Follow-up studies were performed by Blair et al (2003)[694].

The mortality follow-up of a cohort of dry cleaners was extended to further evaluate cancers risks associated with organic solvents. Excess mortality was observed for Hodgkin's disease (SMR = 2.0, N = 5, 95% CI = 0.6-4.6) and cancers of the esophagus (SMR = 2.2, N = 26, 95% CI = 1.5-3.3), larynx (SMR = 1.7, N = 6, 95% CI = 0.6-3.7), lung (SMR = 1.4, N = 125), 95% CI = 1.1-1.6), and cervix (SMR = 1.6, N = 27, 95% CI = 1.0-2.3)[694]. These excesses occurred among across genders and races [694].

Brown et al (1987) performed a retrospective cohort mortality study of 1,690 dry cleaner workers from four labor unions using perchloroethylene[695]. Mortality from all cancers combined was greater than expected (142 observed v 122.9 expected). Urinary tract cancer was the only specific site where there was a statistically significant excess in observed deaths (12 observed v 4.7 expected)[695].

Ruder et al (1994) reported on a cohort study of dry-cleaning workers (1109 women, 592 men) in the mid-1980s which revealed a significant excess bladder cancer mortality[696]. Significant excess mortality was observed for bladder cancer (nine deaths, standardized mortality ratio [SMR] = 2.54, 95% confidence interval [CI] = 1.16-4.82), esophageal cancer (10 deaths, SMR = 2.14, 95% CI = 1.02-3.94), and intestinal cancer (26 deaths, SMR = 1.56, 95% CI = 1.02-2.29)[696]. In a subcohort exposed only to PCE those with 5 or more years of employment and 20 or more years since first exposure had a significant increased risk of esophageal cancer (four deaths, SMR = 7.17, 95% CI = 1.92-19.82)[696]. Women had significant excess esophageal cancer (five deaths, SMR = 3.24, 95% CI = 1.05-7.58) and elevated SMRs for intestinal, pancreatic, and bladder cancer

mortality[696]. This study confirms the risk of esophageal, intestinal, pancreatic, and bladder cancers with PCE in this industry[696].

Ruder et al (2001) reported on an update on a cohort of 1,708 dry-cleaning workers, identified from union records, who were exposed to PCE for at least 1 year before 1960[697]. The cohort had excess cancer mortality (271 deaths, SMR 1.25, 95% CI 1.11-1.41)[697]. Elevated SMRs for tongue, bladder, esophagus, intestine, lung, and cervical cancer, pneumonia, and diseases of the stomach and duodenum were statistically significant[697]. Thus, this follow-up study by Ruder et al (2001) confirms findings of prior updates and other studies that dry-cleaning workers have excess cancer mortality at several sites[697]. Excesses of these sites in the PCE only subcohort and among workers with longer duration of PCE exposure suggest an association with PCE exposure[697].

Studies by Calvert et al (2011) reported on 8 years of mortality follow-up for 1704 dry cleaning workers in four cities[698]. Overall cancer deaths were in significant excess in this cohort (standardized mortality ratio (SMR) 1.22, 95% CI 1.09 to 1.36)[698]. Esophageal, lung and tongue cancers had significant excesses of deaths[698]. Esophageal cancer risk was highest among those employed in a PCE-using shop for ≥5 years since first such employment[698].

None of the cohort studies of dry-cleaning workers assessed exposure to PCE directly. These cohort studies reported on eight cancer sites of interest: cancers of the lung, kidney, bladder, liver, breast, cervix, esophagus, and lymphohematopoietic system (Hodgkin disease, NHL, multiple myeloma, and leukemia)[692].

The NCI cohort study enrolled members of a union of dry-cleaning workers in Missouri, USA, which had 11, 062 members between 1945 and 1978, of whom 5790 had held membership

for 1 year or more[694]. The cohort provided 146, 082 years of follow-up until 1993 and expected numbers of deaths were calculated from national rates. The mortality rate was as expected for all causes combined (SMR 1.0; 95% CI, 1.0–1.1; 2351 deaths), but slightly higher than expected for cancer (SMR, 1.2; 95% CI, 1.1–1.3; 590 deaths). Excesses were found for cancers of the esophagus (SMR, 2.2; 95% CI, 1.5–3.3; 26 deaths), lung (SMR, 1.4; 95% CI, 1.1–1.6; 125 deaths), cervix uteri (SMR, 1.6; 95% CI, 1.0–2.3; 27 deaths) and bladder (SMR, 1.3; 95% CI, 0.7–2.4; 12 deaths), and for Hodgkin disease (SMR, 2.0; 95% CI, 0.6–4.6; five deaths). There was no excess of cancer of the liver or of the kidney. The risk of cancer of the esophagus was highest for African American men (SMR, 3.1; 95% CI, 1.9–5.0; 18 deaths). Exposure assessment was based on the published literature, applied to the job titles in the union records. The relative risk for cancer of the esophagus for all cohort members was not related to the estimated exposure level; for those with little or no exposure it was 2.1; for those with medium or high exposure it was 2.2. There were 18 deaths from lymphatic and hematopoietic malignancies among those with little or no exposure (SMR, 1.0) and 17 (SMR, 0.9) among those with medium or high exposure. When mortality was compared by year of joining the union (before or after 1960, when PCE became the predominant solvent used), there was no difference at most sites except bladder, for which the SMR for those joining the union before 1960 was 1.1 (95% CI, 0.5–2.0, nine deaths), and for those joining after 1960 the SMR was 2.9 (95% CI, 0.6–9.5, three deaths). The size of the cohort and the extended follow-up made this a valuable study. The higher mortality for cancer of the bladder after the introduction of PCE supported the involvement of an occupational rather than a lifestyle risk factor[184,694].

Lynge et al (2006) investigated whether the U.S. findings could be reproduced in the Nordic countries using a series of case-control studies nested in cohorts of laundry and dry-cleaning workers identified from the 1970 censuses in Denmark, Norway, Sweden, and Finland[700].

This study was hampered by some unclassifiable cases. There was an excess risk of bladder cancer (RR = 1.44; 95% CI, 1.07-1.93), that did not differ with length of employment[700]. In this case–control study nested within the Nordic population[700], the authors evaluated incident cases of selected cancers (bladder, esophagus, gastric cardia, pancreas, cervix, kidney, liver, and NHL) reported in the respective national registers from 1997 to 2001. Three controls for each case (six for esophageal cancer) were randomly selected from the cohort and were frequency-matched by country, sex, 5-year age group, and date of case diagnosis by 5-year calendar period. The cohort focused on 46,768 laundry and dry-cleaning workers registered in the 1970 census in Denmark, Finland, Norway, and Sweden, because PCE was by far the most used dry-cleaning solvent in these countries before and during the study period. Dry-cleaning workers were defined as "persons stated to be dry-cleaners, owners of dry-cleaning shops, and other persons employed in dry-cleaning shops with < 10 workers." The last category was included because of the shared work tasks and physical proximity to equipment in small shops. Census and registry data were supplemented with implied exposure status (working as a dry-cleaner or in a dry-cleaning shop), based on original texts from the census forms (Denmark and Norway), interviews (Norway and Sweden), and pension-scheme data (Denmark and Finland) for cases and controls. Lynge et al (2006) reported a statistically significant excess incidence of cancer of the bladder among dry-cleaners (relative risk [RR], 1.4; 95% CI, 1.1–1.9; 93 cases) and the risk of pancreatic cancer was also elevated (RR, 1.27; 95% CI, 0.90–1.80; 57 cases)[700]. There were no statistically significant excesses of cancer at any of the other sites. For those working in dry-cleaning for 10 years or more, there were elevated risks of cancers of the bladder (RR, 1.6; 95% CI, 1.1–2.3; 53 cases), pancreas (RR, 1.2; 95% CI, 0.7–2.0; 23 cases) and cervix (RR, 1.2; 95% CI, 0.6–2.2; 16 cases) and no

increases in risk of cancer of the esophagus, gastric cardia, kidney, liver, or of NHL[700] . Tests for trend by increasing duration of employment were not presented.

Selden et al (2011) studied a national cohort of dry-cleaning and laundry workers (n = 10,389) assembled in 1984. The cohort was followed up for new cases of cancer by matching with the Swedish cancer register from 1985 to 2006, and the results were compared with expected frequencies derived from national reference data[701]. These studies were based on a questionnaire mailed to all "washing establishments" (response rate, 38%) about workers, production volume, and chemicals used. Data on cancer incidence were obtained by matching to the national cancer register for 1985–2006. Use of PCE in dry-cleaning was reported by 61% of the cohort members (6356 out of 10 389)[701]. Among those who were exposed to PCE through dry-cleaning work, there was an increase in incidence of cancer among men only (standardized incidence ratio [SIR], 1.11; 95% CI, 0.97–1.26), with excesses of non-Hodgkin lymphoma (SIR, 2.0; 95% CI, 1.1–3.3; 15 cases) and cancers of the liver (SIR, 2.1; 95% CI, 0.9–4.2; eight cases) and lung (SIR, 1.3; 95% CI, 0.8–1.9; 23 cases). Significantly elevated rates of lung cancer (SIR 1.45; 95% CI 1.03-1.98) and NHL (SIR 2.05; 95% CI 1.30-3.07) were seen in men, but for both types of cancer, the point estimates were similar in genuine laundry workers and dry-cleaners exposed to PCE, respectively[701]. There was no significant excess of cancer of the esophagus, larynx, uterine cervix, liver, kidney or urinary bladder. The study population may have overlapped with that of Lynge et al (2006)[700]. Despite the large number of study participants and the identification of those exposed to PCE, this study was limited by its lack of quantitative data on exposure and the low response rate for the questionnaire.

Antilla et al (1995) studied the cancer incidence among Finnish workers for occupational exposure to halogenated hydrocarbons, including PCE, during 1974–1983[699]. To investigate

whether exposure to TCE, PCE, or 1,1,1-trichloroethane increases carcinogenic risk, a cohort of 2050 male and 1924 female workers monitored for occupational exposure to these agents was followed up for cancer incidence in 1967 to 1992. These workers were exposed to PCE in dry-cleaning, and to a small extent also in degreasing and in the graphics industry[699]. Among workers exposed to PCE, there was no overall increased risk of cancer (SIR, 0.9; 95% CI, 0.6–1.3; 31 cases), but there were indications of an increased risk of NHL (SIR, 3.8; 95% CI, 0.8–11.0; three cases) and cancers of the pancreas (SIR, 3.1; 95% CI, 0.6–9.0; three cases), cervix (SIR, 3.2; 95% CI, 0.4–12.0; two cases), and lung (SIR, 1.92; 95% CI, 0.62–4.48; five cases) based on a small number of cases[699]. There was an excess of cancers of the cervix uteri and lymphohematopoietic tissues[699]. Excesses of pancreatic cancer and NHL was seen after 10 years from the first personal measurement. There was also an excess of cancers of the stomach, liver, prostate, and lymphohematopoietic tissues combined[699].

*Meta-analyses*

A meta-relative risk for pancreatic cancer among dry-cleaning workers of 1.4 (95% CI, 1.1–2.4; based on eight populations) was studied with exposure to solvents by Ojajarvi et al (2001)[702]. Exposures to other solvents also occurred in these populations[702].

*Case–control studies*

The was an association between occupational exposure to PCE and various cancers evaluated in numerous case–control studies. While a few studies assessed PCE specifically, most studies assessed occupations and industries with potential exposure to PCE, such as dry-cleaning and aircraft workers. No study further subdivided exposures by job tasks that would likely incur

higher exposure (i.e. among dry-cleaning workers, no distinction was made between machine operators, who handle PCE-soaked garments, and other workers). The risk for several cancers associated with environmental exposure to PCE was evaluated[679,687-689,703,704]. For example, Paulu et al (1999) conducted a population-based case-control study to evaluate the relationship between cancer of the colon-rectum (n = 326), lung (n = 252), brain (n = 37), and pancreas (n = 37), and exposure to PCE from public drinking water[689]. Subjects were exposed to PCE when it leached from the vinyl lining of drinking-water distribution pipes. Relative delivered dose of PCE was estimated using a model that considered residential location, years of residence, water flow, and pipe characteristics. Adjusted odds ratios (ORs) for lung cancer were elevated among subjects whose exposure level was above the 90th percentile whether or not a latent period was assumed [ORs and 95% CIs, 3.7 (1.0-11.7), 3.3 (0.6-13.4), 6.2 (1.1-31.6), and 19.3 (2.5-141.7) for 0, 5, 7, and 9 years of latency, respectively][689]. The adjusted ORs for colon-rectum cancer were modestly elevated among ever-exposed subjects as more years of latency were assumed [OR and CI, 1.7 (0.8-3.8) and 2.0 (0.6-5.8) for 11 and 13 years of latency, respectively][689]. Adjusted ORs for rectal cancer among ever-exposed subjects were more elevated [OR and CI, 2.6 (0. 8-6.7) and 3.1 (0.7-10.9) for 11 and 13 years of latency, respectively] than were corresponding estimates for colon cancer [OR and CI, 1.3 (0.5-3.5) and 1.5 (0.3-5.8) for 11 and 13 years of latency, respectively]. These results provided evidence for an association between PCE-contaminated public drinking water and cancer of the lung and potentially cancer of the colon-rectum[689].

*Bladder Cancer*

The results of several case–control studies support that exposure to PCE increases the risk of bladder cancer. For example, Aschengrau et al (1993) described a population-based case-control



# Page: 248

| | | | |
|---|---|---|---|
| T Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| T Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| Number: 3 | Author: | Subject: Sticky Note | Date: 10/6/2022 5:36:16 PM |

Plagiarized directly from the abstract.

| | | | |
|---|---|---|---|
| T Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| T Number: 5 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| T Number: 6 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| T Number: 7 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| T Number: 8 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| Number: 9 | Author: | Subject: Sticky Note | Date: 10/6/2022 5:36:16 PM |

This is taken directly from page 249 of IARC 106, without attribution.  Note that the structure of this whole section mirror's the IARC section exactly.  The difference here is that where Panigrahy uses "For example," IARC actually says "The only study to report risk of cancer associated with residential exposure to tetra-chloroetheylene in drinking water . . . "

| | | | |
|---|---|---|---|
| T Number: 10 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| Number: 11 | Author: | Subject: Sticky Note | Date: 10/6/2022 5:36:16 PM |

Plagiarized directly from the hyperlinked abstract.

| | | | |
|---|---|---|---|
| T Number: 12 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

tudy was used to evaluate the relationship between cases of bladder cancer (n = 61), kidney cancer (n = 35), and leukemia (n = 34) and exposure to PCE from public drinking water[679]. This study to report risk of cancer associated with residential exposure to PCE in drinking-water was carried out in Massachusetts, USA[679]. iving and deceased cases diagnosed in 1983–1986 were identified from the state cancer registry. Population controls from the same geographical area and matched by vital status and age group were selected by random-digit dialing, death registrations, or health insurance rolls, if older than 65 years. nformation about occupational history, water consumption, bathing habits, exposure to specific chemicals, and potential confounding factors was obtained by telephone or in-person interviews with subjects or their next of kin[679]. Semiquantitative estimates of exposures to PCE were developed using an algorithm based on residence and water-system design. Multivariable logistic regression models were adjusted for sex, age at diagnosis or index year, vital status at interview, educational level, and occupational exposure to benzene and other solvents. The analysis included 61 cases of cancer of the bladder and 852 controls. The adjusted odds ratio was 1.39 (95% CI, 0.67–2.91) for any exposure to PCE, nd 4.03 (95% CI, 0.65–25.10) for exposure above the 90th percentile of the semiquantitative estimates[679]. his study included estimates of specific exposure to PCE, and adjustment for an array of risk factors. However, interpretation was hampered by the small number of exposed cases[679].

he NCI conducted the National Bladder Cancer Study, a case–control study of 2982 incident cases and 5782 controls carried out over 18 months, starting in 1977, in 10 areas of the USA[705]. s part of this study, Schoenberg et al (1984) studied the risk of cancer of the bladder according to occupation in white men in New Jersey, USA[706] formation on incident cases and age-stratified population controls selected by random-digit dialing was collected by interviewing in person to collect information about smoking, occupational history, and exposures. The analysis

# Page: 249

| | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | Number: 3 | Author: | Subject: Sticky Note | Date: 10/6/2022 5:36:16 PM |

Red is all taken verbatim from IARC 106, citing directly to the underlying sources as if he identified and evaluated them.

| | Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | Number: 5 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | Number: 6 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | Number: 7 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | Number: 8 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | Number: 9 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | Number: 10 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | Number: 11 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

included 658 cases and 1258 controls. The adjusted odds ratio for dry-cleaning workers was 1.33 (95% CI, 0.50–3.58; seven cases).

In a study of men with urothelial cancer diagnosed in Stockholm, Sweden, in 1985–7, which included 254 cases and 287 referents, there was no increase in risk of urothelial cancer among men who reported working in dry-cleaning (RR, 1.2; 95% CI, 0.2–9.2; two cases)[707].

Information about bladder cancer was available from the cohort studies of dry-cleaning workers in the USA and Europe and from 11 case-control studies that reported data on exposure to PCE, or work in dry-cleaning shops in several countries[184]. All three dry-cleaning cohorts showed an increased risk of bladder cancer, which was statistically significant in the Nordic study. This study was based on cancer incidence, which is a better outcome measure than mortality, given the low case-fatality of bladder cancer. Two of the cohort studies found no evidence of an exposure–response relationship, but one study reported a statistically significant increase in risk among workers employed for more than 5 years, with 20 years of latency. All case-control studies included adjustments for tobacco smoking and other potential confounders[184]. Three case–control studies specifically assessed occupational or environmental exposure to PCE. One found a positive association for men, but did not report data for women, while another study, based on small numbers, showed an excess risk in the group with the highest exposure. The third study found a negative association, also based on small numbers. All eight studies that evaluated employment in dry-cleaning showed positive associations with bladder cancer. Three of these were from the United States National Bladder Cancer Study, and they all showed positive associations, although statistically significant only in one; furthermore two of the studies included dry-cleaners, ironers and pressers[184]. Three other case–control studies were small, with inconsistent results. The last

# Page: 250

| | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | Number: 4 | Author: | Subject: Sticky Note | Date: 10/6/2022 5:36:16 PM |

This is a citation to IARC 106

| | Number: 5 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | Number: 6 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | Number: 7 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

case-control study was based on a surveillance system and showed a statistically non-significant excess risk. While positive associations with bladder cancer were observed in several cohort and case–control studies, and smoking was adequately controlled for in the majority, employment in dry-cleaning was in most cases the only indicator of exposure to PCE, the number of exposed cases was small, and support for an exposure– response relationship was lacking.

*Cancer of the upper aerodigestive tract*

Two case-control studies evaluated cancer of the upper aerodigestive tract and exposure to PCE, or employment as a dry-cleaner, through personal interviews. Vaughan et al (1997) reported odds ratios > 1 (not statistically significant) and dose–response or duration–response patterns for laryngeal cancer, although there were few exposed cases[708]. These studies investigated whether employment in dry cleaning, and potential exposure to PCE, were associated with increased risk of carcinoma of the oral cavity and pharynx, larynx, esophagus, and gastric cardia[708]. People who worked in dry cleaning tended to consume less alcohol and cigarettes than the general population[708]. The adjusted odds ratio (OR) associated with ever having worked in dry cleaning was 1.6 (95% confidence interval (95% CI) = 0.6 to 4.4) for all cancer types together. The strongest associations were with laryngeal (OR 2.7; 95% CI 0.6 to 10.9) and esophageal squamous cell carcinomas (OR 3.6; 95% CI 0.5 to 27.0). For laryngeal cancer, the relative risk increased with number of years employed in the dry-cleaning industry. The two cases of esophageal squamous cell carcinomas had worked in dry cleaning for only a short time. Analyses of subsites showed higher risks for supraglottic laryngeal cancer (OR 5.7; 95% CI 1.0 to 32.1) and cancer of the tongue (OR 2.3; 95% CI 0.4 to 12.6). Analyses of exposure to PCE yielded similar results[708]. This study

# Page: 251

**T** Number: 1   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

**T** Number: 2   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

**T** Number: 3   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

**T** Number: 4   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

**Number: 5**   Author:   Subject: Sticky Note   Date: 10/6/2022 5:36:16 PM
Red here is taken directly from IARC 106; Pink is quoted directly from the Abstract of the study.

**T** Number: 6   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

**T** Number: 7   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

was consistent with previous reports of excess risk of esophageal, laryngeal, and tongue cancer with PCE exposure[708].

3. study by Christensen et al (2013) classified study subjects by degree of occupational exposure to PCE; none of the esophageal cancer cases were exposed to PCE[709]. A significantly elevated odds ratios (ORs) was found between perchloroethylene and prostate cancer (OR = 4.3; 95% CI: 1.4 to 13). Limited power precludes strong inferences about absence of risk for other cancer types. This study by Christensen et al 2013[709] was an update of the study by Siemiatycki et al 1991[710].

*Kidney Cancer*

Seven case-control studies have examined risk of cancer of the kidney associated with occupations involving exposure to PCE, especially dry-cleaning. All studies except one conducted personal interviews with study subjects.

Delahunt et al (1995) reported a study based on cancer-registry data and exposure assessment based on occupational data recorded in the cancer registry[711]. These studies, based on the New Zealand Cancer Registry, suggested that both firefighters and painters may be at an increased risk of developing renal cell carcinoma, which is likely to be of significance as both occupational groups are frequently exposed to known carcinogens[711]. Two studies applied job-exposure matrices and classified subjects by degree of exposure to PCE[712,713]. These results (e.g., Pesch et al – 2000) indicated that exposure to metals and solvents may cause kidney cancer[713]. In one study, a team of chemists and industrial hygienists translated job titles into potential exposures[709]. In one

## Page: 252

| | | | |
|---|---|---|---|
| T Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| Number: 2 | Author: | Subject: Sticky Note | Date: 10/6/2022 5:36:16 PM |

Red is taken from IARC Monograph 106 at 254.

| | | | |
|---|---|---|---|
| T Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| T Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | | | |
|---|---|---|---|
| Number: 5 | Author: | Subject: Sticky Note | Date: 10/6/2022 5:36:16 PM |

Plagiarized from IARC Monograph 106 p. 259

study, subjects were classified according to occupational exposure to dry-cleaning solvents[714]. Occupation may play an important role in the etiology of RCC via carcinogen exposure[714].

sIn the remaining studies, subjects were classified by job title[711,715]. All studies reported positive associations for men, women, or both, although statistical significance was only reached in three studies[711,713,714], and one of them reported only crude risk estimates [711]. Work in the dry-cleaning industries is associated with elevated risk of kidney cancer[715]. Among the three studies that evaluated dose–response or duration–response trends[713,714,716], only Karami et al (2012)[716] reported monotonic positive trends. Two studies among women[712,713] and one study among men[715] reported protective (non-significant) associations. Environmental exposure to PCE has been evaluated in a case–control study (Aschengrau et al 1993), which included cancers of the kidney and other sites[679].

Some case–control studies were suggestive of a positive association between kidney cancer and occupational PCE exposure. However, the cohort studies generally did not find an association between PCE exposure and kidney cancer, and most studies did not evaluate or failed to show positive exposure– or duration– response relationships. The studies also did not account for co-exposure to TCE, which has been associated with cancer of the kidney in many other studies. Increased risk of cervical cancer was seen in the two dry-cleaner cohorts in the USA and in a study of Swedish dry-cleaners, but not in the Nordic dry-cleaner study. For non-Hodgkin lymphoma, three cohort studies showed an increased risk based on small numbers, and the largest study with the best control of potential confounders did not. Case-control studies on NHL  did not find significant associations.

*Breast Cancer*

Page: 253

Number: 1     Author:          Subject: Sticky Note     Date: 10/6/2022 5:36:16 PM
Plagiarized from IARC Monograph 106 p. 259

Several analyses have been undertaken to evaluate the risk of cancer of the breast among women exposed to drinking-water contaminated with PCE in Cape Cod, Massachusetts, USA[687,688,704]. Aschengrau et al (1998) documented an association between breast cancer and perchloroethylene (PCE) exposure from public drinking water[687]. A population-based case-control study was conducted to evaluate the relationship between cases of breast cancer and exposure to PCE from public drinking water (n = 258 cases and 686 controls). Women were exposed to PCE when it leached from the vinyl lining of water distribution pipes[687]. The relative delivered dose was estimated using an algorithm that accounted for residential history, water flow, and pipe characteristics. Only small increases in breast cancer risk were seen among ever-exposed women either when latency was ignored or when 5 to 15 years of latency was considered. No or small increases were seen among highly exposed women either when latency was ignored or when 5 years of latency was considered. However, the adjusted ORs were more increased for highly exposed women when 7 and 9 years of latency, respectively, were considered (OR 1.5 95% CI 0.5-4.7 and OR 2.3, 95% CI 0.6-8.8 for the 75th percentile, and OR 2.7, 95% CI 0.4-15.8 and OR 7.6, 95% CI 0.9-161.3 for the 90th percentile)[687]. While the number of highly exposed women was too small for significance, the authors undertook a new study with many diagnosed cases[687,688].

Aschengrau et al (2003) followed up on cases of female residents of eight towns in the Cape Cod region of Massachusetts who had been diagnosed with breast cancer from 1987 through 1993 (n = 672)[688]. Controls were composed of demographically similar women from the same towns (n = 616). Women were exposed to PCE when it leached from the vinyl lining of water distribution pipes from the late 1960s through the early 1980s[688]. A delivered dose of PCE that entered a home was estimated using an algorithm that considered residential history, water flow, and pipe characteristics[688]. Elevations in risk were seen among women whose exposure levels were

above the 75th and 90th percentiles when 0-15 years of latency were considered (adjusted odds ratios, 1.5-1.9 for > 75th percentile, 1.3-2.8 for > 90th percentile)[688]. When data from the present and prior studies were combined, increases in risk were also observed among women whose exposure levels were above the 75th and 90th percentiles when 0-15 years of latency were considered (ORs, 1.6-1.9 for > 75th percentile, 1.3-1.9 for > 90th percentile)[688]. The results of the 2013 study confirm those of the previous (1998) one and suggest that women with the highest PCE exposure levels have a small to moderate increased risk of breast cancer[688].

Studies by Vieira et al (2005) reported on the impact of PCE-contaminated drinking water on the risk of breast cancer[703]. The authors used a dose model to assess exposure in a case-control study. A population-based case-control study was undertaken in 1997 to investigate the association between PCE exposure from public drinking water and breast cancer among permanent residents of the Cape Cod region of Massachusetts. PCE, a volatile organic chemical, leached from the vinyl lining of certain water distribution pipes into drinking water from the late 1960s through the early 1980s[703]. The measure of exposure in the original study, referred to as the relative delivered dose (RDD), was based on an amount of PCE in the tap water entering the home and estimated with a mathematical model that involved only characteristics of the distribution system[703]. Vieira et al (2005) constructed a personal delivered dose (PDD) model that included personal information on tap water consumption and bathing habits so that inhalation, ingestion, and dermal absorption were also considered. The authors reanalyzed the association between PCE and breast cancer and compared the results to the original RDD analysis of subjects with complete data. Overall, however, the results from the PDD analysis from the 2005 study did not differ greatly from the RDD analysis and PCE exposure levels was associated with an increased risk of breast cancer[703].

Exposure to PCE often occurs with other chemicals but it occurred alone in a pattern that reduced the likelihood of confounding in a unique scenario on Cape Cod, Massachusetts[704]. A small to moderate increased risk of breast cancer among women with the highest PCE exposures was found using a simple exposure model[704]. Gallagher et al 2011 reported on technical improvements in publicly available software to incorporate a more sophisticated determination of water flow and direction for a more accurate exposure assessment of PCE[704]. These analyses confirmed increased risks of breast cancer for women with PCE exposure levels defined by either the 90th percentile (adjusted ORs 1.0-1.5 for0-19 year latency assumptions) or smoothing analysis cut point (adjusted ORs 1.3-2.0 for 0-15 year latency assumptions)[704]. Exposure estimates had a higher correlation with PCE concentrations in water samples (Spearman correlation coefficient = 0.65, p < 0.0001) than estimates generated using the prior method. Thus, PCE exposure showed an elevated breast cancer risk for highly exposed women[704].

*Lung Cancer*

Two case-control studies of cancer of the lung investigated occupational exposure to PCE; both reported increased risks of lung cancer among those exposed to PCE after adjusting for smoking[717,718]. Lung cancer risk was also elevated among dry cleaning workers (ever: OR = 1.8, CI = 1.1-3.0; > 1.125 years: OR = 2.9, CI = 1.5-5.4)[717]. Exposure to PCE may increase the risk of lung cancer[718]. One case-control study of cancer of the lung assessed residential exposure to PCE through contaminated drinking-water[689]. Results showed increased risks for those in the highest categories of exposure.

One of the studies of occupational exposure included cases in nonsmokers[717]. Both studies of occupational exposure conducted face-to-face personal interviews. Risks were reported by job

# Page: 256

---

Number: 1     Author:     Subject: Sticky Note     Date: 10/6/2022 5:36:16 PM

Plagiarized from IARC Monograph 106 p. 264

title[717] or by degree of exposure to PCE[718]. Increased risks of cancer of the lung in female dry-cleaning workers were reported by Brownson et al (1993)[717] (OR, 1.8; 95% CI, 1.1–3.0), adjusted for age, smoking and previous lung disease. For lifetime nonsmokers, the odds ratio was 2.1 (95% CI, 1.2–3.7), adjusted for age and previous lung disease. Increased risk of cancer of the lung associated with exposure to PCE was reported by Vizcaya et al (2013)[718] (OR, 2.54; 95% CI, 1.25–5.26, for any exposure; and OR, 2.4; 95% CI, 0.8–7.7, for substantial exposure).

*Liver Cancer*

Three case-control studies evaluated the risk of liver cancer associated with occupational exposure to PCE. Two studies included deceased subjects only, while one study (Christensen et al (2013)) included both living and deceased subjects[709]. Exposure assessment was based on personal interviews with living study subjects[709], company work history records[719] or occupation and kind of business or industry as recorded on the death certificate[720]. Subjects were classified by exposure to PCE[709,719], or by job title[720]. Two studies reported increased risk of liver cancer associated with exposure to PCE[709,719].

*Toxicokinetic data*

*Humans*

Metabolism of perchloroethylene (Perc) occurs by cytochrome P450-dependent oxidation and glutathione (GSH) conjugation[674]. The cytochrome P450 pathway generates tri- and DCA as metabolites of Perc, and these are associated with hepatic toxicity and carcinogenicity. The GSH conjugation pathway is associated with generation of reactive metabolites selectively in the kidneys and with Perc-induced renal toxicity and carcinogenicity[674]. Physiologically based pharmacokinetic models have been developed for Perc in rodents and in humans[674].

Page: 257

Number: 1     Author:     Subject: Sticky Note     Date: 10/6/2022 5:36:16 PM
Plagiarized from IARC Monograph 106 p. 266

PCE is a lipophilic solvent of low relative molecular mass that readily crosses biological membranes. Pulmonary uptake is rapid, approaching steady state within a few hours after the start of exposure. One case report of accidental ingestion suggested that PCE is also readily absorbed by this route of exposure[721]. After ingestion of 12-16 g PCE, a 6-year-old boy was admitted to the clinic in coma. In view of the high initial PCE blood level, hyperventilation therapy was performed[721]. During hyperventilation therapy, the relative contribution to the fast elimination process increased from 70% for physiological minute volume to 99.9%[721]. A minor fraction of the ingested dose was excreted with the urine (integral of 1% during the first 3 days). In contrast to previous results, trace amounts of unchanged PCE were detected in the urine besides trichloroacetic acid and trichloroethanol[721]. Dermal absorption of PCE vapors by humans has been reported to be relatively insignificant (only 1%) when compared with absorption via inhalation[722,723]. Percutaneous penetration of PCE vapors at ambient air concentrations of 600 ppm for 3.5 h was studied in a dynamic exposure chamber with a restricted number of human volunteers[722].

Once absorbed, PCE enters the blood circulation and undergoes rapid systemic distribution to tissues. The highest concentrations are expected to occur in adipose and other fatty tissue, due to the lipophilicity of the compound. Data on distribution of PCE in humans *in vivo* come from analyses of tissues taken from autopsies after fatal accidents. The available data show wide systemic distribution in blood and across all tissues tested, including the lung, liver, heart, kidney, and brain[724-726]. A 2-year-old boy was found dead in his bed, with a strong odor of solvent in the room[726]. Toxicological analysis demonstrated PCE poisoning[726]. The solvent had been retained in the double curtains of the bedroom which had been dry cleaned in a coin-operated establishment

the same day. A retrospective study at the Paris Poison Center revealed 25 additional cases, all with a favorable outcome[726].

*Experimental systems*

Inhalation studies in experimental animals have been conducted predominantly in adult males. PCE is readily absorbed via the lungs into the systemic circulation[727-729]. Predicted tissue levels were in close agreement with the levels measured over time in seven tissues (brain, liver, kidney, lung, heart, skeletal muscle, perirenal fat) and in blood[728]. Oral doses of PCE (given by gavage or in drinking-water) are almost completely absorbed from the gut, as reported in several studies in mice, rats, and dogs[727,729-731]. For PCE, considerable animal toxicity data exists for gavage and inhalation exposure[731]. The fate of PCE following drinking-water administration was not substantially different from the disposition resulting from these two routes of administration[731].

These experiments provide clear evidence that PCE is distributed widely to all tissues of the body. In rats exposed *in vivo*, PCE has been detected and measured in blood, fat, brain, lungs, liver, kidneys, heart, and skeletal muscle. The highest tissue concentrations were found in adipose tissue ($\geq$ 60 times that in blood) and in brain and liver (four and five times higher than in blood, respectively), as was calculated from rat tissue-distribution data[728,732]. The concentration of PCE in fat was 9−18 times higher than the concentrations found in other tissues. Skeletal muscle contained the lowest concentration[728].Additonally, PCE readily crosses the blood-brain barrier[730,732] and the placenta[733].

**10 Key Characteristics of Carcinogens**

*Tetrachloroethylene (PCE) exhibits 7 of the 10 key characteristics of carcinogens: PCE is genotoxic, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply.*

*Key Characteristic #2: PCE is genotoxic*

Several studies have demonstrated that PCE is genotoxic[674]. For example, PCE can induce genotoxicity in the liver of mice after oral administration[691,734]. The induction of DNA damage in the liver and kidney of male mice was studied by means of the alkaline Comet assay after oral administration of PCE[734]. PCE induced DNA damage in the liver as evidenced by a statistically significant dose-related increase in tail intensity in hepatocytes[734]. These results are in agreement with carcinogenicity data in mice, in which PCE induced tumors in the liver and support a genotoxic mode of action for PCE in cancer causation[734].

PCE is genotoxic and cytotoxic in human peripheral blood lymphocytes (PBLs), as determined using chromosome aberrations (CAs) and cytokinesis-block micronucleus (CBMN) tests[735]. The human cells were exposed for 48 hours to PCE (25, 50, 100, and 150 µg/mL)[735]. The findings of the study suggested that, relative to solvent control, PCE significantly increased the structural CA and MN formation for all concentrations[735]. PCE has cytotoxic effects on human PBLs as indicated by the significant decrease in mitotic index (MI) and nuclear division index (NDI)[735]. Thus, PCE is genotoxic and cytotoxic (kills cells).

PCE can also induce genotoxicity via DNA-binding and induction of single-strand breaks[230,736]. PCE is also metabolized via cytochrome P450-mediated oxidation and glutathione conjugation. TCA is the predominant metabolite. Findings from cancer bioassays in mice and toxicity studies in animals have identified several potential genotoxic and non-genotoxic mechanisms of carcinogenesis for PCE in the liver that could operate in people. PCE induces more oncogene activation, such as higher incidence of K-ras activation, than in control tumors. PCE induces kidney tumors in rats via genotoxicity. In contrast, there are several studies in which PCE exhibited weak toxicity or was not genotoxic.

PCE metabolites from the GSH conjugation pathway mediate mechanistic events (other than α2u-globulin nephropathy), contributing to renal cancer. The GSH conjugation metabolites—TCVG, the cysteine conjugate TCVC, and the mercapturate NAcTCVC—are mutagenic in *Salmonella* tests, consistent with the observation that PCE is mutagenic in the few studies in which products of the GSH conjugation metabolic pathway would have been generated. PCE and/or its metabolites induce a number of mechanistic events that may contribute to carcinogenicity, including mutagenicity, alterations in DNA methylation, and oxidative stress (U.S. EPA 2012)[677]. PCE stimulates the protein alpha-2u-globulin in proximal tubular cells and is metabolized by conjugation with glutathione to form a mutagenic cysteine conjugate suggesting genotoxicity[737].

Glutathione conjugate formation is now recognized as an important bioactivation mechanism for several classes of mutagenic and carcinogenic compounds[738]. Glutathione conjugation is another important metabolic pathway for PCE, resulting in formation of short-lived, reactive metabolites. The initial conjugation reactions occur in the liver (formation of

trichlorovinyl-glutathione), while subsequent processing primarily takes place in the kidney. Dichloroacetic acid is also formed through conjugation with glutathione[184]. Metabolic activation via the glutathione-conjugation pathway leads to the formation of genotoxic metabolites[184]. Among the glutathione-conjugation metabolites that have been tested, trichlorovinyl-glutathione and N-acetyl-S-(1,1,2-trichlorovinyl)-l-cysteine are genotoxic[184]. There is some evidence that dichloroacetic acid may cause genotoxicity. For other oxidative metabolites of PCE, i.e. trichloro-acetyl chloride and PCE epoxide, there is some evidence for their genotoxicity.

*Humans*

Several small cross-sectional studies have evaluated genotoxic and cytogenetic effects associated with exposure to PCE. These studies have included assessments of the frequency of standard genotoxicity assays such as CAs and sister-chromatid exchange (SCE), the frequency of acentric fragments, and the presence of markers of oxidative stress reflective of DNA damage.

For example, Everatt et al (2013) used cytogenetic tests and the comet assay to conduct a biomonitoring study of dry cleaning workers[739]. The genotoxic potential of occupational exposure to PCE in dry cleaning workers was examined in 59 volunteers (30 workers, 29 controls). The genotoxic effect of PCE was evaluated by analyzing CAs, micronuclei (MN) and DNA damage (assessed by the comet assay) in peripheral blood lymphocytes[739]. PCE concentrations in the workplace air of dry-cleaning workers was measured during two consecutive working days. Importantly, there was a significant association of CA frequency with employment duration and frequency of exposure to PCE[739]. The MN frequency and DNA damage detected by alkaline comet assay were significantly increased in dry cleaning workers compared to the controls. Thus, chronic occupational exposure to dry cleaning solvents may lead to an increased risk of genetic damage

among dry cleaning workers, and CA, MN tests, and comet assay are useful to monitor populations exposed to low doses of PCE[739].

*Chromosomal aberrations and sister-chromatid exchange*

A cross-sectional study among 27 dry-cleaning workers and 26 controls in Japan reported no significant increase in the frequency of SCE in association with exposure to PCE. However, SCE was significantly increased in PCE-exposed male smokers compared with nonsmoking controls[740]. There was potential synergism between PCE and another carcinogen such as smoking[740]. A study of 10 PCE-exposed degreasing workers and 11 non-exposed controls found no significant increase in numerical or structural chromosomal aberrations or in frequency of SCE[741].

The frequencies of acentric fragments and chromosomal translocations – considered to be suitable indicators of chronic genotoxicity – were assessed in a cross-sectional study in the USA including 18 female PCE-exposed dry-cleaning workers, and 18 laundry workers not exposed to PCE[742]. The average employment duration for the exposed dry-cleaners was 8 years. Air samples in the personal breathing-zone were collected from the dry-cleaning workers and from a subset of the laundry workers. A time-weighted average (TWA) exposure level of 3.8 ppm was measured in the exposed workers, while exposure levels were below the limit of detection in the controls[742]. Chromosome painting was used to evaluate the frequency of cells with chromosomal translocations, insertions, dicentric and acentric fragments, and color junctions. PCE levels were significantly correlated with percentage of cells with acentric fragments[742]. The frequencies of each of these endpoints, including translocations, were elevated in the exposed dry-cleaning workers compared with the controls. The correlation between frequencies of acentric fragments

and PCE exposure level suggests that recent exposures to PCE may induce transient genetic damage[742].

PCE can exhibit genotoxic activity (IARC 1995; WHO 1984, ATSDR 1997, EPA 2012)[184,743-745]. Using short-term test data from the U.S. Environmental Protection Agency/International Agency for Research on Cancer genetic activity profile (EPA/IARC GAP), PCE can be tested for genotoxicity on the basis of its mutagenicity emphasizing three genetic endpoints: gene mutation, chromosomal aberration and aneuploidy[745].

*DNA-and protein-binding*

In an *in vivo* study, mice were exposed orally or by inhalation to TCE. Labeling was observed in tissue protein and RNA, but not in DNA. In a more sensitive assay and after intraperitoneal injection of the radiolabeled compound, DNA-labeling was detected in mouse liver and kidney, and in rat and mouse stomach. Binding was highest in mouse liver and stomach. Metabolic activation was found to enhance binding of PCE to calf-thymus DNA *in vitro*[736]. Mazzullo et al (1987) demonstrated DNA binding activity of PCE[736]. 14C-Perchloroethylene is covalently bound to DNA, RNA and proteins of rat and mouse organs in vivo after intraperitoneal (ip) injection[736]. The greater amounts of labeling detected in mouse liver and in rat kidney macromolecules are consistent with the known toxic and carcinogenic actions of this compound. In vitro binding of perchloroethylene to nucleic acids and proteins proceeds through the involvement of the P-450-dependent mixed function oxidase system from liver microsomes[736]. Cytosolic enzymes from all assayed organs are much more efficient than liver microsomes in bioactivating the compound. Glutathione peroxidase (GSH) addition to liver microsomal system greatly enhances binding extent. This observation suggests that GSH plays a role in the binding of PCE metabolites as for symmetrically substituted haloethanes[736].

*Mutagenicity*

PCE and its metabolites can exhibit mutagenic activity[746-750]. PCE was mutagenic with metabolic activation[751]. Other studies have confirmed the mutagenic activity of the metabolites of tetrachloroethene in the Ames Salmonella typhimurium TA100 mutagenicity assay[747]. Studies by DeMarini et al (1994) evaluated the genotoxicity and mutagenic activity of PCE and its volatile metabolites, trichloroacetyl chloride (TCAC) and trichloroacetic acid (TCA)[752]. TCAC (+/-S9) was mutagenic, producing an increase in revertants/plate relative to the background. TCAC induced mutations (primarily G.C-->T.A transversions)[752]. In the diploid D7 strain of the yeast *Saccharomyces cerevisiae*, PCE caused mitotic gene conversion and recombination in a study by Callen et al (1980)[753]. PCE and s-tetrachloroethane induced mitotic gene convertants and recombinants and, to a lesser extent, gene revertants when incubated with log-phase cells of the yeast strain D7[753]. Thus, PCE can be genotoxic leading to somatic mutations[674].

Vamvakas et al (1989) studied the mutagenicity of tetrachloroethene in the Ames test--metabolic activation by conjugation with glutathione[750]. The mutagenicity of tetrachloroethene and its S conjugate, S-(1,2,2-trichlorovinyl) glutathione (TCVG) was investigated using a modified Ames preincubation assay. TCVG was a potent mutagen in presence of rat kidney particulate fractions containing high concentrations of gamma-glutamyl transpeptidase (GGT) and dipeptidases[750]. Purified tetra was not mutagenic without exogenous metabolic activation or under conditions favoring oxidative metabolism. Preincubation of tetra with purified rat liver glutathione (GSH) S-transferases in presence of GSH and rat kidney fractions resulted in a time-dependent formation of TCVG as determined by HPLC analysis and in an unequivocal mutagenic response in the Ames test[750]. Experiments with tetra in the isolated perfused rat liver demonstrated TCVG formation and its excretion with the bile; bile collected after the addition of tetra to the isolated

265

perfused liver was unequivocally mutagenic in bacteria in the presence of kidney particulate fractions[750]. The DNA damaging effects in kidney cells of TCVG, a metabolite of PCE, suggest that the parent haloalkenes are genotoxic in the rat kidney, a target organ for both acute toxicity and carcinogenicity[754]. DNA damage caused by treatment of porcine kidney cells was estimated by determining the induction of unscheduled DNA synthesis (UDS)[754]. A doubling of revertant frequencies was seen in *S. typhimurium* TA1535 in one study at both doses tested. In another study, purified PCE clearly increased the number of revertants in *S. typhimurium* TA100 in the presence of rat-liver GST, glutathione, and kidney microsomes. This study was intended to simulate the multistep bio-activation pathway by GSH-conjugation[750]. The mutagenicity was accompanied by time-dependent formation of *S*-(1,2,2-trichlorovinyl) glutathione, a pro-mutagen activated by kidney microsomes, and did not occur in the absence of GSH, GST, or kidney microsomes.

PCE did not induce gene conversion, mitotic recombination, or reverse mutations in yeast in stationary cultures. Both negative and positive findings were reported from studies of cultures in logarithmic growth phase, which stimulates xenobiotic metabolism; and positive results were obtained with PCE containing 0.01% thymol as a stabilizer. In a single study in yeast, PCE (analytical grade) weakly induced aneuploidy in growing cells capable of xenobiotic metabolism. In single studies with *Tradescantia*, PCE induced mutations, and a compound of 99% purity induced a slight increase in the frequency of micronucleus formation.

*Micronucleus formation, SCE, and chromosomal aberrations*

PCE induces MN in mice hepatocytes and reticulocytes[755]. PCE increased the frequency of micronucleus formation in hepatocytes, but not in peripheral blood reticulocytes of ddY mice given single intraperitoneal injections after, but not before, partial hepatectomy[755]. The clastogenicity of PCE (tetra) was detected by means of the micronucleus assay using hepatocytes

266

and reticulocytes from ddY male mice, to understand its effects in upon hepatocellular carcinomas in mice[755]. The frequency of micronucleated hepatocytes of mice that received a single injection of PCE after partial hepatectomy increased to levels that were significantly higher than those of controls treated with solvent[755]. Studies by Sandhu et al (1989) evaluated the clastogenic (inducing chromosomal damage) of PCE with the Tradescantia-Micronucleus (Trad-MCN) assay to evaluate their clastogenic potential[756]. PCE vapor phase treatment yielded a positive response at the minimum effective dose (MED) of 30 ppm/min after a 2-h exposure[756].

MN induction was not observed in a Chinese hamster lung cell line (CHL/IU) exposed to PCE[757]. When Chinese hamster ovary (CHO K1) cells were exposed to PCE in a closed vapour-exposure system, a significant, dose-dependent increase in the frequency of micronuclei was found[237]. Wang et al (2001) studied the toxicokinetics of PCE in culture medium and its toxicity to CHO-K1 cells was investigated by employing an in vitro vapor exposure system[237]. A significantly increase in the frequency of MN  was observed with PCE treatment[237].

Doherty et al (1996) investigated the activation and deactivation of chlorinated hydrocarbons to genotoxins in metabolically competent human cells[758]. MN induction was studied in AHH-1 human lymphoblastoid cells and in two daughter cell lines (h2E1 and MCL5) stably expressing various human metabolic enzymes. The parental AHH-1 cells possess native CYP1A1 activity and considerable GST activity; the h2E1 cells express human CYP2E1; and MCL-5 cells express human CYP1A2, 2A6, 3A4, 2E1, and microsomal epoxide hydrolase. Importantly, PCE induced an increase in micronuclei formation by threefold in AHH-1 cells and ninefold in h2E1 and MCL-5 cells[758]. The MCL-5 and h2E1 cell lines have in addition shown the capacity to produce metabolites in the presence of PCE, which yields elevated MN frequencies compared with the parental cell line AHH-1. Similar genotoxic results with PCE were reported with the MCL-5

267

cell line[759]. The clastogenic action of PCE was demonstrated in human MCL-5 cells[759]. Studies by Anna et al (1994) demonstrated that there was a higher incidence of K-ras activation in PCE-induced tumors than in the other chemically induced or control tumors[187]. These findings suggest that exposure to PCE provides a selective growth advantage to spontaneously occurring mutations in codon 61 of H-ras[187]. The ras proto-oncogene activation is responsible for a small number of unique molecular lesions suggestive of either a genotoxic mode of action or a result of secondary DNA damage[187].

There are qualitative similarities between humans and rodents with respect to the two important metabolic pathways of PCE. The major pathway is cytochrome P450-mediated oxidation, resulting in formation of a variety of short-lived and long-lived metabolites. In all species, the oxidative metabolite trichloroacetic acid is formed in much larger amounts than other oxidative metabolites (e.g., dichloroacetic acid). There are quantitative differences among species in the extent of oxidative metabolism of PCE, with rodents showing more extensive oxidative metabolism than humans. PCE-induced DNA damage was not observed in the SCE assay in cultured human blood cells at a dose that reduced viability by 40% due to cytotoxicity[760]. In contrast, PCE can act as a tumor-promoter by stimulating rat liver foci (e.g., gamma glutamyltranspeptidase (GGT)+) above control levels[761]. Thus, PCE is a complete carcinogen with both tumor initiating and tumor promoting activity[761].

Thus, tetrachloroethylene (PCE) is genotoxic. As such, PCE is carcinogenic in humans. **It is biologically plausible that PCE causes cancer via key characteristic #2.**

***Key Characteristic #4: PCE stimulates epigenetic alterations***

Experimental studies for hypomethylation of DNA are available from studies in mice exposed to the PCE metabolites TCA and DCA. Hypomethylated DNA was found in DCA and TCA promoted liver tumors[762]. When female B6C3F1 mice received an intraperitoneal injection of *N*-methyl-*N*-nitrosourea (MNU) as an initiator followed by exposure to TCA or DCA in drinking-water, DNA methylation in the resulting hepatocellular adenomas and carcinomas was about half that observed in non-tumor tissue from the same animal or from animals given MNU alone[762]. Exposure of female B6C3F1 mice to drinking-water containing TCA or DCA for 11 days reduced total liver-DNA methylation by 60%[762].

TCA and DCA are liver carcinogens[763]. Tao et al (2000) studied changes in methylation of the c-*jun* and c-*myc* genes, and alterations in gene expression were measured in liver tumors initiated by MNU and promoted by DCA and TCA in female B6C3F1 mice. Hypomethylation and overexpression of these genes were found in liver tumors promoted by DCA and TCA[763]. Thus, DCA- and TCA-promoted carcinogenesis via epigenetic alterations such as decreased methylation[763]. Subsequently, these investigators (Tao et al -2004) reported hypomethylation of a region of the *IGF-II* gene in liver and tumors from mice initiated with MNU and then exposed to TCA or DCA[764].

**It is biologically plausible that PCE causes cancer via key characteristic #4.**

***Key Characteristic #5: PCE stimulates oxidative stress***

PCE stimulates oxidative stress, such as reactive oxygen species (ROS)[765]. PCE-induced toxicity in lymphocytes occurs through the induction of oxidative stress in dry cleaning workers[766]. Blood samples were evaluated for liver (alanine transaminase [ALT] and aspartate transaminase

[AST]) and kidney (BUN and creatinine) markers. For measurement of PCE, exhaled, personal, and ambient air samples were measured. The personal exposure levels and exhaled air concentration of PEC in dry cleaning workers were above the recommended national occupational exposure limits (OELs) and the biological exposure index (BEI). Oxidative stress markers including the level of reactive oxygen species (ROS), glutathione (GSH), oxidized glutathione (GSSG), and lipid peroxidation (LPO) in B-lymphocytes were evaluated in blood samples[766]. PCE induced higher levels of liver enzymes ALT and AST in dry cleaning workers than in the control group. The levels of ROS, LPO, and GSSG in B-lymphocytes from dry cleaning workers were higher than the control group, and the levels of GSH in dry cleaning workers were lower than the control group[766]. The results suggested that exposure of dry cleaning workers to PCE could be associated with oxidative damage in B-lymphocytes and liver damage[766]. Thus, PCE stimulate oxidative stress in human immune cells[766].

PCE induces oxidative stress in human lung cancer cells via higher levels of lipid peroxidation[307]. PCE also induces oxidative stress in mice via a significant increase in malondialdehyde (MDA)-protein adducts and a decrease in the levels of antioxidants GSH and SOD[767]. PCE stimulates oxidative stress in human skin cells (e.g., keratinocytes) via an increase of the oxidative stress marker MDA and inhibition of the antioxidant SOD, in a concentration-dependent manner[768]. Treatment with vitamin E also reversed the PCE-induced oxidative stress[768].

A few studies have focused on PCE-induced hepatic oxidative stress. When PCE was given orally in sesame oil to male and female Swiss mice at 3000 mg/kg bw per day for 15 days, a significant increase in liver weight was seen, as well as degeneration and necrosis of hepatocytes. These changes occurred simultaneously with a decrease in blood glucose, enhanced activity of the

enzymes hexokinase, aldolase, and phosphoglucoisomerase, and reduced activities of enzymes involved in gluconeogenesis. Most of these effects were mitigated by concomitant exposure to 2-deoxy-d-glucose or vitamin E[769].

In a further study, the potential protective properties of 2-deoxy-d-glucose, vitamin E, and taurine against membrane damage were investigated with a similar treatment protocol. Male albino Swiss mice were exposed to the same doses of PCE as used in the previous study, with the addition of a taurine-exposed group. Membrane-bound $Na^+K^+$-ATPase and $Mg^{2+}$-ATPase activity were significantly decreased ($P < 0.001$), while $Ca^{2+}$-ATPase activity was increased ($P < 0.001$) after exposure to tetra- chloroethylene alone. These levels remained close to normal in mice exposed to PCE together with 2-deoxy-d-glucose, vitamin E, or taurine. This return to normal levels after exposure to vitamin E and taurine may be due to their activity as an antioxidant, and the ensuing reduction in oxidative stress in exposed cells[770].

**Thus, it is biologically plausible that PCE is a human carcinogen and causes cancer via key characteristic #5.**

### *Key Characteristic #6: PCE stimulates chronic inflammation*

PCE (perchloroethylene, PCE) increases histamine release and inflammatory mediator production from antigen-stimulated inflammatory (e.g, mast) cells[771]. PCE exposure for 4 weeks enhanced a pro-inflammatory anaphylaxis reaction in a dose-dependent manner. In pathological studies, PCE exposure for 2 weeks promotes inflammation characterized by infiltration of inflammatory cells (e.g., lymphocytes) and the accumulation of mast cells around the blood vessels[771]. Inflammatory cells (mast cells) from rats treated with PCE in drinking water for 2 weeks increased antigen-stimulated histamine release. Furthermore, the leukocytes of rats treated with

271

PCE in drinking water for 4 weeks showed increased interleukin (IL)-4 expression. PCE also causes T helper (Th) 1/Th2-type helper T-cell imbalance and increases histamine release from excessively accumulated mast cells. The results suggest that the intake of PCE in drinking water, even at a low concentrations can stimulate inflammation[771]. In a separate study by Seo et al 2008, PCE stimulated pro-inflammatory mediators (e.g., TNF-alpha and IL-4) in a dose-dependent manner in leukemia cells[772]. Thus, these results suggest that PCE stimulate inflammation and inflammatory mediator production[772].

PCE treatment stimulate genes related to a pro-inflammatory response in various mouse models such as fatty acid liver disease[773]. PCE exposure was associated with upregulation of inflammatory genes involved in xenobiotic, lipid, and glutathione metabolism, and downregulation of the complement and coagulation cascades[773]. PCE treatment also caused modulation in the expression of pro-inflammatory genes related to cancer induction[675]. The genes modulated were involved in inflammatory responses, like the mitogen-activated protein kinase14 (MPK 14), in tumor and metastasis progression, like the matrix metalloproteinase 17 (MMP 17), and were involved in the apoptotic process, like interferon alpha-inducible protein (IFI). A mixture of chlorinated alkanes and alkenes including PCE stimulates in mice[774]. Rats which drank water containing a mixture of 25 common groundwater contaminants including PCE developed inflammatory lesions in the liver (granulomatous inflammation of the liver), spleen, lymph nodes, and adrenal gland[775].

**Thus, it is biologically plausible that PCE is a human carcinogen via key characteristic #6.**

*Key Characteristic #7: PCE stimulates immunosuppression*

PCE also induces immunosuppression in humans and experimental animal models.

272

*Humans*

Several recent studies have evaluated the immunotoxicity of exposure to PCE. A small cross-sectional study conducted in the Czech Republic included 21 exposed workers in the dry-cleaning industry and 16 controls from the same plant. Several immunological markers were measured, including α-macroglobulin, phagocyte activity, T lymphocytes, concentrations of the complement proteins C3 and C4, and immunoglobulins. Biological monitoring of the workers over an 8-hour working shift showed PCE in exhaled air in the range of 9 to 344 mg/m$^3$ at the end of the shift. Compared with controls, the exposed workers had significantly elevated serum concentrations of the proteins C3 and C4 and higher salivary concentrations of IgA. Compared with reference values from 41 healthy blood donors, the serum concentration of C3 of the exposed workers was higher, while the number of T lymphocytes was reduced[776].

Emaran et al (2010) demonstrated the immunotoxicity and hematotoxicity induced by PCE in Egyptian dry-cleaning workers[777]. In terms of sample size and the use of an appropriately matched control group, this was a strong study examining immunological and hematological effects of exposure to PCE was that among 40 male dry-cleaning workers who had mean exposure levels up to 140 ppm, and a mean exposure duration of 7 years[777]. Statistically significant decreases in erythrocyte count and hemoglobin levels and increases in total leukocyte counts and lymphocyte counts were observed in the exposed workers compared with age- and smoking-matched controls[777]. In addition, increases in several other immunological parameters, including T-lymphocyte and natural killer-cell subpopulations, IgE, and interleukin-4 levels were reported. These immunological effects suggest an augmentation of Th2 responsiveness[777].

The association with exposure to PCE was evaluated in 60 patients who were positive for anti-neutrophil cytoplasmic antibody (ANCA) and 120 age- and sex-matched controls in France[778].

Cases included hospital in-patients (admitted in 1990–2000) who were ANCA-positive, and in-patient controls (admitted in 2000–2001) matched to cases by age (± 5 years) and sex. An interviewer-administered questionnaire was used to evaluate occupational exposure to several solvents and other chemicals[778]. The exposure assessment included both qualitative and semiquantitative methods and was assessed by a panel of experts blinded to the disease status of the patients. A total of five ANCA-positive patients were reported to be exposed to PCE; leading to a twofold non-significantly increased risk of ANCA-positivity associated with exposure to PCE[778].

A case–control study of 205 female patients with undifferentiated connective tissue disease (UCTD) and 2095 population-based controls in the USA evaluated the association between UCTD and exposure to petroleum distillate solvents, including PCE. Exposures to solvents were self-reported in a personal interview, which included an assessment of the number of years each woman had worked with the solvent, whether protective equipment was used, and job activities. The only available risk estimate was for nine exposed cases in dry-cleaning workers; the risk of UCTD in these workers was marginally elevated[779].

*Experimental animals*

Several studies have demonstrated the hematopoietic toxicity of PCE in mice. In albino Swiss mice, administration of PCE in sesame oil (3000 mg/kg bodyweight per day, for 15 days) by oral intubation resulted in a significant decrease in hemoglobin, hematocrit (erythrocyte volume fraction), and erythrocyte and platelet counts, and a significant increase in leukocyte counts[770]. These findings are like those observed in studies in humans exposed to PCE[777].

Female NMRI mice were given PCE in drinking-water at nominal doses of 0.05 or 0.1 mg/kg bodyweight per day for 7 weeks. The treatment resulted in reversible hemolytic anemia,

and there was evidence from microscopical analyses of splenic involvement. PCE accumulated in the spleen to a significantly greater extent than in liver, brain, or kidney; levels of PCE in the spleen were 20-fold those in the liver after 7 weeks[780]. Mice were exposed to very small quantities of PCE (0.05 and 0.1 mg Per/kg body weight per day) administered orally for 7 weeks. Leading to immunotoxicity, Per reaches the interior of the membranes of red blood cells, leading to changes in the entire erythropoietic system[780]. The membranes of the red blood cells are destroyed prematurely, and its fragments are increasingly phagocytized in the spleen. The result is a high level of Per stored in the spleen[780]. The increase in hemolysis was also demonstrated by showing an increase in LDH activity and the accumulation of hemosiderin in the macrophages in the spleen[780].

PCE exposure also leads to significant increases in serum anti-nuclear antibodies (ANA), anti-dsDNA and anti-scleroderma-70 (anti-Scl-70) antibodies at 18 weeks and, to a greater extent at 24 weeks, suggesting that PCE exposure exacerbates autoimmunity in an animal model[767]. The spleen cells (splenocytes) isolated from mice treated with PCE for 18 and 24 weeks showed greater Th17 cell proliferation and increased release of IL-17, acting act as an immunologic trigger by activating Th17 cells to contribute to PCE-mediated autoimmunity[767].

PCE was also found in the spleen and fatty tissue of treated mice up to 2 months after the end of the 7 weeks of exposure[781]. The erythrocytes increasingly disintegrate and are broken down in the spleen[781]. Of all organs, the spleen shows the highest concentration of PER. Also, disturbances in the lipid metabolism occur because chylomicrons are broken down at a slower rate[781]. Seidel et al reported on the hematological toxicity of PCE in mice[782]. Female hybrid mice (C57/BL/6 × DBA/2) were exposed to PCE at a concentration of 270 ppm for 6 hours per day, 5 days per week for 11.5 weeks, and at 135 ppm for 6 hours per day for 7.5 weeks, followed by a 3-

week exposure-free period[782]. There was a reduction in erythrocyte count, supported by decreases in colony-forming units (CFU) and burst-forming units (BFU) of erythroid cells, and evidence of reticulocytosis. Reversible reductions in the numbers of lymphocytes/monocytes and neutrophils were also observed[782]. The slight decrease in number of granulocyte progenitor cells (CFU-C), which persisted after the exposure, could indicate the beginning of immunotoxicity at all levels of progenitor cell[782].

Several leukemogens inhibit the production of both erythrocytes and various types of leukocytes in blood. A decrease in CFU-Ss has commonly been reported, but this effect is not observed after exposure to PCE. Leukemogens also cause a decrease in number of several myeloid progenitors in the bone marrow; CFU-E/BFU-E was also reduced by PCE[783,784]. Thus, there is indirect evidence that PCE induces effects associated with leukemogenesis. Immunosuppression was observed in female B6C3F1 mice given PCE in drinking-water (maximum concentration, 6.8 ppm) in a mixture of 24 contaminants of groundwater occurring frequently near Superfund sites in the USA (i.e., an uncontrolled or abandoned place where hazardous waste is located)[785]. Mice exposed to the highest dose of this mixture for 14 or 90 days showed suppression of hematopoietic stem cells and of antigen-induced antibody-forming cells[785]. This results in PCE-induced immunotoxicity[786].

Female CD-1 mice were exposed to PCE at a concentration of 25 or 50 ppm by inhalation as a single (3 hours) or repeated dose (5 days per week, 3 hours per day)[787]. Susceptibility to *Streptococcus zooepidemicus* aerosol infection and pulmonary bactericidal activity to inhaled *Klebsiella pneumoniae* were evaluated. A single 3-hour exposure to PCE at 50 ppm significantly increased susceptibility to respiratory infection and mortality after exposure to *S. zooepidemicus*. In addition, the 3-hour exposure to PCE at 50 ppm was associated with a statistically significant

decrease in pulmonary bactericidal activity[787]. Thus, PCE can be immunotoxic[787]. In vitro studies also show that PCE inhibited natural cytotoxic (NC) and natural P815 killer (NPK), resulting in immunosuppression[788]. These *in vitro* studies show clear similarities to the results obtained using cells from experimental animals[788].

**Thus, it is biologically plausible that PCE is a human carcinogen and causes cancer via key characteristic #7.**

### *Key Characteristic #9: PCE cause immortalization*

Treatment with PCE for 3 days without metabolic activation did not induce cell transformation in BALB/c 3T3 cells after a 30-day post-treatment incubation period[789]. However, cells from Fischer rat embryos were transformed upon treatment with PCE in the absence of metabolic activation[790]. Thus, PCE induces transformation (immortalization)[790]. Metabolites of PCE (e.g., PCE oxide) also induce neoplastic transformation of Syrian hamster embryo cells and caused cell lethality via a liner dose-response[791]. PCE also exhibits transformation potential in a host-mediated assay system for the detection of the transforming action of chemical carcinogens on peritoneal macrophages[293].

**Thus, it is biologically plausible that PCE is a human carcinogen and causes cancer via key characteristic #9.**

### *Key Characteristic #10: PCE alters cell proliferation, cell death, or nutrient supply*

PCE increases the angiogenesis and inflammation, both key characteristic of carcinogens, in the hematopoietic tissue[675]. PCE also induces apoptosis (e.g., necrosis), a key characteristic of carcinogens.

277

*Cell proliferation*

PCE induces acute cytotoxicity and cell death leading to proliferation[674]. Increased cell proliferation in mice has been reported after exposure to PCE. To study the extent to which PCE alters cell proliferation and apoptosis, several studies have measured hepatocyte proliferation in mice in response to treatment with the metabolite TCA[678,681,792-794]. For instance, Dees & Travis (1994) observed relatively small (two- to threefold) but statistically significant increases in [$^3$H]thymidine incorporation (a measurement of proliferation) in liver DNA in mice exposed by gavage for 11 days to TCA at doses (100–1000 mg/kg bodyweight) that increased the relative liver weight[793]. Increased hepatic DNA labelling was seen at doses lower than those associated with evidence of necrosis, suggesting that TCA-induced cell proliferation is not due to regenerative hyperplasia. Thus, chronic PCE exposure followed by a solvent-free period increased hypertrophy and proliferation[795].

Philip et al (2007) aimed to study the sub chronic toxicity of perchloroethylene (PCE) by measuring injury and repair in liver and kidney in relation to disposition of PCE and its major metabolites[796]. PCE induced a dose-dependent increase in [$^2$H] thymidine incorporation observed in all dose groups on day 7 of treatment, which was sustained until 14 days in the groups at the intermediated dose and highest dose[796]. A lower level of cell proliferation was evident after 30 days than after 14 days exposure to all three doses. PCNA immunohistochemistry was performed to confirm the findings of S-phase stimulation determined by the [$^3$H] thymidine pulse-labelling study. The immunohistochemistry results and the pulse-labelling data were consistent[796].

*Apoptosis*

278

Page: 278

---

Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM
Copied from IARC monograph 106, pg. 313

---

Number: 2    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM
Copied from IARC monograph 106, pgs. 313-314

---

PCE-induces apoptosis (cell death) in human lung cancer cells[307]. The levels of the pro-apoptotic p53 and Bax proteins were elevated, while the anti-apoptotic Bcl-2 protein was downregulated in PCE-treated human lung cancer (H460) cells[307]. PCE stimulates the activity of caspase 3, the apoptotic executioner, in human lung cancer cells[307]. These data suggest that, in human lung cancer cells, GSH plays a vital role in the protection of PCE-induced apoptosis and oxidative stress[307]. Caspase-3 pro-apoptotic activity is increased in a concentration-dependent manner by PCE in human T lymphocytes[765]. PCE can also induce a significant increase in cell death in human cord blood cells as analyzed via flow cytometry after 24 hours[675].

**Thus, it is biologically plausible that PCE is a human carcinogen via key characteristic #10.**

**It is biologically plausible that PCE acts as a tumor promoter via alteration of cell proliferation, cell death, and the angiogenesis (vascular supply of nutrients) -key characteristic #10.**

**As a result, PCE is a potent carcinogen which exhibits 7 out of the 10 key characteristics of carcinogens. PCE can act as a tumor-initiator and tumor promoter via these 7 key characteristics.**

Given the indisputable compelling scientific evidence of carcinogenic activity in animals, evidence in human cell and tissue, substantial evidence of genotoxicity, and considerable knowledge on the many biologically plausible mechanisms of carcinogenicity of PCE, ***PCE can clearly cause cancer in animals and humans.***

## 1,1,1-Trichloroethane

**Background**

1,1,1-Trichloroethane is a synthetic chemical that does not occur naturally in the environment. This colorless, sweet-smelling liquid was once produced industrially in large quantities for use as a solvent. It was regulated as an ozone-depleting substance and its use is being rapidly phased out.

*Experimental Animals*

In rodents, inhaled 1,1,1-trichloroethane caused splenic lymphoma and bronchioloalveolar carcinoma in male mice; bronchioloalveolar adenoma or carcinoma (combined) in female mice; and peritoneal mesothelioma in male rats[797]. Carcinogenicity of 1,1,1-trichloroethane was examined by an inhalation exposure of F344 rats and BDF1 mice of both sexes at 0, 200, 800 or 3200 ppm for 6 h/d, 5 d/week for 104 weeks. In male rats, the incidences of bronchioloalveolar adenomas and peritoneal mesotheliomas were significantly increased in the 800 and 3200 ppm-exposed groups, respectively[797]. In male mice, a significant positive trend with dose was shown for incidences of bronchioloalveolar carcinomas, combined incidences of bronchioloalveolar adenomas/carcinomas and hepatocellular adenomas[797]. Malignant lymphomas of spleen at this highest dose exceeded the range of historical control data. In female mice, the combined incidence of bronchioloalveolar adenomas/carcinomas was significantly increased in the 3200 ppm-exposed group, and the incidences of hepatocellular adenomas and combined incidences of hepatocellular adenomas/carcinomas were significantly increased in the 200, 800 and 3200 ppm-exposed groups with dose dependence except the combined incidence of hepatocellular adenomas/carcinomas in the 200 ppm-exposed group[797]. The incidences of bronchioloalveolar adenomas in the 3200 ppm-

280

# Page: 280

---

T Number: 1     Author:          Subject: Highlight          Date: 10/6/2022 5:36:16 PM

Copied from abstract of "Ohnishi, M. *et al*. Inhalation carcinogenicity of 1,1,1-trichloroethane in rats and mice. *Inhal Toxicol* **25**, 298-306, doi:10.3109/08958378.2013.780116 (2013)."

---

Author:          Subject: Sticky Note          Date: 10/6/2022 5:36:16 PM

Left out "In female rats, the tumor incidences were not increased in any organs of the TCE-exposed groups."

xposed group and combined incidences of hepatocellular adenomas/carcinomas in the 200 ppm-exposed groups exceeded the ranges of historical control data. Thus, this study provided clear evidence of inhalation carcinogenicity for 1,1,1-trichloroethane in both rats and mice[797].

*at*s

A group of 40 male and 40 female Sprague-Dawley rats, seven weeks of age, was given 500 mg/kg bodyweight 1,1,1-trichloroethane dissolved in olive oil by gavage once a day on four to five days per week for 104 weeks. A group of 50 males and 50 females treated with olive oil alone served as controls. After the end of the treatment period, animals were held until spontaneous death. The experiment lasted for 141 weeks. A complete autopsy was carried out on each animal and histopathological examinations were performed on almost all organs and any other organ with pathological lesions. An increased incidence of leukemia/lymphoma was found in treated males and females[798]. The incidences of leukemia/lymphoma were 3/50 control males, 9/40 treated males, 1/50 control females and 4/40 treated females. Survival at 112 weeks of age was around 30% and 50% for control and treated males and about 35% and 55% for control and treated females, respectively[798].

Groups of 50 male and 50 female Fischer 344 rats, four to six weeks of age, were exposed to target concentrations of 0 (controls), 150, 500 or 1500 ppm [0, 820, 2700 or 8200 mg/m$^3$] production-grade 1,1,1-trichloroethane (94% (by volume) 1,1,1-trichloro- ethane, 5% stabilizers (butylene oxide, *tert*-amyl alcohol, methyl butynol and nitromethane), 1% minor impurities) for 6 hours per day on five days per week for 24 months (total of 516 exposure days). Time-weighted average measured exposure levels were: 151 ± 2, 502 ± 5 or 1505 ± 11 ppm. Complete gross examination was performed, and almost all organs and any grossly observed lesions suggestive of

281

## Page: 281

**Number: 1**   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

**Number: 2**   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

**Number: 3**   Author:   Subject: Sticky Note   Date: 10/6/2022 5:36:16 PM
Copied from IARC Mono 7, pg. 884

> Author:   Subject: Sticky Note   Date: 10/6/2022 5:36:16 PM
> Left out "no statistical analysis given"

> Author:   Subject: Sticky Note   Date: 10/6/2022 5:36:16 PM
> Original sentence:
> An increased incidence of
> leukaemia/lymphoma was found in treated males and females [no statistical analysis
> given].
>
> Left out "no statistical analysis given"

**Number: 4**   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

**Number: 5**   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM
Copied from IARC Mono 71, pg. 885

tumor were examined histologically. There was no difference in survival between exposed rats and controls. Survival was about 50–70% in males and 40–60% in females in all groups. A significant decrease in body weight was observed in high-dose females. No significant increase was seen in the incidence of any tumor in males or females[799].

ine chlorinated aliphatics including 1,1,1-trichloroethane were examined in a rat liver foci assay for tumor initiating and promoting activities[761]. In this model, young adult male Osborne Mendel rats were first subjected to a partial hepatectomy, the test chemical was then administered at the maximum tolerated dose in the initiation or promotion phase in conjunction with diethylnitrosamine (DEN; 30 mg/kg b.w.) or phenobarbital (PB; 0.05 percent, w/w, in the diet), and gamma glutamyltranspeptidase (GGT) was used as a putative preneoplastic indicator. n an initiation study, a group of 10 male Osborne-Mendel rats, weighing 180–230 g, was subjected to a two-thirds partial hepatectomy and, 24 h later, was given a single dose of 3000 mg/kg bw 1,1,1-trichloroethane (purity, 97–99%) (maximum tolerated dose) in corn oil by gavage. Similar groups of animals were treated with 2 mL/kg bw corn oil alone (vehicle controls) or 30 mg/kg bw *N*-nitrosodiethylamine (NDEA; positive controls) followed by a two-thirds partial hepatectomy. Starting six days after partial hepatectomy, the rats received 500 mg phenobarbital/kg of diet (0.05% w/w) for seven weeks, then control diet for seven more days, after which time they were killed and the livers examined histologically for γ-glutamyltranspeptidase (γ-GT)-positive foci. There was no significant increase in the number of total γ-GT-positive foci (none and $0.27 \pm 0.19/cm^2$ in the 1,1,1-trichloroethane group and vehicle controls, respectively)[761].

n a promotion study, groups of 10 male Osborne-Mendel rats (weighing 180–230 g) were given a single intraperitoneal injection of 30 mg/kg bw NDEA 24 h after a two-thirds partial

## Page: 282

| | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from abstract of Milman, H. A. *et al.* Rat liver foci and in vitro assays to detect initiating and promoting effects of chlorinated ethanes and ethylenes. *Ann N Y Acad Sci* **534**, 521-530, doi:10.1111/j.1749-6632.1988.tb30143.x (1988).

| | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from IARC Mono 71, p. 885

| | Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Copied from IARC Mono 71, p. 885

hepatectomy. Starting six days later, the rats received daily 2000 mg/kg bw 1,1,1-trichloroethane (purity, 97–99%) (two-thirds of the maximum tolerated dose) in corn oil by gavage on five days per week for seven weeks. Control rats received corn oil alone during the promotion phase. After the promotion phase, rats were held for seven additional days, after which they were killed and the liver examined histologically for $\gamma$-GT-positive foci. There was no significant difference in the number of total $\gamma$-GT- positive foci between the 1,1,1-trichloroethane group and controls (2.16 $\pm$ 1.16 and 1.62 $\pm$ 0.33/cm$^2$, respectively)[761].

*Mice*

Groups of 50 male and 50 female B6C3F$_1$ mice, five to six weeks of age, were exposed to target concentrations of 0 (controls), 150, 500 or 1500 ppm [0, 820, 2700 or 8200 mg/m$^3$] production-grade 1,1,1-trichloroethane (94% (by volume) 1,1,1-trichloroethane, 5% stabilizers (butylene oxide, *tert*-amyl alcohol, methyl butynol and nitromethane), 1% minor impurities) for 6 h per day on five days per week for 24 months (total of 516 exposure days). Time-weighted average measured exposure levels were: 151 $\pm$ 2, 502 $\pm$ 5 or 1505 $\pm$ 11 ppm. Complete gross examination was performed, and almost all organs and any grossly observed lesions suggestive of a tumor were examined histologically. Survival was about 40–80% in males and 50–70% in females in all groups. There were no toxic effects noted in male or female mice at any exposure concentration tested. A significant increasing trend was observed for combined incidences of benign tumors (adenoma and cystadenoma) of the lachrymal Harderian glands in females (3/50 control, 1/50 low-dose, 2/50 mid-dose and 7/50 high-dose[799].

**Scientific Agencies**

# Page: 283

---

| 🔲 Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|

Copied from IARC Mono 71, p. 885

---

| 🔲 Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|

Copied from IARC Mono 71, p. 884

Left out "There was no difference in survival between exposed mice and controls" and "In males, no significant change in the incidence of any
tumour was observed (Quast et al., 1988)."

*IARC*

In October, 2021, a Working Group of 20 scientists from 12 countries met remotely at the invitation of the International Agency for Research on Cancer (IARC) to finalize their evaluation of the carcinogenicity of five agents which included 1,1,1-trichloroethane. 1,1,1-Trichloroethane was classified as "probably carcinogenic to humans" (Group 2A) on the basis of "limited" evidence of carcinogenicity in humans and "sufficient" evidence in experimental animals.

The evidence for carcinogenicity in experimental animals was "sufficient" because 1,1,1-Trichloroethane increased the incidence of malignant neoplasms or an appropriate combination of benign and malignant neoplasms in two species. The association between occupational exposure to 1,1,1-trichloroethane and cancer risk was investigated in 23 cohort, nested case-control, and case-control studies. The largest number of studies evaluated the risk of lymphatic and hematopoietic malignancies; fewer studies were available for other cancers, including those of the kidney, urinary bladder, breast, brain, and nervous system. An increased risk for central nervous system and multiple myeloma was reported from a cohort study of workers exposed to 1,1,1-trichloroethane in Finland. A Canadian study showed an increased risk of lung and kidney.

The Working Group concluded that there was "limited" evidence of carcinogenicity in humans for multiple myeloma. Some evidence of positive associations with 1,1,1-trichloroethane were observed in the three available studies on multiple myeloma. Positive, but statistically imprecise associations with ever-exposure to 1,1,1-trichloroethane were observed in two cohort studies (one was only among women) with small numbers of exposed cases[699,800]. A case-control study reported a positive association between ever-exposure and multiple myeloma, with an odds ratio of 1·8 (95% CI 1·1–2·9)[801]. Positive associations were observed across most categories of

# Page: 284

---

Number: 1     Author:          Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Copied from abstract of IARC Monographs Volume 130 Working Group (2021). Carcinogenicity of 1,1,1-trichloroethane and four other industrial chemicals. Lancet Oncol, Published online 11 November 2021; https://doi.org/10.1016/S1470-2045(21)00659-8

---

Number: 2     Author:          Subject: Sticky Note     Date: 10/6/2022 5:36:16 PM
Copied from pg. 1 of Belpoggi et al. 2021. "Carcinogenicity of 1,1,1-trichloroethane and four other industrial chemicals. The Lancet Oncology 22(12). DOI: https://doi.org/10.1016/S1470-2045(21)00659-8

---

Number: 3     Author:          Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

Number: 4     Author:          Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

Number: 5     Author:          Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Copied from IARC Mono 71, p. 896

Left out following sentence:
"These findings were not confirmed by two case–control studies carried out in the United States and Canada, while an increased risk for cancer of the lung and kidney was shown in the Canadian study."

---

Number: 6     Author:          Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

Number: 7     Author:          Subject: Sticky Note     Date: 10/6/2022 5:36:16 PM
Copied from pg. 1 of Belpoggi et al. 2021. "Carcinogenicity of 1,1,1-trichloroethane and four other industrial chemicals. The Lancet Oncology 22(12). DOI: https://doi.org/10.1016/S1470-2045(21)00659-8

---

Number: 8     Author:          Subject: Highlight     Date: 10/6/2022 5:36:16 PM

xposure duration and cumulative exposure, with no indication of a positive trend in risk. Overall, the IARC Working Group concluded that a causal association exists between exposure to 1,1,1-trichloroethane and multiple myeloma.

### *Epidemiology*

*Cohort study*

In Finland, a cohort of 2050 male and 1924 female workers biologically monitored for occupational exposure to TCE, tetrachloroethylene, and 1,1,1-trichloroethane was followed up for cancer incidence during 1967–92 (IARC 1995). The general Finnish population was used for estimating expected numbers of cases. In the whole cohort, observed/expected numbers of incident cases (all sites) were 112/98 in male and 125/130 in women. Among workers exposed to 1,1,1-trichloroethane, seventeen incident cancers were seen (standardized incidence ratio (SIR), 1.6; 95% confidence interval (CI), 0.9–2.5). Ratios for which the 95% confidence interval included unity were related to cancer of the central nervous system (3 cases; SIR, 6.1) and multiple myeloma (2 cases; SIR, 16)[699]. Thus, workers exposed to 1,1,1-trichloroethane exhibit an increased risk of multiple myeloma and cancer of the nervous system[699].

*Case–control studies*

A population-based case–control study on brain cancer was carried out in some areas in the United States with petroleum refining and chemical manufacturing industries (i.e., activities suspected to be associated with brain cancer). Probability, intensity, duration, and calendar time of life-long individual exposures to each of six chlorinated aliphatic hydrocarbons, including 1,1,1-trichloroethane, were assessed through a job–exposure matrix. The matrices indicated whether the

# Page: 285

---

T Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

---

T Number: 2    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM
Copied from IARC Mono 71, p. 882-883

---

T Number: 3    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM
Copied from IARC Mono 71, p. 883

chlorinated aliphatic hydrocarbons were likely to have been used in each industry and occupation by decade (1920-1980) and provided estimates of probability and intensity of exposure for "exposed" industries and occupations. Cumulative exposure indices were calculated for each subject. Whereas risk excesses of some consistency were associated with exposure to other chlorinated aliphatic hydrocarbons, exposure to 1,1,1-trichloroethane showed minimal indication of an association with brain cancer[802].

In the Montreal case-control study carried out by Siemiatycki (1991), the investigators estimated the associations between 293 workplace substances and several types of cancer. 1,1,1-Tri- chloroethane was one of the substances evaluated. About 1% of the study subjects had ever been exposed to 1,1,1-trichloroethane. For most types of cancer examined (esophagus, stomach, colon, rectum, pancreas, prostate, bladder, skin melanoma, lymphoma), there was no indication of an excess risk due to 1,1,1-trichloroethane. For lung cancer in the French Canadians (the major ethnic group in this region) based on seven cases exposed at any level, the odds ratio was 3.5 (90% CI, 1.0–12.0). For kidney cancer among the whole population, based on four cases exposed at any level, the odds ratio was 2.4 (90% CI, 1.0–6.0)[798].

*Absorption, distribution, metabolism, and excretion*

In multiple species, including humans, 1,1,1-trichloroethane is absorbed and distributed into the brain and adipose tissue, metabolized by cytochrome P450 enzymes to trichloroethanol and trichloroacetic acid, and is eliminated as the parent compound in breath or metabolites in urine, or both. Absorption of 1,1,1-trichloroethane vapor is mainly through the respiratory tract. It is rapidly eliminated from blood. Metabolism plays a minor role in this process, more than 90% being eliminated unchanged, both in exposed people and rodents. The main metabolites are

# Page: 286

---

**T** Number: 1      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 71, p. 883

---

**T** Number: 2      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 71, p. 883

Left out:
"Among the main occupations to which
1,1,1-trichloroethane exposure was attributed in this population were electricians, industrial equipment mechanics and rail transport equipment mechanics."

---

**T** Number: 3      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from pg. 1 of Belpoggi et al. 2021. "Carcinogenicity of 1,1,1-trichloroethane and four other industrial chemicals. The Lancet Oncology 22(12). DOI: https://doi.org/10.1016/S1470-2045(21)00659-8
Copied from pg. 1 of Belpoggi et al. 2021. "Carcinogenicity of 1,1,1-trichloroethane and four other industrial chemicals. The Lancet Oncology 22(12). DOI: https://doi.org/10.1016/S1470-2045(21)00659-8

---

**T** Number: 4      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 71, p. 897

trichloroethanol, trichloroacetic acid and carbon dioxide[798]. 1,1,1-Trichloroethane is neurotoxic and hepatotoxic, following high exposure concentrations of people and in rodents.

1,1,1-Trichloroethane is rapidly taken up by humans after inhalation exposure. Experimental data collected in human subjects indicate that absorption of 1,1,1-trichloroethane is nearly complete following a single breath exposure[803], and that a steady-state lung retention of 25–30% in humans is achieved within 1–3 hours of continuous exposure[804,805]. Steady-state blood levels are approximately 5–6 times that of alveolar air[804] and increase with increasing air concentration, increasing alveolar ventilation and cardiac output. The percentage uptake of inhaled 1,1,1-trichloroethane decreased rapidly from approximately 95% at the beginning of a four-hour exposure to 30% at the end[804].

The data on 1,1,1-trichloroethane metabolism by animals are consistent with the human data. Approximately 90% of the inhaled dose is excreted unchanged in expired air, while the remainder is eliminated as $CO_2$ in expired air and as trichloroethanol and trichloroacetic acid in the urine[806-808]. Metabolism following oral exposure is like metabolism following inhalation exposure.

# Page: 287

Number: 1    Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

Number: 2    Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM
Copied from IARC Mono 71, p. 886

Number: 3    Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM
Copied from IARC Mono 71, p. 888

# 10 Key Characteristics of Carcinogens

**1,1,1-Trichloroethane *exhibits 4 of the 10 key characteristics of carcinogens: it is genotoxic, stimulates chronic inflammation, is immunosuppressive, and induces cell immortalization.***

***Key Characteristic # 2: 1,1,1-Trichloroethane is genotoxic***

[1]n one study, 1,1,1-Trichloroethane bound to DNA, RNA and protein in liver, lung, kidney and stomach of mice and rats given a single intraperitoneal injection. [2]n another study, 1,1,1-trichloroethane bound to calf thymus DNA and microsomal RNA and protein when incubated in the presence of rat or mouse liver microsomes[798]. [3] induced chromosomal aberrations. It was mutagenic to some bacterial strains. [4],1,1-Trichloroethane induced mutations in *S. typhimurium* strains TA100 and TA1535 in the presence or absence of exogenous metabolic activation. It induced reverse mutations in *Escherichia coli* in the presence of exogenous metabolic activation in one study[798]. [5],1,1-Trichloroethane increased the frequency of chromosomal aberrations in Chinese hamster ovary cell cultures[798].

[6]n a study by Turina et al (1986), covalent binding of 14C-1,1,1-trichloroethane to macromolecules from rat and mouse liver, kidney, lung, and stomach was analyzed[809]. Covalent Binding Index of 1,1,1-trichloroethane in liver DNA was typical of weak initiators. The overall evaluation of the short-term assays available for 1,1,1-trichloroethane resulted in limited evidence of genotoxicity[809]. [7],1,1-trichloroethane and other chemicals were evaluated at different concentrations using the Comet assay[810]. The comet assay is a well-established sensitive method for detecting genotoxicity in mammalian cells[810-812]. At all concentrations (including 10 nM), 1,1,1-trichloroethane generated significantly greater numbers of cells with comets than the

288

## Page: 288

---

**T** Number: 1      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 71, p. 896

Original sentence:
"1,1,1-Trichloroethane bound to DNA, RNA and protein in liver, lung, kidney and stomach of mice and rats given a single intraperitoneal injection but did not induce micronuclei in mouse bone marrow following two injections, or abnormal sperm morphology in mice given five daily intraperitoneal injections."

Left out: "but did not induce
micronuclei in mouse bone marrow following two injections, or abnormal sperm morphology in mice given five daily intraperitoneal injections."

---

**T** Number: 2      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 71, p. 891

---

**T** Number: 3      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 71, p. 897

---

**T** Number: 4      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 71, p. 891

---

**T** Number: 5      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from IARC Mono 71, p. 896

---

**T** Number: 6      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from abstract of Turina, M. P. *et al.* Short-term tests of genotoxicity for 1,1,1-trichloroethane. *Res Commun Chem Pathol Pharmacol* **52**, 305-320 (1986).

---

**T** Number: 7      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from abstract and body of article:
Irvin-Barnwell, E. A. *et al.* Environmental Toxins Found Historically in the Polycythemia Vera Cluster Area and their Potential for Inducing DNA Damage. *J Environ Anal Toxicol* **8**, doi:10.4172/2161-0525.1000551 (2021).

control[810]. 1,1,1-trichloroethane also induce deletions via intrachromosomal recombination in the yeast Saccharomyces cerevisiae[813]. 1,1,1-Trichloroethane induced this genotoxic recombination with a weak response in the DEL recombination assay[813]. Exposures to 1,1,1-trichloroethane (methyl chloroform) resulted in increased recovery of revertant colonies of Salmonella at concentrations causing greater than 96% cell killing[814]. Activated oxygen species may be responsible for the biological damage caused by molecular oxygen[815]. The 2,3-dihydroxybenzoic acid (DHBA) isomer can be used as a relatively specific in vivo indication of oxidative stress[815]. 1,1,1-trichloroethane treated rats exhibit a 6.4-fold increase in the mean maximal plasma 2,3-DHBA concentration as compared to the saline treated rats[815].

The genotoxic potential of a panel of chlorinated hydrocarbons including 1,1,1-Trichloroethane using the binucleate cell micronucleus assay in three cell lines of varying metabolic activity[758]. 1,1,1-Trichloroethane produced a significant increase in micronuclei of 5-fold in the human lymphoblastoid cell line (AHH-1) and human embryonic fibroblast (h2El) cell lines[758]. These studies demonstrated a direct-acting effect without the requirement for metabolic activation.

1,1,1-trichloroethane is mutagenic in various assays (e.g., in Salmonella assays) (IARC, 1979)[758,816]. In evaluation of the Allium anaphase-telophase test in relation to genotoxicity screening of industrial wastewater, 1,1,1-trichloromethane increased the frequency of chromosome aberrations in the root cells[817]. 1,1,1-trichloroethane is converted to 2,2,2-trichloroethanol by hepatic microsomal cytochrome P-450, while the major metabolites of 1,1,2-trichloroethane and 1,1,2,2-tetrachloroethane from this enzyme system are mono- and dichloroacetate, respectively. Mechanisms to produce these metabolites are suggested. The relative

# Page: 289

---

**T** Number: 1      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

**T** Number: 2      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from abstract of article:

Brennan, R. J. & Schiestl, R. H. Chloroform and carbon tetrachloride induce intrachromosomal recombination and oxidative free radicals in Saccharomyces cerevisiae. *Mutat Res* **397**, 271-278, doi:10.1016/s0027-5107(97)00225-x (1998).

---

**T** Number: 3      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from abstract of article:

Brennan, R. J. & Schiestl, R. H. Chloroform and carbon tetrachloride induce intrachromosomal recombination and oxidative free radicals in Saccharomyces cerevisiae. *Mutat Res* **397**, 271-278, doi:10.1016/s0027-5107(97)00225-x (1998).

Left out: "1,1,1-Trichloroethane gave only a weak response in the DEL recombination assay and only at the highest dose. "

---

**T** Number: 4      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from abstract of article:

Shimada, T., Swanson, A. F., Leber, P. & Williams, G. M. Activities of chlorinated ethane and ethylene compounds in the Salmonella/rat microsome mutagenesis and rat hepatocyte/DNA repair assays under vapor phase exposure conditions. *Cell Biol Toxicol* **1**, 159-179, doi:10.1007/BF00120162 (1985).

---

**T** Number: 5      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from body of article:

Tabatabaei, A. R. & Abbott, F. S. LC/MS analysis of hydroxylation products of salicylate as an indicator of in vivo oxidative stress. Free Radic Biol Med 26, 1054-1058, doi:10.1016/s0891-5849(98)00269-x (1999).

---

**T** Number: 6      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from abstract of article:

Tabatabaei, A. R. & Abbott, F. S. LC/MS analysis of hydroxylation products of salicylate as an indicator of in vivo oxidative stress. *Free Radic Biol Med* **26**, 1054-1058, doi:10.1016/s0891-5849(98)00269-x (1999).

---

**T** Number: 7      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from body of article:

Doherty, A. T., Ellard, S., Parry, E. M. & Parry, J. M. An investigation into the activation and deactivation of chlorinated hydrocarbons to genotoxins in metabolically competent human cells. *Mutagenesis* **11**, 247-274, doi:10.1093/mutage/11.3.247 (1996).

Left out: "The MCL-5
cell line produced a lower (3-fold) increase in micronuclei."

---

**T** Number: 8      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from abstract of article:

Rank, J. & Nielsen, M. H. Evaluation of the Allium anaphase-telophase test in relation to genotoxicity screening of industrial wastewater. *Mutat Res* **312**, 17-24, doi:10.1016/0165-1161(94)90004-3 (1994).

---

**T** Number: 9      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Copied from abstract of article:

Comments from page 289 continued on next page

control[810]. 1,1,1-trichloroethane also induce deletions via intrachromosomal recombination in the yeast Saccharomyces cerevisiae[813]. 1,1,1-Trichloroethane induced this genotoxic recombination with a weak response in the DEL recombination assay[813]. Exposures to 1,1,1-trichloroethane (methyl chloroform) resulted in increased recovery of revertant colonies of Salmonella at concentrations causing greater than 96% cell killing[814]. Activated oxygen species may be responsible for the biological damage caused by molecular oxygen[815]. The 2,3-dihydroxybenzoic acid (DHBA) isomer can be used as a relatively specific in vivo indication of oxidative stress[815]. 1,1,1-trichloroethane treated rats exhibit a 6.4-fold increase in the mean maximal plasma 2,3-DHBA concentration as compared to the saline treated rats[815].

The genotoxic potential of a panel of chlorinated hydrocarbons including 1,1,1-Trichloroethane using the binucleate cell micronucleus assay in three cell lines of varying metabolic activity[758]. 1,1,1-Trichloroethane produced a significant increase in micronuclei of 5-fold in the human lymphoblastoid cell line (AHH-1) and human embryonic fibroblast (h2El) cell lines[758].These studies demonstrated a direct-acting effect without the requirement for metabolic activation.

1,1,1-trichloroethane is mutagenic in various assays (e.g., in Salmonella assays) (IARC, 1979)[758,816]. In evaluation of the Allium anaphase-telophase test in relation to genotoxicity screening of industrial wastewater, 1,1,1-trichloromethane increased the frequency of chromosome aberrations in the root cells[817]. 1,1,1-trichloroethane is converted to 2,2,2-trichloroethanol by hepatic microsomal cytochrome P-450, while the major metabolites of 1,1,2-trichloroethane and 1,1,2,2-tetrachloroethane from this enzyme system are mono- and dichloroacetate, respectively. Mechanisms to produce these metabolites are suggested. The relative

Ivanetich KM, Van den Honert LH. Chloroethanes : their metabolism by hepatic cytochrome P-450 in vitro. Carcinogenesis. 1981;2(8):697-702. doi: 10.1093/carcin/2.8.697. PMID: 7285278.

mutagenic and carcinogenic potentials of the three chloroethanes are considered with respect to their relative extents of metabolism and their proposed metabolic pathways.

Thus, 1,1,1-trichloroethane is genotoxic. As such, 1,1,1-trichloroethane is likely carcinogenic in humans. **It is biologically plausible that 1,1,1-trichloroethane causes cancer via key characteristic #2.**

*Key Characteristic #6: 1,1,1-Trichloroethane stimulates chronic inflammation*

The exposure of healthy volunteers to 1,1,1-trichloroethane increases the concentration of proinflammatory cytokines in nasal secretions[818]. Twelve healthy, non-smoking students were exposed to 200 ppm and to 20 ppm 1,1,1-trichloroethane in an exposure chamber, using a crossover design. The amounts of the pro-inflammatory cytokines interleukins (IL)-1beta, IL-6 and IL-8. Each of the interleukins are molecules that potently stimulate inflammation[10,37]. Concentrations of the pro-inflammatory interleukins were significantly elevated after exposure to 1,1,1-trichloroethane (IL-1beta 82.4 vs. 28.8 pg/ml; IL-6 12.2 vs. 7.2 pg/ml; IL-8 549 vs. 424 pg/ml[818]. The interleukins measured proved to be sensitive indicators of pro-inflammatory effects of 1,1, 1-trichloroethane. Thus, 1,1-Trichloroethane stimulates inflammation in humans. A mixture of chlorinated alkanes including 1,1,1-Trichloroethane present in underground water in Taiwan also stimulated inflammation in mice (e.g, in and around the ovaries)[774].

**It is biologically plausible that 1,1,1-Trichloroethane is a human carcinogen via chronic inflammation - key characteristic #6.**

# Page: 290

---

T Number: 1       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM

---

T Number: 2       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM

Copied from abstract of article:

Muttray, A. *et al.* The exposure of healthy volunteers to 200 ppm 1,1,1-trichloroethane increases the concentration of proinflammatory cytokines in nasal secretions. *Int Arch Occup Environ Health* **72**, 485-488, doi:10.1007/s004200050403 (1999).

Left out:

" Concentrations of ILs were significantly elevated after exposure to 200 ppm 1,1,1-trichloroethane (IL-1β 82.4 vs. 28.8 pg/ml (medians), P=0.003; IL-6 12.2 vs. 7.2 pg/ml, P=0.01; IL-8 549 vs. 424 pg/ml, P=0.007), whereas the other parameters remained unchanged."

***Key Characteristic #7: 1,1,1-Trichloroethane induces immunosuppression.***

Mice received a chemical mixture with groundwater contaminants including 1,1,1-trichloroethane in drinking water[775]. The mice were assessed for their immune function which showed suppression of hematopoietic stem cells and antigen-induced antibody-forming cells[775]. These mice developed an impaired resistance to challenge with a nonlethal strain of mouse malaria, *Plasmodium yoelii*. Additional evidence of an adverse effect on hematopoietic stem cells was demonstrated by decreases in the in vitro colony-forming ability of granulocyte-macrophage progenitor cells and erythroid precursor cells isolated from female mice that had received the chemical mixture at a concentration of 378 or 756 ppm in 31.5 week studies[775].

**It is biologically plausible that 1,1,1-Trichloroethane is a human carcinogen via key characteristic #7.**

***Key Characteristic # 9: 1,1,1-Trichloroethane causes immortalization***

1,1,1-trichloroethane was evaluated for its *in vitro* transforming potential in a Fischer rat embryo cell system (F1706)[790]. 1,1,1-trichloroethane induced neoplastic transformation from normal cells[790]. 1,1,1-trichloroethane also significantly enhanced transformation of Syrian hamster embryo cells by the SA7 adenovirus[819]. 1,1,1-Trichloroethane induces cell transformation in mammalian cell cultures. It induced morphological transformation in BALB/c 3T3 and in Fischer rat and virally enhanced Syrian hamster embryo cells *in vitro*. In a study by Tu et al (1985), 1,1,1-trichloroethane induced a clear positive transformation response in the BALB/c-3T3 cell transformation assay conducted in the absence of an exogenous metabolic activation system[789].

# Page: 291

---

T Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Copied from abstract of article:
Yang, R. NTP technical report on the toxicity studies of a Chemical Mixture of 25 Groundwater Contaminants
Administered in Drinking Water to F344/N Rats and B6C3F(1) Mice. Toxic Rep Ser 35, 1-I12 (1993).

---

T Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Copied from abstract of article:
Yang, R. NTP technical report on the toxicity studies of a Chemical Mixture of 25 Groundwater Contaminants
Administered in Drinking Water to F344/N Rats and B6C3F(1) Mice. Toxic Rep Ser 35, 1-I12 (1993).

---

T Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Copied from abstract of article:
Price, P. J., Hassett, C. M. & Mansfield, J. I. Transforming activities of trichloroethylene and proposed
industrial alternatives. *In Vitro* **14**, 290-293, doi:10.1007/BF02616038 (1978).

---

T Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Copied from abstract of article:
Hatch, G. G., Mamay, P. D., Ayer, M. L., Casto, B. C. & Nesnow, S. Chemical enhancement of viral
transformation in Syrian hamster embryo cells by gaseous and volatile chlorinated methanes and ethanes.
*Cancer Res* **43**, 1945-1950 (1983).

---

T Number: 5     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Copied from IARC Mono 71, p. 897

---

T Number: 6     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Copied from abstract of article:
Tu, A. S., Murray, T. A., Hatch, K. M., Sivak, A. & Milman, H. A. In vitro transformation of BALB/c-3T3 cells by
chlorinated ethanes and ethylenes. *Cancer Lett* **28**, 85-92, doi:10.1016/0304-3835(85)90096-5 (1985).

These results suggest that the BALB/c-3T3 cells possess capability to activate certain chlorinated hydrocarbons, such as 1,1,1-trichloroethane ,which can result in carcinogenicity[789].

**It is biologically plausible that 1,1,1-Trichloroethane is a human carcinogen via immortalization (key characteristic #9).**

**Styrene**

**Background:**

Styrene is an organic compound that is a colorless oily liquid. The compound evaporates easily and has a sweet smell, although high concentrations have a less pleasant odor. Styrene is the precursor to polystyrene and several copolymers.

***Studies of Experimental Animals***

Styrene caused lung tumors in several strains of mice and by two different routes of exposure (NTP, Report on Carcinogens, 15th Edition). The most robust studies are two-year studies of inhalation exposure in CD-1 mice[820] and oral exposure (by stomach tube) in B6C3F1 mice (NCI 1979). Inhalation exposure caused benign lung tumors (alveolar/bronchiolar adenoma) and increased the combined incidence of benign and malignant lung tumors (alveolar/bronchiolar adenoma and carcinoma) in CD-1 mice of both sexes; in females, it also increased the separate incidence of malignant lung tumors. In male B6C3F1 mice, oral exposure to styrene increased the combined incidence of benign and malignant lung tumors (alveolar/bronchiolar adenoma and

292

# Page: 292

---

T Number: 1        Author:           Subject: Highlight        Date: 10/6/2022 5:36:16 PM

Copied from article:

Tu, A. S., Murray, T. A., Hatch, K. M., Sivak, A. & Milman, H. A. In vitro transformation of BALB/c-3T3 cells by chlorinated ethanes and ethylenes. *Cancer Lett* **28**, 85–92, doi:10.1016/0304-3835(85)90096-5 (1985).

Left out: "These results suggest that the BALB/c-3T3 cells possess capability to activate some, but not all, of the chlorinated hydrocarbons which exhibit species specificity in producing carcinogenicity in mice but not in rats."

---

T Number: 2        Author:           Subject: Highlight        Date: 10/6/2022 5:36:16 PM

NTP, Report on Carcinogens, 15th Edition: p. 1.

Excluded mention of studies showing no significant increased in tumors upon styrene exposure, styrene oral exposure causing cytotoxicity, or mention of evidence from the studies being insufficient to conclude carcinogenicity.

"In a similar study with C57Bl mice administered a much lower dose of styrene, lung-tumor incidence was not significantly increased. In short-term studies, oral exposure to styrene caused cytotoxicity and increased cell replication in the mouse lung, supporting the findings of lung tumors following oral exposure to styrene in longer-term studies (Green *et al.* 2001).
The evidence from studies in rats is insufficient for reaching a conclusion concerning the carcinogenicity of styrene. Lung tumors were not observed in rats (IARC 2002); however, findings for ma••mary-gland  tumors were equivocal "

arcinoma), and a positive dose-response trend was observed (NCI 1979). These findings are supported by findings of lung tumors in both sexes of O20 mice exposed to styrene[821]. In O20 mice, a single dose of styrene was administered to pregnant dams on gestational day 17, and pups were exposed orally once a week for 16 weeks after weaning. A significantly increased incidence and earlier onset of benign and malignant lung tumors combined (adenoma and carcinoma) occurred in mice of both sexes as early as 16 weeks after weaning. The incidence of mammary-gland tumors was increased in female Sprague-Dawley rats exposed to styrene in the drinking water (mammary fibroadenoma) or by inhalation (malignant tumors) (NTP, Report on Carcinogens, 15th Edition).

*Transplacental exposure and oral administration (by gavage)*

Styrene monomer dissolved in olive oil was given orally to female O20 mice (1,350 mg/kg), C57 Bl mice (300 mg/kg) and BD IV rats (1,350 mg/kg) on the 17th day of gestation[821]. Their offspring were treated weekly with styrene by stomach tube from the time of weaning throughout their lifespan. The weekly doses used were 1,350 mg/kg for O20 mice, 300 mg/kg for C57Bl mice, and 500 mg/kg for BD IV rats. Following the continuous oral administration of styrene for over 100 weeks, an increased and earlier appearance of lung tumors was observed in O20 mice[821]. In male O20 mice progeny, there was a significantly increased incidence of adenoma or adenocarcinoma (combined) of the lung after exposure to styrene compared with male mice progeny given olive oil only[821]. In female O20 mice progeny, there was a significantly increased incidence of adenoma or adenocarcinoma (combined) of the lung after exposure to styrene compared with female mice progeny given olive oil only and compared with untreated female controls[821]. There was also a significantly increased incidence of adenocarcinoma of the lung in

# Page: 293

| | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Ponomarkov et al. 1978 Abstract

| | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

male mice progeny after exposure to styrene compared with female mice progeny given olive oil only. A few tumors rarely seen in controls were observed in BD styrene-treated rats, and a slightly increased incidence of liver tumors was found in C57 Bl mice[821]. These results provide evidence of the carcinogenicity of styrene in mice.

*Mice*

There were nine studies of carcinogenicity of styrene in mice: one study by gavage in males and females, five studies by inhalation (one in males and females, and four in males only), two studies of transplacental exposure followed by oral exposure by gavage in male and female pups, and one study by intraperitoneal injection in females.

*Oral administration*

Groups of male and female B6C3F1 mice were exposed by gavage to styrene at 0 (vehicle controls) ($n$ = 20 per sex), 150 mg/kg bw ($n$=50 per sex), or 300 mg/kg bw ($n$=50 per sex) in corn oil (NTP, 1979)[822]. Mice were treated 5 days per week for 78 weeks and then observed (no treatment) for 13 weeks (91 weeks in total). For male mice, 20/20 (100%) of the vehicle controls, 46/50 (92%) of the group given the low dose, and 39/50 (78%) of the group given the high dose survived until the end of study. For female mice, 18/20 (90%) of the vehicle controls, 40/50 (80%) of the group given the low dose, and 38/50 (76%) of the group given the high dose survived until the end of study. In the study by gavage in B6C3F$_1$ mice, styrene significantly increased the incidence (with a significant positive trend) of bronchioloalveolar adenoma or carcinoma (combined) of the lung in males, and there was a significant positive trend in the incidence of hepatocellular adenoma in females. In one study of transplacental exposure followed by gavage in O20 mice, styrene significantly increased the incidence of lung carcinoma in female pups, and of

294

## Page: 294

| | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
Ponomarkov et al. 1978. p. 134

| | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
IARC Vol. 121: p. 260.

| | Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
IARC Monograph, Vol. 121: p. 164. Excluded that sytrene was "(purity, > 99%)"

| | Number: 5 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
IARC Monograph Vol 121: p. 262

1ung adenoma or carcinoma (combined) in male and female pups. The other study by transplacental exposure followed by gavage in C57BL mice yielded negative results. Exposure to styrene significantly increased the incidence (with a significant positive trend) of bronchioloalveolar adenoma, and of bronchioloalveolar adenoma or carcinoma (combined) in male and female CD-1 mice in one study by inhalation; another result of this study was that exposure to styrene significantly increased the incidence (with a significant positive trend) of bronchioloalveolar carcinoma in females. Exposure to styrene also significantly increased the incidence of bronchioloalveolar carcinoma in male CD-1 mice in another study by inhalation. Three studies by inhalation, including two in genetically modified C57BL/6 mice, and the study by intraperitoneal injection all yielded negative results. Overall, exposure to styrene increased the incidence of lung tumors in the B6C3F$_1$, O20, and CD-1 strains of mice.

*Inhalation*

2n a good laboratory practice (GLP) study, groups of 50 male and 50 female CD-1 mice were exposed to styrene via inhalation (whole-body exposure) at 0 (air control), 20, 40, 80, or 160 ppm for 6 hours per day, 5 days per week, for 104 weeks (males) or 98 weeks (females)[820]. 3evels of styrene and styrene oxide (SO) in the blood at the end of a 6 h exposure during week 74 were proportional to exposure concentration. In the lungs, there was decreased eosinophilia of Clara cells in the terminal bronchioles and bronchiolar epithelial hyperplasia extending into alveolar ducts. Increased tumor incidence occurred only in the lung[820]. The incidence of bronchioloalveolar adenomas was significantly increased in males exposed to 40, 80 or 160 ppm and in females exposed to 20, 40 and 160 ppm[820]. The increase was seen only after 24 months. In females exposed to 160 ppm, the incidence of bronchioloalveolar carcinomas after 24 months was significantly

# Page: 295

---

[T] Number: 1       Author:        Subject: Highlight       Date: 10/6/2022 5:36:16 PM

---

[T] Number: 2       Author:        Subject: Highlight       Date: 10/6/2022 5:36:16 PM
IARC Monograph Vol. 121: p. 164. Excluded line about styrene "(purity, > 99.5%)"

---

[T] Number: 3       Author:        Subject: Highlight       Date: 10/6/2022 5:36:16 PM
Cruzen et al. 2001 Abstract.

First sentence left out "... except that at 20 ppm the SO level was below the limit of detection"
 Additionally, they excluded the following text which is between the first and second sentence in this report:
"There were no changes of toxicological significance in hematology, clinical chemistry, urinalysis or organ weights. Mice exposed to 80 or 160 ppm gained slightly less weight than the controls. Styrene-related non-neoplastic histopathological changes were found only in the nasal passages and lungs. In the nasal passages of males and females at all exposure concentrations, the changes included respiratory metaplasia of the olfactory epithelium with changes in the underlying Bowman's gland; the severity increased with styrene concentration and duration of exposure. Loss of olfactory nerve fibers was seen in mice exposed to 40, 80 or 160 ppm."

greater than in the controls[820]. Thus, styrene increased the number of lung tumors observed in CD-1 mice[820]. Another study confirmed that styrene increased the incidence of bronchioloalveolar adenomas and carcinomas in CD-1 mice[823].

*Intraperitoneal injection*

In studies by Brunnemann et al (1992), two groups of 25 female A/J mice were given styrene (purity, > 99%) by intraperitoneal injection at doses of 0 (vehicle control) or 10 µmol per mouse in olive oil 3 times per week for a total of 20 injections (total dose, 200 µmol per mouse)[824]. Although there was an increase in the percentage of mice exposed to styrene with adenomas of the lung (compared with the vehicle controls) at 20 weeks after the last injection (duration of the experiment, ~27 weeks), the difference was not statistically significant[824].

*Rats*

There were nine studies of the carcinogenicity of styrene in male and/or female rats. In one lifetime inhalation study in male and female Sprague-Dawley rats exposed to styrene for 1 year, there was a significant increase (with a significant positive trend) in the incidences of malignant tumors of the mammary gland and of benign or malignant tumors (combined) of the mammary gland in females. In a 2-year inhalation study in male and female Sprague- Dawley rats, there was a significant dose-dependent decrease in the incidence of mammary gland adenocarcinoma in females. There was no significant increase in the incidence of any tumor type in three studies by gavage in males or females, in one study by transplacental exposure followed by gavage in male and female pups, in one study by drinking-water, in one study by intraperitoneal injection, and in one study by subcutaneous injection in males and females.

296

## Page: 296

---

| **T** Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

---

| **T** Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Cruzen et al. 2001 - This sentence is a very slight rewording of a sentence in the abstract.

---

| **T** Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Cruzan et al. 2017 Abstract

---

| **T** Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IRAC Vol. 121: p. 165-166.

---

| **T** Number: 5 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC Vol 121: p. 262

*Oral administration* by *Gavage*

Groups of 50 male and 50 female Fischer 344 rats were given styrene (purity, 99.7%) in corn oil by gavage at doses of 0, 1000 (medium dose), and 2000 (high dose) mg/kg bw, 5 days a week for 78 weeks, followed by a 27-week observation period. Groups of 20 male and 20 female rats received the corn oil vehicle alone (medium- and high-dose vehicle control) (NTP, 1979). Mortality among male and female rats given the high dose was significantly higher than their respective vehicle controls. In response to this elevated and early mortality, a group given a low dose of styrene was included for each sex at experimental week 23. These dosed rats were intubated with styrene at a dose of 500 mg/kg bodyweight for 103 weeks, followed by a 1-week observation period; a separate vehicle control group was also started for each sex for this low-dose group. Males surviving at the end of the experiment were 17/20 (low-dose vehicle control), 18/20 (medium- and high-dose vehicle control), 44/50 (low dose), 47/50 (medium dose), and 6/50 (high dose, at week 53). Corresponding numbers of surviving females were 15/20, 18/20, 46/50, 46/50, and 7/50 (at week 53. There was a significant accelerated mortality among rats exposed at the high dose.

*Experimental Animal Studies: Styrene-7,8-oxide*

There were three studies of the carcinogenicity of styrene-7,8-oxide in mice: one study by gavage in males and females, and two studies by skin application. In the study by gavage, styrene-7,8-oxide significantly increased the incidences (with a significant positive trend) of squamous cell papilloma, squamous cell carcinoma, and squamous cell papilloma or squamous cell

# Page: 297

---

🔳 Number: 1       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM

IARC VOL. 121: p. 166. Typo in the last sentence with no ")" at the end.

---

🔳 Number: 2       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 166.

This is a partial copy of the following sentence: "A dose-related mean body-weight decrease compared with their controls was observed in male rats, but there was no significant mean body-weight decrease in female rats when compared with their controls. [Since there was a significant accelerated mortality among rats exposed at the high dose, it is possible that the medium dose may have exceeded the maximum tolerated"dose.]

---

🔳 Number: 3       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 262.

carcinoma (combined) of the forestomach in males and females; exposure to styrene-7,8-oxide also significantly increased the incidence (with a significant positive trend) of hepatocellular adenoma or carcinoma (combined) in males[822].

There were three studies of the carcinogenicity of styrene-7,8-oxide in rats: two studies by gavage in males and females and one study by transplacental exposure followed by gavage in male and female pups. Exposure to styrene-7,8-oxide significantly increased the incidences (with a significant positive trend) of squamous cell papilloma and squamous cell carcinoma of the forestomach in males and females in both studies by gavage, and of squamous cell papilloma or squamous cell carcinoma (combined) of the forestomach in males and females in one study by gavage; exposure to styrene-7,8-oxide also significantly increased the incidence (with a significant positive trend) of benign or malignant (combined) tumors of the mammary gland in males in one study by gavage. In the study by transplacental exposure followed by gavage in male and female pups, styrene-7,8-oxide caused a significantly increased incidence of forestomach papilloma in males and of forestomach carcinoma in males and females.

**Scientific Agencies**

*IARC*

*Overall evaluation*

Styrene is *probably carcinogenic to humans (Group 2A)*. Styrene-7,8-oxide (SO) is *probably carcinogenic to humans (Group 2A)*. In making this overall evaluation, the IARC

298

# Page: 298

---

⊤ Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 262.

---

⊤ Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 262-263.

Sentence between this paragraph and the previous paragraph not stated: "Both studies by skin application were inadequate for the evaluation."

---

⊤ Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 265-266.

Working Group noted that the mechanistic and other relevant data support the classification of styrene in Group 2A. Similarly, the IARC Working Group took account of the mechanistic and other relevant data in classifying styrene-7,8-oxide (the major metabolite of styrene) as Group 2A (probable human carcinogen). Styrene-7,8-oxide is an electrophile, forms DNA adducts and is genotoxic.

*Cancer in Humans*

There is *limited evidence* in humans for the carcinogenicity of styrene. Positive associations have been observed between exposure to styrene and lymphohematopoietic malignancies. There is *inadequate evidence* in humans for the carcinogenicity of styrene-7,8-oxide.

*Cancer in experimental animals*

There is *sufficient evidence* in experimental animals for the carcinogenicity of styrene. There is *sufficient evidence* in experimental animals for the carcinogenicity of styrene-7,8-oxide.

**National Toxicology Program (NTP)**

Styrene was evaluated to be *reasonably anticipated to be a human carcinogen* based on limited evidence of carcinogenicity from studies in humans, sufficient evidence of carcinogenicity from studies in experimental animals, and supporting data on mechanisms of carcinogenesis (NTP, Report on Carcinogens, 15th Edition).

# Page: 299

| | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC Vol. 121: p. 266. This is a loose rewording of the information in the IARC, worth a look.

| | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC Vol. 121: p. 265

| | Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC Vol. 121: p. 265.

| | Number: 5 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

NTP, Report on Carcinogens, 15th Edition: p. 1.

*Epidemiological Evidence*

The evidence for the carcinogenicity of styrene in humans is based on studies of workers exposed to styrene that showed (1) increased mortality from or incidence of cancer of the lymphohematopoietic system and (2) increased levels of DNA adducts and genetic damage in lymphocytes from exposed workers (NTP, Report on Carcinogens, 15th Edition). Elevated risks of lymphohematopoietic cancer were found among workers with higher exposure to styrene after an appropriate elapsed time since first exposure. In some studies, the risks increased with increasing measures of exposure, such as average exposure, cumulative exposure, or number of years since first exposure. There is also some evidence for increased risks of esophageal and pancreatic cancer among styrene-exposed workers. Thus, a causal relationship between styrene exposure and cancer in humans is credible and is supported by the finding of DNA adducts and chromosomal aberrations in lymphocytes from styrene-exposed workers (NTP, Report on Carcinogens, 15th Edition). Most of the evidence of styrene-induced cancers in humans comes from occupational cohort studies in two major industries: (1) the reinforced-plastics industry and (2) the styrene-butadiene rubber industry.

Industry-based cohorts have evaluated the exposure to styrene of workers in the reinforced plastics, synthetic rubber, and styrene monomer and polymers industries. General-population studies include case–control studies in adults and children. Early research in occupational cohorts focused mainly on the potential associations between exposure to styrene and leukemia and lymphomas, whereas more recent analyses have also evaluated several other outcomes, including cancer of the lung, kidney, breast, and esophagus. Available studies involved mostly men,

300

# Page: 300

---

| T | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

NTP, Report on Carcinogens, 15th Edition: p. 1.

Excluded sentences mentioning that types of lymphohematopoietic cancer varied across cohorts, excess risk not in all cohorts, and causality was not established.

These were the sentences: "However, the types of lymphohematopoietic cancer observed in excess varied across different cohort studies, and excess risks were not found in all cohorts." and "Causality is not established, as the possibility that the results were due to chance or to confounding by exposure to other carcinogenic chemicals cannot be completely ruled out."

---

| T | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC Vol. 121: p. 83-84.

Excluded the following sentences after "The Working Group excluded studies without an assessment of styrene exposure. No attempt was made by the Working Group to take account of co-exposures to styrene-7,8-oxide. Such exposures were considered likely, but to be at very low concentrations relative to that of styrene."

examined incidence and/or mortality, and were conducted in North America and western Europe (even though styrene is produced and used in many other countries).

In examining the epidemiological evidence, several factors need to be considered: the size of the study and, in particular, the number of subjects exposed; the potential for confounding by other chemicals in the work environment and also by lifestyle or social factors; uncertainty in exposure levels and exposure contrasts, exposure misclassification and, related to this, the exposure metric(s) used; outcome misclassification; and, finally, selection bias, which may be of importance in some studies due to the high turnover of the workforce[798]. Overall, the available epidemiological studies have many strengths and, notwithstanding the potential limitations present in industrial cohort and population-based studies, provide a solid base for the evaluation of the association between exposure to styrene and cancer risk in human subjects.

The Working Group considered a large body of epidemiological research relating to styrene and human cancer, mainly from cohort studies in the reinforced plastics industry the synthetic rubber industry, and the styrene monomer and polymer production industry, as well as from a series of population-based case-control studies. The stronger and more consistent evidence for cancer was found for leukemias and, to a lesser extent, lymphomas in reinforced plastics industry cohort studies. Only a small number of studies had sufficient power to analyze lymphoma and leukemia subtypes; these few studies found stronger evidence for AML and T-cell lymphoma, with less consistent results found for other leukemia and lymphoma subtypes. However, effect estimates were often small with low precision (i.e., wide confidence intervals), and many different analyses were undertaken using several different exposure metrics, meaning that chance findings could have occurred. Although there was a strong signal in one large study for sinonasal

301

# Page: 301

---

T Number: 1       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM

---

T Number: 2       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 84. Excludes phrase "(see Section 1.6)"

---

T Number: 3       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 85-86.

Eight paragraphs between these two sentences that were not included.

First paragraph discusses factors that can influence accuracy and precision in a study, such as size, exposed subjects, and frequency of outcome of interest. Second paragraph discusses confounding, about the high correlation "between exposure to styrene and exposure to 1,3-butadiene" in synthetic rubber production studies, and other studies which may influence effect estimates.

The third paragraph discusses "confounding from lifestyle and socioeconomic factors" that might influence plastics industry studies surrounding styrene. The fourth paragraph states "concentrations of styrene exposure were up to 1–2 orders of magnitude higher in studies in the reinforced plastics industry compared with those in the synthetic rubber industry, in the styrene monomer and polymers industries, and in the general-population studies.". It mentions that reinforced plastics studies are most informative for hazard assessments. The fifth paragraph, generally discuses cohort studies that measured workplace styrene exposure and potentially issues that affect the validity of their exposure assessment estimates. This paragraph states that the studies included varied in their exposure metrics "for example, peaks of exposure, average exposure levels (intensity), and cumulative exposure". This sixth paragraph describes that outcome misclassification is not a big concern for most cancer but "may have affected some analyses, particularly of leukaemia and lymphomas. Studies conducted in earlier periods (corresponding roughly to before the year 2000) examined phenotypes of leukaemia and lymphomas that were shown later to be heterogeneous concerning etiology and prognosis." This sixth paragraph mention that other concerns of the articles analyzed are differing definitions for leukemia and lymphoma, outcome definition, and availability of incidence and mortality data. The seventh paragraph mentions that selection bias related to industry-based studies is a concern for styrene cohorts, with short-term duration of workers in reinforced plastics industry being another concern for analyses in the studies included. The eight paragraph just briefly mention two reviews of styrene exposure epidemiology and cancer that were published recently.

---

T Number: 4       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 261.

Did not include sentence "Based on
the internal analyses in the cohort studies and the findings from the case–control studies, there was no convincing evidence for an association with cancer of the lung. There was no convincing or consistent evidence reported for any other solid tumours in humans." Also, in the last sentence, excluded " but confounding, bias, or chance cannot be ruled out".

adenocarcinoma, a rare cancer, this was based on only a few cases, and chance and confounding variables could not be discounted. Overall, the epidemiological studies provide some credible evidence that exposure to styrene causes lymphohematopoietic malignancies in humans.

*Cohort Studies*

Collins et al (2013) reported on cancer mortality for 1948–2008 among 15, 826 workers employed at 30 United States reinforced plastics plants during 1948–1977[825]. While there were more lung cancer deaths than expected (1.34 [1.23-1.46]), there was no trend observed with cumulative exposure to styrene[825]. The average styrene exposure level was 35 ppm during the 1960s and 25 ppm in 1977[825].

Wong et al (1990) reported on a cohort mortality study of workers potentially exposed to styrene in the reinforced plastics and composites industry. This cohort consisted of 15,908 men and women who worked for at least six months between 1948 and 1977 in 30 participating manufacturing plants in the reinforced plastics and composites industry. These workers were occupationally exposed to the working environment in the industry, which included exposure to styrene[826]. Cause specific mortality analyses were performed based on the standardized mortality ratio (SMR) with the United States population as a comparison. For cancer of the respiratory system, a small excess was detected (SMR = 116.1)[826]. The plants with hot processes (injection molding, centrifugal casting, compression molding, continuous lamination, and pultrusion) experienced a significantly increased SMR (177.9) for respiratory cancer, which was more than twice that (78.3) for those with cold processes (resin mixing, lay up and spray up, bag molding, and filament winding). As potential exposure to styrene from hot processes is considerably less than that from the cold processes, this finding could not be attributed to occupational exposures.

302

# Page: 302

---

T Number: 1        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

---

T Number: 2        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

Wong et al. 1990 Abstract.

Ignored sentence "No significant excess of cause specific mortality was found for the total cohort. Mortality from cancer was slightly less than expected (SMR = 88.1)", and the sentence "The observed mortality from leukaemia was similar to that expected (five observed v 4.76 expected deaths)."

First sentence is a copy of the articles title.

Wong et al (1994) published an updated cohort mortality study of workers exposed to styrene in the reinforced plastics and composites industry[827]. Wong et al had previously followed this population from 1948 to 1977 and from 1948 to 1989. The study population was comprised of workers who had worked for at least 6 months in an area with potential exposure to styrene. Mortality data was updated for a further 12 years for a cohort of workers in the reinforced plastics and composites industry with exposures to styrene monomer and other chemicals[827]. The cohort consisted of 15,826 male and female employees who were exposed to styrene for at least six months between 1948 and 1977 at 30 participating manufacturing plants in the United States. A total of 1628 deaths were reported during the extended observation period, 1948-89[827]. Mortality from several causes showed significant increases for several cancers including esophageal cancer, lung cancer, cancer of the cervix uteri, and cancer of other female genital organs[827]. However, when mortality data were examined in terms of duration of employment, durations of styrene exposure, and cumulative styrene exposure no upward trend was detected in any of these causes of death[827]. Furthermore, detailed exposure-response analyses did not show any relation between exposure to styrene and any of these hematological malignancies.

For all workers, increased standardized mortality ratios for all cancers (SMR, 1.12; 95% confidence interval (CI), 1.05–1.18) and cancer of the lung (SMR, 1.34; 95% CI, 1.23–1.46) were observed[826]. Standardized mortality ratios greater than 1.10 were observed for cancers of the buccal cavity and pharynx (SMR, 1.16; 95% CI, 0.78–1.66), kidney (SMR, 1.18; 95% CI, 0.83–1.62), and urinary bladder (SMR, 1.25; 95% CI, 0.87–1.74), chronic myeloid leukemia (CML) (SMR, 1.17; 95% CI, 0.43–2.55), all other myeloid leukemia (SMR, 1.50; 95% CI, 0.18–5.41), all other cancers of the lymphopoietic tissue including multiple myeloma (SMR, 1.15; 95% CI, 0.74–1.69), and myelodysplasia (SMR, 1.73; 95% CI, 0.70–3.57), but not for cancers of the prostate,

# Page: 303

---

[T] Number: 1      Author:        Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Wong et al. 1994. This sentence is a copy of the article title.

---

[T] Number: 2      Author:        Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Wong et al. 1994

Excluded mention of that "hypertensive heart disease, certain non-malignant respiratory diseases, motor vehicle accidents, and homicides" were also several causes of mortality.

Additionally, ignored sentences " Most of the increases in mortality were among workers who were employed for only six months to a year or who had very low cumulative exposure (< 10 ppm-years). Therefore, the increased mortality was not likely to be related to exposure to styrene. Several explanations for the increased mortality are offered, including low socioeconomic class, smoking, and lifestyle factors characteristic of short term workers. There was no increased mortality from lymphatic and haematopoietic cancers overall or from any specific haematological malignancies. In particular, no increase in mortality from non-Hodgkin's lymphoma, Hodgkin's disease, multiple myeloma, or leukaemia was found." Also left out "The lack of an exposure-response relation further supports the conclusion that workers in the reinforced plastics industry in this study did not experience any increased risk of lymphatic and haematopoietic cancers as a result of their exposure to styrene".

---

[T] Number: 3      Author:        Subject: Highlight      Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 86, 115.

Excluded discussion lack of significant trends with certain cancers, increased standardized mortality ratios for other cancers, and analyses of days with peak exposure associations with cancers.

Did not include the following sentences: "Internal Cox analyses showed increasing trends by cumulative styrene exposure of statistical significance for cancer of the pancreas (HR, 1.008; 95% CI, 1.002–1.015) and kidney (HR, 1.009; 95% CI, 1.000–1.017) per 100 ppm-months. A decreasing trend of borderline significance was seen for cancer of the lung (HR, 0.997; 95% CI, 0.993–1.002). No significant trends were apparent for cancer of the bladder, all cancers of the lymphoid and haematopoietic tissues, NHL, HL, lymphoid or myeloid leukaemia, or all other cancers of the lymphopoietic tissue including multiple myeloma (MM). Increased standardized mortality ratios were seen for myeloid leukaemia (SMR, 1.27; 95% CI, 0.55–2.50) and cancer of the kidney (SMR, 1.79; 95% CI, 1.02–2.91) in the category of highest exposure (≥ 1200 ppm-months). Analyses of days with peak exposure (> 100 ppm for 15 minutes of the working day) showed increased point estimates in the category of highest exposure (≥ 1800 days with peaks) for lymphoid leukaemia (SMR, 1.95; 95% CI, 0.24–7.03), other lymphatic cancers (SMR, 2.13; 95% CI, 0.58–5.45), and cancer of the pancreas (SMR, 1.45; 95% CI, 0.63–2.85), kidney (SMR, 1.82; 95% CI, 0.59–4.24), and bladder (SMR, 2.35; 95% CI, 0.87–5.13). The nested case–control study within this cohort showed no association between styrene exposure and cancer of the respiratory system (Wong, 1990)."

pancreas, or breast, or for Hodgkin lymphoma (HL), non-Hodgkin lymphoma (NHL), acute lymphoblastic/lymphocytic leukemia (ALL), CLL, or acute myeloid leukemia (AML)[827]. The strengths of this study were the long follow-up, the high number of cases, the high concentrations of styrene exposure, and the lack of known carcinogenic occupational co-exposures within the industry. However, there were limitations. Quantitative styrene exposure metrics were applied but there was not detailed information on the exposure assessment; no styrene intensity information was apparently available for a substantial part of the exposure period, namely between 1948 and 1976, and 27% of the cohort was missing exposure data after 1977.

Bertke et al (2018) reported an exposure response analysis on cancer mortality among styrene-exposed workers in the reinforced plastics boatbuilding industry[828]. Cancer mortality from 1959 to 2016 for 5201 workers employed in two reinforced plastics boatbuilding facilities in Washington State between 1959 and 1978. This study examined mortality patterns in a previously studied cohort of 5201 workers employed in two Washington boat-building facilities, extending the follow-up period by 5 years[828]. SMRs were calculated using state rates as a referent. Occupational exposure to styrene was associated with increased risk of lymphohematopoietic cancers (LHC) but not increased risk of lung cancer[828]. This was an update of the same population or subsets thereof previously followed up until 1978[829], 1998[830], and 2011[831]. In Ruder et al (2004), mortality was updated through 1998 for 5,204 workers exposed to styrene between 1959 and 1978 at two reinforced plastic boatbuilding plants[830]. There was no excess leukemia or lymphoma mortality[830]. Ruder et al (2016) updated mortality through 2011 for 5203 boat-building workers who were potentially exposed to styrene[831]. Overall, 598 deaths (SMR=0.96, CI 0.89 to 1.04) included excess lung (SMR=1.23, CI 0.95 to 1.56) and ovarian cancer (SMR 3.08, CI 1.00 to 7.19). No excess leukemia or lymphoma mortality was noted. As in most

304

# Page: 304

---

**T** Number: 1       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM

---

**T** Number: 2       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 115. Very minor re-wording of this sentence, but the majority is a copy.

---

**T** Number: 3       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 115

---

**T** Number: 4       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM
Bertke et al. 2018. Abstract.

Almost word for word partial copies from the Abstract. Excluded the following sentences: "No excess deaths from lymphohematopoietic cancers (LHCs) were observed (SMR: 0.99, 95%CI: 0.74-1.30) when compared to the referent population; however, the relative risk increased with duration of employment in internal analyses. Conversely, lung cancer mortality was significantly elevated (SMR: 1.24, 95%CI: 1.08-1.41), but there was no evidence of a dose-response relationship."

---

**T** Number: 5       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 115

---

**T** Number: 6       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM
Ruder et al. 2004 Abstract.

Did not include sentence "Unanticipated excess urinary tract cancer and respiratory disease mortality, possibly associated with styrene exposure, are difficult to interpret and could be chance findings"

---

**T** Number: 7       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM
Ruder et al. 2016 Abstract.

Excluded sentence about COPD related deaths, and COPD mortality related to high styrene exposure in abstract.

Excluded " COPD was more pronounced among those with potential high-styrene exposure. However, no outcome was related to estimated cumulative styrene exposure, and there was no change when latency was taken into account. We found no excess leukaemia or lymphoma mortality. As in most occupational cohort studies, lack of information on lifestyle factors or other employment was a substantial limitation although we excluded from the analyses those (n=3525) who worked <1 year."

---

**T** Number: 8       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM

occupational cohort studies, lack of information on lifestyle factors or other employment was a substantial limitation.

In Okun et al (1985), among the high styrene exposure group, 47 deaths were observed in comparison to 41.5 deaths expected (SMR = 113)[829]. However, there was little statistical power to detect excesses of cancers due to the short length of observation[829]. Thus, the possibility of a chronic effect could not be ruled out[829]. Loomis et al (2019)[42] reanalyzed the European cohort study (conducted in Denmark, Finland, Italy, Norway, Sweden, and the United Kingdom including 40,688 workers)[833] with no additional follow-up, while also excluding data from Norway due to new national privacy protection legislation. Lymphomas and leukemias were regrouped to approximate current World Health Organization classification. Lymphosarcoma and reticulosarcoma (ICD-8, ICD-9 codes 200), other malignant neoplasms of lymphoid and histiocytic tissue (202), CLL (204.1), and MM (203) were aggregated under the heading of NHL. Mortality from neoplasms of the lymphatic and hematopoietic tissues increased with time since first exposure and average level of exposure to styrene[833]. These findings suggested the possibility of an excess risk of neoplasms of the lymphatic and hematopoietic tissues among workers exposed to styrene[833]. Internal adjusted analyses showed a relative risk of 2.31 (95% CI, 1.29–4.12) per 100 ppm mean styrene exposure for NHL with a zero lag, but not with cumulative exposure. For AML and CML combined, the relative risk was 1.50 (95% CI, 0.71–3.17) when a 10-year lag was applied. An association between mean styrene exposure as well as cumulative exposure, lagged by 20 years, and cancer of the esophagus was reported. A strength of this study was the internal analyses by quantitative measures of styrene exposure[833].

# Page: 305

---

Number: 1     Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

---

Number: 2     Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM
Okun et al. 1985, Abstract.

---

Number: 3     Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM
Okun et al. 1985, Abstract.

---

Number: 4     Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

---

Number: 5     Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 117

---

Number: 6     Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM
Kogevinas et al. 1994 Abstract

---

Number: 7     Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 117

Loomis et al (2019) reanalyzed mortality from cancers of prior interest with more detailed consideration of exposure-response relations and an updated classification of leukemias and lymphomas in data from a previous international cohort study of 37,021 reinforced plastics workers exposed to airborne styrene[832]. Increased mortality from NHL was associated with the mean level of exposure to styrene in air (relative risk (RR) 2.31, 95% CI 1.29 to 4.12 per 100 ppm)[832]. Similar associations with mean exposure were observed for the esophagus (RR 2.44, 95% CI 1.11 to 5.36 per 100 ppm) and pancreas (RR 1.89, 95% CI 1.17 to 3.09). Esophageal cancer mortality was also associated with cumulative styrene exposure lagged 20 years (RR 1.16, 95% CI 1.03 to 1.31)[832]. Thus, the reanalysis by Loomis et al (2019) did not substantially change the conclusions of the original study with respect to NHL or lung cancer, but new evidence concerning cancers of the esophagus and pancreas required further studies[832].

Christensen et al (2017) studied cancer incidence in workers exposed to styrene in the Danish-reinforced plastics industry[834]. This cohort was composed of 32,292 workers employed during 1964-2007 in 443 small- and medium-sized companies producing reinforced plastics, followed up until 1968-2012[834]. Increasing standardized incidence rate ratios (SIRs) of Hodgkin lymphoma, myeloid leukemia, and cancer of nasal cavities and sinuses were inconsistently associated with increasing duration of employment, early year of first employment, or styrene exposure probability[834]. The authors concluded that occupational styrene exposure may be associated with Hodgkin lymphoma, myeloid leukemia, and cancer of nasal cavities and sinuses[834].

Kolstad et al (1993)[835] studied the incidence of cancer during 1970–1990 for about 64,000 workers of 552 companies with an assumed relevant production and 36,500 male workers of 386

# Page: 306

---

**T** Number: 1       Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM
Loomis et al. 2019 Abstract.

Excluded part of first sentence that said increased mortality from NHL was not associated "with cumulative styrene exposure". Excluded sentence "No other cancer, including lung cancer, was associated with any indicator of styrene exposure."

---

**T** Number: 2       Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM
Loomis et al. 2019 Abstract.

Excluded part of first sentence that said increased mortality from NHL was not associated "with cumulative styrene exposure". Excluded sentence "No other cancer, including lung cancer, was associated with any indicator of styrene exposure."

---

**T** Number: 3       Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM
Loomis et al. 2019 Abstract.

Excluded part of first sentence that said increased mortality from NHL was not associated "with cumulative styrene exposure". Excluded sentence "No other cancer, including lung cancer, was associated with any indicator of styrene exposure."

---

**T** Number: 4       Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM
Christensen et al. 2017 Abstract.

---

**T** Number: 5       Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

---

**T** Number: 6       Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 118

companies with confirmed relevant production[836,837]. These studies focused on the increased occurrences of malignancies of the lymphatic and hematopoietic tissues that have been reported from industries in which employees are potentially exposed to styrene[835]. A total of 64,000 employees of 552 Danish companies assessed to have produced reinforced plastics at any time since the 1960s were identified from a public administrative registry of all Danish employers and wage earners[835]. Among male employees, increased risks were found for cancer of the lung (396 cases; RR, 1.15; 95% CI, 1.04-1.27), of the pleura (20 cases; RR, 2.33; 95% CI, 1.42-3.60), of the nasal cavities (nine cases; RR, 1.55; 95% CI, 0.71-2.94), of non-Hodgkin's lymphoma (61 cases; RR, 1.27; 95% CI, 0.97-1.63) and for leukemia (61 cases; RR, 1.15; 95% CI, 0.88-1.48). Thus, support was found for previous reports of increased risk for respiratory cancers and for malignancies of the lymphatic and hematopoietic tissues[835]. Studies by Kolstad et al 1994 found an insignificantly increased standardized incidence ratio (SIR) of 1.22 (95% CI, 0.88-1.65) for leukemia among all employees of the reinforced plastics industry[836]. Workers employed in the 1960s (the period with the highest recorded styrene levels) or in companies with the highest exposure probability showed increased SIR values of 1.54 (95% CI, 1.04-2.19) and 1.38 (95% CI, 0.75-2.32), respectively[836]. Both estimates increased when a 10-year latency period was considered.

The workers ever employed in these companies during 1964–2007 were identified in a national pension fund register. Based on a survey conducted in 2013 of current and former employees, the proportion of workers exposed to styrene in each company was computed and workers were classified into four categories of probability of styrene exposure. Sixteen percent of all person-years at risk was observed in workers employed in companies with a probability of exposure to styrene of 75–100%. Subgroup analyses showed lower standardized incidence ratios

# Page: 307

| T | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| T | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Kolstad and Olsen 1993 Abstract.

First sentence is almost a complete copy,

| T | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Kolstad et al. 1994 Abstract

| T | Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC Vol. 121: p. 118.

Excluded mention that "A smoking survey showed a slightly lower ever-smoking prevalence with longer duration of employment. The concentrations of exposure to styrene, measured mainly during lamination work, were 180 ppm during 1964–1970, 88 ppm during 1971–1975, and 43 ppm during 1976–1988, corresponding to an annual decline of 7%". Sentences that described standardized IR greater or less than 1.1 for body parts.

| T | Number: 5 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

1or cancer of the lung with a longer duration of employment. Standardized incidence ratios for HL and cancer of the sinonasal cavities were higher with one or more of the following factors: longer duration of employment, earlier year of first employment, and higher probability of exposure to styrene. The risks of myeloid leukemia and cancer of the kidney were higher with longer duration of employment and higher probability of exposure to styrene. A standardized incidence ratio of 1.69 (95% CI, 1.09–2.49) for all leukemia was observed for those first employed during early years; workers were followed up until 1989[836]. The strengths of this study included the large study population of workers of small- and medium-sized companies, with expected homogeneous and high-concentration exposure to styrene, and a long and almost complete follow-up. The limitations included a lack of quantitative estimates of exposure to styrene or any information on the prevalence of smoking.

Christensen et al (2018) studied styrene exposure and risk of lymphohematopoietic malignancies in 73,036 reinforced plastics workers[838]. The authors 2nalyzed the exposure–response relation between cumulative styrene exposure scores and the incidence of 21 different lymphohematopoietic malignancies and their combinations in an internal analysis of the Danish reinforced plastics industry during 1968–2011. 3ccounting for time since exposure showed a trend by cumulative styrene exposure and a doubled risk (RR = 2.4; 95% CI, 1.2, 4.6) of acute myeloid leukemia following estimated high compared with estimated low cumulative exposure during the prior 15-29 years. This study was one of the largest epidemiologic studies to date of occupational styrene exposure, suggesting an increased risk of acute myeloid leukemia following high styrene exposure[838]. The study population was essentially the same as from Christensen et al (2017)4[4], but included an additional 744 workers from 13 companies. Cumulative styrene exposure scores were modelled from 1122 historical measurements of personal styrene exposure intensity, job title,

# Page: 308

---

Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 118.

---

Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 119

---

Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Christensen et al. 2018 Abstract.

The following sentence not highlighted was rephrased from the Abstract.

---

Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 119

urvey data of 11,264 current and former workers, and duration of employment during styrene production.

The association between exposure to styrene and adenocarcinoma, squamous cell carcinoma, and a category of other histological subtypes of sinonasal cancers in a case–control study nested within the Danish reinforced plastics industry cohort by Nissen et al (2018)[839]. From 1968 to 2011, 73,092 styrene-exposed workers were followed. The authors observed 9 cases of sinonasal adenocarcinoma, corresponding to a 5-fold increase in odds ratio, adjusted for age, sex, and whether employed in the wood industry, for high versus low cumulative styrene exposure (OR, 5.11; 95% CI, 0.58–45.12)[839]. The increased incidence was confined to exposure during the previous 15 years. No association was seen for the other histological subtypes. A strength of this analysis was the specific histological information; however, the study was limited by the small number of cases due to the rarity of the disease and possible residual confounding from exposure to wood dust.

Macaluso et al (2004) quantitatively estimated exposure to styrene, as well as the confounder 1,3-butadiene and the stopping agent dimethyldithiocarbamate (DMDTC), by identifying the component tasks, and historical changes in tasks, for each work area and/or job group at each plant[840]. Multiple correlations among DMDTC, BD, and STY exposure estimates make it difficult to estimate agent-specific effects[840]. Another study, conducted by Graff et al (2005), evaluated the association between exposure to several chemicals and mortality from lymphohematopoietic cancer (LHC) among 16,579 synthetic rubber industry workers who were followed up from 1943 to 1998[841]. After controlling for butadiene, neither styrene nor DMDTC displayed a consistent exposure-response trend with all leukemia, chronic myelogenous leukemia, or chronic lymphocytic leukemia[841].

# Page: 309

---

**T** Number: 1   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 119

---

**T** Number: 2   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 119

---

**T** Number: 3   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 119

---

**T** Number: 4   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 127

---

**T** Number: 5   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Macaluso et al. 2014 Abstract

---

**T** Number: 6   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Graff et al. 2005 Abstract.

Excluded sentences about cumulative exposure to 1,3-butadiene associations.

Four cohort studies of workers in the styrene monomer and polymers industry were identified in the 2019 IARC monograph[822]. This industry is known to incur exposures to lower concentrations of styrene and has a more stable workforce than for the reinforced plastics industry, which has a high proportion of short-term workers. Three of these studies only resulted in a single publication; the fourth study resulted in an initial paper[842] with a follow-up study and a later follow-up by Bond et al (1992)[843]. Elevations in risk of other types of lymphatic cancer, particularly multiple myeloma, persisted, however the risk of these cancers did not increase with estimated intensity or duration of styrene exposure.

Nicholson et al (1978) reported on a group of 560 individuals that have been identified as employed on May 1, 1960 with at least five years seniority in a plant manufacturing styrene and polystyrene[844]. In this plant workplace exposures included styrene, benzene and ethylbenzene, among other materials. NIOSH measurements in 1974 showed exposure to styrene at concentrations of less than 1 ppm in low-concentration areas and at 5-20 ppm in the high-concentration areas. Workers were also exposed to other chemicals at the plant, including ethylbenzene, toluene, xylene, and benzene; benzene was produced at the plant from 1943 to 1962 to form ethylbenzene, resulting in potentially significant exposure to benzene for longer-term workers in the cohort. Among the 83 deaths, one was of leukemia, one of lymphoma and an additional death was accompanied by leukemia[844]. A review of 361 additional death certificates revealed five additional cases of leukemia and four of lymphoma. The available information from the limited follow-up in time of the time of the cohort and from the randomly collected death certificates, was suggestive of a potential risk[844].

## Page: 310

| | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

IARC Vol. 121: p. 129.

| | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

IARC Vol. 121: p. 129.

| | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

Nicoholson et al. 1978 Abstract.

| | Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

IARC Vol. 121: p. 134

| | Number: 5 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

Nicholson et al. 1978 Abstract

A well-designed cohort study was the largest, which comprised 2904 male workers who were employed for at least 1 year at one of four plants in the USA where styrene-based products were being developed and produced. The cohort members were identified from census lists of employees starting work from 1937, and mortality was followed up from 1940 to 1 January 1976[842]. Ott et al reported examined the mortality experience of employees whose work assignments involved development or production of styrene-based products. To investigate potential relationships between mortality and work exposure in the diverse chemical operations under study, a multiple agent approach to exposure categorization was adopted[842]. An increase in lymphatic leukemia was observed among a subgroup of employees who had exposure to polymer extrusion fumes, solvents, and colorants. However, no relationship was found with duration or intensity of exposures experiences by these employees[842]. Bond et al (1992) extended the follow-up of this cohort by 11 years to the end of 1986, by which time the average follow-up was 31 years[843]. The level of exposure to styrene varied by process; an industrial hygienist assigned all manufacturing jobs an exposure intensity with respect to five chemical exposures (e.g., styrene, 1–4 ppm or $\geq$ 5 pm). Other chemicals that workers were exposed to at the plants included benzene, acrylonitrile, 1,3-butadiene, ethylbenzene, dyes, and pigments.

Bond et al (1992) reported that the overall mortality from cancer for the whole cohort was significantly reduced (162 observed deaths; SMR, 0.81; 95% CI, 0.69–0.95)[843]. An increased (but not statistically significant) standardized mortality ratio was observed for all deaths from cancer of the lymphoid and hematopoietic tissues (28 deaths; SMR, 1.44; 95% CI, 0.95–2.08)[843]. This was contributed to by small to moderate non-significant excesses across all types of cancer of the lymphoid and hematopoietic tissues, with the highest for HL with 5 deaths (SMR, 2.22; 95% CI, 0.71–5.18)[843]. There were 7 deaths from NHL (SMR, 1.17; 95% CI, 0.47–2.40), 7 deaths from

# Page: 311

---

**T** Number: 1   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 129.

---

**T** Number: 2   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Ott et al. 1980 Abstract.

Excluded that deaths due to malignant neoplasmss were fewer than expected.

---

**T** Number: 3   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 129

---

**T** Number: 4   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

IARC. Vol. 121: p. 129, 134

MM (SMR, 1.84; 95% CI, 0.74–3.80), and 9 deaths from leukemia (SMR, 1.18; 95% CI, 0.54–2.24)[843]. A similar pattern of small to moderate non-statistically significant excesses of deaths from cancer of the lymphoid and hematopoietic tissues was observed for workers with the job titles of "polymerization, coloring, and extrusion" and "styrene monomer and finishing". These analyses were limited by the small numbers.

*Case–control studies*

Several case–control studies have studied the association between workplace exposure to styrene and the risk of various cancers. Cancers of the lymphoid and hematopoietic tissues, as well as renal cell carcinoma and cancer of the lung, have received particular attention. The Epilymph study, a multicenter case–control study of lymphoma conducted in six European countries (Czechia, France, Germany, Ireland, Italy, and Spain), included 2348 men and women diagnosed during 1998–2004[845]. Controls (n = 2462) were recruited from hospitals (excluding patients with other cancers, infectious diseases, and immune-deficient diseases), except for in Germany and Italy where general-population controls were used, and frequency matched to cases by age, sex, and residence area. Lifetime occupational histories covering all jobs held for at least 1 year were obtained by interviews and from standardized questionnaires. The strengths of the study included the expert exposure assessment and the attention to the pathological classification of cases[845]. However, the study was limited by the lower participation rate among controls, the high proportion of hospital controls (42%), and the few exposed cases, especially at high concentrations. Co-exposures such as benzene were not adjusted for, although the overlap in exposure with styrene was small[845].

# Page: 312

| | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

| | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC. Vol. 121: p. 135, 146

| | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC Vol. 121: p. 146.

Excluded results focused on risk of b-cell NHL and lymphomas. Did not mention "the unusually high prevalence of exposure (24%) among controls in the German study"

[1] lodin et al (1986) conducted a case–control study in Sweden, including 59 cases of AML and 354 controls, assessed potential risk factors including radiation, medications, and eight occupational exposures[846]. Cases aged 20–70 years were identified at hospitals in Sweden between 1977 and 1982. Two series of controls were drawn from a population register: one was matched to cases for sex, age (within 5 years), and location, and the other was a random population sample. Information on exposure was obtained from a mailed questionnaire. An elevated risk was observed from the 3 cases and 1 control who were exposed to styrene (OR, 18.9; 95% CI, 1.9–357.0)[846]. The limitations included [2] he small numbers, the low response rates among cases, and the lack of detail on exposure assessment. The prevalence of exposure to styrene among controls (0.3%) was low.

[3] celo et al (2004) reported a case–control study of lung cancer. This study covered 16 centers in seven countries (Czechia, Hungary, Poland, Romania, the Russian Federation, Slovakia, and the United Kingdom) and included 2861 incident cases (2205 men and 656 women).[847]. Controls (n = 3118) were selected from hospitals (excluding cancers and tobacco-related diseases), except for at two centers where population controls were recruited instead. [4] lmost 6000 subjects were included in a case-control study conducted in seven European countries. For each job they held, local experts assessed the exposure to several occupational agents, including vinyl chloride, acrylonitrile and styrene, on the basis of detailed occupational questionnaires[847]. [5] xpert assessment was used to assign semiquantitative indices of frequency, intensity (exposure to styrene at < 5 ppm, 5–50 ppm, > 50 ppm), and confidence of exposure to 70 agents in each job held. The proportion of ever-exposed controls was 1.5%. The odds ratio for the association between exposure to styrene and risk of cancer of the lung was 0.70 (95% CI, 0.42–1.18). For tertiles of cumulative exposure to styrene (0.01–2.75 ppm-years, 2.76–12.50 ppm-years, and > 12.50 ppm-years), odds

## Page: 313

---

| | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC Vol. 121: p. 147.

---

| | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

---

| | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC Vol. 121: p. 148.

---

| | Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Scelo et al. 2004 Abstract

---

| | Number: 5 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC Vol. 121: p. 148

ratios were 1.15 (95% CI, 0.55–2.41), 0.37 (95% CI, 0.13–1.08), and 0.53 (95% CI, 0.20–1.43), respectively. After excluding exposures of low confidence, no associations were observed using lifetime duration and frequency-weighted duration of exposure across several sensitivity analyses[847]. While this study benefited from the detailed exposure assessment and the ability to adjust for smoking and other occupational exposures, the risk estimates were imprecise because of the limited number of exposed cases.

Cantor et al (1995) reported on a case–control study of mortality from breast cancer based on information from a database of death certificates covering 24 states across the USA for the period 1984–1989, and for which occupation and industry codes were assigned to the usual occupation[848]. Cases ($n$ = 33,509) where women with breast cancer as the underlying cause of death, and 4 controls per case (n = 117,794) were randomly selected from all non-cancer deaths, frequency matched to cases by age and race. Semiquantitative indices for the probability and level of exposure to 31 agents were assigned using a job exposure matrix (JEM) based on occupation and industry. Among controls, 4.9% of white women and 2.6% of black women were assigned an exposure to styrene. Odds ratios for the risk of mortality from breast cancer by probability and level of exposure were computed separately by race. Increases in mortality from breast cancer were observed for all probability categories and all levels of exposure to styrene for both racial groups. For instance, odds ratios for increasing levels of exposure to styrene were 1.16 (95% CI, 1.10–1.30), 1.13 (95% CI, 1.00–1.30), and 1.19 (95% CI, 0.90–1.60) among white women, and 1.59 (95% CI, 1.20–2.10) and 1.41 (95% CI, 1.00–1.90) among black women[848]. Risk estimates were higher when women with a low probability of exposure were excluded[848]. A strength of this study was that it was based on a large sample. However, the use of a population-based JEM may lead to misclassification of exposure.

# Page: 314

| | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

IARC Vol. 121: p. 148

| | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

IARC Vol. 121: p. 148-149.

Wong et al (1990) also reported on [1] case-control study of workers potentially exposed to styrene in the reinforced plastics and composites industry[826]. [2]his cohort consisted of 15,908 men and women who worked for at least six months between 1948 and 1977 in 30 participating manufacturing plants in the reinforced plastics and composites industry. A subsequent nested case-control study consisting of 40 cases of deaths from respiratory cancer was conducted. The case-control study did not show any significant association between respiratory cancer and direct exposure to styrene (contained in polyester resins), duration of exposure to styrene, the type of process (hot or cold), or whether a resin was used.

*All lymphohematopoietic malignancies*

[3]he classification of lymphohematopoietic malignancies has changed over time, which makes the comparison of results for subtypes at different time periods difficult to interpret. The overall category of non-Hodgkin lymphoma (NHL) used in older studies corresponds mostly to the category B-cell lymphoma in more recent publications; in addition, chronic lymphocytic leukemia (CLL) and multiple myeloma (MM) are currently classified as lymphomas.

*Non-Hodgkin lymphoma (all types combined)*

[4]n the reinforced plastics industry, the risk of mortality from NHL was observed to increase with average concentration of exposure, but not cumulative exposure, to styrene in the large European industry-wide cohort[832]. Several cohort studies within this industry did not show an association between exposure to styrene and NHL[825,828,838,849].

[5]or workers in the synthetic rubber industry, a positive association between cumulative exposure to styrene and NHL was observed[841], with the risk estimated to be 2.3 times higher in the

# Page: 315

| | | | |
|---|---|---|---|
| T Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

This is the title of the article.

| | | | |
|---|---|---|---|
| T Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Wong et al. 1990 Abstract.

| | | | |
|---|---|---|---|
| T Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC Vol. 121: p. 151.

| | | | |
|---|---|---|---|
| T Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC Vol. 121: p. 151

| | | | |
|---|---|---|---|
| T Number: 5 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC Vol. 121: p. 151

groups exposed to the highest concentrations compared with the groups exposed to the lowest concentrations. The only informative styrene monomer and polymers production industry study from the USA[843] showed evidence of excess mortality from NHL, however this was based on only 7 deaths.

Two population-based studies considered the risk of NHL. An Italian case–control study observed a marginal increase in risk of NHL with exposure to medium and/or high concentrations of styrene[850]. In the Canadian case–control study, exposure compared with no exposure was associated with a 2-fold increase in risk of NHL[851].

*T-cell lymphoma*

In the Danish reinforced plastics industry-wide cohort study, the incidence of T-cell lymphoma was strongly associated with cumulative exposure to styrene; the risk of incidence was more than 3 times higher for workers with a high cumulative exposure compared with those with a low cumulative exposure to styrene, but there was low precision in the risk estimate[838]. The Epilymph case–control study reported no association between exposure to styrene and T-cell lymphoma, based on only 2 exposed cases[845].

In the Danish reinforced plastics industry-wide cohort study, there was no evidence of any association between exposure to styrene and incidence of B-cell, follicular B-cell, or diffuse B-cell lymphoma[838]. In the synthetic rubber industry, mortality from CLL increased with increasing cumulative exposure to styrene; the risk was 2.6 times higher for workers with the highest cumulative exposure compared with those with the lowest cumulative exposure[838]. The Epilymph case–control study reported a strong association between B-cell lymphoma in 66 cases ever

316

# Page: 316

---

| | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

IARC Vol. 121: p. 151

---

| | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

IARC Vol. 121: p. 151

---

| | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

IARC Vol. 121: p. 152.

Excluded the sentence: "A decreased incidence of chronic B-cell leukaemia was observed with increasing cumulative exposure to styrene."

xposed to styrene compared with unexposed controls, with additional evidence of a positive exposure–response relationship[845]. A positive relationship with cumulative exposure was also suggested for diffuse B-cell and follicular B-cell lymphomas, and for CLL. Compared with unexposed subjects, a marginal increase in small lymphocytic NHL with exposure to styrene at medium and/or high concentrations was observed in an Italian case–control study[850].

The United Kingdom reinforced plastics industry-wide cohort study reported a doubled risk of MM for the group exposed to the highest concentration of styrene versus the lowest, but this was based on only 5 exposed cases[849]. A reanalysis of the European cohort suggested an association between mean exposure lagged for 5 years and MM[832]. The other cohort studies in this industry showed minimal evidence of an association between exposure to styrene and MM[825,828,838]. In the synthetic rubber industry cohort study, no positive association between exposure to styrene and risk of mortality from MM was found[852]. The most informative study in the styrene monomer and polymers production industry reported an excess of MM mortality, based on 7 deaths[843]. The Epilymph study reported no association between exposure to exposure and MM, based on 6 exposed cases[845].

*Hodgkin lymphoma*

The Danish reinforced plastics industry-wide cohort study showed an elevated incidence of Hodgkin lymphoma (HL) with cumulative expo- sure to styrene, with an increased risk by a factor of 1.6 for high versus low concentration of exposure[838]. Several other cohort studies in this industry showed minimal or no evidence of an association between exposure to styrene and HL[825,828,833,849]. In the synthetic rubber industry cohort study there were 12 deaths from HL, but no risk estimates were reported[841]. The only informative cohort study in the styrene monomer and

## Page: 317

| | | | |
|---|---|---|---|
| T Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC Vol. 121: p. 152.

| | | | |
|---|---|---|---|
| T Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC Vol. 121: p. 152.

| | | | |
|---|---|---|---|
| T Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC Vol. 121: p. 152

| | | | |
|---|---|---|---|
| T Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC Vol. 121: p. 152

polymers production industry reported some evidence of excess deaths from HL, based on only 5 deaths[843]. The risk of HL was not elevated with ever exposure to styrene compared with no exposure in the Epilymph study[845].

*Lung Cancer*

n external analyses of mortality from or incidence of cancer of the lung in the reinforced plastics industry, modest increases were observed in four of the five cohort studies (not in the European cohort study)[825,828,832-834,849]. In internal analyses, mortality from lung cancer showed a decreasing trend in two United States studies of boat builders[825,828], and a lower incidence in long-term workers than in short-term workers or in the general population in the Danish study[834]. No positive trend was reported in the reanalysis of the European study with higher cumulative exposure to styrene or longer duration of employment[832]. In the synthetic rubber industry cohort study, results for cancer of the lung were not consistent between workers of different sex in a single study. Cigarette smoking could not be ruled out as a confounding variable. n the styrene monomer and polymer production industry, the only informative cohort study found fewer than expected deaths from lung cancer[843].

*Kidney Cancer*

here was an increase in mortality from or incidence of cancer of the kidney reported from three (Danish, United Kingdom, and USA) of the five reinforced plastics industry cohort studies[825,834,849]. One of the cohort studies reported a positive exposure– response relationship[825]. The initial analyses of the European cohort study showed a positive exposure–response relationship[833], but a recent reanalysis using different exposure metrics found no differences

318

# Page: 318

---

**T** Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 152

---

**T** Number: 2    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 154.

The unhighlighted sentence after this is rephrased.

---

**T** Number: 3    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

---

**T** Number: 4    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 154-155.

The sentence beginning with "One of the cohort..." was word for word copied up until the unhighlighted portion which was slightly reworded.

between exposure groups[832]. The cohort study of United States boat builders[828] and the synthetic rubber industry cohort study found no association between exposure to styrene and the incidence of cancer of the kidney[853,854]. Based on 17 exposed cases, a European case–control study of renal cell carcinoma found an elevated risk for higher cumulative exposure to styrene, but not with increased duration or average exposure.

*Bladder Cancer*

The United Kingdom reinforced plastics industry-wide cohort study[849] and the study of the two United States boat-building facilities reported excesses of deaths from cancer of the bladder[828]. The other three reinforced plastics industry-wide cohort studies showed no consistent associations[825,833,834]. A synthetic rubber industry study reported a higher-than-expected number of deaths from cancer of the bladder in women exposed to styrene but not in men[853,854]. There was no association between exposure to styrene and cancer of the bladder in the Canadian case-control study, in which risk estimates were adjusted for smoking, and exposure to several non-occupational factors and aromatic amines[851]. The Working Group concluded that there was inconclusive evidence of an association from these studies.

*Esophageal Cancer*

A reanalysis of the European reinforced plastics industry cohort study found an association between mean styrene exposure, as well as cumulative exposure lagged by 20 years, and cancer of the oesophagus[832]. Further, the United States boatbuilding facility study found an excess risk of cancer of the esophagus with increasing duration of high concentrations of styrene exposure[828].

# Page: 319

| | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

IARC Vol. 121: p. 154-155.

| | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

IARC Vol. 121: p. 155.

| | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

IARC Vol. 121: p. 155.

The United Kingdom study also found an excess of cancer of the esophagus with exposure to styrene[849] but the larger Danish study, based on incidence and not mortality, did not find an excess in the incidence of cancer of the oesophagus[834]. In the synthetic rubber industry cohort study, there were fewer than expected deaths compared with the reference population[853]. The Working Group concluded that there was not convincing evidence of an association.

*Prostate Cancer*

Two of the smaller studies – the case–control study reporting incidence of cancer of the prostate[851] and the United States boatbuilding facility study assessing mortality from cancer of the prostate[828] – showed positive associations, but the larger Danish and European studies of reinforced plastics workers found no positive association with incidence or mortality[832-834].

*Toxicokinetics*

In humans, styrene is absorbed after inhalation (the major route), skin contact, or ingestion, after which styrene is rapidly absorbed into the blood and has been shown to distribute to adipose tissue. In experimental animals, styrene is widely distributed to tissues. In both humans and experimental systems, styrene is metabolized mainly by CYP2E1, CYP2F, CYP2A13, and CYP2B to enantiomers of styrene-7,8-oxide, which are further metabolized by epoxide hydrolase to styrene glycol. Styrene, styrene-7,8-oxide, and styrene glycol have been measured in the blood of exposed humans. Approximately 60% of the excretion products formed from inhaled styrene come from styrene-7,8-oxide, the majority eliminated via urine as mandelic acid and phenylglyoxylic acid. The rates of metabolism of styrene to styrene-7,8-oxide were higher in microsomes from mouse lung compared with rat lung, and much higher compared with human lung. There are

# Page: 320

| | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|
IARC Vol. 121: p. 155-156.

| | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|
IARC Vol. 121: p. 156.

| | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|
IARC Vol. 121: p. 263

enetic polymorphisms in human cytochrome P450s, glutathione *S*-transferases, aldehyde dehydrogenase, and epoxide hydrolase that modulate excretion levels of metabolites.

## 10 Key Characteristics of Carcinogens

*Styrene exhibits 8 of the 10 key characteristics of carcinogens: can act as an electrophile or be metabolically activated to an electrophile, is genotoxic, alters DNA repair or cause genomic instability, induces oxidative stress, induces chronic inflammation, is immunosuppressive, modulates receptor-mediated effects, and alters cell proliferation, cell death, or nutrient supply.*

*Key Characteristic #1: Styrene and styrene-7-8-oxide can act as an electrophile or be metabolically activated to an electrophile*

There is strong evidence that styrene is metabolically activated in animals and humans[822]. Styrene-7,8-oxide is electrophilic and reacts directly with DNA to form adducts. These adducts are mainly formed at $N$7-guanine, followed by the $N^2$ and $O^6$ positions of guanine, as well as sites in adenine, cytosine, and thymine. In several rodent studies, styrene exposure by inhalation or intraperitoneal injection resulted in styrene-7,8-oxide–DNA adducts found in several tissues (e.g., liver and lung) and in mouse urine[822]. In various human cells *in vitro*, DNA adduct formation was demonstrated after exposure to styrene or styrene-7,8-oxide. Several studies detected DNA adducts derived from styrene-7,8-oxide in the peripheral blood cells of workers exposed to styrene, at levels significantly higher than in unexposed controls[822]. Styrene-7,8-oxide also reacts directly with globin and albumin to form various amino acid adducts. Adducts with valine and cysteine in

321

## Page: 321

---

🔲 Number: 1        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 263

---

🔲 Number: 2        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 263.

Slight re-wording of "Regarding the key characteristics of carcinogens, there is strong evidence that styrene is metabolically activated in animals and in exposed humans to an electrophile, styrene-7,8-oxide. Styrene-7,8-oxide is electrophilic and reacts directly with DNA to form adducts mainly at N7-guanine..."

lobin, and with cysteine in albumin, were detected in some studies of workers exposed to styrene, or to styrene and styrene-7,8-oxide. Because of its electrophilicity, styrene-7,8- oxide produces stable covalent adducts not only with DNA but also at the nucleophilic sites in proteins. This contributes to the genotoxicity of styrene.

*Human cells in vitro*

Styrene-7,8-oxide exhibits a dose-dependent increase of both 7-alkylguanine adducts and single-strand breaks (SSBs) in DNA in human embryonic lung cells[855]. The level of *N*7-guanine adducts was 3-fold higher after treatment with styrene- 7,8-oxide at 100 µM for 3 hours compared with the treatment for 18 hours, whereas alkali-labile lesions continued to increase in a concentration-dependent manner[855]. The differences in *N*7-guanine adduct levels following 3-hour and 18-hour treatments could be ascribed to the conversion of *N*7-guanines into abasic sites, either spontaneously or as a result of DNA repair processes[855]. Treatment of whole blood with styrene-7,8- oxide at a concentration of 40 µM, followed by DNA isolation and analysis by HPLC–mass spectrometry (MS) by electrospray ionization, induced adducts formed at *N*7 of guanine[856]. Similarly, styrene-derived *N*7-guanine adducts were detected by [42]P-postlabelling analysis in human embryonal lung cells treated in vitro with styrene-7,8-oxide[855].

In peripheral blood lymphocytes, styrene-7,8-oxide treatment resulted in a dose-dependent decrease in cell survival and an increase in $O^6$-guanine adducts in DNA, alkali-labile lesions, and *HPRT* mutations, whereas higher concentrations induced pronounced cytotoxic effects[857]. The levels of $O^6$-guanine [$O^6$-(2-hydroxy- 1-phenylethyl)guanine] adducts in DNA in treated cells correlated with styrene-7,8-oxide concentrations (4 adducts per $10^8$ nucleotides were detected at the highest concentration of styrene-7,8-oxide)[857]. $O^6$-guanine adducts in DNA were detectable in

# Page: 322

---

**T** Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 263.

---

**T** Number: 2    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 195

---

**T** Number: 3    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 210.

End of the sentence was slightly changed from "... analysis by HPLC-mass spectrometry (MS) by electrospray ionization, led to the detection of adducts formed at N7 of guanine."

---

**T** Number: 4    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 210

---

**T** Number: 5    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 210

peripheral blood lymphocytes cultured for 6–8 days after treatment, suggesting slow removal of these adducts.

As such, we can predict with a high degree of confidence that styrene and styrene-7,8-oxide is carcinogenic to humans. Styrene and styrene-7,8-oxide requires metabolic activation to exert their cancer -causing activity.

**Thus, it is biologically plausible that styrene causes cancer via key characteristic #1.**

***Key Characteristic #2: Styrene is genotoxic***

Styrene is an important industrial chemical that has shown genotoxicity in many toxicology assays[858]. There is strong evidence that both styrene and styrene-7,8-oxide are genotoxic, and their mechanisms of genotoxicity demonstrated *in vitro* and in animal models can also operate in humans. Styrene-7,8-oxide–DNA adducts are found in the blood and urine of workers exposed to styrene. In workers exposed to styrene, the majority (but not all) of the several available studies showed increased levels of DNA damage as measured by the comet assay[822]. Of the more than 30 studies available on chromosomal end-points in blood cells in exposed humans, six studies of adequate size and design reported positive effects with good concordance among different indicators (in some cases, < 100 ppm)[822]. Several other studies with design limitations (e.g., small size) also reported positive results. Several studies of adequate size and design did not report changes in chromosomal endpoints. The remaining studies were less informative as a result of their small sample size or confounding co-exposures[822].

In human cells in vitro, styrene and styrene-7,8-oxide were consistently genotoxic[822]. Cytogenetic effects, analyzed by sister-chromatid exchange, chromosomal aberration, and micronucleus formation, mainly in whole-blood lymphocyte cultures, were consistently

# Page: 323

---

[T] Number: 1        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 210

---

[T] Number: 2        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

Vodicka et al. 2002 Abstract.

---

[T] Number: 3        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 263-264.

Previous sentence is a re-wording of "There is strong evidence that both styrene and styrene-7,8-oxide are genotoxic, and this mechanism can also operate in humans"

---

[T] Number: 4        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 264.

positive[822]. Styrene-7,8-oxide induced *HPRT* gene mutations in human lymphocytes in two studies. Overall, results were negative or equivocal for cytogenetic effects in rodents exposed to styrene or styrene-7,8-oxide, although positive results for DNA damage (e.g., from the comet assay) were obtained in multiple tissues in several studies. Importantly, in several non-human experimental systems (non-human mammalian cells in vitro, *Drosophila melanogaster*, yeast, bacteria, and plants), styrene or styrene-7,8-oxide was consistently positive across a variety of endpoints (DNA damage, gene mutation, chromosomal aberration, micronucleus (MN) formation, and sister-chromatid exchange (SCE))[822].

Styrene requires metabolic activation both to be effectively eliminated from the body and to become genotoxic[822]. Its principal metabolite *in vivo*, styrene-7,8-oxide, contributes quantitatively by far the most (> 95% in humans) to the genotoxicity of styrene; minor ring oxidation products are also shown to contribute to local toxicities, especially in the respiratory system[859]. Styrene-7,8-oxide interacts covalently with biological macromolecules; its two electrophilic carbons, the α- and β-carbons of the epoxide moiety, attack nucleophilic sites in DNA. Modification of the ring- nitrogens of purines and pyrimidines through the β-carbon follows the SN2 (nucleophilic substitution 2) reaction kinetics. In contrast, the epoxides that have a substituent capable of stabilizing positive charge can also react at the exocyclic amino groups through the α-carbon, the reaction following the SN1 type of mechanism[860].

Alkyl epoxides of styrene-7,8-oxide have shown genotoxicity in many toxicology assays. This finding has been associated with their covalent binding to DNA[860]. Styrene oxide and butadiene monoepoxide are able to modify exocyclic sites in the DNA bases; in the case of styrene oxide N(2)- and O(6)-positions of guanine, N(6)-adenine as well as N(4)-and O(2)-cytosine. *In*

# Page: 324

---

**T** Number: 1      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 264.

Note: There were a few words added into the sentences such as "Importantly" in the sentence "Importantly, in various non-human experimental…"

---

**T** Number: 2      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 200.

---

**T** Number: 3      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Koskinen et al. 2000 Abstract.

This sentence is a slight re-wording "Alkyl epoxides have shown genotoxicity in many toxicology assays which has been associated with their covalent binding to DNA".

---

**T** Number: 4      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Koskinen et al. 2000 Abstract.

*vivo*, the main adduct is the 7-substituted guanines[860]. 7-guanine is the primary target of styrene-7,8-oxide alkylation in DNA, followed by the $N^2$ and $O^6$ positions of guanine; $N$7-alkylation occurs predominantly through the β-carbon, whereas the other sites in guanine are primarily reacted through the α-carbon.

In $O^6$-guanine substitution, the α-isomer can isomerize to that of β[861]. Adenine residues are alkylated at the $N$3, $N$1, and $N^6$ positions[861]. Both α- and β-isomers of $N$1-adenine adducts are formed, with the β-isomer formed in moderate excess[862,863]. The ring nitrogen of adenosine reacts at both the alpha- (benzylic) and beta-carbons of styrene oxide to form 1-substituted products[862]. The 1-(2-hydroxy-1-phenylethyl)adenosines formed by oxirane ring opening at the alpha-position are prone to an unusually facile hydrolytic deamination[862]. The $O^6$ position is initially reacted only through the α-carbon of styrene-7,8-oxide; however, a considerable proportion of the β$N^6$ product arises, probably because of the Dimroth rearrangement of the β$N$1-adenine[863,864]. A more ionic form of styrene oxide is involved in N6-aralkylation than in 1-aralkylation of adenosine[864]. In addition, $N$1-adenine adducts undergo hydrolytic deamination under neutral conditions; the α-isomer adduct deaminates fairly readily[863]. In vitro mechanisms for the formation of 2'-deoxyadenosine adducts with styrene-7,8-oxide have been summarized and compared with polycyclic aromatic hydrocarbon.

Clonal chromosome aberrations (Cas) in myeloid leukemia occur after styrene exposure[865]. This study determined the risk of myeloid leukemia subclassified according to clonal chromosome aberrations in styrene-exposed workers. A nested case-referent study was carried out on 19 myeloid leukemia patients, of which 12 showed clonal CAs, and 57 referents ascertained within the Danish reinforced plastics industry and similar industries with no styrene exposure[865]. There

# Page: 325

---

T Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Koskinen et al. 2000 Abstract.

---

T Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 200.

---

T Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 200-201.

---

T Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Barlow et al. 1997 Abstract.

---

T Number: 5     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 201

---

T Number: 6     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Qian and Dipple, 1995 Abstract

---

T Number: 7     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 201.

The last sentence had the phrase "dihydrodiol epoxides" excluded at the end and should instead read as "polycyclic aromatic hydrocarbon dihydrodiol epoxides"

---

T Number: 8     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Kolstad et al. 1996 Abstract.

Excluded the phrase that "But similar findings could also have been found if the exposure was associated with a specific subtype of leukemia prone to develop the chromosome aberrations in question."

[1] as a 2.5-fold increased risk for myeloid leukemia with clonal CAs (95% confidence interval 0.2-25.0) was found among workers of companies with styrene exposure[865]. Thus, styrene may cause cancer (e.g., leukemia) through a clastogenic effect.

Bastlova et al [2] udied the genotoxic effects of styrene-7,8-oxide in human peripheral blood lymphocytes (PBL) in vitro. Styrene-7,8-oxide-treatment in the range of 0.05-0.6 mM for 24 h resulted in a dose-dependent decrease of cell survival and increase of HPRT mutation, O6-guanine DNA adducts and DNA strand breaks, whereas higher concentrations caused pronounced cell death (key characteristic #10)[857]. Styrene-7,8-oxide was a weak mutagen, inducing at most 10-20 mutants per 10(6) cloneable cells (approximately 4-fold over the background) after treatment with 0.2-0.4 mM for 24 h or 6 days. The levels of DNA adducts in treated cells correlated with styrene-7,8-oxide-concentrations[857]. Styrene-7,8-oxide-induced DNA strand breaks, measured with the Comet assay, were detectable after only 1 hour of exposure to 0.05-0.1 mM[857]. These results suggested that chronic, low dose exposure to styrene in the work environment may be more efficient in inducing persistent DNA adducts and HPRT mutation[857].

*Exposed humans*

*DNA damage (comet assay)*

[3] ost of the available epidemiological studies have detected DNA damage by the alkaline comet assay[822]. For example, Buschini et al (2003) studied the DNA damage by comet assay in 48 workers exposed to styrene at 36.8 ± 0.7 ppm and in 14 unexposed controls[866]. [4] NA damage was assessed in peripheral blood leukocytes (WBCs) by the comet assay. While there was a low number

326

# Page: 326

---

T Number: 1      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

T Number: 2      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Bastlova et al. 1995 Abstract.

Excluded the part of the sentence "The levels of DNA adducts in treated cells correlated with SO-concentrations, but only four adducts per 108 nucleotides were detected at the highest treatment concentrations."

They also excluded part of the abstract that stated "Yet, adducts were still detectable In cells that had been cultured for 6–8 days after treatment. SO-Induced DNA strand breaks, measured with the Comet assay, were detectable after 1 h exposure to 0.05–0.1 mM. Post-treatment Incubation for 24 h decreased the level of DNA strand breaks to the control level. There was no correlation between the levels of DNA adducts and frequency of HPRT mutation. The present results indicate that SO is relatively inefficient In Inducing HPRT mutation and O6guanine DNA adducts in human lymphocytes in vitro, which may be related to its pronounced cytotoxicity at concentrations above 0.4 mM."

---

T Number: 3      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 216.

---

T Number: 4      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Buschini et al. 2003 Abstract

of individuals in the control group, styrene induced higher levels of DNA damage in groups exposed to styrene compared with the controls[866]. Polymorphisms in glutathione S-transferase genes (GSTM1, GSTT1, GSTP1) and the gene encoding microsomal epoxide hydrolase (EPHX) were characterized to assess their possible modifying role in styrene metabolism and subsequent DNA damage. Among workers, the GSTM1 and GSTT1 polymorphisms significantly affected comet parameters[866]. Styrene-7,8-oxide-induced DNA damage was assessed *in vitro* in WBCs isolated from the healthy controls. Styrene-7,8-oxide exhibited a clear dose-response relationship at micromolar doses of styrene-7,8-oxide for the whole group. The extent of styrene-7,8-oxide-induced DNA strand breaks may depend on interindividual differences in GSH-conjugation capabilities. These studies confirmed that styrene exposure is associated with increased DNA damage and indicates a modulating role for GSTM1 and GSTT1 genotypes[866].

Similar results were also demonstrated in another study by Somorovska et al (1999), which reported on the detection of lymphocytes from 29 hand-lamination workers and 19 unexposed controls were assayed for alkali-labile lesions[867]. DNA damage was measured by the comet assay and was observed to be increased in workers exposed to styrene compared with controls. The increase in DNA damage was also correlated with years of exposure[867]. Styrene induced a significantly higher number of DNA strand breaks (SBs), measured by a modified comet assay, in mononuclear leukocytes of the styrene-exposed workers compared with results from 19 unexposed controls[867]. The styrene-exposed workers also showed a significantly increased frequency of CAs. The proliferative response of T-lymphocytes was significantly suppressed in the people exposed to styrene resulting in immunosuppression (key characteristic #7)[867].

327

# Page: 327

---

T | Number: 1        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

Buschini et al. 2003 Abstract.

Left out "Subjects bearing a GSTM1pos genotype showed a significantly higher proportion of damaged nuclei compared to people lacking GSTM1-1 expression (GSTM1null), whereas GSTT1pos workers showed significantly lower DNA damage than GSTT1null individuals." and "WBCs collected from subjects bearing the homozygous wildtype GSTP1 genotype showed a significant protection compared to cells from subjects bearing at least one GSTP1 variant allele. "

---

T | Number: 2        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 216, 223.

---

T | Number: 3        Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM

Somorovska et al. 1999 Abstract.

Excluded that "A fairly strong correlation was observed between SBs and years of exposure (P<0.001, r=0.545).", and also re-worded the last sentence from its original "The proliferative response of T-lymphocytes stimulated with concanavalin A was significantly suppressed in people exposed to styrene (P<0.05).".

Additionally did not include "We recorded a significant increase of the percentage of monocytes in differential white blood cell counts in the exposed group (P<0.05). Using flow cytometry, we found an increased expression of adhesion molecules CD62L, CD18, CD11a, CD11b, CD49d and CD54 in the exposed workers as compared with the control group (P<0.05)."

Other studies have also demonstrated that low levels of occupational exposure to styrene stimulated an increase in DNA damage (e.g., DNA single strand breaks) in 26 reinforced plastics workers compared with 26 controls[868]. The levels of the biological indices of exposure (urinary mandelic acid (MA) and phenyl glyoxylic acid (PGA)) were less than 25% of the recommended limits. Reduction of the threshold limit values/time-weighted-average (TLV-TWA) applied was strongly recommended[868].

Laffon et al (2002) evaluated the genotoxic effects in a group of workers exposed to low levels of styrene[869]. Occupational exposure to styrene was studied in a group of workers engaged in the production of fiberglass-reinforced plastics. SCE, MN, and DNA damage (evaluated by means of comet assay) were measured in peripheral blood cells from the exposed workers and from a control population[869]. MA concentration, an indicator of styrene exposure level, was measured in urine samples collected at the end of the work shift. Styrene induced a significant increase in DNA damage in a group of 14 workers exposed to styrene at less than 20 ppm compared with 30 controls[869]. Average estimated values for styrene exposure were slightly below the threshold limit value (TLV) of 20 ppm recommended by the American Conference of Governmental Industrial Hygienists. Significant increases were found for SCE and MN frequencies and comet tail length among exposed individuals, as compared with control population[869]. The high correlation obtained among SCE and MN frequencies and comet tail length, and the increase of these parameters in the exposed group with regard to control group allowed the use of these three biomarkers in the evaluation of genotoxic effects in human populations exposed to styrene[869].

# Page: 328

---

**T** Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 223.

---

**T** Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Shamy et al. 2002 Abstract.

---

**T** Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Laffon et al. 2002 article title

---

**T** Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

**T** Number: 5     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 223

---

**T** Number: 6     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Laffon et al. 2002 Abstract.

Did not include that "significant decreases in the proliferation indices" were found for exposed individuals.

---

**T** Number: 7     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Laffon et al. 2002 Abstract.

Between this sentence and the previous one, they excluded "High correlation has been obtained between endpoints evaluated and exposure length, and increased values of SCE and MN frequencies and comet tail length have been found among smokers only in the exposed population"

Vongvijitsuk et al (2011) studied 50 workers exposed to styrene in fiberglass-reinforced plastics production at levels below the American Conference of Governmental Industrial Hygienists limit of 20 ppm and 40 unexposed control subjects[870]. Workers were stratified into three exposure groups: group I workers (exposed at less than 10 ppm); group II (10–20 ppm); and group III (more than 20 ppm)[870]. Urinary MA and PGA concentrations were observed to increase in relation to increasing levels of environmental styrene exposure. The mean styrene exposure levels of exposed workers were significantly higher than those of the control workers[870]. Biomarkers of exposure to styrene, including blood styrene and the urinary metabolites, MA and PGA, were significantly increased with increasing levels of styrene exposure[870]. In contrast, these biomarkers were not detected in the control group[870]. DNA damage, such as DNA strand breaks, 8-hydroxydeoxyguanosine (8-OHdG), and DNA repair capacity, were used as biomarkers of early biological effects. DNA strand breaks and 8-OHdG/10(5)dG levels in peripheral leukocytes of exposed groups were significantly higher compared to the control group[870] The results obtained from this study demonstrated a genotoxic effect and thus health risk from occupational styrene exposure, even at levels below the recommended TLV-TWA(8) of 20 ppm[870].

Brenner et al (1991) reported a significant increase in DNA damage in 14 subjects exposed to styrene at $11.2 \pm 0.9$ ppm compared with 9 controls[871]. This study had the following limitations: it did not control for smoking habits, and the number of subjects studied was small[871]. Significant differences between biomarker levels in exposed workers and controls were observed with MN, SSBs, and DNA binding[871]. The study suggested that exposure to levels of styrene in occupational settings near or below the current OSHA standard (50 ppm) can induce tissue and DNA damage at the cellular/molecular level, which can initiate cancer[871]. Studies by Costa et al (2012) demonstrated significantly higher SCE frequency rate and DNA damage in styrene exposed

# Page: 329

---

**T** Number: 1      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 223.

Did not include the concentrations of styrene that workers were exposed to in groups I-III.

---

**T** Number: 2      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM
Wongvijitsuk et al. 2011 Abstract.

Excluded the following sentences: "In addition, DNA repair capacity, determined by the cytogenetic challenge assay, was lower in all exposed groups when compared to the control group (P < 0.05). The expression of CYP2E1, which is involved in styrene metabolism, in all styrene exposed groups, was higher than that of the control group at a statistically significant level (P < 0.05). Levels of expression of the DNA repair genes hOGG1 and XRCC1 were significantly higher in all exposed groups than in the control group (P < 0.05). In addition to styrene contamination in ambient air, a trace amount of benzene was also found but, the correlation between benzene exposure and DNA damage or DNA repair capacity was not statistically significant."

---

**T** Number: 3      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 223 Abstract

---

**T** Number: 4      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 223 Abstract.

---

**T** Number: 5      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM
Brenner et al. 1991 Abstract.

Did not include the sentences "There was a large though not significant difference in levels of styrene-Hb adducts among exposed workers and controls, largely the consequence of a single heavily-exposed individual with an extremely high level of adducts."

---

**T** Number: 6      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM
Costa et al. 2012 Abstract

workers, but MN frequency was not markedly modified by exposure[872]. An increase in SCE levels with elevated microsomal epoxide hydrolase activity was noted in exposed workers, suggesting a potential exposure to styrene inducing genotoxicity[872].

Teixeira et al (2010) demonstrated a higher SCE rate in exposed workers than in controls[873]. Significant correlations were obtained for SCE rate with both environmental and internal exposure parameters[873]. Results from MN test and comet assay showed slight and non-significant increases related to the exposure[873]. In contrast, studies by Godicka et al (2004) did not find significant differences in the levels of DNA damage between plastics workers exposed to styrene at compared with 42 controls[874]. In a separate study, DNA damage was evaluated in germ cells (sperm) in 46 reinforced plastics workers exposed to styrene; the study reported a significant increase in sperm DNA damage when compared with 27 unexposed individuals[875]. There was a significant difference in sperm DNA damage by the comet assay between styrene exposed subjects and the unexposed group[875]. Thus, the comet assay proved to be sensitive in detecting genotoxic activity (e.g., an alteration in DNA integrity in germ cells of workers) exposed to styrene[875].

*Oxidative damage to DNA*

Fracasso studied the DNA single- and double-strand breaks by alkaline- and immuno-comet assay in lymphocytes of workers exposed to styrene[876]. These studies evaluated the oxidative damage to DNA in the enzyme-modified version of the comet assay (sites sensitive to formamidopyrimidine glycosylase (Fpg) and endonuclease III) in lymphocytes from 34 reinforced plastics workers and 29 unexposed controls[876]. Exposed workers showed significant high levels of SSBs and DSBs in neutral- and immuno-comet assays[876].

# Page: 330

---

T Number: 1       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM

Costa et al. 2012 Abstract

---

T Number: 2       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM

Teixeira et al. 2010 Abstract.

Did not mention "Our data seem to support previous studies reporting genotoxicity associated with occupational exposure to styrene, excluding the confounding influence of smoking, although caution must be taken in the interpretation of these results since the significance of an increase in SCE rate is still unclear."

---

T Number: 3       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 223.

Slightly re-worded this sentence, which originally states"... levels of DNA damage between 86 reinforced plastics workers exposed at 81.3 mg/m3 compared with 42 controls"

---

T Number: 4       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM

Migliore et al. 2002 Abstract.

This first highlighted sentence excluded this part: "... (median value of concentration of MA at the end of the work shift: 173.6 mg/g creatinine)...".

---

T Number: 5       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM

Fracasso et al. 2009 title.

---

T Number: 6       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 223 Abstract.

---

T Number: 7       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM

Fracasso et al. 2009 Abstract.

Excluded the following sentences after this: "A drastic decrease in DNA repair activity as compared to controls was observed (180 min vs. 35 min). Styrene workplace concentration significantly correlated with alkaline comet parameters (TM, p = 0.013; TI, p = 0.008), in negative with TL (p = 0.022), and with DNA-base oxidation (TM Endo III, p = 0.048 and TI Endo III, p = 0.028). There was a significant negative correlation between urinary metabolites (MA + PGA) and TM Endo III (p = 0.032) and TI Endo III (p = 0.017)."

Styrene-7,8-oxide, the major *in vivo* metabolite of styrene, is a genotoxic compound and a potential carcinogenic hazard to occupationally exposed workers[877]. The retection of 8-hydroxydeoxyguanosine, a marker of oxidative DNA damage, was studied in white blood cells of workers occupationally exposed to styrene[877]. 8-Hydroxy-2'-deoxyguanosine (8-OHdG) was increased in leukocyte DNA in 17 boat builders exposed to styrene compared with 67 age-matched controls with no prior occupational exposure to styrene[877]. Among the exposed workers, the 11 workers with more than 10 years of exposure had a higher level of 8-OHdG than the 6 workers with less than 10 years of exposure, however the difference was not statistically significant. A limitation of the study was the small number of subjects exposed to styrene. Thus, styrene exposure can result in oxidative DNA damage[877]. Styrene also induced higher 8-OHdG levels in peripheral leukocytes the exposed workers compared with controls[870]. In a study of a group of 60 reinforced plastics workers and 50 controls, lower concentrations of leukocyte 8-oxo-7,8-di-hydro-2'-deoxyguanosine (8-oxodGuo) were observed in exposed workers compared with controls; however, significantly higher levels of urinary 8-oxo-7,8-dihydroguanosine (8-oxoGuo) were observed in exposed workers compared with controls[878]. Interestingly, workers showed higher levels of human 8-oxoguanine DNA N-glycosylase 1 (hOGG1) expression compared to controls[878]. Thus, styrene exposure is associated with oxidation damage to nucleic acids, particularly to RNA and with an induction of the BER system[878].

Although $N$7-guanine adducts in DNA correlated strongly with alkali-labile lesions in DNA comet assay, no correlation was found between DNA adducts and *HPRT* mutant frequencies[857]. A concentration-related increase of diastereomeric $N$7β-guanine adducts was observed in peripheral blood lymphocytes by using an optimized technique including HPLC and $^{32}$P-postlabelling. $N$7-guanine adducts were found at a 150-fold excess compared with $O^6$-guanine adducts; $N^2$-guanine

# Page: 331

---

[T] Number: 1       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM

---

[T] Number: 2       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 222

---

[T] Number: 3       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM
Marczynski et al. 1997 Abstract.

The unhighlighted sentences before this were re-worded and not direct copies from the abstract

---

[T] Number: 4       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 222 .

---

[T] Number: 5       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 224

---

[T] Number: 6       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM
Manini et al. 2009 Abstract.

They excluded the sentences in the abstract before this highlighted one which were as follows: "Subjects bearing the hOGG1 Ser/Ser genotype showed lower values of 8-oxodGuo/105 dGuo in WBC than those with at least one variant Cys allele (0.34 ± 0.16 vs 0.45 ± 0.21, p = 0.008). In the subgroup of hOGG1 Ser/Ser subjects, laminators showed lower levels of WBC 8-oxodGuo/105 dGuo ratio and significantly higher concentrations of U-8-oxoGua than controls (p = 0.07 and p = 0.01, respectively, t-test for independent samples)."

---

[T] Number: 7       Author:       Subject: Highlight       Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 210.

adducts have also been detected[858]. Thus, the DNA-binding properties of styrene-7,8-oxide (SO), a major metabolite of styrene, contribute to the genotoxicity of styrene[858].

*Chromosomal damage*

More than 30 studies have investigated whether exposure to styrene had effects on chromosomal damage in humans. In most of the studies considered, environmental and/or biological monitoring exposure data are available. Several studies of adequate size and design reported positive effects on chromosomal endpoints[879]. Several of these encompassed relatively low concentrations of exposure (<100 ppm). A significantly higher frequency of micronucleated binucleated cells was observed in peripheral blood lymphocytes of 92 reinforced plastics production workers exposed to styrene compared with 98 controls[879]. The exposed workers showed a significantly higher frequency of micronucleated binucleated cells (MNBN) compared to control subjects. Chromosome-type CAs positively correlated with airborne styrene level[879]. In *GSTM1*-null workers exposed to styrene, a significantly lower concentration of PHEMAs in urine and a higher frequency of micronucleated lymphocytes were observed[879].

SCE in lymphocytes are increased in relation to longitudinally measured occupational exposure to low concentrations of styrene[880]. A longitudinal investigation of styrene exposure was conducted among 48 workers employed at a reinforced plastic boat manufacturing facility. 8-hour time-weighted average (TWA) exposures to styrene and concentrations of styrene in the breath were determined for each individual on 7 randomly chosen days during 1 year[880]. Peripheral blood lymphocytes from each subject were analyzed for SCEs 2 times and MN 4 times during this period. Individual levels of exposure ranged from 0.88 to 235.35 mg/m$^3$ of styrene (mean, 64.2 ± 71.5 mg/m$^3$) and exhaled styrene concentrations ranged from 0 to 7.16 mg/m$^3$ (mean, 1.65 ± 1.82

# Page: 332

---

**T** Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 210.

---

**T** Number: 2    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 224.

Excluded this sentence: "No studies
were found that addressed the main styrene metabolite, styrene-7,8-oxide"

---

**T** Number: 3    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 224

---

**T** Number: 4    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Migliore et al. 2006 Abstract.

Excluded the following sentences from the abstract: "A positive correlation was seen between the frequency of C+ MN and urinary level of MA+PGA (P<0.05) and VPTs (P<0.001). Chromosome-type CAs positively correlated with airborne styrene level and VPTs (P<0.05), whereas chromatid-type CAs correlated with PHEMAs (P<0.05).", as well as "Our results suggest that occupational exposure to styrene has genotoxic effects that are potentiated by the GSTT1 gene deletion. These observations may have relevance considering the risk of lymphatic and haematopoietic malignancies tentatively associated with styrene exposure."

---

**T** Number: 5    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 224

---

**T** Number: 6    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Yager et al. 1993 Title

---

**T** Number: 7    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Yager et al. 1993 Abstract.

---

**T** Number: 8    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

mg[1,3]). Females had significantly higher MN frequencies than did males; MN were also increased with age[880]. This study is highly unusual in that it illustrates the ability to separately quantify the relative contribution of each of two variables-smoking and styrene exposure-to an increase in SCEs in lymphocytes of an exposed human population[880]. Styrene stimulated mean sister-chromatid exchanges increased with exposure to styrene and with cigarette smoking[880].

Three indices were used simultaneously to ascertain the cytogenic effects of styrene on eighty-three styrene exposed Chinese workers under current industrial hygienic conditions in two glass fiber reinforced plastics factories[881]: CA, SCEs, and MN. Results showed that exposure to styrene at a concentration of 129.3 mg/m3 could result in an increase of the frequencies of CA and MN but had little influence on the frequency of SCEs[881]. In the subjects who had been exposed to the highest cumulative concentrations of styrene, higher rates of chromosome-type aberrations or dicentric and ring chromosomes were observed[882]. Hogstedt et al (1984) carried out a study to determine a new method for the assessment of cytogenetic damage in humans. This study measured the frequencies of MN and CAs in 38 male reinforced plastics production workers exposed to styrene at an average of 13 ppm (range, 1–40 ppm) and in 20 unexposed controls[882]. The styrene-exposed group displayed weak but statistically significant correlations between frequencies of micronuclei and numerical chromosome aberrations. There were statistically significant effects of age, smoking and low levels of styrene exposure but these factors explained only 12-24% of the total variance[882].

Helal et al (2013) conducted a study in one of Egyptian plastic factories. The styrene exposed group was 40 male workers, ranging in age from 18 to 33 years (23.20 ± 4.09), working 12 h/day with 1 day off, and working without any protective equipment[883]. The study results

333

## Page: 333

Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Number: 2    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM
Yager et al. 1993 Abstract.

Author:    Subject: Sticky Note    Date: 10/6/2022 5:36:16 PM

Number: 3    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM
Huang, 1992 Abstract.

Number: 4    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM
Huang, 1992 Abstract.

Number: 5    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 225.

Number: 6    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 225.

This sentence was partially copied over, and slightly re-worded but definitely was copied.

Number: 7    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM
Hogstedt, 1984 Abstract

Number: 8    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM
Helal et al. 2013 Abstract

showed a statistically significant difference between the exposed and the control groups regarding the blood styrene level, urinary MA level, $\beta_2$ microgloblin in urine, and chromosomal study[883]. The study also showed a statistically significant correlation between the duration of styrene exposure and ventilatory function parameters, also between the duration of styrene exposure and some detectable CAs[883].

As and SCEs were analyzed from cultures of peripheral lymphocytes of workers employed in 6 different reinforced-plastics industries, with styrene air exposure levels ranging from 30 to 400 mg/mc[884]. A control group was selected on the base of sex, age and smoking habit. The authors examined 50-h cultures (for chromosomal-aberrations) and 72-h cultures (for SCEs) for each individual. All workers exposed to styrene, as compared with controls, showed significantly increased frequencies of CAs, while SCEs were significantly increased at 4 of the 6 plants[884]. High SCE values occurred with styrene air concentrations higher than 200 mg/mc[884].

In a study by Anderson et al (1980) conducted between 1973–1978, a group of 36 workers in a Swedish factory making boats from plastics reinforced with glass fiber were exposed to a variety of chemicals, including styrene[885]. The concentration of styrene in the air was measured in the breathing zones of workers occupied with various processes in boat making[885]. Environmental styrene concentrations measured over a 3-year period allowed identification of two exposure groups: a low-concentration group and a high-concentration group with mean levels of exposure of 1204 mg/m$^3$. The study revealed a statistically significant increase in compared with controls[885]. A slight increase in SCE was also observed in the exposed group compared with controls, with no difference between the groups exposed to the high and low concentrations[885].

334

# Page: 334

---

T Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Helal et al. 2013 Abstract

---

T Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Camurri et al. 1983 Abstract.

---

T Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Camurri et al. 1983 Abstract.

---

T Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Andersson et al. 1980 Abstract

---

T Number: 5     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 226.

I noted that one of the sentences which starts with "The study revealed a statistically significant..." is incomplete here, and should be "The study revealed a statistically
significant increase in chromosomal aberrations (P < 0.001) compared with controls (n = 37)."

*Human cells in vitro*

In humans, styrene metabolism involves oxidation by cytochrome p450 monooxygenases (CYPs) to styrene-7,8-oxide, an epoxide thought to be responsible for the genotoxic effects of styrene exposure and detoxification by means of epoxide hydrolase (EH) and glutathione S-transferases (GSTs)[886]. Styrene-induced DNA damage was detected by comet assay in isolated human leukocytes treated in vitro and in human skin treated in vitro without metabolic activations[886,887]. CYP1A1 m1, m2 and m4, CYP2E1 Dra I and GSTP1 (exons 5 and 6) polymorphisms may affect styrene induction of DNA damage in human leukocytes[886].

Cytogenetic effects were analyzed in human whole-blood lymphocytes treated *in vitro* without metabolic activations, including chromosomal aberrations, micronucleus formation, and sister-chromatid exchange[888-895]. Styrene alone was found mutagenic, and styrene oxide also was a very potent inducer of SCE[889]. Styrene exhibits dose-dependent genotoxic activity on human blood lymphocytes. Styrene generated a clear dose-dependent increase in chromatid-type aberrations in whole-blood cultures and a weaker effect in cultures of isolated lymphocytes[890]. Chromosomal aberration was also analyzed in human isolated lymphocytes treated in vitro without metabolic activation systems[890] These various reports showed positive results without exogenous metabolic activation systems. Activation, probably resulting from the conversion of styrene to styrene-7,8-oxide, was attributed to erythrocytes present in the cultures[891,892].

*Styrene-7,8-oxide*

Using the comet assay, DNA damage induced by styrene-7,8-oxide was detected in isolated human lymphocytes, in whole-blood lymphocytes, and in human peripheral blood mononuclear

## Page: 335

---

**T** Number: 1       Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM
Laffon et al. 2003 Abstract

---

**T** Number: 2       Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 231-232.

---

**T** Number: 3       Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM
Laffon et al. 2003 Abstract

---

**T** Number: 4       Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 335

---

**T** Number: 5       Author:        Subject: Highlight        Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 232.

cells (mononuclear leukocytes) treated *in vitro*[857,896-902]. The sites sensitive to endonuclease III, corresponding to apurinic sites, were also shown to be induced[896]. Induction of DNA strand breaks in human testicular germ cells treated with styrene-7,8-oxide in vitro was reported using the alkaline elution assay[903]. Induction of DNA strand breaks was also reported in whole-blood cells in vitro using pulsed-field gel electrophoresis[904]. 7-Alkylguanine adducts of styrene- 7,8-oxide and DNA single-strand breaks were determined by [32]P-post labelling and DNA alkaline unwinding assay in human embryonal lung fibroblasts, respectively[855]. There was a concentration-dependent increase of both 7-alkylguanine adducts and DNA strand breaks.

Chromosomal damage was analyzed in human whole-blood lymphocyte cultures treated in vitro for chromosomal aberrations, micronuclei, and sister-chromatid exchanges[888,891,892,897]. The frequency of micronucleus formation and sister-chromatid exchange was also analyzed in isolated human mononuclear leukocytes[886]. Micronucleus induction was also analyzed in human peripheral blood mononuclear cells; results were consistently positive[901].

*Studies in Experimental Animals*

DNA damage induced by styrene was detected by comet assay in female C57BL/6 mouse lymphocytes, liver, kidney, and bone marrow[905]. DNA strand breaks in kidney, liver, lung, testis, and brain of male NMRI mice were detected by the DNA unwinding assay[906]. DNA damage induced by styrene was also detected by the comet assay in bone marrow of male NMRI mice (with an increase in sites sensitive to endonuclease III), although no induction was observed in liver[907]. DNA adducts were detected in the lung. In non-mammalian systems, styrene significantly increased DNA damage in cells from the peripheral blood of fish (*Symphodus melops*) and the

Page: 336

| | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|
| | IARC Vol. 121: p. 232. | | | |

| | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|
| | IARC Vol. 121: p. 232. | | | |

| | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|
| | IARC Vol. 121: p. 237. | | | |

| | Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|
| | IARC Vol. 121: p. 239. | | | |

haemolymph of mussels (*Mytilus edulis*) after 7 days of continuous exposure[908]. Styrene induced in the root tip cells of *Allium cepa*[888].

Styrene was genotoxic for several end-points in yeast, including gene conversion and reverse mutation[909]. It was also shown that enhancing the metabolic activity of mouse liver S9 by treating animals twice (4–5 weeks between injections) with phenobarbital and β-naphthoflavone increased the genotoxicity of styrene in *Saccharomyces cerevisiae* D7 in assays for mitotic gene conversion, mitotic crossing-over, and point reverse mutation[910].

Thus, there are extensive scientific studies that styrene is genotoxic. As such, styrene is likely carcinogenic in humans. **It is biologically plausible that styrene can cause cancer via key characteristic #2.**

### Key Characteristic #3: Styrene can alter DNA repair or cause genomic instability

Several studies have studied the effects of occupational exposure to styrene on DNA repair, or on the expression levels of DNA repair genes.  There is evidence that styrene alters DNA repair[822]. DNA repair was measured by the comet assay in lymphocytes from exposed workers and from control individuals challenged ex vivo. Studies by Wongvijitsuk et al (2011) demonstrated that the DNA repair capacity, as determined by the cytogenetic challenge assay, was lower in all styrene exposed groups when compared to the control group[870]. Levels of expression of the DNA repair genes hOGG1 and XRCC1 were significantly higher in all exposed groups than in the control group[870]. A drastic decrease in DNA repair activity in exposed workers as compared to controls was observed in a study of occupational exposure to styrene in 34 workers employed in the production of fiberglass-reinforced plastic sheets and compared to 29 unexposed healthy controls[876].

# Page: 337

---

**T** Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 239.

---

**T** Number: 2    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 239.

This sentence is clearly a copy, but they accidentally left out a part of the sentence. Original sentence: "Styrene induced chromosomal aberrations in
the root tip cells of Allium cepa"

---

**T** Number: 3    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 239.

---

**T** Number: 4    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 264

---

**T** Number: 5    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Wongvijitsuk et al. 2011 Abstract.

Excluded a sentence between these two sentences in the abstract as follows: "The expression of CYP2E1, which is involved in styrene metabolism, in all styrene exposed groups, was higher than that of the control group at a statistically significant level (P < 0.05)."

---

**T** Number: 6    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Fracasso et al. 2009 Abstract

DNA repair was tested using a challenge assay, a cytogenetic approach to measure the repair competence, to assess DNA repair in lamination workers exposed to styrene was utilized by Oberheitmann et al (2001)[911]. Interaction with DNA repair was measured in the 14 workers and 2 historical controls using the challenge assay. Among the exposed group, the challenge response was significantly correlated with the cumulative lifetime exposure to styrene but not with the current exposure as measured in blood, which was suggested to indicate the interference of long-term exposure with DNA repair[911]. Hence, data from this study are consistent that long-term exposure to styrene can interfere with DNA repair activities[911]. Occupational exposure to styrene was also studied in 34 workers employed in the production of fiberglass-reinforced plastic sheets and compared to 29 unexposed healthy controls[876]. Genotoxic effects were induced by occupational styrene exposure in lymphocytes to measure DNA repair kinetics. Occupational exposure to styrene was studied in 34 workers employed in the production of fiberglass-reinforced plastic sheets compared with 29 unexposed healthy controls[876]. Importantly, styrene induced a drastic decrease in DNA repair activity as compared to controls[876].

*Mutagenic potential*

In addition to being genotoxic, styrene and its metabolite styrene-7,8-oxide, may be mutagenic. Different styrene-7,8-oxide–DNA adducts exhibit mutagenic potential. $N$7-guanine adducts can induce GC → TA and $N$3-adenine adducts in AT → TA transversions[858,859]. DNA polymerases preferentially insert an adenine opposite an apurinic site[912]. In assays for mutagenicity in cultured human T-lymphocytes treated *in vitro* with styrene-7,8-oxide, these mutations were more frequent in hypoxanthine-guanine phosphoribosyl transferase (*HPRT*) mutant clones than in controls, although the predominant mutation type was AT → GC transition[913]. Styrene-7,8-oxide

338

# Page: 338

---

**T** Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 230.

---

**T** Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Oberheitmann et al. 2001 Abstract.

---

**T** Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 230.

---

**T** Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Oberheitmann et al. 2001 Abstract.

---

**T** Number: 5     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

---

**T** Number: 6     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
Fracasso et al. 2009 Abstract

---

**T** Number: 7     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 203.

Some slight re-wording differences that they copied over into this report. This first sentence actually starts out "N7-guanine adducts are expected to result in
GC → TA...", however the rest of it is a direct copy.

---

**T** Number: 8     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

induced mutations at the HPRT locus in human T-lymphocytes are predominantly base substitutions, and suggest that in addition to DNA adducts at guanine bases, adducts at A and/or T bases also contribute to mutagenesis of styrene-7,8-oxide[913]. T → TA mutations were also observed in a site-specific mutation study (carried out on oligodeoxynucleotides) in which a styrene-7,8-oxide adduct at the $N^6$ position of adenine was inserted in the N-*RAS* gene at codon 61[914,915]. The frequency of mutations caused by various styrene oxide adducts are dependent on both their chirality and local sequence context[914]. While the $N^6$-adenine adduct showed only minor miscoding potential, as it still can base-pair with thymine, the $N$1-adenine or the corresponding $N$1-hypoxanthine adducts may contribute more to mutagenesis at AT-base pairs, since these adducts block a central hydrogen bonding site of adenine residues. Since the β-isomer of the $N$3-uracil adduct was found in DNA treated in vitro with styrene-7,8-oxide, $N$3-uracil adducts may contribute to the GC → TA mutations, detected in the hypoxanthine-guanine phosphoribosyl transferase (*HPRT*) gene[913]. Bastlova et al (1996) studied mutations in the *HPRT* gene of primary human T-lymphocytes exposed styrene-7,8-oxide for 6 days in vitro[913]. Styrene-7,8-oxide-induced mutations at the hprt locus in human T-lymphocytes were predominantly base substitutions, and in addition to DNA adducts at guanine bases, adducts at A and/or T bases can also play a role in styrene-7,8-oxide-induced mutagenesis[913].

Alkylation at the $O^6$ position of guanine is a pro-mutagenic lesion, resulting in GC → AT transitions[916]; however, molecular analysis of styrene-induced mutations at the *HPRT* locus suggested that $O^6$-guanine adducts do not represent a major mutagenic lesion[913]. In an in vitro study of oligonucleotides containing $N^2$-guanine adducts derived from butadiene, acrolein, crotonaldehyde, and styrene, all the adducts blocked deoxycytidine triphosphate incorporation

# Page: 339

---

**T** Number: 1      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

**T** Number: 2      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 203

---

**T** Number: 3      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Latham et al. 1993 Abstract

---

**T** Number: 4      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

**T** Number: 5      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

**T** Number: 6      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

**T** Number: 7      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Bastlova et al. 1996.

Excluded several sentences with important styrene-7,8-oxide (SO) related results. These sentences were excluded:
"Base substitutions were the dominating type of mutation in both groups, with 35 and 23 independent changes, of which nine and six respectively, have not previously been described in human T-cells. Frameshift mutations (± 1 bp) and small deletions (2–200 bp) were less frequent and splicing mutations more frequent among the SO-induced than among the control mutations. In SO-treated mutants, base substitutions in the coding region occurred at 15 sites, nine of which were AT bp, and in the splice donor and acceptor regions six of 10 mutated sites were AT bp. Altogether six independent mutations were found at site 539 in cells from the two SO experiments (four GC>AT and two GC>TA). "

---

**T** Number: 8      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 203

opposite them; adenine was preferentially incorporated opposite the acrolein- and crotonaldehyde-formed adducts, although thymine incorporation was preferred at the butadiene- and styrene-derived adduct sites[917].

In a study of 28 healthy workers at a boat manufacturing factory exposed to both styrene and styrene-7,8-oxide, adducts 1 and 2 were again detected; the correlation between the concentrations of the adducts and of the styrene exposure was observed to be at or near the 0.05 level of statistical significance[918]. Adduct concentrations were more highly correlated with styrene exposure among non-smokers than among smokers. Among individual subjects, albumin and DNA adducts as well as sister chromatid exchanges were significantly correlated with styrene exposure[918]. Among the 20 subjects with measurements to both styrene and styrene-7,8-oxide, albumin adducts were significantly correlated with exposure to styrene-7,8-oxide[918].

**It is biologically plausible that styrene causes cancer via key characteristic #3.**

### Key Characteristic #5: Styrene induces oxidative stress

There is scientific evidence that styrene induces oxidative stress via oxidative damage to DNA in exposed humans[822]. In human cells *in vitro*, non-cytotoxic levels of styrene induced various measures of oxidative stress, including oxidation of lipids and proteins. Some responses were abrogated by the antioxidant *N*-acetylcysteine. In the lungs and livers of mice and rats, styrene increased lipid peroxidation at concentrations that sufficiently depleted tissue glutathione levels[822].

*Human cells in vitro*

# Page: 340

---

**T** Number: 1   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 203

---

**T** Number: 2   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 209

---

**T** Number: 3   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Rappaport et al. 1996 Abstract.

In the second sentence, they exclude the part mentioning that albumin adducts were not significantly correlated with exposure to styrene.

They also exclude the following results sentences in the abstract: "Finally, among the 10 job groups, surprisingly strong correlations (0.709 ≤ r ≤ 0.966) were found between all SO biomarkers and exposure to SO but not to styrene. Calculations suggest that SO was about 2000 times more effective than styrene in producing SO biomarkers. After accounting for the disparate exposures to the two chemicals, a typical worker received 71% of the systemic dose of SO via inhalation; nonetheless, 5 of the 20 subjects received the majority of the SO dose from styrene. Cigarette smoking increased levels of SO-albumin and SO-DNA adducts, suggesting that SO was a constituent of tobacco smoke. We conclude that inhalation of SO should be considered in any interventions to reduce health risks."

---

**T** Number: 4   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 264.

This was re-worded well, but you can definitely find where the original sentence is that they copied from on this page.

---

**T** Number: 5   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 264-265.

They exclude some important information, as the last sentence here originally reads as "In the lungs and livers of mice and rats, styrene increased lipid peroxidation at concentrations that sufficiently depleted tissue glutathione levels, but results with N-acetylcysteine or buthionine sulfoximine pre-treatment were not supportive.".

Also excluded this sentence: " For styrene7,8-oxide, the available studies covered disparate end-points; the evidence that styrene-7,8-oxide induces oxidative stress is therefore weak."

Human whole-blood lymphocytes and isolated lymphocytes were obtained from 10 healthy male non-smokers and non-consumers of alcohol with no recent exposure to radiation or pharmaceuticals with styrene[893]. In whole blood lymphocytes in culture, styrene stimulated a dose-dependent increase in lipid peroxidation and depletion of blood lymphocyte glutathione[893]. Thus, the genotoxic properties of styrene in human blood lymphocytes may be mediated initially not only by the formation of the presumably reactive styrene 7,8-oxide, but also by formation of a reactive oxygen species (ROS) as well[893]. In vitro exposure of human abdominal skin to styrene vapor for 8 hours also decreased the concentration of GSH as well as GST, superoxide dismutase (SOD), and catalase activities in a dose-dependent manner, while increasing MDA and carbonyl compounds derived from protein peroxidation, markers of oxidative damage[887]. Thus, styrene can stimulate oxidative stress.

In a series of studies with human A549 lung bronchioloalveolar epithelial carcinoma cells exposed to styrene vapors in a multicell chamber culture system, non-cytotoxic concentrations of styrene were found to increase concentrations of intracellular ROS, as measured by 2,7'-dichlorofluorescein diacetate, induce several responses associated with oxidative stress, and activate the redox-sensitive transcription factors NF-κB and p38 MAPK[919]. Proteome changes in human lung cells following styrene exposure demonstrates the involvement of oxidative stress in the molecular-response mechanism[920]. Styrene can induce a pro-inflammatory enzyme called COX-2 and lipids called prostaglandins in human lung epithelial cells via oxidative stress[921]. Specific responses indicative of oxidative stress included an initial increase in GSH concentrations after 1 hour of exposure followed by depletion of GSH with longer exposure and increases in GSTP1 mRNA expression and GSTP1 and hemoxygenase-1 protein concentrations. These effects were abrogated in the presence of the antioxidant N-acetylcysteine (NAC). Additional responses

# Page: 341

---

**T** Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 245.

Slight re-wording from the IARC however very much a copy.

---

**T** Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Chakrabarti et al. 1993 Abstract

Exclude the following abstract sentences: "The range of concentrations (10–200 µM) at which increase of cell cycle length due to styrene was observed did not impair the viability of the cells, suggesting that such cell cycle delay is a genotoxic-related event and not caused by cytotoxicity. In vitro metabolic transformation of styrene in whole-blood lymphocyte cultures without the presence of any exogenous metabolic activation system showed the formation of a reactive intermediate, styrene 7,8-oxide, to be capacity-limited, as verified from a nonlinear increase in the formation of styrene glycol. The value of such metabolic parameter reached a plateau above 200 µM styrene. "

---

**T** Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 245

---

**T** Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 245

---

**T** Number: 5     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Morbt et al. 2009 title.

---

**T** Number: 6     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 245.

Indicative of oxidative stress included styrene-induced increases in concentrations of SOD1, biliverdin reductase A, DJ-1, Clic1, transaldolase 1 (TALDO1), 6-phosphogluconate dehydrogenase, COX2, prostaglandin $E_2$ ($PGE_2$), and prostaglandin $F_{2\alpha}$ ($PGF_{2\alpha}$), and a decrease in peroxiredoxin 4 protein. NAC abrogated increased concentrations of COX2, $PGE_2$, and $PGF_{2\alpha}$ induced by styrene[920,921].

*Styrene-7,8-oxide*

Treatment of blood samples from nine healthy unexposed individuals with styrene- 7,8-oxide reduced high-molecular-weight DNA fragments and increased low-molecular-weight DNA fragments in leukocytes from seven of the individuals[922]. Reductions in leukocyte high-molecular-weight DNA fragments were also observed in these samples after treatment with hydrogen peroxide.

Styrene 7,8-oxide induces mitochondrial damage and oxidative stress in neurons[923]. Lipid peroxidation, measured as thiobarbituric acid reactive substances (TBARS), is increased after 12 hours. Treatment of human neuroblastoma 3K-H-MC cells with styrene-7,8-oxide increased lipid peroxidation (MDA, measured as thiobarbituric acid-reactive substances) after 12 hours, concomitant with an increase in mitochondrial dysfunction, measured as a decrease in mitochondrial $Ca^{2+}$ capacity[923]. Pre-treatment with the antioxidant MnTBAP (100 microM) prevents the decrease of Ca2+ capacity, cytochrome c release, activation of caspases, exposure of phosphatidylserine and cell death[923]. The addition of the superoxide scavenger manganese(III) tetrakis(4-benzoic acid) porphyrin reduced the degree of mitochondrial dysfunction and cell death induced by styrene-7,8-oxide in these cells at 12, 14, and 16 hours[923]. Hence, the neurotoxic effects of styrene 7,8-oxide are related to mitochondrial damage and oxidative stress.

# Page: 342

---

**T** Number: 1      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 245.

Final highlighted sentence was a slight re-wording of "NAC was shown
to abrogate increased concentrations of COX2, PGE2, and PGF2α induced by styrene, although increasing NF-κB
gene expression and NF-κB phosphorylation."

---

**T** Number: 2      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 245

---

**T** Number: 3      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM
Dare et al. 2004 title.

---

**T** Number: 4      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM
Dare et al. 2004 Abstract

---

**T** Number: 5      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 246

---

**T** Number: 6      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM
Dare et al. 2004 Abstract

---

**T** Number: 7      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 246.

At the end of this sentence, they excluded " MDA levels were not assessed."

---

**T** Number: 8      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM
Dare et al. 2004 Abstract

*Experimental systems in vivo*

Subchronic exposure to styrene via inhalation decreased the levels of reduced or total GSH (including all non-protein sulfhydryls) in rat liver, lung, and brain when evaluated within a few hours after the last exposure (NTP 2008)[924], similar to observations after acute exposures via intraperitoneal injection.

In terms of duration of activity, the concentrations of GSH in liver and lung of rats exposed to styrene decreased the most severely in the first 4 weeks of an 11-week exposure[924]. Decreased GSH has also been reported in fetal livers isolated from Wistar dams given styrene orally[925]. In a detailed evaluation of the depletion of tissue GSH with time in male Wistar rats, liver concentrations of both GSH and oxidized glutathione (GSSG) decreased rapidly after exposure by repeated intraperitoneal injection with styrene, remained depleted until 12 hours after exposure, recovered to overshoot control levels after 24 hours, and finally decreased back to control levels after 40 hours[926]. A dose-responsive increase in markers of oxidative stress (decreased ratio of ferric:ferrous iron, total thiol molecules, and increased protein carbonyls) was observed in the plasma and livers of male Wistar rats sub chronically exposed via gavage, with increased concentrations of ROS and LPO products observed at sequentially higher doses[927].

**Thus, it is biologically plausible that styrene is a human carcinogen via oxidative stress - key characteristic #5.**

***Key Characteristic #6: Styrene can induce chronic inflammation***

Styrene can induce chronic inflammation[822]. In multiple studies of workers exposed to styrene, alterations in immune cell populations consistent with a pro-inflammatory response were

343

# Page: 343

---

**T** Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 246

---

**T** Number: 2    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 246.

Only difference is that the beginning of the first sentence starts off as "In
terms of duration of effect...", but the rest is a direct copy.

---

**T** Number: 3    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 246.

Excluded the following sentence: "Although tissue GSH concentrations were affected in a time- and dose-dependent
manner, lipid peroxidation (LPO) was not increased in the
brain, liver, or lung from male Sprague-Dawley rats after subchronic inhalation exposure to styrene (Coccini et al.,
1996, 1997)."

---

**T** Number: 4    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 265.

Original sentence: "There is weak evidence that styrene induces
chronic inflammation."

---

**T** Number: 5    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 265.

observed. In human lung carcinoma cells in vitro, non-cytotoxic concentrations of styrene induced inflammatory responses. In several studies in mice, each of which evaluated different endpoints, styrene stimulated different allergic or adaptive immune responses after short-term exposure. Inflammatory diseases including respiratory disease, hematological effects, altered liver function, and neuroinflammation have been reported in exposed workers. In rats and mice, styrene given by various exposure routes induced respiratory tract toxicity and hepatotoxicity. While fewer studies are available for styrene-7,8-oxide, the effects reported are similar; in addition, forestomach irritation was reported in rats after chronic oral exposure[822].

Styrene induces an inflammatory response in human lung epithelial cells via oxidative stress and NF-κB activation[919]. Contact of styrene with epithelial cells stimulates the expression of a variety of inflammatory mediators, including the chemotactic cytokine monocyte chemoattractant protein-1 (MCP-1)[919]. To characterize the underlying mechanisms of the induction of inflammatory signals by styrene, studies investigated the influence of styrene on the induction of oxidative stress and the activation of the nuclear factor-kappa B (NF-kappaB) signaling pathway in human lung epithelial cells (A549). The results demonstrate that styrene-induced MCP-1 expression, as well as the expression of the oxidative stress marker glutathione S-transferase (GST), is associated with a concentration dependent pattern of NF-κB activity[919]. An inhibitor of NF-κB, IKK-NBD, and the anti-inflammatory antioxidant N-acetylcysteine (NAC) were both effective in suppressing styrene-induced MCP-1 secretion[919]. In addition, NAC was capable of inhibiting the upregulation of GST expression. The activation of the NF-κB signaling pathway by styrene is mediated via a redox-sensitive mechanism[919]. Thus, styrene stimulates inflammation via oxidative stress.

## Page: 344

---

**T** Number: 1      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 265.

Excluded the sentence: "Data are sparse for styrene-7,8-oxide; the evidence that styrene-7,8-oxide induces chronic inflammation is weak."

---

**T** Number: 2      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 265.

Slight re-wording of original sentence: "Respiratory disease, haematological effects, altered liver function, and neurotoxicity have been reported in exposed workers."

---

**T** Number: 3      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 265.

---

**T** Number: 4      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 265.

---

**T** Number: 5      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Roder-Stolinski et al. 2008 Title.

---

**T** Number: 6      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Roder-Stolinski et al. 2008 abstract

Styrene also increased of the percentage of pro-inflammatory immune cells (e.g., monocytes) in differential white blood cell counts in the exposed workers[867]. Using flow cytometry, the authors found an increased expression of adhesion molecules CD62L, CD18, CD11a, CD11b, CD49d and CD54 in the exposed workers as compared with the control group[867].

*Chronic inflammation (Exposed humans)*

Studies of workers exposed to styrene have reported changes in immune cells that are consistent with a proinflammatory response, such as changes in the balance of peripheral blood leukocyte subsets, increased expression of activation markers on lymphocytes, lower serum levels of anti-inflammatory molecules such as soluble HLA-G and IL-10, and lower production of soluble HLA-G and IL-10 in LPS-stimulated monocytes isolated from workers exposed to styrene[822,867,928-930].

*Human cells in vitro*

Increases in the release of the proinflammatory chemotactic monocyte chemoattractant protein 1, which activates monocytes, lymphocytes, mast cells, eosinophils, and basophils, and the proinflammatory cytokines IL-6 and IL-8 were observed in human A549 lung bronchioloalveolar epithelial carcinoma cells exposed to non-cytotoxic concentrations of styrene vapor[931]. Other studies in the vitro lung cell model suggest that styrene is able to induce inflammation in the lung airways though a mechanism that involves the generation of reactive oxygen species (ROS), oxidative stress, and activation of the NF-κB pathway[919-921]. Findings supportive of the inflammatory effect of styrene in A549 cells include increased phosphorylation of NF-κB associated with increased expression of monocyte chemoattractant protein 1, upregulation of

# Page: 345

---

T  Number: 1      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM
Somorovska et al. 1999 Abstract.

This appeared to be copied from the abstract, but was re-worded/re-phrased well from the original sentence: " We recorded a significant increase of the percentage of monocytes in differential white blood cell counts in the exposed group ($P < 0.05$)."

---

T  Number: 2      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM
Somorovska et al. 1999 Abstract.

Excluded " A fairly strong correlation was observed between SBs and years of exposure ($P < 0.001$, $r = 0.545$). The styrene-exposed workers also showed a significantly increased frequency of chromosomal aberrations ($P < 0.0001$ for highly exposed group, $P < 0.004$ for medium-exposed group, and $P = 0.0001$ for low-exposed group). The proliferative response of T-lymphocytes stimulated with concanavalin A was significantly suppressed in people exposed to styrene ($P < 0.05$). "

---

T  Number: 3      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 252

---

T  Number: 4      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 252

oesin and annexin A1 and downregulation of heat shock protein B1, increased levels of COX-2 protein and activity, and increased release of $PGE_2$ and $PGF_2\alpha$[919-921].

Styrene- 7.8-oxide stimulates inflammation via  immune cell (e.g., $T_{H1}$-directed) modulation of in vitro cytokine production in human peripheral blood mononuclear cells[932]. reatment of polymorphonuclear leukocytes isolated from six individuals with either the *R*- or *S*-enantiomers of styrene-7,8-oxide or the racemic mixture stimulated the release of the TH1 cytokines interferon-γ (IFN-γ) and IL-12, which can lead to increased inflammation[932].

*Experimental systems*

tyrene may affect the polarization or recruitment of leukocytes and thereby stimulate some elements of the adaptive immune system, including allergic sensitization and type-IV hypersensitivity (NRC 2014)[822]. Sub chronic exposure via inhalation increased total lung protein concentrations associated with leukocytic infiltration and airway obturation in guinea pigs[933]. Exposure by sub chronic oral gavage induced moderate parenchymal congestion and scattered islet degeneration in the pancreas in guinea-pigs, associated with a dose-responsive decrease in serum insulin levels, as well as moderate pancreatic inflammation in male albino mice; responses in male albino rats were limited[934] (NTP, 2008). In an assay designed to evaluate acute inflammatory responses in the dermis of male Wistar rats after dermal exposure to a styrene solution (unoccluded), mast cell degranulation and microvascular leakage were increased, and determined to be partially operating via a neurogenic (e.g., tachykinin NK1 receptor) mechanism[935]. Severe liver degeneration and/or hepatocellular necrosis was observed in female B6C3F1 mice after sub chronic exposure to styrene via inhalation; although this hepatocellular injury resolved within 10 days of exposure, residual chronic inflammation remained.

346

# Page: 346

---

**T** Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 252

---

**T** Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 252-253.

---

**T** Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 253

Excluded this following sentence: "Liver pathology and residual inflammation were largely absent in male B6C3F1 mice and in both sexes of Swiss mice (Morgan et al., 1995), consistent with liver GSH depletion sensitive to mouse sex and strain (described in Section 4.2.6(c)(i) above)"

Styrene also exacerbated ovalbumin-induced allergic asthma in female BALB/c mice after acute inhalation exposure, augmenting BALF levels of the TH2 cytokines IL-4, IL-5, and IL-13, and increasing both ovalbumin-specific and total serum IgE levels, as well as BALF eosinophilia, lung inflammation, and goblet cell hyperplasia (NRC, 2014)[936]. A modifying (or adjuvant) effect on the immune response was also observed on the plaque-forming cell (PFC) response of female BALB/c mouse lung-associated lymph node (LALN) cells and splenocytes ex vivo, after acute styrene exposure via inhalation and sensitization to sheep red blood cells in vivo. A dose-related increase in IFN-γ production was observed in splenocytes without any effect on PFC response, while LALN lymphocyte IFN-γ production followed an inverse dose–response (i.e., highest IFN-γ production at exposure to the lowest concentrations of styrene). LALN PFC response increased after exposure to styrene at the highest concentration[937]. Together, this suggests that styrene exposure may differentially impact antigen-presenting cell and lymphocyte interactions at the portal of entry (LANL) versus systemically (spleen) (NRC, 2014)[822]. In male Swiss mice acutely exposed to styrene by oral gavage, the splenocyte PFC response was inhibited in a dose-responsive manner and the total serum Ig titre decreased[938]. Low doses of styrene stimulated male CD-1 or Swiss mouse basal splenocyte mitogenesis ex vivo after acute to sub chronic exposure via oral gavage in vivo, and also increased the proliferation induced by a variety of phytomitogens; however, the highest dose evaluated (50 mg/kg per day) appeared to have a more variable effect, consistent with the inhibition of the PFC response noted above[938,939]. The severity of type-IV hyper- sensitivity was also enhanced, with a diffuse and marked infiltration of mononuclear cells, suggesting that cellular immunity was stimulated with lymphocyte proliferation[938].

**Thus, it is biologically plausible that styrene is a human carcinogen via key characteristic #6.**

# Page: 347

Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 253

*Key Characteristic #7: Styrene can induce immunosuppression*

There is scientific evidence that both styrene and styrene-7,8-oxide can induce immunosuppression. Studies of workers exposed to styrene report impairment of innate immune function and inhibition of lymphocyte proliferation. Several studies of workers exposed to styrene also reported alterations in peripheral blood leukocyte populations. In several studies in rodents, each of which evaluated different endpoints, sub chronic exposure to styrene inhibited resolution of infection, and affected bone marrow progenitor cell populations, peripheral leukocyte populations, and/or splenic cellularity. In studies in human whole-blood cells conducted in vitro, and in mouse or rat lymphocytes, proliferation was inhibited. Styrene inhibited natural killer (NK) cell lytic activity in a dose-responsive manner, and interferon response to viral infection was inhibited in murine cells (e.g., embryonic fibroblasts). Both NK cells and the interferon responses help to protect the human body from cancer[940]. Thus, styrene can be immunotoxic and induce immunosuppression.

*Exposed humans*

Multiple studies of workers exposed to styrene have reported changes in peripheral blood leukocytes. There are several studies in which styrene increased the level of peripheral blood monocytes[822]. A study by Hagmar et al (1989) reported a 30% increase in the number of peripheral blood monocytes in 20 glass-reinforced plastics workers compared with controls (22 unexposed referents)[941]. In this study, the frequency and size distribution of micronuclei were determined for lymphocytes stimulated with phytohemagglutinin or pokeweed mitogen, and white blood cell counts were made[941]. Another study by Stengel et al (1990), also demonstrated that styrene increased the peripheral blood monocytes in 221 glass-reinforced plastics workers[942]. This styrene-

348

# Page: 348

---

Number: 1    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 265.

Left out certain parts of the original sentence: "There is moderate evidence that both styrene and styrene-7,8-oxide induce immunosuppression."

---

Number: 2    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 265.

Slight re-wording of this sentence "Single studies of workers exposed to styrene  reported the impairment of various measures of innate immune function ex vivo, in addition to the inhibition of lymphocyte proliferation."

---

Number: 3    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 265

---

Number: 4    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 265.

This was re-worded slightly from "Murine natural killer cell lytic activity was decreased in a dose-responsive manner, and interferon response to viral infection was inhibited in murine embryonic fibroblasts."

---

Number: 5    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 249.

Excluded this sentence : "[The Working Group noted that different panels of markers were evaluated across studies; three showed an increase in peripheral blood monocytes, but a fourth did not"

---

Number: 6    Author:    Subject: Highlight    Date: 10/6/2022 5:36:16 PM

Hagmar et al. 1989 Abstract.

Excluded the following results sentences from the abstract: "The mean level of styrene in the breathing zone of the workers was 56 mg/m3. Workers exposed to styrene did not show an increase in any of the cytogenetic end points studied when the effect of age and smoking was allowed for in a multiple regression analysis. A significant 30 °/o increase in the number of peripheral monocytes was observed for the exposed workers. No correlations between the cytogenetic and hematological tests on one hand and the length of exposure time on the other could be detected."

induced increase remained significant after adjusting for age, sex, tobacco use, and alcohol consumption[942].

A study by Somorovska et al (1999) utilized a comprehensive approach to biological monitoring of 44 workers occupationally exposed to styrene in a hand lamination plant[867]. The proliferative response of T-lymphocytes stimulated with concanavalin A was significantly suppressed in people exposed to styrene[867]. Styrene induced a significant increase of the percentage of monocytes in differential white blood cell counts in the exposed group. Styrene induced an increased expression of pro-inflammatory adhesion molecules CD62L, CD18, CD11a, CD11b, CD49d and CD54 in the exposed workers as compared with the control group[867].

Changes in cellular immunity among workers occupationally exposed to styrene in a plastics lamination plant was also found in a study by Tulinksa et al 2000[929]. Immune and hematological parameters were examined in 29 hand laminators and sprayers exposed to styrene for an average of 14 years and in 19 in-factory unexposed controls. The workers performed hand lamination procedures in a production area[929]. The population exposed to styrene had increased levels of C4-component of complement. Levels of the C3-component of the complement pathway were positively correlated with duration of exposure. A significant elevation in the percentage and number of monocytes and a significantly decreased number of lymphocytes were seen in exposed workers[929]. Styrene concentrations in both blood and exhaled air were associated with decreased percentage of large granular lymphocytes[929]. These results suggest immune alterations, including disruption of the cell-mediated immune response of T-lymphocytes and imbalance in leucocyte subsets, in peripheral blood of workers exposed to styrene.

349

# Page: 349

---

**T** Number: 1      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

IARC VOL. 121: P. 249

---

**T** Number: 2      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Somorovska et al. 1999 Abstract

---

**T** Number: 3      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Somorovska et al. 1999 Abstract

They did not include these sentences from the abstract: "We found a significantly higher number of DNA SBs, measured by a modified comet assay, in mononuclear leukocytes of the styrene-exposed workers compared with results from 19 unexposed controls (P<0.001). A fairly strong correlation was observed between SBs and years of exposure (P<0.001, r=0.545). The styrene-exposed workers also showed a significantly increased frequency of chromosomal aberrations (P<0.0001 for highly exposed group, P<0.004 for medium-exposed group, and P=0.0001 for low-exposed group)."

---

**T** Number: 4      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Tulinska et al. 2000 Abstract.

---

**T** Number: 5      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

---

**T** Number: 6      Author:      Subject: Highlight      Date: 10/6/2022 5:36:16 PM

Tulinska et al. 2000 Abstract.

They excluded the following results which were stated in the abstract: "Using multifactorial analysis of variance we found a significant decrease in proliferation of lymphocytes stimulated by Concanavalin A but not by pokeweed mitogen (PWM) in workers occupationally exposed to styrene. Proliferative response to PWM was significantly correlated with the levels of styrene in blood. Phagocytic activity of monocytes, levels of IgG, IgA, IgM, IgE and alpha-2-macroglobulin in serum were indistinguishable in the two groups."

In a study of 22 male glass-reinforced plastics workers and 27 healthy age-matched unexposed males, no difference in the percentage of peripheral blood CD14+ monocytes was observed; however, lower plasma levels of soluble human leukocyte antigen G (soluble HLA-G or sHLA- G), an anti-inflammatory substance secreted by CD14+ monocytes, and plasma interleukin (IL) 10, the primary inducer of sHLA-G production by monocytes, were present in workers exposed to styrene compared with unexposed controls[943]. IL-10 is an anti-inflammatory molecule that acts to stimulate the resolution of inflammation[944]. Reduced production of IL-10 and sHLA-G was also observed in peripheral blood monocytes isolated from workers exposed to styrene and stimulated with LPS compared with LPS-stimulated isolated monocytes from unexposed controls[944] These results suggest immune alterations of cell-mediated immune response of T-lymphocytes and imbalance in leucocyte subsets in peripheral blood of workers exposed to styrene[944]. This can result in immunosuppression.

In a study of 32 glass-reinforced plastics workers exposed to styrene and 19 unexposed controls, a decrease in T helper (CD4+) lymphocytes and an increase in T CD8+ (suppressor or cytotoxic) lymphocytes was reported in workers exposed to styrene compared with controls, and a decreased CD4+:CD8+ ratio (0.92) was reported in workers exposed to higher concentrations of styrene compared with workers exposed to lower concentrations and unexposed controls (1.43)[945]. None of control subjects showed more than 2 (out of 8) abnormal values as compared to 20 and 40% of styrene workers belonging respectively to the low and high exposure group[945]. Only a minority of controls exhibited abnormally high levels of both NK and suppressor T lymphocytes (0-5%), the corresponding figures for styrene workers being 7-10% (low exposure) and 45% (high exposure). Thus, these findings support the immunotoxicity of styrene, which could be due either

350

# Page: 350

---

**T** Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 249

---

**T** Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 249

---

**T** Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 249

---

**T** Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Mutti et al. 1992 Abstract.

Excluded this sentence: " In styrene-exposed workers, phenotypic analysis of peripheral blood revealed a reduced proportion of T helper lymphocytes and a relative increase in the T suppressor subset, leading to a significant inversion of the helper/suppressor ratio (0.92) among heavily exposed workers (greater than 50 ppm, 8h-TWA) as compared to less exposed workers and controls (1.37 and 1.43 respectively). The proportion of natural killer (NK) T lymphocytes was significantly increased among styrene workers. The proportion of B lymphocytes was unchanged as compared to the control group."

to direct effects on lymphocytes or to indirect mechanisms possibly mediated by neuroendocrine changes[945].

Immunological changes have been demonstrated among workers occupationally exposed to styrene[928]. In a group of 71 glass-reinforced plastics workers, styrene induced decreases in total T (CD3+) lymphocytes, T helper (CD4+) lymphocytes, T (CD4+45+) cells with suppressor and/or inducer function, and the T helper (CD4+):T suppressor or cytotoxic (CD8+) lymphocyte ratio were observed compared with 65 blue- collar worker controls[928], with dose-dependent decreases observed with increasing levels of urinary styrene metabolites. Another study showed changes in cellular immunity among workers occupationally exposed to styrene in a plastics lamination[929]. Tulinska et al 2000 observed a dose-dependent decrease in the percentage of large granular lymphocytes with increasing styrene exposure[929]. An increase in natural killer (NK) T-cells in workers exposed to styrene compared with controls, dose-dependent with increasing levels of urinary styrene metabolites, was observed[945]. Similarly, there was a dose-dependent increase in NK T-cell phenotypes (CD56+, CD56+16+, CD56+16–) with increasing urinary styrene metabolites[928]. Exposure to styrene was associated with reduced lytic activity of NK T-cells isolated from a subset of 14 workers compared with unexposed controls[928]. Reduced NK cell lytic activity is a sign of immunosuppression.

There was a dose-dependent increase in lymphocytes expressing the activation markers DR+ and CD25+ (the IL-2 receptor) with increasing urinary styrene metabolites in workers exposed to styrene[928]. In the study of glass-reinforced plastics workers exposed to styrene in a hand-lamination plant, there was an increased expression of several adhesion molecules, which are often associated with activation, on lymphocytes (CD54, CD49d, CD62L, CD18, and CD11b)

351

# Page: 351

Number: 1   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM

Number: 2   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM
Bergamaschi et al. 1995 Title.

Slight re-wording of the title: "Immunological changes among workers occupationally exposed to styrene"

Number: 3   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 249

Number: 4   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM
Tulinska et al. 2000 Title.

Number: 5   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 250.

The end of this sentence as follows was excluded"... with increasing styrene
exposure, measured as either blood styrene or exhaled styrene."

Number: 6   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 250

Number: 7   Author:   Subject: Highlight   Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 250.

and monocytes (CD54, CD49d, and CD11a) compared with controls[867]. Further analyses of this study focused on workers exposed to higher concentrations of styrene[929,930]. Similar increases in adhesion molecule expression were evident in the lymphocytes (CD54, CD49d, CD62L, CD18, and CD11b), monocytes (CD54, CD49d, CD62L, CD18, CD11a, and CD11b), and granulocytes (CD54, CD49d, CD62L, CD11a, and CD11b) of the workers exposed to the highest concentrations[930]. A decrease in soluble CD54 was observed in the workers exposed to the highest concentrations compared with controls. CD49d, or VLA-4, is a very late activation antigen that mediates the adhesion of lymphocytes, monocytes, and eosinophils, and is a ligand of vascular cell adhesion molecule-1 expressed on endothelial cells. The adhesion molecules CD62L and CD11b are known as L-selectin and the C3bi fragment of the complement pathway, respectively. There were higher levels of both the C3 and the C4 components of the complement cascade, which are acute phase reactants involved in inflammatory responses, in workers exposed to styrene compared with controls[929]. The levels of the C3 component of the complement pathway were positively correlated with duration of styrene exposure. The expression of several of these activation markers is associated with immunosuppression or anti-inflammatory actions; others are associated with inflammation, and some have been associated with both immunosuppression and inflammation[822].

Chemotaxis was also impaired in polymorphonuclear leukocytes of workers exposed to styrene (*n* = 21), as measured *ex vivo* following a chemotactic stimulus[946]. Importantly, the chemotaxic indices of the workers improved after a 3-week period with no styrene exposure[946].

*Human cells in vitro*

In vitro styrene treatment of polymorphonuclear leukocytes isolated from healthy unexposed controls decreased chemotaxis in a dose-dependent manner following a chemotactic

352

# Page: 352

| | | | |
|---|---|---|---|
| 🔲 Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC Vol. 121: p. 250.

| | | | |
|---|---|---|---|
| 🔲 Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC Vol. 121: p. 251

| | | | |
|---|---|---|---|
| 🔲 Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC Vol. 121: p. 251

| | | | |
|---|---|---|---|
| 🔲 Number: 4 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC Vol. 121: p. 251

stimulus[946]. Styrene-7,8-oxide treatment of mitogen-stimulated lymphocytes cultured from healthy non-smokers decreased indices of cell proliferation[947].

*Experimental systems: in vivo*

Styrene can block several components of innate immunity (e.g., decreased monocytic and NK cell activity) as well as stimulate some elements of adaptive immunity (e.g., enhancing cytokine production and delayed-type hypersensitivity[822]. Male UF rats sub chronically exposed to styrene via oral gavage failed to effectively resolve subsequent infection by a hookworm parasite compared with controls who successfully resolved the infection, providing evidence of functional immunosuppression[948]. Host resistance assays as predictive models in styrene immunomodulation[948]. After sub chronic inhalation exposure, peripheral blood neutrophil populations appeared immature and diminished in number, coinciding with lymphocyte numbers, before increasing after 3 weeks of recovery[949]. Styrene can induce damage to the hematopoietic tissues in the rat[949]. Additionally, acute exposure by inhalation to styrene decreased total leukocyte counts[950], consistent with an immunosuppressive effect.

**Thus, it is biologically plausible that styrene causes cancer via immunosuppression - key characteristic #7.**

*Key Characteristic #8: Styrene can modulate receptor-mediated effects*

There is scientific evidence that styrene modulates receptor-mediated effects, and that these effects occur in humans, based on studies of increased serum prolactin[822]. Exposure to styrene

# Page: 353

---

**T** Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 251

---

**T** Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 251

---

**T** Number: 3     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

Dogra et al. 1992 Title.

---

**T** Number: 4     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 251.

---

**T** Number: 5     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

This exact phrase was not found in Nano et al. 2000.

However, I wanted to note that they excluded the following sentences "These results indicate an alteration of the erythropoietic series independently of method of administration. However, these findings do not show a possible risk of preleukemic or leukemic disorders in rats exposed or treated with styrene."

---

**T** Number: 6     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM

IARC Vol. 121: p. 264.

Slight re-wording of "There is strong evidence that styrene modulates receptor-mediated effects, and that these effects occur in humans, based on studies of increased serum prolactin. "

Increased serum prolactin levels in four studies of workers in the reinforced plastics industry, including one study that made repeated measurements over the course of 2–3 years[822].

Several studies in workers exposed to styrene have reported increases in serum prolactin levels. Serum prolactin levels were increased in 53 glass-reinforced plastics workers compared with 60 unexposed industrial workers comparable in age, sex, and smoking and drinking habits[951], as well as in 30 female glass-reinforced plastics workers compared with 30 age-matched female factory workers living in the same area, but not exposed to styrene or other industrial chemicals[952]. Serum prolactin levels were positively correlated with urinary styrene metabolite levels (MA and PGA)[952]. Plasma prolactin levels were increased in 46 male glass-reinforced plastics workers compared with 30 male blue-collar workers in local industries with no history of chemical exposures[953]. In a study with repeated measurements of serum prolactin taken about 1 year apart over the course of 2–3 years in a cohort of glass-reinforced plastics workers from several different facilities (173 men, 33 women), a 2-fold increase in serum prolactin was associated with every 10-fold increase in blood styrene concentration[954]. Prolactin release from the anterior pituitary gland can be inhibited by dopamine secreted by the tuberoinfundibular dopaminergic system in the hypothalamus, although prolactin release can be stimulated by thyrotrophin-releasing hormone (TRH). A challenge dose of TRH was given to 16 female workers exposed to styrene and 16 sex- and age-matched controls; 15 of the 16 women exposed to styrene responded with abnormally high serum prolactin levels, compared with an abnormal serum prolactin response in only 1 of 16 controls[955]. When two of the women in the group exposed to styrene with abnormally high serum prolactin responses were removed from styrene exposure for 2 months, serum prolactin responses were within the normal range after TRH challenge[955].

354

# Page: 354

**T** Number: 1     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 264.

**T** Number: 2     Author:     Subject: Highlight     Date: 10/6/2022 5:36:16 PM
IARC Vol. 121: p. 244

**Thus, it is biologically plausible that styrene is a human carcinogen via receptor-mediated effects- key characteristic #8.**

***Key Characteristic #10: Styrene can alter cell proliferation, cell death, or nutrient supply***

*Proliferation*

There is scientific evidence that both styrene and styrene-7,8-oxide alter cell proliferation.

In short-term studies, oral exposure to styrene caused cytotoxicity and increased cell replication in the mouse lung, supporting the findings of lung tumors following oral exposure to styrene in longer-term studies[956]. Styrene-7,8-oxide induced cell proliferation in rat forestomach in two studies. In several studies, styrene induced cell proliferation in lung and liver in multiple strains of mice[822]. In mouse lung, cell proliferation induced by styrene or styrene- 7,8-oxide was dependent on the presence of CYP2F2. A mechanism has been proposed for the induction of mouse lung tumors that involves the metabolism of styrene to 4-vinyl-phenol by CYP2F2, cytotoxicity in club (Clara) cells, and regenerative epithelial proliferation in the terminal bronchioles. Cytotoxicity, lung cell proliferation, and bronchial hyperplasia were induced in CD-1 and C57BL/6 mouse strains:   the CD-1 mice developed lung tumors. Furthermore, lung cell proliferation did not persist beyond a short-term period, even with continuous exposure. Cytotoxicity, lung cell proliferation, bronchial hyperplasia, and lung tumor incidence were not increased in C57BL/6 *Cyp2f2*[(−/−)] mice, or in a humanized C57BL/6 strain, exposed to styrene. Increased cell proliferation, measured by KI-67 staining, also occurred in CD-1 and WT mice exposed to styrene for 1 week[823].

*Exposed humans*

355

# Page: 355

---

| T | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC Vol. 121: p. 264.

Slight re-wording of "There is strong evidence that both styrene and styrene-7,8-oxide alter cell proliferation. "

---

| T | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

IARC Vol. 121: p. 264

---

| T | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |

Cruzan et al. 2017 Abstract.

Did not mentioned that increaed cell proliferation in the WT mice exposed to styrene was not seen "...after 26, 52, or 78 weeks, nor in KO or TG mice."

Also did not mention that "Cytotoxicity was present in the terminal bronchioles of some CD-1 and WT mice exposed to styrene, but not in KO or TG mice. Hyperplasia in the terminal bronchioles was present in CD-1 and WT mice exposed to styrene, but not in KO or TG mice." or "Styrene increased the incidence of bronchioloalveolar adenomas and carcinomas in CD-1 mice. No increase in lung tumors was found in WT despite clear evidence of lung toxicity, or, KO or TG mice."

Exposure to styrene among 18 fiberglass-reinforced plastics workers was associated with significantly reduced rates of cell proliferation (bromodeoxyuridine (BrdU) incorporation) in their cultured lymphocytes compared with 6 unexposed control subjects[957]. Exposure to styrene in two groups of hand laminators (27 workers) suppressed the proliferative responses of isolated cultured lymphocytes stimulated by the mitogen concanavalin A compared with 19 control workers[867].

*Human cells in vitro*

The treatment of whole-blood cultures from 12 donors with 10–200 μM of styrene increased the length of the cell cycle in a dose-related manner[893].

*Apoptosis*

In whole-blood cultures from four donors treated with styrene-7,8-oxide at 50 μM and 200 μM, there was large inter-individual variation in the expression of *p53*, *p21*, *bcl-2*, and *bax* genes in lymphocytes. Apoptosis was increased in cells from two of the donors at either 50 μM and/or 200 μM of styrene-7,8-oxide[822]. The cytokinesis block proliferation index decreased in lymphocytes from all four donors at 200 μM of styrene- 7,8-oxide, suggesting a delay in the cell cycle[958].

**Thus, it is biologically plausible that arsenic causes cancer via key characteristic #10.**

Thus, styrene can act as a tumor promoter via stimulating these 2 processes: cell proliferation and cell death. **It is biologically plausible that styrene acts as a tumor promoter via cell proliferation, cell death -key characteristic #10. As a result, styrene is a potent**

## Page: 356

| | Number: 1 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

IARC Vol. 121: p. 241

| | Number: 2 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

IARC Vol. 121: p. 241

| | Number: 3 | Author: | Subject: Highlight | Date: 10/6/2022 5:36:16 PM |
|---|---|---|---|---|

IARC Vol. 121: p. 241

**carcinogen which exhibits 8 out of the 10 key characteristics of carcinogens. Importantly, styrene can act as a tumor-initiator and tumor promoter via these 8 key characteristics.**

Given the indisputable compelling scientific evidence of carcinogenic activity in animals, evidence in human cell and tissue, substantial evidence of genotoxicity, and considerable knowledge on the many biologically plausible mechanisms of carcinogenicity of styrene, ***styrene can clearly cause cancer in animals and humans.***

**Trichloroethylene, formaldehyde, arsenic, hexavalent chromium, tetrachloroethylene, 1,1,1-trichloroethane, and styrene cause human cancer**

The peer reviewed animal and human cancer studies on TCE, formaldehyde, arsenic, hexavalent chromium, tetrachloroethylene (PCE), 1,1,1-trichloroethane, and styrene demonstrate

357

that these 7 human carcinogens cause several human cancer types, including kidney cancer, breast cancer, blood cancers (e.g., lymphoma, non-Hodgkin's Lymphoma (NHL), and leukemia), pancreatic cancer, thyroid cancer, liver & bile duct cancers, lung cancer, testicular cancer, anal cancer, and brain cancer (e.g., glioblastoma). The cancers caused by TCE, formaldehyde, arsenic, hexavalent chromium, PCE 1,1,1-trichloroethane, and styrene were identified by animal bioassays. Many of these 7 carcinogens exhibit similar mechanisms of action in human tissue and cells and animal tissue and cells.

Long-term chemical carcinogenesis bioassays are the cornerstone for primary prevention and for protection of workers and the general public from chemically and occupationally associated cancers[191]. Carcinogenesis results in rodents, mainly rats and mice, are consistent and reliable indicators and predictors of human cancer risk[191]. These chemical carcinogenesis results in laboratory animals frequently if not always constitute the primary basis for identifying and predicting potential human health hazards[192]. Many chemicals identified first as causing cancer in laboratory animals show associations with human cancers[192].

All known human carcinogens that have been evaluated adequately in animal bioassays are also carcinogenic in animal bioassay studies. Of the nearly 100 recognized human carcinogens, about one-third were shown first to be carcinogenic in experimental animals[191]. Hence, for chemicals discovered to be carcinogenic to laboratory animals, prudent public health policy suggests strongly that eliminating exposures to these carcinogens would reduce or eliminate certain environmentally associated cancers[191]. The qualitative concordance between human and animals approaches unity, and in every case there is at least one common organ site of cancer in both species[192]. Thus, regarding chemicals and cancer in humans, the first evidence can be in

experimental animals[192]. Those chemicals identified as being causally associated with cancers in humans have all been shown to produce cancer in laboratory animals; in every instance at least one site of cancer was common to both mammalian species[192]. This knowledge together with patent similarities in mechanisms of carcinogenesis across species led to the scientific logic that chemicals shown clearly to be carcinogenic in animals should be considered as being likely to present cancer risks to humans[192]. Experimental evidence supports that there are more physiologic, biochemical, and metabolic similarities between laboratory animals and humans than there are differences[192]. These similarities increase the probability that results observed in a laboratory setting will predict similar results for humans[192]. Clearly, accumulated experience in the field of carcinogenesis supports this concept[192].

As a physician and cancer researcher, I searched for and reviewed the epidemiological studies of human exposure to these 7 carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-trichloroethane, and styrene). I focused on studies which specifically quantified exposure to these 7 carcinogens. As there are no randomized control trials (RCTs) (since it would be unethical to knowingly subject an individual to a carcinogen), the studies available to review were mainly limited to occupational exposure.  I reviewed these studies to ascertain if the cancers that I previously identified in the animal carcinogenesis assays as well as the mechanistic studies performed with human & animal cell and tissue studies also occurred in humans exposed to each of these 7 carcinogens. When analyzing human epidemiological studies, it was instructive to examine the Bradford Hill (BH) criteria as part of my evaluation of causal relationship.

When using the Bradford Hill (1965) criteria of causation, I weighed the evidence while understanding that the BH criteria are not a checklist in which all must be met in order to identify a causal relationship. As Bradford Hill himself explained: "What I do not believe—and this has

been suggested—is that we can usefully lay down some hard-and-fast rules of evidence that must be obeyed before we accept cause and effect. None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a *sine qua non*."

The Bradford Hill criteria consists of the following: strength of association, consistency across populations, specificity, temporality, dose-response (biologic gradient), plausibility, coherence, experiment, and analogy[959]. These criteria as applied to ascertain whether these 7 carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-trichloroethane, and styrene) can cause human cancer can generally be described as follows:

1.  **Strength of association/Statistical significance**. If the risk of developing cancer is higher in persons with more exposure to these 7 carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-trichloroethane, and styrene), then that increases the likelihood of causality, and that the association is not due to chance alone.  To evaluate strength of association, I reviewed epidemiological studies (including occupational studies) that quantified the exposure to these 7 carcinogens.

2.  **Consistency of the association.** A consistent association would be one that has been repeatedly observed in various populations, places, circumstances, and times. This criterion is meaningful when evaluating animal cancer studies as well as the available human epidemiology.

3.  **Specificity of the association:**  If exposure to a chemical only causes a specific disease,

then its causal link to that disease can be strengthened. However, Bradford Hill recognized that this criterion cannot be overemphasized as "one-to-one relationships are not frequent" (Hill 1965)[960]. Carcinogens are known to often cause multiple types of cancer.

4. **Temporality:** Did the exposure take place before presentation of the disease?

5. **Biologic gradient**: This refers to whether there is a demonstrated dose-response. Does the risk of cancer increase with increasing amount of exposure? Exposure can be defined by amount or duration, or combination. If the risk of cancer does increase with exposure, then there is an increased likelihood of a causal relationship. However, one needs to consider that since all of these 7 carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-trichloroethane, and styrene) are genotoxic, there is no safe dose, as each exposure could potentially cause permanent damage to DNA, which can cause cancer[35]. Due to their DNA interaction properties, genotoxic chemicals are not considered to have a safe threshold or dose[35,961,962]. Therefore, genotoxic carcinogens can cause cancer in humans even at very low concentrations[35]. Genotoxic chemicals induce DNA damage and mutations that may lead to cancer. Thus, for those substances that are genotoxic and carcinogenic, there may not be a threshold dose and that some degree of risk may exist at any level of exposure[35]. Since TCE, formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-trichloroethane, and styrene are genotoxic, there are no safe doses and there is no medical benefit to be exposed to any of these carcinogens.

6. **Plausibility:** Is the association between cancer and these 7 carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, tetrachloroethylene, 1,1,1-trichloroethane, and styrene) biologically plausible? While biological plausibility does not require proof of mechanism, the mechanisms of cancer causation of these 7 carcinogens (TCE,

formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-trichloroethane, and styrene) was extensively addressed in the analysis of the key characteristics of each carcinogens: TCE, 7 of the 10 key characteristics; formaldehyde, 7 of the 10 key characteristics; arsenic, 8 of the 10 key characteristics; hexavalent chromium, 8 of the 10 key characteristics; tetrachloroethylene (PCE), 7 of the 10 key characteristics; 1,1,1-trichloroethane, 8 of the 10 key characteristics; and styrene, 8 of the 10 key characteristics). Mechanistic evidence can add biological plausibility to epidemiological findings which strengthens causal inference. In evaluating experimental animal studies, mechanistic studies can provide valuable data to address the similar response between experimental animals and humans. This helps to identify the mechanisms contributing to the induction of the observed animal tumors from carcinogens and to determine whether analogous mechanisms may be operative in humans.

7. **Coherence:** The cause-and-effect interpretation of the data should not seriously conflict with the known facts and the biology of cancer.

8. **Experiment:** As explained, RCTs can provide strong support to observational evidence, but because these 7 carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-trichloroethane, and styrene) are known carcinogens, it would be unethical to conduct a human clinical trial.

9. **Analogy:** Bradford Hill states that in some circumstances, it would be fair to judge by analogy. After completing this comprehensive review, I identified the following human cancers, that in my opinion, can be caused by exposure to these 7 carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-trichloroethane, and styrene): kidney cancer, breast cancer, blood (lymphoma, NHL, and leukemia), thyroid cancer,

pancreatic cancer, liver cancer, bile duct cancer, lung cancer, testicular cancer, anal cancer, and glioblastoma. My analysis of each of these cancers is discussed in detail below.

## Cancer Type #1 - Kidney Cancer

**1. Strength of association / Statistical significance**.

Since there are no human RCTs with any of these 7 carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, tetrachloroethylene, 1,1,1-trichloroethane, and styrene), I instead looked to occupational studies that, ideally, quantified the amount of carcinogen in which the cohort or study subject were exposed.

Decades of research have established a strong link between occupational and environmental exposures to TCE and kidney cancer[184]. TCE is an established kidney carcinogen. IARC and the US EPA have both concluded that TCE is "carcinogenic to humans by all routes of exposure". TCE clearly shows carcinogenic activity in the kidney[191]. There is compelling human evidence from studies of occupational TCE exposure and kidney cancer[193]. For example, TCE is carcinogenic to the human kidney based on results from the tubular system in the human kidney[206]. Human studies are consistent with animal studies in that they both suggest that TCE targets the kidney[191]. Importantly, the kidney is a concordant target site in animals which is clearly identical with cancers observed subsequently in workers exposed to TCE, establishing causality of TCE and kidney cancer in humans. Moreover, TCE has been an extensively studied carcinogen in relation to renal cell cancer risk[208]. There is sufficient evidence in humans for the carcinogenicity of TCE. Epidemiology studies support that TCE causes cancer of the kidney. Therefore, there is robust evidence from epidemiological studies, of both cohort and case-control designs, that TCE exposure can be associated with kidney cancer[206].

363

A significant excess risk was estimated for the longest-held job in TCE-exposing industries (odds ratio (OR) 1.80, 95% confidence interval (CI) 1.01–3.20) in a consecutive case-control hospital-based study in Germany[206]. Studies by Buhagen et al (2014) studied the incidence of cancers in a cohort of 997 male workers who, for many years, had been occupationally exposed to TCE[210]. During a 50-year observation period, 13 cases of kidney cancer were observed (7.5 expected; with a standardized incidence ratio of 1.7 and a 95% CI of 1.0 to 3.0), supporting TCE as a kidney carcinogen[210]. Charbotel et al (2006) reported in a case-control study that occupational exposure to TCE induced a significant 2-fold increased risk in kidney cancer[211].

A dose-response relationship was identified with TCE after adjustment for the confounding effect of tobacco smoking and BMI. After adjusting for smoking and BMI, Fevotte et al (2006) performed a large study in which a total of 402 study subjects (average 3.7 jobs/subject, from 1924 to 2003)[212]. Fevotte et al reported a significantly increased odds ratio for renal cell carcinoma for high cumulative dose without peaks, and high cumulative dose with peaks[212]. TCE also showed a high incidence and mortality from kidney cancer as compared to controls in a study in German workers[215]. Taken together, in all types of analysis, the incidence of kidney cancer is statistically elevated among workers exposed to TCE. The tumors observed in these workers were similar in location and histology to those caused by TCE in animals (e.g., rats). Other case-control studies of renal cell carcinoma also showed an association with TCE exposure[206,222].

Arsenic also can also increase the risk of kidney cancer[437]. For example, ingestion of arsenic from drinking water also resulted in increased mortality from kidney cancer with SMRs calculated for the years 1989 to 1993[437]. In Cordoba Province, Argentina, positive trends in SMRs were reported for kidney cancers associated with estimates of exposure to arsenic in drinking-water[439,440]. A significant association with the arsenic level in well water was also observed for

cancers of the kidney in both males and females[455]. High levels of arsenic have been reported in many countries such as southwest Taiwan, Niigata, Argentine, and northern Chile[963]. A significant relationship has been observed between kidney cancer incidence and its mortality rate with high arsenic levels in drinking water[963]. Arsenic exposure in the plains of India also caused an increased cancer risk[964]. The raised blood arsenic concentration in these 2000 cancer patients strongly correlates the relationship of arsenic with cancer especially the carcinoma type which was more frequent[964].

PCE also increases the risk of kidney cancer[685]. Workplace exposure to PCE in the dry cleaning industry is also associated with an increased risk of kidney cancer[685]. Exposure to perchloroethylene (PCE) was associated with increased risk of kidney cancer (OR 3.1, 95% CI 1.3 to 7.4)[686].

Hexavalent chromium also increases the risk of kidney cancer[965]. Hexavalent chromium exposure through drinking water increased kidney cancer mortality in an industrial area of Greece during an ecological study[965]. In a meta-analysis of 47 cohort studies covering the period 1985-2016, Cr(VI) exposure was related to a higher risk of death owing to several cancer types including kidney[966]. There was a strong association between incidence and mortality risk of cancers and concentration of Cr(VI) in the air and the exposure time[966].

Formaldehyde also increases the risk of kidney cancer in a study of employees in Denmark[967]. Styrene also increases the risk of kidney cancer[968]. In a study of occupational exposure to polycyclic aromatic hydrocarbons, there was a positive association between kidney cancer risk and cumulative exposure to styrene[968].

TCE, arsenic, tetrachloroethylene (PCE), hexavalent chromium, formaldehyde, 1,1,1-trichloroethane, and styrene can act to initiate and promote kidney cancer via the 10 key

characteristics of carcinogens[32,33]: these 7 carcinogens can act in concert as an electrophile or can be metabolically activated to an electrophile, are genotoxic, alter DNA repair or cause genomic instability, induce epigenetic alterations, induce oxidative stress, induce chronic inflammation, are immunosuppressive, can modulate receptor-mediated effects, and alter cell proliferation, cell death, or nutrient supply (see Bioplausibility section). Importantly, TCE, arsenic, tetrachloroethylene (PCE), hexavalent chromium, formaldehyde, 1,1,1-trichloroethane, and styrene are all genotoxic and consequently, there is no threshold or safe exposure level via inhalation of these 7 carcinogens.

In summary, exposure to the 6 human carcinogens TCE, arsenic, PCE, hexavalent chromium, formaldehyde and styrene strongly supports this Bradford Hill (BH) criterion of causation given the statistically significant increase of kidney cancer incidence. When this evidence of this criterion is present, I place significant weight on this criterion, as statistically significant findings of increasing risk strengthen casual association.

2. **Consistency of the association:** Given the lack of RCTs and incidental human exposure studies that quantify exposure to these 7 carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-trichloroethane, and styrene), I thought it would be instructive to examine the consistency of the association between exposure to these carcinogens and development of kidney cancer in animals. Many animal studies have demonstrated that these carcinogens can induce kidney cancer in animals. For example, TCE can cause kidney cancer in rats[189]. Inhation of TCE resulted in kidney tumors. Notably, in rats, modest increases in the incidence of kidney tumors were observed in both sexes of rats of multiple strains exposed to TCE by either inhalation, or corn oil gavage (Maltoni, et al., 1988; NTP, 1988; NTP, 1990)[193]. Importantly, the rarity of renal tumor occurrence in unexposed rats (no kidney tumors observed

366

in unexposed rats in all these studies) supports the biological significance of the findings. Arsenic (e.g. NaAsO(2)) induced a few benign and malignant tumors among treated rats including kidney adenomas/papillomas[417]. Lead chromate (and its derived pigments), administered by subcutaneous injection or intramuscular injection, also caused renal tumors in rats[566,567]. PCE caused kidney tumors, which are rare in unexposed male rats (NTP 1986). Additionally, long-term bioassays of PCE exposure in laboratory animals have identified kidney tumors in rats[674]. Experimental studies have demonstrated excesses of renal cell adenomas and adenocarcinomas in rats[184]. PCE induced renal tubular adenoma and adenocarcinoma in rats. PCE is nephrotoxic, with evidence of kidney damage in cancer studies. Sustained cytotoxicity and cell division by PCE can cause kidney cancer[184]. Thus, exposure to each of the 6 human carcinogens described above (TCE, arsenic, chromium, PCE, formaldehyde, and styrene) strongly supports this BH criterion of causation given the statistically significant increase of kidney cancer incidence. These carcinogens cause cancer via exposure from various routes of administration, such as inhalation, oral, subcutaneous, and intramuscular injection. The epidemiology studies together with the consistent association between carcinogen exposure and kidney cancer, studied by several researchers using different study designs over several decades is significant and gives strong support in favor of a causal association.

**3. Specificity of the association:**  Most carcinogens cause more than one type of cancer. Thus, this factor is much less relevant when answering the question of whether exposure to these carcinogens cause human cancer.  Exposure to these carcinogens has been shown to cause various cancers, including kidney, breast, thyroid, liver, bile duct, stomach, colorectal/intestine/anal, pancreatic, esophagus, bladder, prostate, blood, testicular, brain, and lung.  As such, this Bradford

Hill criterion is less relevant for cancer causation analysis.  Because of this, I gave this factor little weight in my causal analysis.

4.  **Temporality:** This factor is important in the causal analysis. In any study of scientific value, to answer the question of whether exposure to these carcinogens causes human cancer, the exposure to these carcinogens must come before the diagnosis of clinical cancer. In the studies relied upon, whether animal or human, the exposure to these carcinogens came before the diagnosis of cancer, so this criterion is satisfied.

5.  **Biologic gradient/Dose-Response**:  The cancer studies show a strong dose-response association between exposure to these carcinogens and kidney cancer. Increasing the doses of kidney carcinogens increases the risk of kidney cancer.  For example, studies by Alanee et al (2015) showed that higher amounts of environmental TCE are significantly associated with increased kidney cancer mortality in a population-based analysis[205]. A significant dose-response relationship was also observed between TCE releases and kidney cancer mortality in females[205]. A dose-response relationship was also identified with TCE with Fevotte et al (2006)[212]. Wu et al (1989) studied arsenic levels in well water determined in 1964-1966 available in 42 villages of the study area, while mortality and population data during 1973-1986 were obtained from the local household registration offices and Taiwan Provincial Department of Health[446]. A significant dose-response relationship was observed between arsenic levels in well water and kidney cancer in both males and females[446].  TCE induces DNA damage and micronuclei in a dose-dependent manner in rat and human kidney cells *in vitro*[238]. The gene expression and DNA methylation changes induced by TCE were dose dependent. DNA damage in the lungs of rats exposed to formaldehyde was also found to be dose dependently increased[370]. Significant dose-related increases in the frequency of DNA single-strand breaks (SSBs) and alkali-labile site (as measured by the Comet assay) and in

MN frequency, were obtained in primary kidney cells from both male rats and humans of both genders with the following subtoxic concentrations of TCE[238]. TCE also induces oxidative DNA damage and increases MN in a dose-dependent manner in rat and human kidney cells induced by TCE. Thus, a significant dose-response relationship is observed between TCE exposure and kidney cancer[205].

Arsenic also induced a dose-response between cancer risks and the concentration of arsenic naturally present in water supplies in a study with large population studies in an area of Taiwan[969]. Thus, both TCE and arsenic induce a dose-response in the context of kidney cancer.

**6. Bio Plausibility:** As set forth in detail in the Key Characteristics section of this report, there are up to 10 clear biologically plausible mechanisms for these 7 carcinogens to cause cancer including human kidney cancer. *TCE exhibits 7 of the 10 key characteristics of carcinogens*: TCE is genotoxic, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *Formaldehyde exhibits 7 of the 10 key characteristics of carcinogens*: formaldehyde is genotoxic, alters DNA repair or cause genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, and alters cell proliferation, cell death, or nutrient supply. *Arsenic exhibits 8 of 10 key characteristics of carcinogens:* arsenic is genotoxic, alters DNA repair or causes genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces immortalization and alters cell proliferation, cell death, or nutrient supply. *Hexavalent Chromium exhibits 8 of the 10 key characteristics of carcinogens*: hexavalent chromium is genotoxic, alters DNA repair or cause genomic instability, induces epigenetic

alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *PCE exhibits 7 of the 10 key characteristics of carcinogens*: PCE is genotoxic, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *1,1,1-Trichloroethane exhibits 4 of the 10 key characteristics of carcinogens*: 1,1,1-trichloroethane is genotoxic, stimulates chronic inflammation, is immunosuppressive, and induces cell immortalization. *Styrene exhibits 7 of the 10 key characteristics of carcinogens*: styrene can act as an electrophile or be metabolically activated to an electrophile, is genotoxic, induces oxidative stress, induces chronic inflammation, is immunosuppressive, can modulate receptor-mediated effects, and alters cell proliferation, cell death, or nutrient supply.

Studies have demonstrated that TCE is genotoxic[228,229]. Studies by Robbiano et al (2004) observed increases in micronucleus (MN) formation in exposed, cultured rat kidney cells[238]. TCE induces oxidative stress (key characteristic #5) and inflammation (key characteristic #6) in the kidney[274]. TCE also stimulates inflammation via accelerated NF-κB signaling pathway activation and amplified inflammatory cytokine release in the kidneys by 72 hours post-treatment[268]. TCE can stimulate inflammation (e.g., release of pro-inflammatory cytokines) via local renal complement pathway activation during immune kidney injury after TCE sensitization[270]. Inflammation (e.g., lymphocyte infiltration) is evident in the kidneys of mice exposed to TCE[278]. Chronic exposure to TCE promotes inflammation in the kidneys[278]. One study examined a set of sensitive nephrotoxicity markers to study TCE-induced kidney immunotoxicity. The findings suggest that at relatively low occupational exposure levels, an immunotoxic effect of TCE can be observed on the kidneys[287].

Arsenic also induces inflammation via pro-inflammatory cytokines (IL-1$\beta$, IL-12, and TNF-$\alpha$) in the kidney[525]. PCE induces kidney tumors in rats via genotoxic mechanisms[736]. PCE metabolites are also genotoxic to the kidney[754]. Styrene also induces DNA damage in kidney in female and male mice[905,906]. There are animal studies and human kidney tissue studies that show the metabolism of these carcinogens. In addition, there is overwhelming evidence that these 7 carcinogens are mutagenic, clastogenic, and genotoxic. Increased frequencies of gene mutations, chromosomal damage, sister chromatid exchange, and unscheduled DNA synthesis have been observed in a wide variety of cell types, including in assays with human cells. Thus, there are no *qualitative* differences in genotoxicity or metabolism of certain carcinogens between humans and laboratory animals, and there is no reason to believe that humans would respond qualitatively differently to these carcinogens than animals.

Taken together, these 7 carcinogens exhibit all 10 out of the 10 key characteristics of a carcinogen. Thus, the 7 carcinogens can increase the risk of kidney cancer via all 10 key characteristics and, so I assigned great weight to this factor in my analysis.

## 7. Coherence:

The cancer induced by these carcinogens is consistent with the generally known biology of cancer. The natural history and biology of cancer tells us that cancer initiation and promotion result from exposure to chemicals (like these 7 carcinogens) that can be metabolically activated to electrophiles, are genotoxic, induce genomic instability, alter DNA repair, induce epigenetic alterations, cause oxidative stress and chronic inflammation, are immunosuppressive, cause immortalization and alter cell proliferation, cell death and nutrient supply (the 10 key characteristics of carcinogens). Thus, in concert, the 7 carcinogens exhibit all 10 key characteristics of carcinogens. As such, I assigned this factor significant weight in my causal

analysis.

### 8.  Experiment:

As these 7 carcinogens are known carcinogens, it would be unethical to conduct human RCTs, so there is no experimental human data.  For this reason, these 7 carcinogens have been largely tested in animal models, and in human tissues and cells, which, in concert with human epidemiological studies, support a finding of causation between these 7 carcinogens and human cancer. While I would normally give significant weight to RCTs, because of the impossibilities in conducting RCTs in humans on these 7 carcinogens, I attribute less weight to this factor, even though non-human models and human *in vitro* studies provide significant support.

### 9.  Analogy:

These 7 carcinogens are known to display extremely high carcinogenic potency. TCE, formaldehyde, arsenic, and hexavalent chromium have been classified by the leading scientific agencies (e.g., IARC) as Group 1: "human carcinogens". PCE, 1,1,1-trichloroethane, and styrene have been classified by the leading scientific agencies as Group 2A: "probable human carcinogens". This lends support to a causal relationship between exposure to these 7 carcinogens and human cancer.  I assigned moderate weight to this factor.

**Conclusion:**  It is my opinion, stated with a reasonable degree of medical and scientific certainty, based on a totality of the evidence, which includes occupational studies, animal cancer studies, human and animal tissue & cells mechanistic studies, that these carcinogens increase the risk of and therefore cause kidney cancer.  Specifically, it is my opinion that exposures to the 7 carcinogens TCE, arsenic, PCE, hexavalent chromium, formaldehyde, styrene, and 1,1,1-trichloroethane by any route of exposure (or by inhalation), can cause or contribute to the development of kidney cancer. It is also my opinion that increased exposures to these chemicals

will cause increased risks of kidney cancer.

## **Cancer Type #2 - Breast Cancer**

1. **Strength of association / Statistical significance**.

Since there are no human RCTs with any of these 7 carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-trichloroethane, and styrene), I looked to occupational studies that ideally quantified the amount of carcinogen in which the cohort or study subject were exposed.

Aschengrau et al (1998) documented an association between breast cancer and PCE exposure from public drinking water[687]. Other studies confirmed that women with the highest PCE exposure levels have a small to moderate increased risk of breast cancer[688]. PCE exposure levels were associated with an increased risk of breast cancer[703]. Styrene also increased mortality from breast cancer, a finding that was observed for all probability categories and all levels of exposure to styrene for both racial groups. For instance, odds ratios for increasing levels of exposure to styrene were 1.16 (95% CI, 1.10–1.30), 1.13 (95% CI, 1.00–1.30), and 1.19 (95% CI, 0.90–1.60) among White women, and 1.59 (95% CI, 1.20–2.10) and 1.41 (95% CI, 1.00–1.90) among Black women[848]. Styrene was the most important environmental toxicant positively associated with invasive breast cancer incidence in Texas, likely involving women and men of all ages[970]. This ecological study examined the association of releases for selected industrial chemicals with breast cancer incidence in Texas. Multivariate analyses indicated that styrene was positively associated with the breast cancer rate in women and men[970]. Styrene as an air toxic increased the risk of breast cancer via inhalation[971].

In the Danish Cancer Registry, Pedersen et al identified 38 375 women under age 70 years with primary breast cancer[972]. Five randomly selected breast-cancer-free controls per case matched on year of birth were retrieved from the Danish Civil Registration System. A nationwide pension fund was used to retrieve full employment history, and exposure to 1,1,1-trichloroethane, TCE, benzene and toluene was assessed using a job exposure matrix[972]. There was a small increased risk after age 50 in women exposed to TCE (OR=1.15, 95% CI: 0.97-1.36). This study provides limited evidence supporting the association between occupational exposure to each of the four organic solvents, or to them in chemical mixture, and breast cancer[972]. Ruckart et al (2015) demonstrated a potential association with cumulative exposure to tetrachloroethylene (PCE) and TCE and earlier age at onset of male breast cancer[973]. However, this study was limited by small numbers of cases in high exposure categories[973]. Exposure to arsenic may increase the risk of breast cancer according to a review of seven articles were selected from 126 retrieved articles[974]. In addition, in Marciniak et al (2021), a high blood arsenic level was associated with a significantly increased risk of developing breast cancer (HR = 2.05; 95%CI: 1.18-3.56)[975]. A direct strong relationship was found between the prevalence of breast cancer and the amount of emissions into the atmosphere including hexavalent chromium[976]. The unfavorable environmental situation associated with the release of chemical pollutants such as hexavalent chromium can contribute to the development of cancer[976]. Exposure to hexavalent chromium through drinking water was also associated with increased breast cancer mortality (e.g. elevated SMR) in an industrial area of Greece[965].

TCE, arsenic, tetrachloroethylene (PCE), hexavalent chromium, formaldehyde, 1,1,1-trichloroethane, and styrene can act to initiate and promote breast cancer via the 10 key characteristics of carcinogens[32,33]: these 7 carcinogens can act in concert as an electrophile or can be metabolically activated to an electrophile, are genotoxic, alter DNA repair or cause genomic

instability, induce epigenetic alterations, induce oxidative stress, induce chronic inflammation, are immunosuppressive, can modulate receptor-mediated effects, and alter cell proliferation, cell death, or nutrient supply (see Bioplausibility section). Importantly, TCE, arsenic, tetrachloroethylene (PCE), hexavalent chromium, formaldehyde, 1,1,1-trichloroethane, and styrene are all genotoxic and consequently, there is no threshold or safe exposure level via inhalation of these 7 carcinogens.

In summary, exposure to the 5 human carcinogens PCE, styrene, arsenic, TCE, and hexavalent chromium strongly supports this Bradford Hill (BH) criterion of causation given the statistically significant increase of breast cancer incidence. When this evidence of this criterion is present, I place significant weight on this criterion, as statistically significant findings of increasing risk strengthen casual association.

2. **Consistency of the association:** Given the lack of RCTs and incidental human exposure studies that quantify the exposure to these 7 carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-trichloroethane, and styrene), I thought it would be instructive to examine the consistency of the association between exposure to these carcinogens and development of breast cancer in animals. Studies have demonstrated that these carcinogens can induce breast cancer in animals. For example, TCE induces tumors in the mammary glands (e.g., adenoma, fibroadenoma, adenocarcinoma and carcinosarcoma) in the mice and mammary glands in the rats[196]. Accordingly, TCE can cause breast cancer in animals. Arsenic also promotes metastasis of breast cancer[977]. Based on the previously described evidence, TCE, PCE and styrene have been demonstrated to cause breast cancer in animals and humans. In addition, arsenic can act as a tumor-promoter of breast cancer metastasis. Thus, the epidemiological studies with exposure to

the 5 human carcinogens PCE, styrene, arsenic, TCE, and hexavalent chromium together with the animal studies give strong evidence in favor of a causal association.

**3. Specificity of the association:** Most carcinogens cause more than one type of cancer. Thus, this factor is much less relevant when answering the question of whether exposure to these carcinogens cause human cancer. Exposure to these carcinogens has been shown to cause various cancers, including kidney, breast, thyroid, liver, bile duct, stomach, colorectal/intestine/anal, pancreatic, esophagus, bladder, prostate, blood, testicular, brain, and lung. As such, this Bradford Hill criterion is less relevant for cancer causation analysis. Because of this, I gave this factor little weight in my causal analysis.

**4. Temporality:** This factor is important in the causal analysis. In any study of scientific value, to answer the question of whether exposure to these carcinogens causes human cancer, the exposure to these carcinogens must come before the diagnosis of clinical cancer. In the studies relied upon, whether animal or human, the exposure to these carcinogens came before the diagnosis of cancer, so this criterion is satisfied.

**5. Biologic gradient/Dose-Response**: The cancer studies show a strong dose-response association between exposure to these carcinogens and breast cancer. Increasing the dose of the carcinogens increases the risk of breast cancer. For example, in one lifetime inhalation study in male and female Sprague-Dawley rats exposed to styrene for 1 year, there was a significant increase in the incidences of malignant tumors of the mammary gland and of benign or malignant tumors (combined) of the mammary gland in females. In a 2-year inhalation study in male and female Sprague-Dawley rats, there was a significant dose-dependent decrease in the incidence of mammary gland adenocarcinoma in females.

**6. Bio Plausibility:** As set forth in detail in the Key Characteristics section of this report,

there are up to 10 clear biologically plausible mechanisms for these 7 carcinogens to cause cancer including human kidney cancer. *TCE exhibits 7 of the 10 key characteristics of carcinogens*: TCE is genotoxic, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *Formaldehyde exhibits 7 of the 10 key characteristics of carcinogens*: formaldehyde is genotoxic, alters DNA repair or cause genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, and alters cell proliferation, cell death, or nutrient supply. *Arsenic exhibits 8 of 10 key characteristics of carcinogens:* arsenic is genotoxic, alters DNA repair or causes genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces immortalization and alters cell proliferation, cell death, or nutrient supply. *Hexavalent Chromium exhibits 8 of the 10 key characteristics of carcinogens*: hexavalent chromium is genotoxic, alters DNA repair or cause genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *PCE exhibits 7 of the 10 key characteristics of carcinogens*: PCE is genotoxic, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *1,1,1-Trichloroethane exhibits 4 of the 10 key characteristics of carcinogens*: 1,1,1-Trichloroethane is genotoxic, stimulates chronic inflammation, is immunosuppressive, and induces cell immortalization. *Styrene exhibits 7 of the 10 key characteristics of carcinogens*: styrene can act as an electrophile or be metabolically activated to an electrophile, is genotoxic, induces oxidative stress, induces chronic inflammation, is immunosuppressive, can modulate receptor-mediated

377

effects, and alters cell proliferation, cell death, or nutrient supply.

In addition, there is overwhelming evidence that these 7 carcinogens are mutagenic, clastogenic, and genotoxic. Increased frequencies of gene mutations, chromosomal damage, sister chromatid exchange (SCE), and unscheduled DNA synthesis have been observed in a wide variety of cell types, in assays with human cells. Thus, there are no *qualitative* differences in genotoxicity or metabolism of certain carcinogens between humans and laboratory animals, and there is no reason to believe that humans would respond qualitatively differently to these carcinogens from animals.

Taken together, these 7 carcinogens exhibit all 10 out of the 10 key characteristics of a carcinogen. These 7 carcinogens can increase the risk of breast cancer via all 10 key characteristics and, so I assigned great weight to this factor in my analysis.

### 7. Coherence:

The cancers induced by these carcinogens are consistent with the generally known biology of cancer. The natural history and biology of cancer tells us that cancer initiation and promotion result from exposure to chemicals (like these 7 carcinogens) that can be metabolically activated to electrophiles, are genotoxic, induce genomic instability, alter DNA repair, induce epigenetic alterations, lead to oxidative stress and chronic inflammation, are immunosuppressive, cause immortalization and alter cell proliferation, cell death and nutrient supply (key characteristics of carcinogens). Thus, in concert, the 7 carcinogens exhibit all 10 key characteristics of carcinogens. As such, I assigned this factor significant weight in my causal analysis.

### 8. Experiment:

As these 7 carcinogens are known carcinogens, it would be unethical to conduct human RCTs, so there is no experimental human data.  For this reason, these 7 carcinogens have been

378

largely tested in animal models, and in human tissues and cells. Together with human epidemiological studies, these studies all support a finding of causation between these 7 carcinogens and human cancer. While I would normally give significant weight to RCTs, because of the impossibilities in conducting RCTs in humans on these 7 carcinogens, I attribute less weight to this factor, even though non-human models and human *in vitro* studies provide significant support.

### 9.  Analogy:

These 7 carcinogens are known to display extremely high carcinogenic potency. TCE, formaldehyde, arsenic, and hexavalent chromium have been classified by the leading scientific agencies (e.g., IARC) as Group 1: "human carcinogens". PCE, 1,1,1-trichloroethane, and styrene have been classified by the leading scientific agencies as Group 2A: "probable human carcinogens". This lends support to a causal relationship between exposure to these 7 carcinogens and human cancer.  I assigned moderate weight to this factor.

**Conclusion:**  It is my opinion, stated with a reasonable degree of medical and scientific certainty, based on a totality of the evidence, which include occupational studies, animal cancer studies, human and animal tissue & cells mechanistic studies, that these carcinogens increase the risk of and therefore cause breast cancer. Specifically, it is my opinion that exposures to any of the 7 carcinogens PCE, styrene, TCE, arsenic, hexavalent chromium, formaldehyde, or 1,1,1-trichloroethane by any route of exposure (or by inhalation), can cause or contribute to the development of breast cancer. It is also my opinion that increased exposures to these chemicals will cause increased risks of breast cancer.

**Cancer Type #3 – Blood cancers (e.g., Non-Hodgkin's Lymphoma, Hodgkin's Lymphoma, and Leukemia)**

1. **Strength of association / Statistical significance**.

Since there are no human RCTs with any of these 7 carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-trichloroethane, and styrene), I looked to occupational studies that ideally quantified the amount of carcinogen in which the cohort or study subject were exposed.

Decades of research have established strong links between occupational and environmental exposure to TCE and Non-Hodgkin's lymphoma[184]. IARC and the US EPA have concluded that TCE is "carcinogenic to humans by all routes of exposure". Importantly, there is compelling evidence in human studies that TCE causes NHL (NTP report on carcinogens, 2000). IARC concluded that "overall, the most important observations are the elevated risk for non-Hodgkin's lymphoma in all three of the most informative cohort studies." An increased risk for NHL was noted in areas with TCE-contaminated groundwater. A meta-analysis by Karamee et al (2013) examined a number of published cohort and case-control studies studying occupational TCE exposure in relation to different hematopoietic cancers[213]. A significant risk of NHL was observed for all cohort and case-control TCE-exposure studies combined (relative risk (RR)=1.32, 95% CI 1.14 to 1.54) and for cohort TCE-exposure studies (RR=1.52, 95% CI 1.29 to 1.79)[213].

A meta-analysis of published cohort and case-control findings supports an association with TCE and NHL[209]. This meta-analysis provided strong support for a causal association between TCE exposure and NHL[209]. For NHL, RR estimates for overall TCE exposure and for the highest exposure group, respectively, were 1.23 (95% CI: 1.07, 1.42) and 1.43 (95% CI: 1.13, 1.82). Another study showed a statistically significant association between TCE and NHL (SIR = 1.55;

95% CI = 1.06 to 2.20)[207]. Occupational exposure to TCE may be associated with elevated risk for NHL[197]. The evidence that TCE can target tissues/organs in both rodents and humans to cause NHL is robust and consistent[191]. Importantly, NHL is a target site in animals, which is clearly identical with cancers observed in workers exposed to TCE, establishing causality of TCE with NHL in humans. NHL is one of the cancer types most strongly associated with exposure to TCE in humans.

The IARC classified formaldehyde as a human carcinogen, citing strong evidence for a causal association between leukemia and occupational exposure to formaldehyde[330]. A meta-analysis by Zhang et al (2009) included occupations known to have high formaldehyde exposure. This study showed that summary RRs were elevated in 15 studies of leukemia (RR=1.54; confidence interval (CI), 1.18-2.00), with the highest RRs seen in the six studies of myeloid leukemia (RR=1.90; 95% CI, 1.31-2.76). Thus, it is biologically plausible that formaldehyde can lead to leukemia[330]. In another study by Pinkerton et al (2004), multiple cause mortality from leukemia was increased almost twofold among workers with both 10 or more years of exposure and 20 years or more since first exposure (15 deaths, SMR 1.92, 95% CI 1.08 to 3.17)[332]. Multiple cause mortality from myeloid leukemia among this group of workers was also significantly increased (8 deaths, SMR 2.55, 95% CI 1.10 to 5.03). These results supported an association between formaldehyde exposure and myeloid leukemia mortality. Elevated risks of leukemia have been consistently observed in proportionate mortality studies of professionals exposed to formaldehyde (i.e. embalmers, funeral industry workers, pathologists and anatomists)[338]. Results from a nested case-control study of workers in the funeral industry show elevated risks for many measures of exposure, which are very strong for myeloid leukemia. In two of the three large industrial cohort studies, positive associations were observed for leukemia. Thus, IARC concluded

that the epidemiologic evidence shows that occupational exposure to formaldehyde causes leukemia[338].

Epidemiological studies noted positive associations between PCE exposure and several cancers, including NHL[202,679,686-690]. Workplace exposure to PCE in the dry cleaning industry is associated with an increased risk of lymphatic/hematopoietic malignancies[685]. Human exposure to PCE can cause NHL and leukemia[675]. Increases in incidence of NHL have been observed for workers exposed to PCE[674]. In studies in humans, associations with PCE occurred with various cancers including NHL and others (e.g., esophageal and cervical cancer).

Some evidence of positive associations with 1,1,1-trichloroethane was observed in the three available studies on multiple myeloma. Positive associations with ever-exposure to 1,1,1-trichloroethane were observed in two cohort studies (one was only among women) with small numbers of exposed cases[699,800]. A case-control study reported a positive association between exposure to 1,1,1-trichloroethane and multiple myeloma[801]. Overall, the IARC Working Group concluded that a causal association exists between exposure to 1,1,1-trichloroethane and blood cancers (e.g., multiple myeloma).

Positive associations have been observed between exposure to styrene and lymphohematopoietic malignancies. Early research in occupational cohorts focused mainly on the potential associations between exposure to styrene and leukemia and lymphomas. Styrene increasing standardized incidence rate ratios (SIRs) of Hodgkin lymphoma and myeloid leukemia[834]. The authors concluded that occupational styrene exposure may be associated with Hodgkin lymphoma and myeloid leukemia[834]. Kolstad et al (1993)[835] studied the incidence of cancer between 1970–1990 for about 64,000 workers of 552 companies with an assumed relevant production and 36,500 male workers of 386 companies with confirmed relevant production[836,837].

Styrene increased risks were found for NHL (61 cases; RR, 1.27; 0.97-1.63) and for leukemia (61 cases; RR, 1.15; 0.88-1.48). Thus, support was found for previous reports for malignancies of the lymphatic and hematopoietic tissues[835]. Christensen et al (2018) studied styrene exposure and risk of lymphohematopoietic malignancies were studied in 73,036 reinforced plastics workers[838]. This study suggested an increased risk of acute myeloid leukemia following styrene exposure[838].

Genotoxic effects of arsenic were associated with hematological malignancy in West Bengal[978]. Arsenic induced a significantly higher arsenic concentration in the biological tissues of patients, which also correlated with their greater incidence of chromosomal aberrations[978]. Thus, arsenic may act as a predisposing factor for blood cancers[978]. In a Swedish copper smelter study, arsenic induced a small increase in mortality from blood cancers (e.g. leukemia and myeloma)[979]. Arsenic exposure is also associated with shortening telomere and genomic instability (key characteristic #3) in the peripheral blood lymphocytes of construction workers[980].

TCE, arsenic, tetrachloroethylene (PCE), hexavalent chromium, formaldehyde, 1,1,1-trichloroethane, and styrene can act to initiate and promote blood cancers via the 10 key characteristics of carcinogens[32,33]: these 7 carcinogens can act in concert as an electrophile or can be metabolically activated to an electrophile, are genotoxic, alter DNA repair or cause genomic instability, induce epigenetic alterations, induce oxidative stress, induce chronic inflammation, are immunosuppressive, can modulate receptor-mediated effects, and alter cell proliferation, cell death, or nutrient supply (see Bioplausibility section). Importantly, TCE, arsenic, tetrachloroethylene (PCE), hexavalent chromium, formaldehyde, 1,1,1-trichloroethane, and styrene are all genotoxic and consequently, there is no threshold or safe exposure level via inhalation of these 7 carcinogens.

NHL can be caused by TCE, styrene, and PCE. Leukemia can be caused by formaldehyde, styrene, and PCE. Associations with leukemia and myeloma are translatable to lymphoma. Leukemia, myeloma, and lymphoma have many similarities as all of these types of cancers start in the blood cells[981]. Hematopoietic malignancies can be classed as three broad groups: lymphomas which form tumors in the lymph nodes; leukemia cells that accumulate in the blood; and myelomas which are cancers of plasmocytes[981]. Many blood cancers share a common oncogenic mechanism[981]. In summary, exposure to the 6 human carcinogens TCE, arsenic, PCE, hexavalent chromium, formaldehyde and styrene strongly supports this Bradford Hill (BH) criterion of causation given the statistically significant increase of blood cancer incidence, including NHL, Hodgkin's Lymphoma, and leukemia. When this evidence of this criterion is present, I place significant weight on this criterion, as statistically significant findings of increasing risk strengthen casual association.

## 2. Consistency of the association:

Given the lack of RCTs and incidental human exposure studies that quantify the exposure to these 7 carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-trichloroethane, and styrene), I thought it would be instructive to examine the consistency of the association between exposure to these carcinogens and development of blood cancers in animals. Several animal studies have demonstrated that these carcinogens can induce blood cancers in various animal species. Here are some examples:  TCE induced tumors in the hematopoietic (blood) systems (e.g. lymphoma or leukemia) in animals[196]. For example, inhalation of TCE resulted in an increase in leukemias in Sprague-Dawley rats. TCE induces leukemia in male Sprague-Dawley and female August rats.

Additional findings indicate that TCE increases malignant lymphomas in B6C3F1 mice exposed via corn oil gavage (NTP, 1990). TCE also increased malignant lymphoma in mice exposed by inhalation. Henschler et al (1980) studied the inhalation carcinogenicity of TCE in mice, rats, and hamsters. TCE induced a significantly increased incidence of malignant lymphomas in exposed mice[200]. Formaldehyde also increases the incidence of lymphoma in rats when compared with controls[317]. An increased incidence of leukemias and of gastrointestinal tumors is observed in formaldehyde-treated rats[327].

PCE causes leukemia in rats. Long-term bioassays of PCE exposure in laboratory animals have identified mononuclear cell leukemia in male and female rats[674]. Under the conditions of these 2-year inhalation studies, there was clear evidence of carcinogenicity of PCE for male F344/N rats, as evidenced by an increased incidence of mononuclear cell leukemia[676]. The US EPA has classified PCE as "likely to be carcinogenic to humans by all routes of exposure based on suggestive evidence in epidemiological studies and conclusive evidence in rats (mononuclear cell leukemia)". There is clear evidence of the carcinogenicity of PCE in rodents, including one study of PCE exposure via oral gavage [National Cancer Institute (NCI) 1977] and two studies of exposure via inhalation [Japan Industrial Safety and Health Association (JISA) 1993; National Toxicology Program (NTP) 1986] cancer bioassays, all in animals[677]. The primary tumor finding in rats was a significant increase in the incidence of mononuclear cell leukemia in both sexes in inhalation bioassays in animals. The NTP (1986) analyses of the PCE bioassay results revealed an increase in tumor incidence and severity in both sexes and a shortened time to death with mononuclear cell leukemia in female rats. PCE was 1 of only 5 of the 500 chemicals examined to produce "definitive" leukemia effects in both sexes of rats in NTP bioassays[677]. PCE induces mononuclear cell leukemia in rats[184].

In rodents, inhaled 1,1,1-trichloroethane caused splenic lymphoma in male mice[797]. The experimental results give scientific support to the epidemiological observation of a higher incidence of leukemias among the people occupationally exposed to formaldehye[327]. Thus, exposure each of the 4 human carcinogens described above (TCE, formaldehyde, PCE, and 1,1,1-trichloroethane) strongly supports this BH criterion of causation given the statistically significant increase of blood cancer incidence (e.g., NHL, Hodgkin's Lymphoma, and leukemia). These carcinogens cause cancer via exposure by various routes of administration, such as inhalation, oral, subcutaneous, and intramuscular injection. The epidemiological studies, together with the consistent association between carcinogen exposure and kidney cancer studied by several researchers using different study designs over several decades, is significant and gives strong support in favor of a causal association.

### 3. Specificity of the association:

Most carcinogens cause more than one type of cancer.  Thus, this factor is much less relevant when answering the question of whether exposure to these carcinogens cause human cancer. Exposure to these carcinogens has been shown to cause various cancers, including kidney, breast, thyroid, liver, bile duct, stomach, colorectal/intestine/anal, pancreatic, esophagus, bladder, prostate, blood, testicular, brain, and lung.  As such, this BH criterion is less relevant for cancer causation analysis.  Because of this, I gave this factor little weight in my causal analysis.

### 4. Temporality:

This factor is important in the causal analysis. In any study of scientific value, to answer the question of whether exposure to these carcinogens causes human cancer, the exposure to these carcinogens must come before the diagnosis of clinical cancer. In the studies relied upon, whether

animal or human, the exposure to these carcinogens came before the diagnosis of cancer, so this criterion is satisfied.

## 5.     Biologic gradient/Dose-Response:

Cancer studies show a strong dose-response association between exposure to these carcinogens and blood cancers. Increasing the dose of the carcinogens increases the risk of blood cancers.  For example, hexavalent chromium (Cr(VI)) showed a dose-dependent relationships in the blood with increasing levels of blood Cr, MNF and urinary 8-OHdG[649]. Thus, Cr(VI) can stimulate inflammation via DNA damage and oxidative stress[649]. Arsenic-induced hypermethylation showed a dose-response relationship[102]. Styrene in whole blood lymphocytes *in vitro* stimulated a dose-dependent increase in lipid peroxidation and depletion of blood lymphocyte glutathione[893]. PCE stimulated pro-inflammatory mediators (e.g., TNF-alpha and IL-4) in a dose-dependent manner in leukemia cells[772].

## 6.  Bio Plausibility:

As set forth in detail in the Key Characteristics section of this report, there are up to 10 clear biologically plausible mechanisms for these 7 carcinogens to cause cancer, including human blood cancers (e.g., NHL, leukemia).  *TCE exhibits 7 of the 10 key characteristics of carcinogens*: TCE is genotoxic, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *Formaldehyde exhibits 7 of the 10 key characteristics of carcinogens*: formaldehyde is genotoxic, alters DNA repair or causes genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, and alters cell proliferation, cell death, or nutrient supply. *Arsenic exhibits 8*

387

*of 10 key characteristics of carcinogens:* arsenic is genotoxic, alters DNA repair or causes genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces immortalization and alters cell proliferation, cell death, or nutrient supply. *Hexavalent Chromium exhibits 8 of the 10 key characteristics of carcinogens*: it is genotoxic, alters DNA repair or causes genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *PCE exhibits 7 of the 10 key characteristics of carcinogens*: PCE is genotoxic, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *1,1,1-Trichloroethane exhibits 4 of the 10 key characteristics of carcinogens*: 1,1,1-Trichloroethane is genotoxic, stimulates chronic inflammation, is immunosuppressive, and induces cell immortalization. *Styrene exhibits 7 of the 10 key characteristics of carcinogens*: styrene can act as an electrophile or be metabolically activated to an electrophile, is genotoxic, induces oxidative stress, induces chronic inflammation, is immunosuppressive, can modulate receptor-mediated effects, and alters cell proliferation, cell death, or nutrient supply.

Formaldehyde is genotoxic in human blood[356]. Formaldehyde induces chromosomal aberrations (Cas) and apoptosis (key characteristic #10) in peripheral blood lymphocytes of personnel working in pathology departments[412]. Formaldehyde stimulates DNA–protein crosslinks in circulating white blood cells workers exposed to formaldehyde in an anatomy department and a pathology institute than in eight controls[354]. Formaldehyde also stimulates a significantly higher frequency of MN formation and Cas than that in the control group in peripheral blood lymphocytes of students from an anatomy class[365]. Formaldehyde can also induce genotoxic effects in the blood

388

lymphocytes of exposed animals. Formaldehyde also impairs DNA repair in blood lymphocytes of 23 science students in a mortuary[333]. Formaldehyde was also immunotoxic in the blood (e.g., via decreasing lymphocytes) in rats[400]. In fact, white blood cell count is an indicator of formaldehyde exposure[401]. Formaldehyde induces immunosuppression (e.g., lower white blood-cell counts, hemoglobin and platelet counts) in exposed people[402].

Arsenic in the drinking water stimulates genotoxicity (e.g., chromosomal aberrations, MN formation, and SCE) in whole-blood lymphocyte cultures)[480]. Altered DNA methylation has also been observed in blood samples from people exposed chronically to arsenic[102,507]. Arsenic-induced mitochondrial instability leading to programmed cell death in the human peripheral blood mononuclear cells (PBMC) of 30 arsenic exposed skin lesion individuals[982].

PCE is also genotoxic and cytotoxic in human peripheral blood lymphocytes (PBLs), as determined using tests for Cas and cytokinesis-block micronucleus (CBMN) [735]. PCE can stimulate oxidative stress and immunotoxicity in human immune cells in blood samples[766,780]. PCE can also induce a significant increase in cell death (e.g., apoptosis – key characteristic #10) in human cord blood cells after 24 hours**[675]**. Styrene-7,8-oxide also stimulates genotoxicity (e.g., DNA adducts, Cas, MN, and SCE) in human whole-blood lymphocyte cultures in workers exposed to styrene, at levels significantly higher than in unexposed controls[822,857,886,888,891,892,897,901]. In non-mammalian systems, styrene significantly increased DNA damage in cells from the peripheral blood of fish (*Symphodus melops*) and the hemolymph of mussels (*Mytilus edulis*) after 7 days of exposure[908]. Styrene-7,8-oxide also stimulates apoptosis (key characteristic #10) in whole blood[822].

Hexavalent chromium Cr(VI) exposure alters the phenotype of human peripheral blood lymphocytes[651]. Cr(VI) was immunotoxic and decreased the viability of CD4$^+$ and CD8$^+$ T cells and inhibited their activation, proliferation, cytokine release and cytolytic function[651]. This would

result in immunosuppression (key characteristic #7). Hexavalent chromium also induced mitochondrial damage and DNA damage (e.g., DNA-protein crosslinks) in cultured rat peripheral blood lymphocytes[983].

In addition, there is overwhelming evidence that these 7 carcinogens are mutagenic, clastogenic, and genotoxic. Increased frequencies of gene mutations, chromosomal damage, SCE, and unscheduled DNA synthesis have been observed in a wide variety of cell types, in assays with human cells. Thus, there are no *qualitative* differences in genotoxicity or metabolism of certain carcinogens between humans and laboratory animals, and there is no reason to believe that humans would respond qualitatively differently to these carcinogens from animals.

Taken together, these 7 carcinogens exhibit all 10 out of the 10 key characteristics of a carcinogen. These 7 carcinogens can increase the risk of blood cancers (e.g., non-Hodgkin's Lymphoma, Hodgkin's Lymphoma, and Leukemia) via all 10 key characteristics, therefore I assigned great weight to this factor in my analysis.

### 7. Coherence:

The cancers induced by these carcinogens are consistent with the generally known facts and biology of cancer. The natural history and biology of cancer tells us that cancer initiation and promotion result from exposure to chemicals (like these carcinogens) that can be metabolically activated to electrophiles; are genotoxic; induce genomic instability; alter DNA repair; induce epigenetic alterations, oxidative stress and chronic inflammation; are immunosuppressive; cause immortalization and alter cell proliferation, cell death and nutrient supply (key characteristics of carcinogens). Thus, in concert, the 7 carcinogens exhibit all 10 key characteristics of carcinogens. As such, I assigned this factor significant weight in my causal analysis.

### 8.  Experiment:

As these 7 carcinogens are known carcinogens, it would be unethical to conduct human RCTs, therefore there is no experimental human data.  For this reason, these 7 carcinogens have been largely tested in animal models, and in human tissues and cells. In concert with epidemiological studies, the evidence supports a finding of causation between these 7 carcinogens and human cancer. While I would normally give significant weight to RCTs, because of the impossibilities in conducting RCTs in humans on these 7 carcinogens, I attribute less weight to this factor, even though non-human models and human *in vitro* studies provide significant support.

### 9.  Analogy:

These 7 carcinogens are known to display extremely high carcinogenic potency. TCE, formaldehyde, arsenic, and hexavalent chromium have been classified by the leading scientific agencies as Group 1; "human carcinogens". PCE, 1,1,1-trichloroethane, and styrene have been classified by the leading scientific agencies as Group 2A; "probable human carcinogens". This lends support to a causal relationship between exposure to these 7 carcinogens and human cancer. I assigned moderate weight to this factor.

**Conclusion:**  It is my opinion, stated with a reasonable degree of medical and scientific certainty, based on a totality of the evidence, which include occupational studies, animal cancer studies, human and animal tissue & cells mechanistic studies, that these carcinogens increase the risk of and therefore cause blood cancers (e.g., NHL, Hodgkin's Lymphoma, and leukemia). Specifically, it is my opinion that exposures to TCE, formaldehyde, PCE, 1,1,1-trichloroethane, hexavalent chromium, styrene and arsenic by any route of exposure (or by inhalation), can cause or contribute to the development of blood cancers including NHL, Hodgkin's Lymphoma,

leukemia, and lymphoma. NHL can be induced by TCE, styrene, and PCE. Leukemia can be caused by formaldehyde, styrene, and PCE. It is also my opinion that increased exposures to these chemicals will cause increased risks of lymphoma and leukemia.

## **Cancer Type #4 – Thyroid Cancer**

**1.  Strength of association / Statistical significance**.

Since there are no human RCTs with any of these 7 carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-trichloroethane, and styrene), I looked to occupational studies that, ideally, quantified the amount of carcinogen in which the cohort or study subject were exposed.  Occupational solvent exposure with TCE was strongly associated with benign thyroid disease (odds ratio, OR, 2.8; 95% confidence interval, 95% CI, 0.9-9.0 for women and OR 18.9; 95% CI 2.2-161 for men)[984]. Eight of the nine men found to have benign disease had been exposed to solvents, and six of them to TCE[984]. While based on small numbers, this study showed a potential causal roles of occupational and environmental factors for thyroid cancer and diseases[984].

A study of the effect of formaldehyde exposure on thyroid cancer was done in women textile workers in Shanghai, China[985]. Associations were observed between thyroid cancer and 10 or more years of formaldehyde exposure (HR 8.33, 95% CI: 1.16, 60)[985]. Cr(VI) also may cause cancers be related to increased risk of overall cancer mortality owing to thyroid cancer[966]. In addition, there was a strong association between incidence and mortality risk of thyroid cancer and concentration of Cr(VI) in the air and the exposure time[966]. Thus, Cr(VI) exposure was related to a higher risk of death owing to thyroid cancer[966].

TCE, arsenic, tetrachloroethylene (PCE), hexavalent chromium, formaldehyde, 1,1,1-trichloroethane, and styrene can act to initiate and promote thyroid cancer via the 10 key characteristics of carcinogens[32,33]: These 7 carcinogens can act in concert as an electrophile or can be metabolically activated to an electrophile, are genotoxic, alter DNA repair or cause genomic instability, induce epigenetic alterations, induce oxidative stress, induce chronic inflammation, are immunosuppressive, can modulate receptor-mediated effects, and alter cell proliferation, cell death, or nutrient supply (see Bioplausibility section). Importantly, TCE, arsenic, tetrachloroethylene (PCE), hexavalent chromium, formaldehyde, 1,1,1-trichloroethane, and styrene are all genotoxic and consequently, there is no threshold or safe exposure level via inhalation of these 7 carcinogens.

In summary, exposure to the e human carcinogens TCE, formaldehyde and hexavalent chromium provides moderate support for this Bradford Hill (BH) criterion of causation given the increase of thyroid cancer incidence. I place moderate weight on this criterion, as increasing risk strengthens casual association.

## 2.      Consistency of the association:

Given the lack of RCTs and incidental human exposure studies that quantify the exposure to these 7 carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-trichloroethane, and styrene), I thought it would be instructive to examine the consistency of the association between exposure to these carcinogens and development of thyroid cancer in animals. A few animal studies have demonstrated that these carcinogens can induce thyroid cancer in animals.

For example, thyroid tumors were observed in the TCE dosed groups but not in the controls[196].

Thus, TCE causes thyroid cancer in animals, which supports this BH criterion of causation, given the statistically significant increase of thyroid cancer incidence gives moderate support in favor of a causal association.  Arsenic can also induce thyroid tumors in animals[986].

### 3.   Specificity of the association:

Most carcinogens cause more than one type of cancer.  Thus, this factor is much less relevant when answering the question of whether exposure to these carcinogens cause human cancer. Exposure to these carcinogens has been shown to cause various cancers, including kidney, breast, thyroid, liver, bile duct, stomach, colorectal/intestine/anal, pancreatic, esophagus, bladder, prostate, blood, testicular, brain, and lung.  As such, this BH criterion is less relevant for cancer causation analysis.  Because of this, I gave this factor little weight in my causal analysis.

### 4.   Temporality:

This factor is important in the causal analysis. In any study of scientific value, to answer the question of whether exposure to these carcinogens causes human cancer, the exposure to these carcinogens must come before the diagnosis of clinical cancer. In the studies relied upon, whether animal or human, the exposure to these carcinogens came before the diagnosis of cancer, so this criterion is satisfied.

### 5.   Biologic gradient/Dose-Response:

 Low environmental arsenic concentrations can induce thyroid tumors in animals via a dose-response[986]. The metabolite of arsenic dimethylarsinic acid (DMA(V), cacodylic acid), induced dose-related increases in the height of the thyroid follicular epithelium in both male and female animals (e.g. rats)[426]. As stated previously, there are multiple studies showing dose-response in the

7 carcinogens and their 10 total key characteristics. The animal cancer studies show a strong dose-response association between exposure to these 7 carcinogens and the other cancer types, demonstrating an increasing rate of cancer with increasing dose of the carcinogens.

### 6. Bio Plausibility:

As set forth in detail in the Key Characteristics section of this report, there are up to 10 clear biologically plausible mechanisms for these 7 carcinogens to cause cancer including human thyroid cancer. *TCE exhibits 7 of the 10 key characteristics of carcinogens*: TCE is genotoxic, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *Formaldehyde exhibits 7 of the 10 key characteristics of carcinogens*: formaldehyde is genotoxic, alters DNA repair or cause genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, and alters cell proliferation, cell death, or nutrient supply. *Arsenic exhibits 8 of 10 key characteristics of carcinogens:* arsenic is genotoxic, alters DNA repair or causes genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces immortalization and alters cell proliferation, cell death, or nutrient supply. *Hexavalent Chromium exhibits 8 of the 10 key characteristics of carcinogens*: hexavalent chromium is genotoxic, alters DNA repair or cause genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *PCE exhibits 7 of the 10 key characteristics of carcinogens*: PCE is genotoxic, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive,

induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *1,1,1-Trichloroethane exhibits 4 of the 10 key characteristics of carcinogens*: 1,1,1-Trichloroethane is genotoxic, stimulates chronic inflammation, is immunosuppressive, and induces cell immortalization. *Styrene exhibits 7 of the 10 key characteristics of carcinogens*: styrene can act as an electrophile or be metabolically activated to an electrophile, is genotoxic, induces oxidative stress, induces chronic inflammation, is immunosuppressive, can modulate receptor-mediated effects, and alters cell proliferation, cell death, or nutrient supply.

The carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, tetrachloroethylene (PCE), 1,1,1-trichloroethane, and styrene) can also induce tumor dormancy escape. These carcinogens can act via the ley characteristic such as stimulation of inflammation, angiogenesis, oxidative stress, and immunosuppression resulting in tumor dormancy escape[987]. This is a biologically plausible mechanism to support carcinogenesis with exposure of TCE, formaldehyde, arsenic, hexavalent chromium, tetrachloroethylene (PCE), 1,1,1-trichloroethane, and styrene.


Cancer cells from a primary tumor can disseminate to other tissues, remaining dormant and clinically undetectable for many years. Over 30% of healthy individuals harbor microscopic dormant cancers[1]. While many healthy people have dormant cancerous tumors, only a minority will develop cancer[988]. Dormancy is a stage in cancer progression where the cancer cells are not dividing but survive in a quiescent state, sometimes indefinitely. Dormant tumors can remain indefinitely but can serve a cancer initiator if exposed to a trigger such as carcinogens like TCE, formaldehyde, arsenic, hexavalent chromium, tetrachloroethylene (PCE), 1,1,1-trichloroethane, and styrene.

Under certain environmental conditions, these dormant cells escape dormancy and begin proliferating again. "Stressful" events such exposure to a carcinogen, wounding, surgery, biopsy, or chemotherapy can trigger tumor dormancy escape[2,989]. Dormant tumors have been identified at autopsy in normal adults who died of trauma and without prior history of clinical evidence of cancer, including 39% for *in situ* breast carcinoma, 46% for *in situ* prostate cancer, and 36% for thyroid carcinoma in people aged 50–70[1,990].

Microscopic human cancers can remain in an asymptomatic, non-detectable, and occult state for the life of a person or animal[991]. Clinical and experimental evidence indicate that human tumors can persist for long periods of time as microscopic lesions that are in a state of dormancy (i.e., not expanding in tumor mass). Solitary, dormant cells persist in various tissues and large numbers of disseminated single cells may persist for extended time periods as a source of tumor dormancy[992,993]. Tumors can present shortly after an accidental trauma in otherwise healthy individuals[994].

Because it is well-established that tumor growth beyond the size of 1-2 mm is angiogenesis-dependent, large tumors may result from stimulated angiogenesis in otherwise microscopic, dormant tumors[991,995]. Thus, tumor dormancy escape is critically dependent on the induction of angiogenesis[996-999].There is scientific evidence that dormant tumors and dormancy escape can also occur in other tumor types such as colorectal, liver, kidney, bladder, gastric, blood (hematological) and pancreatic cancers[1000-1009].

Inflammation is a hallmark of cancer[29,37,60,127,1010] and is essential for cancer growth by oncogenes in a genetically engineered cancer model[1011]. Inflammation triggers escape from latency[1012]. Chronic Inflammation (key characteristic #6) is associated with tumor-promoting activity and can enable tumor cells to escape cancer dormancy or tumor latency[37,1012]. Sustained

inflammation induced the formation of neutrophil extracellular traps (NETs), which awakened the dormant cancer[1009].

Chronic inflammation can awaken dormant cells to develop into growing tumors that can spread throughout the body[1012,1013]. Carcinogen-induced chronic inflammation in the tumor microenvironment via aberrant pro-inflammatory cytokine release can enable cancer progression[11]. Inflammation can act as a co-initiator of tumor growth. [1014] Inflammation caused by carcinogens, wounding, surgery, chemotherapy, and radiation can trigger activation of dormant micrometastases[2,989]. Chronic inflammation and inflammation-induced cell proliferation, oxidative stress, and reactive chemical species (e.g., ROS - reactive oxygen species) stimulate DNA damage and inhibit DNA repair to drive mutations and tumor progression[114,120,1015]. Thus, there is a vicious protumorigenic feedback loop between apoptosis, inflammation, DNA damage, and carcinogenesis[11].

Inflammation in the tumor microenvironment can promote and trigger the escape of metastatic tumor latency[1012,1016]. TCE, formaldehyde, arsenic, hexavalent chromium, tetrachloroethylene (PCE), 1,1,1-trichloroethane, and styrene-stimulated chronic inflammation can similarly ignite the escape of tumor dormancy escape of multiple cancer types such as thyroid cancer.

There is overwhelming evidence that these 7 carcinogens are mutagenic, clastogenic, and genotoxic. Increased frequencies of gene mutations, chromosomal damage, SCE, and unscheduled DNA synthesis have been observed in a wide variety of cell types in assays with human cells. Thus, there are no *qualitative* differences in genotoxicity or metabolism of certain carcinogens between humans and laboratory animals, and there is no reason to believe that humans would respond qualitatively differently to these carcinogens from animals. Taken together, these 7

carcinogens exhibit all 10 out of the 10 key characteristics of a carcinogen. These 7 carcinogens can increase the risk of thyroid cancer via all 10 key characteristics and, so I assigned great weight to this factor in my analysis.

### 7.  Coherence:

The cancers induced by these carcinogens are consistent with the generally known facts and biology of cancer. The natural history and biology of cancer tells us that cancer initiation and promotion result from exposure to chemicals (like these 7 carcinogens) that can be metabolically activated to electrophiles; are genotoxic, induce genomic instability, alter DNA repair, induce epigenetic alterations, lead to oxidative stress and chronic inflammation, are immunosuppressive; cause immortalization and alter cell proliferation, cell death and nutrient supply (key characteristics of carcinogens). Thus, together, the 7 carcinogens exhibit all 10 key characteristics of carcinogens. As such, I assigned this factor significant weight in my causal analysis.

### 8.  Experiment:

As these 7 carcinogens are known carcinogens, it would be unethical to conduct human RCTs, so there is no experimental human data.  For this reason, these 7 carcinogens have been largely tested in animal models, and human tissues and cells which in concert with the human studies all of which support a finding of causation between these 7 carcinogens and human cancer. While I would normally give significant weight to RCTs, because of the impossibilities in conducting RCTs in humans on these 7 carcinogens, I attribute less weight to this factor, even though non-human models and human *in vitro* studies provide significant support.

### 9.  Analogy:

These 7 carcinogens are known to display extremely high carcinogenic potency. TCE, formaldehyde, arsenic, and hexavalent chromium have been classified by IARC as Group 1; "human carcinogens". PCE, 1,1,1-trichloroethane, and styrene have been classified by IARC as Group 2A; "probable human carcinogens". This lends support to a causal relationship between exposure to these 7 carcinogens and human cancer.  I assigned moderate weight to this factor.

**Conclusion:**

It is my opinion, stated with a reasonable degree of medical and scientific certainty, based on a totality of the evidence, which include occupational studies, animal cancer studies, human and animal tissue & cells mechanistic studies, that these carcinogens increase the risk of and therefore cause thyroid cancer. Specifically, it is my opinion that exposures to TCE, formaldehyde, PCE, 1,1,1-trichloroethane, hexavalent chromium, styrene and arsenic by any route of exposure (or by inhalation), can cause or contribute to the development of thyroid cancer. All 7 carcinogens can initiate or act as tumor promoters via the first 4 key characteristics (e.g., genotoxicity) to initiate thyroid cancer and the remainder of the 6 key characteristics to act as tumor-promoter for thyroid cancer[32,33].

## Cancer Type #5 – Pancreatic Cancer

**1.  Strength of association / Statistical significance.**

Since there are no human RCTs with any of these 7 carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-trichloroethane, and styrene), I looked to occupational studies that, ideally, quantified the amount of carcinogen in which the cohort or study subject were exposed.

Ruder et al (1994) reported on a cohort study of dry-cleaning workers (1109 women, 592 men) in the mid-1980s which revealed elevated SMRs for pancreatic cancer[696]. This study confirmed the risk of pancreatic cancer with PCE in this industry[696]. Lynge et al (2006) investigated whether the U.S. findings could be reproduced in the Nordic countries using a series of case-control studies nested in cohorts of laundry and dry-cleaning workers identified from the 1970 censuses in Denmark, Norway, Sweden, and Finland[700]. PCE induced a significant increase the risk of pancreatic cancer was also elevated (RR, 1.27; 95% CI, 0.90–1.80; 57 cases)[700]. In a Finnish study, exposure to TCE, tetrachloroethylene (PCE), or 1,1,1-trichloroethane increased the carcinogenic risk of pancreatic cancer in a cohort of 2050 male and 1924 female workers monitored for occupational exposure to these agents when followed up for cancer incidence in 1967 to 1992[699].

Arsenic increased the risk of pancreatic cancer risk (OR 2.02, 95% CI 1.08 to 3.78) in a study including 118 pancreatic cancer cases and 399 hospital controls from eastern Spain[1017]. Low to moderate exposure to arsenic was prospectively associated with increased mortality for cancers of pancreas[1018]. These findings support the role of low-moderate arsenic exposure in development of pancreatic cancer and can inform arsenic risk assessment. The corresponding hazard ratios was 2.46 (1.09-5.58) for pancreatic cancer. Exposure to arsenic-contaminated drinking water wells may be associated with an increased risk of pancreatic cancer[1019]. Pancreatic cancer mortality was elevated in the cohorts after arsenic exposure from contaminated milk poisoning[1020]. Higher levels of arsenic were associated with a statistically nonsignificant increased risk of a KRAS wild-type pancreatic ductal adenocarcinoma (PDAC) (OR for higher tertile of arsenic = 3.37, 95% CI 0.98-11.57)[1021].

Formaldehyde induced a small increase of pancreatic cancer risk in the studies overall (meta Relative Risk [mRR] 1.1, 95%CI 1.0-1.3) in embalmers (mRR 1.3, 95%CI 1.0-1.6) and pathologists and anatomists (mRR 1.3, 95%CI 1.0-1.7)[1022]. Occupational exposure to formaldehyde was associated with a moderately increased risk of pancreatic cancer, with ORs of 1.2, 1.2, 1.4 for subjects with low, medium, and high probabilities of exposure and 1.2, 1.2, and 1.1 for subjects with low, medium, and high intensity of exposure, respectively[1023]. Potential exposures to formaldehyde and other solvents were assessed by using a job exposure matrix developed for this study[1023]. A population-based case-control study based on death certificates from 24 U.S. states. The cases were 63,097 persons who died from pancreatic cancer occurring in the period 1984-1993 compared to the controls of 252,386 persons who died from causes other than cancer in the same time period[1023].

Epidemiologic studies found styrene workers exhibited increased mortality with suggestive evidence for pancreatic tumors[1024]. Increased mortality from pancreatic cancer (RR 1.89, 95% CI 1.17 to 3.09) was associated with the mean level of exposure to styrene in the air (via inhalation)[832]. There was an increased incidence rate ratio (IRR) for pancreatic cancer (IRR 2.2, 17 cases, 95% CI 1.1-4.5) in workers exposed to styrene in the Danish reinforced plastics industry[837]. All 36,610 workers of 386 reinforced plastics companies and 14,293 workers not exposed to styrene from similar industries were followed up from 1970 to 1990[837].

TCE, arsenic, tetrachloroethylene (PCE), hexavalent chromium, formaldehyde, 1,1,1-trichloroethane, and styrene can act to initiate and promote pancreatic cancer via the 10 key characteristics of carcinogens[32,33]: These 7 carcinogens can act in concert as an electrophile or can be metabolically activated to an electrophile, are genotoxic, alter DNA repair or cause genomic instability, induce epigenetic alterations, induce oxidative stress, induce chronic inflammation, are

immunosuppressive, can modulate receptor-mediated effects, and alter cell proliferation, cell death, or nutrient supply (see Bioplausibility section). Importantly, TCE, arsenic, tetrachloroethylene (PCE), hexavalent chromium, formaldehyde, 1,1,1-trichloroethane, and styrene are all genotoxic and consequently, there is no threshold or safe exposure level via inhalation of these 7 carcinogens.

In summary, exposure to the 6 human carcinogens TCE, arsenic, PCE, hexavalent chromium, formaldehyde and styrene strongly supports this Bradford Hill (BH) criterion of causation given the statistically significant increase of pancreatic cancer incidence. When this evidence of this criterion is present, I place significant weight on this criterion, as statistically significant findings of increasing risk strengthen casual association.


## 2. Consistency of the association:


Given the lack of RCTs and incidental human exposure studies that quantify the exposure to these 7 carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-trichloroethane, and styrene), I examined whether any of these carcinogens lead to the development of pancreatic cancer in animals. I was unable to identify any animal model studies that were designed to study the causal relationship between the carcinogens and pancreatic cancer. However, as exposure to the 6 human carcinogens TCE, arsenic, PCE, hexavalent chromium, formaldehyde and styrene (e.g., Ruder et al (1994)) showed a significantly increased pancreatic risk, I assigned moderate weight to this factor in my causal analysis.

### 3.   Specificity of the association:

Most carcinogens cause more than one type of cancer.  Thus, this factor is much less relevant when answering the question of whether exposure to these carcinogens cause human cancer. Exposure to these carcinogens has been shown to cause various cancers, including kidney, breast, thyroid, liver, bile duct, stomach, colorectal/intestine/anal, pancreatic, esophagus, bladder, prostate, blood, testicular, brain, and lung.  As such, this BH criterion is less relevant for cancer causation analysis.  Because of this, I gave this factor little weight in my causal analysis.

### 4.   Temporality:

This factor is important in the causal analysis. In any study of scientific value, to answer the question of whether exposure to these carcinogens causes human cancer, the exposure to these carcinogens must come before the diagnosis of clinical cancer. In the studies relied upon, whether animal or human, the exposure to these carcinogens came before the diagnosis of cancer, so this criterion is satisfied.

### 5.   Biologic gradient/Dose-Response:

The cancer studies show a strong dose-response association between exposure to these carcinogens and cancer as documented by dose-response activities in white blood cells. Increasing the dose of the carcinogens increases the risk of blood cancers.  For example, dose-dependent genotoxic effects of styrene on human blood lymphocytes and the relationship to its oxidative (e.g. reactive oxygen species) and metabolic effects are relevant to pancreatic cancer[893].  Styrene in whole blood lymphocytes *in vitro* stimulated a dose-dependent increase in oxidative stress (e.g. lipid peroxidation) and depletion of blood lymphocyte glutathione[893].Oxidative stress and

inflammation can promote pancreatic cancer[1025]. Hexavalent chromium (Cr(VI)) showed a dose-dependent relationships in the blood with increasing levels of blood Cr, MNF and urinary 8-OHdG[649]. Hexavalent chromium can stimulate inflammation via DNA damage and oxidative stress[649]. Environmental and occupational exposures play a key role in reactive oxygen species-induced pancreatic cancer[1026]. Arsenic-induced hypermethylation showed a dose-response relationship[102]. PCE stimulated pro-inflammatory mediators (e.g., TNF-alpha and IL-4) in a dose-dependent manner in leukemia cells[772].

### 6. Bio Plausibility:

As set forth in detail in the Key Characteristics section of this report, there are up to 10 clear biologically plausible mechanisms for these 7 carcinogens to cause cancer including pancreatic cancer. *TCE exhibits 7 of the 10 key characteristics of carcinogens*: TCE is genotoxic, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *Formaldehyde exhibits 7 of the 10 key characteristics of carcinogens*: formaldehyde is genotoxic, alters DNA repair or cause genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, and alters cell proliferation, cell death, or nutrient supply. *Arsenic exhibits 8 of 10 key characteristics of carcinogens:* arsenic is genotoxic, alters DNA repair or causes genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces immortalization and alters cell proliferation, cell death, or nutrient supply. *Hexavalent Chromium exhibits 8 of the 10 key characteristics of carcinogens*: hexavalent chromium is genotoxic, alters DNA repair or cause genomic instability, induces epigenetic

405

alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *PCE exhibits 7 of the 10 key characteristics of carcinogens*: PCE is genotoxic, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *1,1,1- Trichloroethane exhibits 4 of the 10 key characteristics of carcinogens*: 1,1,1-Trichloroethane is genotoxic, stimulates chronic inflammation, is immunosuppressive, and induces cell immortalization. *Styrene exhibits 7 of the 10 key characteristics of carcinogens*: styrene can act as an electrophile or be metabolically activated to an electrophile, is genotoxic, induces oxidative stress, induces chronic inflammation, is immunosuppressive, can modulate receptor-mediated effects, and alters cell proliferation, cell death, or nutrient supply.

There is overwhelming evidence that these 7 carcinogens are mutagenic, clastogenic, and genotoxic. Increased frequencies of gene mutations, chromosomal damage, SCE, and unscheduled DNA synthesis have been observed in a wide variety of cell types in assays with human cells. Thus, there are no *qualitative* differences in genotoxicity or metabolism of certain carcinogens between humans and laboratory animals, and there is no reason to believe that humans would respond qualitatively differently to these carcinogens from animals.

Taken together, these 7 carcinogens exhibit all 10 out of the 10 key characteristics of a carcinogen. These 7 carcinogens can increase the risk of pancreatic cancer via all 10 key characteristics, and therefore I assigned great weight to this factor in my analysis.

7.   **Coherence:**

The carcinogen-induced cancer for these carcinogens is consistent with the generally known facts and biology of cancer. The natural history and biology of cancer tells us that cancer initiation and promotion result from exposure to chemicals, like these 7 carcinogens, that can be metabolically activated to electrophiles, are genotoxic, induce genomic instability, alter DNA repair, induce epigenetic alterations, create oxidative stress and chronic inflammation, are immunosuppressive, cause immortalization and alter cell proliferation, cell death and nutrient supply (key characteristics of carcinogens). Thus, together, the 7 carcinogens exhibit all 10 key characteristics of carcinogens. As such, I assigned this factor significant weight in my causal analysis.

8.   **Experiment:**

As these 7 carcinogens are known carcinogens, it would be unethical to conduct human RCTs, so there is no experimental human data.  For this reason, these 7 carcinogens have been largely tested in animal models, and human tissues and cells which, in concert, with the human epidemiological studies, support a finding of causation between these 7 carcinogens and human cancer. While I would normally give significant weight to RCTs, because of the impossibilities in conducting RCTs in humans on these 7 carcinogens, I attribute less weight to this factor, even though non-human models and human *in vitro* studies provide significant support.

9.   **Analogy:**

These 7 carcinogens are known to display extremely high carcinogenic potency. TCE, formaldehyde, arsenic, and hexavalent chromium have been classified by IARC as Group 1; "human carcinogens". PCE, 1,1,1-trichloroethane, and styrene have been classified by IARC as Group 2A; "probable human carcinogens". This lends support to a causal relationship between

exposure to these 7 carcinogens and human cancer.  I assigned moderate weight to this factor.

**Conclusion:**

It is my opinion, stated with a reasonable degree of medical and scientific certainty, based on a totality of the evidence, which include occupational studies, animal cancer studies, human and animal tissue & cells mechanistic studies, that these carcinogens increase the risk of and therefore cause pancreatic cancer. Specifically, it is my opinion that exposures to TCE, formaldehyde, PCE, 1,1,1-trichloroethane, hexavalent chromium, styrene and arsenic by any route of exposure (or by inhalation), can cause or contribute to the development of pancreatic cancer. All 7 carcinogens can initiate or act as tumor promoters via the first 4 key characteristics (e.g., genotoxicity) to initiate pancreatic cancer and the remainder of the 6 key characteristics to act as tumor-promoters for pancreatic cancer[32,33].

## Cancer Type #6 – Liver and Bile Duct Cancer

1. **Strength of association / Statistical significance**.

Since there are no human RCTs with any of these 7 carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-trichloroethane, and styrene), I looked to occupational studies that, ideally, quantified the amount of carcinogen in which the cohort or study subject were exposed.

Decades of research have established strong links between occupational and environmental exposure to TCE with liver and bile duct cancers[184]. IARC and US EPA have concluded that TCE is "carcinogenic to humans by all routes of exposure". Importantly there is evidence in human studies as well: liver and biliary tract, (NTP report on carcinogens, 2000). The target tissues/organs of TCE in both rodents and humans are especially consistent[191].

IARC considered human evidence, especially of the association between TCE exposure to increased incidence liver/biliary tumors in humans and animals in 3 cohorts in United States, Sweden, and Finland. Importantly, the liver and biliary tract as target sites in animals is clearly identical with cancers observed subsequently in workers exposed to TCE, establishing causality of TCE with liver and biliary tract cancer in humans. IARC concluded that "overall, the most important observations are the elevated risk for cancer of the liver and biliary tract in all three of the most informative cohort studies. Two of these studies reported data for primary liver cancer separately".

A meta-analysis of published cohort and case-control findings supports an association between TCE and liver cancer[209]. Studies by Hansen et al (2013) reported on findings from an updated analysis of three cohorts of TCE-exposed workers, with additional follow-up of 10 to 15 years of cancer incidence for each cohort[207]. These studies established a pooled cohort—participants from earlier, smaller studies—that included more than 5,500 workers with documented exposure to TCE. After an extensive follow-up, the authors found statistically significantly higher rates of liver cancer[207]. In a combined analysis of all 5,553 exposed workers, these studies demonstrated a statistically significant elevated standardized incidence ratios for primary liver cancer (1.93; 95% CI = 1.19 to 2.95)[207]. A positive association has been observed between exposure to TCE and liver cancer. A meta-analysis by Alexander et al (2007) showed a positive summary relative risk estimate (SRRE) of occupational TCE exposure and liver and liver/biliary cancer in total cohorts and sub cohorts of workers[214]. This meta-analysis included 14 occupational cohort studies of TCE exposed workers and one case-control study that met the inclusion criteria[214]. Other studies also show that there is evidence for increased risks of liver and bile duct cancer following exposure to TCE[1027].

A significant association with the arsenic level in well water was observed for cancers of the liver, in both males and females[455]. In northern Chile, studies by Rivara et al (1977) observed a relative risk for liver cancer mortality of 1.2 (95%CI: 0.99–1.6) in arsenic-exposed Region II compared with Region VIII[449]. A meta-analysis showed that long-term arsenic exposure through drinking water increases the risk of liver cancer mortality[1028]. In addition, an increased risk of liver cancer mortality was found in both females [1.80 (1.45 to 2.24)] and males [1.84 (1.56 to 2.16)][1028]. Exposures to high arsenic levels in drinking water are associated with the occurrence of liver cancer[1029].

Formaldehyde increased the risk of liver cancer in a cohort of British chemical workers[1030]. In another study, formaldehyde increased the risk of liver and bile duct cancers of garment workers engaged in the production of shirts from formaldehyde-treated cloth[1031]. Formaldehyde induced an increased mortality among for pancreatic cancer (SMR, 146; 95% CI, 95-216) among workers at a plastics manufacturing facility from 1946-1988[1032].

Hexavalent chromium increased significantly the standardized mortality ratio (SMRs) for primary liver cancer was 1104 (95% CI 405-2403)[965]. This study was performed over an 11-year period (1999 - 2009) within the Oinofita region of Greece, where water has been contaminated with hexavalent chromium[965].

PCE also induced an excess risk of cancer of the liver in the Nordic Occupational Cancer cohort[690]. Country, time period, and job-specific exposure estimates were generated for TCE, PER and potentially confounding occupational exposures with a job-exposure matrix[690]. Exposure to trichloroethylene (TCE), tetrachloroethylene (PCE), or 1,1,1-trichloroethane increased carcinogenic risk of liver cancer in a cohort of 2050 male and 1924 female workers monitored for occupational exposure to these agents from 1967 to 1992[699].

Trichloroethylene (TCE), arsenic, tetrachloroethylene (PCE), hexavalent chromium, formaldehyde, 1,1,1-trichloroethane, and styrene can act to initiate and promote liver cancer via the 10 key characteristics of carcinogens[32,33]: these 7 carcinogens can act in concert as an electrophile or can be metabolically activated to an electrophile, are genotoxic, alter DNA repair or cause genomic instability, induce epigenetic alterations, induce oxidative stress, induce chronic inflammation, are immunosuppressive, can modulate receptor-mediated effects, and alter cell proliferation, cell death, or nutrient supply (see Bioplausibility section). Importantly, Trichloroethylene (TCE), arsenic, tetrachloroethylene (PCE), hexavalent chromium, formaldehyde, 1,1,1-trichloroethane, and styrene are all genotoxic and consequently, there is no threshold or safe exposure level via inhalation of these 7 carcinogens.

In summary, exposure to the 6 human carcinogens TCE, arsenic, PCE, hexavalent chromium, formaldehyde, and 1,1,1-trichloroethane strongly supports this Bradford Hill (BH) criterion of causation given the statistically significant increase of liver cancer and/or bile duct cancer incidence. When this evidence of this criterion is present, I placed significant weight on this criterion, as statistically significant findings of increasing risk strengthens casual association.

### 2.  Consistency of the association:

Given the lack of RCTs and incidental human exposure studies that quantify the exposure to these 7 carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-trichloroethane, and styrene), I thought it would be instructive to examine the consistency of the association between exposure to these carcinogens and development of liver & biliary cancer in animals. Many animal studies have demonstrated that these carcinogens can induce liver & biliary cancer in animals.

411

For example, TCE causes liver cancer in animals. In 1976, the National Cancer Institute (NCI) reported that TCE generated a high incidence of hepatocellular carcinomas in mice by intragastric intubation. TCE exposure in mice results in a statistically significant increases in liver tumors, reported in multiple inhalation and gavage bioassays of male Swiss mice, as well as in male and female B6C3F1 mice (NCI, 1976; NTP, 1990)[187,194]. TCE decreased mouse liver tumor latency in male B6C3F1 mice. TCE exposure by gavage and by inhalation causes liver tumors in mice. TCE increased the incidence of hepatocellular adenoma and hepatocellular carcinoma in mice. In one study in Swiss mice treated by inhalation, TCE increased the incidence of malignant hepatoma in males.

PCE increased the incidence of hepatocellular carcinoma in males and female mice. PCE causes liver cancer (e.g., hemangiosarcomas or hemangiomas of the liver). Long-term bioassays of PCE exposure in laboratory animals have identified liver tumors in male and female mice[674].The US EPA has classified PCE as "likely to be carcinogenic to humans by all routes of exposure based on suggestive evidence in epidemiological studies and conclusive evidence in mice (increased incidence of liver tumors)". Statistical analyses of the oral gavage study (NCI 1977) revealed that the incidence of hepatocellular carcinomas or adenomas was significantly increased by PCE and that tumor latency was significantly reduced[677]. PCE increased death from cancer (mortality) with liver tumors found in many mice that died before scheduled termination. PCE also induces hepatocellular carcinoma associated with both oral and respiratory exposures in mice[184]. In mice given PCE in corn oil by gavage, there were increases in the trend and incidence of hepatocellular carcinoma in males and females. Two separate studies in mice of two different strains exposed by inhalation to PCE observed significant increases in the incidence of hepatocellular adenoma, carcinoma, and adenoma or carcinoma (combined) were observed. Experimental studies have

demonstrated excesses of liver tumors in mice[184].

In studies by Bull et al (1990), male and female B6C3F1 mice were administered the PCE metabolites DCA and TCA in their drinking water at concentrations of 1 or 2 g/l for up to 52 weeks[682]. Both DCA and TCE induced hepatoproliferative lesions (HPL) in male mice, including hepatocellular nodules, adenomas and hepatocellular carcinomas within 12 months[682]. Both PCE and TCE increase incidence of mouse liver tumors because of their metabolism to trichloroacetic acid. 1,1,1-trichloroethane significantly increased the incidences of hepatocellular adenomas and combined incidences of hepatocellular adenomas/carcinomas[797]. This study provided clear evidence of inhalation carcinogenicity for 1,1,1-trichloroethane in both rats and mice[797].

The liver is a clear target of arsenic-induced cancer[416]. Hepatocellular carcinoma and hepatic angiosarcoma, have been frequently associated with environmental or medicinal exposure to arsenicals. Preneoplastic lesions, including hepatomegaly, hepatoportal sclerosis, fibrosis, and cirrhosis often occur after chronic arsenic exposure[416]. Recent work in mice even shows that exposure to arsenic during gestation induces tumors, including hepatocellular adenoma and carcinoma, in offspring when they reach adulthood[416]. Chronic exposure of rat liver epithelial cells to low concentrations of inorganic arsenic induces malignant transformation, producing aggressive, undifferentiated epithelial tumors when inoculated into the nude mice[416]. There are a variety of potential mechanisms for arsenical-induced hepatocarcinogenesis, such as oxidative DNA damage, impaired DNA damage repair, acquired apoptotic tolerance, hyperproliferation, altered DNA methylation, and aberrant estrogen signaling[416].

Thus, exposure to each of the human carcinogens TCE, PCE, TCE/PCE metabolites, and 1,1,1-trichloroethane strongly supports this BH criterion of causation given the statistically significant

increase of liver & bile duct cancer incidence. The epidemiology studies together with the consistent association between carcinogen exposure and liver & bile duct cancer, studied by several researchers using different study designs over several decades is significant and gives strong support in favor of a causal association.

### 3.   Specificity of the association:

Most carcinogens cause more than one type of cancer.  Thus, this factor is much less relevant when answering the question of whether exposure to these carcinogens cause human cancer. Exposure to these carcinogens has been shown to cause various cancers, including kidney, breast, thyroid, liver, bile duct, stomach, colorectal/intestine/anal, pancreatic, esophagus, bladder, prostate, blood, testicular, brain, and lung.  As such, this BH criterion is less relevant for cancer causation analysis.  Because of this, I gave this factor little weight in my causal analysis.

### 4.  Temporality:

This factor is important in the causal analysis. In any study of scientific value, to answer the question of whether exposure to these carcinogens causes human cancer, the exposure to these carcinogens must come before the diagnosis of clinical cancer. In the studies relied upon, whether animal or human, the exposure to these carcinogens came before the diagnosis of cancer, so this criterion is satisfied.

### 5.      Biologic gradient/Dose-Response:

The previously described cancer studies show a strong dose-response association between exposure to these carcinogens and cancer. Increasing the dose of the carcinogens increases the risk of cancer.  Inhalation carcinogenicity of 1,1,1-trichloroethane was observed in rats and mice via a dose-response[797]. 1,1,1-trichloroethane resulted in increased incidences of hepatocellular

adenomas and combined incidences of hepatocellular adenomas/carcinomas were significantly increased (e.g. 800 and 3200 ppm)-exposed groups with dose dependence[797]. Inhalation exposure to PCE also induced significant, dose-related increases in the incidence of hepatocellular adenomas or carcinomas in both sexes of mice. The incidence of hepatocellular carcinomas that metastasized to the lungs was also significantly increased in the inhalation studies. TCE/PCE metabolites TCA and DCA can also induce liver cancer[678]. The primary urinary oxidative metabolite in rodents and humans, TCA, significantly increased the incidence of liver tumors in male and female mice. A significant increase in the prevalence and multiplicity of hepatocellular tumors was found in the TCA dose groups via a dose-response[678]. Chronic arsenic exposure of rat liver epithelial TRL1215 cells induced malignant transformation in a concentration-dependent manner[501]. PCE induced DNA damage in the liver, as evidenced by a statistically significant dose-related increase in tail intensity in hepatocytes[734]. A dose response of trichloroacetic acid to liver tumors was observed in PCE- exposed mice[1033]. TCE induced a population-based dose-response analysis of liver transcriptional response in mice[1034]. Transcriptomic dose-responses were examined for both TCE and its major oxidative metabolite trichloroacetic acid (TCA). Peroxisome-and fatty acid metabolism-related pathways were among the most dose-responsive enriched pathways in all strains[1034]. Thus, animal cancer studies show a strong dose-response association between exposure to these carcinogens and liver & bile duct cancer.

### 6. Bio Plausibility:

As set forth in detail in the Key Characteristics section of this report, there are up to 10 clear biologically plausible mechanisms for these 7 carcinogens to cause cancer including human kidney cancer. *TCE exhibits 7 of the 10 key characteristics of carcinogens*: TCE is genotoxic, induces

epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *Formaldehyde exhibits 7 of the 10 key characteristics of carcinogens*: formaldehyde is genotoxic, alters DNA repair or cause genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, and alters cell proliferation, cell death, or nutrient supply. *Arsenic exhibits 8 of 10 key characteristics of carcinogens:* arsenic is genotoxic, alters DNA repair or causes genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces immortalization and alters cell proliferation, cell death, or nutrient supply. *Hexavalent Chromium exhibits 8 of the 10 key characteristics of carcinogens*: hexavalent chromium is genotoxic, alters DNA repair or cause genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *PCE exhibits 7 of the 10 key characteristics of carcinogens*: PCE is genotoxic, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *1,1,1-Trichloroethane exhibits 4 of the 10 key characteristics of carcinogens*: 1,1,1-Trichloroethane is genotoxic, stimulates chronic inflammation, is immunosuppressive, and induces cell immortalization. *Styrene exhibits 7 of the 10 key characteristics of carcinogens*: styrene can act as an electrophile or be metabolically activated to an electrophile, is genotoxic, induces oxidative stress, induces chronic inflammation, is immunosuppressive, can modulate receptor-mediated effects, and alters cell proliferation, cell death, or nutrient supply.

TCE can induce SSBs in hepatic cells of both rats and mice *in vivo*[230-232]. TCE causes genotoxicity in liver cancer cells via DNA damage by oxidative stress[229]. Alterations of TCE-induced DNA methylation and epigenetic alterations have been reported in mouse liver as well as liver cell lines[248-251]. Oxidative stress is an important mediator in the induction of TCE-induced genotoxicity in liver cancer (HepG2 cells) (Key Characteristic #5)[229]. TCE increased the expression of apoptosis-related proteins in mice[308]. Arsenic induces malignant transformation in rat liver TRL1215 cells[501]. Arsenic accumulates in various organs, especially in the liver[1035]. Potassium dichromate also induced cytotoxicity, genotoxicity and oxidative stress in human liver carcinoma (HepG2) cells[626]. Hexavalent chromium also induces cell cytotoxicity in hepatocytes[1036]. Cr(VI) induces apoptosis in liver cancer (e.g. Hep3B) cells[662]. Cr(VI) can upregulate the expression of apoptotic factors (caspase-3) and downregulate the expression of anti-apoptotic factors (e.g. Bcl-2) in the murine liver[671].

PCE can induce genotoxicity in the liver of mice after oral administration[691,734]. PCE induced DNA damage in the liver as evidenced by a statistically significant dose-related increase in tail intensity in hepatocytes[734]. These results are in agreement with carcinogenicity data in mice, in which PCE induced tumors in the liver and support a genotoxic mode of action for PCE-induced liver cancer[734]. Exposure of dry-cleaning workers to PCE could be associated with oxidative damage in B-lymphocytes and liver damage[766]. Additionally, the PCE metabolites TCA and DCA stimulate liver tumor growth via alterations in methylated DNA[762].

Styrene exposure by inhalation or intraperitoneal injection resulted in styrene-7,8-oxide–DNA adducts found in several tissues including the liver[822]. Styrene induces DNA damage induced in the liver[905,906]. Styrene exposure via inhalation stimulates oxidative stress via a decrease in the

levels of reduced or total antioxidants (GSH) in the rat when evaluated within a few hours after the last exposure (NTP 2008)[924].

In addition, there is overwhelming evidence that these 7 carcinogens are mutagenic, clastogenic, and genotoxic. Increased frequencies of gene mutations, chromosomal damage, sister chromatid exchange, and unscheduled DNA synthesis have been observed in a wide variety of cell types, in assays with human cells. Thus, there are no *qualitative* differences in genotoxicity or metabolism of certain carcinogens between humans and laboratory animals, and there is no reason to believe that humans would respond qualitatively differently to these carcinogens from animals. Taken together, these 7 carcinogens exhibit all 10 out of the 10 key characteristics of a carcinogen. These 7 carcinogens can increase the risk of liver and bile duct cancer via all 10 key characteristics and, so I assigned great weight to this factor in my analysis.

### 7. Coherence:

The cancers induced by these carcinogens are consistent with the generally known facts and biology of cancer. The natural history and biology of cancer tells us that cancer initiation and promotion result from exposure to chemicals (such as these 7 carcinogens) that can be metabolically activated to electrophiles, are genotoxic, induce genomic instability, alter DNA repair, induce epigenetic alterations, cause oxidative stress and chronic inflammation, are immunosuppressive, cause immortalization and alter cell proliferation, cell death and nutrient supply (key characteristics of carcinogens). Thus, together, the 7 carcinogens exhibit all 10 key characteristics of carcinogens. As such, I assigned this factor significant weight in my causal analysis.

**8.   Experiment:**

As these 7 chemicals are known carcinogens, it would be unethical to conduct human RCTs, so there is no experimental human data.  As such, these 7 carcinogens have been largely tested in animal models, and human tissues and cells which in concert with the human studies all of which support a finding of causation between these 7 carcinogens and human cancer. While I would normally give significant weight to RCTs, because of the impossibilities in conducting RCTs in humans on these 7 carcinogens, I attribute less weight to this factor, even though non-human models and human *in vitro* studies provide significant support.

**9.   Analogy:**

These 7 carcinogens are known to display extremely high carcinogenic potency. TCE, formaldehyde, arsenic, and hexavalent chromium have been classified by IARC as Group 1; "human carcinogens". PCE, 1,1,1-trichloroethane, and styrene have been classified by IARC as Group 2A; "probable human carcinogens". This lends support to a causal relationship between exposure to these 7 carcinogens and human cancer.  I assigned moderate weight to this factor.

**Conclusion:**

It is my opinion, stated with a reasonable degree of medical and scientific certainty, based on a totality of the evidence, which include occupational studies, animal cancer studies, human and animal tissue & cells mechanistic studies, that these carcinogens increase the risk of and therefore cause liver and bile duct cancers. Specifically, it is my opinion that exposures to TCE, formaldehyde, PCE, 1,1,1-trichloroethane, hexavalent chromium, styrene and arsenic by any route of exposure (or by inhalation), can cause or contribute to the development of liver and bile duct cancers. All 7 carcinogens can initiate or act as tumor promoters via the first 4 key characteristics (e.g. genotoxicity) to initiate liver and bile duct cancers and the remainder of the 6 key

characteristics can act as tumor-promoters for liver and bile duct cancers[32,33].

## Cancer Type #7 – Lung Cancer

**1. Strength of association / Statistical significance.**

Since there are no human RCTs with any of these 7 carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-trichloroethane, and styrene), I looked to occupational studies that, ideally, quantified the amount of carcinogen in which the cohort or study subject were exposed. Studies in Taiwan and Argentina suggest that ingestion of arsenic from drinking water results in increased risks of lung cancer[437]. SMRs were calculated for the years 1989 to 1993 and increased mortality was found for lung cancer[437]. A correlation was found between arsenic level in well water and age-adjusted mortality from malignant neoplasms[434]. All studies found elevated risk of lung cancer mortality associated with levels of arsenic or surrogate measurments in drinking-water.

Marshall et al (2007) documented a fifty-year study of lung cancer mortality in Chile related to arsenic in drinking water[438]. Lung cancer mortality rate ratios for region II compared with region V started to increase about 10 years after high arsenic exposures commenced and continued to rise until peaking in 1986-1997[438]. The peak lung cancer mortality RRs were 3.61 (95% CI = 3.13 to 4.16) for men and 3.26 (95% CI = 2.50 to 4.23) for women. These findings demonstrate that ingestion of inorganic arsenic can cause lung cancer[437]. Inhalation of high levels of airborne inorganic arsenic is a recognized cause of respiratory (e.g., lung) cancer[443]. In follow-up studies by Hopenhayn-Rich (1998), lung cancer mortality was associated with arsenic in drinking water in Córdoba, Argentina[440]. These studies increasing trends for lung cancer mortality

with arsenic exposure, with the following SMR, for lung cancer, 0.92, 1.54, 1.77 and 1.24, 1.34, 2.16[440]. Arsenic in drinking water stimulated lung cancer mortality[437]. Smith et al (1998) found an elevated SMR of approximately 3 for lung cancer for both sexes using the national rate as standard.

Significant increases in lung cancer mortality were associated with increasing exposure to arsenic[440]. Smith et al (2006) found an elevated lung cancer mortality (RR, 7.0; 95% CI: 5.4–8.9) among the 30-49-year-old residents of Antofagasta and Mejillones born in the period 1950–57, just before the period of exposure to high arsenic levels (1958–70)[450]. A significant association with arsenic levels in well water was observed for cancers of the lung in both males and females[455]. Garcia-Esquinas et al (2013) also evaluated the association between baseline arsenic exposure and cancer mortality in 3,932 Native Americans, 45 to 74 years of age, from Arizona, Oklahoma, and North/South Dakota who participated in the Strong Heart Study from 1989 to 1991 and were followed through 2008[1018]. Low to moderate exposure to arsenic was prospectively associated with increased mortality for cancers of the lung[1018].

Hexavalent chromium can induce human lung cancer[555]. In a study by Sorahan et al (1987), which investigated the mortality experienced by a cohort of 2,689 nickel/chromium platers between 1946 and 1983, significant positive associations were found between cancers of the lung and bronchus and duration of chrome bath work[576]. Almost all of the studies of the relative risk estimates for lung cancer from exposure to hexavalent chromium are greater than 1.0[421]. Among chromate production workers, essentially all studies showed excess risks of lung cancer. Accordingly, the large majority of informative cohort studies indicate that there is an excess risk of lung cancer among workers exposed to Cr(VI), particularly in chromate production, chromate pigment production, and chromium electroplating. A meta-analysis estimated an overall SMR of

1.41 (95%CI: 1.35–1.47) for lung cancer among 47 studies of workers with possible Cr(VI) exposure[579]. These results show that exposure to Cr(VI) increases the risks of lung cancer.

Styrene exposure accelerated time to lung cancer death by 2.29 years (95% confidence interval: 1.53, 2.94) in the plastics boatbuilding industry[1037]. An increase in cancers of the trachea, bronchus and lung was identified in the styrene rubber production industry[1038]. Formaldehyde exposure significantly elevated the lung cancer risk especially in formaldehyde industries[1039]. Formaldehyde significantly increased the risk for lung cancer as a function of cumulative exposure when workers with higher levels of exposure are compared with those with little or no exposure while also considering the length of exposure[1040].

Trichloroethylene (TCE), arsenic, tetrachloroethylene (PCE), hexavalent chromium, formaldehyde, 1,1,1-trichloroethane, and styrene can act to initiate and promote lung cancer via the 10 key characteristics of carcinogens[32,33]: these 7 carcinogens can act in concert as an electrophile or can be metabolically activated to an electrophile, are genotoxic, alter DNA repair or cause genomic instability, induce epigenetic alterations, induce oxidative stress, induce chronic inflammation, are immunosuppressive, can modulate receptor-mediated effects, and alter cell proliferation, cell death, or nutrient supply (see Bioplausibility section). Importantly, Trichloroethylene (TCE), arsenic, tetrachloroethylene (PCE), hexavalent chromium, formaldehyde, 1,1,1-trichloroethane, and styrene are all genotoxic and consequently, there is no threshold or safe exposure level via inhalation of these 7 carcinogens.

In summary, exposure to the 5 human carcinogens TCE, arsenic, hexavalent chromium, formaldehyde and styrene strongly supports this Bradford Hill (BH) criterion of causation given the statistically significant increase of lung cancer incidence. When this evidence of this criterion

is present, I placed significant weight on this criterion, as statistically significant findings of increasing risk strengthens casual association.

2. **Consistency of the association:**

Given the lack of RCTs and incidental human exposure studies that quantify the exposure to these 7 carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-trichloroethane, and styrene), I thought it would be instructive to examine the consistency of the association between exposure to these carcinogens and the development of lung cancer in animals. Many animal studies have demonstrated that these carcinogens can induce lung cancer in animals.

For example, TCE induces lung tumors in B6C3F1 and Swiss mice. Alveolar/bronchiolar adenomas were also induced by TCE inhalation exposure in mice (Fukuda, et al., 1983; Maltoni, et al., 1988). Additionally, TCE causes lung tumors (e.g., adenomas and adenocarcinomas) in mice. TCE also induced metastases of adenocarcinoma to the lung and lymph nodes. The transformation of adenomas into adenocarcinomas could also be promoted by TCE exposure. TCE demonstrates carcinogenic activity in different strains of mice by different exposure routes. The average number of lung tumors per mouse in mice exposed to 150 ppm or 450 ppm was more than 3-fold the incidence in control mice[196]. This two-year inhalation study by Fukuda et al 1983 showed that TCE concentrations which caused a significant increase of lung adenocarcinomas in mice[196]. In one study in female mice treated by inhalation, there was an TCE-induced increase in the incidence of lung adenocarcinoma. In two other studies of exposure by inhalation, there was a TCE-induced increase in the incidence of pulmonary tumors (mainly adenomas) in male Swiss mice and in female B6C3F$_1$ mice. In one study in B6C3F$_1$ mice treated by gavage, there was also a TCE-induced increase in the incidence of bronchioloalveolar adenoma in females.

The oral administration of sodium arsenate in drinking water for 18 months increased lung tumor multiplicity (e.g., number of tumors) and lung tumor size in male strain A/J mice[418]. Increases in both lung tumor number and lung tumor size was observed in iAs(V)-exposed mice compared to the control. Thus, exposure to arsenic increased lung tumor incidence and multiplicity in A/J mice. Calcium arsenate is tumorigenic to the lungs of Syrian golden hamsters[429]. Pulmonary administration of arsenic trioxide and/or benzo[a]pyrene caused carcinomas of the respiratory tract in hamsters[430]. Intratracheal instillations of calcium arsenite increased the incidence of respiratory tract carcinoma and combined adenoma, papilloma and adenomatoid lesion formation in male Syrian Hamsters[430]. Furthermore, there was some evidence of a positive interaction between arsenic and BP in relation to adenomatous lung tumors, which could be important for the synergism between arsenic and other carcinogens[430]. Arsenic can act as a pro-metastatic carcinogen in a lung metastasis model by promoting tumor cell-platelet aggregation[1041].

Calcium chromate induced lung tumors in mice (males and females combined) when given by inhalation[558]. In rats, calcium chromate caused lung tumors (adenoma, squamous cell carcinoma, or adenocarcinoma) when given by intratracheal administration or intrabronchial administration and bronchial (carcinomas or squamous cell carcinomas) when administered by intrabronchial administration[560-565]. Animal studies have demonstrated tha inhalation of calcium chromate (in mice) and sodium dichromate (in rats) caused lung cancer. Calcium chromate and sodium dichromate administered by intratracheal instillation caused lung cancer in rats. Intratracheal administration of calcium chromate, zinc chromate, and strontium chromate caused lung cancer in rats. In rats, zinc chromates caused bronchial carcinomas when administered by intrabronchial implantation, and local tumors when given intrapleurally, subcutaneously or

intramuscularly[560,562]. Strontium chromate also caused bronchial carcinomas (intrabronchial implantation administration).

Sodium dichromate (when given by inhalation or intratracheal administration) caused lung tumors, both benign and malignant, in rats[561,569].  In studies by Steinhoff et al (1986), solutions of sodium dichromate were administered to Sprague Dawley rats by intratracheal instillations over a period of 30 months[561]. Fourteen rats given 1.25 mg/kg sodium dichromate developed a total of 20 lung tumors (12 benign, 8 malignant). A low incidence of lung adenocarcinomas was induced after inhalation of chromium trioxide, and lung tumors were observed in rats exposed by intrabronchial administration[560,571]. Studies by Adachi et al (1986) determined that chromic acid in mice induced lung adenomas and adenocarcinomas were observed in mice exposed to chromic acid mist suggested[571].

Styrene significantly increased incidence of adenocarcinoma of the lung in female mice in mice[821]. Additionally, exposure to styrene significantly increased the incidence of bronchioloalveolar adenoma, and of bronchioloalveolar adenoma or carcinoma (combined) in male and female CD-1 mice in one study by inhalation; another result of this study was that exposure to styrene significantly increased the incidence of bronchioloalveolar carcinoma in mice.

Thus, exposure each of these carcinogens (TCE, arsenic, chromate, and styrene) strongly supports this BH criterion of causation given the statistically significant increase of lung cancer incidence. These carcinogens cause cancer via exposure from various routes of administration, such as inhalation, oral, intratracheal, and intrabronchial injection. The epidemiology studies together with the consistent association between carcinogen exposure and lung cancer, studied by

several researchers using different study designs over several decades is significant and gives strong support in favor of a causal association.

3. **Specificity of the association:**

Most carcinogens cause more than one type of cancer.  Thus, this factor is much less relevant when answering the question of whether exposure to these carcinogens cause human cancer. Exposure to these carcinogens has been shown to cause various cancers, including kidney, breast, thyroid, liver, bile duct, stomach, colorectal/intestine/anal, pancreatic, esophagus, bladder, prostate, blood, testicular, brain, and lung.  As such, this BH criterion is less relevant for cancer causation analysis.  Because of this, I gave this factor little weight in my causal analysis.

4. **Temporality:**

This factor is important in the causal analysis. In any study of scientific value, to answer the question of whether exposure to these carcinogens causes human cancer, the exposure to these carcinogens must come before the diagnosis of clinical cancer. In the studies relied upon, whether animal or human, the exposure to these carcinogens came before the diagnosis of cancer, so this criterion is satisfied.

5. **Biologic gradient/Dose-Response**:

The cancer studies show a strong dose-response association between exposure to these carcinogens and lung cancer. Increasing the dose of the carcinogens increases the risk of lung cancer.  Using data from smelter workers exposed to arsenic in Tacoma, Washington, Enterline et al (1987) modelled the relationship between lung cancer risk and airborne arsenic exposure using power functions. The study found that the airborne concentrations of arsenic exhibited a linear dose-response[442]. Analyses revealed a significant, linear increase in the excess relative risk of

respiratory cancer with increasing exposure to inhaled airborne arsenic[444]. Within categories of arsenic concentration, the association between respiratory cancer and cumulative arsenic exposure was linear[443]. The slope of the linear relationship with cumulative exposure increased with increasing arsenic concentration category. Moreover, slope of the relationship increased with the average concentration at which exposure had taken place, that is, the effect of a particular cumulative exposure was greater if received at a faster rate[443]. Wu et al (1989) studied the arsenic levels in well water determined in 1964-1966 in 42 villages of the study area. Mortality and population data during 1973-1986 were obtained from the local household registration offices and Taiwan Provincial Department of Health[446]. A significant dose-response relationship was observed between arsenic levels in well water and lung cancers in both males and females[446].

In a cohort from southwestern Taiwan, there was a dose-response relationship between the duration of consumption of artesian well water containing high levels of arsenic and lung cancer mortality risk, showing the highest age-and gender-adjusted odds ratio among those who consumed artesian well water for more than 40 years compared with those who never consumed artesian well water[451]. To elucidate the dose-response relationship between ingested inorganic arsenic and cancers, Chiou et al (1995) studied a total of 263 patients with blackfoot disease and 2293 healthy residents in the endemic area of arseniasis and followed up for 7 years. A dose-response relationship was observed between the long-term arsenic exposure from drinking artesian well water and the incidence of lung cancer, after adjustment for age, sex, and cigarette smoking[452]. Styrene-7,8-oxide exhibits a dose-dependent increase of both 7-alkylguanine adducts and SSBs in DNA in human embryonic lung cells[855].

Using several methodological approaches and comparison populations including direct and indirect standardization of rates, all studies reported significant dose-response relationships

427

between the level of arsenic in drinking-water and the risk for cancer mortality. Arsenic is a strong dose-dependent mutagen[475]. Arsenic-induced hypermethylation showed a dose-response relationship[102]. Arsenic induced a dose-dependent decrease in the ratio of CD4[+]-CD8[+] T-cells was observed along with a pro-inflammatory response and redox imbalance[528]. Styrene-7,8-oxide exhibits a dose-dependent increase of both 7-alkylguanine adducts and single-strand breaks (SSBs) in DNA in human embryonic lung cells[855]. Styrene vapor for 8 hours also decreased the concentration of the antioxidant GSH as well as GST, superoxide dismutase (SOD), and catalase activities in a dose-dependent manner, while increasing MDA and carbonyl compounds derived from protein peroxidation, markers of oxidative damage[887]. Styrene induces a dose-dependent decrease in the percentage of large granular lymphocytes[929]. Styrene treatment of polymorphonuclear leukocytes isolated from healthy unexposed controls decreased chemotaxis in a dose-dependent manner following a chemotactic stimulus[946].

6. **Bio Plausibility:**

As set forth in detail in the Key Characteristics section of this report, there are up to 10 clear biologically plausible mechanisms for these 7 carcinogens to cause cancer, including human lung cancer. *TCE exhibits 7 of the 10 key characteristics of carcinogens*: TCE is genotoxic, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *Formaldehyde exhibits 7 of the 10 key characteristics of carcinogens*: formaldehyde is genotoxic, alters DNA repair or cause genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, and alters cell proliferation, cell death, or nutrient supply. *Arsenic exhibits 8 of 10 key characteristics of carcinogens:* arsenic is genotoxic, alters DNA repair or causes genomic instability, induces

epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces immortalization and alters cell proliferation, cell death, or nutrient supply. *Hexavalent Chromium exhibits 8 of the 10 key characteristics of carcinogens*: hexavalent chromium is genotoxic, alters DNA repair or cause genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *PCE exhibits 7 of the 10 key characteristics of carcinogens*: PCE is genotoxic, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *1,1,1-Trichloroethane exhibits 4 of the 10 key characteristics of carcinogens*: 1,1,1-Trichloroethane is genotoxic, stimulates chronic inflammation, is immunosuppressive, and induces cell immortalization. *Styrene exhibits 7 of the 10 key characteristics of carcinogens*: styrene can act as an electrophile or be metabolically activated to an electrophile, is genotoxic, induces oxidative stress, induces chronic inflammation, is immunosuppressive, can modulate receptor-mediated effects, and alters cell proliferation, cell death, or nutrient supply.

Histopathological analyses showed inflammation (e.g., lymphocyte infiltration) in the lungs of mice exposed to TCE [278]. Additionally, formaldehyde induced genotoxicity (e.g., both MN and SCE) after treatment of lung epithelial cells[376]. SCEs were induced in A549 human lung cells with formaldehyde[377]. Formaldehyde also induces oxidative damage and an increase in inflammatory cells in the lung[393].

Arsenic induces genotoxicity (e.g. DNA SSBs) in the lung[473]. Hexavalent chromium disrupts DNA repair in human lung cells[603,612]. Cr(VI) induced epigenetic alterations in lung cancer, including histone modifications and miRNAs[616]. Chromate exposure can induce hypermethylation

in lung cancer as a mechanism of chromate-induced carcinogenesis[622]. Thus, Cr(VI) can induce epigenetic alterations via various mechanisms. Single exposure to Cr(VI) resulted in inflammation of lung tissue that persisted for up to 21 days[577]. Hexavalent chromium induces cell transformation in human lung epithelial cells[656].

PCE induces oxidative stress in human lung cancer cells via higher levels of lipid peroxidation[307]. PCE-induces apoptosis (cell death), including via caspase 3, in human lung cancer cells[307]. Styrene induces DNA SBs in mouse lungs[906]. In several rodent studies, exposure to styrene by inhalation or intraperitoneal injection induces styrene-7,8-oxide–DNA adducts in several tissues (e.g., liver). Styrene can also induce the pro-inflammatory enzyme COX-2, along with lipid mediators (e.g., prostaglandins) in human lung epithelial cells via oxidative stress[921]. In human lung carcinoma cells *in vitro*, styrene induced pro-inflammatory responses. For example, styrene induced an inflammatory response in human lung epithelial cells via oxidative stress and NF-κB activation[919]. Styrene vapor releases proinflammatory molecules (e.g., cytokines), such IL-6 and IL-8, in human A549 lung carcinoma cells[931].

In an *in vitro* lung cell model, styrene can induce inflammation in the lung airways though a mechanism that involves the generation of reactive oxygen species (ROS), oxidative stress (key characteristic #5), and activation of the NF-κB pathway[919-921]. In several studies, styrene induced cell proliferation in the lung of multiple strains of mice[822].

In addition, there is overwhelming evidence that these 7 carcinogens are mutagenic, clastogenic, and genotoxic. Increased frequencies of gene mutations, chromosomal damage, SCE, and unscheduled DNA synthesis have been observed in a wide variety of cell types, in assays with human cells. Thus, there are no *qualitative* differences in genotoxicity or metabolism of certain carcinogens between humans and laboratory animals, and there is no reason to believe that humans

would respond qualitatively differently to these carcinogens from animals. Taken together, these 7 carcinogens exhibit all 10 out of the 10 key characteristics of a carcinogen. These 7 carcinogens can increase the risk of lung cancer via all 10 key characteristics and, so I assigned great weight to this factor in my analysis.

### 7. Coherence:

 The cancers induced by these carcinogens are consistent with the generally known facts and biology of cancer. The natural history and biology of cancer tells us that cancer initiation and promotion result from exposure to chemicals, like these 7 carcinogens, that can be metabolically activated to electrophiles, are genotoxic, induce genomic instability, alter DNA repair, induce epigenetic alterations, oxidative stress and chronic inflammation, are immunosuppressive, cause immortalization and alter cell proliferation, cell death and nutrient supply (key characteristics of carcinogens). Thus, in concert the 7 carcinogens exhibit all 10 key characteristics of carcinogens. As such, I assigned this factor significant weight in my causal analysis.

### 8. Experiment:

 As these 7 chemicals are known carcinogens, it would be unethical toconduct human RCTs, therefore there is no experimental human data.  For this reason, these 7 carcinogens have been largely tested in animal models, and human tissues and cells which, in concert with the human studies, collectively support a finding of causation between these 7 carcinogens and human cancer. While I would normally give significant weight to RCTs, because of the impossibilities in conducting RCTs in humans on these 7 carcinogens, I attribute less weight to this factor, even though non-human models and human *in vitro* studies provide significant support.

### 9. Analogy:

 These 7 carcinogens are known to display extremely high carcinogenic potency. TCE,

formaldehyde, arsenic, and hexavalent chromium have been classified by IARC as Group 1; "human carcinogens". PCE, 1,1,1-trichloroethane, and styrene have been classified by IARC as Group 2A; "probable human carcinogens". This lends support to a causal relationship between exposure to these 7 carcinogens and human cancer.  I assigned moderate weight to this factor.

**Conclusion:**

It is my opinion, stated with a reasonable degree of medical and scientific certainty, based on a totality of the evidence, which include occupational studies, animal cancer studies, human and animal tissue & cells mechanistic studies, that these carcinogens increase the risk of and therefore cause lung cancers. Specifically, it is my opinion that exposures to TCE, formaldehyde, PCE, 1,1,1-trichloroethane, hexavalent chromium, styrene and arsenic by any route of exposure (or by inhalation), can cause or contribute to the development of lung cancers. All 7 carcinogens can initiate or act as tumor promoters via the first 4 key characteristics (e.g. genotoxicity) to initiate lung cancers and the remainder of the 6 key characteristics can act as tumor-promoters for lung cancers[32,33].

## Cancer Type #8 – Testicular Cancer

**1. Strength of association / Statistical significance.**

Since there are no human RCTs with any of these 7 carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-trichloroethane, and styrene), I looked to occupational studies that ideally quantified the amount of carcinogen in which the cohort or study subject were exposed.  TCE and PCE both cause several types of cancer including testicular cancer[184,1042]. Hexavalent chromium (Cr(VI)) exposure was related to a higher risk of death owing to testicular and other cancer types in a meta-analysis based on epidemiological cohort studies[966]. The meta-

432

standardized incidence ratios (SIR) of all studies combined was 1.06 (95% CI: 1.04-1.09)[966]. Elevated testicular cancer was observed in a study including mixed solvent exposure, TCE and PCE[1043]. Seventeen testicular or other male genital cancer deaths were observed, yielding a significantly elevated SMR of 1.86 (95% CI = 1.08–2.98)[1043]. The numbers of deaths due to testicular among workers with exposure to TCE, PCE, or chromates were too small for meaningful interpretation[1043].

Trichloroethylene (TCE), arsenic, tetrachloroethylene (PCE), hexavalent chromium, formaldehyde, 1,1,1-trichloroethane, and styrene can act to initiate and promote testicular cancer via the 10 key characteristics of carcinogens[32,33]: these 7 carcinogens can act in concert as an electrophile or can be metabolically activated to an electrophile, are genotoxic, alter DNA repair or cause genomic instability, induce epigenetic alterations, induce oxidative stress, induce chronic inflammation, are immunosuppressive, can modulate receptor-mediated effects, and alter cell proliferation, cell death, or nutrient supply (see Bioplausibility section). Importantly, Trichloroethylene (TCE), arsenic, tetrachloroethylene (PCE), hexavalent chromium, formaldehyde, 1,1,1-trichloroethane, and styrene are all genotoxic and consequently, there is no threshold or safe exposure level via inhalation of these 7 carcinogens.

In summary, exposure to the TCE, PCE, and hexavalent chromium provide some support for this Bradford Hill (BH) criterion of causation given the increase of testicular cancer incidence. When this evidence of this criterion is present, I placed some weight on this criterion, as statistically significant findings of increasing risk strengthens casual association.

### 2.  Consistency of the association:

Given the lack of RCTs and incidental human exposure studies that quantify the exposure to

these 7 carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-trichloroethane, and styrene), I thought it would be instructive to examine the consistency of the association between exposure to these carcinogens and development of testicular cancer in animals. Several animal studies have demonstrated that these carcinogens can induce testicular cancer in animals.

TCE causes testicular tumors (e.g., interstitial tumors of the testis) and Leydig cell tumors[201]. Inhalation of TCE results in testicular (e.g., Leydig cell tumors) in Sprague-Dawley rats[191]. TCE induced a dose-related increased incidence of Leydig cell tumors in male rats[189]. TCE administered via gavage also increased testicular interstitial cell tumors in Marshall rats (NTP, 1988). PCE also increases the rate of testicular interstitial cell tumors in rats. Arsenic also induces testicular toxicity in animals (e.g. rats)[1044].

Thus, exposure to each of the human carcinogens TCE and PCE strongly supports this Bradford Hill (BH) criterion of causation given the consistent association of testicular cancer incidence. These carcinogens cause cancer via exposure from various routes of administration, such as inhalation and oral. The epidemiology studies together with the consistent association between carcinogen exposure and testicular cancer, studied by several researchers using different study designs over several decades is significant and gives strong support in favor of a causal association.

### 3.  Specificity of the association:

Most carcinogens cause more than one type of cancer.  Thus, this factor is not very relevant when answering the question of whether exposure to these carcinogens cause human cancer. Exposure to these carcinogens has been shown to cause various cancers, including kidney, breast, thyroid, liver, bile duct, stomach, colorectal/intestine/anal, pancreatic, esophagus, bladder,

prostate, blood, testicular, brain, and lung.  As such, this BH criterion is less relevant for cancer

causation analysis.  Because of this, I gave this factor little weight in my causal analysis.

### 4.  Temporality:

This factor is important in the causal analysis. In any study of scientific value, to answer the

question of whether exposure to these carcinogens causes human cancer, the exposure to these

carcinogens must come before the diagnosis of clinical cancer. In the studies relied upon, whether

animal or human, the exposure to these carcinogens came before the diagnosis of cancer, so this

criterion is satisfied.

### 5.      Biologic gradient/Dose-Response:

The cancer studies show a strong dose-response association between exposure to these carcinogens

and lung cancer. Increasing the dose of the carcinogens increases the risk of testicular cancer.

Inflammation, oxidative stress, and angiogenesis can stimulate testicular cancer. Hexavalent

chromium (Cr(VI)) showed a dose-dependent relationships in the blood with increasing levels of

blood Cr, MNF and urinary 8-OHdG[649].  Cr(VI) can stimulate inflammation via DNA damage and

oxidative stress[649]. Arsenic-induced hypermethylation showed a dose-response relationship[102].

Styrene in whole blood lymphocytes *in vitro* stimulated a dose-dependent increase in lipid

peroxidation and depletion of blood lymphocyte glutathione[893]. PCE stimulated pro-inflammatory

mediators (e.g., TNF-alpha and IL-4) in a dose-dependent manner in leukemia cells[772]. Thus, there

mechanisms targeting the key characteristics can stimulate testicular cancer.

### 6.  Bio Plausibility:

As set forth in detail in the Key Characteristics section of this report, there are up to 10 clear

biologically plausible mechanisms for these 7 carcinogens to cause cancer including human kidney

cancer. *TCE exhibits 7 of the 10 key characteristics of carcinogens*: TCE is genotoxic, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *Formaldehyde exhibits 7 of the 10 key characteristics of carcinogens*: formaldehyde is genotoxic, alters DNA repair or cause genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, and alters cell proliferation, cell death, or nutrient supply. *Arsenic exhibits 8 of 10 key characteristics of carcinogens:* arsenic is genotoxic, alters DNA repair or causes genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces immortalization and alters cell proliferation, cell death, or nutrient supply. *Hexavalent Chromium exhibits 8 of the 10 key characteristics of carcinogens*: hexavalent chromium is genotoxic, alters DNA repair or causes genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *PCE exhibits 7 of the 10 key characteristics of carcinogens*: PCE is genotoxic, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *1,1,1-Trichloroethane exhibits 4 of the 10 key characteristics of carcinogens*: 1,1,1-Trichloroethane is genotoxic, stimulates chronic inflammation, is immunosuppressive, and induces cell immortalization. *Styrene exhibits 7 of the 10 key characteristics of carcinogens*: styrene can act as an electrophile or be metabolically activated to an electrophile, is genotoxic, induces oxidative stress, induces chronic inflammation, is immunosuppressive, can modulate receptor-mediated effects, and alters cell proliferation, cell death, or nutrient supply.

Low dose exposure to arsenic induces genetic and epigenetic changes in mouse testicular leydig cells[1045]. Chronic exposure to arsenic induce malignant transformation of mammalian cells (key characteristic #9)[1045]. Arsenic induced changes in the DNA fingerprint of both, the restriction enzyme digested DNA (indicating methylation changes) as well as undigested DNA (indicating mutations) from arsenic-treated (low as well as high dose) samples were observed as compared to their controls[1045]. Arsenic compounds also induce apoptosis through caspase pathway activation in testicular tumor cells (key characteristic #10)[1046].

In addition, there is overwhelming evidence that these 7 carcinogens are mutagenic, clastogenic, and genotoxic. Increased frequencies of gene mutations, chromosomal damage, sister chromatid exchange, and unscheduled DNA synthesis have been observed in a wide variety of cell types, in assays with human cells. Thus, there are no *qualitative* differences in genotoxicity or metabolism of certain carcinogens between humans and laboratory animals, and there is no reason to believe that humans would respond qualitatively differently to these carcinogens from animals. Taken together, these 7 carcinogens exhibit all 10 out of the 10 key characteristics of a carcinogen. These 7 carcinogens can increase the risk of testicular cancer via all 10 key characteristics, and so I assigned great weight to this factor in my analysis.

### 7. Coherence:

The cancers induced by these carcinogens are consistent with the generally known facts and biology of cancer. The natural history and biology of cancer tells us that cancer initiation and promotion result from exposure to chemicals, like these 7 carcinogens, that can be metabolically activated to electrophiles; are genotoxic; induce genomic instability; alter DNA repair; induce

epigenetic alterations, oxidative stress and chronic inflammation; are immunosuppressive; cause immortalization and alter cell proliferation, cell death and nutrient supply (key characteristics of carcinogens). Thus, together, these 7 carcinogens exhibit all 10 key characteristics of carcinogens. As such, I assigned this factor significant weight in my causal analysis.

### 8. Experiment:

As these 7 carcinogens are known carcinogens, it would be unethical to conduct human RCTs, so there is no experimental human data. For this reason, these 7 carcinogens have been largely tested in animal models, and human tissues and cells which, in concert with the human studies, supports a finding of causation between these 7 carcinogens and human cancer. While I would normally give significant weight to RCTs, because of the impossibilities in conducting RCTs in humans on these 7 carcinogens, I attribute less weight to this factor, even though non-human models and human *in vitro* studies provide significant support.

### 9. Analogy:

These 7 carcinogens are known to display extremely high carcinogenic potency. TCE, formaldehyde, arsenic, and hexavalent chromium have been classified by IARC as Group 1 "human carcinogens". PCE, 1,1,1-trichloroethane, and styrene have been classified by IARC as Group 2A "probable human carcinogens". This lends support to a causal relationship between exposure to these 7 carcinogens and human cancer.  I assigned moderate weight to this factor.

### Conclusion:

It is my opinion, stated with a reasonable degree of medical and scientific certainty, based on a totality of the evidence, which includes occupational studies, animal cancer studies, human and animal tissue & cells mechanistic studies, that these carcinogens increase the risk of and therefore cause testicular cancer.  Specifically, it is my opinion that exposures to the 7 carcinogens

TCE, arsenic, PCE, hexavalent chromium, formaldehyde, styrene, and 1,1,1-trichloroethane by any route of exposure (or by inhalation), can cause or contribute to the development of testicular cancer. It is also my opinion that increased exposures to these chemicals will cause increased risk of testicular cancer.

## Cancer Type #9 – Anal Cancer

1. **Strength of association / Statistical significance**.

Since there are no human RCTs with any of these 7 carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-trichloroethane, and styrene, I looked to occupational studies that, ideally, quantified the amount of carcinogen in which the cohort or study subject were exposed. The colon and rectum have similarities and are often referred to as colorectal cancers. Colorectal cancer starts in the colon or the rectum. These cancers can also be called colon cancer or rectal cancer, depending on where they start. Colon cancer and rectal cancer are often grouped together because they have many features in common[1047,1048].

A statistically significant excess of colon cancer (PMR = 127) was found after exposure to formaldehyde[333]. Epidemiological studies noted positive associations between PCE exposure and several cancers, including colon/rectal (intestinal)[202,679,686-690]. Ruder et al (1994) reported on a cohort study of dry-cleaning workers (1109 women, 592 men) in the mid-1980s which revealed a significant excess of intestinal cancer (26 deaths, SMR = 1.56, 95% CI = 1.02-2.29)[696]. Women had elevated SMRs for intestinal, cancer mortality[696]. This study confirms the risk of intestinal cancers with PCE in this industry[696].

Ruder et al (2001) reported on an update on a cohort of 1,708 dry-cleaning workers, identified from union records, who were exposed to PCE for at least 1 year before 1960[697]. The

cohort had excess cancer mortality (271 deaths, SMR 1.25, 95% CI 1.11-1.41)[697]. PCE induced elevated SMRs for intestinal cancer[697].

Trichloroethylene (TCE), arsenic, tetrachloroethylene (PCE), hexavalent chromium, formaldehyde, 1,1,1-trichloroethane, and styrene can act to initiate and promote anal cancer via the 10 key characteristics of carcinogens[32,33]: these 7 carcinogens can act in concert as an electrophile or can be metabolically activated to an electrophile, are genotoxic, alter DNA repair or cause genomic instability, induce epigenetic alterations, induce oxidative stress, induce chronic inflammation, are immunosuppressive, can modulate receptor-mediated effects, and alter cell proliferation, cell death, or nutrient supply (see Bioplausibility section). Importantly, Trichloroethylene (TCE), arsenic, tetrachloroethylene (PCE), hexavalent chromium, formaldehyde, 1,1,1-trichloroethane, and styrene are all genotoxic and consequently, there is no threshold or safe exposure level via inhalation of these 7 carcinogens.

In summary, exposure to the carcinogen PCE supports this Bradford Hill (BH) criterion of causation given the statistically significant increase of colorectal cancer incidence. When this evidence of this criterion is present, I placed significant weight on this criterion, as statistically significant findings of increasing risk strengthens casual association.

### 2.  Consistency of the association:

Given the lack of RCTs and incidental human exposure studies that quantify the exposure to these 7 carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-trichloroethane, and styrene), I thought it would be instructive to examine the consistency of the association between exposure to these carcinogens and development of intestinal/anal cancer in

440

animals. Many animal studies have demonstrated that these carcinogens can induce intestinal (e.g., anal) cancer in animals.

Formaldehyde induces concentration-related increases in squamous cell carcinomas (SCCs) in rats[324]. There are readily available animal models for anal cancer. Thus, exposure each of human carcinogens such as formaldehyde supports this BH criterion of causation given the increase of cancer incidence. The epidemiology studies together with the consistent association between carcinogen exposure and cancer, studied by several researchers using different study designs over several decades is significant and gives moderate support in favor of a causal association.

### 3. Specificity of the association:

Most carcinogens cause more than one type of cancer.  Thus, this factor is much less relevant when answering the question of whether exposure to these carcinogens cause human cancer. Exposure to these carcinogens has been shown to cause various cancers, including kidney, breast, thyroid, liver, bile duct, stomach, colorectal/intestine/anal, pancreatic, esophagus, bladder, prostate, blood, testicular, brain, and lung.  As such, this BH criterion is less relevant for cancer causation analysis.  Because of this, I gave this factor little weight in my causal analysis.

### 4. Temporality:

This factor is important in the causal analysis. In any study of scientific value, to answer the question of whether exposure to these carcinogens causes human cancer, the exposure to these carcinogens must come before the diagnosis of clinical cancer. In the studies relied upon, whether animal or human, the exposure to these carcinogens came before the diagnosis of cancer, so this criterion is satisfied.

5. **Biologic Gradient/Dose-Response:**

The cancer studies show a strong dose-response association between exposure to these carcinogens and colorectal cancer (e.g. anal cancer). Increasing the dose of the carcinogens increases the risk of cancer. In mice, sodium dichromate dihydrate significantly increased tumors (adenomas or carcinomas) of the small intestine (duodenum, jejunum, or ileum) in the two-highest dose groups of males (85.7 and 257.4 mg/L) and females (172 and 516 mg/L). Dose–response relationships were observed in both sexes (NTP 2008). There was clear evidence of carcinogenic activity of sodium dichromate dihydrate in male and female B6C3F1 mice based on increased incidences of neoplasms of the small intestine (duodenum, jejunum, or ileum)[568].

Inflammation, oxidative stress, and angiogenesis can stimulate colorectal cancer. Hexavalent chromium (Cr(VI)) showed a dose-dependent relationships in the blood with increasing levels of blood Cr, MNF and urinary 8-OHdG[649].  Cr(VI) can stimulate inflammation via DNA damage and oxidative stress[649]. Arsenic-induced hypermethylation showed a dose-response relationship[102]. Styrene in whole blood lymphocytes *in vitro* stimulated a dose-dependent increase in lipid peroxidation and depletion of blood lymphocyte glutathione[893]. PCE stimulated pro-inflammatory mediators (e.g., TNF-alpha and IL-4) in a dose-dependent manner in leukemia cells[772]. Thus, there mechanisms targeting the key characteristics can stimulate anal cancer.

6. **Bio Plausibility**

As set forth in detail in the Key Characteristics section of this report, there are up to 10 clear biologically plausible mechanisms for these 7 carcinogens to cause cancer including human kidney cancer. *TCE exhibits 7 of the 10 key characteristics of carcinogens*: TCE is genotoxic, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is

immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *Formaldehyde exhibits 7 of the 10 key characteristics of carcinogens*: formaldehyde is genotoxic, alters DNA repair or causes genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, and alters cell proliferation, cell death, or nutrient supply. *Arsenic exhibits 8 of 10 key characteristics of carcinogens:* arsenic is genotoxic, alters DNA repair or causes genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces immortalization and alters cell proliferation, cell death, or nutrient supply. *Hexavalent Chromium exhibits 8 of the 10 key characteristics of carcinogens*: hexavalent chromium is genotoxic, alters DNA repair or cause genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *PCE exhibits 7 of the 10 key characteristics of carcinogens*: PCE is genotoxic, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *1,1,1-Trichloroethane exhibits 4 of the 10 key characteristics of carcinogens*: 1,1,1-Trichloroethane is genotoxic, stimulates chronic inflammation, is immunosuppressive, and induces cell immortalization. *Styrene exhibits 7 of the 10 key characteristics of carcinogens*: styrene can act as an electrophile or be metabolically activated to an electrophile, is genotoxic, induces oxidative stress, induces chronic inflammation, is immunosuppressive, can modulate receptor-mediated effects, and alters cell proliferation, cell death, or nutrient supply. In addition, there is overwhelming evidence that these 7 carcinogens are mutagenic, clastogenic, and genotoxic. Increased frequencies of gene mutations, chromosomal damage, sister chromatid exchange, and

unscheduled DNA synthesis have been observed in a wide variety of cell types, in assays with human cells. Thus, there are no *qualitative* differences in genotoxicity or metabolism of certain carcinogens between humans and laboratory animals, and there is no reason to believe that humans would respond qualitatively differently to these carcinogens from animals.

Taken together, these 7 carcinogens exhibit all 10 out of the 10 key characteristics of a carcinogen. These 7 carcinogens can increase the risk of anal cancer via all 10 key characteristics and, so I assigned great weight to this factor in my analysis.

### 7. Coherence:

The cancer induced by these carcinogens is consistent with the generally known facts and biology of cancer. The natural history and biology of cancer tells us that cancer initiation and promotion result from exposure to chemicals (like these 7 carcinogens) that can be metabolically activated to electrophiles, are genotoxic, induce genomic instability, alter DNA repair, induce epigenetic alterations, oxidative stress and chronic inflammation, are immunosuppressive, cause immortalization and alter cell proliferation, cell death and nutrient supply (key characteristics of carcinogens). Thus, together, the 7 carcinogens exhibit all 10 key characteristics of carcinogens. As such, I assigned this factor significant weight in my causal analysis.

### 8. Experiment:

As these 7 carcinogens are known carcinogens, it would be unethical to conduct human RCTs, therefore there is no experimental human data.  For this reason, these 7 carcinogens have been largely tested in animal models, and in human tissues and cells which, in concert with the human epidemiological studies, support a finding of causation between these 7 carcinogens and human cancer. While I would normally give significant weight to RCTs, because of the impossibilities in

conducting RCTs in humans on these 7 carcinogens, I attribute less weight to this factor, even though non-human models and human *in vitro* studies provide significant support.

**9.  Analogy:**

These 7 carcinogens are known to display extremely high carcinogenic potency. TCE, formaldehyde, arsenic, and hexavalent chromium have been classified by IARC as Group 1 "human carcinogens". PCE, 1,1,1-trichloroethane, and styrene have been classified by IARC as Group 2A "probable human carcinogens". This lends support to a causal relationship between exposure to these 7 carcinogens and human cancer.  I assigned moderate weight to this factor.

**Conclusion:**

It is my opinion, stated with a reasonable degree of medical and scientific certainty, based on a totality of the evidence, which includes occupational studies, animal cancer studies, human and animal tissue & cells mechanistic studies, that these carcinogens increase the risk of and therefore cause anal cancer.  Specifically, it is my opinion that exposures to the 7 carcinogens TCE, arsenic, PCE, hexavalent chromium, formaldehyde, styrene, and 1,1,1-trichloroethane by any route of exposure (or by inhalation), can cause or contribute to the development of anal cancer. It is also my opinion that increased exposures to these chemicals will cause increased risks of anal cancer.

### Cancer Type #10 – Brain Cancer (e.g. glioblastoma)

**1.  Strength of association / Statistical significance**.

Since there are no human RCTs with any of these 7 carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-trichloroethane, and styrene), I looked to occupational studies that ideally quantified the amount of carcinogen in which the cohort or study subject were

exposed. A statistically significant excess of brain and other CNS cancer was noted after exposure to formaldehyde[333]. An increased risk for central nervous system was reported from a cohort study of workers exposed to 1,1,1-trichloroethane in Finland. Workers exposed to 1,1,1-trichloroethane exhibit an increased cancer risk of the central nervous system[699].

Trichloroethylene (TCE), arsenic, tetrachloroethylene (PCE), hexavalent chromium, formaldehyde, 1,1,1-trichloroethane, and styrene can act to initiate and promote brain cancer (e.g. glioblastoma) via the 10 key characteristics of carcinogens[32,33]: these 7 carcinogens can act in concert as an electrophile or can be metabolically activated to an electrophile, are genotoxic, alter DNA repair or cause genomic instability, induce epigenetic alterations, induce oxidative stress, induce chronic inflammation, are immunosuppressive, can modulate receptor-mediated effects, and alter cell proliferation, cell death, or nutrient supply (see Bioplausibility section). Importantly, Trichloroethylene (TCE), arsenic, tetrachloroethylene (PCE), hexavalent chromium, formaldehyde, 1,1,1-trichloroethane, and styrene are all genotoxic and consequently, there is no threshold or safe exposure level via inhalation of these 7 carcinogens.

In summary, exposure to the carcinogens formaldehyde and 1,1,1-trichloroethane strongly supports this Bradford Hill (BH) criterion of causation given the statistically significant increase of brain cancer incidence. When this evidence of this criterion is present, I placed significant weight on this criterion, as statistically significant findings of increasing risk strengthens casual association.

### 2. Consistency of the association:

Given the lack of RCTs and incidental human exposure studies that quantify the exposure to these 7 carcinogens (TCE, formaldehyde, arsenic, hexavalent chromium, PCE, 1,1,1-

trichloroethane, and styrene), I thought it would be instructive to examine the consistency of the association between exposure to these carcinogens and development of brain cancer in animals. Animal studies have demonstrated that these carcinogens can induce brain cancer in animals. For example, PCE causes a rare tumor, glioma, in both sexes, in rats (NTP 1986)[674]. PCE has been associated with cancers of the central nervous system. A positive trend in the incidence of brain glioma was observed with PCE exposure in rats. Gliomas are uncommon in male F344 rats; the historical incidence of these neoplasms in all NTP studies conducted at that time was 16 out of 1,971 (0.8%). Gliomas were also observed in one female in the control group and in two females at the higher dose.

Thus, exposure to PCE provides moderate evidence that supports this BH criterion of causation given the increase of brain cancer incidence. The epidemiology studies together with the consistent association between carcinogen exposure and brain cancer, gives moderate support in favor of a causal association.

### 3. Specificity of the association:

Most carcinogens cause more than one type of cancer.  Thus, this factor is much less relevant when answering the question of whether exposure to these carcinogens cause human cancer. Exposure to these carcinogens has been shown to cause various cancers, including kidney, breast, thyroid, liver, bile duct, stomach, colorectal/intestine/anal, pancreatic, esophagus, bladder, prostate, blood, testicular, brain, and lung.  As such, this BH criterion is less relevant for cancer causation analysis.  Because of this, I gave this factor little weight in my causal analysis.

### 4.   Temporality:

This factor is important in the causal analysis. In any study of scientific value, to answer the question of whether exposure to these carcinogens causes human cancer, the exposure to these carcinogens must come before the diagnosis of clinical cancer. In the studies relied upon, whether animal or human, the exposure to these carcinogens came before the diagnosis of cancer, so this criterion is satisfied.

### 5.   Biologic gradient/Dose-Response:

The cancer studies show a strong dose-response association between exposure to these carcinogens and brain cancer. Increasing the dose of the carcinogens increases the risk of various cancers, such as brain cancer[699,1049].   Inflammation, oxidative stress, and angiogenesis can stimulate brain cancer. Hexavalent chromium (Cr(VI)) showed a dose-dependent relationships in the blood with increasing levels of blood Cr, MNF and urinary 8-OHdG[649].  Cr(VI) can stimulate inflammation via DNA damage and oxidative stress[649]. Arsenic-induced hypermethylation showed a dose-response relationship[102]. Styrene in whole blood lymphocytes *in vitro* stimulated a dose-dependent increase in lipid peroxidation and depletion of blood lymphocyte glutathione[893]. PCE stimulated pro-inflammatory mediators (e.g., TNF-alpha and IL-4) in a dose-dependent manner in leukemia cells[772]. Thus, there mechanisms targeting the key characteristics can stimulate brain cancer, including glioblastoma.

### 6.   Bio Plausibility:

As set forth in detail in the Key Characteristics section of this report, there are up to 10 clear biologically plausible mechanisms for these 7 carcinogens to cause cancer including human kidney cancer. *TCE exhibits 7 of the 10 key characteristics of carcinogens*: TCE is genotoxic, induces

epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *Formaldehyde exhibits 7 of the 10 key characteristics of carcinogens*: formaldehyde is genotoxic, alters DNA repair or cause genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, and alters cell proliferation, cell death, or nutrient supply. *Arsenic exhibits 8 of 10 key characteristics of carcinogens:* arsenic is genotoxic, alters DNA repair or causes genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces immortalization and alters cell proliferation, cell death, or nutrient supply. *Hexavalent Chromium exhibits 8 of the 10 key characteristics of carcinogens*: hexavalent chromium is genotoxic, alters DNA repair or causes genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *PCE exhibits 7 of the 10 key characteristics of carcinogens*: PCE is genotoxic, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply. *1,1,1-Trichloroethane exhibits 4 of the 10 key characteristics of carcinogens*: 1,1,1-Trichloroethane is genotoxic, stimulates chronic inflammation, is immunosuppressive, and induces cell immortalization. *Styrene exhibits 7 of the 10 key characteristics of carcinogens*: styrene can act as an electrophile or be metabolically activated to an electrophile, is genotoxic, induces oxidative stress, induces chronic inflammation, is immunosuppressive, can modulate receptor-mediated effects, and alters cell proliferation, cell death, or nutrient supply.

In addition, there is overwhelming evidence that these 7 carcinogens are mutagenic,

clastogenic, and genotoxic. Increased frequencies of gene mutations, chromosomal damage, sister chromatid exchange, and unscheduled DNA synthesis have been observed in a wide variety of cell types, in assays with human cells. Thus, there are no *qualitative* differences in genotoxicity or metabolism of certain carcinogens between humans and laboratory animals, and there is no reason to believe that humans would respond qualitatively differently to these carcinogens from animals. Taken together, these 7 carcinogens exhibit all 10 out of the 10 key characteristics of a carcinogen. These 7 carcinogens can increase the risk of brain cancer via all 10 key characteristics, and so I assigned great weight to this factor in my analysis.

### 7. Coherence:

The cancers induced by these carcinogens are consistent with the generally known facts and biology of cancer. The natural history and biology of cancer tells us that cancer initiation and promotion result from exposure to chemicals, like these 7 carcinogens, that can be metabolically activated to electrophiles, are genotoxic, induce genomic instability, alter DNA repair, induce epigenetic alterations, lead to oxidative stress and chronic inflammation, are immunosuppressive, cause immortalization and alter cell proliferation, cell death and nutrient supply (key characteristics of carcinogens). Thus, in concert the 7 carcinogens exhibit all 10 key characteristics of carcinogens. As such, I assigned this factor significant weight in my causal analysis.

### 8. Experiment:

As these 7 carcinogens are known carcinogens, it would be unethical to conduct human RCTs,  so there is no experimental human data.  For this reason, these 7 carcinogens have been largely tested in animal models, and human tissues and cells which, in concert with the human studies, support a finding of causation between these 7 carcinogens and human cancer. While I would normally give significant weight to RCTs, because of the impossibilities in conducting RCTs in humans on

these 7 carcinogens, I attribute less weight to this factor, even though non-human models and human *in vitro* studies provide significant support.

### 9. Analogy:

These 7 carcinogens are known to display extremely high carcinogenic potency. TCE, formaldehyde, arsenic, and hexavalent chromium have been classified by IARC as Group 1 "human carcinogens". PCE, 1,1,1-trichloroethane, and styrene have been classified by IARC as Group 2A "probable human carcinogens". This lends support to a causal relationship between exposure to these 7 carcinogens and human cancer.  I assigned moderate weight to this factor.

### Conclusion:

It is my opinion, stated with a reasonable degree of medical and scientific certainty, based on a totality of the evidence, which includes occupational studies, animal cancer studies, human and animal tissue & cells mechanistic studies, that these carcinogens increase the risk of and therefore cause brain cancer such as glioblastoma.  Specifically, it is my opinion that exposures to the 7 carcinogens TCE, arsenic, PCE, hexavalent chromium, formaldehyde, styrene, and 1,1,1-trichloroethane by any route of exposure (or by inhalation), can cause or contribute to the development of brain cancer. It is also my opinion that increased exposures to these chemicals will cause increased risks of brain cancer including glioblastoma.

### Future Risk of Recurrence or Spread

Patients who develop cancers from contaminated valsartan are at risk for cancer spread and recurrence once their cancer is removed by surgery and/or treated with chemotherapy and radiation. Cancer may recur after removal at any time, and most cancer patients die from cancer recurrence or spread (metastasis) of their cancer. Thus, cancer patients exposed will likely require life-long surveillance to monitor for cancer recurrence and spread of their cancer.

There can be a tumor dormancy state with slow growing disease in patients who have their cancer surgically removed. Cancer studies show that malignant cells that disseminate early can reside as single cells or as micro metastatic clusters in the bone marrow[1050,1051]. These disseminated tumor cells lack the ability to colonize or are prevented from colonizing by the environment, resulting in a state of proliferative dormancy[1052].

A clear strategy to detect cancer after cancer surgery is challenging and not always possible. Thus, close lifelong follow-up is recommended for cancer patients exposed to carcinogens such as trichloroethylene, formaldehyde, arsenic, hexavalent chromium, tetrachloroethylene, 1,1,1-trichloroethane, and styrene.

My laboratory and others have demonstrated that cancer treatment is a double-edged sword, as surgery including biopsy, chemotherapy, or radiation can induce tumor-dormancy escape and reduce tumor latency via inflammation and immunosuppression[2,3,10,989,1053-1063]. Even anesthesia during surgery can impair the resolution of inflammation[1064]. My laboratory has demonstrated that chemotherapy-generated cell death can paradoxically promote tumor growth via the release of proinflammatory and proangiogenic molecules including cytokines and lipids (called eicosanoids)[3,10,14]. Cancer surgery can stimulate the metastatic process by inducing tumor

dormancy escape of micro metastatic lesions[2,1065-1067]. Local cancer recurrence following surgery to remove the cancer provides support for tumor dormancy[1065-1067]. In landmark studies from the University of Pittsburgh and MIT, surgery was demonstrated to promote metastasis and dormancy escape, not only from mechanical dissemination of cancer cells, but also by stimulation of chronic inflammation (key characteristic #6) and surgery-associated immunosuppression, resulting in the growth of dormant cancer cells throughout the body[989,1053].

Although chemotherapy increases overall survival in select cancer patients, it may also harbor inherent tumor-promoting activity limiting its effective anti-tumor activity[3,10,14,1068-1070]. While chemotherapy remains a front-line treatment for many cancers, various animal models suggest that chemotherapy may actually stimulate or induce tumor initiation, growth, and metastasis[1069-1078].

For decades, cancer therapy has focused on killing cancer cells to reduce tumor burden. However, in 1956, Révész demonstrated that co-injection of irradiated dead cells with tumor cells dramatically reduced the number of tumor cells needed to cause cancer in rodents[1061], which has been confirmed in multiple tumor models. Thus, cancer therapy may inherently be a double-edged sword as radiation-induced dead tumor cells can promote tumor growth (the Révész Phenomenon)[1061,1079-1082].Thus, cell death can paradoxically promote tumor growth by stimulating the living tumor cells via inflammation[3,1079]. High levels of cell death in tumors of patients with cancer have also been shown to correlate with poor prognosis in several cancer types including colorectal, bladder, breast, head, neck, and lung and may be causatively involved in tumor growth[1083-1091]. Chemotherapy and radiation also activate the cell death marker caspase-3, which is associated with poor patient outcome after chemotherapy[1092,1093]. Carcinogen-induced DNA

mutations in normal cells leads to apoptotic cell death that creates a protumorigenic microenvironment consisting of proinflammatory mediators[11].

Cancer surgery itself places patients at risk for tumor recurrence, as surgery increases the chance of tumor recurrence and cancer spread[345,363-366]. Surgery alone stimulates tumor dormancy escape[345,366]. Surgery can stimulate pro-inflammatory and pro-angiogenic factors that can stimulate dormant tumor cells to escape and form a growing tumor years after the initial primary tumor is removed via surgery[363,367-370]. In an adult model of chronic wounding in zebrafish, wounding with subsequent inflammation leads to a greater incidence of cancers[371]. Surgery creates oxidative stress which can increase the chance of a tumor development [370]. Surgery itself can stimulate tumor growth via inflammation and angiogenesis[372]. Because these carcinogens can stimulate inflammation and surgery can stimulate tumor dormancy escape, patients' exposure to these carcinogens who have surgery can put them at risk for developing primary and secondary cancers.

For similar reasons, continued exposure to trichloroethylene, formaldehyde, arsenic, hexavalent chromium, tetrachloroethylene, 1,1,1-trichloroethane, and styrene can cause an existing cancer to grow, metastasize and otherwise interfere with cancer therapy.  These 7 carcinogens can act as tumor promoters via the ten key characteristics such as inflammation, angiogenesis and oxidative stress which are known to cause tumors to grow and metastasize.

**There is an Increased Risk of a Second Tumor Once Diagnosed With a Primary (First) Tumor**

One of the consequences of being diagnosed with cancer is the increased risk of being diagnosed with a second primary cancer[1094]. This is different from a recurrence or metastasis from the original primary (first) tumor. A second cancer can still be related to the exposure to a

carcinogen identified as causing the primary (first) tumor[1095,1096]. Patients diagnosed with cancer have a permanent increased risk of developing secondary or even more tumors, defined as "tumor(s) distinct from the original tumor"[1097-1100]. Cancer survivors always remain at an increased risk of subsequent malignancies[1101].

A total of 23,580 secondary invasive primary cancers were observed in follow-up among 204,962 cancer patients. Both males and females within the study cohort were found to have a significant excess risk of developing a second cancer relative to the incidence of cancer in the general population[1094]. Cancer surgery itself places cancer patients at risk for tumor recurrence, as surgery in the setting of cancer increases the chance of tumor recurrence and cancer spread[1053,1055,1060,1102,1103] and stimulates tumor dormancy escape[1053,1055]. Surgery can stimulate pro-inflammatory and pro-angiogenic factors that can stimulate dormant tumor cells to escape and form a growing tumor years after the initial primary tumor is removed via surgery[1060,1104-1107].

## CONCLUSIONS

As set forth in my Summary of Expert Opinions based upon the evidence in total, it is my opinion with a reasonable degree of medical and scientific certainty that exposure to these 7 carcinogens (trichloroethylene, formaldehyde, arsenic, hexavalent chromium, tetrachloroethylene, 1,1,1-trichloroethane, and styrene) increases the risk of, has caused and can cause future human cancers, including kidney cancer, breast cancer, blood cancers (e.g., lymphoma, non-Hodgkin's Lymphoma, and leukemia), pancreatic cancer, thyroid cancer, liver & bile duct cancers, lung cancer, testicular cancer, anal cancer, and brain cancer (e.g., glioblastoma).

# References

1    Folkman, J. Angiogenesis: an organizing principle for drug discovery? *Nat Rev Drug Discov* **6**, 273-286, doi:nrd2115 [pii] 10.1038/nrd2115 (2007).

2    Panigrahy, D. *et al.* Preoperative stimulation of resolution and inflammation blockade eradicates micrometastases. *J Clin Invest* **129**, 2964-2979, doi:10.1172/JCI127282 (2019).

3    Sulciner, M. L. *et al.* Resolvins suppress tumor growth and enhance cancer therapy. *J Exp Med* **215**, 115-140, doi:10.1084/jem.20170681 (2018).

4    Kaipainen, A. *et al.* PPARalpha deficiency in inflammatory cells suppresses tumor growth. *PLoS One* **2**, e260, doi:10.1371/journal.pone.0000260 (2007).

5    Panigrahy, D. *et al.* PPARgamma ligands inhibit primary tumor growth and metastasis by inhibiting angiogenesis. *J Clin Invest* **110**, 923-932, doi:10.1172/JCI15634 (2002).

6    Panigrahy, D. *et al.* Epoxyeicosanoids stimulate multiorgan metastasis and tumor dormancy escape in mice. *J Clin Invest* **122**, 178-191, doi:10.1172/JCI58128 58128 [pii] (2012).

7    Panigrahy, D. *et al.* Epoxyeicosanoids promote organ and tissue regeneration. *Proc Natl Acad Sci U S A*, doi:10.1073/pnas.1311565110 (2013).

8    Panigrahy, D. *et al.* PPARalpha agonist fenofibrate suppresses tumor growth through direct and indirect angiogenesis inhibition. *Proc Natl Acad Sci U S A* **105**, 985-990, doi:10.1073/pnas.0711281105 (2008).

9    Panigrahy, D. *et al.* Inhibition of Tumor Angiogenesis by Oral Etoposide. *Experimental and Therapeutic Medicine* **1**, 739-746 (2010).

10   Gartung, A. *et al.* Suppression of chemotherapy-induced cytokine/lipid mediator surge and ovarian cancer by a dual COX-2/sEH inhibitor. *Proc Natl Acad Sci U S A* **116**, 1698-1703, doi:10.1073/pnas.1803999116 (2019).

11   Fishbein, A. *et al.* Resolution of eicosanoid/cytokine storm prevents carcinogen and inflammation-initiated hepatocellular cancer progression. *Proc Natl Acad Sci U S A* **117**, 21576-21587, doi:10.1073/pnas.2007412117 (2020).

12   Deng, J. *et al.* Eicosanoid regulation of debris-stimulated metastasis. *Proc Natl Acad Sci U S A* **118**, doi:10.1073/pnas.2107771118 (2021).

13   Gilligan, M. M. *et al.* Aspirin-triggered proresolving mediators stimulate resolution in cancer. *Proc Natl Acad Sci U S A* **116**, 6292-6297, doi:10.1073/pnas.1804000116 (2019).

14   Chang, J. *et al.* Chemotherapy-generated cell debris stimulates colon carcinoma tumor growth via osteopontin. *FASEB J* **33**, 114-125, doi:10.1096/fj.201800019RR (2019).

15   Panigrahy, D. *et al.* Inflammation resolution: a dual-pronged approach to averting cytokine storms in COVID-19? *Cancer Metastasis Rev* **39**, 337-340, doi:10.1007/s10555-020-09889-4 (2020).

16   Fishbein, A., Hammock, B. D., Serhan, C. N. & Panigrahy, D. Carcinogenesis: Failure of resolution of inflammation? *Pharmacol Ther* **218**, 107670, doi:10.1016/j.pharmthera.2020.107670 (2021).

17   Panigrahy, D., Gilligan, M. M., Serhan, C. N. & Kashfi, K. Resolution of inflammation: An organizing principle in biology and medicine. *Pharmacol Ther*, 107879, doi:10.1016/j.pharmthera.2021.107879 (2021).

18    Sulciner, M. L., Gartung, A., Gilligan, M. M., Serhan, C. N. & Panigrahy, D. Targeting lipid mediators in cancer biology. *Cancer Metastasis Rev* **37**, 557-572, doi:10.1007/s10555-018-9754-9 (2018).

19    Grosse, Y. *et al.* Development of a database on tumors and tumor sites in humans and in experimental animals for 'Group 1 agents identified through volume 109 of the IARC Monographs. *J Toxicol Environ Health B Crit Rev* **22**, 237-243, doi:10.1080/10937404.2019.1642601 (2019).

20    Maronpot, R. R., Flake, G. & Huff, J. Relevance of animal carcinogenesis findings to human cancer predictions and prevention. *Toxicol Pathol* **32 Suppl 1**, 40-48 (2004).

21    Fung, V. A., Barrett, J. C. & Huff, J. The carcinogenesis bioassay in perspective: application in identifying human cancer hazards. *Environ Health Perspect* **103**, 680-683, doi:10.1289/ehp.95103680 (1995).

22    Tomatis, L. *et al.* Avoided and avoidable risks of cancer. *Carcinogenesis* **18**, 97-105 (1997).

23    Tomatis, L., Melnick, R. L., Haseman, J., Barrett, J. C. & Huff, J. Alleged misconceptions' distort perceptions of environmental cancer risks. *FASEB J* **15**, 195-203, doi:10.1096/fj.99-1056com (2001).

24    Cogliano, V. J. Current criteria to establish human carcinogens. *Semin Cancer Biol* **14**, 407-412, doi:10.1016/j.semcancer.2004.06.003 (2004).

25    Cogliano, V. J. *et al.* The science and practice of carcinogen identification and evaluation. *Environ Health Perspect* **112**, 1269-1274 (2004).

26    Luch, A. Nature and nurture - lessons from chemical carcinogenesis. *Nat Rev Cancer* **5**, 113-125, doi:10.1038/nrc1546 (2005).

27    Pitot, H. C. The molecular biology of carcinogenesis. *Cancer* **72**, 962-970, doi:10.1002/1097-0142(19930801)72:3+<962::aid-cncr2820721303>3.0.co;2-h (1993).

28    Folkman, J. Angiogenesis in cancer, vascular, rheumatoid, and other disease. *Nat. Med.* **1**, 27-31 (1995).

29    Coussens, L. M. & Werb, Z. Inflammation and cancer. *Nature* **420**, 860-867 (2002).

30    Enderling, H. Cancer stem cells: small subpopulation or evolving fraction? *Integr Biol (Camb)* **7**, 14-23, doi:10.1039/c4ib00191e (2015).

31    Mulware, S. J. Trace elements and carcinogenicity: a subject in review. *3 Biotech* **3**, 85-96, doi:10.1007/s13205-012-0072-6 (2013).

32    Smith, M. T. *et al.* Key Characteristics of Carcinogens as a Basis for Organizing Data on Mechanisms of Carcinogenesis. *Environ Health Perspect* **124**, 713-721, doi:10.1289/ehp.1509912 (2016).

33    Smith, M. T. *et al.* The Key Characteristics of Carcinogens: Relationship to the Hallmarks of Cancer, Relevant Biomarkers, and Assays to Measure Them. *Cancer Epidemiol Biomarkers Prev*, doi:10.1158/1055-9965.EPI-19-1346 (2020).

34    Hecht, S. S. Research opportunities related to establishing standards for tobacco products under the Family Smoking Prevention and Tobacco Control Act. *Nicotine Tob Res* **14**, 18-28, doi:10.1093/ntr/ntq216 (2012).

35    Nohmi, T. Thresholds of Genotoxic and Non-Genotoxic Carcinogens. *Toxicol Res* **34**, 281-290, doi:10.5487/TR.2018.34.4.281 (2018).

36    Nohmi, T. & Matsumoto, K. Effects of DNA polymerase kappa and mismatch repair on dose-responses of chromosome aberrations induced by three oxidative genotoxins in human cells. *Environ Mol Mutagen* **61**, 193-199, doi:10.1002/em.22315 (2020).

457

37    Mantovani, A., Allavena, P., Sica, A. & Balkwill, F. Cancer-related inflammation. *Nature* **454**, 436-444, doi:10.1038/nature07205 (2008).

38    Twort, C. C. & Twort, J. M. Observations on the Reaction of the Skin to Oils and Tars. *J Hyg (Lond)* **28**, 219-227, doi:10.1017/s0022172400009578 (1928).

39    Yamagiwa, K. & Ichikawa, K. Experimental study of the pathogenesis of carcinoma. *CA Cancer J Clin* **27**, 174-181, doi:10.3322/canjclin.27.3.174 (1977).

40    Nordling, C. O. A new theory on cancer-inducing mechanism. *Br J Cancer* **7**, 68-72 (1953).

41    Armitage, P. & Doll, R. The age distribution of cancer and a multi-stage theory of carcinogenesis. *Br J Cancer* **91**, 1983-1989, doi:10.1038/sj.bjc.6602297 (2004).

42    Muller, H. J. Radiation damage to the genetic material. *Am Sci* **38**, 33-59 (1950).

43    Knudson, A. G., Jr. Mutation and cancer: statistical study of retinoblastoma. *Proc Natl Acad Sci U S A* **68**, 820-823, doi:10.1073/pnas.68.4.820 (1971).

44    Cavenee, W. K. *et al.* Expression of recessive alleles by chromosomal mechanisms in retinoblastoma. *Nature* **305**, 779-784, doi:10.1038/305779a0 (1983).

45    Little, M. P. Are two mutations sufficient to cause cancer? Some generalizations of the two-mutation model of carcinogenesis of Moolgavkar, Venzon, and Knudson, and of the multistage model of Armitage and Doll. *Biometrics* **51**, 1278-1291 (1995).

46    Tan, W. Y. & Yan, X. W. A new stochastic and state space model of human colon cancer incorporating multiple pathways. *Biol Direct* **5**, 26, doi:10.1186/1745-6150-5-26 (2010).

47    Heidenreich, W. F., Luebeck, E. G., Hazelton, W. D., Paretzke, H. G. & Moolgavkar, S. H. Multistage models and the incidence of cancer in the cohort of atomic bomb survivors. *Radiat Res* **158**, 607-614, doi:10.1667/0033-7587(2002)158[0607:mmatio]2.0.co;2 (2002).

48    Wu, S., Zhu, W., Thompson, P. & Hannun, Y. A. Evaluating intrinsic and non-intrinsic cancer risk factors. *Nat Commun* **9**, 3490, doi:10.1038/s41467-018-05467-z (2018).

49    Wu, S., Powers, S., Zhu, W. & Hannun, Y. A. Substantial contribution of extrinsic risk factors to cancer development. *Nature* **529**, 43-47, doi:10.1038/nature16166 (2016).

50    Zhu, W., Wu, S. & Hannun, Y. A. Contributions of the Intrinsic Mutation Process to Cancer Mutation and Risk Burdens. *EBioMedicine* **24**, 5-6, doi:10.1016/j.ebiom.2017.09.026 (2017).

51    Al-Zoughool, M. *et al.* Development of a database on key characteristics of human carcinogens. *J Toxicol Environ Health B Crit Rev* **22**, 264-287, doi:10.1080/10937404.2019.1642593 (2019).

52    Preston, R. J. & Williams, G. M. DNA-reactive carcinogens: mode of action and human cancer hazard. *Crit Rev Toxicol* **35**, 673-683, doi:10.1080/10408440591007278 (2005).

53    Malik, S., Prasad, S., Kishore, S., Kumar, A. & Upadhyay, V. A perspective review on impact and molecular mechanism of environmental carcinogens on human health. *Biotechnol Genet Eng Rev* **37**, 178-207, doi:10.1080/02648725.2021.1991715 (2021).

54    Approaches, G. f. I. G. a. C. I. i. D. S. a. P. R. U.S. Department of Health and Human Services Food and Drug Administration. (2008).

55    Lutz, W. K. Quantitative evaluation of DNA-binding data in vivo for low-dose extrapolations. *Arch Toxicol Suppl* **11**, 66-74, doi:10.1007/978-3-642-72558-6_9 (1987).

56    Benford, D. J. The use of dose-response data in a margin of exposure approach to carcinogenic risk assessment for genotoxic chemicals in food. *Mutagenesis* **31**, 329-331, doi:10.1093/mutage/gev064 (2016).

57    Krewski, D. *et al.* Key characteristics of 86 agents known to cause cancer in humans. *J Toxicol Environ Health B Crit Rev* **22**, 244-263, doi:10.1080/10937404.2019.1643536 (2019).

58    Guyton, K. Z. *et al.* Application of the key characteristics of carcinogens in cancer hazard identification. *Carcinogenesis* **39**, 614-622, doi:10.1093/carcin/bgy031 (2018).

59    Hanahan, D. & Weinberg, R. A. The hallmarks of cancer. *Cell* **100**, 57-70 (2000).

60    Hanahan, D. & Weinberg, R. A. Hallmarks of cancer: the next generation. *Cell* **144**, 646-674, doi:S0092-8674(11)00127-9 [pii]
10.1016/j.cell.2011.02.013 (2011).

61    Schwobel, J. A. *et al.* Measurement and estimation of electrophilic reactivity for predictive toxicology. *Chem Rev* **111**, 2562-2596, doi:10.1021/cr100098n (2011).

62    Schultz, T. W. *et al.* A conceptual framework for predicting the toxicity of reactive chemicals: modeling soft electrophilicity. *SAR QSAR Environ Res* **17**, 413-428, doi:10.1080/10629360600884371 (2006).

63    Mekenyan, O. G., Dimitrov, S. D., Pavlov, T. S. & Veith, G. D. A systematic approach to simulating metabolism in computational toxicology. I. The TIMES heuristic modelling framework. *Curr Pharm Des* **10**, 1273-1293, doi:10.2174/1381612043452596 (2004).

64    McCarthy, T. J., Hayes, E. P., Schwartz, C. S. & Witz, G. The reactivity of selected acrylate esters toward glutathione and deoxyribonucleosides in vitro: structure-activity relationships. *Fundam Appl Toxicol* **22**, 543-548, doi:10.1006/faat.1994.1061 (1994).

65    McCallum, M. M. *et al.* High-throughput identification of promiscuous inhibitors from screening libraries with the use of a thiol-containing fluorescent probe. *J Biomol Screen* **18**, 705-713, doi:10.1177/1087057113476090 (2013).

66    Ehrenberg, L., Granath, F. & Tornqvist, M. Macromolecule adducts as biomarkers of exposure to environmental mutagens in human populations. *Environ Health Perspect* **104 Suppl 3**, 423-428, doi:10.1289/ehp.96104s3423 (1996).

67    Guo, J. *et al.* Targeted and Untargeted Detection of DNA Adducts of Aromatic Amine Carcinogens in Human Bladder by Ultra-Performance Liquid Chromatography-High-Resolution Mass Spectrometry. *Chem Res Toxicol* **31**, 1382-1397, doi:10.1021/acs.chemrestox.8b00268 (2018).

68    Hwa Yun, B., Guo, J., Bellamri, M. & Turesky, R. J. DNA adducts: Formation, biological effects, and new biospecimens for mass spectrometric measurements in humans. *Mass Spectrom Rev* **39**, 55-82, doi:10.1002/mas.21570 (2020).

69    Chang, Y. J., Cooke, M. S., Hu, C. W. & Chao, M. R. Novel approach to integrated DNA adductomics for the assessment of in vitro and in vivo environmental exposures. *Arch Toxicol* **92**, 2665-2680, doi:10.1007/s00204-018-2252-6 (2018).

70    Grigoryan, H. *et al.* Adductomic signatures of benzene exposure provide insights into cancer induction. *Carcinogenesis* **39**, 661-668, doi:10.1093/carcin/bgy042 (2018).

71    Ford, B., Bateman, L. A., Gutierrez-Palominos, L., Park, R. & Nomura, D. K. Mapping Proteome-wide Targets of Glyphosate in Mice. *Cell Chem Biol* **24**, 133-140, doi:10.1016/j.chembiol.2016.12.013 (2017).

72    Poirier, M. C. Chemical-induced DNA damage and human cancer risk. *Discov Med* **14**, 283-288 (2012).

73    Cimino, M. C. Comparative overview of current international strategies and guidelines for genetic toxicology testing for regulatory purposes. *Environ Mol Mutagen* **47**, 362-390, doi:10.1002/em.20216 (2006).

74    Bonassi, S., El-Zein, R., Bolognesi, C. & Fenech, M. Micronuclei frequency in peripheral blood lymphocytes and cancer risk: evidence from human studies. *Mutagenesis* **26**, 93-100, doi:10.1093/mutage/geq075 (2011).

75    Bonassi, S. *et al.* Chromosomal aberration frequency in lymphocytes predicts the risk of cancer: results from a pooled cohort study of 22 358 subjects in 11 countries. *Carcinogenesis* **29**, 1178-1183, doi:10.1093/carcin/bgn075 (2008).

76    Hoeijmakers, J. H. DNA damage, aging, and cancer. *N Engl J Med* **361**, 1475-1485, doi:10.1056/NEJMra0804615 (2009).

77    Ding, L. *et al.* Somatic mutations affect key pathways in lung adenocarcinoma. *Nature* **455**, 1069-1075, doi:10.1038/nature07423 (2008).

78    Snyder, R. D. Possible structural and functional determinants contributing to the clastogenicity of pharmaceuticals. *Environ Mol Mutagen* **51**, 800-814, doi:10.1002/em.20626 (2010).

79    Ross, J. A. & Nesnow, S. Polycyclic aromatic hydrocarbons: correlations between DNA adducts and ras oncogene mutations. *Mutat Res* **424**, 155-166, doi:10.1016/s0027-5107(99)00016-0 (1999).

80    Kriek, E., Rojas, M., Alexandrov, K. & Bartsch, H. Polycyclic aromatic hydrocarbon-DNA adducts in humans: relevance as biomarkers for exposure and cancer risk. *Mutat Res* **400**, 215-231, doi:10.1016/s0027-5107(98)00065-7 (1998).

81    Kidane, D. *et al.* Interplay between DNA repair and inflammation, and the link to cancer. *Crit Rev Biochem Mol Biol* **49**, 116-139, doi:10.3109/10409238.2013.875514 (2014).

82    Sykora, P. *et al.* Next generation high throughput DNA damage detection platform for genotoxic compound screening. *Sci Rep* **8**, 2771, doi:10.1038/s41598-018-20995-w (2018).

83    Spitz, M. R., Wei, Q., Dong, Q., Amos, C. I. & Wu, X. Genetic susceptibility to lung cancer: the role of DNA damage and repair. *Cancer Epidemiol Biomarkers Prev* **12**, 689-698 (2003).

84    Chatterjee, N. & Walker, G. C. Mechanisms of DNA damage, repair, and mutagenesis. *Environ Mol Mutagen* **58**, 235-263, doi:10.1002/em.22087 (2017).

85    Shen, Z. Genomic instability and cancer: an introduction. *J Mol Cell Biol* **3**, 1-3, doi:10.1093/jmcb/mjq057 (2011).

86    Macheret, M. & Halazonetis, T. D. DNA replication stress as a hallmark of cancer. *Annu Rev Pathol* **10**, 425-448, doi:10.1146/annurev-pathol-012414-040424 (2015).

87    Mukherjee, D., Coates, P. J., Lorimore, S. A. & Wright, E. G. Responses to ionizing radiation mediated by inflammatory mechanisms. *J Pathol* **232**, 289-299, doi:10.1002/path.4299 (2014).

88    Fitzgerald, D. M., Hastings, P. J. & Rosenberg, S. M. Stress-Induced Mutagenesis: Implications in Cancer and Drug Resistance. *Annu Rev Cancer Biol* **1**, 119-140, doi:10.1146/annurev-cancerbio-050216-121919 (2017).

89    Compagno, M. *et al.* Phosphatidylinositol 3-kinase delta blockade increases genomic instability in B cells. *Nature* **542**, 489-493, doi:10.1038/nature21406 (2017).

90    Garaycoechea, J. I. *et al.* Alcohol and endogenous aldehydes damage chromosomes and mutate stem cells. *Nature* **553**, 171-177, doi:10.1038/nature25154 (2018).

91    Shimizu, T., Marusawa, H., Endo, Y. & Chiba, T. Inflammation-mediated genomic instability: roles of activation-induced cytidine deaminase in carcinogenesis. *Cancer Sci* **103**, 1201-1206, doi:10.1111/j.1349-7006.2012.02293.x (2012).

92    Loeb, L. A. Human cancers express mutator phenotypes: origin, consequences and targeting. *Nat Rev Cancer* **11**, 450-457, doi:10.1038/nrc3063 (2011).

93    Langie, S. A. *et al.* Causes of genome instability: the effect of low dose chemical exposures in modern society. *Carcinogenesis* **36 Suppl 1**, S61-88, doi:10.1093/carcin/bgv031 (2015).

94    Tan, S. L. W. *et al.* A Class of Environmental and Endogenous Toxins Induces BRCA2 Haploinsufficiency and Genome Instability. *Cell* **169**, 1105-1118 e1115, doi:10.1016/j.cell.2017.05.010 (2017).

95    Glei, M., Schneider, T. & Schlormann, W. Comet assay: an essential tool in toxicological research. *Arch Toxicol* **90**, 2315-2336, doi:10.1007/s00204-016-1767-y (2016).

96    Kanwal, R., Gupta, K. & Gupta, S. Cancer epigenetics: an introduction. *Methods Mol Biol* **1238**, 3-25, doi:10.1007/978-1-4939-1804-1_1 (2015).

97    Feinberg, A. P. The Key Role of Epigenetics in Human Disease Prevention and Mitigation. *N Engl J Med* **378**, 1323-1334, doi:10.1056/NEJMra1402513 (2018).

98    Flavahan, W. A., Gaskell, E. & Bernstein, B. E. Epigenetic plasticity and the hallmarks of cancer. *Science* **357**, doi:10.1126/science.aal2380 (2017).

99    Jones, P. A. & Baylin, S. B. The epigenomics of cancer. *Cell* **128**, 683-692, doi:10.1016/j.cell.2007.01.029 (2007).

100   Timp, W. & Feinberg, A. P. Cancer as a dysregulated epigenome allowing cellular growth advantage at the expense of the host. *Nat Rev Cancer* **13**, 497-510, doi:10.1038/nrc3486 (2013).

101   Okoji, R. S., Yu, R. C., Maronpot, R. R. & Froines, J. R. Sodium arsenite administration via drinking water increases genome-wide and Ha-ras DNA hypomethylation in methyl-deficient C57BL/6J mice. *Carcinogenesis* **23**, 777-785, doi:10.1093/carcin/23.5.777 (2002).

102   Chanda, S. *et al.* DNA hypermethylation of promoter of gene p53 and p16 in arsenic-exposed people with and without malignancy. *Toxicol Sci* **89**, 431-437, doi:10.1093/toxsci/kfj030 (2006).

103   Pujadas, E. & Feinberg, A. P. Regulated noise in the epigenetic landscape of development and disease. *Cell* **148**, 1123-1131, doi:10.1016/j.cell.2012.02.045 (2012).

104   Herceg, Z. *et al.* Towards incorporating epigenetic mechanisms into carcinogen identification and evaluation. *Carcinogenesis* **34**, 1955-1967, doi:10.1093/carcin/bgt212 (2013).

105   Li, M., Huo, X., Davuljigari, C. B., Dai, Q. & Xu, X. MicroRNAs and their role in environmental chemical carcinogenesis. *Environ Geochem Health* **41**, 225-247, doi:10.1007/s10653-018-0179-8 (2019).

106   Sosa, V. *et al.* Oxidative stress and cancer: an overview. *Ageing Res Rev* **12**, 376-390, doi:10.1016/j.arr.2012.10.004 (2013).

107   Klaunig, J. E. & Kamendulis, L. M. The role of oxidative stress in carcinogenesis. *Annu Rev Pharmacol Toxicol* **44**, 239-267, doi:10.1146/annurev.pharmtox.44.101802.121851 (2004).

108   Klaunig, J. E., Wang, Z., Pu, X. & Zhou, S. Oxidative stress and oxidative damage in chemical carcinogenesis. *Toxicol Appl Pharmacol* **254**, 86-99, doi:10.1016/j.taap.2009.11.028 (2011).

109   Canli, O. *et al.* Myeloid Cell-Derived Reactive Oxygen Species Induce Epithelial Mutagenesis. *Cancer Cell* **32**, 869-883 e865, doi:10.1016/j.ccell.2017.11.004 (2017).

110    Berquist, B. R. & Wilson, D. M., 3rd. Pathways for repairing and tolerating the spectrum of oxidative DNA lesions. *Cancer Lett* **327**, 61-72, doi:10.1016/j.canlet.2012.02.001 (2012).

111    Lin, R. *et al.* Chronic inflammation-related DNA damage response: a driving force of gastric cardia carcinogenesis. *Oncotarget* **6**, 2856-2864, doi:10.18632/oncotarget.3091 (2015).

112    Reuter, S., Gupta, S. C., Chaturvedi, M. M. & Aggarwal, B. B. Oxidative stress, inflammation, and cancer: how are they linked? *Free Radic Biol Med* **49**, 1603-1616, doi:10.1016/j.freeradbiomed.2010.09.006 (2010).

113    Lin, E. Y. & Pollard, J. W. Role of infiltrated leucocytes in tumour growth and spread. *Br J Cancer* **90**, 2053-2058 (2004).

114    Meira, L. B. *et al.* DNA damage induced by chronic inflammation contributes to colon carcinogenesis in mice. *J Clin Invest* **118**, 2516-2525, doi:10.1172/JCI35073 (2008).

115    Horn, V. & Triantafyllopoulou, A. DNA damage signaling and polyploid macrophages in chronic inflammation. *Curr Opin Immunol* **50**, 55-63, doi:10.1016/j.coi.2017.11.002 (2018).

116    Kawanishi, S., Ohnishi, S., Ma, N., Hiraku, Y. & Murata, M. Crosstalk between DNA Damage and Inflammation in the Multiple Steps of Carcinogenesis. *Int J Mol Sci* **18**, doi:10.3390/ijms18081808 (2017).

117    Ovrevik, J. *et al.* Triggering Mechanisms and Inflammatory Effects of Combustion Exhaust Particles with Implication for Carcinogenesis. *Basic Clin Pharmacol Toxicol* **121 Suppl 3**, 55-62, doi:10.1111/bcpt.12746 (2017).

118    Westbrook, A. M., Wei, B., Braun, J. & Schiestl, R. H. Intestinal inflammation induces genotoxicity to extraintestinal tissues and cell types in mice. *Int J Cancer* **129**, 1815-1825, doi:10.1002/ijc.26146 (2011).

119    Ohnishi, S. *et al.* DNA damage in inflammation-related carcinogenesis and cancer stem cells. *Oxid Med Cell Longev* **2013**, 387014, doi:10.1155/2013/387014 (2013).

120    Kiraly, O., Gong, G., Olipitz, W., Muthupalani, S. & Engelward, B. P. Inflammation-induced cell proliferation potentiates DNA damage-induced mutations in vivo. *PLoS Genet* **11**, e1004901, doi:10.1371/journal.pgen.1004901 (2015).

121    Bartsch, H. & Nair, J. Chronic inflammation and oxidative stress in the genesis and perpetuation of cancer: role of lipid peroxidation, DNA damage, and repair. *Langenbecks Arch Surg* **391**, 499-510, doi:10.1007/s00423-006-0073-1 (2006).

122    Grisham, M. B., Jourd'heuil, D. & Wink, D. A. Review article: chronic inflammation and reactive oxygen and nitrogen metabolism--implications in DNA damage and mutagenesis. *Aliment Pharmacol Ther* **14 Suppl 1**, 3-9, doi:10.1046/j.1365-2036.2000.014s1003.x (2000).

123    Hasselbalch, H. C. Chronic inflammation as a promotor of mutagenesis in essential thrombocythemia, polycythemia vera and myelofibrosis. A human inflammation model for cancer development? *Leuk Res* **37**, 214-220, doi:10.1016/j.leukres.2012.10.020 (2013).

124    Kawanishi, S., Hiraku, Y., Pinlaor, S. & Ma, N. Oxidative and nitrative DNA damage in animals and patients with inflammatory diseases in relation to inflammation-related carcinogenesis. *Biol Chem* **387**, 365-372, doi:10.1515/BC.2006.049 (2006).

125     Thanan, R. *et al.* Inflammation-related DNA damage and expression of CD133 and Oct3/4 in cholangiocarcinoma patients with poor prognosis. *Free Radic Biol Med* **65**, 1464-1472, doi:10.1016/j.freeradbiomed.2013.07.034 (2013).

126     Cao, C. *et al.* IL-17-Mediated Inflammation Promotes Cigarette Smoke-Induced Genomic Instability. *Cells* **10**, doi:10.3390/cells10051173 (2021).

127     Greene, E. R., Huang, S., Serhan, C. N. & Panigrahy, D. Regulation of inflammation in cancer by eicosanoids. *Prostaglandins Other Lipid Mediat* **96**, 27-36, doi:10.1016/j.prostaglandins.2011.08.004 (2011).

128     Karin, M. & Clevers, H. Reparative inflammation takes charge of tissue regeneration. *Nature* **529**, 307-315, doi:10.1038/nature17039 (2016).

129     Aslan, M. *et al.* Peripheral lymphocyte DNA damage and oxidative stress in patients with ulcerative colitis. *Pol Arch Med Wewn* **121**, 223-229 (2011).

130     Honeycutt, J., Hammam, O., Fu, C. L. & Hsieh, M. H. Controversies and challenges in research on urogenital schistosomiasis-associated bladder cancer. *Trends Parasitol* **30**, 324-332, doi:10.1016/j.pt.2014.05.004 (2014).

131     Aoshiba, K., Tsuji, T., Yamaguchi, K., Itoh, M. & Nakamura, H. The danger signal plus DNA damage two-hit hypothesis for chronic inflammation in COPD. *Eur Respir J* **42**, 1689-1695, doi:10.1183/09031936.00102912 (2013).

132     Mangerich, A. *et al.* Infection-induced colitis in mice causes dynamic and tissue-specific changes in stress response and DNA damage leading to colon cancer. *Proc Natl Acad Sci U S A* **109**, E1820-1829, doi:10.1073/pnas.1207829109 (2012).

133     Ding, N., Maiuri, A. R. & O'Hagan, H. M. The emerging role of epigenetic modifiers in repair of DNA damage associated with chronic inflammatory diseases. *Mutat Res Rev Mutat Res* **780**, 69-81, doi:10.1016/j.mrrev.2017.09.005 (2019).

134     Martin, O. A. *et al.* Systemic DNA damage related to cancer. *Cancer Res* **71**, 3437-3441, doi:10.1158/0008-5472.CAN-10-4579 (2011).

135     Federico, A., Morgillo, F., Tuccillo, C., Ciardiello, F. & Loguercio, C. Chronic inflammation and oxidative stress in human carcinogenesis. *Int J Cancer* **121**, 2381-2386, doi:10.1002/ijc.23192 (2007).

136     Meirow, Y. & Baniyash, M. Immune biomarkers for chronic inflammation related complications in non-cancerous and cancerous diseases. *Cancer Immunol Immunother* **66**, 1089-1101, doi:10.1007/s00262-017-2035-6 (2017).

137     Mesaros, C. *et al.* Bioanalytical techniques for detecting biomarkers of response to human asbestos exposure. *Bioanalysis* **7**, 1157-1173, doi:10.4155/bio.15.53 (2015).

138     Jaiswal, M., LaRusso, N. F. & Gores, G. J. Nitric oxide in gastrointestinal epithelial cell carcinogenesis: linking inflammation to oncogenesis. *Am J Physiol Gastrointest Liver Physiol* **281**, G626-634, doi:10.1152/ajpgi.2001.281.3.G626 (2001).

139     Jaiswal, M., LaRusso, N. F., Burgart, L. J. & Gores, G. J. Inflammatory cytokines induce DNA damage and inhibit DNA repair in cholangiocarcinoma cells by a nitric oxide-dependent mechanism. *Cancer Res* **60**, 184-190 (2000).

140     Yan, H. X. *et al.* DNA damage-induced sustained p53 activation contributes to inflammation-associated hepatocarcinogenesis in rats. *Oncogene* **32**, 4565-4571, doi:10.1038/onc.2012.451 (2013).

141     Pikarsky, E. *et al.* NF-kappaB functions as a tumour promoter in inflammation-associated cancer. *Nature* **431**, 461-466 (2004).

142     Ahmad, A. & Ahsan, H. Ras-Mediated Activation of NF-kappaB and DNA Damage Response in Carcinogenesis. *Cancer Invest* **38**, 185-208, doi:10.1080/07357907.2020.1721523 (2020).

143     Pilger, A. & Rudiger, H. W. 8-Hydroxy-2'-deoxyguanosine as a marker of oxidative DNA damage related to occupational and environmental exposures. *Int Arch Occup Environ Health* **80**, 1-15, doi:10.1007/s00420-006-0106-7 (2006).

144     Valavanidis, A., Fiotakis, K. & Vlachogianni, T. Airborne particulate matter and human health: toxicological assessment and importance of size and composition of particles for oxidative damage and carcinogenic mechanisms. *J Environ Sci Health C Environ Carcinog Ecotoxicol Rev* **26**, 339-362, doi:10.1080/10590500802494538 (2008).

145     Valavanidis, A., Vlachogianni, T. & Fiotakis, C. 8-hydroxy-2' -deoxyguanosine (8-OHdG): A critical biomarker of oxidative stress and carcinogenesis. *J Environ Sci Health C Environ Carcinog Ecotoxicol Rev* **27**, 120-139, doi:10.1080/10590500902885684 (2009).

146     Mesaros, C., Arora, J. S., Wholer, A., Vachani, A. & Blair, I. A. 8-Oxo-2'-deoxyguanosine as a biomarker of tobacco-smoking-induced oxidative stress. *Free Radic Biol Med* **53**, 610-617, doi:10.1016/j.freeradbiomed.2012.04.006 (2012).

147     Sezgi, C. *et al.* Oxidative status and acute phase reactants in patients with environmental asbestos exposure and mesothelioma. *ScientificWorldJournal* **2014**, 902748, doi:10.1155/2014/902748 (2014).

148     McKay, C. J., Glen, P. & McMillan, D. C. Chronic inflammation and pancreatic cancer. *Best Pract Res Clin Gastroenterol* **22**, 65-73, doi:10.1016/j.bpg.2007.11.007 (2008).

149     Aggarwal, B. B., Shishodia, S., Sandur, S. K., Pandey, M. K. & Sethi, G. Inflammation and cancer: how hot is the link? *Biochem Pharmacol* **72**, 1605-1621, doi:S0006-2952(06)00389-3 [pii]
10.1016/j.bcp.2006.06.029 (2006).

150     Lin, R. *et al.* Chronic inflammation-associated genomic instability paves the way for human esophageal carcinogenesis. *Oncotarget* **7**, 24564-24571, doi:10.18632/oncotarget.8356 (2016).

151     Fishbein, A. *et al.* Resolution of eicosanoid/cytokine storm prevents carcinogen and inflammation-initiated hepatocellular cancer progression. *Proc Natl Acad Sci U S A*, doi:10.1073/pnas.2007412117 (2020).

152     Gong, Y. *et al.* Prostate Cancer in World Trade Center Responders Demonstrates Evidence of an Inflammatory Cascade. *Mol Cancer Res* **17**, 1605-1612, doi:10.1158/1541-7786.MCR-19-0115 (2019).

153     Opelz, G. & Henderson, R. Incidence of non-Hodgkin lymphoma in kidney and heart transplant recipients. *Lancet* **342**, 1514-1516, doi:10.1016/s0140-6736(05)80084-4 (1993).

154     Honaryar, M. K. *et al.* Welding fumes and lung cancer: a meta-analysis of case-control and cohort studies. *Occup Environ Med* **76**, 422-431, doi:10.1136/oemed-2018-105447 (2019).

155     Lebrec, H. *et al.* HESI/FDA workshop on immunomodulators and cancer risk assessment: Building blocks for a weight-of-evidence approach. *Regul Toxicol Pharmacol* **75**, 72-80, doi:10.1016/j.yrtph.2015.12.018 (2016).

156     Chen, D. S. & Mellman, I. Oncology meets immunology: the cancer-immunity cycle. *Immunity* **39**, 1-10, doi:10.1016/j.immuni.2013.07.012 (2013).

157    Yip, C. H. & Rhodes, A. Estrogen and progesterone receptors in breast cancer. *Future Oncol* **10**, 2293-2301, doi:10.2217/fon.14.110 (2014).

158    Hoang, D. T., Iczkowski, K. A., Kilari, D., See, W. & Nevalainen, M. T. Androgen receptor-dependent and -independent mechanisms driving prostate cancer progression: Opportunities for therapeutic targeting from multiple angles. *Oncotarget* **8**, 3724-3745, doi:10.18632/oncotarget.12554 (2017).

159    Masuda, H. *et al.* Role of epidermal growth factor receptor in breast cancer. *Breast Cancer Res Treat* **136**, 331-345, doi:10.1007/s10549-012-2289-9 (2012).

160    Cole, K. D., He, H. J. & Wang, L. Breast cancer biomarker measurements and standards. *Proteomics Clin Appl* **7**, 17-29, doi:10.1002/prca.201200075 (2013).

161    Allan, L. L. & Sherr, D. H. Constitutive activation and environmental chemical induction of the aryl hydrocarbon receptor/transcription factor in activated human B lymphocytes. *Mol Pharmacol* **67**, 1740-1750, doi:10.1124/mol.104.009100 (2005).

162    Murray, I. A., Patterson, A. D. & Perdew, G. H. Aryl hydrocarbon receptor ligands in cancer: friend and foe. *Nat Rev Cancer* **14**, 801-814, doi:10.1038/nrc3846 (2014).

163    Holden, P. R. & Tugwood, J. D. Peroxisome proliferator-activated receptor alpha: role in rodent liver cancer and species differences. *J Mol Endocrinol* **22**, 1-8 (1999).

164    Lake, B. G. Human relevance of rodent liver tumour formation by constitutive androstane receptor (CAR) activators. *Toxicol Res (Camb)* **7**, 697-717, doi:10.1039/c8tx00008e (2018).

165    Felter, S. P. *et al.* Human relevance of rodent liver tumors: Key insights from a Toxicology Forum workshop on nongenotoxic modes of action. *Regul Toxicol Pharmacol* **92**, 1-7, doi:10.1016/j.yrtph.2017.11.003 (2018).

166    Willeit, P. *et al.* Telomere length and risk of incident cancer and cancer mortality. *JAMA* **304**, 69-75, doi:10.1001/jama.2010.897 (2010).

167    Reddel, R. R. The role of senescence and immortalization in carcinogenesis. *Carcinogenesis* **21**, 477-484, doi:10.1093/carcin/21.3.477 (2000).

168    Carnero, A. *et al.* Disruptive chemicals, senescence and immortality. *Carcinogenesis* **36 Suppl 1**, S19-37, doi:10.1093/carcin/bgv029 (2015).

169    Nahta, R. *et al.* Mechanisms of environmental chemicals that enable the cancer hallmark of evasion of growth suppression. *Carcinogenesis* **36 Suppl 1**, S2-18, doi:10.1093/carcin/bgv028 (2015).

170    Shay, J. W. & Roninson, I. B. Hallmarks of senescence in carcinogenesis and cancer therapy. *Oncogene* **23**, 2919-2933, doi:10.1038/sj.onc.1207518 (2004).

171    Iacovides, D., Michael, S., Achilleos, C. & Strati, K. Shared mechanisms in stemness and carcinogenesis: lessons from oncogenic viruses. *Front Cell Infect Microbiol* **3**, 66, doi:10.3389/fcimb.2013.00066 (2013).

172    Pfeifer, G. P. *et al.* Tobacco smoke carcinogens, DNA damage and p53 mutations in smoking-associated cancers. *Oncogene* **21**, 7435-7451, doi:10.1038/sj.onc.1205803 (2002).

173    Kotsantis, P., Petermann, E. & Boulton, S. J. Mechanisms of Oncogene-Induced Replication Stress: Jigsaw Falling into Place. *Cancer Discov* **8**, 537-555, doi:10.1158/2159-8290.CD-17-1461 (2018).

174    Minocherhomji, S. *et al.* Replication stress activates DNA repair synthesis in mitosis. *Nature* **528**, 286-290, doi:10.1038/nature16139 (2015).

175    Li, L. & Neaves, W. B. Normal stem cells and cancer stem cells: the niche matters. *Cancer Res* **66**, 4553-4557, doi:10.1158/0008-5472.CAN-05-3986 (2006).

176    Ryter, S. W., Mizumura, K. & Choi, A. M. The impact of autophagy on cell death modalities. *Int J Cell Biol* **2014**, 502676, doi:10.1155/2014/502676 (2014).

177    Diaz Gomez, M. I., Tamayo, D. & Castro, J. A. Administration of N-nitrosodimethylamine, N-nitrosopyrrolidine, or N'-nitrosonornicotine to nursing rats: their interactions with liver and kidney nucleic acids from sucklings. *J Natl Cancer Inst* **76**, 1133-1136 (1986).

178    Dairkee, S. H., Luciani-Torres, G., Moore, D. H., Jaffee, I. M. & Goodson, W. H., 3rd. A Ternary Mixture of Common Chemicals Perturbs Benign Human Breast Epithelial Cells More Than the Same Chemicals Do Individually. *Toxicol Sci* **165**, 131-144, doi:10.1093/toxsci/kfy126 (2018).

179    Bartsch, R., Forderkunz, S., Reuter, U., Sterzl-Eckert, H. & Greim, H. Maximum workplace concentration values and carcinogenicity classification for mixtures. *Environ Health Perspect* **106 Suppl 6**, 1291-1293, doi:10.1289/ehp.98106s61291 (1998).

180    Warshawsky, D., Barkley, W. & Bingham, E. Factors affecting carcinogenic potential of mixtures. *Fundam Appl Toxicol* **20**, 376-382, doi:10.1006/faat.1993.1048 (1993).

181    Dobrev, I. D., Andersen, M. E. & Yang, R. S. In silico toxicology: simulating interaction thresholds for human exposure to mixtures of trichloroethylene, tetrachloroethylene, and 1,1,1-trichloroethane. *Environ Health Perspect* **110**, 1031-1039, doi:10.1289/ehp.021101031 (2002).

182    Dobrev, I. D., Andersen, M. E. & Yang, R. S. Assessing interaction thresholds for trichloroethylene in combination with tetrachloroethylene and 1,1,1-trichloroethane using gas uptake studies and PBPK modeling. *Arch Toxicol* **75**, 134-144, doi:10.1007/s002040100216 (2001).

183    Lang, D. R., Kurzepa, H., Cole, M. S. & Loper, J. C. Malignant transformation of BALB/3T3 cells by residue organic mixtures from drinking water. *J Environ Pathol Toxicol* **4**, 41-54 (1980).

184    Monograph, I. TRICHLOROETHYLENE, TETRACHLOROETHYLENE, AND SOME OTHER CHLORINATED AGENTS. *IARC MONOGRAPHS ON THE EVALUATION OF CARCINOGENIC RISKS TO HUMANS* **Volume 106** (2014).

185    Huff, J., Melnick, R., Tomatis, L., LaDou, J. & Teitelbaum, D. Trichloroethylene and cancers in humans. *Toxicology* **197**, 185-187, doi:10.1016/j.tox.2003.12.009 (2004).

186    Chiu, W. A. *et al.* Human health effects of trichloroethylene: key findings and scientific issues. *Environ Health Perspect* **121**, 303-311, doi:10.1289/ehp.1205879 (2013).

187    Anna, C. H. *et al.* ras proto-oncogene activation in dichloroacetic acid-, trichloroethylene- and tetrachloroethylene-induced liver tumors in B6C3F1 mice. *Carcinogenesis* **15**, 2255-2261, doi:10.1093/carcin/15.10.2255 (1994).

188    Rhomberg, L. R. Dose-response analyses of the carcinogenic effects of trichloroethylene in experimental animals. *Environ Health Perspect* **108 Suppl 2**, 343-358, doi:10.1289/ehp.00108s2343 (2000).

189    Maltoni, C., Lefemine, G., Cotti, G. & Perino, G. Long-term carcinogenicity bioassays on trichloroethylene administered by inhalation to Sprague-Dawley rats and Swiss and B6C3F1 mice. *Ann N Y Acad Sci* **534**, 316-342 (1988).

190    Clewell, H. J., Gentry, P. R., Gearhart, J. M., Allen, B. C. & Andersen, M. E. Considering pharmacokinetic and mechanistic information in cancer risk assessments for

environmental contaminants: examples with vinyl chloride and trichloroethylene. *Chemosphere* **31**, 2561-2578, doi:10.1016/0045-6535(95)00124-q (1995).

191    Huff, J. Chemicals studied and evaluated in long-term carcinogenesis bioassays by both the Ramazzini Foundation and the National Toxicology Program: in tribute to Cesare Maltoni and David Rall. *Ann N Y Acad Sci* **982**, 208-230, doi:10.1111/j.1749-6632.2002.tb04935.x (2002).

192    Huff, J. Chemicals and cancer in humans: first evidence in experimental animals. *Environ Health Perspect* **100**, 201-210, doi:10.1289/ehp.93100201 (1993).

193    Rusyn, I. *et al.* Trichloroethylene: Mechanistic, epidemiologic and other supporting evidence of carcinogenic hazard. *Pharmacol Ther* **141**, 55-68, doi:10.1016/j.pharmthera.2013.08.004 (2014).

194    Bull, R. J. *et al.* Contribution of dichloroacetate and trichloroacetate to liver tumor induction in mice by trichloroethylene. *Toxicol Appl Pharmacol* **182**, 55-65, doi:10.1006/taap.2002.9427 (2002).

195    Herren-Freund, S. L., Pereira, M. A., Khoury, M. D. & Olson, G. The carcinogenicity of trichloroethylene and its metabolites, trichloroacetic acid and dichloroacetic acid, in mouse liver. *Toxicol Appl Pharmacol* **90**, 183-189, doi:10.1016/0041-008x(87)90325-5 (1987).

196    Fukuda, K., Takemoto, K. & Tsuruta, H. Inhalation carcinogenicity of trichloroethylene in mice and rats. *Ind Health* **21**, 243-254, doi:10.2486/indhealth.21.243 (1983).

197    Raaschou-Nielsen, O. *et al.* Cancer risk among workers at Danish companies using trichloroethylene: a cohort study. *Am J Epidemiol* **158**, 1182-1192, doi:10.1093/aje/kwg282 (2003).

198    Wartenberg, D. & Siegel Scott, C. Carcinogenicity of trichloroethylene. *Environ Health Perspect* **110**, A13-14, doi:10.1289/ehp.110-a13 (2002).

199    Wartenberg, D., Reyner, D. & Scott, C. S. Trichloroethylene and cancer: epidemiologic evidence. *Environ Health Perspect* **108 Suppl 2**, 161-176, doi:10.1289/ehp.00108s2161 (2000).

200    Henschler, D. *et al.* Carcinogenicity study of trichloroethylene by longterm inhalation in three animal species. *Arch Toxicol* **43**, 237-248, doi:10.1007/BF00366179 (1980).

201    Davidson, I. W. & Beliles, R. P. Consideration of the target organ toxicity of trichloroethylene in terms of metabolite toxicity and pharmacokinetics. *Drug Metab Rev* **23**, 493-599, doi:10.3109/03602539109029772 (1991).

202    Guha, N. *et al.* Carcinogenicity of trichloroethylene, tetrachloroethylene, some other chlorinated solvents, and their metabolites. *Lancet Oncol* **13**, 1192-1193, doi:10.1016/s1470-2045(12)70485-0 (2012).

203    Scott, C. S. & Chiu, W. A. Trichloroethylene cancer epidemiology: a consideration of select issues. *Environ Health Perspect* **114**, 1471-1478, doi:10.1289/ehp.8949 (2006).

204    Moore, L. E. *et al.* Occupational trichloroethylene exposure and renal carcinoma risk: evidence of genetic susceptibility by reductive metabolism gene variants. *Cancer Res* **70**, 6527-6536, doi:10.1158/0008-5472.CAN-09-4167 (2010).

205    Alanee, S., Clemons, J., Zahnd, W., Sadowski, D. & Dynda, D. Trichloroethylene Is Associated with Kidney Cancer Mortality: A Population-based Analysis. *Anticancer Res* **35**, 4009-4013 (2015).

206    Bruning, T. *et al.* Renal cell cancer risk and occupational exposure to trichloroethylene: results of a consecutive case-control study in Arnsberg, Germany. *Am J Ind Med* **43**, 274-285, doi:10.1002/ajim.10185 (2003).

207    Hansen, J. *et al.* Risk of cancer among workers exposed to trichloroethylene: analysis of three Nordic cohort studies. *J Natl Cancer Inst* **105**, 869-877, doi:10.1093/jnci/djt107 (2013).

208    Chow, W. H., Dong, L. M. & Devesa, S. S. Epidemiology and risk factors for kidney cancer. *Nat Rev Urol* **7**, 245-257, doi:10.1038/nrurol.2010.46 (2010).

209    Scott, C. S. & Jinot, J. Trichloroethylene and cancer: systematic and quantitative review of epidemiologic evidence for identifying hazards. *Int J Environ Res Public Health* **8**, 4238-4272, doi:10.3390/ijerph8114238 (2011).

210    Buhagen, M., Gronskag, A., Ragde, S. F. & Hilt, B. Association Between Kidney Cancer and Occupational Exposure to Trichloroethylene. *J Occup Environ Med* **58**, 957-959, doi:10.1097/JOM.0000000000000838 (2016).

211    Charbotel, B., Fevotte, J., Hours, M., Martin, J. L. & Bergeret, A. Case-control study on renal cell cancer and occupational exposure to trichloroethylene. Part II: Epidemiological aspects. *Ann Occup Hyg* **50**, 777-787, doi:10.1093/annhyg/mel039 (2006).

212    Fevotte, J. *et al.* Case-control study on renal cell cancer and occupational exposure to trichloroethylene. Part I: Exposure assessment. *Ann Occup Hyg* **50**, 765-775, doi:10.1093/annhyg/mel040 (2006).

213    Karami, S. *et al.* Occupational trichloroethylene exposure and risk of lymphatic and haematopoietic cancers: a meta-analysis. *Occup Environ Med* **70**, 591-599, doi:10.1136/oemed-2012-101212 (2013).

214    Alexander, D. D. *et al.* A meta-analysis of occupational trichloroethylene exposure and liver cancer. *Int Arch Occup Environ Health* **81**, 127-143, doi:10.1007/s00420-007-0201-4 (2007).

215    Henschler, D. *et al.* Increased incidence of renal cell tumors in a cohort of cardboard workers exposed to trichloroethene. *Arch Toxicol* **69**, 291-299, doi:10.1007/s002040050173 (1995).

216    Caldwell, J. C. & Keshava, N. Key issues in the modes of action and effects of trichloroethylene metabolites for liver and kidney tumorigenesis. *Environ Health Perspect* **114**, 1457-1463, doi:10.1289/ehp.8692 (2006).

217    Chiu, W. A., Caldwell, J. C., Keshava, N. & Scott, C. S. Key scientific issues in the health risk assessment of trichloroethylene. *Environ Health Perspect* **114**, 1445-1449, doi:10.1289/ehp.8690 (2006).

218    Purdue, M. P. *et al.* A case-control study of occupational exposure to trichloroethylene and non-Hodgkin lymphoma. *Environ Health Perspect* **119**, 232-238, doi:10.1289/ehp.1002106 (2011).

219    Cocco, P. *et al.* Occupational exposure to trichloroethylene and risk of non-Hodgkin lymphoma and its major subtypes: a pooled InterLymph [correction of IinterLlymph] analysis. *Occup Environ Med* **70**, 795-802, doi:10.1136/oemed-2013-101551 (2013).

220    Hansen, J. *et al.* Cancer incidence among Danish workers exposed to trichloroethylene. *J Occup Environ Med* **43**, 133-139, doi:10.1097/00043764-200102000-00012 (2001).

221    Verplanke, A. J., Leummens, M. H. & Herber, R. F. Occupational exposure to tetrachloroethene and its effects on the kidneys. *J Occup Environ Med* **41**, 11-16, doi:10.1097/00043764-199901000-00003 (1999).

222     Vamvakas, S. *et al.* Renal cell cancer correlated with occupational exposure to trichloroethene. *J Cancer Res Clin Oncol* **124**, 374-382, doi:10.1007/s004320050186 (1998).

223     Chiu, W. A., Okino, M. S., Lipscomb, J. C. & Evans, M. V. Issues in the pharmacokinetics of trichloroethylene and its metabolites. *Environ Health Perspect* **114**, 1450-1456, doi:10.1289/ehp.8691 (2006).

224     Lash, L. H., Fisher, J. W., Lipscomb, J. C. & Parker, J. C. Metabolism of trichloroethylene. *Environ Health Perspect* **108 Suppl 2**, 177-200, doi:10.1289/ehp.00108s2177 (2000).

225     Phillips, R. V. *et al.* Human exposure to trichloroethylene is associated with increased variability of blood DNA methylation that is enriched in genes and pathways related to autoimmune disease and cancer. *Epigenetics* **14**, 1112-1124, doi:10.1080/15592294.2019.1633866 (2019).

226     Clewell, H. J. & Andersen, M. E. Applying mode-of-action and pharmacokinetic considerations in contemporary cancer risk assessments: an example with trichloroethylene. *Crit Rev Toxicol* **34**, 385-445, doi:10.1080/10408440490500795 (2004).

227     Bassig, B. A. *et al.* Occupational exposure to trichloroethylene and serum concentrations of IL-6, IL-10, and TNF-alpha. *Environ Mol Mutagen* **54**, 450-454, doi:10.1002/em.21789 (2013).

228     Motohashi, N., Nagashima, H. & Molnar, J. Trichloroethylene. I. Carcinogenicity of trichloroethylene. *In Vivo* **13**, 211-214 (1999).

229     Hu, C. *et al.* Possible involvement of oxidative stress in trichloroethylene-induced genotoxicity in human HepG2 cells. *Mutat Res* **652**, 88-94, doi:10.1016/j.mrgentox.2008.01.002 (2008).

230     Walles, S. A. Induction of single-strand breaks in DNA of mice by trichloroethylene and tetrachloroethylene. *Toxicol Lett* **31**, 31-35, doi:10.1016/0378-4274(86)90191-8 (1986).

231     Nelson, M. A. & Bull, R. J. Induction of strand breaks in DNA by trichloroethylene and metabolites in rat and mouse liver in vivo. *Toxicol Appl Pharmacol* **94**, 45-54, doi:10.1016/0041-008x(88)90335-3 (1988).

232     Mazzullo, M. *et al.* In vivo and in vitro interaction of trichloroethylene with macromolecules from various organs of rat and mouse. *Res Commun Chem Pathol Pharmacol* **76**, 192-208 (1992).

233     Knasmuller, S. *et al.* Use of metabolically competent human hepatoma cells for the detection of mutagens and antimutagens. *Mutat Res* **402**, 185-202, doi:10.1016/s0027-5107(97)00297-2 (1998).

234     Uhl, M., Helma, C. & Knasmuller, S. Evaluation of the single cell gel electrophoresis assay with human hepatoma (Hep G2) cells. *Mutat Res* **468**, 213-225, doi:10.1016/s1383-5718(00)00051-6 (2000).

235     Yusuf, A. T., Vian, L., Sabatier, R. & Cano, J. P. In vitro detection of indirect-acting genotoxins in the comet assay using Hep G2 cells. *Mutat Res* **468**, 227-234, doi:10.1016/s1383-5718(00)00052-8 (2000).

236     Darroudi, F., Meijers, C. M., Hadjidekova, V. & Natarajan, A. T. Detection of aneugenic and clastogenic potential of X-rays, directly and indirectly acting chemicals in human hepatoma (Hep G2) and peripheral blood lymphocytes, using the micronucleus assay and

fluorescent in situ hybridization with a DNA centromeric probe. *Mutagenesis* **11**, 425-433, doi:10.1093/mutage/11.5.425 (1996).

237    Wang, J. L., Chen, W. L., Tsai, S. Y., Sung, P. Y. & Huang, R. N. An in vitro model for evaluation of vaporous toxicity of trichloroethylene and tetrachloroethylene to CHO-K1 cells. *Chem Biol Interact* **137**, 139-154, doi:10.1016/s0009-2797(01)00226-5 (2001).

238    Robbiano, L., Baroni, D., Carrozzino, R., Mereto, E. & Brambilla, G. DNA damage and micronuclei induced in rat and human kidney cells by six chemicals carcinogenic to the rat kidney. *Toxicology* **204**, 187-195, doi:10.1016/j.tox.2004.06.057 (2004).

239    Sujatha, T. V. & Hegde, M. J. C-mitotic effects of trichloroethylene (TCE) on bone marrow cells of mice. *Mutat Res* **413**, 151-158, doi:10.1016/s1383-5718(98)00022-9 (1998).

240    Kligerman, A. D. *et al.* Inhalation studies of the genotoxicity of trichloroethylene to rodents. *Mutat Res* **322**, 87-96, doi:10.1016/0165-1218(94)00013-1 (1994).

241    Hrelia, P. *et al.* Interactive effects between trichloroethylene and pesticides at metabolic and genetic level in mice. *Environ Health Perspect* **102 Suppl 9**, 31-34, doi:10.1289/ehp.94102s931 (1994).

242    Galloway, S. M. *et al.* Chromosome aberrations and sister chromatid exchanges in Chinese hamster ovary cells: evaluations of 108 chemicals. *Environ Mol Mutagen* **10 Suppl 10**, 1-175, doi:10.1002/em.2850100502 (1987).

243    Gu, Z. W. *et al.* [Induction of sister chromatide exchange by trichloroethylene and its metabolites (author's transl)]. *Toxicol Eur Res* **3**, 63-67 (1981).

244    Ni, Y. C. *et al.* Mouse liver microsomal metabolism of chloral hydrate, trichloroacetic acid, and trichloroethanol leading to induction of lipid peroxidation via a free radical mechanism. *Drug Metab Dispos* **24**, 81-90 (1996).

245    Costa, A. K. & Ivanetich, K. M. Chlorinated ethylenes: their metabolism and effect on DNA repair in rat hepatocytes. *Carcinogenesis* **5**, 1629-1636, doi:10.1093/carcin/5.12.1629 (1984).

246    Perocco, P. & Prodi, G. DNA damage by haloalkanes in human lymphocytes cultured in vitro. *Cancer Lett* **13**, 213-218, doi:10.1016/0304-3835(81)90020-3 (1981).

247    Giver, C. R., Wong, R., Moore, D. H., 2nd & Pallavicini, M. G. Dermal benzene and trichloroethylene induce aneuploidy in immature hematopoietic subpopulations in vivo. *Environ Mol Mutagen* **37**, 185-194, doi:10.1002/em.1027 (2001).

248    Jiang, Y. *et al.* The Role of miR-182-5p in Hepatocarcinogenesis of Trichloroethylene in Mice. *Toxicol Sci* **156**, 208-216, doi:10.1093/toxsci/kfw246 (2017).

249    Tao, L., Ge, R., Xie, M., Kramer, P. M. & Pereira, M. A. Effect of trichloroethylene on DNA methylation and expression of early-intermediate protooncogenes in the liver of B6C3F1 mice. *J Biochem Mol Toxicol* **13**, 231-237, doi:10.1002/(sici)1099-0461(1999)13:5<231::aid-jbt2>3.0.co;2-f (1999).

250    Tao, L., Yang, S., Xie, M., Kramer, P. M. & Pereira, M. A. Effect of trichloroethylene and its metabolites, dichloroacetic acid and trichloroacetic acid, on the methylation and expression of c-Jun and c-Myc protooncogenes in mouse liver: prevention by methionine. *Toxicol Sci* **54**, 399-407, doi:10.1093/toxsci/54.2.399 (2000).

251    Zhang, H. *et al.* Analysis of trichloroethylene-induced global DNA hypomethylation in hepatic L-02 cells by liquid chromatography-electrospray ionization tandem mass spectrometry. *Biochem Biophys Res Commun* **446**, 590-595, doi:10.1016/j.bbrc.2014.03.015 (2014).

252     Jiang, Y., Chen, J., Tong, J. & Chen, T. Trichloroethylene-induced gene expression and DNA methylation changes in B6C3F1 mouse liver. *PLoS One* **9**, e116179, doi:10.1371/journal.pone.0116179 (2014).

253     Chiang, C. H., Hou, M. F. & Hung, W. C. Up-regulation of miR-182 by beta-catenin in breast cancer increases tumorigenicity and invasiveness by targeting the matrix metalloproteinase inhibitor RECK. *Biochim Biophys Acta* **1830**, 3067-3076, doi:10.1016/j.bbagen.2013.01.009 (2013).

254     Cui, Y., Choudhury, S. R. & Irudayaraj, J. Epigenetic Toxicity of Trichloroethylene: A Single-Molecule Perspective. *Toxicol Res (Camb)* **5**, 641-650, doi:10.1039/C5TX00454C (2016).

255     Toraason, M. *et al.* Oxidative stress and DNA damage in Fischer rats following acute exposure to trichloroethylene or perchloroethylene. *Toxicology* **138**, 43-53, doi:10.1016/s0300-483x(99)00083-9 (1999).

256     Wang, G., Cai, P., Ansari, G. A. & Khan, M. F. Oxidative and nitrosative stress in trichloroethene-mediated autoimmune response. *Toxicology* **229**, 186-193, doi:10.1016/j.tox.2006.10.014 (2007).

257     Kasai, H. Analysis of a form of oxidative DNA damage, 8-hydroxy-2'-deoxyguanosine, as a marker of cellular oxidative stress during carcinogenesis. *Mutat Res* **387**, 147-163, doi:10.1016/s1383-5742(97)00035-5 (1997).

258     Loft, S. *et al.* Oxidative DNA damage estimated by 8-hydroxydeoxyguanosine excretion in humans: influence of smoking, gender and body mass index. *Carcinogenesis* **13**, 2241-2247, doi:10.1093/carcin/13.12.2241 (1992).

259     Channel, S. R. *et al.* A subchronic exposure to trichloroethylene causes lipid peroxidation and hepatocellular proliferation in male B6C3F1 mouse liver. *Toxicol Sci* **43**, 145-154, doi:10.1006/toxs.1998.2456 (1998).

260     Ogino, K. *et al.* Lipid peroxidation induced by trichloroethylene in rat liver. *Bull Environ Contam Toxicol* **46**, 417-421, doi:10.1007/BF01688941 (1991).

261     Wang, H. *et al.* Redox regulation of hepatic NLRP3 inflammasome activation and immune dysregulation in trichloroethene-mediated autoimmunity. *Free Radic Biol Med* **143**, 223-231, doi:10.1016/j.freeradbiomed.2019.08.014 (2019).

262     Forkert, P. G. & Forkert, L. Trichloroethylene induces pulmonary fibrosis in mice. *Can J Physiol Pharmacol* **72**, 205-210, doi:10.1139/y94-032 (1994).

263     Steel-Goodwin, L., Pravecek, T. L. & Carmichael, A. J. Trichloroethylene metabolism in vitro: an EPR/SPIN trapping study. *Hum Exp Toxicol* **15**, 878-884, doi:10.1177/096032719601501103 (1996).

264     Zhang, J. *et al.* Role of selective blocking of bradykinin B1 receptor in attenuating immune liver injury in trichloroethylene-sensitized mice. *Cytokine* **108**, 71-81, doi:10.1016/j.cyto.2018.03.024 (2018).

265     Zhang, J. X. *et al.* TNF-alpha/TNFR1 regulates the polarization of Kupffer cells to mediate trichloroethylene-induced liver injury. *Ecotoxicol Environ Saf* **230**, 113141, doi:10.1016/j.ecoenv.2021.113141 (2021).

266     Merrick, B. A., Robinson, M. & Condie, L. W. Differing hepatotoxicity and lethality after subacute trichloroethylene exposure in aqueous or corn oil gavage vehicles in B6C3F1 mice. *J Appl Toxicol* **9**, 15-21, doi:10.1002/jat.2550090105 (1989).

267    Yu, J. F., Feng, Y. Y. & Shen, X. F. Potential immunotoxic effects of trichloroethylene-induced IV allergic reaction in renal impairment. *Cent Eur J Immunol* **42**, 140-149, doi:10.5114/ceji.2017.69354 (2017).

268    Yang, L. *et al.* Bradykinin receptor in immune-mediated renal tubular injury in trichloroethylene-sensitized mice: Impact on NF-kappaB signaling pathway. *J Immunotoxicol* **15**, 126-136, doi:10.1080/1547691X.2018.1532974 (2018).

269    Zhang, J. *et al.* Complement activation and liver impairment in trichloroethylene-sensitized BALB/c mice. *Int J Toxicol* **32**, 431-441, doi:10.1177/1091581813511337 (2013).

270    Wang, G., Zhang, J., Dai, Y., Xu, Q. & Zhu, Q. Local renal complement activation mediates immune kidney injury by inducing endothelin-1 signalling and inflammation in trichloroethylene-sensitised mice. *Toxicol Lett* **333**, 130-139, doi:10.1016/j.toxlet.2020.07.036 (2020).

271    Blossom, S. J., Gokulan, K., Arnold, M. & Khare, S. Sex-Dependent Effects on Liver Inflammation and Gut Microbial Dysbiosis After Continuous Developmental Exposure to Trichloroethylene in Autoimmune-Prone Mice. *Front Pharmacol* **11**, 569008, doi:10.3389/fphar.2020.569008 (2020).

272    Blossom, S. J. *et al.* Opposing Actions of Developmental Trichloroethylene and High-Fat Diet Coexposure on Markers of Lipogenesis and Inflammation in Autoimmune-Prone Mice. *Toxicol Sci* **164**, 313-327, doi:10.1093/toxsci/kfy091 (2018).

273    Banerjee, N., Wang, H., Wang, G. & Khan, M. F. Enhancing the Nrf2 Antioxidant Signaling Provides Protection Against Trichloroethene-mediated Inflammation and Autoimmune Response. *Toxicol Sci* **175**, 64-74, doi:10.1093/toxsci/kfaa022 (2020).

274    Hassan, I., Kumar, A. M., Park, H. R., Lash, L. H. & Loch-Caruso, R. Reactive Oxygen Stimulation of Interleukin-6 Release in the Human Trophoblast Cell Line HTR-8/SVneo by the Trichlorethylene Metabolite S-(1,2-Dichloro)-l-Cysteine. *Biol Reprod* **95**, 66, doi:10.1095/biolreprod.116.139261 (2016).

275    Blossom, S. J., Melnyk, S. B., Li, M., Wessinger, W. D. & Cooney, C. A. Inflammatory and oxidative stress-related effects associated with neurotoxicity are maintained after exclusively prenatal trichloroethylene exposure. *Neurotoxicology* **59**, 164-174, doi:10.1016/j.neuro.2016.01.002 (2017).

276    Wang, H. *et al.* Gut microbiome-host interactions in driving environmental pollutant trichloroethene-mediated autoimmunity. *Toxicol Appl Pharmacol* **424**, 115597, doi:10.1016/j.taap.2021.115597 (2021).

277    Shen, T. *et al.* Trichloroethylene induce nitric oxide production and nitric oxide synthase mRNA expression in cultured normal human epidermal keratinocytes. *Toxicology* **239**, 186-194, doi:10.1016/j.tox.2007.07.006 (2007).

278    Cai, P. *et al.* Chronic exposure to trichloroethene causes early onset of SLE-like disease in female MRL +/+ mice. *Toxicol Appl Pharmacol* **228**, 68-75, doi:10.1016/j.taap.2007.11.031 (2008).

279    Walker, D. I. *et al.* High-resolution metabolomics of occupational exposure to trichloroethylene. *Int J Epidemiol* **45**, 1517-1527, doi:10.1093/ije/dyw218 (2016).

280    Goel, S. K., Rao, G. S., Pandya, K. P. & Shanker, R. Trichloroethylene toxicity in mice: a biochemical, hematological and pathological assessment. *Indian J Exp Biol* **30**, 402-406 (1992).

281   Bailey, D. P., Kashyap, M., Bouton, L. A., Murray, P. J. & Ryan, J. J. Interleukin-10 induces apoptosis in developing mast cells and macrophages. *J Leukoc Biol* **80**, 581-589, doi:10.1189/jlb.0405201 (2006).

282   Iyer, S. S. & Cheng, G. Role of interleukin 10 transcriptional regulation in inflammation and autoimmune disease. *Crit Rev Immunol* **32**, 23-63, doi:10.1615/critrevimmunol.v32.i1.30 (2012).

283   Lan, Q. *et al.* Occupational exposure to trichloroethylene is associated with a decline in lymphocyte subsets and soluble CD27 and CD30 markers. *Carcinogenesis* **31**, 1592-1596, doi:10.1093/carcin/bgq121 (2010).

284   Lee, K. M. *et al.* Alterations in immune and renal biomarkers among workers occupationally exposed to low levels of trichloroethylene below current regulatory standards. *Occup Environ Med* **76**, 376-381, doi:10.1136/oemed-2018-105583 (2019).

285   Hosgood, H. D., 3rd *et al.* Decreased Numbers of CD4(+) Naive and Effector Memory T Cells, and CD8(+) Naive T Cells, are Associated with Trichloroethylene Exposure. *Front Oncol* **1**, 53, doi:10.3389/fonc.2011.00053 (2011).

286   Zhang, L. *et al.* Alterations in serum immunoglobulin levels in workers occupationally exposed to trichloroethylene. *Carcinogenesis* **34**, 799-802, doi:10.1093/carcin/bgs403 (2013).

287   Vermeulen, R. *et al.* Elevated urinary levels of kidney injury molecule-1 among Chinese factory workers exposed to trichloroethylene. *Carcinogenesis* **33**, 1538-1541, doi:10.1093/carcin/bgs191 (2012).

288   Bassig, B. A. *et al.* Comparison of hematological alterations and markers of B-cell activation in workers exposed to benzene, formaldehyde and trichloroethylene. *Carcinogenesis* **37**, 692-700, doi:10.1093/carcin/bgw053 (2016).

289   Grulich, A. E., Vajdic, C. M. & Cozen, W. Altered immunity as a risk factor for non-Hodgkin lymphoma. *Cancer Epidemiol Biomarkers Prev* **16**, 405-408, doi:10.1158/1055-9965.EPI-06-1070 (2007).

290   Biggar, R. J., Chaturvedi, A. K., Goedert, J. J., Engels, E. A. & Study, H. A. C. M. AIDS-related cancer and severity of immunosuppression in persons with AIDS. *J Natl Cancer Inst* **99**, 962-972, doi:10.1093/jnci/djm010 (2007).

291   Sallusto, F., Lenig, D., Forster, R., Lipp, M. & Lanzavecchia, A. Pillars article: two subsets of memory T lymphocytes with distinct homing potentials and effector functions. Nature. 1999. 401: 708-712. *J Immunol* **192**, 840-844 (2014).

292   Cao, W. *et al.* Curcumin reverses hepatic epithelial mesenchymal transition induced by trichloroethylene by inhibiting IL-6R/STAT3. *Toxicol Mech Methods* **31**, 589-599, doi:10.1080/15376516.2021.1941463 (2021).

293   Massa, T. *et al.* A host-mediated in vivo/in vitro assay with peritoneal murine macrophages for the detection of carcinogenic chemicals. *J Cancer Res Clin Oncol* **116**, 357-364, doi:10.1007/BF01612918 (1990).

294   Jiang, Y. *et al.* Role of miR-182-5p overexpression in trichloroethylene-induced abnormal cell cycle functions in human HepG2 cells. *J Toxicol Environ Health A* **82**, 920-927, doi:10.1080/15287394.2019.1666550 (2019).

295   Feitelson, M. A. *et al.* Sustained proliferation in cancer: Mechanisms and novel therapeutic targets. *Semin Cancer Biol* **35 Suppl**, S25-S54, doi:10.1016/j.semcancer.2015.02.006 (2015).

296    Buben, J. A. & O'Flaherty, E. J. Delineation of the role of metabolism in the hepatotoxicity of trichloroethylene and perchloroethylene: a dose-effect study. *Toxicol Appl Pharmacol* **78**, 105-122, doi:10.1016/0041-008x(85)90310-2 (1985).

297    Mirsalis, J. C. *et al.* Induction of hepatic cell proliferation and unscheduled DNA synthesis in mouse hepatocytes following in vivo treatment. *Carcinogenesis* **6**, 1521-1524, doi:10.1093/carcin/6.10.1521 (1985).

298    Green, T. Pulmonary toxicity and carcinogenicity of trichloroethylene: species differences and modes of action. *Environ Health Perspect* **108 Suppl 2**, 261-264, doi:10.1289/ehp.00108s2261 (2000).

299    Kobayashi, R., Nakanishi, T. & Nagase, H. Trichloroethylene enhances TCR-CD3-induced proliferation of CD8(+) rather than CD4(+) T cells. *J Toxicol Sci* **37**, 381-387, doi:10.2131/jts.37.381 (2012).

300    Xia, Y. *et al.* Cx43 overexpression is involved in the hyper-proliferation effect of trichloroethylene on human embryonic stem cells. *Toxicology* **465**, 153065, doi:10.1016/j.tox.2021.153065 (2022).

301    Zhao, N. *et al.* Trichloroethylene and trichloroethanol induce skin sensitization with focal hepatic necrosis in guinea pigs. *J Occup Health* **62**, e12142, doi:10.1002/1348-9585.12142 (2020).

302    Zhu, Q. X. *et al.* Protective effects of Ginkgo biloba leaf extracts on trichloroethylene-induced human keratinocyte cytotoxicity and apoptosis. *Skin Pharmacol Physiol* **18**, 160-169, doi:10.1159/000085977 (2005).

303    Constan, A. A., Benjamin, S. A., Tessari, J. D., Baker, D. C. & Yang, R. S. 1995 STP Young Investigator Award recipient. Increased rate of apoptosis correlates with hepatocellular proliferation in Fischer-344 rats following long-term exposure to a mixture of groundwater contaminants. *Toxicol Pathol* **24**, 315-322, doi:10.1177/019262339602400307 (1996).

304    Constan, A. A., Yang, R. S., Baker, D. C. & Benjamin, S. A. A unique pattern of hepatocyte proliferation in F344 rats following long-term exposures to low levels of a chemical mixture of groundwater contaminants. *Carcinogenesis* **16**, 303-310, doi:10.1093/carcin/16.2.303 (1995).

305    Shen, T., Ma, T., Ye, L. P., Wang, L. J. & Zhu, Q. X. [Mechanisms of apoptosis induced by trichloroethylene in normal human epidermis keratinocytes]. *Zhonghua Yi Xue Za Zhi* **89**, 3101-3105 (2009).

306    Zhu, Q. X., Ye, L. P., Wang, L. J. & Shen, T. [Changes of caspase-8 and caspase-9 activity during apoptosis of keratinocytes induced by trichloroethylene]. *Zhonghua Lao Dong Wei Sheng Zhi Ye Bing Za Zhi* **27**, 193-197 (2009).

307    Chen, S. J., Wang, J. L., Chen, J. H. & Huang, R. N. Possible involvement of glutathione and p53 in trichloroethylene- and perchloroethylene-induced lipid peroxidation and apoptosis in human lung cancer cells. *Free Radic Biol Med* **33**, 464-472, doi:10.1016/s0891-5849(02)00817-1 (2002).

308    Zhang, J. X. *et al.* Kupffer cell depletion attenuates IL-6/STAT3 mediates hepatocyte apoptosis in immunological liver injury of trichloroethylene sensitized mice. *Int Immunopharmacol* **88**, 106897, doi:10.1016/j.intimp.2020.106897 (2020).

309    Xu, X. Y. *et al.* Altered expression of hepatic metabolic enzyme and apoptosis-related gene transcripts in human hepatocytes treated with trichloroethylene. *Hum Exp Toxicol* **31**, 861-867, doi:10.1177/0960327112444935 (2012).

310   Wang, Y. *et al.* Renal tubular cell necroptosis: A novel mechanism of kidney damage in trichloroethylene hypersensitivity syndrome mice. *J Immunotoxicol* **18**, 173-182, doi:10.1080/1547691X.2021.2003486 (2021).

311   Wang, H., Wang, G., Ansari, G. A. S. & Khan, M. F. Trichloroethene metabolite dichloroacetyl chloride induces apoptosis and compromises phagocytosis in Kupffer Cells: Activation of inflammasome and MAPKs. *PLoS One* **13**, e0210200, doi:10.1371/journal.pone.0210200 (2018).

312   Lock, E. A., Barth, J. L., Argraves, S. W. & Schnellmann, R. G. Changes in gene expression in human renal proximal tubule cells exposed to low concentrations of S-(1,2-dichlorovinyl)-l-cysteine, a metabolite of trichloroethylene. *Toxicol Appl Pharmacol* **216**, 319-330, doi:10.1016/j.taap.2006.06.002 (2006).

313   Lash, L. H., Hueni, S. E. & Putt, D. A. Apoptosis, necrosis, and cell proliferation induced by S-(1,2-dichlorovinyl)-L-cysteine in primary cultures of human proximal tubular cells. *Toxicol Appl Pharmacol* **177**, 1-16, doi:10.1006/taap.2001.9295 (2001).

314   Lash, L. H., Putt, D. A., Hueni, S. E. & Horwitz, B. P. Molecular markers of trichloroethylene-induced toxicity in human kidney cells. *Toxicol Appl Pharmacol* **206**, 157-168, doi:10.1016/j.taap.2004.09.023 (2005).

315   Im, H. *et al.* Evaluation of toxicological monitoring markers using proteomic analysis in rats exposed to formaldehyde. *J Proteome Res* **5**, 1354-1366, doi:10.1021/pr050437b (2006).

316   Coggon, D., Harris, E. C., Poole, J. & Palmer, K. T. Extended follow-up of a cohort of british chemical workers exposed to formaldehyde. *J Natl Cancer Inst* **95**, 1608-1615, doi:10.1093/jnci/djg046 (2003).

317   Kerns, W. D., Pavkov, K. L., Donofrio, D. J., Gralla, E. J. & Swenberg, J. A. Carcinogenicity of formaldehyde in rats and mice after long-term inhalation exposure. *Cancer Res* **43**, 4382-4392 (1983).

318   Hauptmann, M., Lubin, J. H., Stewart, P. A., Hayes, R. B. & Blair, A. Mortality from solid cancers among workers in formaldehyde industries. *Am J Epidemiol* **159**, 1117-1130, doi:10.1093/aje/kwh174 (2004).

319   Swenberg, J. A., Kerns, W. D., Mitchell, R. I., Gralla, E. J. & Pavkov, K. L. Induction of squamous cell carcinomas of the rat nasal cavity by inhalation exposure to formaldehyde vapor. *Cancer Res* **40**, 3398-3402 (1980).

320   Albert, R. E. *et al.* Gaseous formaldehyde and hydrogen chloride induction of nasal cancer in the rat. *J Natl Cancer Inst* **68**, 597-603 (1982).

321   Sellakumar, A. R., Snyder, C. A., Solomon, J. J. & Albert, R. E. Carcinogenicity of formaldehyde and hydrogen chloride in rats. *Toxicol Appl Pharmacol* **81**, 401-406, doi:10.1016/0041-008x(85)90411-9 (1985).

322   Feron, V. J., Bruyntjes, J. P., Woutersen, R. A., Immel, H. R. & Appelman, L. M. Nasal tumours in rats after short-term exposure to a cytotoxic concentration of formaldehyde. *Cancer Lett* **39**, 101-111 (1988).

323   Woutersen, R. A., van Garderen-Hoetmer, A., Bruijntjes, J. P., Zwart, A. & Feron, V. J. Nasal tumours in rats after severe injury to the nasal mucosa and prolonged exposure to 10 ppm formaldehyde. *J Appl Toxicol* **9**, 39-46, doi:10.1002/jat.2550090108 (1989).

324   Monticello, T. M. *et al.* Correlation of regional and nonlinear formaldehyde-induced nasal cancer with proliferating populations of cells. *Cancer Res* **56**, 1012-1022 (1996).

325     Kamata, E. *et al.* Results of a 28-month chronic inhalation toxicity study of formaldehyde in male Fisher-344 rats. *J Toxicol Sci* **22**, 239-254, doi:10.2131/jts.22.3_239 (1997).

326     Takahashi, M. *et al.* Effects of ethanol, potassium metabisulfite, formaldehyde and hydrogen peroxide on gastric carcinogenesis in rats after initiation with N-methyl-N'-nitro-N-nitrosoguanidine. *Jpn J Cancer Res* **77**, 118-124 (1986).

327     Soffritti, M., Maltoni, C., Maffei, F. & Biagi, R. Formaldehyde: an experimental multipotential carcinogen. *Toxicol Ind Health* **5**, 699-730, doi:10.1177/074823378900500510 (1989).

328     Soffritti, M. *et al.* Results of long-term experimental studies on the carcinogenicity of formaldehyde and acetaldehyde in rats. *Ann N Y Acad Sci* **982**, 87-105, doi:10.1111/j.1749-6632.2002.tb04926.x (2002).

329     Iversen, O. H. Formaldehyde and skin carcinogenesis. *Environ Int* **12**, 541-544 (1986).

330     Zhang, L., Steinmaus, C., Eastmond, D. A., Xin, X. K. & Smith, M. T. Formaldehyde exposure and leukemia: a new meta-analysis and potential mechanisms. *Mutat Res* **681**, 150-168, doi:10.1016/j.mrrev.2008.07.002 (2009).

331     Georgieva, A. V., Kimbell, J. S. & Schlosser, P. M. A distributed-parameter model for formaldehyde uptake and disposition in the rat nasal lining. *Inhal Toxicol* **15**, 1435-1463, doi:10.1080/08958370390249085 (2003).

332     Pinkerton, L. E., Hein, M. J. & Stayner, L. T. Mortality among a cohort of garment workers exposed to formaldehyde: an update. *Occup Environ Med* **61**, 193-200, doi:10.1136/oem.2003.007476 (2004).

333     Hayes, R. B., Blair, A., Stewart, P. A., Herrick, R. F. & Mahar, H. Mortality of U.S. embalmers and funeral directors. *Am J Ind Med* **18**, 641-652, doi:10.1002/ajim.4700180603 (1990).

334     Hansen, J. & Olsen, J. H. [Occupational exposure to formaldehyde and risk of cancer]. *Ugeskr Laeger* **158**, 4191-4194 (1996).

335     Marsh, G. M., Stone, R. A., Esmen, N. A., Henderson, V. L. & Lee, K. Y. Mortality among chemical workers in a factory where formaldehyde was used. *Occup Environ Med* **53**, 613-627, doi:10.1136/oem.53.9.613 (1996).

336     Marsh, G. M., Youk, A. O., Buchanich, J. M., Erdal, S. & Esmen, N. A. Work in the metal industry and nasopharyngeal cancer mortality among formaldehyde-exposed workers. *Regul Toxicol Pharmacol* **48**, 308-319, doi:10.1016/j.yrtph.2007.04.006 (2007).

337     Marsh, G. M. & Youk, A. O. Reevaluation of mortality risks from nasopharyngeal cancer in the formaldehyde cohort study of the National Cancer Institute. *Regul Toxicol Pharmacol* **42**, 275-283, doi:10.1016/j.yrtph.2005.05.003 (2005).

338     Monographs, I. chemical agents and related occupations. *IARC MONOGRAPHS ON THE EVALUATION OF CARCINOGENIC RISKS TO HUMANS* **100F** (2006).

339     Casanova, M. *et al.* Covalent binding of inhaled formaldehyde to DNA in the respiratory tract of rhesus monkeys: pharmacokinetics, rat-to-monkey interspecies scaling, and extrapolation to man. *Fundam Appl Toxicol* **17**, 409-428, doi:10.1016/0272-0590(91)90230-2 (1991).

340     Kimbell, J. S., Subramaniam, R. P., Gross, E. A., Schlosser, P. M. & Morgan, K. T. Dosimetry modeling of inhaled formaldehyde: comparisons of local flux predictions in the rat, monkey, and human nasal passages. *Toxicol Sci* **64**, 100-110, doi:10.1093/toxsci/64.1.100 (2001).

341    Schlosser, P. M. Relative roles of convection and chemical reaction for the disposition of formaldehyde and ozone in nasal mucus. *Inhal Toxicol* **11**, 967-980, doi:10.1080/089583799196736 (1999).

342    Heck, H. D. *et al.* Formaldehyde (CH2O) concentrations in the blood of humans and Fischer-344 rats exposed to CH2O under controlled conditions. *Am Ind Hyg Assoc J* **46**, 1-3, doi:10.1080/15298668591394275 (1985).

343    Zhang, L. *et al.* Occupational exposure to formaldehyde, hematotoxicity, and leukemia-specific chromosome changes in cultured myeloid progenitor cells. *Cancer Epidemiol Biomarkers Prev* **19**, 80-88, doi:10.1158/1055-9965.EPI-09-0762 (2010).

344    Grafstrom, R. C., Curren, R. D., Yang, L. L. & Harris, C. C. Genotoxicity of formaldehyde in cultured human bronchial fibroblasts. *Science* **228**, 89-91, doi:10.1126/science.3975633 (1985).

345    Costa, S. *et al.* Genotoxic damage in pathology anatomy laboratory workers exposed to formaldehyde. *Toxicology* **252**, 40-48, doi:10.1016/j.tox.2008.07.056 (2008).

346    Grafstrom, R. C., Fornace, A. J., Jr., Autrup, H., Lechner, J. F. & Harris, C. C. Formaldehyde damage to DNA and inhibition of DNA repair in human bronchial cells. *Science* **220**, 216-218, doi:10.1126/science.6828890 (1983).

347    Fornace, A. J., Jr., Lechner, J. F., Grafstrom, R. C. & Harris, C. C. DNA repair in human bronchial epithelial cells. *Carcinogenesis* **3**, 1373-1377, doi:10.1093/carcin/3.12.1373 (1982).

348    Grafstrom, R. C., Fornace, A., Jr. & Harris, C. C. Repair of DNA damage caused by formaldehyde in human cells. *Cancer Res* **44**, 4323-4327 (1984).

349    Anandarajan, V. *et al.* Genetic investigation of formaldehyde-induced DNA damage response in Schizosaccharomyces pombe. *Curr Genet* **66**, 593-605, doi:10.1007/s00294-020-01057-z (2020).

350    Auerbach, C., Moutschen-Dahmen, M. & Moutschen, J. Genetic and cytogenetical effects of formaldehyde and related compounds. *Mutat Res* **39**, 317-361, doi:10.1016/0165-1110(77)90011-2 (1977).

351    Goldmacher, V. S. & Thilly, W. G. Formaldehyde is mutagenic for cultured human cells. *Mutat Res* **116**, 417-422, doi:10.1016/0165-1218(83)90080-0 (1983).

352    Swenberg, J. A. *et al.* Non-linear biological responses to formaldehyde and their implications for carcinogenic risk assessment. *Carcinogenesis* **4**, 945-952, doi:10.1093/carcin/4.8.945 (1983).

353    Marnett, L. J. *et al.* Naturally occurring carbonyl compounds are mutagens in Salmonella tester strain TA104. *Mutat Res* **148**, 25-34, doi:10.1016/0027-5107(85)90204-0 (1985).

354    Shaham, J. *et al.* DNA--protein crosslinks, a biomarker of exposure to formaldehyde--in vitro and in vivo studies. *Carcinogenesis* **17**, 121-125, doi:10.1093/carcin/17.1.121 (1996).

355    Shaham, J., Bomstein, Y., Gurvich, R., Rashkovsky, M. & Kaufman, Z. DNA-protein crosslinks and p53 protein expression in relation to occupational exposure to formaldehyde. *Occup Environ Med* **60**, 403-409, doi:10.1136/oem.60.6.403 (2003).

356    Schmid, O. & Speit, G. Genotoxic effects induced by formaldehyde in human blood and implications for the interpretation of biomonitoring studies. *Mutagenesis* **22**, 69-74, doi:10.1093/mutage/gel053 (2007).

357    Orsiere, T., Sari-Minodier, I., Iarmarcovai, G. & Botta, A. Genotoxic risk assessment of pathology and anatomy laboratory workers exposed to formaldehyde by use of personal

air sampling and analysis of DNA damage in peripheral lymphocytes. *Mutat Res* **605**, 30-41, doi:10.1016/j.mrgentox.2006.01.006 (2006).

358 Ying, C. J. *et al.* Micronuclei in nasal mucosa, oral mucosa and lymphocytes in students exposed to formaldehyde vapor in anatomy class. *Biomed Environ Sci* **10**, 451-455 (1997).

359 Ye, X., Yan, W., Xie, H., Zhao, M. & Ying, C. Cytogenetic analysis of nasal mucosa cells and lymphocytes from high-level long-term formaldehyde exposed workers and low-level short-term exposed waiters. *Mutat Res* **588**, 22-27, doi:10.1016/j.mrgentox.2005.08.005 (2005).

360 Pala, M. *et al.* Occupational exposure to formaldehyde and biological monitoring of Research Institute workers. *Cancer Detect Prev* **32**, 121-126, doi:10.1016/j.cdp.2008.05.003 (2008).

361 Ballarin, C., Sarto, F., Giacomelli, L., Bartolucci, G. B. & Clonfero, E. Micronucleated cells in nasal mucosa of formaldehyde-exposed workers. *Mutat Res* **280**, 1-7, doi:10.1016/0165-1218(92)90012-o (1992).

362 Burgaz, S., Cakmak, G., Erdem, O., Yilmaz, M. & Karakaya, A. E. Micronuclei frequencies in exfoliated nasal mucosa cells from pathology and anatomy laboratory workers exposed to formaldehyde. *Neoplasma* **48**, 144-147 (2001).

363 Burgaz, S. *et al.* Cytogenetic analysis of buccal cells from shoe-workers and pathology and anatomy laboratory workers exposed to n-hexane, toluene, methyl ethyl ketone and formaldehyde. *Biomarkers* **7**, 151-161, doi:10.1080/13547500110113242 (2002).

364 Titenko-Holland, N. *et al.* Quantification of epithelial cell micronuclei by fluorescence in situ hybridization (FISH) in mortuary science students exposed to formaldehyde. *Mutat Res* **371**, 237-248, doi:10.1016/s0165-1218(96)90112-3 (1996).

365 He, J. L., Jin, L. F. & Jin, H. Y. Detection of cytogenetic effects in peripheral lymphocytes of students exposed to formaldehyde with cytokinesis-blocked micronucleus assay. *Biomed Environ Sci* **11**, 87-92 (1998).

366 Kitaeva, L. V., Kitaev, E. M. & Pimenova, M. N. [The cytopathic and cytogenetic sequelae of chronic inhalational exposure to formaldehyde on female germ cells and bone marrow cells in rats]. *Tsitologiia* **32**, 1212-1216 (1990).

367 Dallas, C. E., Scott, M. J., Ward, J. B., Jr. & Theiss, J. C. Cytogenetic analysis of pulmonary lavage and bone marrow cells of rats after repeated formaldehyde inhalation. *J Appl Toxicol* **12**, 199-203, doi:10.1002/jat.2550120309 (1992).

368 Speit, G. *et al.* Inhalation of formaldehyde does not induce systemic genotoxic effects in rats. *Mutat Res* **677**, 76-85, doi:10.1016/j.mrgentox.2009.05.020 (2009).

369 Wang, B. & Liu, D. D. [Detection of formaldehyde induced developmental toxicity assessed with single cell gel electrophoresis]. *Fen Zi Xi Bao Sheng Wu Xue Bao* **39**, 462-466 (2006).

370 Sul, D. *et al.* Gene expression profiling in lung tissues from rats exposed to formaldehyde. *Arch Toxicol* **81**, 589-597, doi:10.1007/s00204-007-0182-9 (2007).

371 Zhong, W. & Que Hee, S. S. Formaldehyde-induced DNA adducts as biomarkers of in vitro human nasal epithelial cell exposure to formaldehyde. *Mutat Res* **563**, 13-24, doi:10.1016/j.mrgentox.2004.05.012 (2004).

372 Wang, W., Xu, J., Xu, L., Yue, B. & Zou, F. The instability of (GpT)n and (ApC)n microsatellites induced by formaldehyde in Escherichia coli. *Mutagenesis* **22**, 353-357, doi:10.1093/mutage/gem023 (2007).

373   Hikiba, H., Watanabe, E., Barrett, J. C. & Tsutsui, T. Ability of fourteen chemical agents used in dental practice to induce chromosome aberrations in Syrian hamster embryo cells. *J Pharmacol Sci* **97**, 146-152, doi:10.1254/jphs.fpj04044x (2005).

374   Hagiwara, M., Watanabe, E., Barrett, J. C. & Tsutsui, T. Assessment of genotoxicity of 14 chemical agents used in dental practice: ability to induce chromosome aberrations in Syrian hamster embryo cells. *Mutat Res* **603**, 111-120, doi:10.1016/j.mrgentox.2005.08.011 (2006).

375   Lorenti Garcia, C. *et al.* Relationship between DNA lesions, DNA repair and chromosomal damage induced by acetaldehyde. *Mutat Res* **662**, 3-9, doi:10.1016/j.mrfmmm.2008.11.008 (2009).

376   Speit, G., Schutz, P., Hogel, J. & Schmid, O. Characterization of the genotoxic potential of formaldehyde in V79 cells. *Mutagenesis* **22**, 387-394, doi:10.1093/mutage/gem031 (2007).

377   Neuss, S. & Speit, G. Further characterization of the genotoxicity of formaldehyde in vitro by the sister chromatid exchange test and co-cultivation experiments. *Mutagenesis* **23**, 355-357, doi:10.1093/mutage/gen025 (2008).

378   Kumari, A., Owen, N., Juarez, E. & McCullough, A. K. BLM protein mitigates formaldehyde-induced genomic instability. *DNA Repair (Amst)* **28**, 73-82, doi:10.1016/j.dnarep.2015.02.010 (2015).

379   Kumari, A., Lim, Y. X., Newell, A. H., Olson, S. B. & McCullough, A. K. Formaldehyde-induced genome instability is suppressed by an XPF-dependent pathway. *DNA Repair (Amst)* **11**, 236-246, doi:10.1016/j.dnarep.2011.11.001 (2012).

380   Ridpath, J. R. *et al.* Cells deficient in the FANC/BRCA pathway are hypersensitive to plasma levels of formaldehyde. *Cancer Res* **67**, 11117-11122, doi:10.1158/0008-5472.CAN-07-3028 (2007).

381   Nojima, K. *et al.* Multiple repair pathways mediate tolerance to chemotherapeutic cross-linking agents in vertebrate cells. *Cancer Res* **65**, 11704-11711, doi:10.1158/0008-5472.CAN-05-1214 (2005).

382   Ren, B. *et al.* Evaluating the Sub-Acute Toxicity of Formaldehyde Fumes in an In Vitro Human Airway Epithelial Tissue Model. *Int J Mol Sci* **23**, doi:10.3390/ijms23052593 (2022).

383   Lu, K., Boysen, G., Gao, L., Collins, L. B. & Swenberg, J. A. Formaldehyde-induced histone modifications in vitro. *Chem Res Toxicol* **21**, 1586-1593, doi:10.1021/tx8000576 (2008).

384   Washam, C. Epigenetics of formaldehyde: altered microRNAs may be key to adverse effects. *Environ Health Perspect* **119**, A176, doi:10.1289/ehp.119-a176b (2011).

385   Moran, S., Arribas, C. & Esteller, M. Validation of a DNA methylation microarray for 850,000 CpG sites of the human genome enriched in enhancer sequences. *Epigenomics* **8**, 389-399, doi:10.2217/epi.15.114 (2016).

386   Buck, M. J. *et al.* Alterations in chromatin accessibility and DNA methylation in clear cell renal cell carcinoma. *Oncogene* **33**, 4961-4965, doi:10.1038/onc.2013.455 (2014).

387   Rager, J. E. *et al.* Formaldehyde and epigenetic alterations: microRNA changes in the nasal epithelium of nonhuman primates. *Environ Health Perspect* **121**, 339-344, doi:10.1289/ehp.1205582 (2013).

388     Wang, F., Chen, D., Wu, P., Klein, C. & Jin, C. Formaldehyde, Epigenetics, and Alzheimer's Disease. *Chem Res Toxicol* **32**, 820-830, doi:10.1021/acs.chemrestox.9b00090 (2019).

389     Chen, D. *et al.* Regulation of Chromatin Assembly and Cell Transformation by Formaldehyde Exposure in Human Cells. *Environ Health Perspect* **125**, 097019, doi:10.1289/EHP1275 (2017).

390     Yu, G. Y., Song, X. F., Liu, Y. & Sun, Z. W. Inhaled formaldehyde induces bone marrow toxicity via oxidative stress in exposed mice. *Asian Pac J Cancer Prev* **15**, 5253-5257, doi:10.7314/apjcp.2014.15.13.5253 (2014).

391     Augenreich, M. *et al.* Vascular dysfunction and oxidative stress caused by acute formaldehyde exposure in female adults. *Am J Physiol Heart Circ Physiol* **319**, H1369-H1379, doi:10.1152/ajpheart.00605.2020 (2020).

392     Shi, Y. Q. *et al.* Selenium pretreatment attenuates formaldehyde-induced genotoxicity in A549 cell lines. *Toxicol Ind Health* **30**, 901-909, doi:10.1177/0748233712466129 (2014).

393     Bernardini, L. *et al.* Oxidative damage, inflammation, genotoxic effect, and global DNA methylation caused by inhalation of formaldehyde and the purpose of melatonin. *Toxicol Res (Camb)* **9**, 778-789, doi:10.1093/toxres/tfaa079 (2020).

394     Yu, G. *et al.* Small interfering RNA targeting of peroxiredoxin gene enhances formaldehyde-induced toxicity in bone marrow cells isolated from BALB/c mice. *Ecotoxicol Environ Saf* **181**, 89-95, doi:10.1016/j.ecoenv.2019.05.086 (2019).

395     Rager, J. E. *et al.* Formaldehyde-associated changes in microRNAs: tissue and temporal specificity in the rat nose, white blood cells, and bone marrow. *Toxicol Sci* **138**, 36-46, doi:10.1093/toxsci/kft262 (2014).

396     Seow, W. J. *et al.* Circulating immune/inflammation markers in Chinese workers occupationally exposed to formaldehyde. *Carcinogenesis* **36**, 852-857, doi:10.1093/carcin/bgv055 (2015).

397     Ying, C. J. *et al.* Lymphocyte subsets and sister-chromatid exchanges in the students exposed to formaldehyde vapor. *Biomed Environ Sci* **12**, 88-94 (1999).

398     Madison, R. E., Broughton, A. & Thrasher, J. D. Immunologic biomarkers associated with an acute exposure to exothermic byproducts of a ureaformaldehyde spill. *Environ Health Perspect* **94**, 219-223, doi:10.1289/ehp.94-1567939 (1991).

399     Thrasher, J. D., Broughton, A. & Madison, R. Immune activation and autoantibodies in humans with long-term inhalation exposure to formaldehyde. *Arch Environ Health* **45**, 217-223, doi:10.1080/00039896.1990.9940805 (1990).

400     Vargova, M. *et al.* Subacute immunotoxicity study of formaldehyde in male rats. *Drug Chem Toxicol* **16**, 255-275, doi:10.3109/01480549309081819 (1993).

401     Kuo, H., Jian, G., Chen, C., Liu, C. & Lai, J. White blood cell count as an indicator of formaldehyde exposure. *Bull Environ Contam Toxicol* **59**, 261-267, doi:10.1007/s001289900473 (1997).

402     Tang, X. *et al.* Formaldehyde in China: production, consumption, exposure levels, and health effects. *Environ Int* **35**, 1210-1224, doi:10.1016/j.envint.2009.06.002 (2009).

403     Chang, J. C., Gross, E. A., Swenberg, J. A. & Barrow, C. S. Nasal cavity deposition, histopathology, and cell proliferation after single or repeated formaldehyde exposures in B6C3F1 mice and F-344 rats. *Toxicol Appl Pharmacol* **68**, 161-176, doi:10.1016/0041-008x(83)90001-7 (1983).

404     Monticello, T. M., Miller, F. J. & Morgan, K. T. Regional increases in rat nasal epithelial cell proliferation following acute and subchronic inhalation of formaldehyde. *Toxicol Appl Pharmacol* **111**, 409-421, doi:10.1016/0041-008x(91)90246-b (1991).

405     Yang, P. *et al.* miR-153-3p Targets betaII Spectrin to Regulate Formaldehyde-Induced Cardiomyocyte Apoptosis. *Front Cardiovasc Med* **8**, 764831, doi:10.3389/fcvm.2021.764831 (2021).

406     Yu, G. *et al.* Formaldehyde induces the apoptosis of BMCs of BALB/c mice via the PTEN/PI3K/Akt signal transduction pathway. *Mol Med Rep* **20**, 341-349, doi:10.3892/mmr.2019.10227 (2019).

407     Liu, L., Huang, Y., Feng, X., Chen, J. & Duan, Y. Overexpressed Hsp70 alleviated formaldehyde-induced apoptosis partly via PI3K/Akt signaling pathway in human bronchial epithelial cells. *Environ Toxicol* **34**, 495-504, doi:10.1002/tox.22703 (2019).

408     Zerin, T., Kim, J. S., Gil, H. W., Song, H. Y. & Hong, S. Y. Effects of formaldehyde on mitochondrial dysfunction and apoptosis in SK-N-SH neuroblastoma cells. *Cell Biol Toxicol* **31**, 261-272, doi:10.1007/s10565-015-9309-6 (2015).

409     Lim, J. H. *et al.* Alpha-1 antitrypsin inhibits formaldehyde-induced apoptosis of human peritoneal mesothelial cells. *Perit Dial Int* **40**, 124-131, doi:10.1177/0896860819887288 (2020).

410     Wu, D. *et al.* Vitamin E Reversed Apoptosis of Cardiomyocytes Induced by Exposure to High Dose Formaldehyde During Mice Pregnancy. *Int Heart J* **58**, 769-777, doi:10.1536/ihj.16-279 (2017).

411     Chen, J. *et al.* The herbal compound geniposide rescues formaldehyde-induced apoptosis in N2a neuroblastoma cells. *Sci China Life Sci* **57**, 412-421, doi:10.1007/s11427-014-4643-0 (2014).

412     Jakab, M. G. *et al.* Formaldehyde-induced chromosomal aberrations and apoptosis in peripheral blood lymphocytes of personnel working in pathology departments. *Mutat Res* **698**, 11-17, doi:10.1016/j.mrgentox.2010.02.015 (2010).

413     Wei, M. *et al.* Carcinogenicity of dimethylarsinic acid in male F344 rats and genetic alterations in induced urinary bladder tumors. *Carcinogenesis* **23**, 1387-1397, doi:10.1093/carcin/23.8.1387 (2002).

414     Kligerman, A. D. & Tennant, A. H. Insights into the carcinogenic mode of action of arsenic. *Toxicol Appl Pharmacol* **222**, 281-288, doi:10.1016/j.taap.2006.10.006 (2007).

415     Reichard, J. F., Schnekenburger, M. & Puga, A. Long term low-dose arsenic exposure induces loss of DNA methylation. *Biochem Biophys Res Commun* **352**, 188-192, doi:10.1016/j.bbrc.2006.11.001 (2007).

416     Liu, J. & Waalkes, M. P. Liver is a target of arsenic carcinogenesis. *Toxicol Sci* **105**, 24-32, doi:10.1093/toxsci/kfn120 (2008).

417     Soffritti, M., Belpoggi, F., Degli Esposti, D. & Lambertini, L. Results of a long-term carcinogenicity bioassay on Sprague-Dawley rats exposed to sodium arsenite administered in drinking water. *Ann N Y Acad Sci* **1076**, 578-591, doi:10.1196/annals.1371.075 (2006).

418     Cui, X., Wakai, T., Shirai, Y., Hatakeyama, K. & Hirano, S. Chronic oral exposure to inorganic arsenate interferes with methylation status of p16INK4a and RASSF1A and induces lung cancer in A/J mice. *Toxicol Sci* **91**, 372-381, doi:10.1093/toxsci/kfj159 (2006).

419     Hayashi, H. *et al.* Dimethylarsinic acid, a main metabolite of inorganic arsenics, has tumorigenicity and progression effects in the pulmonary tumors of A/J mice. *Cancer Lett* **125**, 83-88, doi:10.1016/s0304-3835(97)00484-9 (1998).

420     Waalkes, M. P., Ward, J. M., Liu, J. & Diwan, B. A. Transplacental carcinogenicity of inorganic arsenic in the drinking water: induction of hepatic, ovarian, pulmonary, and adrenal tumors in mice. *Toxicol Appl Pharmacol* **186**, 7-17, doi:10.1016/s0041-008x(02)00022-4 (2003).

421     Monographs, I. Arsenic, metals, fibres, and dusts. *iArC monographs on the evaluation of carcinogenic risks to humans* **100C** (2012).

422     Waalkes, M. P., Ward, J. M. & Diwan, B. A. Induction of tumors of the liver, lung, ovary and adrenal in adult mice after brief maternal gestational exposure to inorganic arsenic: promotional effects of postnatal phorbol ester exposure on hepatic and pulmonary, but not dermal cancers. *Carcinogenesis* **25**, 133-141, doi:10.1093/carcin/bgg181 (2004).

423     Waalkes, M. P., Liu, J., Ward, J. M., Powell, D. A. & Diwan, B. A. Urogenital carcinogenesis in female CD1 mice induced by in utero arsenic exposure is exacerbated by postnatal diethylstilbestrol treatment. *Cancer Res* **66**, 1337-1345, doi:10.1158/0008-5472.CAN-05-3530 (2006).

424     Waalkes, M. P., Liu, J., Ward, J. M. & Diwan, B. A. Enhanced urinary bladder and liver carcinogenesis in male CD1 mice exposed to transplacental inorganic arsenic and postnatal diethylstilbestrol or tamoxifen. *Toxicol Appl Pharmacol* **215**, 295-305, doi:10.1016/j.taap.2006.03.010 (2006).

425     Wei, M., Wanibuchi, H., Yamamoto, S., Li, W. & Fukushima, S. Urinary bladder carcinogenicity of dimethylarsinic acid in male F344 rats. *Carcinogenesis* **20**, 1873-1876, doi:10.1093/carcin/20.9.1873 (1999).

426     Arnold, L. L., Eldan, M., Nyska, A., van Gemert, M. & Cohen, S. M. Dimethylarsinic acid: results of chronic toxicity/oncogenicity studies in F344 rats and in B6C3F1 mice. *Toxicology* **223**, 82-100, doi:10.1016/j.tox.2006.03.013 (2006).

427     Shen, J., Liu, J., Xie, Y., Diwan, B. A. & Waalkes, M. P. Fetal onset of aberrant gene expression relevant to pulmonary carcinogenesis in lung adenocarcinoma development induced by in utero arsenic exposure. *Toxicol Sci* **95**, 313-320, doi:10.1093/toxsci/kfl151 (2007).

428     Pershagen, G. & Bjorklund, N. E. On the pulmonary tumorigenicity of arsenic trisulfide and calcium arsenate in hamsters. *Cancer Lett* **27**, 99-104, doi:10.1016/0304-3835(85)90013-8 (1985).

429     Yamamoto, A., Hisanaga, A. & Ishinishi, N. Tumorigenicity of inorganic arsenic compounds following intratracheal instillations to the lungs of hamsters. *Int J Cancer* **40**, 220-223, doi:10.1002/ijc.2910400216 (1987).

430     Pershagen, G., Nordberg, G. & Bjorklund, N. E. Carcinomas of the respiratory tract in hamsters given arsenic trioxide and/or benzo[a]pyrene by the pulmonary route. *Environ Res* **34**, 227-241, doi:10.1016/0013-9351(84)90091-4 (1984).

431     Roth, F. [After-effects of chronic arsenism in Moselle wine makers]. *Dtsch Med Wochenschr* **82**, 211-217, doi:10.1055/s-0028-1114666 (1957).

432     Grobe, J. W. [Expert-testimony and therapeutic findings and observations in wine-dressers of the Mosel-region with late sequelae of arsenic intoxication]. *Berufsdermatosen* **25**, 124-130 (1977).

433   Li, R. *et al.* Potential health risk assessment through ingestion and dermal contact arsenic-contaminated groundwater in Jianghan Plain, China. *Environ Geochem Health* **40**, 1585-1599, doi:10.1007/s10653-018-0073-4 (2018).

434   Chen, C. J., Chuang, Y. C., Lin, T. M. & Wu, H. Y. Malignant neoplasms among residents of a blackfoot disease-endemic area in Taiwan: high-arsenic artesian well water and cancers. *Cancer Res* **45**, 5895-5899 (1985).

435   Chiou, H. Y. *et al.* Incidence of transitional cell carcinoma and arsenic in drinking water: a follow-up study of 8,102 residents in an arseniasis-endemic area in northeastern Taiwan. *Am J Epidemiol* **153**, 411-418, doi:10.1093/aje/153.5.411 (2001).

436   Tseng, W. P. *et al.* Prevalence of skin cancer in an endemic area of chronic arsenicism in Taiwan. *J Natl Cancer Inst* **40**, 453-463 (1968).

437   Smith, A. H., Goycolea, M., Haque, R. & Biggs, M. L. Marked increase in bladder and lung cancer mortality in a region of Northern Chile due to arsenic in drinking water. *Am J Epidemiol* **147**, 660-669, doi:10.1093/oxfordjournals.aje.a009507 (1998).

438   Marshall, G. *et al.* Fifty-year study of lung and bladder cancer mortality in Chile related to arsenic in drinking water. *J Natl Cancer Inst* **99**, 920-928, doi:10.1093/jnci/djm004 (2007).

439   Hopenhayn-Rich, C. *et al.* Bladder cancer mortality associated with arsenic in drinking water in Argentina. *Epidemiology* **7**, 117-124, doi:10.1097/00001648-199603000-00003 (1996).

440   Hopenhayn-Rich, C., Biggs, M. L. & Smith, A. H. Lung and kidney cancer mortality associated with arsenic in drinking water in Cordoba, Argentina. *Int J Epidemiol* **27**, 561-569, doi:10.1093/ije/27.4.561 (1998).

441   Smith, A. H., Lingas, E. O. & Rahman, M. Contamination of drinking-water by arsenic in Bangladesh: a public health emergency. *Bull World Health Organ* **78**, 1093-1103 (2000).

442   Enterline, P. E., Henderson, V. L. & Marsh, G. M. Exposure to arsenic and respiratory cancer. A reanalysis. *Am J Epidemiol* **125**, 929-938, doi:10.1093/oxfordjournals.aje.a114631 (1987).

443   Lubin, J. H., Moore, L. E., Fraumeni, J. F., Jr. & Cantor, K. P. Respiratory cancer and inhaled inorganic arsenic in copper smelters workers: a linear relationship with cumulative exposure that increases with concentration. *Environ Health Perspect* **116**, 1661-1665, doi:10.1289/ehp.11515 (2008).

444   Lubin, J. H., Pottern, L. M., Stone, B. J. & Fraumeni, J. F., Jr. Respiratory cancer in a cohort of copper smelter workers: results from more than 50 years of follow-up. *Am J Epidemiol* **151**, 554-565, doi:10.1093/oxfordjournals.aje.a010243 (2000).

445   Chen, C. J., Kuo, T. L. & Wu, M. M. Arsenic and cancers. *Lancet* **1**, 414-415, doi:10.1016/s0140-6736(88)91207-x (1988).

446   Wu, M. M., Kuo, T. L., Hwang, Y. H. & Chen, C. J. Dose-response relation between arsenic concentration in well water and mortality from cancers and vascular diseases. *Am J Epidemiol* **130**, 1123-1132, doi:10.1093/oxfordjournals.aje.a115439 (1989).

447   Tsai, S. M., Wang, T. N. & Ko, Y. C. Mortality for certain diseases in areas with high levels of arsenic in drinking water. *Arch Environ Health* **54**, 186-193, doi:10.1080/00039899909602258 (1999).

448   Ferreccio, C. *et al.* Lung cancer and arsenic concentrations in drinking water in Chile. *Epidemiology* **11**, 673-679, doi:10.1097/00001648-200011000-00010 (2000).

449   Rivara, M. I., Cebrian, M., Corey, G., Hernandez, M. & Romieu, I. Cancer risk in an arsenic-contaminated area of Chile. *Toxicol Ind Health* **13**, 321-338, doi:10.1177/074823379701300217 (1997).

450   Smith, A. H. *et al.* Increased mortality from lung cancer and bronchiectasis in young adults after exposure to arsenic in utero and in early childhood. *Environ Health Perspect* **114**, 1293-1296, doi:10.1289/ehp.8832 (2006).

451   Chen, C. J., Chuang, Y. C., You, S. L., Lin, T. M. & Wu, H. Y. A retrospective study on malignant neoplasms of bladder, lung and liver in blackfoot disease endemic area in Taiwan. *Br J Cancer* **53**, 399-405, doi:10.1038/bjc.1986.65 (1986).

452   Chiou, H. Y. *et al.* Incidence of internal cancers and ingested inorganic arsenic: a seven-year follow-up study in Taiwan. *Cancer Res* **55**, 1296-1300 (1995).

453   Chen, C. L. *et al.* Ingested arsenic, cigarette smoking, and lung cancer risk: a follow-up study in arseniasis-endemic areas in Taiwan. *JAMA* **292**, 2984-2990, doi:10.1001/jama.292.24.2984 (2004).

454   Mostafa, M. G., McDonald, J. C. & Cherry, N. M. Lung cancer and exposure to arsenic in rural Bangladesh. *Occup Environ Med* **65**, 765-768, doi:10.1136/oem.2007.037895 (2008).

455   Chen, C. J. & Wang, C. J. Ecological correlation between arsenic level in well water and age-adjusted mortality from malignant neoplasms. *Cancer Res* **50**, 5470-5474 (1990).

456   Chiang, H. S., Guo, H. R., Hong, C. L., Lin, S. M. & Lee, E. F. The incidence of bladder cancer in the black foot disease endemic area in Taiwan. *Br J Urol* **71**, 274-278, doi:10.1111/j.1464-410x.1993.tb15942.x (1993).

457   Chen, C. J. *et al.* Atherogenicity and carcinogenicity of high-arsenic artesian well water. Multiple risk factors and related malignant neoplasms of blackfoot disease. *Arteriosclerosis* **8**, 452-460, doi:10.1161/01.atv.8.5.452 (1988).

458   Tsuda, T. *et al.* Ingested arsenic and internal cancer: a historical cohort study followed for 33 years. *Am J Epidemiol* **141**, 198-209, doi:10.1093/oxfordjournals.aje.a117421 (1995).

459   Cuzick, J., Sasieni, P. & Evans, S. Ingested arsenic, keratoses, and bladder cancer. *Am J Epidemiol* **136**, 417-421, doi:10.1093/oxfordjournals.aje.a116514 (1992).

460   Hsueh, Y. M. *et al.* Serum beta-carotene level, arsenic methylation capability, and incidence of skin cancer. *Cancer Epidemiol Biomarkers Prev* **6**, 589-596 (1997).

461   Hsueh, Y. M. *et al.* Multiple risk factors associated with arsenic-induced skin cancer: effects of chronic liver disease and malnutritional status. *Br J Cancer* **71**, 109-114, doi:10.1038/bjc.1995.22 (1995).

462   Zaldivar, R. Arsenic contamination of drinking water and foodstuffs causing endemic chronic poisoning. *Beitr Pathol* **151**, 384-400, doi:10.1016/s0005-8165(74)80047-8 (1974).

463   Liaw, J. *et al.* Increased childhood liver cancer mortality and arsenic in drinking water in northern Chile. *Cancer Epidemiol Biomarkers Prev* **17**, 1982-1987, doi:10.1158/1055-9965.EPI-07-2816 (2008).

464   Carter, D. E., Aposhian, H. V. & Gandolfi, A. J. The metabolism of inorganic arsenic oxides, gallium arsenide, and arsine: a toxicochemical review. *Toxicol Appl Pharmacol* **193**, 309-334, doi:10.1016/j.taap.2003.07.009 (2003).

465   Kenyon, E. M. *et al.* Tissue distribution and urinary excretion of inorganic arsenic and its methylated metabolites in C57BL6 mice following subchronic exposure to arsenate in

drinking water. *Toxicol Appl Pharmacol* **232**, 448-455, doi:10.1016/j.taap.2008.07.018 (2008).

466     Gregus, Z., Gyurasics, A. & Csanaky, I. Biliary and urinary excretion of inorganic arsenic: monomethylarsonous acid as a major biliary metabolite in rats. *Toxicol Sci* **56**, 18-25, doi:10.1093/toxsci/56.1.18 (2000).

467     Kala, S. V. *et al.* The MRP2/cMOAT transporter and arsenic-glutathione complex formation are required for biliary excretion of arsenic. *J Biol Chem* **275**, 33404-33408, doi:10.1074/jbc.M007030200 (2000).

468     Faita, F., Cori, L., Bianchi, F. & Andreassi, M. G. Arsenic-induced genotoxicity and genetic susceptibility to arsenic-related pathologies. *Int J Environ Res Public Health* **10**, 1527-1546, doi:10.3390/ijerph10041527 (2013).

469     Wang, T. S. *et al.* Endonuclease III, formamidopyrimidine-DNA glycosylase, and proteinase K additively enhance arsenic-induced DNA strand breaks in human cells. *Chem Res Toxicol* **15**, 1254-1258, doi:10.1021/tx025535f (2002).

470     Shi, H., Shi, X. & Liu, K. J. Oxidative mechanism of arsenic toxicity and carcinogenesis. *Mol Cell Biochem* **255**, 67-78, doi:10.1023/b:mcbi.0000007262.26044.e8 (2004).

471     Schwerdtle, T., Walter, I., Mackiw, I. & Hartwig, A. Induction of oxidative DNA damage by arsenite and its trivalent and pentavalent methylated metabolites in cultured human cells and isolated DNA. *Carcinogenesis* **24**, 967-974, doi:10.1093/carcin/bgg018 (2003).

472     Kligerman, A. D. *et al.* Methylated trivalent arsenicals as candidate ultimate genotoxic forms of arsenic: induction of chromosomal mutations but not gene mutations. *Environ Mol Mutagen* **42**, 192-205, doi:10.1002/em.10192 (2003).

473     Yamanaka, K. & Okada, S. Induction of lung-specific DNA damage by metabolically methylated arsenics via the production of free radicals. *Environ Health Perspect* **102 Suppl 3**, 37-40, doi:10.1289/ehp.94102s337 (1994).

474     Tezuka, M., Hanioka, K., Yamanaka, K. & Okada, S. Gene damage induced in human alveolar type II (L-132) cells by exposure to dimethylarsinic acid. *Biochem Biophys Res Commun* **191**, 1178-1183, doi:10.1006/bbrc.1993.1341 (1993).

475     Hei, T. K., Liu, S. X. & Waldren, C. Mutagenicity of arsenic in mammalian cells: role of reactive oxygen species. *Proc Natl Acad Sci U S A* **95**, 8103-8107, doi:10.1073/pnas.95.14.8103 (1998).

476     Moore, M. M., Harrington-Brock, K. & Doerr, C. L. Relative genotoxic potency of arsenic and its methylated metabolites. *Mutat Res* **386**, 279-290, doi:10.1016/s1383-5742(97)00003-3 (1997).

477     Oya-Ohta, Y., Kaise, T. & Ochi, T. Induction of chromosomal aberrations in cultured human fibroblasts by inorganic and organic arsenic compounds and the different roles of glutathione in such induction. *Mutat Res* **357**, 123-129, doi:10.1016/0027-5107(96)00092-9 (1996).

478     Yih, L. H. & Lee, T. C. Effects of exposure protocols on induction of kinetochore-plus and -minus micronuclei by arsenite in diploid human fibroblasts. *Mutat Res* **440**, 75-82, doi:10.1016/s1383-5718(99)00008-x (1999).

479     Huang, S. C. & Lee, T. C. Arsenite inhibits mitotic division and perturbs spindle dynamics in HeLa S3 cells. *Carcinogenesis* **19**, 889-896, doi:10.1093/carcin/19.5.889 (1998).

480    Basu, A., Mahata, J., Gupta, S. & Giri, A. K. Genetic toxicology of a paradoxical human carcinogen, arsenic: a review. *Mutat Res* **488**, 171-194, doi:10.1016/s1383-5742(01)00056-4 (2001).

481    Lee, T. C., Tanaka, N., Lamb, P. W., Gilmer, T. M. & Barrett, J. C. Induction of gene amplification by arsenic. *Science* **241**, 79-81, doi:10.1126/science.3388020 (1988).

482    Rossman, T. G. & Wolosin, D. Differential susceptibility to carcinogen-induced amplification of SV40 and dhfr sequences in SV40-transformed human keratinocytes. *Mol Carcinog* **6**, 203-213, doi:10.1002/mc.2940060306 (1992).

483    Danaee, H., Nelson, H. H., Liber, H., Little, J. B. & Kelsey, K. T. Low dose exposure to sodium arsenite synergistically interacts with UV radiation to induce mutations and alter DNA repair in human cells. *Mutagenesis* **19**, 143-148, doi:10.1093/mutage/geh010 (2004).

484    Hartwig, A. *et al.* Interference by toxic metal ions with DNA repair processes and cell cycle control: molecular mechanisms. *Environ Health Perspect* **110 Suppl 5**, 797-799, doi:10.1289/ehp.02110s5797 (2002).

485    Rossman, T. G. Mechanism of arsenic carcinogenesis: an integrated approach. *Mutat Res* **533**, 37-65, doi:10.1016/j.mrfmmm.2003.07.009 (2003).

486    Wu, F., Burns, F. J., Zhang, R., Uddin, A. N. & Rossman, T. G. Arsenite-induced alterations of DNA photodamage repair and apoptosis after solar-simulation UVR in mouse keratinocytes in vitro. *Environ Health Perspect* **113**, 983-986, doi:10.1289/ehp.7846 (2005).

487    Shen, S., Lee, J., Weinfeld, M. & Le, X. C. Attenuation of DNA damage-induced p53 expression by arsenic: a possible mechanism for arsenic co-carcinogenesis. *Mol Carcinog* **47**, 508-518, doi:10.1002/mc.20406 (2008).

488    Snow, E. T., Sykora, P., Durham, T. R. & Klein, C. B. Arsenic, mode of action at biologically plausible low doses: what are the implications for low dose cancer risk? *Toxicol Appl Pharmacol* **207**, 557-564, doi:10.1016/j.taap.2005.01.048 (2005).

489    Hartwig, A., Pelzer, A., Asmuss, M. & Burkle, A. Very low concentrations of arsenite suppress poly(ADP-ribosyl)ation in mammalian cells. *Int J Cancer* **104**, 1-6, doi:10.1002/ijc.10911 (2003).

490    Qin, X. J., Hudson, L. G., Liu, W., Timmins, G. S. & Liu, K. J. Low concentration of arsenite exacerbates UVR-induced DNA strand breaks by inhibiting PARP-1 activity. *Toxicol Appl Pharmacol* **232**, 41-50, doi:10.1016/j.taap.2008.05.019 (2008).

491    Li, J. H. & Rossman, T. G. Inhibition of DNA ligase activity by arsenite: a possible mechanism of its comutagenesis. *Mol Toxicol* **2**, 1-9 (1989).

492    Walter, I. *et al.* Impact of arsenite and its methylated metabolites on PARP-1 activity, PARP-1 gene expression and poly(ADP-ribosyl)ation in cultured human cells. *DNA Repair (Amst)* **6**, 61-70, doi:10.1016/j.dnarep.2006.08.008 (2007).

493    Vogt, B. L. & Rossman, T. G. Effects of arsenite on p53, p21 and cyclin D expression in normal human fibroblasts -- a possible mechanism for arsenite's comutagenicity. *Mutat Res* **478**, 159-168, doi:10.1016/s0027-5107(01)00137-3 (2001).

494    Tang, F. *et al.* Arsenite inhibits p53 phosphorylation, DNA binding activity, and p53 target gene p21 expression in mouse epidermal JB6 cells. *Mol Carcinog* **45**, 861-870, doi:10.1002/mc.20245 (2006).

495    Fischer, J. M. *et al.* Co-mutagenic activity of arsenic and benzo[a]pyrene in mouse skin. *Mutat Res* **588**, 35-46, doi:10.1016/j.mrgentox.2005.09.003 (2005).

496    Sciandrello, G., Barbaro, R., Caradonna, F. & Barbata, G. Early induction of genetic instability and apoptosis by arsenic in cultured Chinese hamster cells. *Mutagenesis* **17**, 99-103, doi:10.1093/mutage/17.2.99 (2002).

497    Sciandrello, G., Caradonna, F., Mauro, M. & Barbata, G. Arsenic-induced DNA hypomethylation affects chromosomal instability in mammalian cells. *Carcinogenesis* **25**, 413-417, doi:10.1093/carcin/bgh029 (2004).

498    Hamadeh, H. K., Trouba, K. J., Amin, R. P., Afshari, C. A. & Germolec, D. Coordination of altered DNA repair and damage pathways in arsenite-exposed keratinocytes. *Toxicol Sci* **69**, 306-316, doi:10.1093/toxsci/69.2.306 (2002).

499    Andrew, A. S. *et al.* Arsenic exposure is associated with decreased DNA repair in vitro and in individuals exposed to drinking water arsenic. *Environ Health Perspect* **114**, 1193-1198, doi:10.1289/ehp.9008 (2006).

500    Sykora, P. & Snow, E. T. Modulation of DNA polymerase beta-dependent base excision repair in cultured human cells after low dose exposure to arsenite. *Toxicol Appl Pharmacol* **228**, 385-394, doi:10.1016/j.taap.2007.12.019 (2008).

501    Liu, J. *et al.* Further studies on aberrant gene expression associated with arsenic-induced malignant transformation in rat liver TRL1215 cells. *Toxicol Appl Pharmacol* **216**, 407-415, doi:10.1016/j.taap.2006.06.006 (2006).

502    Klein, C. B., Leszczynska, J., Hickey, C. & Rossman, T. G. Further evidence against a direct genotoxic mode of action for arsenic-induced cancer. *Toxicol Appl Pharmacol* **222**, 289-297, doi:10.1016/j.taap.2006.12.033 (2007).

503    Jensen, T. J., Novak, P., Eblin, K. E., Gandolfi, A. J. & Futscher, B. W. Epigenetic remodeling during arsenical-induced malignant transformation. *Carcinogenesis* **29**, 1500-1508, doi:10.1093/carcin/bgn102 (2008).

504    Zhou, X., Sun, H., Ellen, T. P., Chen, H. & Costa, M. Arsenite alters global histone H3 methylation. *Carcinogenesis* **29**, 1831-1836, doi:10.1093/carcin/bgn063 (2008).

505    Benbrahim-Tallaa, L. *et al.* Molecular events associated with arsenic-induced malignant transformation of human prostatic epithelial cells: aberrant genomic DNA methylation and K-ras oncogene activation. *Toxicol Appl Pharmacol* **206**, 288-298, doi:10.1016/j.taap.2004.11.017 (2005).

506    Cerda, S. & Weitzman, S. A. Influence of oxygen radical injury on DNA methylation. *Mutat Res* **386**, 141-152, doi:10.1016/s1383-5742(96)00050-6 (1997).

507    Marsit, C. J., Eddy, K. & Kelsey, K. T. MicroRNA responses to cellular stress. *Cancer Res* **66**, 10843-10848, doi:10.1158/0008-5472.CAN-06-1894 (2006).

508    Yu, N. H., Pei, H., Huang, Y. P. & Li, Y. F. (-)-Epigallocatechin-3-Gallate Inhibits Arsenic-Induced Inflammation and Apoptosis through Suppression of Oxidative Stress in Mice. *Cell Physiol Biochem* **41**, 1788-1800, doi:10.1159/000471911 (2017).

509    Wang, T. C., Jan, K. Y., Wang, A. S. & Gurr, J. R. Trivalent arsenicals induce lipid peroxidation, protein carbonylation, and oxidative DNA damage in human urothelial cells. *Mutat Res* **615**, 75-86, doi:10.1016/j.mrfmmm.2006.10.003 (2007).

510    Kinoshita, A. *et al.* Carcinogenicity of dimethylarsinic acid in Ogg1-deficient mice. *Cancer Sci* **98**, 803-814, doi:10.1111/j.1349-7006.2007.00475.x (2007).

511    Ding, W., Hudson, L. G. & Liu, K. J. Inorganic arsenic compounds cause oxidative damage to DNA and protein by inducing ROS and RNS generation in human keratinocytes. *Mol Cell Biochem* **279**, 105-112, doi:10.1007/s11010-005-8227-y (2005).

512    Mizoi, M. *et al.* The role of trivalent dimethylated arsenic in dimethylarsinic acid-promoted skin and lung tumorigenesis in mice: tumor-promoting action through the induction of oxidative stress. *Toxicol Lett* **158**, 87-94, doi:10.1016/j.toxlet.2005.03.009 (2005).

513    Zhang, J., Zhang, Y., Wang, W., Li, C. & Zhang, Z. Double-Sided Personality: Effects of Arsenic Trioxide on Inflammation. *Inflammation* **41**, 1128-1134, doi:10.1007/s10753-018-0775-x (2018).

514    Prasad, P. & Sinha, D. Low-level arsenic causes chronic inflammation and suppresses expression of phagocytic receptors. *Environ Sci Pollut Res Int* **24**, 11708-11721, doi:10.1007/s11356-017-8744-8 (2017).

515    Liu, S. *et al.* Arsenic induced overexpression of inflammatory cytokines based on the human urothelial cell model in vitro and urinary secretion of individuals chronically exposed to arsenic. *Chem Res Toxicol* **27**, 1934-1942, doi:10.1021/tx5002783 (2014).

516    Shih, Y. H., Argos, M. & Turyk, M. E. Urinary arsenic concentration, airway inflammation, and lung function in the U.S. adult population. *Environ Res* **175**, 308-315, doi:10.1016/j.envres.2019.05.031 (2019).

517    Zhao, Y. *et al.* Exposure of low-concentration arsenic-initiated inflammation and autophagy in rat lungs. *J Biochem Mol Toxicol* **33**, e22334, doi:10.1002/jbt.22334 (2019).

518    Wang, W., Zheng, F. & Zhang, A. Arsenic-induced lung inflammation and fibrosis in a rat model: Contribution of the HMGB1/RAGE, PI3K/AKT, and TGF-beta1/SMAD pathways. *Toxicol Appl Pharmacol* **432**, 115757, doi:10.1016/j.taap.2021.115757 (2021).

519    Straub, A. C. *et al.* Low level arsenic promotes progressive inflammatory angiogenesis and liver blood vessel remoding in mice. *Toxicol Appl Pharmacol* **222**, 327-336, doi:10.1016/j.taap.2006.10.011 (2007).

520    Barchowsky, A., Klei, L. R., Dudek, E. J., Swartz, H. M. & James, P. E. Stimulation of reactive oxygen, but not reactive nitrogen species, in vascular endothelial cells exposed to low levels of arsenite. *Free Radic Biol Med* **27**, 1405-1412, doi:10.1016/s0891-5849(99)00186-0 (1999).

521    Fry, R. C. *et al.* Activation of inflammation/NF-kappaB signaling in infants born to arsenic-exposed mothers. *PLoS Genet* **3**, e207, doi:10.1371/journal.pgen.0030207 (2007).

522    Phookphan, P. *et al.* Hypomethylation of inflammatory genes (COX2, EGR1, and SOCS3) and increased urinary 8-nitroguanine in arsenic-exposed newborns and children. *Toxicol Appl Pharmacol* **316**, 36-47, doi:10.1016/j.taap.2016.12.015 (2017).

523    Shi, Q. *et al.* ATF3 inhibits arsenic-induced malignant transformation of human bronchial epithelial cells by attenuating inflammation. *Toxicology* **460**, 152890, doi:10.1016/j.tox.2021.152890 (2021).

524    Zhang, M. *et al.* AIM2 inflammasome mediates Arsenic-induced secretion of IL-1 beta and IL-18. *Oncoimmunology* **5**, e1160182, doi:10.1080/2162402X.2016.1160182 (2016).

525    Duan, X. *et al.* Arsenic Induces Continuous Inflammation and Regulates Th1/Th2/Th17/Treg Balance in Liver and Kidney In Vivo. *Mediators Inflamm* **2022**, 8414047, doi:10.1155/2022/8414047 (2022).

526    Luo, F. *et al.* Arsenite evokes IL-6 secretion, autocrine regulation of STAT3 signaling, and miR-21 expression, processes involved in the EMT and malignant transformation of human bronchial epithelial cells. *Toxicol Appl Pharmacol* **273**, 27-34, doi:10.1016/j.taap.2013.08.025 (2013).

527    Haque, R., Chaudhary, A. & Sadaf, N. Immunomodulatory Role of Arsenic in Regulatory T Cells. *Endocr Metab Immune Disord Drug Targets* **17**, 176-181, doi:10.2174/1871530317666170818114454 (2017).

528    Jamal, Z. *et al.* Arsenic-induced immunomodulatory effects disorient the survival-death interface by stabilizing the Hsp90/Beclin1 interaction. *Chemosphere* **238**, 124647, doi:10.1016/j.chemosphere.2019.124647 (2020).

529    Ochi, T., Suzuki, T., Barrett, J. C. & Tsutsui, T. A trivalent dimethylarsenic compound, dimethylarsine iodide, induces cellular transformation, aneuploidy, centrosome abnormality and multipolar spindle formation in Syrian hamster embryo cells. *Toxicology* **203**, 155-163, doi:10.1016/j.tox.2004.06.006 (2004).

530    Mure, K., Uddin, A. N., Lopez, L. C., Styblo, M. & Rossman, T. G. Arsenite induces delayed mutagenesis and transformation in human osteosarcoma cells at extremely low concentrations. *Environ Mol Mutagen* **41**, 322-331, doi:10.1002/em.10164 (2003).

531    Alexander, E. T., Mariner, K., Borodyanskaya, Y., Minton, A. & Gilmour, S. K. Polyamine-stimulation of arsenic-transformed keratinocytes. *Carcinogenesis* **40**, 1042-1051, doi:10.1093/carcin/bgz115 (2019).

532    Waalkes, M. P. *et al.* Arsenic exposure in utero exacerbates skin cancer response in adulthood with contemporaneous distortion of tumor stem cell dynamics. *Cancer Res* **68**, 8278-8285, doi:10.1158/0008-5472.CAN-08-2099 (2008).

533    Xu, Y. *et al.* Involvement of HIF-2alpha-mediated inflammation in arsenite-induced transformation of human bronchial epithelial cells. *Toxicol Appl Pharmacol* **272**, 542-550, doi:10.1016/j.taap.2013.06.017 (2013).

534    Chen, C. *et al.* NF-kB-regulated exosomal miR-155 promotes the inflammation associated with arsenite carcinogenesis. *Cancer Lett* **388**, 21-33, doi:10.1016/j.canlet.2016.11.027 (2017).

535    Escudero-Lourdes, C., Medeiros, M. K., Cardenas-Gonzalez, M. C., Wnek, S. M. & Gandolfi, J. A. Low level exposure to monomethyl arsonous acid-induced the over-production of inflammation-related cytokines and the activation of cell signals associated with tumor progression in a urothelial cell model. *Toxicol Appl Pharmacol* **244**, 162-173, doi:10.1016/j.taap.2009.12.029 (2010).

536    Germolec, D. R. *et al.* Arsenic can mediate skin neoplasia by chronic stimulation of keratinocyte-derived growth factors. *Mutat Res* **386**, 209-218, doi:10.1016/s1383-5742(97)00006-9 (1997).

537    Trouba, K. J., Wauson, E. M. & Vorce, R. L. Sodium arsenite-induced dysregulation of proteins involved in proliferative signaling. *Toxicol Appl Pharmacol* **164**, 161-170, doi:10.1006/taap.1999.8873 (2000).

538    Benbrahim-Tallaa, L., Webber, M. M. & Waalkes, M. P. Acquisition of androgen independence by human prostate epithelial cells during arsenic-induced malignant transformation. *Environ Health Perspect* **113**, 1134-1139, doi:10.1289/ehp.7832 (2005).

539    Komissarova, E. V., Saha, S. K. & Rossman, T. G. Dead or dying: the importance of time in cytotoxicity assays using arsenite as an example. *Toxicol Appl Pharmacol* **202**, 99-107, doi:10.1016/j.taap.2004.06.010 (2005).

540    Germolec, D. R. *et al.* Arsenic enhancement of skin neoplasia by chronic stimulation of growth factors. *Am J Pathol* **153**, 1775-1785, doi:10.1016/S0002-9440(10)65692-1 (1998).

541    Burns, F. J., Uddin, A. N., Wu, F., Nadas, A. & Rossman, T. G. Arsenic-induced enhancement of ultraviolet radiation carcinogenesis in mouse skin: a dose-response study. *Environ Health Perspect* **112**, 599-603, doi:10.1289/ehp.6655 (2004).

542    Luster, M. I & Simeonova, P. P. Arsenic and urinary bladder cell proliferation. *Toxicol Appl Pharmacol* **198**, 419-423, doi:10.1016/j.taap.2003.07.017 (2004).

543    Mudipalli, A., Owen, R. D. & Preston, R. J. The effect of arsenicals on ultraviolet-radiation-induced growth arrest and related signaling events in human keratinocytes. *Int J Oncol* **27**, 769-778 (2005).

544    Ouyang, W., Li, J., Zhang, D., Jiang, B. H. & Huang, D. C. PI-3K/Akt signal pathway plays a crucial role in arsenite-induced cell proliferation of human keratinocytes through induction of cyclin D1. *J Cell Biochem* **101**, 969-978, doi:10.1002/jcb.21279 (2007).

545    Patterson, T. J. & Rice, R. H. Arsenite and insulin exhibit opposing effects on epidermal growth factor receptor and keratinocyte proliferative potential. *Toxicol Appl Pharmacol* **221**, 119-128, doi:10.1016/j.taap.2007.02.003 (2007).

546    Chen, F., Vallyathan, V., Castranova, V. & Shi, X. Cell apoptosis induced by carcinogenic metals. *Mol Cell Biochem* **222**, 183-188 (2001).

547    Li, Z. *et al.* Neuroprotective effects of protocatechuic acid on sodium arsenate induced toxicity in mice: Role of oxidative stress, inflammation, and apoptosis. *Chem Biol Interact* **337**, 109392, doi:10.1016/j.cbi.2021.109392 (2021).

548    Pi, J. *et al.* Low level, long-term inorganic arsenite exposure causes generalized resistance to apoptosis in cultured human keratinocytes: potential role in skin co-carcinogenesis. *Int J Cancer* **116**, 20-26, doi:10.1002/ijc.20990 (2005).

549    Chen, P. H., Lan, C. C., Chiou, M. H., Hsieh, M. C. & Chen, G. S. Effects of arsenic and UVB on normal human cultured keratinocytes: impact on apoptosis and implication on photocarcinogenesis. *Chem Res Toxicol* **18**, 139-144, doi:10.1021/tx049834b (2005).

550    Mousa, S. A., O'Connor, L., Rossman, T. G. & Block, E. Pro-angiogenesis action of arsenic and its reversal by selenium-derived compounds. *Carcinogenesis* **28**, 962-967, doi:10.1093/carcin/bgl229 (2007).

551    Uddin, A. N., Burns, F. J. & Rossman, T. G. Vitamin E and organoselenium prevent the cocarcinogenic activity of arsenite with solar UVR in mouse skin. *Carcinogenesis* **26**, 2179-2186, doi:10.1093/carcin/bgi180 (2005).

552    Sun, H., Clancy, H. A., Kluz, T., Zavadil, J. & Costa, M. Comparison of gene expression profiles in chromate transformed BEAS-2B cells. *PLoS One* **6**, e17982, doi:10.1371/journal.pone.0017982 (2011).

553    Xia, B. *et al.* Effect of hexavalent chromium on histone biotinylation in human bronchial epithelial cells. *Toxicol Lett* **228**, 241-247, doi:10.1016/j.toxlet.2014.05.010 (2014).

554    Hodges, N. J., Adam, B., Lee, A. J., Cross, H. J. & Chipman, J. K. Induction of DNA-strand breaks in human peripheral blood lymphocytes and A549 lung cells by sodium dichromate: association with 8-oxo-2-deoxyguanosine formation and inter-individual variability. *Mutagenesis* **16**, 467-474, doi:10.1093/mutage/16.6.467 (2001).

555    Zhang, Y., Zheng, P., Su, Z., Hu, G. & Jia, G. Perspectives of Genetic Damage and Epigenetic Alterations by Hexavalent Chromium: Time Evolution Based on a Bibliometric Analysis. *Chem Res Toxicol* **34**, 684-694, doi:10.1021/acs.chemrestox.0c00415 (2021).

556    Marouani, N. *et al.* Mechanisms of chromium hexavalent-induced apoptosis in rat testes. *Toxicol Ind Health* **33**, 97-106, doi:10.1177/0748233715600333 (2017).

490

557    Sedman, R. M. *et al.* Review of the evidence regarding the carcinogenicity of hexavalent chromium in drinking water. *J Environ Sci Health C Environ Carcinog Ecotoxicol Rev* **24**, 155-182, doi:10.1080/10590500600614337 (2006).

558    Nettesheim, P., Hanna, M. G., Jr., Doherty, D. G., Newell, R. F. & Hellman, A. Effect of calcium chromate dust, influenza virus, and 100 R whole-body x radiation on lung tumor incidence in mice. *J Natl Cancer Inst* **47**, 1129-1144 (1971).

559    Payne, W. W. Production of cancers in mice and rats by chromium compounds. *AMA Arch Ind Health* **21**, 530-535 (1960).

560    Levy, L. S. & Venitt, S. Carcinogenicity and mutagenicity of chromium compounds: the association between bronchial metaplasia and neoplasia. *Carcinogenesis* **7**, 831-835, doi:10.1093/carcin/7.5.831 (1986).

561    Steinhoff, D., Gad, S. C., Hatfield, G. K. & Mohr, U. Carcinogenicity study with sodium dichromate in rats. *Exp Pathol* **30**, 129-141, doi:10.1016/s0232-1513(86)80085-8 (1986).

562    Hueper, W. C. Environmental carcinogenesis and cancers. *Cancer Res* **21**, 842-857 (1961).

563    Hueper, W. C. & Payne, W. W. Experimental studies in metal carcinogenesis. Chromium, nickel, iron, arsenic. *Arch Environ Health* **5**, 445-462, doi:10.1080/00039896.1962.10663311 (1962).

564    Hueper, W. C. & Payne, W. W. Experimental cancers in rats produced by chromium compounds and their significance to industry and public health. *Am Ind Hyg Assoc J* **20**, 274-280, doi:10.1080/00028895909343716 (1959).

565    Roe, F. J. & Carter, R. L. Chromium carcinogenesis: calcium chromate as a potent carcinogen for the subcutaneous tissues of the rat. *Br J Cancer* **23**, 172-176, doi:10.1038/bjc.1969.25 (1969).

566    Maltoni, C. Occupational carcinogenesis. Predictive value of carcinogenesis bioassays. *Ann N Y Acad Sci* **271**, 431-443, doi:10.1111/j.1749-6632.1976.tb23144.x (1976).

567    Furst, A., Schlauder, M. & Sasmore, D. P. Tumorigenic activity of lead chromate. *Cancer Res* **36**, 1779-1783 (1976).

568    National Toxicology, P. Toxicology and carcinogenesis studies of sodium dichromate dihydrate (Cas No. 7789-12-0) in F344/N rats and B6C3F1 mice (drinking water studies). *Natl Toxicol Program Tech Rep Ser*, 1-192 (2008).

569    Glaser, U., Hochrainer, D., Kloppel, H. & Oldiges, H. Carcinogenicity of sodium dichromate and chromium (VI/III) oxide aerosols inhaled by male Wistar rats. *Toxicology* **42**, 219-232, doi:10.1016/0300-483x(86)90011-9 (1986).

570    Adachi, S. & Takemoto, K. [Occupational lung cancer. A comparison between humans and experimental animals]. *Sangyo Igaku* **29**, 345-357, doi:10.1539/joh1959.29.345 (1987).

571    Adachi, S., Yoshimura, H., Katayama, H. & Takemoto, K. [Effects of chromium compounds on the respiratory system. Part 4. Long-term inhalation of chromic acid mist in electroplating to ICR female mice]. *Sangyo Igaku* **28**, 283-287, doi:10.1539/joh1959.28.283 (1986).

572    Davidson, T. *et al.* Exposure to chromium (VI) in the drinking water increases susceptibility to UV-induced skin tumors in hairless mice. *Toxicol Appl Pharmacol* **196**, 431-437, doi:10.1016/j.taap.2004.01.006 (2004).

573    Uddin, A. N. *et al.* Dietary chromium and nickel enhance UV-carcinogenesis in skin of hairless mice. *Toxicol Appl Pharmacol* **221**, 329-338, doi:10.1016/j.taap.2007.03.030 (2007).

574    Xu, J. *et al.* Oxidative stress and DNA damage in a long-term hexavalent chromium-exposed population in North China: a cross-sectional study. *BMJ Open* **8**, e021470, doi:10.1136/bmjopen-2017-021470 (2018).

575    Beaumont, J. J. *et al.* Cancer mortality in a Chinese population exposed to hexavalent chromium in drinking water. *Epidemiology* **19**, 12-23, doi:10.1097/EDE.0b013e31815cea4c (2008).

576    Sorahan, T., Burges, D. C. & Waterhouse, J. A. A mortality study of nickel/chromium platers. *Br J Ind Med* **44**, 250-258, doi:10.1136/oem.44.4.250 (1987).

577    Beaver, L. M. *et al.* Lung inflammation, injury, and proliferative response after repetitive particulate hexavalent chromium exposure. *Environ Health Perspect* **117**, 1896-1902, doi:10.1289/ehp.0900715 (2009).

578    Luippold, R. S., Mundt, K. A., Dell, L. D. & Birk, T. Low-level hexavalent chromium exposure and rate of mortality among US chromate production employees. *J Occup Environ Med* **47**, 381-385, doi:10.1097/01.jom.0000158703.32263.0d (2005).

579    Cole, P. & Rodu, B. Epidemiologic studies of chrome and cancer mortality: a series of meta-analyses. *Regul Toxicol Pharmacol* **43**, 225-231, doi:10.1016/j.yrtph.2005.06.009 (2005).

580    Luce, D. *et al.* Sinonasal cancer and occupational exposure to formaldehyde and other substances. *Int J Cancer* **53**, 224-231, doi:10.1002/ijc.2910530209 (1993).

581    Enterline, P. E. Respiratory cancer among chromate workers. *J Occup Med* **16**, 523-526 (1974).

582    VonHandorf, A. *et al.* Hexavalent chromium promotes differential binding of CTCF to its cognate sites in Euchromatin. *Epigenetics* **16**, 1361-1376, doi:10.1080/15592294.2020.1864168 (2021).

583    Gambelunghe, A. *et al.* Primary DNA damage in chrome-plating workers. *Toxicology* **188**, 187-195, doi:10.1016/s0300-483x(03)00088-x (2003).

584    Wu, F. Y. *et al.* Effect of genotoxic exposure to chromium among electroplating workers in Taiwan. *Sci Total Environ* **279**, 21-28, doi:10.1016/s0048-9697(01)00685-4 (2001).

585    Vaglenov, A. *et al.* Genotoxicity and radioresistance in electroplating workers exposed to chromium. *Mutat Res* **446**, 23-34, doi:10.1016/s1383-5718(99)00145-x (1999).

586    Benova, D. *et al.* Cytogenetic effects of hexavalent chromium in Bulgarian chromium platers. *Mutat Res* **514**, 29-38, doi:10.1016/s1383-5718(01)00320-5 (2002).

587    Gao, M. *et al.* Induction of DNA strand breaks in peripheral lymphocytes by soluble chromium compounds. *Hum Exp Toxicol* **11**, 77-82, doi:10.1177/096032719201100203 (1992).

588    Paschin, Y. V., Zacepilova, T. A. & Kozachenko, V. I. Induction of dominant lethal mutations in male mice by potassium dichromate. *Mutat Res* **103**, 345-347, doi:10.1016/0165-7992(82)90065-3 (1982).

589    De Flora, S., Bagnasco, M., Serra, D. & Zanacchi, P. Genotoxicity of chromium compounds. A review. *Mutat Res* **238**, 99-172, doi:10.1016/0165-1110(90)90007-x (1990).

590    Arakawa, H., Weng, M. W., Chen, W. C. & Tang, M. S. Chromium (VI) induces both bulky DNA adducts and oxidative DNA damage at adenines and guanines in the p53

492

gene of human lung cells. *Carcinogenesis* **33**, 1993-2000, doi:10.1093/carcin/bgs237 (2012).

591    Hu, L. *et al.* Chromium induces chromosomal instability, which is partly due to deregulation of BubR1 and Emi1, two APC/C inhibitors. *Cell Cycle* **10**, 2373-2379, doi:10.4161/cc.10.14.16310 (2011).

592    Wetterhahn, K. E., Hamilton, J. W., Aiyar, J., Borges, K. M. & Floyd, R. Mechanism of chromium(VI) carcinogenesis. Reactive intermediates and effect on gene expression. *Biol Trace Elem Res* **21**, 405-411, doi:10.1007/BF02917282 (1989).

593    Wetterhahn, K. E. & Hamilton, J. W. Molecular basis of hexavalent chromium carcinogenicity: effect on gene expression. *Sci Total Environ* **86**, 113-129, doi:10.1016/0048-9697(89)90199-x (1989).

594    Quievryn, G., Messer, J. & Zhitkovich, A. Carcinogenic chromium(VI) induces cross-linking of vitamin C to DNA in vitro and in human lung A549 cells. *Biochemistry* **41**, 3156-3167, doi:10.1021/bi011942z (2002).

595    Standeven, A. M. & Wetterhahn, K. E. Ascorbate is the principal reductant of chromium(VI) in rat lung ultrafiltrates and cytosols, and mediates chromium-DNA binding in vitro. *Carcinogenesis* **13**, 1319-1324, doi:10.1093/carcin/13.8.1319 (1992).

596    Stearns, D. M. & Wetterhahn, K. E. Reaction of chromium(VI) with ascorbate produces chromium(V), chromium(IV), and carbon-based radicals. *Chem Res Toxicol* **7**, 219-230, doi:10.1021/tx00038a016 (1994).

597    Zhitkovich, A., Song, Y., Quievryn, G. & Voitkun, V. Non-oxidative mechanisms are responsible for the induction of mutagenesis by reduction of Cr(VI) with cysteine: role of ternary DNA adducts in Cr(III)-dependent mutagenesis. *Biochemistry* **40**, 549-560, doi:10.1021/bi0015459 (2001).

598    Zhitkovich, A. Importance of chromium-DNA adducts in mutagenicity and toxicity of chromium(VI). *Chem Res Toxicol* **18**, 3-11, doi:10.1021/tx049774+ (2005).

599    Quievryn, G., Peterson, E., Messer, J. & Zhitkovich, A. Genotoxicity and mutagenicity of chromium(VI)/ascorbate-generated DNA adducts in human and bacterial cells. *Biochemistry* **42**, 1062-1070, doi:10.1021/bi0271547 (2003).

600    Reynolds, M., Stoddard, L., Bespalov, I. & Zhitkovich, A. Ascorbate acts as a highly potent inducer of chromate mutagenesis and clastogenesis: linkage to DNA breaks in G2 phase by mismatch repair. *Nucleic Acids Res* **35**, 465-476, doi:10.1093/nar/gkl1069 (2007).

601    Salnikow, K. & Zhitkovich, A. Genetic and epigenetic mechanisms in metal carcinogenesis and cocarcinogenesis: nickel, arsenic, and chromium. *Chem Res Toxicol* **21**, 28-44, doi:10.1021/tx700198a (2008).

602    Takahashi, Y. *et al.* Microsatellite instability and protein expression of the DNA mismatch repair gene, hMLH1, of lung cancer in chromate-exposed workers. *Mol Carcinog* **42**, 150-158, doi:10.1002/mc.20073 (2005).

603    Browning, C. L. *et al.* Prolonged Particulate Hexavalent Chromium Exposure Suppresses Homologous Recombination Repair in Human Lung Cells. *Toxicol Sci* **153**, 70-78, doi:10.1093/toxsci/kfw103 (2016).

604    Mishra, M. *et al.* Transcriptomic analysis provides insights on hexavalent chromium induced DNA double strand breaks and their possible repair in midgut cells of Drosophila melanogaster larvae. *Mutat Res* **747-748**, 28-39, doi:10.1016/j.mrfmmm.2013.04.005 (2013).

605    Rager, J. E., Suh, M., Chappell, G. A., Thompson, C. M. & Proctor, D. M. Review of transcriptomic responses to hexavalent chromium exposure in lung cells supports a role of epigenetic mediators in carcinogenesis. *Toxicol Lett* **305**, 40-50, doi:10.1016/j.toxlet.2019.01.011 (2019).

606    Wise, S. S. & Wise, J. P., Sr. Chromium and genomic stability. *Mutat Res* **733**, 78-82, doi:10.1016/j.mrfmmm.2011.12.002 (2012).

607    Grlickova-Duzevik, E., Wise, S. S., Munroe, R. C., Thompson, W. D. & Wise, J. P., Sr. XRCC1 protects cells from chromate-induced chromosome damage, but does not affect cytotoxicity. *Mutat Res* **610**, 31-37, doi:10.1016/j.mrgentox.2006.06.010 (2006).

608    Xie, H. *et al.* Zinc chromate induces chromosome instability and DNA double strand breaks in human lung cells. *Toxicol Appl Pharmacol* **234**, 293-299, doi:10.1016/j.taap.2008.10.010 (2009).

609    Holmes, A. L. *et al.* Chronic exposure to zinc chromate induces centrosome amplification and spindle assembly checkpoint bypass in human lung fibroblasts. *Chem Res Toxicol* **23**, 386-395, doi:10.1021/tx900360w (2010).

610    Stackpole, M. M. *et al.* Homologous recombination repair protects against particulate chromate-induced chromosome instability in Chinese hamster cells. *Mutat Res* **625**, 145-154, doi:10.1016/j.mrfmmm.2007.06.003 (2007).

611    Wise, S. S., Holmes, A. L., Liou, L., Adam, R. M. & Wise, J. P., Sr. Hexavalent chromium induces chromosome instability in human urothelial cells. *Toxicol Appl Pharmacol* **296**, 54-60, doi:10.1016/j.taap.2016.02.015 (2016).

612    Wise, S. S., Aboueissa, A. E., Martino, J. & Wise, J. P., Sr. Hexavalent Chromium-Induced Chromosome Instability Drives Permanent and Heritable Numerical and Structural Changes and a DNA Repair-Deficient Phenotype. *Cancer Res* **78**, 4203-4214, doi:10.1158/0008-5472.CAN-18-0531 (2018).

613    Martino, J., Holmes, A. L., Xie, H., Wise, S. S. & Wise, J. P., Sr. Chronic Exposure to Particulate Chromate Induces Premature Centrosome Separation and Centriole Disengagement in Human Lung Cells. *Toxicol Sci* **147**, 490-499, doi:10.1093/toxsci/kfv146 (2015).

614    Savery, L. C. *et al.* Role of the Fancg gene in protecting cells from particulate chromate-induced chromosome instability. *Mutat Res* **626**, 120-127, doi:10.1016/j.mrgentox.2006.09.005 (2007).

615    Li, P. *et al.* Downregulation of hedgehog-interacting protein (HHIP) contributes to hexavalent chromium-induced malignant transformation of human bronchial epithelial cells. *Carcinogenesis* **42**, 136-147, doi:10.1093/carcin/bgaa085 (2021).

616    Chen, Q. Y., Murphy, A., Sun, H. & Costa, M. Molecular and epigenetic mechanisms of Cr(VI)-induced carcinogenesis. *Toxicol Appl Pharmacol* **377**, 114636, doi:10.1016/j.taap.2019.114636 (2019).

617    Holmes, A. L., Wise, S. S. & Wise, J. P., Sr. Carcinogenicity of hexavalent chromium. *Indian J Med Res* **128**, 353-372 (2008).

618    Xia, B. *et al.* Chromium(VI) causes down regulation of biotinidase in human bronchial epithelial cells by modifications of histone acetylation. *Toxicol Lett* **205**, 140-145, doi:10.1016/j.toxlet.2011.05.1032 (2011).

619    Lou, J. *et al.* Effects of soluble and particulate Cr(VI) on genome-wide DNA methylation in human B lymphoblastoid cells. *Mutat Res Genet Toxicol Environ Mutagen* **792**, 12-18, doi:10.1016/j.mrgentox.2015.08.004 (2015).

494

620    Wang, Z. *et al.* Upregulation of histone-lysine methyltransferases plays a causal role in hexavalent chromium-induced cancer stem cell-like property and cell transformation. *Toxicol Appl Pharmacol* **342**, 22-30, doi:10.1016/j.taap.2018.01.022 (2018).

621    VonHandorf, A. *et al.* Chromium disrupts chromatin organization and CTCF access to its cognate sites in promoters of differentially expressed genes. *Epigenetics* **13**, 363-375, doi:10.1080/15592294.2018.1454243 (2018).

622    Tsuboi, M. *et al.* Chromate exposure induces DNA hypermethylation of the mismatch repair gene MLH1 in lung cancer. *Mol Carcinog* **59**, 24-31, doi:10.1002/mc.23125 (2020).

623    Yu, X. *et al.* Hexavalent chromium induces oxidative stress and mitochondria-mediated apoptosis in isolated skin fibroblasts of Indo-Pacific humpback dolphin. *Aquat Toxicol* **203**, 179-186, doi:10.1016/j.aquatox.2018.08.012 (2018).

624    DesMarais, T. L. & Costa, M. Mechanisms of Chromium-Induced Toxicity. *Curr Opin Toxicol* **14**, 1-7, doi:10.1016/j.cotox.2019.05.003 (2019).

625    Bagchi, D., Bagchi, M. & Stohs, S. J. Chromium (VI)-induced oxidative stress, apoptotic cell death and modulation of p53 tumor suppressor gene. *Mol Cell Biochem* **222**, 149-158 (2001).

626    Patlolla, A. K., Barnes, C., Hackett, D. & Tchounwou, P. B. Potassium dichromate induced cytotoxicity, genotoxicity and oxidative stress in human liver carcinoma (HepG2) cells. *Int J Environ Res Public Health* **6**, 643-653, doi:10.3390/ijerph6020643 (2009).

627    Tajima, H. *et al.* Pulmonary injury and antioxidant response in mice exposed to arsenate and hexavalent chromium and their combination. *Toxicology* **267**, 118-124, doi:10.1016/j.tox.2009.10.032 (2010).

628    Thompson, C. M. *et al.* Comparison of the effects of hexavalent chromium in the alimentary canal of F344 rats and B6C3F1 mice following exposure in drinking water: implications for carcinogenic modes of action. *Toxicol Sci* **125**, 79-90, doi:10.1093/toxsci/kfr280 (2012).

629    Kopec, A. K. *et al.* Genome-wide gene expression effects in B6C3F1 mouse intestinal epithelia following 7 and 90days of exposure to hexavalent chromium in drinking water. *Toxicol Appl Pharmacol* **259**, 13-26, doi:10.1016/j.taap.2011.11.012 (2012).

630    Pratheeshkumar, P. *et al.* Luteolin inhibits Cr(VI)-induced malignant cell transformation of human lung epithelial cells by targeting ROS mediated multiple cell signaling pathways. *Toxicol Appl Pharmacol* **281**, 230-241, doi:10.1016/j.taap.2014.10.008 (2014).

631    Zhao, L. *et al.* Effects of repeated Cr(VI) intratracheal instillation on club (Clara) cells and activation of nuclear factor-kappa B pathway via oxidative stress. *Toxicol Lett* **231**, 72-81, doi:10.1016/j.toxlet.2014.09.011 (2014).

632    Marouani, N. *et al.* Hexavalent Chromium-Induced Apoptosis in Rat Uterus: Involvement of Oxidative Stress. *Arch Environ Occup Health* **70**, 189-195, doi:10.1080/19338244.2013.828673 (2015).

633    Mozafari, P., Rezazadeh Azari, M., Shokoohi, Y. & Sayadi, M. Feasibility of Biological Effective Monitoring of Chrome Electroplaters to Chromium through Analysis of Serum Malondialdehyde. *Int J Occup Environ Med* **7**, 199-206, doi:10.15171/ijoem.2016.782 (2016).

634    Chaabane, M. *et al.* The potential toxic effects of hexavalent chromium on oxidative stress biomarkers and fatty acids profile in soft tissues of Venus verrucosa. *Ecotoxicol Environ Saf* **196**, 110562, doi:10.1016/j.ecoenv.2020.110562 (2020).

635    Feng, M. *et al.* Hexavalent chromium induced oxidative stress and apoptosis in Pycnoporus sanguineus. *Environ Pollut* **228**, 128-139, doi:10.1016/j.envpol.2017.05.012 (2017).

636    Wang, B. J. *et al.* Hexavalent chromium induced ROS formation, Akt, NF-kappaB, and MAPK activation, and TNF-alpha and IL-1alpha production in keratinocytes. *Toxicol Lett* **198**, 216-224, doi:10.1016/j.toxlet.2010.06.024 (2010).

637    Wang, X. *et al.* NADPH oxidase activation is required in reactive oxygen species generation and cell transformation induced by hexavalent chromium. *Toxicol Sci* **123**, 399-410, doi:10.1093/toxsci/kfr180 (2011).

638    Ma, Y. *et al.* Hexavalent chromium inhibits the formation of neutrophil extracellular traps and promotes the apoptosis of neutrophils via AMPK signaling pathway. *Ecotoxicol Environ Saf* **223**, 112614, doi:10.1016/j.ecoenv.2021.112614 (2021).

639    Yao, H., Guo, L., Jiang, B. H., Luo, J. & Shi, X. Oxidative stress and chromium(VI) carcinogenesis. *J Environ Pathol Toxicol Oncol* **27**, 77-88, doi:10.1615/jenvironpatholtoxicoloncol.v27.i2.10 (2008).

640    Shi, X. *et al.* Reaction of Cr(VI) with ascorbate and hydrogen peroxide generates hydroxyl radicals and causes DNA damage: role of a Cr(IV)-mediated Fenton-like reaction. *Carcinogenesis* **15**, 2475-2478, doi:10.1093/carcin/15.11.2475 (1994).

641    Faux, S. P., Gao, M., Chipman, J. K. & Levy, L. S. Production of 8-hydroxydeoxyguanosine in isolated DNA by chromium(VI) and chromium(V). *Carcinogenesis* **13**, 1667-1669, doi:10.1093/carcin/13.9.1667 (1992).

642    Hassoun, E. A. & Stohs, S. J. Chromium-induced production of reactive oxygen species, DNA single-strand breaks, nitric oxide production, and lactate dehydrogenase leakage in J774A.1 cell cultures. *J Biochem Toxicol* **10**, 315-321, doi:10.1002/jbt.2570100606 (1995).

643    Lee, Y. H. *et al.* N-acetylcysteine attenuates hexavalent chromium-induced hypersensitivity through inhibition of cell death, ROS-related signaling and cytokine expression. *PLoS One* **9**, e108317, doi:10.1371/journal.pone.0108317 (2014).

644    Stanley, J. A., Sivakumar, K. K., Arosh, J. A., Burghardt, R. C. & Banu, S. K. Edaravone mitigates hexavalent chromium-induced oxidative stress and depletion of antioxidant enzymes while estrogen restores antioxidant enzymes in the rat ovary in F1 offspring. *Biol Reprod* **91**, 12, doi:10.1095/biolreprod.113.113332 (2014).

645    Ma, Y. *et al.* Clusterin protects against Cr(VI)-induced oxidative stress-associated hepatotoxicity by mediating the Akt-Keap1-Nrf2 signaling pathway. *Environ Sci Pollut Res Int*, doi:10.1007/s11356-022-19118-w (2022).

646    Banu, S. K., Stanley, J. A., Sivakumar, K. K., Arosh, J. A. & Burghardt, R. C. Resveratrol protects the ovary against chromium-toxicity by enhancing endogenous antioxidant enzymes and inhibiting metabolic clearance of estradiol. *Toxicol Appl Pharmacol* **303**, 65-78, doi:10.1016/j.taap.2016.04.016 (2016).

647    Roy, R. V. *et al.* Different roles of ROS and Nrf2 in Cr(VI)-induced inflammatory responses in normal and Cr(VI)-transformed cells. *Toxicol Appl Pharmacol* **307**, 81-90, doi:10.1016/j.taap.2016.07.016 (2016).

648    Zuo, Z. *et al.* Hexavalent chromium Cr(VI) up-regulates COX-2 expression through an NFkappaB/c-Jun/AP-1-dependent pathway. *Environ Health Perspect* **120**, 547-553, doi:10.1289/ehp.1104179 (2012).

649    Hu, G. *et al.* Blood chromium exposure, immune inflammation and genetic damage: Exploring associations and mediation effects in chromate exposed population. *J Hazard Mater* **425**, 127769, doi:10.1016/j.jhazmat.2021.127769 (2022).

650    Johansen, M., Overgaard, E. & Toft, A. Severe chronic inflammation of the mucous membranes in the eyes and upper respiratory tract due to work-related exposure to hexavalent chromium. *J Laryngol Otol* **108**, 591-592, doi:10.1017/s0022215100127525 (1994).

651    Dai, L. *et al.* Effects of hexavalent chromium on mouse splenic T lymphocytes. *Toxicol In Vitro* **45**, 166-171, doi:10.1016/j.tiv.2017.09.006 (2017).

652    Li, P. *et al.* Biomarkers for lung epithelium injury in occupational hexavalent chromium-exposed workers. *J Occup Environ Med* **57**, e45-50, doi:10.1097/JOM.0000000000000436 (2015).

653    Ciacci, C. *et al.* Immunomodulation in Mytilus galloprovincialis by non-toxic doses of hexavalent chromium. *Fish Shellfish Immunol* **31**, 1026-1033, doi:10.1016/j.fsi.2011.09.002 (2011).

654    Clementino, M., Kim, D. & Zhang, Z. Constitutive Activation of NAD-Dependent Sirtuin 3 Plays an Important Role in Tumorigenesis of Chromium(VI)-Transformed Cells. *Toxicol Sci* **169**, 224-234, doi:10.1093/toxsci/kfz032 (2019).

655    Rodrigues, C. F. *et al.* Human bronchial epithelial cells malignantly transformed by hexavalent chromium exhibit an aneuploid phenotype but no microsatellite instability. *Mutat Res* **670**, 42-52, doi:10.1016/j.mrfmmm.2009.07.004 (2009).

656    Park, S., Li, C., Zhao, H., Darzynkiewicz, Z. & Xu, D. Gene 33/Mig6 inhibits hexavalent chromium-induced DNA damage and cell transformation in human lung epithelial cells. *Oncotarget* **7**, 8916-8930, doi:10.18632/oncotarget.6866 (2016).

657    Xie, H. *et al.* Neoplastic transformation of human bronchial cells by lead chromate particles. *Am J Respir Cell Mol Biol* **37**, 544-552, doi:10.1165/rcmb.2007-0058OC (2007).

658    Rizzi, M., Cravello, B. & Reno, F. Textile industry manufacturing by-products induce human melanoma cell proliferation via ERK1/2 activation. *Cell Prolif* **47**, 578-586, doi:10.1111/cpr.12132 (2014).

659    Rasanen, L., Sainio, H., Lehto, M. & Reunala, T. Lymphocyte proliferation test as a diagnostic aid in chromium contact sensitivity. *Contact Dermatitis* **25**, 25-29, doi:10.1111/j.1600-0536.1991.tb01768.x (1991).

660    Blankenship, L. J., Manning, F. C., Orenstein, J. M. & Patierno, S. R. Apoptosis is the mode of cell death caused by carcinogenic chromium. *Toxicol Appl Pharmacol* **126**, 75-83, doi:10.1006/taap.1994.1092 (1994).

661    Son, Y. O. *et al.* Cr(VI) induces mitochondrial-mediated and caspase-dependent apoptosis through reactive oxygen species-mediated p53 activation in JB6 Cl41 cells. *Toxicol Appl Pharmacol* **245**, 226-235, doi:10.1016/j.taap.2010.03.004 (2010).

662    Zhang, X., Wang, Y., Chen, M. & Zeng, M. Hexavalent chromium-induced apoptosis in Hep3B cells is accompanied by calcium overload, mitochondrial damage, and AIF translocation. *Ecotoxicol Environ Saf* **208**, 111391, doi:10.1016/j.ecoenv.2020.111391 (2021).

663    Wu, Y. H. *et al.* Hexavalent chromium intoxication induces intrinsic and extrinsic apoptosis in human renal cells. *Mol Med Rep* **21**, 851-857, doi:10.3892/mmr.2019.10885 (2020).

664    Das, J. *et al.* Hexavalent chromium induces apoptosis in male somatic and spermatogonial stem cells via redox imbalance. *Sci Rep* **5**, 13921, doi:10.1038/srep13921 (2015).

665    Jin, L. *et al.* Hexavalent chromium induces hepatocyte apoptosis via regulation of apoptosis signal-regulating kinase 1/c-Jun amino-terminal kinase signaling. *Environ Toxicol* **37**, 1288-1296, doi:10.1002/tox.23483 (2022).

666    Li, H. *et al.* Hexavalent Chromium Causes Apoptosis and Autophagy by Inducing Mitochondrial Dysfunction and Oxidative Stress in Broiler Cardiomyocytes. *Biol Trace Elem Res*, doi:10.1007/s12011-021-02877-x (2021).

667    Rudolf, E., Cervinka, M., Cerman, J. & Schroterova, L. Hexavalent chromium disrupts the actin cytoskeleton and induces mitochondria-dependent apoptosis in human dermal fibroblasts. *Toxicol In Vitro* **19**, 713-723, doi:10.1016/j.tiv.2005.03.015 (2005).

668    Xiao, F. *et al.* Hexavalent chromium targets mitochondrial respiratory chain complex I to induce reactive oxygen species-dependent caspase-3 activation in L-02 hepatocytes. *Int J Mol Med* **30**, 629-635, doi:10.3892/ijmm.2012.1031 (2012).

669    Gambelunghe, A. *et al.* Chromium VI-induced apoptosis in a human bronchial epithelial cell line (BEAS-2B) and a lymphoblastic leukemia cell line (MOLT-4). *J Occup Environ Med* **48**, 319-325, doi:10.1097/01.jom.0000197859.46894.7d (2006).

670    Russo, P. *et al.* Molecular mechanisms of hexavalent chromium-induced apoptosis in human bronchoalveolar cells. *Am J Respir Cell Mol Biol* **33**, 589-600, doi:10.1165/rcmb.2005-0213OC (2005).

671    Wang, X. F., Lou, X. M., Shen, Y., Xing, M. L. & Xu, L. H. Apoptotic-related protein changes induced by hexavalent chromium in mice liver. *Environ Toxicol* **25**, 77-82, doi:10.1002/tox.20478 (2010).

672    Wang, L. *et al.* Suppression of miR-143 contributes to overexpression of IL-6, HIF-1alpha and NF-kappaB p65 in Cr(VI)-induced human exposure and tumor growth. *Toxicol Appl Pharmacol* **378**, 114603, doi:10.1016/j.taap.2019.114603 (2019).

673    He, J. *et al.* Repression of miR-143 mediates Cr (VI)-induced tumor angiogenesis via IGF-IR/IRS1/ERK/IL-8 pathway. *Toxicol Sci* **134**, 26-38, doi:10.1093/toxsci/kft101 (2013).

674    Lash, L. H. & Parker, J. C. Hepatic and renal toxicities associated with perchloroethylene. *Pharmacol Rev* **53**, 177-208 (2001).

675    Diodovich, C. *et al.* Sensitivity of human cord blood cells to tetrachloroethylene: cellular and molecular endpoints. *Arch Toxicol* **79**, 508-514, doi:10.1007/s00204-005-0662-8 (2005).

676    National Toxicology, P. NTP Toxicology and Carcinogenesis Studies of Tetrachloroethylene (Perchloroethylene) (CAS No. 127-18-4) in F344/N Rats and B6C3F1 Mice (Inhalation Studies). *Natl Toxicol Program Tech Rep Ser* **311**, 1-197 (1986).

677    Guyton, K. Z. *et al.* Human health effects of tetrachloroethylene: key findings and scientific issues. *Environ Health Perspect* **122**, 325-334, doi:10.1289/ehp.1307359 (2014).

678    DeAngelo, A. B., Daniel, F. B., Wong, D. M. & George, M. H. The induction of hepatocellular neoplasia by trichloroacetic acid administered in the drinking water of the male B6C3F1 mouse. *J Toxicol Environ Health A* **71**, 1056-1068, doi:10.1080/15287390802111952 (2008).

679    Aschengrau, A. *et al.* Cancer risk and tetrachloroethylene-contaminated drinking water in Massachusetts. *Arch Environ Health* **48**, 284-292, doi:10.1080/00039896.1993.9936715 (1993).

680    Weisburger, E. K. Carcinogenicity studies on halogenated hydrocarbons. *Environ Health Perspect* **21**, 7-16, doi:10.1289/ehp.77217 (1977).

681    Pereira, M. A. Carcinogenic activity of dichloroacetic acid and trichloroacetic acid in the liver of female B6C3F1 mice. *Fundam Appl Toxicol* **31**, 192-199, doi:10.1006/faat.1996.0091 (1996).

682    Bull, R. J., Sanchez, I. M., Nelson, M. A., Larson, J. L. & Lansing, A. J. Liver tumor induction in B6C3F1 mice by dichloroacetate and trichloroacetate. *Toxicology* **63**, 341-359, doi:10.1016/0300-483x(90)90195-m (1990).

683    Van Duuren, B. L. *et al.* Carcinogenicity of halogenated olefinic and aliphatic hydrocarbons in mice. *J Natl Cancer Inst* **63**, 1433-1439 (1979).

684    Low-dose transdermal estrogens. *Med Lett Drugs Ther* **49**, 71-72 (2007).

685    Callahan, C. L., Stewart, P. A., Blair, A. & Purdue, M. P. Extended Mortality Follow-up of a Cohort of Dry Cleaners. *Epidemiology* **30**, 285-290, doi:10.1097/EDE.0000000000000951 (2019).

686    Purdue, M. P. *et al.* Occupational exposure to chlorinated solvents and kidney cancer: a case-control study. *Occup Environ Med* **74**, 268-274, doi:10.1136/oemed-2016-103849 (2017).

687    Aschengrau, A., Paulu, C. & Ozonoff, D. Tetrachloroethylene-contaminated drinking water and the risk of breast cancer. *Environ Health Perspect* **106 Suppl 4**, 947-953, doi:10.1289/ehp.98106s4947 (1998).

688    Aschengrau, A., Rogers, S. & Ozonoff, D. Perchloroethylene-contaminated drinking water and the risk of breast cancer: additional results from Cape Cod, Massachusetts, USA. *Environ Health Perspect* **111**, 167-173, doi:10.1289/ehp.4980 (2003).

689    Paulu, C., Aschengrau, A. & Ozonoff, D. Tetrachloroethylene-contaminated drinking water in Massachusetts and the risk of colon-rectum, lung, and other cancers. *Environ Health Perspect* **107**, 265-271, doi:10.1289/ehp.99107265 (1999).

690    Vlaanderen, J. *et al.* Occupational exposure to trichloroethylene and perchloroethylene and the risk of lymphoma, liver, and kidney cancer in four Nordic countries. *Occup Environ Med* **70**, 393-401, doi:10.1136/oemed-2012-101188 (2013).

691    Azimi, M. *et al.* Primary DNA Damage in Dry Cleaners with Perchlorethylene Exposure. *Int J Occup Environ Med* **8**, 224-231, doi:10.15171/ijoem.2017.1089 (2017).

692    Blair, A., Decoufle, P. & Grauman, D. Causes of death among laundry and dry cleaning workers. *Am J Public Health* **69**, 508-511, doi:10.2105/ajph.69.5.508 (1979).

693    Blair, A. *et al.* Cancer and other causes of death among a cohort of dry cleaners. *Br J Ind Med* **47**, 162-168, doi:10.1136/oem.47.3.162 (1990).

694    Blair, A., Petralia, S. A. & Stewart, P. A. Extended mortality follow-up of a cohort of dry cleaners. *Ann Epidemiol* **13**, 50-56, doi:10.1016/s1047-2797(02)00250-8 (2003).

695    Brown, D. P. & Kaplan, S. D. Retrospective cohort mortality study of dry cleaner workers using perchloroethylene. *J Occup Med* **29**, 535-541 (1987).

696    Ruder, A. M., Ward, E. M. & Brown, D. P. Cancer mortality in female and male dry-cleaning workers. *J Occup Med* **36**, 867-874 (1994).

697    Ruder, A. M., Ward, E. M. & Brown, D. P. Mortality in dry-cleaning workers: an update. *Am J Ind Med* **39**, 121-132, doi:10.1002/1097-0274(200102)39:2<121::aid-ajim1000>3.0.co;2-h (2001).

698    Calvert, G. M., Ruder, A. M. & Petersen, M. R. Mortality and end-stage renal disease incidence among dry cleaning workers. *Occup Environ Med* **68**, 709-716, doi:10.1136/oem.2010.060665 (2011).

699    Anttila, A., Pukkala, E., Sallmen, M., Hernberg, S. & Hemminki, K. Cancer incidence among Finnish workers exposed to halogenated hydrocarbons. *J Occup Environ Med* **37**, 797-806, doi:10.1097/00043764-199507000-00008 (1995).

700    Lynge, E. *et al.* Cancer in persons working in dry cleaning in the Nordic countries. *Environ Health Perspect* **114**, 213-219, doi:10.1289/ehp.8425 (2006).

701    Selden, A. I. & Ahlborg, G., Jr. Cancer morbidity in Swedish dry-cleaners and laundry workers: historically prospective cohort study. *Int Arch Occup Environ Health* **84**, 435-443, doi:10.1007/s00420-010-0582-7 (2011).

702    Ojajarvi, A. *et al.* Risk of pancreatic cancer in workers exposed to chlorinated hydrocarbon solvents and related compounds: a meta-analysis. *Am J Epidemiol* **153**, 841-850, doi:10.1093/aje/153.9.841 (2001).

703    Vieira, V., Aschengrau, A. & Ozonoff, D. Impact of tetrachloroethylene-contaminated drinking water on the risk of breast cancer: using a dose model to assess exposure in a case-control study. *Environ Health* **4**, 3, doi:10.1186/1476-069X-4-3 (2005).

704    Gallagher, L. G., Vieira, V. M., Ozonoff, D., Webster, T. F. & Aschengrau, A. Risk of breast cancer following exposure to tetrachloroethylene-contaminated drinking water in Cape Cod, Massachusetts: reanalysis of a case-control study using a modified exposure assessment. *Environ Health* **10**, 47, doi:10.1186/1476-069X-10-47 (2011).

705    Hartge, P. *et al.* Design and methods in a multi-center case-control interview study. *Am J Public Health* **74**, 52-56, doi:10.2105/ajph.74.1.52 (1984).

706    Schoenberg, J. B. *et al.* Case-control study of bladder cancer in New Jersey. I. Occupational exposures in white males. *J Natl Cancer Inst* **72**, 973-981 (1984).

707    Steineck, G., Plato, N., Gerhardsson, M., Norell, S. E. & Hogstedt, C. Increased risk of urothelial cancer in Stockholm during 1985-87 after exposure to benzene and exhausts. *Int J Cancer* **45**, 1012-1017, doi:10.1002/ijc.2910450605 (1990).

708    Vaughan, T. L., Stewart, P. A., Davis, S. & Thomas, D. B. Work in dry cleaning and the incidence of cancer of the oral cavity, larynx, and oesophagus. *Occup Environ Med* **54**, 692-695, doi:10.1136/oem.54.9.692 (1997).

709    Christensen, K. Y. *et al.* Risk of selected cancers due to occupational exposure to chlorinated solvents in a case-control study in Montreal. *J Occup Environ Med* **55**, 198-208, doi:10.1097/JOM.0b013e3182728eab (2013).

710    Siemiatycki, J., Dewar, R., Nadon, L. & Gerin, M. Occupational risk factors for bladder cancer: results from a case-control study in Montreal, Quebec, Canada. *Am J Epidemiol* **140**, 1061-1080, doi:10.1093/oxfordjournals.aje.a117207 (1994).

711    Delahunt, B., Bethwaite, P. B. & Nacey, J. N. Occupational risk for renal cell carcinoma. A case-control study based on the New Zealand Cancer Registry. *Br J Urol* **75**, 578-582, doi:10.1111/j.1464-410x.1995.tb07410.x (1995).

712    Dosemeci, M., Cocco, P. & Chow, W. H. Gender differences in risk of renal cell carcinoma and occupational exposures to chlorinated aliphatic hydrocarbons. *Am J Ind Med* **36**, 54-59, doi:10.1002/(sici)1097-0274(199907)36:1<54::aid-ajim8>3.0.co;2-0 (1999).

713    Pesch, B. *et al.* Occupational risk factors for renal cell carcinoma: agent-specific results from a case-control study in Germany. MURC Study Group. Multicenter urothelial and renal cancer study. *Int J Epidemiol* **29**, 1014-1024, doi:10.1093/ije/29.6.1014 (2000).

714    Mandel, J. S. *et al.* International renal-cell cancer study. IV. Occupation. *Int J Cancer* **61**, 601-605, doi:10.1002/ijc.2910610503 (1995).

715    Asal, N. R. *et al.* Risk factors in renal cell carcinoma. II. Medical history, occupation, multivariate analysis, and conclusions. *Cancer Detect Prev* **13**, 263-279 (1988).

716    Karami, S. *et al.* A case-control study of occupation/industry and renal cell carcinoma risk. *BMC Cancer* **12**, 344, doi:10.1186/1471-2407-12-344 (2012).

717    Brownson, R. C., Alavanja, M. C. & Chang, J. C. Occupational risk factors for lung cancer among nonsmoking women: a case-control study in Missouri (United States). *Cancer Causes Control* **4**, 449-454, doi:10.1007/BF00050864 (1993).

718    Vizcaya, D., Christensen, K. Y., Lavoue, J. & Siemiatycki, J. Risk of lung cancer associated with six types of chlorinated solvents: results from two case-control studies in Montreal, Canada. *Occup Environ Med* **70**, 81-85, doi:10.1136/oemed-2012-101155 (2013).

719    Bond, G. G. *et al.* Liver and biliary tract cancer among chemical workers. *Am J Ind Med* **18**, 19-24, doi:10.1002/ajim.4700180103 (1990).

720    Suarez, L., Weiss, N. S. & Martin, J. Primary liver cancer death and occupation in Texas. *Am J Ind Med* **15**, 167-175, doi:10.1002/ajim.4700150205 (1989).

721    Koppel, C., Arndt, I., Arendt, U. & Koeppe, P. Acute tetrachloroethylene poisoning-- blood elimination kinetics during hyperventilation therapy. *J Toxicol Clin Toxicol* **23**, 103-115, doi:10.3109/15563658508990621 (1985).

722    Riihimaki, V. & Pfaffli, P. Percutaneous absorption of solvent vapors in man. *Scand J Work Environ Health* **4**, 73-85, doi:10.5271/sjweh.2721 (1978).

723    Nakai, J. S. *et al.* Penetration of chloroform, trichloroethylene, and tetrachloroethylene through human skin. *J Toxicol Environ Health A* **58**, 157-170, doi:10.1080/009841099157368 (1999).

724    Lukaszewski, T. Acute tetrachloroethylene fatality. *Clin Toxicol* **15**, 411-415, doi:10.3109/15563657908989895 (1979).

725    Levine, B., Fierro, M. F., Goza, S. W. & Valentour, J. C. A tetrachloroethylene fatality. *J Forensic Sci* **26**, 206-209 (1981).

726    Garnier, R., Bedouin, J., Pepin, G. & Gaillard, Y. Coin-operated dry cleaning machines may be responsible for acute tetrachloroethylene poisoning: report of 26 cases including one death. *J Toxicol Clin Toxicol* **34**, 191-197, doi:10.3109/15563659609013769 (1996).

727    Pegg, D. G., Zempel, J. A., Braun, W. H. & Watanabe, P. G. Disposition of tetrachloro(14C)ethylene following oral and inhalation exposure in rats. *Toxicol Appl Pharmacol* **51**, 465-474, doi:10.1016/0041-008x(79)90371-5 (1979).

728    Dallas, C. E. *et al.* Development of a physiologically based pharmacokinetic model for perchloroethylene using tissue concentration-time data. *Toxicol Appl Pharmacol* **128**, 50-59, doi:10.1006/taap.1994.1179 (1994).

729    Dallas, C. E. *et al.* Physiologically based pharmacokinetic model useful in prediction of the influence of species, dose, and exposure route on perchloroethylene pharmacokinetics. *J Toxicol Environ Health* **44**, 301-317, doi:10.1080/15287399509531961 (1995).

730    Schumann, A. M., Quast, J. F. & Watanabe, P. G. The pharmacokinetics and macromolecular interactions of perchloroethylene in mice and rats as related to oncogenicity. *Toxicol Appl Pharmacol* **55**, 207-219, doi:10.1016/0041-008x(80)90082-4 (1980).

731    Frantz, S. W. & Watanabe, P. G. Tetrachloroethylene: balance and tissue distribution in male Sprague-Dawley rats by drinking-water administration. *Toxicol Appl Pharmacol* **69**, 66-72, doi:10.1016/0041-008x(83)90120-5 (1983).

732    Savolainen, H., Pfaffli, P., Tengen, M. & Vainio, H. Biochemical and behavioural effects of inhalation exposure to tetrachlorethylene and dichlormethane. *J Neuropathol Exp Neurol* **36**, 941-949, doi:10.1097/00005072-197711000-00005 (1977).

733    Ghantous, H., Danielsson, B. R., Dencker, L., Gorczak, J. & Vesterberg, O. Trichloroacetic acid accumulates in murine amniotic fluid after tri- and tetrachloroethylene inhalation. *Acta Pharmacol Toxicol (Copenh)* **58**, 105-114, doi:10.1111/j.1600-0773.1986.tb00078.x (1986).

734    Cederberg, H., Henriksson, J. & Binderup, M. L. DNA damage detected by the alkaline comet assay in the liver of mice after oral administration of tetrachloroethylene. *Mutagenesis* **25**, 133-138, doi:10.1093/mutage/gep051 (2010).

735    Kocaman, A. Y. & Asfuroglu, K. The genotoxic effects of perchloroethylene in human peripheral blood lymphocytes and the possible ameliorative role of alpha-tocopherol. *Environ Sci Pollut Res Int* **28**, 39576-39586, doi:10.1007/s11356-021-13523-3 (2021).

736    Mazzullo, M. *et al.* Evidence of DNA binding activity of perchloroethylene. *Res Commun Chem Pathol Pharmacol* **58**, 215-235 (1987).

737    Green, T. Species differences in carcinogenicity: the role of metabolism in human risk evaluation. *Teratog Carcinog Mutagen* **10**, 103-113, doi:10.1002/tcm.1770100206 (1990).

738    Anders, M. W. Glutathione-dependent bioactivation of xenobiotics: implications for mutagenicity and carcinogenicity. *Princess Takamatsu Symp* **21**, 89-99 (1990).

739    Everatt, R., Slapsyte, G., Mierauskiene, J., Dedonyte, V. & Bakiene, L. Biomonitoring study of dry cleaning workers using cytogenetic tests and the comet assay. *J Occup Environ Hyg* **10**, 609-621, doi:10.1080/15459624.2013.818238 (2013).

740    Seiji, K., Jin, C., Watanabe, T., Nakatsuka, H. & Ikeda, M. Sister chromatid exchanges in peripheral lymphocytes of workers exposed to benzene, trichloroethylene, or tetrachloroethylene, with reference to smoking habits. *Int Arch Occup Environ Health* **62**, 171-176, doi:10.1007/BF00383594 (1990).

741    Ikeda, M., Koizumi, A., Watanabe, T., Endo, A. & Sato, K. Cytogenetic and cytokinetic investigations on lymphocytes from workers occupationally exposed to tetrachloroethylene. *Toxicol Lett* **5**, 251-256, doi:10.1016/0378-4274(80)90068-5 (1980).

742    Tucker, J. D. *et al.* Cytogenetic analysis of an exposed-referent study: perchloroethylene-exposed dry cleaners compared to unexposed laundry workers. *Environ Health* **10**, 16, doi:10.1186/1476-069X-10-16 (2011).

743    Reichert, D. Biological actions and interactions of tetrachloroethylene. *Mutat Res* **123**, 411-429, doi:10.1016/0165-1110(83)90030-1 (1983).

744    Vainio, H., Waters, M. D. & Norppa, H. Mutagenicity of selected organic solvents. *Scand J Work Environ Health* **11 Suppl 1**, 75-82 (1985).

745    Jackson, M. A., Stack, H. F. & Waters, M. D. The genetic toxicology of putative nongenotoxic carcinogens. *Mutat Res* **296**, 241-277, doi:10.1016/0165-1110(93)90014-e (1993).

746    Matsuda, H. *et al.* Mutagenicity of ozonation and chlorination products from p-hydroxybenzaldehyde. *Sci Total Environ* **103**, 141-149, doi:10.1016/0048-9697(91)90140-a (1991).

747    Irving, R. M. & Elfarra, A. A. Mutagenicity of the cysteine S-conjugate sulfoxides of trichloroethylene and tetrachloroethylene in the Ames test. *Toxicology* **306**, 157-161, doi:10.1016/j.tox.2013.02.003 (2013).

748    Dekant, W. *et al.* Bacterial beta-lyase mediated cleavage and mutagenicity of cysteine conjugates derived from the nephrocarcinogenic alkenes trichloroethylene, tetrachloroethylene and hexachlorobutadiene. *Chem Biol Interact* **60**, 31-45, doi:10.1016/0009-2797(86)90015-3 (1986).

749    Vamvakas, S. *et al.* Enzymatic transformation of mercapturic acids derived from halogenated alkenes to reactive and mutagenic intermediates. *Biochem Pharmacol* **36**, 2741-2748, doi:10.1016/0006-2952(87)90258-9 (1987).

750    Vamvakas, S., Herkenhoff, M., Dekant, W. & Henschler, D. Mutagenicity of tetrachloroethene in the Ames test--metabolic activation by conjugation with glutathione. *J Biochem Toxicol* **4**, 21-27, doi:10.1002/jbt.2570040105 (1989).

751    Mersch-Sundermann, V. [The mutagenicity of organic microcontamination in the environment. II. The mutagenicity of volatile organic halogens in the Salmonella microsome test (Ames Test) with regard to the contamination of groundwater and drinking water]. *Zentralbl Bakteriol Mikrobiol Hyg B* **187**, 230-243 (1989).

752    DeMarini, D. M., Perry, E. & Shelton, M. L. Dichloroacetic acid and related compounds: induction of prophage in E. coli and mutagenicity and mutation spectra in Salmonella TA100. *Mutagenesis* **9**, 429-437, doi:10.1093/mutage/9.5.429 (1994).

753    Callen, D. F., Wolf, C. R. & Philpot, R. M. Cytochrome P-450 mediated genetic activity and cytotoxicity of seven halogenated aliphatic hydrocarbons in Saccharomyces cerevisiae. *Mutat Res* **77**, 55-63, doi:10.1016/0165-1218(80)90120-2 (1980).

754    Vamvakas, S., Dekant, W. & Henschler, D. Genotoxicity of haloalkene and haloalkane glutathione S-conjugates in porcine kidney cells. *Toxicol In Vitro* **3**, 151-156, doi:10.1016/0887-2333(89)90058-1 (1989).

755    Murakami, K. & Horikawa, K. The induction of micronuclei in mice hepatocytes and reticulocytes by tetrachloroethylene. *Chemosphere* **31**, 3733-3739, doi:10.1016/0045-6535(95)00222-t (1995).

756    Sandhu, S. S., Ma, T. H., Peng, Y. & Zhou, X. D. Clastogenicity evaluation of seven chemicals commonly found at hazardous industrial waste sites. *Mutat Res* **224**, 437-445, doi:10.1016/0165-1218(89)90068-2 (1989).

757    Matsushima, T. *et al.* Validation study of the in vitro micronucleus test in a Chinese hamster lung cell line (CHL/IU). *Mutagenesis* **14**, 569-580, doi:10.1093/mutage/14.6.569 (1999).

758    Doherty, A. T., Ellard, S., Parry, E. M. & Parry, J. M. An investigation into the activation and deactivation of chlorinated hydrocarbons to genotoxins in metabolically competent human cells. *Mutagenesis* **11**, 247-274, doi:10.1093/mutage/11.3.247 (1996).

759    White, I. N. *et al.* Neoantigen formation and clastogenic action of HCFC-123 and perchloroethylene in human MCL-5 cells. *Toxicol Lett* **124**, 129-138, doi:10.1016/s0378-4274(00)00281-2 (2001).

760    Hartmann, A. & Speit, G. Genotoxic effects of chemicals in the single cell gel (SCG) test with human blood cells in relation to the induction of sister-chromatid exchanges (SCE). *Mutat Res* **346**, 49-56, doi:10.1016/0165-7992(95)90068-3 (1995).

761    Milman, H. A. *et al.* Rat liver foci and in vitro assays to detect initiating and promoting effects of chlorinated ethanes and ethylenes. *Ann N Y Acad Sci* **534**, 521-530, doi:10.1111/j.1749-6632.1988.tb30143.x (1988).

762    Tao, L., Kramer, P. M., Ge, R. & Pereira, M. A. Effect of dichloroacetic acid and trichloroacetic acid on DNA methylation in liver and tumors of female B6C3F1 mice. *Toxicol Sci* **43**, 139-144, doi:10.1006/toxs.1998.2449 (1998).

763    Tao, L., Yang, S., Xie, M., Kramer, P. M. & Pereira, M. A. Hypomethylation and overexpression of c-jun and c-myc protooncogenes and increased DNA methyltransferase activity in dichloroacetic and trichloroacetic acid-promoted mouse liver tumors. *Cancer Lett* **158**, 185-193, doi:10.1016/s0304-3835(00)00518-8 (2000).

764    Tao, L., Wang, W., Li, L., Kramer, P. M. & Pereira, M. A. Effect of dibromoacetic acid on DNA methylation, glycogen accumulation, and peroxisome proliferation in mouse and rat liver. *Toxicol Sci* **82**, 62-69, doi:10.1093/toxsci/kfh266 (2004).

765    McDermott, C. & Heffron, J. J. Toxicity of industrially relevant chlorinated organic solvents in vitro. *Int J Toxicol* **32**, 136-145, doi:10.1177/1091581813482006 (2013).

766    Ghahri, A. *et al.* The perchloroethylene-induced toxicity in dry cleaning workers lymphocytes through induction of oxidative stress. *J Biochem Mol Toxicol* **36**, e23000, doi:10.1002/jbt.23000 (2022).

767    Wang, G., Wang, J., Ansari, G. A. S. & Khan, M. F. Autoimmune potential of perchloroethylene: Role of lipid-derived aldehydes. *Toxicol Appl Pharmacol* **333**, 76-83, doi:10.1016/j.taap.2017.08.009 (2017).

768    Zhu, Q. X., Shen, T., Ding, R., Liang, Z. Z. & Zhang, X. J. Cytotoxicity of trichloroethylene and perchloroethylene on normal human epidermal keratinocytes and protective role of vitamin E. *Toxicology* **209**, 55-67, doi:10.1016/j.tox.2004.12.006 (2005).

769    Ebrahim, A. S., Babakrishnan, K. & Sakthisekaran, D. Perchloroethylene-induced alterations in glucose metabolism and their prevention by 2-deoxy-D-glucose and vitamin E in mice. *J Appl Toxicol* **16**, 339-348, doi:10.1002/(SICI)1099-1263(199607)16:4<339::AID-JAT352>3.0.CO;2-3 (1996).

770    Ebrahim, A. S., Babu, E., Thirunavukkarasu, C. & Sakthisekaran, D. Protective role of vitamin E, 2-deoxy-D-glucose, and taurine on perchloroethylene induced alterations in ATPases. *Drug Chem Toxicol* **24**, 429-437, doi:10.1081/dct-100106267 (2001).

771    Seo, M. *et al.* A small amount of tetrachloroethylene ingestion from drinking water accelerates antigen-stimulated allergic responses. *Immunobiology* **213**, 663-669, doi:10.1016/j.imbio.2008.01.009 (2008).

772    Seo, M. *et al.* Enhancing effect of chlorinated organic solvents on histamine release and inflammatory mediator production. *Toxicology* **243**, 75-83, doi:10.1016/j.tox.2007.09.024 (2008).

773    Cichocki, J. A. *et al.* Nonalcoholic Fatty Liver Disease Is a Susceptibility Factor for Perchloroethylene-Induced Liver Effects in Mice. *Toxicol Sci* **159**, 102-113, doi:10.1093/toxsci/kfx120 (2017).

774    Wang, F. I. *et al.* Chronic toxicity of a mixture of chlorinated alkanes and alkenes in ICR mice. *J Toxicol Environ Health A* **65**, 279-291, doi:10.1080/15287390252800864 (2002).

775    Yang, R. NTP technical report on the toxicity studies of a Chemical Mixture of 25 Groundwater Contaminants Administered in Drinking Water to F344/N Rats and B6C3F(1) Mice. *Toxic Rep Ser* **35**, 1-I12 (1993).

776    Andrys, C. *et al.* Immunological monitoring of dry-cleaning shop workers--exposure to tetrachloroethylene. *Cent Eur J Public Health* **5**, 136-142 (1997).

777    Emara, A. M., Abo El-Noor, M. M., Hassan, N. A. & Wagih, A. A. Immunotoxicity and hematotoxicity induced by tetrachloroethylene in egyptian dry cleaning workers. *Inhal Toxicol* **22**, 117-124, doi:10.3109/08958370902934894 (2010).

778    Beaudreuil, S. *et al.* Occupational exposure in ANCA-positive patients: a case-control study. *Kidney Int* **67**, 1961-1966, doi:10.1111/j.1523-1755.2005.00295.x (2005).

779    Lacey, J. V., Jr. *et al.* Petroleum distillate solvents as risk factors for undifferentiated connective tissue disease (UCTD). *Am J Epidemiol* **149**, 761-770, doi:10.1093/oxfordjournals.aje.a009885 (1999).

780    Marth, E. Metabolic changes following oral exposure to tetrachloroethylene in subtoxic concentrations. *Arch Toxicol* **60**, 293-299, doi:10.1007/BF01234668 (1987).

781    Marth, E., Stunzner, D., Kock, M. & Mose, J. R. Toxicokinetics of chlorinated hydrocarbons. *J Hyg Epidemiol Microbiol Immunol* **33**, 514-520 (1989).

782    Seidel, H. J., Weber, L. & Barthel, E. Hematological toxicity of tetrachloroethylene in mice. *Arch Toxicol* **66**, 228-230, doi:10.1007/BF01974021 (1992).

783    Seidel, H. J., Beyvers, G., Pape, M. & Barthel, E. The influence of benzene on the erythroid cell system in mice. *Exp Hematol* **17**, 760-764 (1989).

784    Seidel, H. J., Barthel, E. & Zinser, D. The hematopoietic stem cell compartments in mice during and after long-term inhalation of three doses of benzene. *Exp Hematol* **17**, 300-303 (1989).

785    Germolec, D. R. *et al.* Toxicology studies of a chemical mixture of 25 groundwater contaminants. II. Immunosuppression in B6C3F1 mice. *Fundam Appl Toxicol* **13**, 377-387, doi:10.1016/0272-0590(89)90275-3 (1989).

786    Veraldi, A. *et al.* Immunotoxic effects of chemicals: A matrix for occupational and environmental epidemiological studies. *Am J Ind Med* **49**, 1046-1055, doi:10.1002/ajim.20364 (2006).

787    Aranyi, C., O'Shea, W. J., Graham, J. A. & Miller, F. J. The effects of inhalation of organic chemical air contaminants on murine lung host defenses. *Fundam Appl Toxicol* **6**, 713-720, doi:10.1016/0272-0590(86)90184-3 (1986).

788    Wright, P. F., Schlichting, L. M. & Stacey, N. H. Effects of chlorinated solvents on the natural lymphocytotoxic activities of human liver immune cells. *Toxicol In Vitro* **8**, 1037-1039, doi:10.1016/0887-2333(94)90240-2 (1994).

789    Tu, A. S., Murray, T. A., Hatch, K. M., Sivak, A. & Milman, H. A. In vitro transformation of BALB/c-3T3 cells by chlorinated ethanes and ethylenes. *Cancer Lett* **28**, 85-92, doi:10.1016/0304-3835(85)90096-5 (1985).

790    Price, P. J., Hassett, C. M. & Mansfield, J. I. Transforming activities of trichloroethylene and proposed industrial alternatives. *In Vitro* **14**, 290-293, doi:10.1007/BF02616038 (1978).

791    DiPaolo, J. A. & Doniger, J. Neoplastic transformation of Syrian hamster cells by putative epoxide metabolites of commercially utilized chloroalkenes. *J Natl Cancer Inst* **69**, 531-534 (1982).

792    Sanchez, I. M. & Bull, R. J. Early induction of reparative hyperplasia in the liver of B6C3F1 mice treated with dichloroacetate and trichloroacetate. *Toxicology* **64**, 33-46, doi:10.1016/0300-483x(90)90097-z (1990).

793    Dees, C. & Travis, C. Trichloroacetate stimulation of liver DNA synthesis in male and female mice. *Toxicol Lett* **70**, 343-355, doi:10.1016/0378-4274(94)90129-5 (1994).

794    Stauber, A. J. & Bull, R. J. Differences in phenotype and cell replicative behavior of hepatic tumors induced by dichloroacetate (DCA) and trichloroacetate (TCA). *Toxicol Appl Pharmacol* **144**, 235-246, doi:10.1006/taap.1997.8159 (1997).

795    Rosengren, L. E., Kjellstrand, P. & Haglid, K. G. Tetrachloroethylene: levels of DNA and S-100 in the gerbil CNS after chronic exposure. *Neurobehav Toxicol Teratol* **8**, 201-206 (1986).

796    Philip, B. K., Mumtaz, M. M., Latendresse, J. R. & Mehendale, H. M. Impact of repeated exposure on toxicity of perchloroethylene in Swiss Webster mice. *Toxicology* **232**, 1-14, doi:10.1016/j.tox.2006.12.018 (2007).

797    Ohnishi, M. *et al.* Inhalation carcinogenicity of 1,1,1-trichloroethane in rats and mice. *Inhal Toxicol* **25**, 298-306, doi:10.3109/08958378.2013.780116 (2013).

798    Monograph, I. RE-EVALUATION OF SOME ORGANIC CHEMICALS, HYDRAZINE AND HYDROGEN PEROXIDE. *IARC MONOGRAPHS ON THE EVALUATION OF CARCINOGENIC RISKS TO HUMANS* **71** (1999).

799    Quast, J. F., Calhoun, L. L. & Frauson, L. E. 1,1,1-trichloroethane formulation: a chronic inhalation toxicity and oncogenicity study in Fischer 344 rats and B6c3F1 mice. *Fundam Appl Toxicol* **11**, 611-625, doi:10.1016/0272-0590(88)90125-x (1988).

800    Radican, L., Blair, A., Stewart, P. & Wartenberg, D. Mortality of aircraft maintenance workers exposed to trichloroethylene and other hydrocarbons and chemicals: extended follow-up. *J Occup Environ Med* **50**, 1306-1319, doi:10.1097/JOM.0b013e3181845f7f (2008).

801    Gold, L. S. *et al.* The relationship between multiple myeloma and occupational exposure to six chlorinated solvents. *Occup Environ Med* **68**, 391-399, doi:10.1136/oem.2009.054809 (2011).

802    Heineman, E. F. *et al.* Occupational exposure to chlorinated aliphatic hydrocarbons and risk of astrocytic brain cancer. *Am J Ind Med* **26**, 155-169, doi:10.1002/ajim.4700260203 (1994).

803    Morgan, A., Black, A. & Belcher, D. R. Studies on the absorption of halogenated hydrocarbons and their excretion in breath using 38 Cl tracer techniques. *Ann Occup Hyg* **15**, 273-283, doi:10.1093/annhyg/15.2-4.273 (1972).

804    Monster, A. C. Difference in uptake, elimination, and metabolism in exposure to trichloroethylene, 1,1,1-trichloroethane and tetrachloroethylene. *Int Arch Occup Environ Health* **42**, 311-317, doi:10.1007/BF00377785 (1979).

805   Nolan, R. J., Freshour, N. L., Rick, D. L., McCarty, L. P. & Saunders, J. H. Kinetics and metabolism of inhaled methyl chloroform (1,1,1-trichloroethane) in male volunteers. *Fundam Appl Toxicol* **4**, 654-662, doi:10.1016/0272-0590(84)90057-5 (1984).

806   Ikeda, M. & Otsuji, H. A comparative study of the excretion of Fujiwara reaction-positive substances in urine of humans and rodents given trichloro-or tetrachloro-derivatives of ethane and ethylene. *Br J Ind Med* **29**, 99-104, doi:10.1136/oem.29.1.99 (1972).

807   Schumann, A. M., Fox, T. R. & Watanabe, P. G. A comparison of the fate of inhaled methyl chloroform (1,1,1-trichloroethane) following single or repeated exposure in rats and mice. *Fundam Appl Toxicol* **2**, 27-32, doi:10.1016/s0272-0590(82)80060-2 (1982).

808   Koizumi, A. *et al.* Inhibition of delta-aminolevulinic acid dehydratase by trichloroethylene. *Toxicology* **30**, 93-102, doi:10.1016/0300-483x(84)90120-3 (1984).

809   Turina, M. P. *et al.* Short-term tests of genotoxicity for 1,1,1-trichloroethane. *Res Commun Chem Pathol Pharmacol* **52**, 305-320 (1986).

810   Irvin-Barnwell, E. A. *et al.* Environmental Toxins Found Historically in the Polycythemia Vera Cluster Area and their Potential for Inducing DNA Damage. *J Environ Anal Toxicol* **8**, doi:10.4172/2161-0525.1000551 (2021).

811   Collins, A. R. The comet assay for DNA damage and repair: principles, applications, and limitations. *Mol Biotechnol* **26**, 249-261, doi:10.1385/MB:26:3:249 (2004).

812   Fairbairn, D. W., Olive, P. L. & O'Neill, K. L. The comet assay: a comprehensive review. *Mutat Res* **339**, 37-59, doi:10.1016/0165-1110(94)00013-3 (1995).

813   Brennan, R. J. & Schiestl, R. H. Chloroform and carbon tetrachloride induce intrachromosomal recombination and oxidative free radicals in Saccharomyces cerevisiae. *Mutat Res* **397**, 271-278, doi:10.1016/s0027-5107(97)00225-x (1998).

814   Shimada, T., Swanson, A. F., Leber, P. & Williams, G. M. Activities of chlorinated ethane and ethylene compounds in the Salmonella/rat microsome mutagenesis and rat hepatocyte/DNA repair assays under vapor phase exposure conditions. *Cell Biol Toxicol* **1**, 159-179, doi:10.1007/BF00120162 (1985).

815   Tabatabaei, A. R. & Abbott, F. S. LC/MS analysis of hydroxylation products of salicylate as an indicator of in vivo oxidative stress. *Free Radic Biol Med* **26**, 1054-1058, doi:10.1016/s0891-5849(98)00269-x (1999).

816   Nestmann, E. R., Otson, R., Kowbel, D. J., Bothwell, P. D. & Harrington, T. R. Mutagenicity in a modified Salmonella assay of fabric-protecting products containing 1,1,1-trichloroethane. *Environ Mutagen* **6**, 71-80, doi:10.1002/em.2860060109 (1984).

817   Rank, J. & Nielsen, M. H. Evaluation of the Allium anaphase-telophase test in relation to genotoxicity screening of industrial wastewater. *Mutat Res* **312**, 17-24, doi:10.1016/0165-1161(94)90004-3 (1994).

818   Muttray, A. *et al.* The exposure of healthy volunteers to 200 ppm 1,1,1-trichloroethane increases the concentration of proinflammatory cytokines in nasal secretions. *Int Arch Occup Environ Health* **72**, 485-488, doi:10.1007/s004200050403 (1999).

819   Hatch, G. G., Mamay, P. D., Ayer, M. L., Casto, B. C. & Nesnow, S. Chemical enhancement of viral transformation in Syrian hamster embryo cells by gaseous and volatile chlorinated methanes and ethanes. *Cancer Res* **43**, 1945-1950 (1983).

820   Cruzan, G. *et al.* Chronic toxicity/oncogenicity study of styrene in CD-1 mice by inhalation exposure for 104 weeks. *J Appl Toxicol* **21**, 185-198, doi:10.1002/jat.737 (2001).

821    Ponomarkov, V. & Tomatis, L. Effects of long-term oral administration of styrene to mice and rats. *Scand J Work Environ Health* **4 Suppl 2**, 127-135 (1978).

822    Monograph, I. STYRENE, STYRENE-7,8-OXIDE, AND QUINOLINE. *IARC MONOGRAPHS ON THE EVALUATION OF CARCINOGENIC RISKS TO HUMANS* **121** (2019).

823    Cruzan, G. *et al.* Editor's Highlight: Complete Attenuation of Mouse Lung Cell Proliferation and Tumorigenicity in CYP2F2 Knockout and CYP2F1 Humanized Mice Exposed to Inhaled Styrene for up to 2 Years Supports a Lack of Human Relevance. *Toxicol Sci* **159**, 413-421, doi:10.1093/toxsci/kfx141 (2017).

824    Brunnemann, K. D., Rivenson, A., Cheng, S. C., Saa, V. & Hoffmann, D. A study of tobacco carcinogenesis. XLVII. Bioassays of vinylpyridines for genotoxicity and for tumorigenicity in A/J mice. *Cancer Lett* **65**, 107-113, doi:10.1016/0304-3835(92)90153-m (1992).

825    Collins, J. J., Bodner, K. M. & Bus, J. S. Cancer mortality of workers exposed to styrene in the U.S. Reinforced plastics and composite industry. *Epidemiology* **24**, 195-203, doi:10.1097/EDE.0b013e318281a30f (2013).

826    Wong, O. A cohort mortality study and a case-control study of workers potentially exposed to styrene in the reinforced plastics and composites industry. *Br J Ind Med* **47**, 753-762, doi:10.1136/oem.47.11.753 (1990).

827    Wong, O., Trent, L. S. & Whorton, M. D. An updated cohort mortality study of workers exposed to styrene in the reinforced plastics and composites industry. *Occup Environ Med* **51**, 386-396, doi:10.1136/oem.51.6.386 (1994).

828    Bertke, S. J., Yiin, J. H. & Daniels, R. D. Cancer mortality update with an exposure response analysis among styrene-exposed workers in the reinforced plastics boatbuilding industry. *Am J Ind Med* **61**, 566-571, doi:10.1002/ajim.22853 (2018).

829    Okun, A. H., Beaumont, J. J., Meinhardt, T. J. & Crandall, M. S. Mortality patterns among styrene-exposed boatbuilders. *Am J Ind Med* **8**, 193-205, doi:10.1002/ajim.4700080305 (1985).

830    Ruder, A. M., Ward, E. M., Dong, M., Okun, A. H. & Davis-King, K. Mortality patterns among workers exposed to styrene in the reinforced plastic boatbuilding industry: an update. *Am J Ind Med* **45**, 165-176, doi:10.1002/ajim.10349 (2004).

831    Ruder, A. M., Meyers, A. R. & Bertke, S. J. Mortality among styrene-exposed workers in the reinforced plastic boatbuilding industry. *Occup Environ Med* **73**, 97-102, doi:10.1136/oemed-2015-102990 (2016).

832    Loomis, D. *et al.* Cancer mortality in an international cohort of reinforced plastics workers exposed to styrene: a reanalysis. *Occup Environ Med* **76**, 157-162, doi:10.1136/oemed-2018-105131 (2019).

833    Kogevinas, M. *et al.* Cancer mortality in a historical cohort study of workers exposed to styrene. *Scand J Work Environ Health* **20**, 251-261, doi:10.5271/sjweh.1400 (1994).

834    Christensen, M. S., Hansen, J., Ramlau-Hansen, C. H., Toft, G. & Kolstad, H. Cancer Incidence in Workers Exposed to Styrene in the Danish-reinforced Plastics Industry, 1968-2012. *Epidemiology* **28**, 300-310, doi:10.1097/EDE.0000000000000608 (2017).

835    Kolstad, H. A., Lynge, E. & Olsen, J. Cancer incidence in the Danish reinforced plastics industry. *IARC Sci Publ*, 301-308 (1993).

836    Kolstad, H. A., Lynge, E., Olsen, J. & Breum, N. Incidence of lymphohematopoietic malignancies among styrene-exposed workers of the reinforced plastics industry. *Scand J Work Environ Health* **20**, 272-278, doi:10.5271/sjweh.1398 (1994).

837    Kolstad, H. A., Juel, K., Olsen, J. & Lynge, E. Exposure to styrene and chronic health effects: mortality and incidence of solid cancers in the Danish reinforced plastics industry. *Occup Environ Med* **52**, 320-327, doi:10.1136/oem.52.5.320 (1995).

838    Christensen, M. S. *et al.* Styrene Exposure and Risk of Lymphohematopoietic Malignancies in 73,036 Reinforced Plastics Workers. *Epidemiology* **29**, 342-351, doi:10.1097/EDE.0000000000000819 (2018).

839    Nissen, M. S. *et al.* Sinonasal adenocarcinoma following styrene exposure in the reinforced plastics industry. *Occup Environ Med* **75**, 412-414, doi:10.1136/oemed-2017-104974 (2018).

840    Macaluso, M., Larson, R., Lynch, J., Lipton, S. & Delzell, E. Historical estimation of exposure to 1,3-butadiene, styrene, and dimethyldithiocarbamate among synthetic rubber workers. *J Occup Environ Hyg* **1**, 371-390, doi:10.1080/15459620490452004 (2004).

841    Graff, J. J. *et al.* Chemical exposures in the synthetic rubber industry and lymphohematopoietic cancer mortality. *J Occup Environ Med* **47**, 916-932, doi:10.1097/01.jom.0000172866.16615.db (2005).

842    Ott, M. G., Kolesar, R. C., Scharnweber, H. C., Schneider, E. J. & Venable, J. R. A mortality survey of employees engaged in the development or manufacture of styrene-based products. *J Occup Med* **22**, 445-460 (1980).

843    Bond, G. G., Bodner, K. M., Olsen, G. W. & Cook, R. R. Mortality among workers engaged in the development or manufacture of styrene-based products--an update. *Scand J Work Environ Health* **18**, 145-154, doi:10.5271/sjweh.1594 (1992).

844    Nicholson, W. J., Selikoff, I. J. & Seidman, H. Mortality experience of styrene-polystyrene polymerization workers. Initial findings. *Scand J Work Environ Health* **4 Suppl 2**, 247-252 (1978).

845    Cocco, P. *et al.* Occupational exposure to solvents and risk of lymphoma subtypes: results from the Epilymph case-control study. *Occup Environ Med* **67**, 341-347, doi:10.1136/oem.2009.046839 (2010).

846    Flodin, U., Fredriksson, M., Persson, B., Hardell, L. & Axelson, O. Background radiation, electrical work, and some other exposures associated with acute myeloid leukemia in a case-referent study. *Arch Environ Health* **41**, 77-84, doi:10.1080/00039896.1986.9937413 (1986).

847    Scelo, G. *et al.* Occupational exposure to vinyl chloride, acrylonitrile and styrene and lung cancer risk (europe). *Cancer Causes Control* **15**, 445-452, doi:10.1023/B:CACO.0000036444.11655.be (2004).

848    Cantor, K. P., Stewart, P. A., Brinton, L. A. & Dosemeci, M. Occupational exposures and female breast cancer mortality in the United States. *J Occup Environ Med* **37**, 336-348, doi:10.1097/00043764-199503000-00011 (1995).

849    Coggon, D., Ntani, G., Harris, E. C. & Palmer, K. T. Risk of cancer in workers exposed to styrene at eight British companies making glass-reinforced plastics. *Occup Environ Med* **72**, 165-170, doi:10.1136/oemed-2014-102382 (2015).

850    Miligi, L. *et al.* Occupational exposure to solvents and the risk of lymphomas. *Epidemiology* **17**, 552-561, doi:10.1097/01.ede.0000231279.30988.4d (2006).

851    Gerin, M., Siemiatycki, J., Desy, M. & Krewski, D. Associations between several sites of cancer and occupational exposure to benzene, toluene, xylene, and styrene: results of a case-control study in Montreal. *Am J Ind Med* **34**, 144-156, doi:10.1002/(sici)1097-0274(199808)34:2<144::aid-ajim7>3.0.co;2-x (1998).

852    Sathiakumar, N., Brill, I., Leader, M. & Delzell, E. 1,3-Butadiene, styrene and lymphohematopoietic cancer among male synthetic rubber industry workers--Preliminary exposure-response analyses. *Chem Biol Interact* **241**, 40-49, doi:10.1016/j.cbi.2015.09.003 (2015).

853    Sathiakumar, N. *et al.* An updated study of mortality among North American synthetic rubber industry workers. *Occup Environ Med* **62**, 822-829, doi:10.1136/oem.2004.018176 (2005).

854    Sathiakumar, N. & Delzell, E. A follow-up study of mortality among women in the North American synthetic rubber industry. *J Occup Environ Med* **51**, 1314-1325, doi:10.1097/JOM.0b013e3181bd8972 (2009).

855    Vodicka, P., Stetina, R., Kumar, R., Plna, K. & Hemminki, K. 7-Alkylguanine adducts of styrene oxide determined by 32P-postlabeling in DNA and human embryonal lung fibroblasts (HEL). *Carcinogenesis* **17**, 801-808, doi:10.1093/carcin/17.4.801 (1996).

856    Pauwels, W. & Veulemans, H. Comparison of ethylene, propylene and styrene 7,8-oxide in vitro adduct formation on N-terminal valine in human haemoglobin and on N-7-guanine in human DNA. *Mutat Res* **418**, 21-33, doi:10.1016/s1383-5718(98)00106-5 (1998).

857    Bastlova, T., Vodicka, P., Peterkova, K., Hemminki, K. & Lambert, B. Styrene oxide-induced HPRT mutations, DNA adducts and DNA strand breaks in cultured human lymphocytes. *Carcinogenesis* **16**, 2357-2362 (1995).

858    Vodicka, P., Koskinen, M., Arand, M., Oesch, F. & Hemminki, K. Spectrum of styrene-induced DNA adducts: the relationship to other biomarkers and prospects in human biomonitoring. *Mutat Res* **511**, 239-254, doi:10.1016/s1383-5742(02)00012-1 (2002).

859    Vodicka, P. *et al.* Styrene metabolism, genotoxicity, and potential carcinogenicity. *Drug Metab Rev* **38**, 805-853, doi:10.1080/03602530600952222 (2006).

860    Koskinen, M. & Plna, K. Specific DNA adducts induced by some mono-substituted epoxides in vitro and in vivo. *Chem Biol Interact* **129**, 209-229, doi:10.1016/s0009-2797(00)00206-4 (2000).

861    Moschel, R. C., Hudgins, W. R. & Dipple, A. Electrophilic attack at carbon-5 of guanine nucleosides: structure and properties of the resulting guanidinoimidazole products. *IARC Sci Publ*, 235-240 (1986).

862    Barlow, T., Ding, J., Vouros, P. & Dipple, A. Investigation of hydrolytic deamination of 1-(2-hydroxy-1-phenylethyl)adenosine. *Chem Res Toxicol* **10**, 1247-1249, doi:10.1021/tx970091m (1997).

863    Barlow, T. & Dipple, A. Aralkylation of guanosine with para-substituted styrene oxides. *Chem Res Toxicol* **11**, 44-53, doi:10.1021/tx970126i (1998).

864    Qian, C. & Dipple, A. Different mechanisms of aralkylation of adenosine at the 1- and N6-positions. *Chem Res Toxicol* **8**, 389-395, doi:10.1021/tx00045a010 (1995).

865    Kolstad, H. A. *et al.* Clonal chromosome aberrations in myeloid leukemia after styrene exposure. *Scand J Work Environ Health* **22**, 58-61, doi:10.5271/sjweh.110 (1996).

866    Buschini, A. *et al.* Genetic polymorphism of drug-metabolizing enzymes and styrene-induced DNA damage. *Environ Mol Mutagen* **41**, 243-252, doi:10.1002/em.10150 (2003).

867    Somorovska, M. *et al.* Biomonitoring of occupational exposure to styrene in a plastics lamination plant. *Mutat Res* **428**, 255-269, doi:10.1016/s1383-5742(99)00052-6 (1999).

868    Shamy, M. Y., Osman, H. H., Kandeel, K. M., Abdel-Moneim, N. M. & El, S. K. DNA single strand breaks induced by low levels of occupational exposure to styrene: the gap between standards and reality. *J Environ Pathol Toxicol Oncol* **21**, 57-61 (2002).

869    Laffon, B., Pasaro, E. & Mendez, J. Evaluation of genotoxic effects in a group of workers exposed to low levels of styrene. *Toxicology* **171**, 175-186, doi:10.1016/s0300-483x(01)00572-8 (2002).

870    Wongvijitsuk, S., Navasumrit, P., Vattanasit, U., Parnlob, V. & Ruchirawat, M. Low level occupational exposure to styrene: its effects on DNA damage and DNA repair. *Int J Hyg Environ Health* **214**, 127-137, doi:10.1016/j.ijheh.2010.09.007 (2011).

871    Brenner, D. D. *et al.* Biomarkers in styrene-exposed boatbuilders. *Mutat Res* **261**, 225-236, doi:10.1016/0165-1218(91)90071-s (1991).

872    Costa, C. *et al.* DNA damage and susceptibility assessment in industrial workers exposed to styrene. *J Toxicol Environ Health A* **75**, 735-746, doi:10.1080/15287394.2012.688488 (2012).

873    Teixeira, J. P. *et al.* Cytogenetic and DNA damage on workers exposed to styrene. *Mutagenesis* **25**, 617-621, doi:10.1093/mutage/geq049 (2010).

874    Vodicka, P. *et al.* Cytogenetic markers, DNA single-strand breaks, urinary metabolites, and DNA repair rates in styrene-exposed lamination workers. *Environ Health Perspect* **112**, 867-871, doi:10.1289/ehp.6849 (2004).

875    Migliore, L. *et al.* Assessment of sperm DNA integrity in workers exposed to styrene. *Hum Reprod* **17**, 2912-2918, doi:10.1093/humrep/17.11.2912 (2002).

876    Fracasso, M. E. *et al.* DNA single- and double-strand breaks by alkaline- and immuno-comet assay in lymphocytes of workers exposed to styrene. *Toxicol Lett* **185**, 9-15, doi:10.1016/j.toxlet.2008.11.010 (2009).

877    Marczynski, B., Rozynek, P., Elliehausen, H. J., Korn, M. & Baur, X. Detection of 8-hydroxydeoxyguanosine, a marker of oxidative DNA damage, in white blood cells of workers occupationally exposed to styrene. *Arch Toxicol* **71**, 496-500, doi:10.1007/s002040050418 (1997).

878    Manini, P. *et al.* Biomarkers of nucleic acid oxidation, polymorphism in, and expression of, hOGG1 gene in styrene-exposed workers. *Toxicol Lett* **190**, 41-47, doi:10.1016/j.toxlet.2009.06.862 (2009).

879    Migliore, L. *et al.* Cytogenetic biomarkers, urinary metabolites and metabolic gene polymorphisms in workers exposed to styrene. *Pharmacogenet Genomics* **16**, 87-99, doi:10.1097/01.fpc.0000182783.70006.44 (2006).

880    Yager, J. W., Paradisin, W. M. & Rappaport, S. M. Sister-chromatid exchanges in lymphocytes are increased in relation to longitudinally measured occupational exposure to low concentrations of styrene. *Mutat Res* **319**, 155-165, doi:10.1016/0165-1218(93)90075-o (1993).

881    Huang, M. [Study of cytogenetic damages in peripheral blood of styrene exposed workers]. *Zhonghua Yu Fang Yi Xue Za Zhi* **26**, 272-274 (1992).

882   Hogstedt, B. Micronuclei in lymphocytes with preserved cytoplasm. A method for assessment of cytogenetic damage in man. *Mutat Res* **130**, 63-72 (1984).

883   Helal, S. F. & Elshafy, W. S. Health hazards among workers in plastic industry. *Toxicol Ind Health* **29**, 812-819, doi:10.1177/0748233712442728 (2013).

884   Camurri, L., Codeluppi, S., Pedroni, C. & Scarduelli, L. Chromosomal aberrations and sister-chromatid exchanges in workers exposed to styrene. *Mutat Res* **119**, 361-369, doi:10.1016/0165-7992(83)90186-0 (1983).

885   Andersson, H. C., Tranberg, E. A., Uggla, A. H. & Zetterberg, G. Chromosomal aberrations and sister-chromatid exchanges in lymphocytes of men occupationally exposed to styrene in a plastic-boat factory. *Mutat Res* **73**, 387-401, doi:10.1016/0027-5107(80)90203-1 (1980).

886   Laffon, B., Perez-Cadahia, B., Pasaro, E. & Mendez, J. Individual sensitivity to DNA damage induced by styrene in vitro: influence of cytochrome p450, epoxide hydrolase and glutathione S-transferase genotypes. *Toxicology* **186**, 131-141, doi:10.1016/s0300-483x(02)00729-1 (2003).

887   Costa, C., Pasquale, R. D., Silvari, V., Barbaro, M. & Catania, S. In vitro evaluation of oxidative damage from organic solvent vapours on human skin. *Toxicol In Vitro* **20**, 324-331, doi:10.1016/j.tiv.2005.08.007 (2006).

888   Linnainmaa, K., Meretoja, T., Sorsa, M. & Vainio, H. Cytogenetic effects of styrene and styrene oxide on human lymphocytes and Allium cepa. *Scand J Work Environ Health* **4 Suppl 2**, 156-162 (1978).

889   Pohlova, H., Rossner, P. & Sram, R. J. Cytogenetic analysis of human peripheral blood lymphocytes in culture exposed in vitro to styrene and styrene oxide. *J Hyg Epidemiol Microbiol Immunol* **29**, 269-274 (1984).

890   Jantunen, K., Maki-Paakkanen, J. & Norppa, H. Induction of chromosome aberrations by styrene and vinylacetate in cultured human lymphocytes: dependence on erythrocytes. *Mutat Res* **159**, 109-116, doi:10.1016/0027-5107(86)90119-3 (1986).

891   Norppa, H. & Vainio, H. Induction of sister-chromatid exchanges by styrene analogues in cultured human lymphocytes. *Mutat Res* **116**, 379-387, doi:10.1016/0165-1218(83)90076-9 (1983).

892   Norppa, H., Vainio, H. & Sorsa, M. Metabolic activation of styrene by erythrocytes detected as increased sister chromatid exchanges in cultured human lymphocytes. *Cancer Res* **43**, 3579-3582 (1983).

893   Chakrabarti, S., Duhr, M. A., Senecal-Quevillon, M. & Richer, C. L. Dose-dependent genotoxic effects of styrene on human blood lymphocytes and the relationship to its oxidative and metabolic effects. *Environ Mol Mutagen* **22**, 85-92, doi:10.1002/em.2850220206 (1993).

894   Lee, S. H. & Norppa, H. Effects of indomethacin and arachidonic acid on sister chromatid exchange induction by styrene and styrene-7,8-oxide. *Mutat Res* **348**, 93-99, doi:10.1016/0165-7992(95)00051-8 (1995).

895   Bernardini, S., Hirvonen, A., Jarventaus, H. & Norppa, H. Influence of GSTM1 and GSTT1 genotypes on sister chromatid exchange induction by styrene in cultured human lymphocytes. *Carcinogenesis* **23**, 893-897, doi:10.1093/carcin/23.5.893 (2002).

896   Kohlerova, R. & Stetina, R. The repair of DNA damage induced in human peripheral lymphocytes with styrene oxide. *Acta Medica (Hradec Kralove)* **46**, 95-100 (2003).

897     Speit, G., Linsenmeyer, R., Schutz, P. & Kuehner, S. Insensitivity of the in vitro cytokinesis-block micronucleus assay with human lymphocytes for the detection of DNA damage present at the start of the cell culture. *Mutagenesis* **27**, 743-747, doi:10.1093/mutage/ges041 (2012).

898     Bausinger, J. & Speit, G. Induction and repair of DNA damage measured by the comet assay in human T lymphocytes separated by immunomagnetic cell sorting. *Mutat Res* **769**, 42-48, doi:10.1016/j.mrfmmm.2014.07.005 (2014).

899     Cemeli, E., Mirkova, E., Chiuchiarelli, G., Alexandrova, E. & Anderson, D. Investigation on the mechanisms of genotoxicity of butadiene, styrene and their combination in human lymphocytes using the Comet assay. *Mutat Res* **664**, 69-76, doi:10.1016/j.mrfmmm.2009.02.010 (2009).

900     Laffon, B., Pasaro, E. & Mendez, J. DNA damage and repair in human leukocytes exposed to styrene-7,8-oxide measured by the comet assay. *Toxicol Lett* **126**, 61-68, doi:10.1016/s0378-4274(01)00432-5 (2002).

901     Godderis, L. *et al.* Influence of genetic polymorphisms on biomarkers of exposure and genotoxic effects in styrene-exposed workers. *Environ Mol Mutagen* **44**, 293-303, doi:10.1002/em.20069 (2004).

902     Fabiani, R., Rosignoli, P., De Bartolomeo, A., Fuccelli, R. & Morozzi, G. Genotoxicity of alkene epoxides in human peripheral blood mononuclear cells and HL60 leukaemia cells evaluated with the comet assay. *Mutat Res* **747**, 1-6, doi:10.1016/j.mrgentox.2012.01.004 (2012).

903     Bjorge, C. *et al.* A comparative study of chemically induced DNA damage in isolated human and rat testicular cells. *Reprod Toxicol* **10**, 509-519, doi:10.1016/s0890-6238(96)00138-4 (1996).

904     Marczynski, B., Peel, M. & Baur, X. Changes in high molecular weight DNA fragmentation following human blood exposure to styrene-7,8-oxide. *Toxicology* **120**, 111-117, doi:10.1016/s0300-483x(97)03643-3 (1997).

905     Vaghef, H. & Hellman, B. Detection of styrene and styrene oxide-induced DNA damage in various organs of mice using the comet assay. *Pharmacol Toxicol* **83**, 69-74, doi:10.1111/j.1600-0773.1998.tb01446.x (1998).

906     Solveig Walles, S. A. & Orsen, I. Single-strand breaks in DNA of various organs of mice induced by styrene and styrene oxide. *Cancer Lett* **21**, 9-15, doi:10.1016/0304-3835(83)90076-9 (1983).

907     Vodicka, P. *et al.* DNA adducts, strand breaks and micronuclei in mice exposed to styrene by inhalation. *Chem Biol Interact* **137**, 213-227, doi:10.1016/s0009-2797(01)00253-8 (2001).

908     Mamaca, E. *et al.* The neutral red lysosomal retention assay and Comet assay on haemolymph cells from mussels (Mytilus edulis) and fish (Symphodus melops) exposed to styrene. *Aquat Toxicol* **75**, 191-201, doi:10.1016/j.aquatox.2005.08.001 (2005).

909     Del Carratore, R. *et al.* Cytochrome P-450 factors determining synthesis in strain D7 Saccharomyces cerevisiae. An alternative system to microsomal assay. *Mutat Res* **121**, 117-123, doi:10.1016/0165-7992(83)90109-4 (1983).

910     Paolini, M., Sapigni, E., Hrelia, P., Grilli, S. & Cantelli-Forti, G. Isolation of S9 fractions from mouse and rat with increased enzyme activities after repeated administration of cytochrome P-450 and P-448 inducers. *Mutagenesis* **3**, 239-243, doi:10.1093/mutage/3.3.239 (1988).

911   Oberheitmann, B., Frentzel-Beyme, R. & Hoffmann, W. An application of the challenge assay in boat builders exposed to low levels of styrene--a feasibility study of a possible biomarker for acquired susceptibility. *Int J Hyg Environ Health* **204**, 23-29, doi:10.1078/1438-4639-00968 (2001).

912   Loeb, L. A., Liu, P. K. & Fry, M. DNA polymerase-alpha: enzymology, function, fidelity, and mutagenesis. *Prog Nucleic Acid Res Mol Biol* **33**, 57-110, doi:10.1016/s0079-6603(08)60020-3 (1986).

913   Bastlova, T. & Podlutsky, A. Molecular analysis of styrene oxide-induced hprt mutation in human T-lymphocytes. *Mutagenesis* **11**, 581-591, doi:10.1093/mutage/11.6.581 (1996).

914   Latham, G. J., Zhou, L., Harris, C. M., Harris, T. M. & Lloyd, R. S. The replication fate of R- and S-styrene oxide adducts on adenine N6 is dependent on both the chirality of the lesion and the local sequence context. *J Biol Chem* **268**, 23427-23434 (1993).

915   Latham, G. J. & Lloyd, R. S. Deoxynucleotide polymerization by HIV-1 reverse transcriptase is terminated by site-specific styrene oxide adducts after translesion synthesis. *J Biol Chem* **269**, 28527-28530 (1994).

916   Jansen, J. G. *et al.* Marked differences in the role of O6-alkylguanine in hprt mutagenesis in T-lymphocytes of rats exposed in vivo to ethylmethanesulfonate, N-(2-hydroxyethyl)-N-nitrosourea, or N-ethyl-N-nitrosourea. *Cancer Res* **55**, 1875-1882 (1995).

917   Zang, H., Harris, T. M. & Guengerich, F. P. Kinetics of nucleotide incorporation opposite DNA bulky guanine N2 adducts by processive bacteriophage T7 DNA polymerase (exonuclease-) and HIV-1 reverse transcriptase. *J Biol Chem* **280**, 1165-1178, doi:10.1074/jbc.M405996200 (2005).

918   Rappaport, S. M., Yeowell-O'Connell, K., Bodell, W., Yager, J. W. & Symanski, E. An investigation of multiple biomarkers among workers exposed to styrene and styrene-7,8-oxide. *Cancer Res* **56**, 5410-5416 (1996).

919   Roder-Stolinski, C. *et al.* Styrene induces an inflammatory response in human lung epithelial cells via oxidative stress and NF-kappaB activation. *Toxicol Appl Pharmacol* **231**, 241-247, doi:10.1016/j.taap.2008.04.010 (2008).

920   Morbt, N. *et al.* Proteome changes in human bronchoalveolar cells following styrene exposure indicate involvement of oxidative stress in the molecular-response mechanism. *Proteomics* **9**, 4920-4933, doi:10.1002/pmic.200800836 (2009).

921   Mogel, I. *et al.* The aromatic volatile organic compounds toluene, benzene and styrene induce COX-2 and prostaglandins in human lung epithelial cells via oxidative stress and p38 MAPK activation. *Toxicology* **289**, 28-37, doi:10.1016/j.tox.2011.07.006 (2011).

922   Marczynski, B., Peel, M. & Baur, X. New aspects in genotoxic risk assessment of styrene exposure--a working hypothesis. *Med Hypotheses* **54**, 619-623, doi:10.1054/mehy.1999.0907 (2000).

923   Dare, E. *et al.* Styrene 7,8-oxide induces mitochondrial damage and oxidative stress in neurons. *Toxicology* **201**, 125-132, doi:10.1016/j.tox.2004.04.010 (2004).

924   Vainio, H., Jarvisalo, J. & Taskinen, E. Adaptive changes caused by intermittent styrene inhalation on xenobiotic biotransformation. *Toxicol Appl Pharmacol* **49**, 7-14, doi:10.1016/0041-008x(79)90270-9 (1979).

925   Srivastava, S., Seth, P. K. & Srivastava, S. P. Altered activity of hepatic mixed function oxidase, cytochrome P-450 and glutathione-S-transferase by styrene in rat fetal liver. *Drug Chem Toxicol* **15**, 233-244, doi:10.3109/01480549209014153 (1992).

514

926   Katoh, T., Higashi, K. & Inoue, N. Sub-chronic effects of styrene and styrene oxide on lipid peroxidation and the metabolism of glutathione in rat liver and brain. *J Toxicol Sci* **14**, 1-9, doi:10.2131/jts.14.1 (1989).

927   Niaz, K. *et al.* Effect of styrene exposure on plasma parameters, molecular mechanisms and gene expression in rat model islet cells. *Environ Toxicol Pharmacol* **54**, 62-73, doi:10.1016/j.etap.2017.06.020 (2017).

928   Bergamaschi, E., Smargiassi, A., Mutti, A., Franchini, I. & Lucchini, R. Immunological changes among workers occupationally exposed to styrene. *Int Arch Occup Environ Health* **67**, 165-171, doi:10.1007/BF00626348 (1995).

929   Tulinska, J. *et al.* Changes in cellular immunity among workers occupationally exposed to styrene in a plastics lamination plant. *Am J Ind Med* **38**, 576-583, doi:10.1002/1097-0274(200011)38:5<576::aid-ajim10>3.0.co;2-f (2000).

930   Jahnova, E., Tulinska, J., Weissova, S., Dusinska, M. & Fuortes, L. Effects of occupational exposure to styrene on expression of adhesion molecule on leukocytes. *Hum Exp Toxicol* **21**, 235-240, doi:10.1191/0960327102ht251oa (2002).

931   Fischader, G., Roder-Stolinski, C., Wichmann, G., Nieber, K. & Lehmann, I. Release of MCP-1 and IL-8 from lung epithelial cells exposed to volatile organic compounds. *Toxicol In Vitro* **22**, 359-366, doi:10.1016/j.tiv.2007.09.015 (2008).

932   Merker, G. H., Metzner, G. & Raabe, F. T(H1)-directed modulation of in vitro cytokine production in human peripheral blood mononuclear cells by styrene-7.8-oxide. *Toxicol Lett* **160**, 105-111, doi:10.1016/j.toxlet.2005.06.014 (2006).

933   Petrova, S., Mikhailova, A. & Donchev, N. [The effect of elevated amounts of ascorbic acid on the status of the vitamin and lung disorders in guinea pigs inhaling styrene]. *Probl Khig* **17**, 137-145 (1992).

934   Khanna, S. *et al.* Styrene induced pancreatic changes in rodents. *Indian J Exp Biol* **32**, 68-71 (1994).

935   Futamura, M. *et al.* Differential effects of topically applied formalin and aromatic compounds on neurogenic-mediated microvascular leakage in rat skin. *Toxicology* **255**, 100-106, doi:10.1016/j.tox.2008.10.012 (2009).

936   Ban, M., Langonne, I., Huguet, N., Pepin, E. & Morel, G. Inhaled chemicals may enhance allergic airway inflammation in ovalbumin-sensitised mice. *Toxicology* **226**, 161-171, doi:10.1016/j.tox.2006.06.012 (2006).

937   Ban, M., Hettich, D. & Bonnet, P. Effect of inhaled industrial chemicals on systemic and local immune response. *Toxicology* **184**, 41-50, doi:10.1016/s0300-483x(02)00553-x (2003).

938   Dogra, R. K., Khanna, S., Srivastava, S. N., Shukla, L. J. & Shanker, R. Styrene-induced immunomodulation in mice. *Int J Immunopharmacol* **11**, 577-586, doi:10.1016/0192-0561(89)90188-4 (1989).

939   Sharma, R. P., Smith, F. A. & Gehring, P. J. Styrene epoxide intermediate as a possible stimulant of lymphocytic function. *J Immunopharmacol* **3**, 67-78, doi:10.3109/08923978109026419 (1981).

940   Nicholson, S. E., Keating, N. & Belz, G. T. Natural killer cells and anti-tumor immunity. *Mol Immunol* **110**, 40-47, doi:10.1016/j.molimm.2017.12.002 (2019).

941   Hagmar, L., Hogstedt, B., Welinder, H., Karlsson, A. & Rassner, F. Cytogenetic and hematological effects in plastics workers exposed to styrene. *Scand J Work Environ Health* **15**, 136-141, doi:10.5271/sjweh.1871 (1989).

515

942    Stengel, B. *et al.* Hematological findings among styrene-exposed workers in the reinforced plastics industry. *Int Arch Occup Environ Health* **62**, 11-18, doi:10.1007/BF00397843 (1990).

943    Rizzo, R. *et al.* Reduced production of anti-inflammatory soluble HLA-G molecules in styrene exposed workers. *Environ Toxicol Pharmacol* **27**, 303-305, doi:10.1016/j.etap.2008.10.013 (2009).

944    Jung, M. *et al.* IL-10 improves cardiac remodeling after myocardial infarction by stimulating M2 macrophage polarization and fibroblast activation. *Basic Res Cardiol* **112**, 33, doi:10.1007/s00395-017-0622-5 (2017).

945    Mutti, A. *et al.* [Lymphocyte subpopulations in workers exposed occupationally to styrene]. *Med Lav* **83**, 167-177 (1992).

946    Governa, M., Valentino, M. & Visona, I. Chemotactic activity of human polymorphonuclear leukocytes and industrial xenobiotics: a brief review. *Toxicology* **91**, 165-177, doi:10.1016/0300-483x(94)90142-2 (1994).

947    Laffon, B., Pasaro, E. & Mendez, J. Genotoxic effects of styrene-7,8-oxide in human white blood cells: comet assay in relation to the induction of sister-chromatid exchanges and micronuclei. *Mutat Res* **491**, 163-172, doi:10.1016/s1383-5718(01)00135-8 (2001).

948    Dogra, R. K. *et al.* Host resistance assays as predictive models in styrene immunomodulation. *Int J Immunopharmacol* **14**, 1003-1009, doi:10.1016/0192-0561(92)90144-a (1992).

949    Nano, R., Rossi, A., Fenoglio, C. & de Piceis Polver, P. Evaluation of a possible styrene-induced damage to the haematopoietic tissues in the rat. *Anticancer Res* **20**, 1615-1619 (2000).

950    Brondeau, M. T., Bonnet, P., Guenier, J. P., Simon, P. & de Ceaurriz, J. Adrenal-dependent leucopenia after short-term exposure to various airborne irritants in rats. *J Appl Toxicol* **10**, 83-86, doi:10.1002/jat.2550100204 (1990).

951    Bergamaschi, E. *et al.* Peripheral markers of neurochemical effects among styrene-exposed workers. *Neurotoxicology* **17**, 753-759 (1996).

952    Mutti, A. *et al.* Neuroendocrine effects of styrene on occupationally exposed workers. *Scand J Work Environ Health* **10**, 225-228, doi:10.5271/sjweh.2340 (1984).

953    Bergamaschi, E. *et al.* Peripheral markers of catecholaminergic dysfunction and symptoms of neurotoxicity among styrene-exposed workers. *Int Arch Occup Environ Health* **69**, 209-214, doi:10.1007/s004200050138 (1997).

954    Luderer, U. *et al.* Temporal association between serum prolactin concentration and exposure to styrene. *Occup Environ Med* **61**, 325-333, doi:10.1136/oem.2002.005561 (2004).

955    Arfini, G. *et al.* Impaired dopaminergic modulation of pituitary secretion in workers occupationally exposed to styrene: further evidence from PRL response to TRH stimulation. *J Occup Med* **29**, 826-830 (1987).

956    Green, T., Toghill, A. & Foster, J. R. The role of cytochromes P-450 in styrene induced pulmonary toxicity and carcinogenicity. *Toxicology* **169**, 107-117, doi:10.1016/s0300-483x(01)00488-7 (2001).

957    Watanabe, T., Endo, A., Kumai, M. & Ikeda, M. Chromosome aberrations and sister chromatid exchanges in styrene-exposed workers with reference to their smoking habits. *Environ Mutagen* **5**, 299-309, doi:10.1002/em.2860050308 (1983).

958    Laffon, B., Pasaro, E. & Mendez, J. Effects of styrene-7,8-oxide over p53, p21, bcl-2 and bax expression in human lymphocyte cultures. *Mutagenesis* **16**, 127-132, doi:10.1093/mutage/16.2.127 (2001).

959    Hill, A. B. The Environment and Disease: Association or Causation? *Proc R Soc Med* **58**, 295-300 (1965).

960    Hill, A. B. The environment and disease: association or causation? 1965. *J R Soc Med* **108**, 32-37, doi:10.1177/0141076814562718 (2015).

961    Kirsch-Volders, M., Aardema, M. & Elhajouji, A. Concepts of threshold in mutagenesis and carcinogenesis. *Mutat Res* **464**, 3-11, doi:10.1016/s1383-5718(99)00161-8 (2000).

962    Lovell, D. P. Dose-response and threshold-mediated mechanisms in mutagenesis: statistical models and study design. *Mutat Res* **464**, 87-95, doi:10.1016/s1383-5718(99)00169-2 (2000).

963    Jaafarzadeh, N. *et al.* Arsenic in drinking water and kidney cancer: a systematic review. *Rev Environ Health*, doi:10.1515/reveh-2021-0168 (2022).

964    Kumar, A. *et al.* Arsenic exposure in Indo Gangetic plains of Bihar causing increased cancer risk. *Sci Rep* **11**, 2376, doi:10.1038/s41598-021-81579-9 (2021).

965    Linos, A. *et al.* Oral ingestion of hexavalent chromium through drinking water and cancer mortality in an industrial area of Greece--an ecological study. *Environ Health* **10**, 50, doi:10.1186/1476-069X-10-50 (2011).

966    Deng, Y. *et al.* The Effect of Hexavalent Chromium on the Incidence and Mortality of Human Cancers: A Meta-Analysis Based on Published Epidemiological Cohort Studies. *Front Oncol* **9**, 24, doi:10.3389/fonc.2019.00024 (2019).

967    Hansen, J. & Olsen, J. H. Formaldehyde and cancer morbidity among male employees in Denmark. *Cancer Causes Control* **6**, 354-360, doi:10.1007/BF00051411 (1995).

968    Karami, S. *et al.* Renal cancer risk and occupational exposure to polycyclic aromatic hydrocarbons and plastics. *J Occup Environ Med* **53**, 218-223, doi:10.1097/JOM.0b013e31820a40a3 (2011).

969    Smith, A. H. *et al.* Cancer risks from arsenic in drinking water. *Environ Health Perspect* **97**, 259-267, doi:10.1289/ehp.9297259 (1992).

970    Coyle, Y. M., Hynan, L. S., Euhus, D. M. & Minhajuddin, A. T. An ecological study of the association of environmental chemicals on breast cancer incidence in Texas. *Breast Cancer Res Treat* **92**, 107-114, doi:10.1007/s10549-004-8268-z (2005).

971    Niehoff, N. M. *et al.* Airborne mammary carcinogens and breast cancer risk in the Sister Study. *Environ Int* **130**, 104897, doi:10.1016/j.envint.2019.06.007 (2019).

972    Pedersen, J. E., Strandberg-Larsen, K., Andersson, M. & Hansen, J. Occupational exposure to specific organic solvents and risk of subtypes of breast cancer in a large population of Danish women, 1964-2016. *Occup Environ Med*, doi:10.1136/oemed-2020-106865 (2020).

973    Ruckart, P. Z., Bove, F. J., Shanley, E., 3rd & Maslia, M. Evaluation of contaminated drinking water and male breast cancer at Marine Corps Base Camp Lejeune, North Carolina: a case control study. *Environ Health* **14**, 74, doi:10.1186/s12940-015-0061-4 (2015).

974    Khanjani, N., Jafarnejad, A. B. & Tavakkoli, L. Arsenic and breast cancer: a systematic review of epidemiologic studies. *Rev Environ Health* **32**, 267-277, doi:10.1515/reveh-2016-0068 (2017).

975    Marciniak, W. *et al.* Blood Arsenic Levels as a Marker of Breast Cancer Risk among BRCA1 Carriers. *Cancers (Basel)* **13**, doi:10.3390/cancers13133345 (2021).

976    Batyrova, G. *et al.* capital A, CyrillicIR POLLUTION EMISSIONS ARE ASSOCIATED WITH INCIDENCE AND PREVALENCE OF BREAST CANCER IN THE AKTOBE REGION OF WESTERN KAZAKHSTAN. *Georgian Med News*, 135-140 (2021).

977    Danes, J. M. *et al.* Inorganic arsenic promotes luminal to basal transition and metastasis of breast cancer. *FASEB J* **34**, 16034-16048, doi:10.1096/fj.202001192R (2020).

978    Paul, S. *et al.* Association of genotoxic effects of arsenic with haematological malignancy in West Bengal. *Hum Exp Toxicol* **30**, 165-170, doi:10.1177/0960327110368694 (2011).

979    Axelson, O., Dahlgren, E., Jansson, C. D. & Rehnlund, S. O. Arsenic exposure and mortality: a case-referent study from a Swedish copper smelter. *Br J Ind Med* **35**, 8-15, doi:10.1136/oem.35.1.8 (1978).

980    Rohr, P. *et al.* Absolute telomere length in peripheral blood lymphocytes of workers exposed to construction environment. *Int J Environ Health Res*, 1-9, doi:10.1080/09603123.2022.2066069 (2022).

981    Horvilleur, E. *et al.* Cap-Independent Translation in Hematological Malignancies. *Front Oncol* **5**, 293, doi:10.3389/fonc.2015.00293 (2015).

982    Banerjee, N. *et al.* Arsenic-induced mitochondrial instability leading to programmed cell death in the exposed individuals. *Toxicology* **246**, 101-111, doi:10.1016/j.tox.2007.12.029 (2008).

983    Xiao, F. *et al.* Timeorder effects of vitamin C on hexavalent chromiuminduced mitochondrial damage and DNAprotein crosslinks in cultured rat peripheral blood lymphocytes. *Mol Med Rep* **8**, 53-60, doi:10.3892/mmr.2013.1462 (2013).

984    Wingren, G. B. & Axelson, O. Occupational and Environmental Determinants for Benign Thyroid Disease and Follicular Thyroid Cancer. *Int J Occup Environ Health* **3**, 89-94, doi:10.1179/107735297800407703 (1997).

985    Wong, E. Y. *et al.* Reproductive history, occupational exposures, and thyroid cancer risk among women textile workers in Shanghai, China. *Int Arch Occup Environ Health* **79**, 251-258, doi:10.1007/s00420-005-0036-9 (2006).

986    Kitchin, K. T. Recent advances in arsenic carcinogenesis: modes of action, animal model systems, and methylated arsenic metabolites. *Toxicol Appl Pharmacol* **172**, 249-261, doi:10.1006/taap.2001.9157 (2001).

987    Fishbein, A., Hammock, B. D., Serhan, C. N. & Panigrahy, D. Carcinogenesis: Failure of resolution of inflammation? *Pharmacol Ther*, 107670, doi:10.1016/j.pharmthera.2020.107670 (2020).

988    Folkman, J. in *Harrison's Textbook of Internal Medicine*  (eds E. Braunwald *et al.*) 517-530 (McGraw-Hill, 2001).

989    Krall, J. A. *et al.* The systemic response to surgery triggers the outgrowth of distant immune-controlled tumors in mouse models of dormancy. *Sci Transl Med* **10**, doi:10.1126/scitranslmed.aan3464 (2018).

990    Harach, H. R., Franssila, K. O. & Wasenius, V. M. Occult papillary carcinoma of the thyroid. A "normal" finding in Finland. A systematic autopsy study. *Cancer* **56**, 531-538 (1985).

991    Naumov, G. N., Akslen, L. A. & Folkman, J. Role of angiogenesis in human tumor dormancy: animal models of the angiogenic switch. *Cell Cycle* **5**, 1779-1787 (2006).

992    Naumov, G. N., MacDonald, I. C., Chambers, A. F. & Groom, A. C. Solitary cancer cells as a possible source of tumour dormancy? *Semin Cancer Biol* **11**, 271-276, doi:10.1006/scbi.2001.0382
S1044-579X(01)90382-7 [pii] (2001).

993    Naumov, G. N. *et al.* Persistence of solitary mammary carcinoma cells in a secondary site: a possible contributor to dormancy. *Cancer Res* **62**, 2162-2168 (2002).

994    Naumov, G. N., Folkman, J. & Straume, O. Tumor dormancy due to failure of angiogenesis: role of the microenvironment. *Clin Exp Metastasis* **26**, 51-60, doi:10.1007/s10585-008-9176-0 (2009).

995    Naumov, G. N. *et al.* A model of human tumor dormancy: an angiogenic switch from the nonangiogenic phenotype. *J Natl Cancer Inst* **98**, 316-325, doi:98/5/316 [pii]
10.1093/jnci/djj068 (2006).

996    Almog, N. Molecular mechanisms underlying tumor dormancy. *Cancer Lett* **294**, 139-146, doi:S0304-3835(10)00141-2 [pii]
10.1016/j.canlet.2010.03.004 (2010).

997    Holmgren, L., O'Reilly, M. S. & Folkman, J. Dormancy of micrometastases: Balanced proliferation and apoptosis in the presence of angiogenesis suppression. *Nature Med.* **1**, 149-153 (1995).

998    Almog, N. *et al.* Prolonged dormancy of human liposarcoma is associated with impaired tumor angiogenesis. *FASEB J* **20**, 947-949, doi:fj.05-3946fje [pii]
10.1096/fj.05-3946fje (2006).

999    Hanahan, D. & Folkman, J. Patterns and emerging mechanisms of the angiogenic switch during tumorigenesis. *Cell* **86**, 353-364 (1996).

1000    Zhu, X. *et al.* FBX8 promotes metastatic dormancy of colorectal cancer in liver. *Cell Death Dis* **11**, 622, doi:10.1038/s41419-020-02870-7 (2020).

1001    Lin, W. C., Rajbhandari, N. & Wagner, K. U. Cancer cell dormancy in novel mouse models for reversible pancreatic cancer: a lingering challenge in the development of targeted therapies. *Cancer Res* **74**, 2138-2143, doi:10.1158/0008-5472.CAN-13-3437 (2014).

1002    Dioufa, N., Clark, A. M., Ma, B., Beckwitt, C. H. & Wells, A. Bi-directional exosome-driven intercommunication between the hepatic niche and cancer cells. *Mol Cancer* **16**, 172, doi:10.1186/s12943-017-0740-6 (2017).

1003    Qiu, Y. *et al.* Biomaterial 3D collagen I gel culture model: A novel approach to investigate tumorigenesis and dormancy of bladder cancer cells induced by tumor microenvironment. *Biomaterials* **256**, 120217, doi:10.1016/j.biomaterials.2020.120217 (2020).

1004    Pavan Grandhi, T. S., Potta, T., Nitiyanandan, R., Deshpande, I. & Rege, K. Chemomechanically engineered 3D organotypic platforms of bladder cancer dormancy and reactivation. *Biomaterials* **142**, 171-185, doi:10.1016/j.biomaterials.2017.07.008 (2017).

1005    Fujita, T. *et al.* Identification and Characterization of CXCR4-Positive Gastric Cancer Stem Cells. *PLoS One* **10**, e0130808, doi:10.1371/journal.pone.0130808 (2015).

1006    Nakayama, T., Ling, Z. Q., Mukaisho, K., Hattori, T. & Sugihara, H. Lineage analysis of early and advanced tubular adenocarcinomas of the stomach: continuous or discontinuous? *BMC Cancer* **10**, 311, doi:10.1186/1471-2407-10-311 (2010).

1007    Essers, M. A. *et al.* IFNalpha activates dormant haematopoietic stem cells in vivo. *Nature* **458**, 904-908, doi:10.1038/nature07815 (2009).

1008    Khoo, W. H. *et al.* A niche-dependent myeloid transcriptome signature defines dormant myeloma cells. *Blood* **134**, 30-43, doi:10.1182/blood.2018880930 (2019).

1009    Albrengues, J. *et al.* Neutrophil extracellular traps produced during inflammation awaken dormant cancer cells in mice. *Science* **361**, doi:10.1126/science.aao4227 (2018).

1010    Coussens, L. M., Zitvogel, L. & Palucka, A. K. Neutralizing tumor-promoting chronic inflammation: a magic bullet? *Science* **339**, 286-291, doi:10.1126/science.1232227 (2013).

1011    Guerra, C. *et al.* Chronic pancreatitis is essential for induction of pancreatic ductal adenocarcinoma by K-Ras oncogenes in adult mice. *Cancer Cell* **11**, 291-302, doi:10.1016/j.ccr.2007.01.012 (2007).

1012    De Cock, J. M. *et al.* Inflammation Triggers Zeb1-Dependent Escape from Tumor Latency. *Cancer Res* **76**, 6778-6784, doi:10.1158/0008-5472.CAN-16-0608 (2016).

1013    Park, S. Y. & Nam, J. S. The force awakens: metastatic dormant cancer cells. *Exp Mol Med* **52**, 569-581, doi:10.1038/s12276-020-0423-z (2020).

1014    Bogen, K. T. Inflammation as a Cancer Co-Initiator: New Mechanistic Model Predicts Low/Negligible Risk at Noninflammatory Carcinogen Doses. *Dose Response* **17**, 1559325819847834, doi:10.1177/1559325819847834 (2019).

1015    Kay, J., Thadhani, E., Samson, L. & Engelward, B. Inflammation-induced DNA damage, mutations and cancer. *DNA Repair (Amst)* **83**, 102673, doi:10.1016/j.dnarep.2019.102673 (2019).

1016    El Rayes, T. *et al.* Lung inflammation promotes metastasis through neutrophil protease-mediated degradation of Tsp-1. *Proc Natl Acad Sci U S A* **112**, 16000-16005, doi:10.1073/pnas.1507294112 (2015).

1017    Amaral, A. F. *et al.* Pancreatic cancer risk and levels of trace elements. *Gut* **61**, 1583-1588, doi:10.1136/gutjnl-2011-301086 (2012).

1018    Garcia-Esquinas, E. *et al.* Arsenic exposure and cancer mortality in a US-based prospective cohort: the strong heart study. *Cancer Epidemiol Biomarkers Prev* **22**, 1944-1953, doi:10.1158/1055-9965.EPI-13-0234-T (2013).

1019    Liu-Mares, W. *et al.* Pancreatic cancer clusters and arsenic-contaminated drinking water wells in Florida. *BMC Cancer* **13**, 111, doi:10.1186/1471-2407-13-111 (2013).

1020    Yorifuji, T., Tsuda, T., Doi, H. & Grandjean, P. Cancer excess after arsenic exposure from contaminated milk powder. *Environ Health Prev Med* **16**, 164-170, doi:10.1007/s12199-010-0182-x (2011).

1021    Gomez-Tomas, A. *et al.* Concentrations of trace elements and KRAS mutations in pancreatic ductal adenocarcinoma. *Environ Mol Mutagen* **60**, 693-703, doi:10.1002/em.22296 (2019).

1022    Collins, J. J., Esmen, N. A. & Hall, T. A. A review and meta-analysis of formaldehyde exposure and pancreatic cancer. *Am J Ind Med* **39**, 336-345, doi:10.1002/1097-0274(200103)39:3<336::aid-ajim1022>3.0.co;2-k (2001).

1023    Kernan, G. J. *et al.* Occupational risk factors for pancreatic cancer: a case-control study based on death certificates from 24 U.S. states. *Am J Ind Med* **36**, 260-270, doi:10.1002/(sici)1097-0274(199908)36:2<260::aid-ajim5>3.0.co;2-p (1999).

1024    Huff, J. & Infante, P. F. Styrene exposure and risk of cancer. *Mutagenesis* **26**, 583-584, doi:10.1093/mutage/ger033 (2011).

1025   Kolodecik, T., Shugrue, C., Ashat, M. & Thrower, E. C. Risk factors for pancreatic cancer: underlying mechanisms and potential targets. *Front Physiol* **4**, 415, doi:10.3389/fphys.2013.00415 (2013).

1026   Rehman, K., Fatima, F., Waheed, I. & Akash, M. S. H. Prevalence of exposure of heavy metals and their impact on health consequences. *J Cell Biochem* **119**, 157-184, doi:10.1002/jcb.26234 (2018).

1027   Lynge, E., Anttila, A. & Hemminki, K. Organic solvents and cancer. *Cancer Causes Control* **8**, 406-419, doi:10.1023/a:1018461406120 (1997).

1028   Wang, W., Cheng, S. & Zhang, D. Association of inorganic arsenic exposure with liver cancer mortality: A meta-analysis. *Environ Res* **135**, 120-125, doi:10.1016/j.envres.2014.08.034 (2014).

1029   Lin, H. J., Sung, T. I., Chen, C. Y. & Guo, H. R. Arsenic levels in drinking water and mortality of liver cancer in Taiwan. *J Hazard Mater* **262**, 1132-1138, doi:10.1016/j.jhazmat.2012.12.049 (2013).

1030   Coggon, D., Ntani, G., Harris, E. C. & Palmer, K. T. Upper airway cancer, myeloid leukemia, and other cancers in a cohort of British chemical workers exposed to formaldehyde. *Am J Epidemiol* **179**, 1301-1311, doi:10.1093/aje/kwu049 (2014).

1031   Stayner, L. *et al.* Proportionate mortality study of workers in the garment industry exposed to formaldehyde. *Am J Ind Med* **7**, 229-240, doi:10.1002/ajim.4700070305 (1985).

1032   Dell, L. & Teta, M. J. Mortality among workers at a plastics manufacturing and research and development facility: 1946-1988. *Am J Ind Med* **28**, 373-384, doi:10.1002/ajim.4700280307 (1995).

1033   Sweeney, L. M., Kirman, C. R., Gargas, M. L. & Dugard, P. H. Contribution of trichloroacetic acid to liver tumors observed in perchloroethylene (perc)-exposed mice. *Toxicology* **260**, 77-83, doi:10.1016/j.tox.2009.03.008 (2009).

1034   Venkatratnam, A. *et al.* Population-based dose-response analysis of liver transcriptional response to trichloroethylene in mouse. *Mamm Genome* **29**, 168-181, doi:10.1007/s00335-018-9734-y (2018).

1035   Palma-Lara, I. *et al.* Arsenic exposure: A public health problem leading to several cancers. *Regul Toxicol Pharmacol* **110**, 104539, doi:10.1016/j.yrtph.2019.104539 (2020).

1036   Xiao, Y., Zeng, M., Yin, L., Li, N. & Xiao, F. Clusterin increases mitochondrial respiratory chain complex I activity and protects against hexavalent chromium-induced cytotoxicity in L-02 hepatocytes. *Toxicol Res (Camb)* **8**, 15-24, doi:10.1039/c8tx00231b (2019).

1037   Bertke, S. J., Keil, A. P. & Daniels, R. D. Lung Cancer Mortality and Styrene Exposure in the Reinforced-Plastics Boatbuilding Industry: Evaluation of Healthy Worker Survivor Bias. *Am J Epidemiol* **190**, 1784-1792, doi:10.1093/aje/kwab108 (2021).

1038   Lemen, R. A., Meinhardt, T. J., Crandall, M. S., Fajen, J. M. & Brown, D. P. Environmental epidemiologic investigations in the styrene-butadiene rubber production industry. *Environ Health Perspect* **86**, 103-106, doi:10.1289/ehp.9086103 (1990).

1039   Sterling, T. D. & Weinkam, J. J. Mortality from respiratory cancers (including lung cancer) among workers employed in formaldehyde industries. *Am J Ind Med* **25**, 593-602; discussion 603-596, doi:10.1002/ajim.4700250413 (1994).

1040    Sterling, T. D. & Weinkam, J. J. Reanalysis of lung cancer mortality in a National Cancer Institute study on mortality among industrial workers exposed to formaldehyde. *J Occup Med* **30**, 895-901, doi:10.1097/00043764-198811000-00019 (1988).

1041    Kim, K. *et al.* Arsenic May Act as a Pro-Metastatic Carcinogen Through Promoting Tumor Cell-Induced Platelet Aggregation. *Toxicol Sci* **168**, 18-27, doi:10.1093/toxsci/kfy247 (2019).

1042    Boice, J. D., Jr., Marano, D. E., Fryzek, J. P., Sadler, C. J. & McLaughlin, J. K. Mortality among aircraft manufacturing workers. *Occup Environ Med* **56**, 581-597, doi:10.1136/oem.56.9.581 (1999).

1043    Lipworth, L. *et al.* Cancer mortality among aircraft manufacturing workers: an extended follow-up. *J Occup Environ Med* **53**, 992-1007, doi:10.1097/JOM.0b013e31822e0940 (2011).

1044    Kumar, A. *et al.* Phytoremedial effect of Withania somnifera against arsenic-induced testicular toxicity in Charles Foster rats. *Avicenna J Phytomed* **5**, 355-364 (2015).

1045    Singh, K. P. & DuMond, J. W., Jr. Genetic and epigenetic changes induced by chronic low dose exposure to arsenic of mouse testicular Leydig cells. *Int J Oncol* **30**, 253-260 (2007).

1046    Mu, Y. F., Chen, Y. H., Chang, M. M., Chen, Y. C. & Huang, B. M. Arsenic compounds induce apoptosis through caspase pathway activation in MA-10 Leydig tumor cells. *Oncol Lett* **18**, 944-954, doi:10.3892/ol.2019.10386 (2019).

1047    Li, J., Ma, X., Chakravarti, D., Shalapour, S. & DePinho, R. A. Genetic and biological hallmarks of colorectal cancer. *Genes Dev* **35**, 787-820, doi:10.1101/gad.348226.120 (2021).

1048    Schmitt, M. & Greten, F. R. The inflammatory pathogenesis of colorectal cancer. *Nat Rev Immunol* **21**, 653-667, doi:10.1038/s41577-021-00534-x (2021).

1049    1,1,1-Trichloroethane. *IARC Monogr Eval Carcinog Risks Hum* **71 Pt 2**, 881-903 (1999).

1050    Husemann, Y. *et al.* Systemic spread is an early step in breast cancer. *Cancer Cell* **13**, 58-68, doi:10.1016/j.ccr.2007.12.003 (2008).

1051    Braun, S. *et al.* Cytokeratin-positive cells in the bone marrow and survival of patients with stage I, II, or III breast cancer. *N Engl J Med* **342**, 525-533, doi:10.1056/NEJM200002243420801 (2000).

1052    Nguyen, D. X., Bos, P. D. & Massague, J. Metastasis: from dissemination to organ-specific colonization. *Nat Rev Cancer* **9**, 274-284, doi:10.1038/nrc2622 (2009).

1053    Fisher, B. & Fisher, E. R. Experimental evidence in support of the dormant tumor cell. *Science* **130**, 918-919 (1959).

1054    Ananth, A. A. *et al.* Surgical Stress Abrogates Pre-Existing Protective T Cell Mediated Anti-Tumor Immunity Leading to Postoperative Cancer Recurrence. *PLoS One* **11**, e0155947, doi:10.1371/journal.pone.0155947 (2016).

1055    Lee, J. W. *et al.* Surgical stress promotes tumor growth in ovarian carcinoma. *Clin Cancer Res* **15**, 2695-2702, doi:10.1158/1078-0432.CCR-08-2966 (2009).

1056    Antonio, N. *et al.* The wound inflammatory response exacerbates growth of pre-neoplastic cells and progression to cancer. *EMBO J* **34**, 2219-2236, doi:10.15252/embj.201490147 (2015).

1057    Mathenge, E. G. *et al.* Core needle biopsy of breast cancer tumors increases distant metastases in a mouse model. *Neoplasia* **16**, 950-960, doi:10.1016/j.neo.2014.09.004 (2014).

1058    Alieva, M. *et al.* Preventing inflammation inhibits biopsy-mediated changes in tumor cell behavior. *Sci Rep* **7**, 7529, doi:10.1038/s41598-017-07660-4 (2017).

1059    Hobson, J. *et al.* Acute inflammation induced by the biopsy of mouse mammary tumors promotes the development of metastasis. *Breast Cancer Res Treat* **139**, 391-401, doi:10.1007/s10549-013-2575-1 (2013).

1060    Retsky, M., Demicheli, R., Hrushesky, W., Baum, M. & Gukas, I. Surgery triggers outgrowth of latent distant disease in breast cancer: an inconvenient truth? *Cancers (Basel)* **2**, 305-337, doi:10.3390/cancers2020305 (2010).

1061    Revesz, L. Effect of tumour cells killed by x-rays upon the growth of admixed viable cells. *Nature* **178**, 1391-1392 (1956).

1062    Shakhar, G. & Ben-Eliyahu, S. Potential prophylactic measures against postoperative immunosuppression: could they reduce recurrence rates in oncological patients? *Ann Surg Oncol* **10**, 972-992 (2003).

1063    Forget, P., Simonet, O. & De Kock, M. Cancer surgery induces inflammation, immunosuppression and neo-angiogenesis, but is it influenced by analgesics? *F1000Res* **2**, 102, doi:10.12688/f1000research.2-102.v1 (2013).

1064    Chiang, N. *et al.* Anesthetics impact the resolution of inflammation. *PLoS One* **3**, e1879, doi:10.1371/journal.pone.0001879 (2008).

1065    Demicheli, R. *et al.* Local recurrences following mastectomy: support for the concept of tumor dormancy. *J Natl Cancer Inst* **86**, 45-48 (1994).

1066    Retsky, M. W., Demicheli, R., Hrushesky, W. J., Baum, M. & Gukas, I. D. Dormancy and surgery-driven escape from dormancy help explain some clinical features of breast cancer. *APMIS* **116**, 730-741, doi:10.1111/j.1600-0463.2008.00990.x (2008).

1067    Dillekas, H. *et al.* The recurrence pattern following delayed breast reconstruction after mastectomy for breast cancer suggests a systemic effect of surgery on occult dormant micrometastases. *Breast Cancer Res Treat* **158**, 169-178, doi:10.1007/s10549-016-3857-1 (2016).

1068    Karagiannis, G. S. *et al.* Neoadjuvant chemotherapy induces breast cancer metastasis through a TMEM-mediated mechanism. *Sci Transl Med* **9**, doi:10.1126/scitranslmed.aan0026 (2017).

1069    Volk-Draper, L. *et al.* Paclitaxel therapy promotes breast cancer metastasis in a TLR4-dependent manner. *Cancer Res* **74**, 5421-5434, doi:10.1158/0008-5472.CAN-14-0067 (2014).

1070    Chang, Y. S., Jalgaonkar, S. P., Middleton, J. D. & Hai, T. Stress-inducible gene Atf3 in the noncancer host cells contributes to chemotherapy-exacerbated breast cancer metastasis. *Proc Natl Acad Sci U S A* **114**, E7159-E7168, doi:10.1073/pnas.1700455114 (2017).

1071    de Ruiter, J., Cramer, S. J., Smink, T. & van Putten, L. M. The facilitation of tumour growth in the lung by cyclophosphamide in artificial and spontaneous metastases models. *Eur J Cancer* **15**, 1139-1149 (1979).

1072    Orr, F. W., Adamson, I. Y. & Young, L. Promotion of pulmonary metastasis in mice by bleomycin-induced endothelial injury. *Cancer Res* **46**, 891-897 (1986).

1073    Ormerod, E. J., Everett, C. A. & Hart, I. R. Enhanced experimental metastatic capacity of a human tumor line following treatment with 5-azacytidine. *Cancer Res* **46**, 884-890 (1986).

1074    Abubaker, K. *et al.* Short-term single treatment of chemotherapy results in the enrichment of ovarian cancer stem cell-like cells leading to an increased tumor burden. *Mol Cancer* **12**, 24, doi:10.1186/1476-4598-12-24 (2013).

1075    Gunjal, P. M. *et al.* Evidence for induction of a tumor metastasis-receptive microenvironment for ovarian cancer cells in bone marrow and other organs as an unwanted and underestimated side effect of chemotherapy/radiotherapy. *J Ovarian Res* **8**, 20, doi:10.1186/s13048-015-0141-7 (2015).

1076    Karagiannis, G. S., Condeelis, J. S. & Oktay, M. H. Chemotherapy-induced metastasis in breast cancer. *Oncotarget* **8**, 110733-110734, doi:10.18632/oncotarget.22717 (2017).

1077    Sahu, R. P. *et al.* Chemotherapeutic agents subvert tumor immunity by generating agonists of platelet-activating factor. *Cancer Res* **74**, 7069-7078, doi:10.1158/0008-5472.CAN-14-2043 (2014).

1078    Leopold, W. R., Batzinger, R. P., Miller, E. C., Miller, J. A. & Earhart, R. H. Mutagenicity, tumorigenicity, and electrophilic reactivity of the stereoisomeric platinum(II) complexes of 1,2-diaminocyclohexane. *Cancer Res* **41**, 4368-4377 (1981).

1079    Huang, Q. *et al.* Caspase 3-mediated stimulation of tumor cell repopulation during cancer radiotherapy. *Nat Med* **17**, 860-866, doi:10.1038/nm.2385 (2011).

1080    Chaurio, R. *et al.* UVB-irradiated apoptotic cells induce accelerated growth of co-implanted viable tumor cells in immune competent mice. *Autoimmunity* **46**, 317-322, doi:10.3109/08916934.2012.754433 (2013).

1081    Ford, C. A. *et al.* Oncogenic properties of apoptotic tumor cells in aggressive B cell lymphoma. *Curr Biol* **25**, 577-588, doi:10.1016/j.cub.2014.12.059 (2015).

1082    da Silva, I. A., Jr., Chammas, R., Lepique, A. P. & Jancar, S. Platelet-activating factor (PAF) receptor as a promising target for cancer cell repopulation after radiotherapy. *Oncogenesis* **6**, e296, doi:10.1038/oncsis.2016.90 (2017).

1083    Kornbluth, R. S. The immunological potential of apoptotic debris produced by tumor cells and during HIV infection. *Immunol Lett* **43**, 125-132 (1994).

1084    de Jong, J. S., van Diest, P. J. & Baak, J. P. Number of apoptotic cells as a prognostic marker in invasive breast cancer. *Br J Cancer* **82**, 368-373, doi:10.1054/bjoc.1999.0928 (2000).

1085    Naresh, K. N., Lakshminarayanan, K., Pai, S. A. & Borges, A. M. Apoptosis index is a predictor of metastatic phenotype in patients with early stage squamous carcinoma of the tongue: a hypothesis to support this paradoxical association. *Cancer* **91**, 578-584 (2001).

1086    Jalalinadoushan, M., Peivareh, H. & Azizzadeh Delshad, A. Correlation between Apoptosis and Histological Grade of Transitional Cell Carcinoma of Urinary Bladder. *Urol J* **1**, 177-179 (2004).

1087    Sun, B. *et al.* Extent, relationship and prognostic significance of apoptosis and cell proliferation in synovial sarcoma. *Eur J Cancer Prev* **15**, 258-265, doi:10.1097/01.cej.0000198896.02185.68 (2006).

1088    Gregory, C. D. & Pound, J. D. Cell death in the neighbourhood: direct microenvironmental effects of apoptosis in normal and neoplastic tissues. *J Pathol* **223**, 177-194, doi:10.1002/path.2792 (2011).

1089    Gregory, C. D., Ford, C. A. & Voss, J. J. Microenvironmental Effects of Cell Death in Malignant Disease. *Adv Exp Med Biol* **930**, 51-88, doi:10.1007/978-3-319-39406-0_3 (2016).

1090    Alcaide, J. *et al.* The role and prognostic value of apoptosis in colorectal carcinoma. *BMC Clin Pathol* **13**, 24, doi:10.1186/1472-6890-13-24 (2013).

1091    Ichim, G. & Tait, S. W. A fate worse than death: apoptosis as an oncogenic process. *Nat Rev Cancer* **16**, 539-548, doi:10.1038/nrc.2016.58 (2016).

1092    Himuro, T. *et al.* Activated Caspase 3 Expression in Remnant Disease After Neoadjuvant Chemotherapy May Predict Outcomes of Breast Cancer Patients. *Ann Surg Oncol* **23**, 2235-2241, doi:10.1245/s10434-016-5164-9 (2016).

1093    Flanagan, L. *et al.* Low levels of Caspase-3 predict favourable response to 5FU-based chemotherapy in advanced colorectal cancer: Caspase-3 inhibition as a therapeutic approach. *Cell Death Dis* **7**, e2087, doi:10.1038/cddis.2016.7 (2016).

1094    Youlden, D. R. & Baade, P. D. The relative risk of second primary cancers in Queensland, Australia: a retrospective cohort study. *BMC Cancer* **11**, 83, doi:10.1186/1471-2407-11-83 (2011).

1095    Mariotto, A. B., Rowland, J. H., Ries, L. A., Scoppa, S. & Feuer, E. J. Multiple cancer prevalence: a growing challenge in long-term survivorship. *Cancer Epidemiol Biomarkers Prev* **16**, 566-571, doi:10.1158/1055-9965.EPI-06-0782 (2007).

1096    Travis, L. B. The epidemiology of second primary cancers. *Cancer Epidemiol Biomarkers Prev* **15**, 2020-2026, doi:10.1158/1055-9965.EPI-06-0414 (2006).

1097    Murphy, J. D. *et al.* Increased risk of additional cancers among patients with gastrointestinal stromal tumors: A population-based study. *Cancer* **121**, 2960-2967, doi:10.1002/cncr.29434 (2015).

1098    Pandurengan, R. K. *et al.* Survival of patients with multiple primary malignancies: a study of 783 patients with gastrointestinal stromal tumor. *Ann Oncol* **21**, 2107-2111, doi:10.1093/annonc/mdq078 (2010).

1099    Agaimy, A., Wunsch, P. H., Sobin, L. H., Lasota, J. & Miettinen, M. Occurrence of other malignancies in patients with gastrointestinal stromal tumors. *Semin Diagn Pathol* **23**, 120-129 (2006).

1100    Miettinen, M., Kraszewska, E., Sobin, L. H. & Lasota, J. A nonrandom association between gastrointestinal stromal tumors and myeloid leukemia. *Cancer* **112**, 645-649, doi:10.1002/cncr.23216 (2008).

1101    Davis, E. J., Beebe-Dimmer, J. L., Yee, C. L. & Cooney, K. A. Risk of second primary tumors in men diagnosed with prostate cancer: a population-based cohort study. *Cancer* **120**, 2735-2741, doi:10.1002/cncr.28769 (2014).

1102    Tyzzer, E. E. Factors in the Production and Growth of tumor Metastases. *J Med Res* **28**, 309-332 301 (1913).

1103    Fisher, E. R. & Fisher, B. Experimental Studies of Factors Influencing the Development of Hepatic Metastases. Xiii. Effect of Hepatic Trauma in Parabiotic Pairs. *Cancer Res* **23**, 896-900 (1963).

1104    Ben-Eliyahu, S. The price of anticancer intervention. Does surgery promote metastasis? *Lancet Oncol* **3**, 578-579 (2002).

1105    Coffey, J. C. *et al.* Excisional surgery for cancer cure: therapy at a cost. *Lancet Oncol* **4**, 760-768 (2003).

1106    Goldstein, M. R. & Mascitelli, L. Surgery and cancer promotion: are we trading beauty for cancer? *QJM* **104**, 811-815, doi:10.1093/qjmed/hcr039 (2011).

1107   O'Leary, D. P., Wang, J. H., Cotter, T. G. & Redmond, H. P. Less stress, more success? Oncological implications of surgery-induced oxidative stress. *Gut* **62**, 461-470, doi:10.1136/gutjnl-2011-300948 (2013).