UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VERVICIA HENDERSON, *et al.*,

    Plaintiffs,

v.                                                                     Case No. 6:21-cv-1363-RBD-DCI

LOCKHEED MARTIN
CORPORATION; and UNIVERSAL
CITY PROPERTY MANAGEMENT
COMPANY III, LLC,

    Defendants.
_____

**ORDER**

Before the Court is Defendant Lockheed Martin's Motion to Dismiss Plaintiffs Jackson and Reynolds for Failure to Complete Fact Sheets. (Doc. 134 ("Motion").)

In this mass action case with more than sixty plaintiffs, the Court previously ordered that each Plaintiff must complete a Plaintiff Fact Sheet ("PFS"), Defendants may move for that Plaintiff's claims to be dismissed if they do not complete a PFS, and Plaintiff has fourteen days from the date of the motion to respond. (Doc. 107.) Here, Lockheed moved to dismiss the claims of two Plaintiffs, Brenda Jackson and Clifton Reynolds Jr., who did not provide PFSes, noting that

Lockheed followed the Court-ordered procedure. (Doc. 134.) Plaintiffs' responses to the Motion were due on October 17, 2022, but none were filed.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. Lockheed's Motion (Doc. 134) is **GRANTED** as unopposed.

2. The claims of Plaintiffs Brenda Jackson and Clifton Reynolds Jr. are **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk is **DIRECTED** to terminate Jackson and Reynolds as parties to this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 25, 2022.

ROY B. DALTON JR.
United States District Judge