# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| VERVICIA HENDERSON et al., <br><br> Plaintiffs, <br><br> v. <br><br> LOCKHEED MARTIN CORPORATION; NBCUNIVERSAL MEDIA, LLC; UNIVERSAL CITY PROPERTY MANAGEMENT COMPANY III, LLC; and UNIVERSAL CITY DEVELOPMENT PARTNERS LTD., <br><br> Defendants. | Case No. 6:21-cv-1363-37DCI |

## LOCKHEED MARTIN'S UNOPPOSED MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTHOUSE FOR USE AT THE DECEMBER 7 HEARING

Pursuant to Local Rule 7.02(b), Lockheed Martin Corporation respectfully requests that this Court permit Lockheed Martin's litigation technology support consultant to bring electronic equipment into the George C. Young Federal Annex Courthouse for use at the hearing set for December 7, 2022.

This Court's Order setting the December 7 hearing directed the parties to "be prepared to discuss all pending motions across all cases, scheduling, and the status of *Perrotti v. Lockheed Martin Corporation*." (Doc. 175.) The parties have filed numerous motions and voluminous supporting materials. To facilitate discussions of already-filed record materials, such as visuals or deposition transcripts,

Lockheed Martin has retained a litigation technology support consultant to assist with the electronic presentation as needed. The consultant will need to bring laptop computers and accessories into the Courtroom in order to do so.

Accordingly, Lockheed Martin requests that its technology support consultant, **Lonny Mead of The Presentation Group**, be permitted to bring the following items into the Courthouse:

- 2 Hearing Laptops
- 1 Portable Monitor
- Adapters
- Mouse and Laptop Peripherals
- Cabling
- 1 Cellphone

Counsel for Lockheed Martin has conferred with the Court's courtroom deputy regarding technological capabilities in the Courtroom, and this motion is unopposed. Thus, Lockheed Martin respectfully requests that Lonny Mead of The Presentation Group be permitted to enter the George C. Young Federal Annex Courthouse with the listed technology equipment for the December 7 hearing.

[*Signatures of counsel below.*]

Dated: December 5, 2022

Francis A. Citera*
citeraf@gtlaw.com
Gretchen N. Miller*
millerg@gtlaw.com
**GREENBERG TRAURIG, LLP**
77 West Wacker Dr., Ste. 3100
Chicago, Illinois 60601
Telephone: (312) 456-6583
Facsimile: (312) 899-0320

*Specially admitted*

Respectfully submitted,

/s/ Ryan Hopper
David B. Weinstein (FBN 604410)
weinsteind@gtlaw.com
Christopher Torres (FBN 0716731)
torresch@gtlaw.com
Ryan T. Hopper (FBN 0107347)
hopperr@gtlaw.com
Raymond D. Jackson (FBN 1028350)
jacksonra@gtlaw.com
Brian C. Porter (FBN 0120282)
brian.porter@gtlaw.com
Christopher R. White (FBN 1022219)
whitech@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Blvd., Ste. 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900

*Attorneys for Defendant Lockheed Martin Corporation*

## RULE 3.01(g) CERTIFICATION

The undersigned certifies that counsel for Lockheed Martin conferred with Plaintiffs' counsel, who do not oppose the requested relief.

## CERTIFICATE OF SERVICE

I certify that on December 5, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Ryan Hopper
Attorney