UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| VERVICIA HENDERSON et al., <br><br> Plaintiffs, <br><br> v. <br><br> LOCKHEED MARTIN CORPORATION et al., <br><br> Defendants. | Case No. 6:21-cv-1363-37DCI |

**SECOND NOTICE OF MATERIALS FILED IN SUPPORT OF LOCKHEED MARTIN'S MOTION TO EXCLUDE TESTIMONY OF DR. PANIGRAHY**

Lockheed Martin files the following materials in support of its (a) Motion to Exclude the Testimony of Plaintiffs' Proffered Expert, Dr. Panigrahy, and (b) Motion for Summary Judgment on Specific Causation:

1. Dr. Panigrahy Deposition Transcript (May 30, 2023)

2. Dr. James Specific Causation Report

Dated: June 20, 2023

Francis A. Citera*
citeraf@gtlaw.com
Gretchen N. Miller*
millerg@gtlaw.com
**GREENBERG TRAURIG, LLP**
77 West Wacker Dr., Ste. 3100
Chicago, Illinois 60601
Telephone: (312) 456-6583
Facsimile: (312) 899-0320

Irina Khasin*
irina.khasin@gtlaw.com
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Rd. NE, Ste. 2500
Atlanta, GA 30305
Telephone: (678) 553-2455

Respectfully submitted,

/s/ David B. Weinstein
David B. Weinstein (FBN 604410)
weinsteind@gtlaw.com
Christopher Torres (FBN 0716731)
torresch@gtlaw.com
Ryan T. Hopper (FBN 0107347)
hopperr@gtlaw.com
Raymond Jackson (FBN 1028350)
jacksonra@gtlaw.com
Brian Porter (FBN 0120282)
porterb@gtlaw.com
Christopher R. White (FBN 1022219)
whitech@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Blvd., Ste. 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900

*Specially admitted*

*Attorneys for Defendant Lockheed Martin Corporation*

## CERTIFICATE OF SERVICE

I certify that on June 20, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ David B. Weinstein
Counsel for Lockheed Martin Corporation