Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
 2                     ORLANDO DIVISION
 3
      VERVICIA HENDERSON, et al.,
 4              Plaintiffs,              Case No.
      v.                                 6:21-cv-1363-37
 5    LOCKHEED MARTIN CORPORATION,       DCI
      et al.,
 6              Defendants.
      _____
 7    MICHAEL DAVIS, on behalf of
      himself and as personal
 8    representative of CAROL DAVIS,
                Plaintiffs,              Case No.
 9    v.                                 6:22-cv-81-37DCI
      LOCKHEED MARTIN CORPORATION,
10              Defendant.
      _____
11    KARYN VANDESTREEK, as personal
      Representative of the ESTATE OF
12    DANIEL VANDESTREEK,
                Plaintiff,              Case No.
13    v.                                 6:21-cv-1570-37
      LOCKHEED MARTIN CORPORATION,       DCI
14    et al.,
                Defendants.
15    _____
16        VIDEO DEPOSITION OF DIPAK PANIGRAHY, M.D.
               (Conducted Via Videoconference)
17
      DATE:           May 30, 2023
18
      TIME:           9:30 a.m. to 4:02 p.m.
19
      PURSUANT TO:    Notice by counsel for Defendant
20                    Lockheed Martin Corporation
                      for purposes of discovery, use at
21                    trial or such other purposes as
                      are permitted under the Federal
22                    Rules of Civil Procedure
23    REPORTED BY:    Aaron T. Perkins, RMR, CRR, CRC
                      Notary Public, State of
24                    Florida at Large
25                    Page 1 to 262
```

Page 2

```
 1   APPEARANCES:
 2   ON BEHALF OF PLAINTIFFS
 3     RENE F. ROCHA, III, ESQUIRE
       Morgan & Morgan, P.A.
 4     400 Poydras Street
       Suite 1505
 5     New Orleans, Louisiana  70130
 6
 7
       ON BEHALF OF DEFENDANTS
 8
       RYAN T. HOPPER, ESQUIRE
 9     Greenberg Traurig, LLP
       101 East Kennedy Boulevard
10     Suite 1900
       Tampa, Florida  33602
11
12
13   ON BEHALF OF DEFENDANT HSW ENGINEERING, INC.
14     TROY CUNNINGHAM, ESQUIRE
       Lewis Brisbois Bisgaard & Smith LLP
15     2 Alhambra Plaza
       Suite 1100
16     Coral Gables, Florida 33134
17
18
19   ALSO PRESENT:
       William Miller, Veritext Videographer Tech
20     Maddie Voigt
       Heather Lynch
21     Marcy Nalley
       Joel M. Nagler
22
23
24
25
```

Page 3

```
 1            I N D E X
 2   PROCEEDINGS                       Page 10
 3   DIRECT EXAMINATION BY MR. HOPPER      Page 11
 4   CROSS-EXAMINATION BY MR. ROCHA       Page 242
 5   REDIRECT EXAMINATION BY MR. HOPPER   Page 252
 6   CERTIFICATE OF OATH              Page 259
 7   REPORTER'S CERTIFICATE            Page 260
 8   ERRATA LETTER                Page 261
 9   SIGNATURE PAGE                Page 262
10
11
12
            E X H I B I T S
13
     Exhibit 1   Notice of Deposition    Page 15
14       of Dr. Dipak
         Panigrahy.
15
     Exhibit 2   Expert report by       Page 15
16       Dipak Panigrahy,
         M.D., dated February
17       14, 2023, in re,
         Henderson, et al., v.
18       Lockheed.
19   Exhibit 3   Dr. Panigrahy's CV.    Page 15
20   Exhibit 4   Dr. Panigrahy's list   Page 15
         of testimonies.
21
     Exhibit 5   Dr. Panigrahy's        Page 15
22       expert rate.
23   Exhibit 6   Dr. Panigrahy's        Page 15
         "materials
24       considered."
25   Continued:
```

Page 4

```
 1   Exhibit index continued:
 2   Exhibit 7   Supplemental Rebuttal   Page 15
         Report by Dipak
 3       Panigrahy, M.D.
 4   Exhibit 8   Expert Report of        Page 42
         Ranajit Sahu, Ph.D.,
 5       dated February 13,
         2023, in re,
 6       Henderson v.
         Lockheed.
 7
 8   Exhibit 9   A document titled,      Page 69
         8.4 Model Results.
 9   Exhibit 10  A document by IARC      Page 126
         titled, List of
10       classifications by
         cancer sites with
11       sufficient or limited
         evidence in humans,
12       IARC Monographs
         Volumes 1 - 133.
13
     Exhibit 11  An article titled,      Page 195
14       Arsenic exposure and
         mortality: A
15       case-referent study
         from a Swedish copper
16       smelter
17   Exhibit 12  A spreadsheet titled,   Page 197
         Summary of
18       Study-Specific
         Reported Exposure
19       Concentrations:
         Axelson (1978).
20
21   Exhibit 13  An article titled,      Page 204
         Mortality among
22       aircraft
         manufacturing
         workers.
23
24   Continued:
25
```

Page 5

```
 1   Exhibit index continued:
 2   Exhibit 14  An article titled,      Page 204
         Cancer Mortality Among
 3       Aircraft Manufacturing
         Workers, An Extended
 4       Follow-Up.
 5   Exhibit 15  An article titled,      Page 204
         Exposure Assessment for
 6       a Large Epidemiological
         Study of Aircraft
 7       Manufacturing Workers.
 8   Exhibit 16  A spreadsheet titled,   Page 213
         Summary of
 9       Study-Specific Reported
         Exposure
10       Concentrations: Marano
         (2000).
11
12   Exhibit 17  An article excerpt      Page 228
         titled, Cancer Risk
13       Among Workers at Danish
         Companies using
14       Trichloroethylene: A
         Cohort Study.
15   Exhibit 18  A spreadsheet labeled,  Page 228
         Supplemental Table 1.
16
17   Exhibit 19  A spreadsheet titled,   Page 228
         Summary of
18       Study-Specific Reported
         Exposure
19       Concentrations:
         Callahan (2019).
20   Exhibit 20  An article excerpt      Page 228
         titled, Cancer Risk
21       Among Workers at Danish
         Companies using
22       Trichloroethylene: A
         Cohort Study.
23
24   Continued:
25
```

2 (Pages 2 - 5)

Page 6

1  Exhibit index continued:
2  Exhibit 21  A spreadsheet titled,   Page 228
        Summary of
3       Study-Specific
        Reported Exposure
4       Concentrations:
        Raaschou-Nielsen
5       (2003).
6  Exhibit 22  An article titled,   Page 228
        Cancer mortality
7       update with an
        exposure response
8       analysis among
        styrene-exposed
9       workers in the
        reinforced plastics
10      boatbuilding
        industry.
11
        Exhibit 23  A spreadsheet titled,   Page 228
12      Summary of
        Study-Specific
13      Reported Exposure
        Concentrations:
14      Bentke (2018).
15 Exhibit 24  An article titled,   Page 228
        Styrene Exposure and
16      Risk of
        Lymphohematopoietic
17      Malignancies in
        73,036 Reinforced
18      Plastics Workers.
19 Exhibit 25  An article titled,   Page 228
        Cancer Incidence in
20      Workers Exposed to
        Styrene in the
21      Danish-reinforced
        Plastics Industry,
22      1968-2012.
23
24
        Continued:
25

Page 8

1  Exhibit index continued:
2  Exhibit 31  An article titled,   Page 228
        Cancer mortality in a
3       historical cohort
        study of workers
4       exposed to styrene.
5  Exhibit 32  A spreadsheet titled,   Page 228
        Summary of
6       Study-Specific
        Reported Exposure
7       Concentrations:
        Loomis (2019).
8
        Exhibit 33  An article titled,   Page 228
9       Cancer Mortality of
        Workers Exposed to
10      Styrene in the U.S.
        Reinforced Plastics
11      and Composite
        Industry.
12
        Exhibit 34  A spreadsheet titled,   Page 228
13      Summary of
        Study-Specific
14      Reported Exposure
        Concentrations:
15      Collins (2013).
16 Exhibit 35  An article titled,   Page 229
        Chemical Exposures in
17      the Synthetic Rubber
        Industry and
18      Lymphohematopoietic
        Cancer Mortality.
19
20 Continued:
21
22
23
24
25

Page 7

1  Exhibit index continued:
2  Exhibit 26  An abstract titled,   Page 228
        Exposure to styrene
3       and chronic health
        effects:
4       mortality and
        incidence of solid
5       cancers in the Danish
        reinforced plastics
6       industry.
7  Exhibit 27  An article titled,   Page 228
        Incidence of
8       Lymphohematopoietic
        malignancies among
9       styrene-exposed
        workers of the
10      reinforced plastics
        industry.
11
        Exhibit 28  An article titled,   Page 228
12      Cancer incidence in
        the Danish reinforced
13      plastics industry.
14 Exhibit 29  a spreadsheet titled,   Page 228
        Summary of
15      Study-Specific
        Reported Exposure
16      Concentrations:
        Christensen (2018).
17
        Exhibit 30  An article titled,   Page 228
18      Cancer mortality in
        an international
19      cohort of
        reinforced plastics
20      workers exposed to
        styrene:  A
21      reanalysis.
22
23
24
        Continued:
25

Page 9

1  Exhibit index continued:
2  Exhibit 36  A spreadsheet titled,   Page 229
        Summary of
3       Study-Specific
        Reported Exposure
4       Concentrations: Graff
        (2005).
5
        Exhibit 37  An article titled,   Page 229
6       Perchloroethylene-
        Contaminated Drinking
7       Water and the Risk of
        Breast Cancer:
8       Additional Results
        from Cape Cod,
9       Massachusetts, USA.
10
11
12
        NOTES:
13
14      MARKED SECTION BY      Page 69
        ATTORNEY HOPPER
15
        MARKED SECTION BY      Page 87
16      ATTORNEY HOPPER
17      MARKED SECTION BY      Page 107
        ATTORNEY HOPPER
18
19
20
21
22
23
24
25

Page 10

1    P R O C E E D I N G S
2         * * * * *
3         MR. LEIPFINGER (Veritext Tech):  Good
4    morning.  We are on the video record at
5    9:30 a.m. Eastern Time, on May 30th, 2023.
6    Please note that this deposition is being
7    conducted virtually.  Quality of recording
8    depends on the quality of camera and Internet
9    connection of participants.  What is seen
10   from the witness and heard on screen is what
11   will be recorded.  Audio and the video
12   recording will continue to take place unless
13   all parties agree to go off the record.
14        This is the video deposition of Dr.
15   Dipak Panigrahy, taken in the matter of
16   Vervicia Henderson, at all v. Lockheed Martin
17   Corporation, et al., filed in the United
18   States District Court, Middle District of
19   Florida, Orlando Division, Case
20   No. 6:21-cv-1363-37DCI.
21        My name is Jerame Leipfinger,
22   representing Veritext Legal Solutions, and
23   I'm the videographer.  The court reporter is
24   Aaron Perkins, of the same firm, Veritext.
25        I am not authorized to administer an

Page 11

1    oath, I am not related to any party in this
2    action, nor am I financially interested in
3    the outcome.
4         At this time will all counsel present
5    please announce their appearance for the
6    record, and then the court reporter will
7    swear in the witness.
8         MR. HOPPER:  Good morning.  Ryan Hopper,
9    for the defendant Lockheed Martin
10   Corporation.  With me is Madeline Voigt,
11   Heather Lynch, and the Joel Nagler, from
12   Lockheed Martin.
13        MR. ROCHA:  Rene Rocha, Morgan & Morgan,
14   for the plaintiffs.
15        MR. CUNNINGHAM:  Troy Cunningham, Lewis
16   Brisbois, on behalf of the defendant, HSW
17   Engineering in the Karyn Vandestreek matter.
18        DIPAK PANIGRAHY, M.D.,
19   the witness herein, being first duly sworn on
20   oath, was questioned and testified as follows:
21        THE WITNESS:  I do.
22        DIRECT EXAMINATION
23   BY MR. HOPPER:
24        Q.  Good morning, Dr. Panigrahy.  How are
25   you today?

Page 12

1    A.  Good.  Good morning, sir.
2    Q.  My name is Ryan Hopper.  As a reminder,
3    we've met once before by Zoom during your prior
4    deposition in this case, right?
5    A.  Yes.
6    Q.  Can you hear me okay?
7    A.  Yes.
8    Q.  Where are you right now?
9    A.  I'm at -- south of Boston, a town called
10   Marshfield, where I live.
11   Q.  Okay.  Are you in your home?
12   A.  Yes.
13   Q.  Is anyone with you?
14   A.  No.
15   Q.  Can you describe the computer or device
16   you're using for this deposition?
17   A.  Yeah.  Just an Apple laptop, MacBook.
18   Q.  Can you see the screen clearly?
19   A.  Yes, yes.
20   Q.  Do you have any other electronic devices
21   with you?
22   A.  No.  I put away my cell phone.
23   Q.  Thank you.
24        Do you have any documents with you?
25   A.  I have a printout of the four reports

Page 13

1    related to the case.
2    Q.  Are those four reports your initial
3    general causation report in the Henderson matter,
4    the rebuttal general causation report, your
5    initial specific causation report, and your
6    rebuttal specific causation report?
7    A.  Correct, correct.
8    Q.  All for this case, the Henderson matter,
9    right?
10   A.  Correct.
11   Q.  Okay.  Do you have any other documents
12   with you?
13   A.  No.
14   Q.  I know you've done this before, but I'm
15   going to give you a brief reminder of some of the
16   ground rules.  Okay?
17   A.  Thank you.
18   Q.  A court reporter is transcribing our
19   conversation, so I need you to answer my questions
20   verbally.
21        Do you understand that?
22   A.  Yes.
23   Q.  We need to take turns speaking.  We're
24   doing a good job of that so far.  Let's keep that
25   up.  Okay?

4 (Pages 10 - 13)

1    A.  Got it.
2    Q.  If I ever ask you a question that you do
3  not understand, please say so.  If you answer a
4  question, I'm going to assume you understood it.
5  Okay?
6    A.  Correct.  Got it.
7    Q.  If you need a break, just let me know.
8  I'm going to plan on breaking about every hour.
9  I'm setting a timer right now.  The only thing
10  that I will ask is before we break, if there's an
11  unanswered question, I'll ask you to answer it.
12  Okay?
13    A.  Got it.  Thank you.
14    Q.  Mr. Rocha may object to some of my
15  questions, but you're still required to answer
16  them unless he instructs you not to.  Okay?
17    A.  Got it.
18    Q.  Is there anything that might keep you
19  from providing complete and honest answers to my
20  questions today?
21    A.  No.
22    Q.  Before this deposition started, I went
23  ahead and introduced Exhibits 1 through 7.  For
24  purposes of the record, Exhibit 1 should be the
25  notice of today's deposition, Exhibit 2 should be

1  your initial specific causation report in the
2  Henderson case, Exhibit 3 should be your CV,
3  Exhibit 4 should be a list of testimony that was
4  provided to us, Exhibit 5 should be your hourly
5  rate, Exhibit 6 should be a list of materials you
6  considered in connection, I believe, with forming
7  your initial specific causation opinion in this
8  case, and Exhibit 7 should be your rebuttal
9  report.
10    (Exhibits 1, 2, 3, 4, 5, 6, and 7 were
11    marked for identification.)
12  BY MR. HOPPER:
13    Q.  Are you able to see those exhibits using
14  the Exhibit Share platform?
15    A.  Yes.  I see the seven exhibits.
16    Q.  Okay.  Thank you.
17    A.  I see the PDFs, yeah.
18    Q.  Let's take a look at Exhibit 3, which is
19  your CV please.
20    A.  Yes.  I opened it.
21    MR. HOPPER:  And, Jerame, would you mind
22    putting that up on the screen for us, please?
23    Thank you.
24  BY MR. HOPPER:
25    Q.  This is dated August 2021.

1    Do you see that in the upper left-hand
2  corner?
3    A.  Yes.
4    Q.  Do you have a more recent CV?
5    A.  I will be updating this CV in the next
6  month.  We -- which -- so this is the latest one I
7  have.
8    Q.  Since the date of this CV, have you
9  authored any publications concerning PCE, TCE,
10  styrene, hexavalent chromium, or arsenic?
11    A.  No.
12    Q.  Okay.  Since the date of this
13  publication, have you -- excuse me.  Since the
14  date of this CV, have you authored any
15  publications on genotoxicity?
16    A.  No.
17    Q.  Have you authored any publications at
18  all since August 2021?
19    A.  We have a couple publications that are
20  submitted and in the works, but they're not
21  accepted yet.
22    Q.  What's the nature of those publications?
23    A.  One is just a review on inflammation in
24  cancer, and then other -- another publication is
25  on defective inflammation in cancer.

1    Q.  Anything else?
2    A.  No.
3    Q.  Have you ever been the author of a
4  publication in which any of the authors concluded
5  that PCE, TCE, styrene, hexavalent chromium, or
6  arsenic are capable of causing any of the cancer
7  types discussed in your expert report?
8    A.  No.
9    Q.  I asked you some questions about your
10  qualifications during the last deposition, but I
11  want to revisit them to make sure I understand.
12    Do you hold yourself out in the
13  scientific community as an epidemiologist?
14    A.  I'm not sure of the question.  I use
15  epidemiology in my everyday working in the lab,
16  and we translate drugs to the clinic.
17    Q.  Outside of that context, do you hold
18  yourself out in any scientific community to be an
19  epidemiologist?
20    A.  I use epidemiology in, like I said, in
21  my scientific expertise.  We translate drugs to
22  the clinic.
23    Q.  Have you ever had any formal training on
24  drawing causal inferences from epidemiological
25  studies?

5 (Pages 14 - 17)

Page 18

1    A.   We do take courses in medical school
2  related to epidemiology, but I'm not a
3  board-certified epidemiologist, if that's what
4  you're asking.
5    Q.   Did you take courses in medical school
6  on how to draw causal inferences from
7  epidemiology?
8        MR. ROCHA:  Objection to form.
9        THE WITNESS:  Like I said, we take
10   courses related to epidemiology in medical
11   school.
12  BY MR. HOPPER:
13   Q.   In any of those courses, were you ever
14  instructed on methodologies for drawing causal
15  inferences from epidemiological studies?
16   A.   Yes.  Overall, whether a chemical can
17  increase a certain disease, the basic concepts
18  we're exposed to.
19   Q.   Can you describe the hierarchy of
20  epidemiological study types?
21       MR. ROCHA:  Objection to form.  Outside
22   the scope of his current report.
23       MR. HOPPER:  I don't agree and please
24   keep your objections to form, Rene.
25  BY MR. HOPPER:

Page 19

1    Q.   So my question, Dr. Panigrahy, was can
2  you describe the hierarchy of epidemiological
3  studies?
4    A.   Yeah.  In general, there are cohort
5  studies, case cohort studies, retrospective
6  studies.  The ideal is a randomized control trial.
7  There's prospective studies.
8    Q.   Do you know what an ecological study is?
9    A.   Yes.  That's related to the environment,
10  whether a chemical, an increased chemical, in the
11  environment could increase a certain disease.
12   Q.   Have you ever heard the term "ecological
13  study" used to describe a particular style of the
14  area-wide exposure assessment used in some
15  studies?
16       MR. ROCHA:  Objection to form.
17       THE WITNESS:  I do -- I do site some
18   ecological studies in my report.
19  BY MR. HOPPER:
20   Q.   Do you know whether the epidemiological
21  community views ecological studies as capable of
22  supporting valid causal inferences?
23       MR. ROCHA:  Objection to form.
24       THE WITNESS:  Yes.  In general, for a
25   cancer causation, we use a variety of studies

Page 20

1  I can get into.  But one of them does include
2    increased exposure in the environment
3    compared to background.
4  BY MR. HOPPER:
5    Q.   That's not exactly the question I was
6  aiming for.
7        Let me ask a predicate question first.
8  Do you know what a case report is?
9    A.   Yes.  A case report is usually focused
10  on a particular individual or group of individuals
11  with a disease and studying the outcome of that
12  disease, depending on certain variables.
13   Q.   You cited several epidemiological
14  studies in both your initial specific causation
15  report and your rebuttal specific causation
16  report, right?
17   A.   Correct.
18   Q.   As between cohort studies, case control
19  studies, ecological studies, and case reports, do
20  you have an understanding of the epidemiological
21  community's view on the relative causal weight of
22  each of those study types?
23       MR. ROCHA:  Objection to form.
24       THE WITNESS:  Yes.  In general, we try
25   not to rely on case reports, because in --

Page 21

1  and especially with cancer causation, we look
2    for larger studies -- for example, over a
3    thousand people -- long-term exposure,
4    ideally over 10 to 30 years of exposure,
5    quantifying the exposure.  So case reports
6    are not the ideal epidemiological study.
7        I cited a combination of cohort and case
8    cohort.  And each one has an advantage.
9    Between both of those types of studies, we
10   will monitor the particular exposure.  For
11   example, in a case that's exposure to the
12   chemical versus the control, the group of
13   people who aren't exposed to the chemical.
14   And that case control can be retrospective
15   and tried -- I went into the details of what
16   constitutes a good -- an ideal
17   epidemiological study in my reports, but,
18   basically, it's the long-term exposure, over
19   30 years ideally, even 10 to 20 years of
20   exposure, increased number of people in the
21   study.
22       So -- so, in general, the case report is
23   not as strong as the cohort and case cohort.
24  BY MR. HOPPER:
25   Q.   Do you know whether the epidemiological

6 (Pages 18 - 21)

Page 22

1 community would ever consider a case report
2 capable of establishing a causal association
3 between a substance and a health outcome on its
4 own?
5        MR. ROCHA: Objection to form.
6        THE WITNESS: In causation, we use three
7    lines of evidence: Human evidence,
8    epidemiological studies in combination with
9    animal studies, in combination with
10   mechanistic studies.
11      So we use all of those three types of
12   studies together.
13 BY MR. HOPPER:
14   Q. Okay. My question focuses on case
15 reports, first.
16      Do you believe that a case report alone
17 can be sufficient to establish a causal
18 relationship between a substance and a health
19 outcome?
20      MR. ROCHA: Objection to form.
21      THE WITNESS: I would have to look at
22   the case report. But as I was saying, that
23   the higher quality epidemiological studies --
24   and I cited certain ones in my -- in the
25   reports -- they use, ideally, more than a

Page 23

1    thousand people, which, with a case report,
2    is usually only one person or a few people.
3    And then I'd have to look at the exposure,
4    how do they quantify the exposure in the
5    paper, and then how long -- not only is there
6    a number of people, like I said, a larger
7    number of people, ideally over a thousand,
8    but then the long-term follow-up, I would
9    look at was there more than 10, 20 years.
10   Cancer can have a certain latency period. So
11   you have to go at least 10, 30 years to see
12   the effect of a chemical in a group of
13   people.
14 BY MR. HOPPER:
15   Q. Why does quantification of exposure
16 matter to your analysis?
17   A. That's how -- part of the -- whether
18 exposure to a chemical increases the risk of
19 cancer, part of that is the amount of exposure,
20 whether it's the level of the exposure or the
21 duration of the exposure.
22      So both the level of exposure and the
23 duration, in general, over background is one of
24 the ways we use to assess relative risk of a
25 particular carcinogen or chemical.

Page 24

1    Q. What's relative risk?
2    A. That is the increased chance of exposure
3 to a chemical over background leading to that
4 particular disease, or in this case, a particular
5 tumor type.
6    Q. You mentioned earlier that you cited
7 ecological studies in your specific causation
8 expert reports, right?
9        MR. ROCHA: Objection to form.
10       THE WITNESS: Correct.
11 BY MR. HOPPER:
12   Q. Do you have an understanding of the
13 exposure assessment limitations of ecological
14 studies?
15       MR. ROCHA: Object to form.
16       THE WITNESS: Yeah. I would have to
17   look at a specific study. But, in general,
18   we like to, like I said, quantify the level
19   and the duration of the exposure.
20 BY MR. HOPPER:
21   Q. Okay. Do you hold yourself out in the
22 scientific community as a toxicologist?
23   A. In my daily work, we use toxicology
24 every day routinely, whether -- so I'm not sure of
25 the question, I guess.

Page 25

1    Q. Do you believe you're qualified to draw
2 causal inferences from toxicological studies?
3    A. Yes. We use toxicology in the lab every
4 day. Part of -- we translate chemicals to treat
5 cancer, and part of that is going through the
6 approval process of toxicology to make sure a
7 chemical is safe, whether it's in animals or in
8 people.
9    Q. Relatedly, do you hold yourself out in
10 the scientific community as a chemist?
11   A. In the lab, we use chemistry every day.
12 Again, like that's part of every day when we -- we
13 actually study do chemicals cause cancer, and if
14 they do cause cancer, how do they cause cancer?
15 So the chemistry is very important to that
16 process.
17   Q. Do you believe you're qualified to
18 reliably assess whether and to what extent
19 changes in the molecular structure of a substance
20 result in changes to that substance's
21 disease-specific toxicity?
22       MR. ROCHA: Object to form.
23       MR. HOPPER: What's the basis?
24       MR. ROCHA: It's vague. It's unclear
25   what the context is.

1      MR. HOPPER:  The context is his expert
2    reports.
3  BY MR. HOPPER:
4      Q.  So let me rephrase the question.
5      In the context of your expert reports,
6  Dr. Panigrahy, do you believe you're qualified to
7  reliably assess whether or to what extent changes
8  in the molecular structure of a substance
9  result in changes to that substance's
10  disease-specific toxicity?
11      MR. ROCHA:  Same objection.
12      THE WITNESS:  Yes.  We do, as I said,
13    every day, when we work with certain
14    chemicals, we work with stereoisomers of
15    lipid autacoids, and we use that type of
16    chemistry every day in the lab.
17  BY MR. HOPPER:
18      Q.  Do you know how many organic solvents
19  exist?
20      A.  Off the top of my head, I don't know a
21  certain number.  Definitely maybe 50 or 60.  But I
22  don't know off the top of my head the exact
23  number.
24      Q.  Do you believe you're qualified to
25  reliably assess whether and to what extent the

1  disease-specific toxicity of one organic solvent
2  would translate to another organic solvent?
3      A.  I'm not sure of the question.  Can you
4  repeat it?
5      Q.  Is it your opinion that all organic
6  solvents would exhibit the same dose-response
7  relationships with the same health endpoints?
8      A.  I would have to look at the specific
9  characteristics of the chemicals.  I mean, in this
10  case we're talking about volatile compounds, and,
11  you know, we can get into these five specific
12  chemicals.  But we do -- as I mentioned in my
13  report, certain characteristics for mechanistic
14  studies on how a chemical causes cancer, there are
15  10 key characteristics that are very relatable to,
16  for example, Group 1 human carcinogens.
17      So I would have to look at the
18  particular chemicals, their characteristics, if
19  they have key characteristics of carcinogens, do
20  they cause cancer in animals, is there an
21  increased risk in people who are exposed to these
22  chemicals over background?
23      So I would have to look at the specific
24  chemical.
25      Q.  Okay.  Thank you.

1      Do you hold yourself out in the
2  scientific community as an expert industrial
3  hygienist?
4      A.  Can you say that again?  As a --
5      Q.  Do you know what an industrial hygienist
6  is?
7      A.  Yeah, yeah.  I mean, I'm familiar with
8  that, and some of the studies are related to that.
9  But I don't -- I'm not sure of the question.
10      Q.  Have you ever had any training in
11  estimating in micrograms per cubic meter, or any
12  other unit of measurement, the concentrations of
13  chemicals to which people are exposed in different
14  environments?
15      A.  Yes.  Every day in the lab we have to
16  measure a certain amount of toxic chemicals.  We
17  work with carcinogens that are highly
18  carcinogenic.  For example, nitrosamines.  And we
19  have strict criteria we have to use in the lab and
20  the amount we can be exposed to these chemicals,
21  the amount we give to animals, the amount we have
22  to give in tissue cultures to study how these
23  chemicals cause cancer.
24      Q.  Let me ask the question focusing on
25  other people -- other people's occupational

1  settings.
2      Do you believe you are qualified to
3  reliably estimate in micrograms per cubic meter,
4  or any other unit of measurement, the
5  concentrations of chemicals to which people are
6  exposed in different occupational environments?
7      A.  Yes.  That -- that's part of the
8  calculations we use every day in the lab.
9      Q.  Tell me the methodologies you would use
10  to assess the concentrations of chemicals to which
11  a person might be exposed in his or her
12  occupational environment?
13      A.  Yeah.  So we would -- we would take the
14  amount, like I said, in general, the dose and the
15  duration and come up with a certain amount.  This
16  could be through a job exposure matrix to a
17  certain chemical that they're exposed to.  And
18  then we would calculate -- and there can be four
19  quadrants.  We have the high dose, a low dose,
20  background, and then we quantify the amount of the
21  chemical, like I said, related -- if we're using a
22  job exposure matrix, the amount over a certain
23  amount of time, and then we relate that to the
24  incidence of the cancer.
25      Q.  There's nowhere in your specific

Page 30

1  causation reports where you attempt to apply a
2  methodology like that to the specific plaintiffs
3  in this case, right?
4       MR. ROCHA:  Object to form.
5       THE WITNESS:  Correct.  What I did is I
6  used the modeling that Dr. Sahu used to show
7  that these five chemicals -- and he used
8  valid approaches that are used by everyday
9  EPA and other sources, other agencies -- and
10  that shows clearly that the exposure to these
11  five chemicals, these genotoxic chemicals,
12  was above background.  In fact, some of the
13  exposures were over 100 times higher.  TCE
14  and PCE were about twofold, from my
15  understanding, over background, but
16  hexavalent chromium, arsenic, styrene was,
17  from my understanding, a hundredfold higher,
18  or more.
19       So that's the important -- from my
20  assessment, does a chemical cause a specific
21  type of cancer, and the studies I rely on in
22  humans and animals, the important thing is
23  that the exposure to these chemicals was
24  significantly above background.
25  BY MR. HOPPER:

Page 31

1   Q.  Do you have any other source of exposure
2  information in this case other than Dr. Sahu's
3  expert report?
4       MR. ROCHA:  Object to form.
5       THE WITNESS:  I used -- no.  I used
6  Dr. Sahu's modeling.
7       MR. HOPPER:  Okay.  Thank you.  I will
8  ask you a little bit more about that later
9  today.
10       Let's take a quick look at Exhibit 4,
11  Jerame, if you don't mind.
12       MR. LEIPFINGER (Veritext Tech):  You
13  said Exhibit 4, Counsel?
14       MR. HOPPER:  Yes, please.
15  BY MR. HOPPER:
16   Q.  Okay.  This is a list of your prior
17  testimony.  Do you know how -- did you prepare
18  this document?
19   A.  Yes.  This was -- yes.
20   Q.  Is this up to date?
21   A.  Yes.
22   Q.  Do you know how far back this goes in
23  terms of years?
24   A.  Yeah.  The only previous -- sorry --
25  case, I had done an Actos case in 2013.  And it

Page 32

1  looks like this is in the last, like, three years.
2   Q.  Okay.  Thank you.
3       Let's go to Exhibit 5, Jerame, if you
4  don't mind.
5       Is this your normal hourly rate?
6   A.  Correct.
7   Q.  Are you -- is your compensation in this
8  case dependent in any way on the outcome of this
9  case for the plaintiffs?
10   A.  No.
11       MR. HOPPER:  You can take this down,
12  Jerame, if you don't mind.
13  BY MR. HOPPER:
14   Q.  Did you do anything to prepare for your
15  deposition today, Dr. Panigrahy?
16   A.  I read my reports and a few publications
17  related to the reports.
18   Q.  Do you recall which publications you
19  reviewed?
20   A.  Well, several of the higher quality
21  epidemiology studies.  For example, styrene,
22  Christiansen, et al., and just specific --
23  specific epidemiology studies.  I can't recall,
24  like, all of them.  And then some of the
25  mechanistic studies and then some of the animal

Page 33

1  studies.
2   Q.  When did you review the studies in
3  preparation for this deposition?
4   A.  Over the past week, on and off.
5   Q.  Do you have those studies available to
6  you today if we wanted to discuss them?
7   A.  I have them as PDFs on my laptop, so I
8  should be able to, if there's a particular study,
9  I should be able to pull it up.
10   Q.  I have several of them, but on the off
11  chance that I don't, I might ask you to do that.
12       You characterize Christiansen, the
13  styrene study, as a high quality study, right?
14   A.  Correct.
15   Q.  How do you assess whether a study is
16  high quality?
17   A.  Are you talking about epidemiology
18  study?
19   Q.  Yes.  Thank you for that clarification.
20       When you're reviewing epidemiologies --
21  epidemiological studies, how do you assess their
22  quality?
23   A.  Yeah.  There's a couple of key
24  variables.  One is quantification of the exposure.
25  And that could be, for example, through, like I

9 (Pages 30 - 33)

Page 34

1  mentioned, job exposure matrix.  But whether
2  that's -- the amount of the exposure is
3  quantified.
4       And then the number of the people in the
5  study.  For cancer, you need to do larger numbers,
6  so we like to see at least, ideally, over a
7  thousand people in the study.
8       And then the number of years is very
9  important, because of the cancer latency from the
10  time you're exposed to a chemical to the time a
11  person develops a cancer, called latency.  And
12  that usually can take, in some cancers for some
13  people, 20 to 30 years.  So we like to ideally
14  have over 30-year follow-up, if not longer.
15       So that's what -- I will look for
16  studies that quantified the exposure, and then
17  long-term follow up, at least, ideally, 20, 30
18  years, number of people in the study, over a
19  thousand people.
20       And then there's a certain -- we call
21  epidemiology studies have certain limitations.
22  You try to rule out confounding variables to the
23  best you can.  Sometimes you can't rule all of
24  them out, but you try to.  In these studies, the
25  only difference between the exposure group and the

Page 35

1  background group should be the particular chemical
2  that we're looking at.
3       Q.  Okay.  Do you recall any studies other
4  than the Christiansen styrene study that you
5  believe are high quality in your report?
6       A.  Yeah.  Throughout the five chemicals,
7  there are other studies that I cited that were --
8  had longer term, like, 20, 30 years, and then an
9  increased number of people.
10       Q.  Do any particular studies come to mind
11  now that you view as high -- particularly high
12  quality?
13       A.  Off the top of my head, I just cited --
14  you know, I had so many studies, I would have to
15  look at the specific study.
16       Q.  Okay.  Other than reviewing your reports
17  and your -- and some of the studies cited in those
18  reports, did you do anything to prepare for this
19  deposition?
20       A.  No.
21       Q.  Have you reviewed transcripts of any
22  other expert's deposition testimony?
23       A.  No.
24       MR. HOPPER:  Okay.  Jerame, can you
25  please put Exhibit 2 on the screen?

Page 36

1  BY MR. HOPPER:
2       Q.  Dr. Panigrahy, you have prepared two
3  expert reports in the Henderson case for the
4  specific causation phase of the case, right?
5       A.  Correct.
6       MR. ROCHA:  Objection to form.  Okay.
7  Got it.  Sorry.
8  BY MR. HOPPER:
9       Q.  This is an expert report dated February
10  14th, 2023.  This is your initial specific
11  causation report, correct?
12       A.  Correct.
13       MR. HOPPER:  Jerame, can you put
14  Exhibit 7 on the screen, please?
15  BY MR. HOPPER:
16       Q.  This is a rebuttal expert report that's
17  not dated but it was served on us May 3rd, 2023.
18       Is this the other expert report that you
19  prepared in the Henderson case for the specific
20  causation phase?
21       A.  Correct.
22       Q.  Did you understand when you were
23  preparing these two reports that I just showed
24  you, Exhibits 2 and 7, that they had to contain
25  complete statements of all the opinions you intend

Page 37

1  to offer on specific causation in this case?
2       A.  Could you repeat the question?
3       Q.  Sure.
4       When you were preparing the reports that
5  we've introduced as Exhibits 2 and 7, did you
6  understand that they had to contain complete
7  statements of all of the opinions you intend to
8  offer on specific causation in this case?
9       A.  For these -- I'm assuming you're talking
10  about these clients, these five individuals?
11       Q.  Good question.
12       Okay.  Yes.  For the -- well, let me
13  take a step back.
14       You analyzed, I believe, six
15  plaintiffs in the reports in Exhibits 2 and 7,
16  right?
17       A.  Correct.
18       Q.  I have David Berry, Wendy Stone, Kirsten
19  Sheen, Naoyuki Komatsu, Brian Kemp, and Morgan
20  Innes.
21       Does that sound right to you?
22       A.  Yes.
23       Q.  For those six plaintiffs, do the
24  reports --
25       Excuse me.  For those six plaintiffs,

10 (Pages 34 - 37)

Page 38

1  when you were preparing the reports that we've
2  introduced as Exhibits 2 and 7, did you understand
3  that the reports needed to contain complete
4  statements of all of the specific causation
5  opinions you intend to offer?
6      A.  Yes.
7      Q.  And did you understand that they also
8  had to contain the bases and reasons for those
9  opinions?
10     A.  Yes.
11         MR. HOPPER:  Please go to Exhibit 6,
12     Jerame.  Can you expand the top of the screen
13     a little, Jerame?  Thank you.
14  BY MR. HOPPER:
15     Q.  Okay.  This is a Materials Considered
16  document that was provided to us after the service
17  of your initial specific causation report for the
18  six plaintiffs you just discussed.
19         Did you prepare this document?
20     A.  Yes.
21     Q.  Did you understand that it needed to be
22  comprehensive?
23     A.  I'm not sure what you mean by -- these
24  are the materials I considered?
25     Q.  Was that a question or you're

Page 39

1  representing that these are materials you
2  considered?
3      A.  Yes, these are the materials I
4  considered.
5      Q.  Okay.  You write three lines down,
6  "Dr. Sahu report."
7          Do you see that?
8      A.  Yes.
9      Q.  Are you referring to Dr. Sahu's initial
10  specific causation report where he identifies some
11  modeled concentrations of the five substances we
12  discussed at a Golf Channel receptor?
13     A.  Correct.
14     Q.  To the extent that your opinions involve
15  concentrations of substances to which plaintiffs
16  claim they were exposed, are you relying on
17  Dr. Sahu's expert report to establish those
18  concentrations?
19     A.  Yes.
20     Q.  Are you relying on any other sources to
21  assess whether or to what extent the six
22  plaintiffs we just discussed were allegedly
23  exposed to PCE, TCE, styrene, hexavalent chromium,
24  or arsenic?
25     A.  I think we're -- yeah.  I relied on

Page 40

1  Dr. Sahu's, right, modeling for those.
2      Q.  Okay.  I'm just trying to understand if
3  there was any -- anything else, any other sampling
4  or anything to that effect relating to these
5  plaintiffs that you used in assessing exposure
6  concentrations or durations?
7          MR. ROCHA:  Object to form.
8          THE WITNESS:  You mean for these five
9      chemicals?
10  BY MR. HOPPER:
11     Q.  Yes.
12     A.  Yes, yes, I relied on Dr. Sahu's report
13  and modeling.
14     Q.  Okay.  Thank you.
15         You can take this down, Jerame.
16         You were deposed once before in this
17  case, right?
18     A.  Correct.
19     Q.  That was last August 2022?
20     A.  I don't remember the exact date, but
21  around that time, yes, yeah.
22     Q.  That was during the general causation
23  phase of this case, right?
24     A.  Correct.
25     Q.  I asked you some questions about

Page 41

1  potential dose-response relationships.
2          Do you remember discussing that topic?
3      A.  I do remember a lot of different topics,
4  so maybe -- not specifically but maybe as a theme.
5      Q.  Okay.  You testified that you believe
6  each of the substances that were addressed in your
7  general causation report exhibits a linear
8  no-threshold dose-response relationship with each
9  of the cancer types addressed in your report.  Is
10  that a fair characterization of your prior
11  testimony?
12     A.  Because all five are genotoxic
13  chemicals, that's where -- yes, genotoxic
14  chemicals in general exhibit a non- -- a linear
15  non-threshold response.
16     Q.  Okay.  And that's still your opinion
17  today, right?
18     A.  Can you just repeat the question,
19  though?
20     Q.  Sure.  I will transition to the specific
21  causation report.
22         Is it your opinion that each of the five
23  chemicals --
24         Well, let me take a step back to make
25  sure we're on the same page.

11 (Pages 38 - 41)

Page 42

1     When I refer to the five chemicals
2   addressed in your specific causation report, I
3   mean PCE, TCE, styrene, hexavalent chromium, and
4   arsenic?
5     Do you understand that?
6   A.  Yes.
7   Q.  Those are the five substances that were
8   modeled by Dr. Sahu and reported in his specific
9   causation expert report, right?
10  A.  Yes.
11    MR. HOPPER:  And, Jerame, let's go ahead
12  and introduce the next exhibit.  I just want
13  to be 100 percent certain we're talking about
14  the same report from Dr. Sahu.  So it should
15  be -- should be 8, Exhibit 8.
16    (Exhibit No. 8 was marked for
17  identification.)
18  BY MR. HOPPER:
19  Q.  Okay.  Dr. Panigrahy, this is a February
20  13, 2023, expert report signed by Dr. Ron Sahu for
21  the Henderson matter.
22    Is this the --
23  A.  In my view box only has seven.  Maybe I
24  have to renew --
25  Q.  You do.

Page 43

1   A.  -- the link.
2   Q.  You have to refresh the page.
3   A.  Okay.  I got the eighth, yeah.
4   Q.  Take a look at Exhibit 8, if you don't
5   mind, and please let me know when you're ready.
6   A.  Yes.
7   Q.  Is this the expert report, Exhibit 8,
8   from Dr. Sahu that you are relying on to establish
9   concentrations of chemicals to which the
10  plaintiffs claim they were exposed as a result of
11  Lockheed Martin's operations?
12  A.  Yes.
13    MR. HOPPER:  Okay.  Thank you.  You can
14  take this down, Jerame.
15  BY MR. HOPPER:
16  Q.  All right.  I had just asked you a
17  question about the linear non-threshold
18  dose-response relationship.
19    Do you remember that?
20  A.  Yes.
21  Q.  Is it fair to say you believe that each
22  of the substances you've considered in your
23  specific causation report poses some risk of
24  causing each of the cancers in your specific
25  causation report at any level of exposure?

Page 44

1   A.  I'm not sure what you mean by "any level
2   of exposure."  This is -- I'm relying on these
3   levels that these clients had were significantly
4   higher than the background level.  So I guess I'm
5   not sure of the specific question.
6   Q.  I asked you at your last deposition to
7   describe what a linear non-threshold dose-response
8   relationship is in your own words.
9     Do you remember that?
10  A.  I don't remember that, but I can
11  answer it.
12  Q.  Sure.  Will you please describe a linear
13  non-threshold dose-response relationship in your
14  own words, again?
15  A.  Yeah.  So no-threshold just means
16  there's not a particular dose where you suddenly
17  have increased risk of cancer.  Because of the
18  mechanism of the genotoxic chemicals, we have
19  evidence that there's no threshold.  The fact that
20  it's linear just means that the increased risk of
21  getting, in this case, a certain cancer is
22  increased the higher the dose.  So that's what the
23  linear means, just that the more you go up, the
24  higher the exposure to the chemical, or in this
25  case a mixture of five genotoxic chemicals, your

Page 45

1   risk goes up linearly.  And then the non-threshold
2   means because of the mechanism of genotoxicity,
3   that a genotoxin can induce mutations.  And I can
4   get into the biology and stuff, but, basically, it
5   means that could -- the mechanism of initiation of
6   cancer, like genotoxicity, is why genotoxic
7   carcinogens are felt to be non-threshold.
8   Q.  Okay.  I asked you last time if you were
9   testifying that you believed even if a single
10  molecule of the substances you considered could
11  cause the cancers you considered.
12    Do you remember that?
13  A.  I don't remember specifically.
14  Q.  Is that your opinion today, that even a
15  single molecule of the substances addressed in
16  your specific causation report causes some risk of
17  causing the cancer types addressed in your
18  specific causation report?
19  A.  So the biology is that a single
20  molecule, in theory, could initiate a mutation,
21  but it's highly unlikely that a single molecule
22  would do that.  So what people think is that the
23  risk of infinitesimally small.  So it's very, very
24  small.  So that's why here, in this case, we know
25  that the levels that -- from Dr. Sahu's modeling,

Page 46

1  that the exposure that these clients had to these
2  five chemicals was significantly higher than
3  background.  It wasn't one or two molecules.
4      Q.  During your last deposition, you
5  described a linear no-threshold dose-response
6  relationship as a type of extrapolation.
7      Do you remember that?
8      MR. ROCHA:  Object to form.
9      THE WITNESS:  I don't remember
10     specifically.
11 BY MR. HOPPER:
12     Q.  I believe what you said was something to
13 the effect of graphing or otherwise characterizing
14 a linear no-threshold relationship involves an
15 extrapolation from known data points to unknown
16 data points.
17     Is that consistent with your opinion on
18 linear no-threshold dose-response relationships?
19     MR. ROCHA:  Object to form.
20     THE WITNESS:  I'm still not sure I know
21     the question.  Yeah, in, like, we have linear
22     non-threshold curves for the genotoxic
23     carcinogens, but I'm not sure of the
24     question.
25 BY MR. HOPPER:

Page 47

1      Q.  So I asked you, "What is a linear no
2  threshold dose-response relationship in your own
3  words?  And you answered:  "Yeah.  That just means
4  a linear, starting at zero, and it goes to a
5  linear response, and it just means that there's a
6  chance you get cancer at even very low doses.
7  There is just a linear extrapolation."
8      Do you remember that?
9      MR. ROCHA:  Objection to form.
10     THE WITNESS:  Well, just to clarify,
11     yes.  But in this context with the mixture of
12     genotoxic carcinogens where we have much
13     higher exposure levels of these chemicals
14     compared to background, there's multiple
15     biological processes going on that are
16     important for cancer causation.  I mean, I
17     will keep the short answer, is we have these
18     key characteristics, 10 key characteristics.
19     And we know from the Halifax study in 2015, a
20     group of scientists studied mixtures and
21     found that even a mixture of noncarcinogens
22     can act as a carcinogen.
23     So that's why, in this case, we have
24     interactions of five genotoxic chemicals
25     through these key characteristics.  And I can

Page 48

1      get into that if you want to go down that --
2      that road.
3  BY MR. HOPPER:
4      Q.  Well, the line in the -- in the phrase
5  linear non-threshold dose-response relationship
6  refers to a linear relationship between doses of a
7  substance or mixture of substances and increases
8  in the incidence of a relative health outcome,
9  right?
10     A.  Correct.  Linear is that the higher the
11 dose, the increased risk of the particular
12 disease, or, in this case, the cancer type.
13     Q.  So if we were to graph a linear
14 no-threshold dose-response relationship, one axis
15 of the graph would be dose of whatever the
16 substance or relevant mixture is, right?  And the
17 other axis would be incidence of relevant health
18 outcome, right?
19     A.  Correct.
20     Q.  I believe during the general causation
21 phase of this case, you testified that you hadn't
22 attempted to graph any relationships in this case.
23     A.  I'd have to look at the specific context
24 that I was talking about.
25     Q.  Excuse me.  Well, I don't see anywhere

Page 49

1  in your specific causation reports where you have
2  used any scientific methodology to actually try to
3  graph a linear relationship between any substance
4  or mixture of substances in any cancer type.
5      Is there somewhere in your report where
6  you try to do that?
7      A.  No, correct.  I -- I used established
8  literature to -- on the knowledge we have on
9  genotoxic chemicals, for example, and I cited
10 papers on that, and specifically, the key
11 characteristics related to these five carcinogens.
12     Q.  Understood.  So --
13     A.  But correct, I didn't do any -- my
14 own graph -- there's no graph in my report of my
15 own graphing with my own data, if that's the
16 question.
17     Q.  That was my question.  Thank you.
18     I asked you at your last deposition
19 whether you had an opinion regarding the dose at
20 which an exposure to one of the substances in your
21 report goes from being unlikely to cause a health
22 outcome you considered to having some appreciable
23 likelihood of causing a health outcome you
24 considered.
25     Do you remember that question?

13 (Pages 46 - 49)

1    A.  I don't remember specifically.
2    Q.  Well, as we sit here today, first of
3  all, do I understand your opinion correctly
4  that in a linear non-threshold dose-response
5  relationship, the risk accompanying doses changes
6  and can range from infinitesimally small to
7  something more significant?
8    A.  Correct.
9        MR. ROCHA:  Object to form.
10  BY MR. HOPPER:
11    Q.  Okay.  Let's talk about mixtures for a
12  second.
13        Is it your opinion that PCE on its own,
14  outside of any other mixture, is capable of
15  causing the cancers addressed in your specific
16  causation reports?
17    A.  Yes.  So PCE, if we just take PCE by
18  itself, there is -- for example, we know there's
19  increased incidence of breast and blood cancers
20  with PCE that I cited epidemiological studies.
21  And we know PCE can cause testicular cancer and
22  blood cancers in animals on its own.  And
23  that's in studies where a control group will have
24  no cancer, and exposure to PCE will have an
25  increased incidence of cancer.  And then PCE --

1  and the details are in my report -- has seven of
2  the 10 key characteristics of cancer, of how a
3  chemical can cause cancer.  So IARC had done the
4  10 key characteristics.  And of the seven of the
5  10, which includes genotoxicity,
6  immunosuppression, chronic inflammation,
7  proliferation, these are very important mechanisms
8  of how a cancer can form, how it's initiated, and
9  then how does it grow.
10        So we know today that it's not just the
11  DNA damage, it's the oxidative stress, it's the
12  epigenetics, the chronic inflammation.  It's kind
13  of like DNA damage is like lighting a fire, but
14  adding fuel to the fire are these other key
15  characteristics.  And proliferation, cell death,
16  angiogenesis all can promote the cancer.
17        So PCE on its own has increased
18  incidence of cancers in humans.  And relevant to
19  this case is the breast and the blood cancers.
20  And then like I said, in animals it can cause
21  cancers, too, relevant to this case.  And the key
22  characteristics are all relevant to the cancers in
23  this case.
24    Q.  Okay.  The same question for TCE.  Is it
25  your opinion that inhalation of TCE on its own can

1  cause all of the cancer types addressed in your
2  specific causation reports?
3    A.  For the TCE on its own has -- the
4  epidemiology studies have increased blood cancers,
5  breast cancers, and testicular cancers.  And in
6  animals, TCE can cause increased blood cancers and
7  testicular cancers.  And then, as I mentioned
8  before, the key characteristics are -- of TCE,
9  which are seven of the 10, including genotoxicity
10  and chronic inflammation, immunosuppression,
11  proliferation, are all relevant to these cancer
12  types in this specific causation case.
13    Q.  I appreciate that explanation.  I was
14  really looking for a "yes" or "no" answer.  So it
15  sounds like your answer is yes, you believe that
16  TCE on its own can cause all of the cancers
17  addressed in your specific causation report,
18  right?
19    A.  Oh, oh, yes.  Sorry.  Yes.
20    Q.  Okay.  "Yes" or "no," do you believe
21  that styrene on its own can cause all of the
22  cancers addressed in your specific causation
23  report?
24        MR. ROCHA:  Object to form.
25        THE WITNESS:  Yes.

1  BY MR. HOPPER:
2    Q.  Same question for hexavalent chromium.
3    A.  But I go into -- yeah.  The mechanisms I
4  go into my -- my report.  What's important here
5  is, really, it's a mixture of these chemicals.
6  It's not the individual one.  So that's part of
7  where each of these key characteristics can
8  interact with each other.  So even though as a
9  single chemical, for example, you can impair DNA
10  repair, but if the other four chemicals cause DNA
11  damage, which they do, then that can add to the
12  pro-cancer activity as a mixture.
13    Q.  Thank you for that explanation.  I am
14  going to ask you about mixtures.  But what I'm
15  trying to understand here is whether you believe
16  these substances have to be present in mixtures or
17  whether you believe these substances are also
18  independently capable of causing the cancer types
19  in your expert report.  Do you understand that?
20    A.  Yes.  We would just have to talk about
21  specifics, I guess.
22    Q.  Well, that's what I'm trying to do here.
23  So is it your testimony that you're not offering
24  the opinion that each of the five substances
25  addressed in your report are independently capable

Page 54

1  of causing testicular cancer, breast cancer, acute
2  lymphoblastic leukemia, Hairy cell leukemia, and
3  Hodgkin's lymphoma?
4       MR. ROCHA: Objection to form.
5  Mischaracterizes testimony.
6       THE WITNESS: Yeah. I would have to
7       look at the specific chemical and the tumor
8       type. Like I said, so the report I wrote,
9       the five carcinogens -- for example,
10      arsenic -- all five can increase the
11      incidence and risk of breast cancer, blood
12      cancer; and in animals the TCE and PCE can
13      increase the risk of testicular cancer and
14      blood cancers. And the key characteristics
15      are relevant to each of these tumor types.
16      But I'm not saying that -- that any, you
17      know, a particular chemical can cause any
18      cancer. That's where -- that's very
19      important in my report, that it's this
20      mixture of chemicals that can cause these
21      cancer types.
22  BY MR. HOPPER:
23      Q. So do I understand you correctly that
24  there are relationships between single chemicals
25  addressed in your report and --

Page 55

1       Let me rephrase that.
2       Do I understand correctly that for some
3  pairs of single chemicals addressed in your report
4  and single cancer types addressed in your report,
5  you are not offering an opinion that there is a
6  dose-response relationship?
7       MR. ROCHA: Objection to form.
8       THE WITNESS: I'm not sure of the
9       question.
10  BY MR. HOPPER:
11      Q. So you have offered opinions on five
12  substances and mixtures of those substances,
13  right?
14      A. Correct.
15      Q. And you've offered opinions on five
16  cancer types, essentially, right?
17      A. Well, right. I mean, we have blood
18  cancers, breast cancer, and testicular cancer in
19  this -- in this particular specific causation
20  case.
21      Q. Are you lumping all blood cancers
22  together for purposes of your analyses?
23      A. No. I went into leukemia versus
24  lymphoma versus multiple myeloma. But blood
25  cancers do come from a common stem cell, and there

Page 56

1  are a lot of similarities in blood cancers between
2  the different types. In fact, some leukemias have
3  a lot of characteristics of lymphomas.
4       So -- but in my report, I did mention
5  the particular cancer types.
6       Q. Okay. Let's just go through these one
7  by one, I suppose.
8       Is it your opinion that PCE on its own
9  is capable of causing testicular cancer?
10      A. Yes. Because -- yeah.
11      Q. Okay. Thank you.
12      Is it your opinion that PCE on its own
13  is capable of causing breast cancer?
14      A. Yes.
15      Q. And the plaintiffs in this case are
16  alleging inhalation as the primary route of
17  exposure, right?
18      A. Correct.
19      Q. Is it your opinion that PCE inhaled on
20  its own is capable of causing acute lymphoblastic
21  leukemia?
22      A. Yes.
23      Q. Is it your opinion that PCE on its own,
24  inhaled, is capable of causing Hairy cell
25  leukemia?

Page 57

1       A. Yes.
2       Q. Is it your opinion that PCE inhaled, on
3  its own, is capable of causing Hodgkin's lymphoma?
4       A. Yes.
5       Q. Okay. Let's turn to TCE. Is it your
6  opinion that inhalation of TCE, on its own, is
7  capable of causing testicular cancer?
8       A. Yes.
9       Q. Same question for breast cancer.
10      A. Yes. I think what we're getting to is
11  that these chemicals can cause these cancer
12  types in animals, they can increase the
13  incidence in humans in epidemiology studies, and
14  they exhibit seven or eight of the 10 key
15  characteristics, which part of the initiation or
16  promotion of cancer as a mixture of chemicals.
17      So even though we're -- we -- we're
18  going one by one, it's really also the synergistic
19  or additive interactions of five genotoxic
20  chemicals.
21      Q. Okay. So one -- is it fair to say,
22  then, if you want to -- let me try to
23  short-circuit this.
24      Is it fair to say, then, that you
25  believe that each of the substances, PCE, TCE,

15 (Pages 54 - 57)

Page 58

1 styrene, hexavalent chromium, and arsenic is
2 independently capable of causing, in humans,
3 through inhalation, each of the following cancer
4 types:  Testicular cancer, breast cancer, acute
5 lymphoblastic leukemia, Hairy cell leukemia, and
6 Hodgkin's lymphoma?
7      MR. ROCHA:  Objection to form.
8      THE WITNESS:  Correct.  But it's
9      really -- it's also the -- in this case we're
10     asking does the mixture of these genotoxic
11     carcinogenic, mutagenic chemicals cause these
12     cancer types.
13 BY MR. HOPPER:
14   Q.  Okay.  Do you have a scientific estimate
15 of the -- well, does the relative proportion of
16 these five substances in a mixture matter to your
17 analysis at all?
18     MR. ROCHA:  Object to form.
19     THE WITNESS:  No.  It's more the key
20     characteristics where, for example, if four
21     of the five compounds, let say, are
22     genotoxic -- even though all of these are
23     genotoxic -- and then one chemical impairs
24     DNA repair, on its own, one -- just like
25     arsenic can inhibit DNA repair, and then if

Page 59

1 the other four chemicals are producing any
2 type of DNA damage, which they do, then that
3 can make the cancer worse.
4      And all of these chemicals can stimulate
5 chronic inflammation, can suppress the immune
6 system, and increase blood vessel growth,
7 what we call the vascular supply.  So in
8 these mechanisms, they can interact with the
9 other chemicals and make the cancer worse.
10     What we're learning in the science with
11 these mixtures, it's not only a group of
12 carcinogens.  If you put a mixture of
13 noncarcinogens together, they can act as what
14 we call a virtual carcinogen.  And that's
15 what we learned from Goodson, et al., in
16 2015, published a paper based on the Halifax
17 study, which started in 2013 with 170
18 scientists from 12 different groups.  And I
19 cited two papers -- Goodson, et al., 2015,
20 Goodson, et al., 2020.  And these are two
21 papers that looked at mixtures of chemicals.
22 And they concluded that even a mixture of
23 noncarcinogens can act as a carcinogen.
24      And in this case, we're talking about
25 five genotoxic, mutagenic, carcinogenic

Page 60

1 chemicals.
2      And I cited other papers too, not just
3 the Goodson, et al., of how a mixture can be
4 worse than the single chemicals.  There was a
5 high profile paper I cited in science in
6 2018, which also talked about -- they had
7 studied 15 chemicals and how the toxicity
8 from each of these -- from the mixture of the
9 chemicals was worse than any individual
10 chemical.
11     MR. HOPPER:  We've been going about --
12     MR. ROCHA:  Ryan -- sorry.  I was just
13 about to interject with the same thing.
14 Sorry, Ryan.
15     MR. HOPPER:  I'm okay to keep going, but
16 we can take a break too.  We've been going --
17     MR. ROCHA:  Yeah.  Let's take a few
18 minutes.
19     MR. HOPPER:  Okay.  Thanks.
20     MR. LEIPFINGER (Veritext Tech):  We're
21 off the video at 10:34.  This ends Media
22 Unit 1.
23     (A recess was taken.)
24     MR. LEIPFINGER (Veritext Tech):  We're
25 back on the video at 10:42.  This begins

Page 61

1 Media Unit 2.
2 BY MR. HOPPER:
3   Q.  Welcome back, Dr. Panigrahy.
4   A.  Thank you.
5   Q.  My next questions are going to be about
6 increases in cancer risk that are material.  And
7 when I ask you for material increases, I mean
8 increases that are not infinitesimally small.
9      Do you understand that?
10  A.  Yes.
11  Q.  For any of the five substances modeled
12 by Dr. Sahu, either individually or in any
13 mixture, do you have a scientific estimate of how
14 much a person would have to inhale for how long to
15 materially increase a person's chance of
16 developing testicular cancer?
17     MR. ROCHA:  Object to form.
18     MR. HOPPER:  What's the basis?
19     MR. ROCHA:  It's vague, it's compound.
20     MR. HOPPER:  What's vague about it?
21     MR. ROCHA:  Materially.  I know you just
22 gave a definition, but I still find that
23 vague.
24 BY MR. HOPPER:
25   Q.  Okay.  Dr. Panigrahy, for any of the

16 (Pages 58 - 61)

Page 62

1  five substances modeled by Dr. Sahu, either
2  individually or in any mixture, do you have a
3  scientific estimate of how much a person would
4  have to inhale for how long to materially increase
5  a person's chance of developing testicular cancer?
6      MR. ROCHA:  Same objections.
7      THE WITNESS:  So when we talk about
8  increased risk of cancer, like I said, we
9  include three lines of evidence.  So there's
10  the human studies, epidemiology, the animal
11  studies, and the mechanistic.
12      So as I mentioned for testicular cancer,
13  if we're talking about there's increased
14  incidence in two of the chemicals, hexavalent
15  chromium and TCE.  And then TCE and PCE can
16  cause testicular cancer in animals.  And we
17  have the key characteristics, which are very
18  important in the initiation of pathogenesis
19  testicular cancer.
20      So as a scientist, we don't say, is
21  there a certain -- a certain amount -- or if
22  you're asking for a certain number of the
23  increased risk of exposure to this mixture of
24  compounds, as cancer causation, what we do is
25  we take these three lines of evidence -- and

Page 63

1      in this case, as I mentioned, human data,
2      animal data, mechanistic -- and then say, Is
3      that exposure to this particular chemical
4      compared to background?  And then we get into
5      the mixtures.
6  BY MR. HOPPER:
7      Q.  You know what a dose is, right?
8      A.  Yes.
9      Q.  So my question goes to whether you can
10  point to any dose.  Okay?
11      A.  So yeah.  It's not -- like I said, it's
12  not just the dose.  It's the duration, it's the
13  amount of exposure.  That's why genotoxic
14  chemicals have a linear non-threshold.  So
15  increasing the amount of exposure to these
16  chemicals would increase the risk of the cancer.
17      Q.  Okay.  So my question goes to how much
18  and how long inhalation would have to occur for
19  there to be a material increase in someone's risk
20  of getting testicular cancer.
21      MR. ROCHA:  Objection.
22  BY MR. HOPPER:
23      Q.  So can you tell me for any of the five
24  substances modeled by Dr. Sahu, either
25  individually or in any mixture, a scientific

Page 64

1  estimate of how much a person would have to inhale
2  for how long to materially increase that person's
3  chance of developing testicular cancer?
4      MR. ROCHA:  Same objection.
5      THE WITNESS:  Are you asking for a
6  certain dose?
7  BY MR. HOPPER:
8      Q.  Yes.
9      A.  Understand why -- so we don't -- as
10  genotoxic chemicals, in this case the five
11  genotoxic chemicals that have no threshold,
12  increasing the dose is increasing the risk.
13      What's important here, there's not a
14  particular number for the particular chemical.
15  What's important here is that there is highly
16  significant exposure to all of these five
17  chemicals individually and then as a mixture over
18  background.
19      So what we -- and as I said, the
20  mechanism of cancer causation relies on human
21  studies, which I cited in my report, the animal
22  studies.  Because these are carcinogens, we can't
23  ethically do certain studies in humans, but in
24  animals we can.  And in animals, we know these
25  chemicals can cause testicular cancer.

Page 65

1      And then the third line of evidence, as
2  I mentioned, is a mechanistic study.
3      So we don't really -- as a scientist,
4  give a certain -- I think you are asking a certain
5  number of increased risk of getting the cancer
6  overall, which we don't do that as a scientist.
7  In fact, what we do is, Is it, more likely than
8  not, that exposure to a mixture of these
9  carcinogens increases these type of cancers?
10      So we -- as a scientist, we don't give a
11  certain number to the risk overall.
12      Q.  My question was about doses.  You used
13  the phrase "highly significant exposures."
14      Do you remember that?
15      A.  Yes.
16      Q.  How can you tell whether an exposure is
17  highly significant without considering dose?
18      A.  From reading Dr. Sahu's modeling and
19  knowing also that these clients were working at
20  the Golf Network for, some of them, 10 years, 15
21  years.  So it's also the duration of the exposure,
22  not just the amount.  But from Dr. Sahu's analysis
23  for arsenic, hexavalent chromium, styrene, the
24  amount of increase was in the order of a
25  hundredfold increase, or even more.

17 (Pages 62 - 65)

1     So that's -- that's highly significant.
2  You don't need a number to know when it's a
3  hundredfold increase.
4     TCE and PCE, I believe, was about a
5  twofold increase.
6     But that's where it's not only the
7  increased background exposure to these
8  chemicals -- which was very high. This was huge
9  amounts of hexavalent chromium, you know, arsenic,
10 styrene, and even TCE and PCE. But then what we
11 look at is the -- how does cancer form? In this
12 particular case, these blood cancers, breast
13 cancer, testicular cancer. And that's where I get
14 into the key characteristics, how these -- because
15 these chemicals have seven or eight of the 10 key
16 mechanisms, how cancer is initiated and forms, and
17 they interact with each other, that's how we use
18 the three lines of evidence.
19    Q.  For any of the substances of concern in
20 your report, either individually or in any
21 mixture, did you attempt to use any scientific
22 methodology to determine whether or to what extent
23 a change in the amount, intensity, or duration of
24 exposure is associated with a change in the risk
25 of any type of cancer?

1     A.  I think you're asking, Does the dose
2  make a difference in these cancers? Is that the
3  question?
4     Q.  I'll ask that question.
5     Does the dose make a difference in these
6  cancers?
7     A.  So that's where, like, when I cite the
8  epidemiology studies or even the animal studies,
9  these, whether they are humans or animals, are
10 exposed to these chemicals for a certain dose over
11 a certain duration. And that's very important,
12 over background.
13    So the level of the chemical and the
14 duration of the chemical over background is what
15 we study as scientists. And if it's epidemiology
16 studies in humans, that's the comparison, where
17 the only variable is the amount of the chemical
18 and the duration of the chemical.
19    And in animal studies, we can -- we can
20 ethically, you know, like we have control groups
21 which are not exposed to the chemicals, and then
22 the exposure groups with animals, whether it's
23 breast cancer or the blood cancers or testicular
24 cancer, we know exposure to these chemicals can
25 cause these cancers in animals, where the control

1  group has no exposure.
2     And then we, as scientists, we use the
3  three lines of evidence. We first look at the
4  human epidemiology. And that's where, as I
5  mentioned before, it's the amount of dose and
6  duration of the exposure over background that we
7  look at.
8     So it's the human studies, the animal
9  studies, and the mechanistic studies.
10    Q.  Okay. For any of the five substances
11 modeled by Dr. Sahu, individually or in any
12 mixture, can you give me a scientific estimate of
13 the dose over background that carries an
14 appreciable risk of developing any of the cancers
15 in your report?
16    MR. ROCHA: Objection to form.
17    THE WITNESS: As I said before, we don't
18 give a certain percent of the dose. I mean,
19 not -- agencies such as, like, EPA will look
20 at arsenic, and you can only have 10
21 micrograms per liter in the drinking water.
22 And we know that because of drinking water
23 studies throughout the world where people are
24 naturally exposed to high drinking water.
25    So the goal is, in these type of

1  genotoxic chemicals, is to limit the exposure
2  to, you know, these are very potent
3  procarcinogenic, mutagenic, genotoxic
4  chemicals that we actually have a lot of
5  studies on. And we focus on the human
6  studies first and then the animal studies and
7  then the mechanistic studies.
8     MR. HOPPER: Aaron, can we mark this
9  portion of the transcript? I'm going to
10 object as nonresponsive. Thank you.
11    Let's introduce Exhibit No. 9 please,
12 Jerame.
13    THE WITNESS: Sorry. I think I was --
14 maybe I -- I was just saying there's not a
15 certain dose that we say. I guess I'm
16 missing the question. If you're saying
17 there's a certain dose that we look at that
18 causes cancer? I think I'm missing what the
19 question was.
20    MR. HOPPER: We're going to move on,
21 Dr. Panigrahy.
22    Let's introduce Exhibit 9, Jerame.
23    (Exhibit No. 9 was marked for
24 identification.)
25    MR. HOPPER: Can you expand Table 20?

18 (Pages 66 - 69)

Page 70

1 BY MR. HOPPER:
2 Q. Okay. This is Table 20 in Dr. Sahu's
3 initial specific causation expert report. It's on
4 page 79 of his report. Have you seen --
5 A. Wait. Which exhibit are you on now?
6 Q. This will be Exhibit 9.
7 A. Okay. I'm just bringing it up. Yeah, I
8 pulled it up.
9 Q. Okay. Can you see the screen?
10 A. Yes.
11 Q. In Table 20 of Dr. Sahu's expert report,
12 he lists his modeled annual average concentrations
13 of five substances at the Golf Channel receptor
14 location, right?
15 A. Correct.
16 Q. Do you know the units of the measurement
17 Dr. Sahu used in this table?
18 A. I don't know offhand. It was -- what
19 was important was the relative increase over
20 background.
21 Q. Have you ever -- have you ever tried to
22 figure out the units of measurement?
23 A. Not for this -- this particular
24 modeling, no.
25 Q. Have you ever attempted to compare any

Page 71

1 of the concentrations of hexavalent chromium
2 modeled by Dr. Sahu to hexavalent chromium
3 concentrations reported in any epidemiological
4 study?
5 A. No. In science, like I said, we
6 model -- we compare like exposures to like
7 exposures. So on this particular modeling,
8 Dr. Sahu modeled the amount that he's exposed
9 over background -- that these clients are exposed
10 to over background.
11 Q. Well, this model, this table shows
12 average concentrations of substances at the Golf
13 Channel receptor location that Dr. Sahu attributes
14 to operations at the Lockheed Martin Sand Lake
15 Road Complex, right?
16 A. Correct.
17 Q. Okay. I will represent to you that this
18 is expressed in micrograms per cubic meter. Okay?
19 A. Okay.
20 Q. For arsenic, have you ever attempted to
21 compare the arsenic concentrations modeled by
22 Dr. Sahu in this table to arsenic concentrations
23 expressed in any epidemiological study?
24 A. No. That's what I was getting to.
25 That's -- the comparison here would be compared to

Page 72

1 background exposures that these people living in
2 that particular geographical region were exposed
3 to.
4 Q. If you're trying to compare like
5 exposures, which I think is the phrase you used,
6 isn't it important to compare the concentrations
7 attributable to Lockheed Martin, according to
8 Dr. Sahu, with concentrations to which subjects of
9 epidemiological studies were exposed?
10 A. No. What we do -- and I cited
11 epidemiology studies, multiple studies for all of
12 the five chemicals. In each of those studies, you
13 have to compare the exposure in that study, the
14 duration and exposure to the background in that
15 study. So each study has a control group that
16 either has lowered exposure to the particular
17 chemical or no exposure. So you have to
18 compare -- each study has its own control group.
19 So in Dr. Sahu's case, he's modeling the
20 exposure of these people while they were working
21 at the Golf Channel, and the proper control is the
22 people who were -- who were not exposed to these
23 chemicals, who are living in that region, not in
24 another study that may have been done in India or
25 China or had other variables.

Page 73

1 Q. Well, have you made any effort to
2 compare Dr. Sahu's modeled background
3 concentrations of any substance in this case with
4 background concentrations of any substance
5 reported in any epidemiological study?
6 A. No. As I mentioned, in science, we
7 compare -- in each study, you compare to its
8 internal control group.
9 Q. Okay.
10 A. So the important part for me, as a
11 cancer biologist who studies cancer causation, is
12 that Dr. Sahu showed, using a very -- usually used
13 methods that even the EPA and other people use, to
14 show that these clients were exposed to very high
15 levels of these chemicals compared to the
16 people -- to background levels living in the same
17 geographical area.
18 Q. Did you make any effort to compare the
19 level of increased exposure in Dr. Sahu's model
20 with the level of increased exposure in any
21 epidemiological study?
22 A. No. As I -- as I mentioned, that's not
23 the proper comparison. Each epidemiology study,
24 that increased relative risk is compared to a
25 group of people in that particular study who may

Veritext Legal Solutions
800-726-7007                                                    305-376-8800

Page 74

1  be living in a different place, exposed to other
2  differences.  But the only difference in that
3  epidemiological study is the exposure to that
4  particular chemical.
5     Q.  I will represent to you -- and we're
6  going to go over this later -- that there are
7  epidemiological studies you cite where the levels
8  of increased exposure are millions of times higher
9  than the concentrations that Dr. Sahu modeled over
10  background.
11     So my question for you is, does the
12  scale of the increase in exposure levels over
13  background matter at all for your expert analysis?
14     MR. ROCHA:  Object to form.
15     THE WITNESS:  So that's where I take
16  into account -- wait.  I just want to make
17  sure I know.  What was the question?
18  BY MR. HOPPER:
19     Q.  Does the scale of the increased exposure
20  level in an epidemiological study matter for
21  purposes of your analysis as compared to the scale
22  of the increased exposure levels, according to
23  Dr. Sahu, for this case?
24     MR. ROCHA:  Objection to form.
25     THE WITNESS:  No.  As I was saying, we

Page 75

1  look at the comparisons, for example, the
2  relative risk or the standard mortality
3  ratios in a particular epidemiology study,
4  and then we say there's a certain fold
5  increase.
6     So we compare study -- each study on its
7  own and then come up -- and as I mentioned
8  before, certain epidemiology studies have --
9  like I mentioned what the ideal studies
10  have -- a certain number of people or
11  duration of exposure.  That's the important
12  part, is each study you compare within that
13  particular study.  But then, as a scientist,
14  we don't rely on one study.  We look at a
15  group of studies, the epidemiology and then
16  the animal and then the mechanistic.
17     And then I -- for Dr. Sahu's modeling of
18  these exposures, what was important to me is
19  that these exposure levels were significantly
20  higher, were above background.  For
21  hexavalent chromium, arsenic, and styrene was
22  over a hundredfold to thousandfold levels
23  higher, and TCE and PCE were twice the levels
24  over.
25     So as an exposure to five of these

Page 76

1  genotoxic chemicals, I can -- by Dr. Sahu's
2  modeling, we can say that because they
3  exposed to very high levels over background,
4  we can then compare that to human studies
5  that also compare these chemicals over
6  background, and then use that in combination
7  with the animal studies and the mechanistic
8  studies.
9  BY MR. HOPPER:
10     Q.  Exposure concentrations are expressed in
11  units of measurement, such as parts per million or
12  parts per billion, right?
13     A.  Correct.
14     Q.  They are sometimes are expressed in
15  units of measurement like micrograms or milligrams
16  per cubic meter too, right?
17     A.  Correct.
18     Q.  Those are not relative units of
19  measurement, right?
20     A.  Correct.
21     Q.  Okay.  Did you make any effort to
22  compare exposure concentrations modeled in
23  Table 20 with exposure concentrations in any study
24  of any kind expressed in parts per million, parts
25  per billion, micrograms per cubic meter, or

Page 77

1  milligrams per cubic meter?
2     MR. ROCHA:  Objection to form.  Asked
3  and answered.
4     Go ahead, Doctor.
5     THE WITNESS:  No.  As I said before --
6  and I will expand on it -- not only is that
7  not relevant, comparing different studies
8  with a different control group, but cancer
9  causation also depends on other factors that
10  I go into in my report -- absorption,
11  distribution, metabolism, excretion,
12  bioavailability, inhalation versus oral
13  ingestion.  And we know inhalation of these
14  chemicals, we have studies that I cited, that
15  can cause cancer equally as much as
16  ingestion, or even in certain chemicals can
17  be even more carcinogenic, because the
18  particles embed in the lung and stimulate
19  inflammation.
20     And so there other processes that are
21  very important that I go into the details in
22  my report that when it comes to cancer
23  causation, in addition to the epidemiology
24  studies, animal studies, mechanistic studies,
25  and Dr. Sahu's valid comparison here of the

Page 78

1  right control group, then I also mention in
2  my report other criteria that are important
3  for cancer causation.  For example,
4  bioavailability.
5  BY MR. HOPPER:
6      Q.  Do you see the columns at the top of
7  Table 20?
8      A.  Yeah.  The chromium, arsenic, TCE?
9      Q.  Correct.
10     A.  Yeah.
11     Q.  I'm going to move left to right across
12  the columns in Table 20 and ask you a series of
13  questions about each of the substances.  Okay?
14     A.  Okay.
15     Q.  When you look at the 1996 year, under
16  the hexavalent chromium column, which I have
17  highlighted for you --
18     A.  Yeah.
19     Q.  -- the value in that cell is 1.3E-02,
20  right?
21     A.  Yes.
22     Q.  That number is written in scientific
23  notation, correct?
24     A.  Yes.
25     Q.  1.32E-02 is 0.0132 micrograms per cubic

Page 79

1  meter, right?
2      A.  Yes.
3      Q.  Dr. Sahu's highest modeled annual
4  average concentration of hexavalent chromium at
5  the Golf Channel receptor location was 0.0132
6  micrograms per cubic meter.
7         Do you agree?
8      A.  Are you looking at the 2009, you mean?
9      Q.  No.  1996, hexavalent chromium.
10     A.  And what's the question?  Sorry.
11     Q.  Looking at column -- the hexavalent
12  chromium column in Table 20, can you tell me what
13  the highest concentration of hexavalent chromium
14  is that's expressed in that column?
15     A.  Yeah.  It looks like 1996.
16     Q.  Okay.  Thank you.
17        Have you cited any epidemiological study
18  that evaluated exposures to hexavalent chromium at
19  or below 0.0132 micrograms per cubic meter for any
20  period of time?
21     A.  As I mentioned before, when we look at
22  different studies, each epidemiology study has its
23  internal valid control group of background
24  exposure.  So the valid -- in a particular
25  epidemiology study, the particular exposure to it,

Page 80

1  one of these five chemicals, is compared to the
2  background level in that particular study, or
3  lower levels of exposure.  I mentioned, like, for
4  example, we have a job exposure matrix, and we
5  think of the four quadrants, and you can have a
6  high exposure, middle exposure, low exposure, and
7  background levels.
8         So the valid comparison in a particular
9  epidemiology study is the control group in that
10  study.
11        MR. HOPPER:  Aaron, can you repeat my
12  question, if you don't mind?
13        THE REPORTER:  Sure.
14        (A portion of the record was read by the
15  reporter.)
16        THE WITNESS:  No.  As I mentioned
17  before, that's not -- what I -- the valid
18  comparison -- and I think I said this
19  before -- for Dr. Sahu is comparing his
20  modeling to the background in this particular
21  region.  To compare for epidemiology
22  studies, it would be inappropriate if I took
23  a certain level in a particular epidemiology
24  study, and the proper comparison is the
25  control group in that study.

Page 81

1  BY MR. HOPPER:
2      Q.  Can you tell me the lowest hexavalent
3  chromium level or -- of exposure or dose
4  experienced by the subjects of any epidemiological
5  study cited by any expert in this case?
6         MR. ROCHA:  Objection to form.
7         THE WITNESS:  I would have to go through
8  the multiple epidemiology studies that I did
9  and look at a particular dose.  But as I
10  said, that's not point of the publication.
11  The point is that above exposure to -- and
12  we'll take hexavalent chromium as an example.
13  Exposure to that chemical can increase blood
14  cancer, breast cancer, testicular cancers.
15  And I cited the epidemiology studies.
16        And -- but I think to answer what you're
17  saying is, no, I didn't take this particular
18  dose and try to look for studies with that
19  particular dose in the epidemiology studies,
20  because that wouldn't be the point of using
21  these epidemiology studies.
22  BY MR. HOPPER:
23     Q.  Have you cited any other type of study,
24  toxicological, in vivo, in vitro, animal, or
25  otherwise, in which the authors evaluated

21 (Pages 78 - 81)

1  exposures to hexavalent chromium at or below
2  0.13 -- excuse me -- 0.0132 micrograms per cubic
3  meter for any period of time?
4      MR. ROCHA: Objection to form.
5      THE WITNESS: No.
6  BY MR. HOPPER:
7      Q.  Do you have a scientific estimate of how
8  much you believe a person's risk of developing
9  testicular cancer increases as a result of
10 inhaling hexavalent chromium at or below 0.0132
11 micrograms per cubic meter for any period of time?
12     MR. ROCHA: Objection to form.
13     THE WITNESS: I think, as I said before,
14     there's not -- we don't look for a certain
15     number as the increased risk with a
16     particular exposure.  To study cancer
17     causation, we use an entire literature that
18     we've learned over 70 years of chemical
19     carcinogenesis literature, and we rely on, as
20     I cited, the human epidemiology studies and
21     then the animal studies and mechanistic
22     studies to come up with an answer, Is it more
23     likely than not that the exposure to these
24     five chemicals caused these specific cancers?
25 BY MR. HOPPER:

1      Q.  You discussed the concept of relative
2  risk today, right?
3      A.  Yes.
4      Q.  Do you have a scientific estimate of how
5  much you believe a person's risk of developing
6  testicular cancer increases as a result of
7  inhaling hexavalent chromium at or below 0.0132
8  micrograms per cubic meter for any period of time
9  relative to the risk that any person who did not
10 inhale hexavalent chromium at that level would
11 have?
12     MR. ROCHA: Objection to form.
13     THE WITNESS: So as I -- I go into the
14     details in my report.  But exposure to
15     hexavalent chromium, TCE, there's increased
16     risk in epidemiology studies.  And exposure,
17     for example, to TCE and PCE can cause
18     testicular cancer in animals where a control
19     group has no animals.  And then because what
20     we know, especially in the past five, 10
21     years, is that science has progressed very
22     rapidly on how cancers initiate and develop
23     and progress.  And that's where the key
24     characteristics come in.  And especially with
25     a mixture of genotoxic chemicals, as in this

1  case.
2      So that's where -- I think I keep
3  saying, there's not a certain amount or
4  certain number that we say that a particular
5  dose is a certain -- associated with a
6  certain number of a chance of a particular
7  exposure causing testicular cancer.  That's
8  not how we do cancer causation.
9      As I said before, we rely on three lines
10 of evidence -- the human epidemiology study,
11 animal, and the key characteristics.  And in
12 this case, if we're talking about testicular
13 cancer, I cited studies where there is
14 increased testicular cancer in humans.
15     But now one of the issues when we do a
16 cancer that's less common, as I mentioned,
17 for epidemiology studies, we need 30, 23
18 years of follow-up, a thousand people.  So by
19 that nature, a less common cancer like
20 testicular cancer, we don't have a lot of
21 epidemiology studies.  So I did cite a few.
22 But then we rely on the fact that these
23 chemicals can cause testicular cancer in
24 animals.  And that, in addition with the --
25 what we know now as the key characteristics,

1  the mechanism of how testicular cancer is
2  initiated, the genotoxicity, the chronic
3  inflammation, immunosuppression, that all
4  leads to, more likely than not, that these
5  chemicals can cause testicular cancer, a
6  mixture of these chemicals.
7      So as I said, there's not a certain
8  number that we put to that.  It's an overall
9  process of these three lines of evidence.
10 BY MR. HOPPER:
11     Q.  Increase in the relative risk in
12 epidemiological studies are expressed as a ratio
13 or a percentage, right?
14     A.  Correct.
15     Q.  Expressed as a ratio or a percentage,
16 can you tell me how much you believe these
17 plaintiffs' risk of developing their cancers
18 increased as a result of inhalation at or below
19 the levels modeled by Dr. Sahu?
20     MR. ROCHA: Objection to form.
21     THE WITNESS: So as I said before, each
22 of the studies will look at either incidence
23 of the cancer or the mortality, which means
24 dying from the cancer.  So there's two
25 different endpoints we use in these

Page 86

```
1    epidemiology studies.
2         And for the testicular cancer, increased
3    hexavalent chromium, there was an increase in
4    the relative risk.  And the same with TCE,
5    there was an increase in the relative risk.
6    But -- and the same thing with the -- because
7    we use other lines of evidence, like the key
8    characteristics and the fact that TCE and PCE
9    can cause testicular cancer in animals, when
10   we -- this is very compelling, actually.
11   This is what we call concordance.  When a
12   chemical can cause a particular type of
13   cancer in animals and increase the risk in
14   humans, and has seven of the eight key
15   characteristics, that's what we call
16   compelling.  And it's actually called
17   concordance.  And that's, where, for example,
18   TCE, PCE causes testicular cancer in animals,
19   and increases -- and TCE and hexavalent
20   chromium can increase the risk of testicular
21   cancer in epidemiology studies.  And the
22   details of how the mech key characteristics
23   works I have in my report.
24        But that's very powerful, that this
25   mixture of chemicals, as a group, can,
```

Page 87

```
1    basically, cause testicular cancer in animals
2    and increase the risk in humans.  And the
3    biology of how that testicular cancer is
4    formed, these chemicals have those key
5    characteristics, seven or eight of the 10 key
6    characteristics.
7         MR. HOPPER:  Aaron, can you mark this
8    question and answer, beginning at line 79?
9    I'm going to object as nonresponsive.
10   BY MR. HOPPER:
11   Q.  So, Dr. Panigrahy, I wasn't asking you
12   about other studies.  I'm asking you about the
13   plaintiffs in this case first.  Okay?
14   A.  Okay.  Sorry.
15   Q.  So for the plaintiffs in this case,
16   expressed as a ratio or a percentage, can you tell
17   me how much you believe their risk of developing
18   their cancers increased as a result of inhalation
19   of the substances modeled in Table 20 of
20   Dr. Sahu's expert report?
21        MR. ROCHA:  Objection to form.  Asked
22   and answered.
23        THE WITNESS:  I would just -- and as I
24   said before, I can't give a number.  I can
25   say because the levels of the hexavalent
```

Page 88

```
1    chromium, arsenic, styrene were over a
2    hundredfold higher in these clients compared
3    to background level, and in the case of TCE
4    and PCE, twofold higher, that because of the
5    reasons I mentioned before of the
6    epidemiology studies, animal studies, and the
7    mechanistic studies, we can say it is highly
8    probable and certainly more likely than not
9    that exposure to these five genotoxic
10   carcinogens caused the specific cancers in
11   these particular people, more likely than
12   not, compared to other risk factors they may
13   have had for these cancers.
14   BY MR. HOPPER:
15   Q.  Take a look at the arsenic column
16   please, Dr. Panigrahy, of Exhibit 9, Table 20 of
17   Dr. Sahu's report.
18        Do you see that?
19   A.  Yes.
20   Q.  I have highlighted the value in the cell
21   associated with the year 2014.  It's 6.33E-03.
22        Do you see that?
23   A.  Yes.
24   Q.  That equates to 0.00633 micrograms per
25   cubic meter, right?
```

Page 89

```
1    A.  Correct.
2    Q.  That was Dr. Sahu's highest modeled
3    annual average concentration of arsenic at the
4    Golf Channel receptor, right?
5    A.  Correct.
6    Q.  Has any expert in this case that you're
7    aware of, including you, cited any epidemiological
8    or toxicological study that evaluated exposures to
9    arsenic at or below 0.00633 micrograms per cubic
10   meter for any period of time?
11        MR. ROCHA:  Objection to form.
12   Foundation.
13        THE WITNESS:  I will say it again.
14   Maybe I'm not clear.  This modeling, the
15   control group is the people who are not
16   exposed to arsenic.  The valid comparison is
17   what Dr. Sahu does, is model the exposure to
18   these clients compared to background levels.
19   And in the case of arsenic, chromium, and
20   styrene, my understanding was it was over a
21   hundred to thousandfold higher
22   concentrations.  That's a huge difference.
23        So what we do as scientists is we
24   don't -- we don't say, Does this particular
25   number, then -- which the valid comparison
```

23 (Pages 86 - 89)

1  Dr. Sahu did compared to people in that
2  region not exposed to these chemicals.  What
3  we say, if there is a huge exposure
4  difference in arsenic, chromium, and styrene,
5  and twofold with TCE and PCE, over the
6  background levels, then we go to the other
7  peer-reviewed studies in the literature and
8  epidemiology studies, animal studies, and
9  mechanistic studies, and then say, Is it more
10  likely than not, do they get cancer?
11      So we don't look -- and we can go
12  through all of these levels, all five ones
13  highlighted, but that's not -- we don't look
14  at that particular modeled concentration that
15  Dr. Sahu shows in Table 20 and then compare
16  that to a PubMed paper, whether it's animal,
17  human, or mechanistic, because that's not the
18  valid comparison.
19  BY MR. HOPPER:
20      Q.  I understand it's your position that you
21  don't believe it's a valid comparison.  Okay?
22      A.  Okay.  Thanks.
23      Q.  Okay.  So notwithstanding with that
24  position, I'm just asking about whether you know
25  if you or any other expert has cited

1  epidemiological or toxicological studies assessing
2  various exposures at various levels?  Those are my
3  questions.  Okay?
4      MR. ROCHA:  Objection to form.  Asked
5  and answered.
6  BY MR. HOPPER:
7      Q.  Do you understand that, Dr. Panigrahy?
8      A.  Yes.  I think you're asking did I -- at
9  this particular level, is that the level that was
10  used in some of these studies that I cited?
11      Q.  Right.
12      So let me ask my question again.  It's
13  not about -- and as a reminder, it's not about
14  whether you believe the comparison is valid.  So
15  my question is, To your knowledge, has any expert
16  in this case, including you, cited any
17  epidemiological or toxicological study that
18  evaluated exposures to arsenic at or below 0.00633
19  micrograms per cubic meter for any period of time?
20      MR. ROCHA:  Objection to form.
21  Foundation.  Asked and answered.
22      Go ahead, doctor.
23      THE WITNESS:  As I said, it would be
24  inappropriate to compare this modeling number
25  to a number from the studies I cite.  They're

1  just different comparisons.  A valid
2  comparison for this number is the number that
3  Dr. Sahu calculated in the people who weren't
4  exposed to these five chemicals.
5  BY MR. HOPPER:
6      Q.  Okay.  Again, my question was not about
7  the validity of the comparison.  I'm just asking
8  if you know about exposure concentrations in the
9  studies you cited.
10      So my question, which you haven't
11  answered yet, is do you know if any expert in this
12  case, including you, has cited any epidemiological
13  or toxicological study that evaluated exposures to
14  arsenic at or below 0.00633 micrograms per cubic
15  meter for any period of time?
16      MR. ROCHA:  Objection to form.
17  Foundation.  Mischaracterizes testimony.
18  Asked and answered.
19      Go ahead, Doctor.
20      MR. HOPPER:  Rene, please keep your
21  objection to form.
22      THE WITNESS:  I would have to -- I did
23  not look at this number and compare it to the
24  epidemiology animal mechanistic studies.  I
25  would have to -- if you're asking a

1  hypothetical, you know, like I said, I
2  mentioned the reasons why that's not valid,
3  but I did not do that comparison for the
4  reasons I said.
5  BY MR. HOPPER:
6      Q.  Okay.  Thank you.  That's all I was
7  asking.
8      Do you have a scientific estimate of how
9  much you believe a person's risk of developing
10  testicular cancer or any other type of cancer in
11  your expert report increases as a result of
12  inhaling arsenic above background levels at or
13  below 0.00633 micrograms per cubic meter for any
14  period of time?
15      MR. ROCHA:  Objection to form.
16      THE WITNESS:  I think -- can you -- I
17  just want to make sure I answer the question.
18  Could you repeat that one more time?
19  BY MR. HOPPER:
20      Q.  I'm trying to understand if you have a
21  relative risk estimate associated with inhalation
22  exposure to arsenic above background at the levels
23  modeled by Dr. Sahu.
24      So my question is, do you have a
25  scientific estimate of how much you believe a

Page 94

1  person's risk of developing testicular cancer or
2  any of the other cancer types addressed in your
3  report increases as a result of inhaling arsenic
4  at or below 0.00633 micrograms per cubic meter
5  above background for any period of time?
6      MR. ROCHA:  Objection to form.
7      THE WITNESS:  Yes.  Oh, sorry.
8      Yes.  So we, as scientists, the ideal
9  case are human epidemiology studies, because
10  that's the ideal case.  But as I mentioned
11  for reasons before, epidemiology studies can
12  be imperfect.
13      So for arsenic, if we're just talking
14  about arsenic, the epi studies that I cited
15  related to this specific causation case were
16  breast and blood cancers.  I did not find any
17  on testicular cancer.
18      So in that case, I relied on -- so for
19  testicular cancer, hexavalent chromium and
20  TCE, I did find epidemiology studies of
21  increased risk with exposure to those
22  chemicals.
23      So we would have to go, like, tumor
24  by -- cancer type by cancer type.  And then
25  when there's not epidemiology studies for a

Page 95

1  particular chemical, it could be, like I
2  mentioned, a cancer like testicular cancer,
3  which is low incidence, and to have a group
4  of a thousand people that developed
5  testicular cancer over 20 to 30 years,
6  that -- those studies are harder to do.
7  That's why -- then we look at other
8  mechanisms, the key characteristics, for
9  example, the animal studies.
10      But in the case of arsenic, the cancer
11  types, if we just talk about arsenic alone,
12  even though we're talking about a mixture in
13  this case, but arsenic alone, it's just blood
14  and breast cancers that I focused in on,
15  because those were the epidemiology studies
16  that I found.
17  BY MR. HOPPER:
18      Q.  Okay.  Do you see the TCE column in the
19  year 1996, there's a 3.32E-03.
20      A.  Yes.
21      Q.  And that's 0.00332 micrograms per cubic
22  meter, right?
23      A.  Yes.
24      Q.  And in the PCE column, down in the year
25  2015, there is a 1.04E-01.

Page 96

1      Do you see that?
2      A.  Yes.
3      Q.  And that's 0.104 micrograms per cubic
4  meter, right?
5      A.  Correct.
6      Q.  And in the 1996 year, under the styrene
7  column, we see 4.25E-03, right?
8      A.  Correct.
9      Q.  And that's 0.00425 micrograms per cubic
10  meter, right?
11      A.  Correct.
12      Q.  And respectively, those are the highest
13  modeled TCE, PCE, and styrene concentrations in
14  Table 20 of Dr. Sahu's report, right?
15      A.  Correct.
16      Q.  Did you compare any of those TCE, PCE,
17  or styrene concentrations to concentrations
18  studied in any epidemiological or toxicological
19  study cited in any of your expert reports?
20      A.  I did not for the reasons as before,
21  because the valid comparison for these
22  concentrations would be the background in these
23  people not exposed to these chemicals that
24  Dr. Sahu compared to.
25      Q.  Did you try to use any scientific

Page 97

1  methodology to assess the relative risk of
2  developing any of the cancers in your expert
3  report posed by inhalation of the TCE, PCE, or
4  styrene at any of the levels modeled in Table 20?
5      MR. ROCHA:  Objection to form.
6      THE WITNESS:  I did -- wait.  Can you
7  repeat the question again?
8  BY MR. HOPPER:
9      Q.  Sure.
10      Did you try to use any scientific
11  methodology to assess the relative risk of
12  developing any of the cancers in your expert
13  report by inhalation of TCE, PCE, or styrene at
14  the levels modeled in Table 20?
15      MR. ROCHA:  Same objection.
16      THE WITNESS:  Well, as I mentioned
17  before, I did look at inhalation of these
18  chemicals, and I cited studies with these
19  chemicals, but I didn't look at the
20  particular concentration in this table for
21  the reasons I said.
22  BY MR. HOPPER:
23      Q.  Do you have a scientific estimate of how
24  much you believe a person's risk of developing any
25  type of cancer would increase as a result of

25 (Pages 94 - 97)

1  exposure to any mixture of any of the substances
2  modeled by Dr. Sahu in the concentrations modeled
3  by Dr. Sahu?
4       MR. ROCHA:  Objection to form.
5       THE WITNESS:  Are you asking for a
6  number?
7  BY MR. HOPPER:
8    Q.  Yes.  I'm asking for a relative or an
9  attributable risk calculation to any degree of
10  precision.
11       MR. ROCHA:  Objection to form.
12       THE WITNESS:  Yeah.  As I mentioned, we
13  don't give a number.  We give -- when we
14  study a question as a scientist, it is
15  exposure to these chemicals for these
16  specific cancer types we're talking about
17  over background levels, is it more likely
18  than not that these chemicals caused these
19  cancers?  That's the question that we study.
20  We don't say, Is there a certain -- is our
21  goal to get a certain percent that they have
22  more likely or not as overall chance of
23  getting these cancer types?  That's not the
24  methodology we use in cancer causation.
25       And I won't repeat it, but as I

1  mentioned before, we use the human studies,
2  animal studies, mechanistic studies, and then
3  we use those as a composite to ask, Do these
4  chemicals cause these cancers?
5       And then what's in this case, because
6  the key is that because the back -- the
7  levels that these clients were exposed to
8  over background is much, much higher, as I
9  mentioned, in some of these chemicals
10  hundreds and thousandfold higher, then we use
11  valid scientific peer-reviewed studies,
12  whether they are epidemiology, animal, or
13  mechanistic, and we study how do these
14  cancers form, and is it more likely than not
15  that the exposure to those chemicals caused
16  these cancers compared to other risk factors
17  they may have for these cancers.
18  BY MR. HOPPER:
19    Q.  Well, you testified earlier, if I
20  understood you correctly, that the cancer risk
21  posed by some doses of these substances could be
22  as low as infinitesimally small, right?
23    A.  Well, in a hypothetical, for example, a
24  molecule that's genotoxic, could in theory induce
25  a mutation and give such an infinitesimal small

1  risk.  But practically speaking, when, in this
2  particular case, what's relevant is not these
3  clients were exposed to just one molecule of these
4  genotoxic chemicals, they were exposed to in some
5  of these cases over a hundred to thousandfold
6  higher concentrations, and TCE and PCE twofold
7  higher concentrations.
8       So the question before, the one
9  molecule, that's just in theory.  In practice,
10  these people were, unfortunately, exposed to very
11  high concentrations to five genotoxic chemicals as
12  a mixture compared to background exposure.
13    Q.  Okay.  If I understood your testimony
14  correctly, you believe that cancer risks posed by
15  these substances alone or in any mixture increase
16  with increasing doses, right?
17    A.  Well, like I said, we would have to look
18  at the particular tumor types.  So I base -- when
19  I do my scientific analysis, as I said, I
20  mentioned, for example, testicular cancer, I use
21  epidemiology studies, animal studies, mechanistic
22  studies.  And I mentioned for the reasons before,
23  for example, testicular cancer we had -- I cited
24  epidemiology studies with hexavalent chromium and
25  TCE.  All five chemicals have increased risk of

1  blood cancers and breast cancers, which I cited in
2  epidemiology studies.  And then I also cited the
3  animal studies and mechanistic studies.
4       So some of these chemicals, like
5  arsenic, hexa -- arsenic, TCE, styrene, for
6  example, in animals can initiate or promote breast
7  cancer.  And TCE and PCE, for example, can
8  stimulate testicular and blood cancers in animals.
9       So as a scientist, I look at, first,
10  human epidemiology with a particular type, and
11  then animal data, and then mechanistic data, and
12  then use it all together.
13    Q.  Are you testifying that you believe
14  there are tumor types addressed in your specific
15  causation reports for which you believe risk does
16  not increase with increasing doses of the
17  substances modeled by Dr. Sahu?
18    A.  No.  What I'm saying as a -- so if we
19  take an individual -- you had asked an individual
20  chemical, for example, arsenic.  I didn't find any
21  epidemiology studies on testicular cancer with
22  arsenic, so I use the epidemiology studies first,
23  then animal, and then key characteristics.
24       But for testicular cancer, I did find
25  epidemiology studies of increased risk with

26 (Pages 98 - 101)

Page 102

1  hexavalent chromium, TCE.  And that, in
2  conjunction with the TCE and PCE, can cause
3  testicular cancer in animals, you know, with the
4  key characteristics of testicular cancer.  I use
5  that all together.
6        So in this particular case, because they
7  were exposed to higher than background levels of
8  all five of these chemicals, I use it -- first I
9  study each one individually with the epidemiology,
10  animal data, mechanistic, and then how would it
11  act as a mixture.
12     Q.  Okay.  I'm going to ask you some
13  questions about the mixtures modeled by
14  Dr. Sahu in both the relative and absolute
15  concentrations modeled by Dr. Sahu.  Okay?
16     A.  Okay.
17     Q.  So when I ask you questions about the
18  mixtures, about mixtures of substances modeled by
19  Dr. Sahu, I'm talking about mixtures of the
20  substances in Table 20 in the amounts listed in
21  Table 20.  Okay?
22     A.  Yeah.
23     Q.  Okay.  So for mixtures of the substances
24  modeled by Dr. Sahu, do you believe that the risk
25  of developing testicular, breast, acute

Page 103

1  lymphoblastic leukemia, Hairy cell leukemia,
2  Hodgkin's lymphoma --
3        I'm sorry.  Let me rephrase that.
4        For the mixtures of these substances
5  modeled by Dr. Sahu, do you believe that the risk
6  of developing testicular cancer, breast cancer,
7  acute lymphoblastic leukemia, Hairy cell leukemia,
8  and Hodgkin's lymphoma increases with increasing
9  doses?
10     A.  Yes.  As a mixture that -- because these
11  chemicals -- the short answer is yes.  Basically,
12  because these chemicals can cause this cancer in
13  humans and in animals and through the key
14  characteristics, it's very compelling evidence.
15  It's what we call concordance.  When you have
16  evidence that a particular chemical or mixture of
17  chemical can increase the risk of cancer in
18  humans, and then can cause that particular type of
19  cancer in animals, and in this case, we have that,
20  all three types of cancers, the blood cancers, the
21  breast cancers, testicular cancers, we have -- as
22  a mixture we have increased incidence.  And I go
23  through the details in my report of epidemiology
24  studies.  And then in animals, these chemicals can
25  also cause those three types of cancers.

Page 104

1        And then the mechanistic-wise, we also
2  have that evidence.
3     Q.  Okay.  Can you give us a scientific
4  estimate of how much you believe these cancer
5  risks increases as a result of inhalation of the
6  chemicals modeled by Dr. Sahu in the mixtures
7  modeled by Dr. Sahu for any period of time?
8        MR. ROCHA:  Objection to form.  Asked
9  and answered.
10        THE WITNESS:  As I said, it's not --
11  there's not a number we give to, Is it more
12  likely than not?  And the biological
13  reasoning as a scientist is that these are --
14  these chemicals were at much higher exposure
15  to background.  And then because these
16  chemicals have increased incidence of these
17  specific cancers in humans and can cause the
18  cancer in animals, and the biology of how
19  these cancers are formed, is evidence by the
20  key characteristics, which these -- these
21  chemicals as a group exhibit all 10 key
22  characteristics.  Even though individually
23  they may have seven or eight, they're all
24  genotoxic, they all are immunosuppressive,
25  stimulate chronic inflammation.  Styrene can

Page 105

1  actually induce metabolic activation.  And so
2  as a mixture, they exhibit all the key
3  characteristics of how a cancer is initiated
4  and formed.
5        And really, what's compelling with these
6  three cancer types is that we have scientific
7  evidence that these chemicals can increase
8  incidence in humans of these cancer types and
9  then can also cause these cancers in animals.
10  BY MR. HOPPER:
11     Q.  Okay.  The general population has some
12  background risk of developing all of the types of
13  cancers addressed in your specific causation
14  report, right?
15     A.  Correct.
16     Q.  In other words, the general population
17  has some risk of developing the cancers addressed
18  in your specific causation report without having
19  any exposure to the substances modeled by
20  Dr. Sahu, right?
21     A.  Correct.
22     Q.  Okay.  Is it fair to say that you do not
23  have a scientific estimate of how much any of
24  these plaintiffs' risk of developing their cancers
25  would increase over their background risk as a

27 (Pages 102 - 105)

1 result of inhalation to the substances modeled by
2 Dr. Sahu in the concentrations modeled by
3 Dr. Sahu?
4     MR. ROCHA:  Objection to form.
5     THE WITNESS:  No, what I wrote in my
6   report is we know inhalation of
7   carcinogens -- there are studies, for
8   example, inhalation can be as potent, if not
9   even more carcinogenic than oral ingestion.
10   That's because the particles can line the
11   lung, they can stimulate inflammation, and
12   the bioavailability of these particles in the
13   lung can actually be higher than when you
14   have oral ingestion.
15     For example, hexavalent chromium
16   undergoes reduction to the hexavalent III
17   oxidation state, and so there's very little
18   chromium VI when you take it by ingestion.
19     And so we know, even though I do cite --
20   I do cite some inhalation studies, I cite
21   also epidemiology studies, whether it was
22   oral or other modes of ingestion or
23   absorption, because we know that these key
24   characteristics occur whether the carcinogen
25   is inhaled or take -- or given orally.

1   So I don't want to -- make sure I answer
2   your question.
3     MR. HOPPER:  Aaron, let's mark line 99,
4   or -- page 99, line 21, I'm going to object
5   as nonresponsive.
6 BY MR. HOPPER:
7   Q.  My question, Dr. Panigrahy, went to
8 excess risk over background risk and whether you
9 can give us a scientific estimate of how much
10 excess risk over background accompanies these
11 modeled exposures.
12     MR. ROCHA:  Objection to form.  Asked
13   and answered.
14 BY MR. HOPPER:
15   Q.  So, again, bearing in mind that I'm
16 interested in knowing if you can give us an
17 estimate as a ratio or a percentage to any degree
18 of precision, is it fair to say that you do not
19 have a scientific estimate of how much any of
20 these plaintiffs' risk in developing their cancers
21 would increase over their background risk as a
22 result of inhalation of the substances modeled by
23 Dr. Sahu in the concentrations modeled by
24 Dr. Sahu?
25     MR. ROCHA:  Same objections.

1     THE WITNESS:  As I -- as I mentioned
2   before, while we don't give a certain number,
3   the fact that these carcinogens can increase
4   the risk of cancer in human studies, cause
5   cancer in animals, have mechanistically key
6   mechanisms of how these cancers were formed,
7   what we do in this case of specific causation
8   is we compare that risk of these clients
9   having a hundredfold or even higher exposure
10   to these genotoxic carcinogens to other
11   risk factors that they had.
12     And that's what I did in my report.  And
13   I compared as cancer causation -- I think
14   you're asking is there a number, which I have
15   said before.  While there's not a number, we
16   come at what's more likely than not?  Does
17   exposure to those genotoxic carcinogens over
18   background levels that other people who are
19   not exposed to, to these chemicals, and then
20   we compare that to other risk factors that we
21   know in these particular cancer types.
22 BY MR. HOPPER:
23   Q.  When you use the phrase "more likely
24 than not," you're making a probability assessment,
25 right?

1   A.  I am not sure what you mean,
2 "probability," but yes, more -- we compare, Does
3 the exposure to these chemicals over background
4 compare to other risk factors that they had for
5 these particular tumor types.
6   Q.  How can you make a probability
7 assessment of whether these substances caused or
8 substantially contributed to the plaintiffs'
9 cancers if you don't know the chance of developing
10 cancer, if any, that accompanies the doses the
11 plaintiffs allegedly inhaled?
12   A.  That's what we do every day in science.
13 We don't -- if a particular chemical stimulates
14 cancer in animals, for example, or in humans in a
15 particular study, we may have a relative risk, or
16 in the case of animals, a certain increase in
17 tumor incidence or tumor progression or tumor
18 growth or metastatic growth in different
19 individual studies.
20     But as an overall, as a totality of the
21 evidence, when we take into account human
22 epidemiology studies, animal studies, and
23 mechanistic studies, it's -- we answer a specific
24 question in science.  In this case it is, Does the
25 exposure to those chemicals, these genotoxic

Page 110

1 chemicals over background at very high -- very
2 high concentrations compared to background, is
3 that, more likely than not, as a mixture, cause
4 these specific cancers.
5      So we don't give -- no one gives a
6 certain number to that.  We compare that then to
7 the other risk factors that they have for cancer.
8   Q.  Certainly, you wouldn't say that a
9 single molecule exposure posing infinitesimally
10 small risk could be a substantial cause of a
11 plaintiff's cancer, right?
12      MR. ROCHA:  Objection to form.
13      THE WITNESS:  Well, as I mentioned,
14   that's a theoretical question:  Does a
15   molecule of a genotoxic carcinogen cause
16   cancer?  And as I said, in theory, it could
17   induce a mutation, but in practice, the risk
18   is infinitesimally small.
19      But it's so -- these genotoxic
20   carcinogens are so bad that one of the things
21   we do in the laboratory is we translate
22   chemotherapies that are genotoxic to
23   patients.  And the FDA requires certain
24   animal testing, certain lab testing.  As soon
25   as a molecule is genotoxic, you have to do

Page 111

1   mutagenic tests; there are certain other
2   tests you have to do.
3      So even though the risk is -- of one
4   molecule is small, as soon as a molecule is
5   genotoxic, we have certain testing we have to
6   do even --
7      And what we do in our lab is we try to
8   help cancer patients and treat them.  So we
9   take the key characteristics and try to block
10   inflammation and stuff.
11      So that's where, even though we can't
12   come up with a certain number that the
13   exposure to these five genotoxic chemicals,
14   what's the increased risk, we know from
15   genotoxic chemicals and mechanisms, that the
16   risk is very high compared to background
17   levels.
18 BY MR. HOPPER:
19   Q.  Did you compare Dr. Sahu's model of
20 hexavalent chromium, arsenic, TCE, PCE, or styrene
21 levels to any exposure level guidelines
22 established by the EPA or any other agency?
23   A.  As I mentioned, no.  The comparison --
24      For example, EPA with arsenic has a
25 certain amount in the water.  But what I mentioned

Page 112

1 in my report is it's not just these level and
2 concentrations.  As I mentioned, it's the
3 bioavailability, it's absorption, distribution,
4 metabolism, excretion.
5      So I mentioned in my report the -- and
6 that really falls under the mechanism of cancer
7 formation, that how these different molecules can
8 cause cancer.
9      MR. ROCHA:  Ryan, we've been going over
10 an hour.  Time to take a couple minutes?
11      MR. HOPPER:  Sure.  Do you want to take
12 five?
13      MR. ROCHA:  Sounds good.
14      THE WITNESS:  Thanks.
15      MR. LEIPFINGER (Veritext Tech):  We're
16 off the record at 11:46.  This ends Media
17 Unit 2.
18      (A recess was taken.)
19      MR. LEIPFINGER (Veritext Tech):  Back on
20 the video at 11:52.  This begins Media Unit
21 3.
22 BY MR. HOPPER:
23   Q.  Okay.  Dr. Panigrahy, can you tell me
24 any dose of any of the substances addressed in
25 your report that's been observed in any study you

Page 113

1 cited to cause testicular cancer in humans?
2      MR. ROCHA:  Object to form.  Asked and
3 answered.
4      THE WITNESS:  As I mentioned, I cited
5 some TCE and hexavalent chromium studies that
6 have an increased risk in epidemiology
7 studies, and in animal studies TCE and PCE
8 can both cause testicular cancer in animals.
9 And then I mentioned the mechanistic studies
10 where these chemicals can initiate and
11 promote testicular cancer via the key
12 characteristics.
13 BY MR. HOPPER:
14   Q.  There's nowhere in any of your specific
15 causation reports where you write down any dose of
16 arsenic that's been observed to increase
17 testicular cancer, breast cancer, or any blood
18 cancer in humans, right?
19   A.  Well, we would have to go individually.
20 Each study is different.  The important part, as I
21 said, it's the exposure to the arsenic compared to
22 background that we compare.
23   Q.  Okay.  Well, I'm asking about arsenic
24 right now.  There's nowhere in any of your
25 specific causation reports where you write down

29 (Pages 110 - 113)

Page 114

1  any dose that's been actually observed to cause
2  any of these cancers in your report in humans,
3  right?
4      MR. ROCHA:  Object to form.
5      THE WITNESS:  Right.  Because I don't
6  get into a particular dose, because it's the
7  exposure to the arsenic and the -- and in
8  that particular case, arsenic over
9  background, whether it's an epidemiology
10  study or an animal study or even mechanistic
11  studies.
12  BY MR. HOPPER:
13     Q.  Okay.  That's also true -- excuse me.
14  There's also no place in your report
15  where you write down any dose of hexavalent
16  chromium, PCE, TCE, or styrene that's been
17  observed in any kind of study to cause testicular
18  cancer, breast cancer, or any blood cancer in
19  humans, right?
20     MR. ROCHA:  Objection to form.
21     THE WITNESS:  Correct.  Same thing.
22  While there's not a dose, it's the exposure
23  to these five chemicals over background
24  that -- that is important.
25  BY MR. HOPPER:

Page 115

1      Q.  So not only do you not graph the
2  dose-response relationships between any of these
3  substances in any of the cancers in your report,
4  you don't identify any data points from which you
5  could extrapolate a dose-response curve, right?
6      MR. ROCHA:  Objection to form.
7      THE WITNESS:  No.  As I mentioned in my
8  report, there are studies where increased
9  exposure increases the risk of these cancers.
10  And there's -- as I mentioned, sometimes
11  there's core trials where there's high
12  exposure, mid-exposure, low exposure, no
13  composure, which is the background.  And same
14  thing in animal studies.  There can be
15  studies at different doses.  So there's
16  evidence of that increasing the -- that the
17  dose does increase the risk of the cancer,
18  while I don't talk about a specific dose.
19  BY MR. HOPPER:
20     Q.  Okay.  Take your time and show me any
21  place in any of your specific causation expert
22  reports where you identify any data points that
23  could be used to extrapolate a dose-response curve
24  between any of the substances in your expert
25  report and any of the cancer types in your expert

Page 116

1  report.
2      A.  So as I said, in science, we don't pick
3  a particular dose.  What's important -- for
4  example, in my Bradford Hill analysis, one of the
5  Bradford Hill criteria is dose gradient or
6  dose-response.  And so for each of the three types
7  I did cite some studies where, in general,
8  exposure to one of these five chemicals would
9  increase the risk of cancer.  And that goes back
10  to the linear non-threshold.  The more exposure.
11  And that could be duration and exposure in the
12  epidemiology studies, for example, that increases
13  the risk of cancer.
14      So there's epidemiology studies I cited
15  and animal studies where increasing the exposure
16  to these chemicals over background increased the
17  risks of cancer.  While there's not a particular
18  number that I go into, the important part is that
19  the increased risk, it increases with the dose and
20  duration of exposure.
21     Q.  Okay.  I'm going to give you an
22  opportunity here to point the Court to anywhere in
23  any of your specific causation reports where you
24  identify any dose that could be used as a data
25  point from which you could extrapolate a linear

Page 117

1  no-threshold dose-response relationship between
2  any of the substances you consider in any of the
3  cancer types you consider.
4      So can you point to the Court to any
5  portion of your expert report where you state a
6  dose or other data point that could be used to
7  graph a linear no-threshold dose-response
8  relationship, if any exist?
9      A.  So the studies that I cite where the
10  increased exposure to one of these chemicals --
11  for example, styrene in the Christiansen study
12  would increase the risk of the cancer.  But then
13  we use, in conjunction with that, that these are a
14  genotoxic chemicals.  So how we know it's a linear
15  no-threshold is based on the fact it's a genotoxic
16  chemical.
17      So you're mixing -- one is the question
18  about increased risk that we learn from
19  epidemiology studies, and one is the mechanism of
20  how these chemicals cause cancer, which key
21  characteristic No. 2 is genotoxicity.  And that's
22  how we put together those facts.  It's not over
23  one particular paper, it's an overview of the
24  three lines of evidence that I talked about.
25     Q.  Okay.  And you haven't provided any such

30 (Pages 114 - 117)

Page 118

1  overview of exposure concentrations in the studies
2  you cite in your reports, right?
3      MR. ROCHA:  Objection to form.
4  Mischaracterizes testimony.
5      THE WITNESS:  As I said, there's not a
6  particular number or exposure that we look
7  at.  It's more the relative risk in human
8  studies over a background group or a lower
9  exposure group.
10      And the same thing with animal studies.
11  When we say these chemicals can cause these
12  type of cancer in animals, we have a control
13  group that's not exposed to the animals.  And
14  there we, as a readout, we do tumor incidence
15  or tumor progression, and these chemicals can
16  cause these cancer types in the animals.
17      And so as I said before, there's not a
18  particular dose that I cite for these five
19  chemicals.
20      And then the other part, as I talked
21  before, this is a mixture of chemicals.  And
22  that's where the interaction of the key
23  characteristics come in to play.  And that's
24  where I have the details in my report.  But
25  that's where, like, if you compare the DNA

Page 119

1  damage, and the other four chemicals are
2  genotoxic, that's going to make the cancer
3  worse.
4      So as I said before, there's not a
5  particular dose that I cite.  I do cite
6  studies that have increased risk in human
7  studies for these cancer types with these
8  chemicals, and then I cite other animal and
9  mechanistic studies that support that.
10      MR. HOPPER:  Let's go back to Exhibit 9,
11  Jerame, please.
12      MR. LEIPFINGER (Veritext Tech):
13  Counsel, did you say to go back to the table?
14      MR. HOPPER:  Exhibit 9, yeah, the table.
15      MR. LEIPFINGER (Veritext Tech):  Okay.
16      MR. HOPPER:  The one in Dr. Sahu's
17  report.
18  BY MR. HOPPER:
19      Q.  Okay.  Do you see in the upper
20  right-hand corner of the heading of the Table 20,
21  Dr. Sahu uses the phrase "Golf Channel receptor
22  location"?
23      A.  Yes.
24      Q.  Do you know what a receptor location is?
25      A.  I believe there are -- there's areas

Page 120

1  where, yeah, you can measure the amount of
2  concentration.
3      Q.  By "measure," do you mean model?
4      A.  Sorry.  What's that?
5      Q.  Do you know if Dr. Sahu measured
6  anything as opposed to modeling?
7      A.  Right.  He modeled the -- the
8  concentrations.
9      Q.  Do you know the location of Dr. Sahu's
10  Golf Channel receptor?
11      A.  No, I don't know offhand.
12      Q.  Do you know if the Golf Channel receptor
13  location was indoors or outdoors?
14      A.  I believe it was --
15      MR. ROCHA:  Objection to form.  Go
16  ahead, Dipak.
17      THE WITNESS:  Oh.  I believe there
18  were -- it was outdoors.
19  BY MR. HOPPER:
20      Q.  Do you know if the plaintiffs worked
21  indoors or outdoors?
22      A.  Yeah.  They worked indoors.
23      Q.  Do you know the years the particular
24  plaintiffs worked?
25      A.  Yeah.  On the specific -- specific sheet

Page 121

1  here I have read, some of the clients had worked
2  there 10 years, some were 15 years.  I don't
3  remember.  I would have to look at the specific
4  sheet for each of the clients.
5      Q.  Did you make any effort to
6  scientifically estimate the portion of Dr. Sahu's
7  modeled hexavalent chromium, arsenic, TCE, PCE,
8  and styrene concentrations that the plaintiffs
9  might have actually inhaled, based on their work
10  patterns?
11      MR. ROCHA:  Object to form.
12      THE WITNESS:  Are you asking about
13  indoor versus outdoor?  I don't know
14  understand the question.
15  BY MR. HOPPER:
16      Q.  I'm asking if you made any effort to
17  convert Dr. Sahu's modeled concentrations in
18  Table 20 to an inhaled dose for any particular
19  plaintiff.
20      MR. ROCHA:  Objection to form.
21      THE WITNESS:  No.  As I mentioned, that
22  wouldn't be the appropriate comparison.
23  BY MR. HOPPER:
24      Q.  Why would that be inappropriate?
25      A.  As I mentioned, the comparison of the

31 (Pages 118 - 121)

Page 122

1  modeling concentration, the comparison is people
2  who aren't exposed to these five chemicals.
3      Q.  Right.  I'm asking if you can take the
4  numbers in Table 20 and convert them to an inhaled
5  dose.
6      MR. ROCHA:  Objection to form.
7      THE WITNESS:  As I said before, we don't
8  do that in science.  What we do is we rely on
9  other studies that do epidemiology studies,
10  whether they're inhalation, oral ingestion.
11  We know from the biology, like I said before,
12  we rely on these studies because of the key
13  characteristics.  A carcinogen is going to
14  cause cancer, whether it's inhaled or given
15  orally.  And, in fact, there are studies that
16  inhalation is more potent.
17      So as I mentioned before, it wouldn't --
18  there would be no reason for me to take the
19  modeling concentration that Dr. Sahu came up
20  with and try to compare that to the
21  epidemiology or animal studies are
22  mechanistic, because as I said before, in
23  those studies the appropriate comparison is
24  the background level of the chemical in that
25  particular study.

Page 123

1  BY MR. HOPPER:
2      Q.  The time frame in Table 20 goes from
3  1995 to 2020, right?
4      A.  Correct.
5      Q.  And the six plaintiffs for whom you've
6  offered specific causation opinions did not work
7  for the same time period within that time frame,
8  right?
9      A.  I would have to look at the
10  particular -- each client.  And some clients, as I
11  said before, I don't recall offhand.  Some worked
12  10 years.  I would have to look at the specific
13  client.
14      Q.  Was there anywhere in your specific
15  causation reports where you make any effort to
16  perform a dose-response assessment specifically
17  relevant to any particular plaintiff?
18      MR. ROCHA:  Objection to form.
19      THE WITNESS:  So as I mentioned before,
20  we rely -- when we talk about exposure, it's
21  the level and the duration.  Because these
22  clients were working over five, 10 years and
23  longer, that, for a cancer biologist, that,
24  from a duration point of view, that's very
25  significant.

Page 124

1      And as I said before, as far as
2  concentration, you have to compare that
3  concentration of a particular study to the
4  appropriate control, which in this case, this
5  particular concentration that Dr. Sahu
6  calculated, the appropriate control is the
7  background from people who are not exposed to
8  these five chemicals.
9  BY MR. HOPPER:
10      Q.  Is there anywhere in your expert report
11  for any particular plaintiff where you attempted
12  to take the concentrations expressed in Table 20
13  and the durations of their work and ultimately
14  perform a dose-response assessment to evaluate how
15  much increased risk would accompany inhalation of
16  those concentrations for those durations?
17      MR. ROCHA:  Objection to form.
18      THE WITNESS:  As I mentioned, I did not
19  do that because it wouldn't be appropriate to
20  do.
21  BY MR. HOPPER:
22      Q.  In terms of units of measurement, do you
23  know what a PPM year is?
24      A.  Yeah.  PPM, parts per million.
25      Q.  But do you know what a PPM year is?

Page 125

1      A.  I would have to see in what context.  I
2  know PPM is the parts per million.
3      Q.  In the context of quantifying cumulative
4  doses, have you ever seen the unit of measurement
5  PPM year?
6      A.  I believe so.
7      Q.  What is a PPM year, in your own words?
8      A.  Well, parts per million is just a
9  certain way to calculate the concentration.  And I
10  would assume over a year, if it's parts per
11  million per year.
12      Q.  Is that an assumption or is that your
13  testimony, that you know what a PPM year is?
14      MR. ROCHA:  Objection to form.
15      THE WITNESS:  That's just an assumption.
16  I didn't use that calculation in my analysis.
17  BY MR. HOPPER:
18      Q.  Do you know how to calculate PPM years?
19      A.  I would just have to look at an equation
20  and see how to do it.  I have not done that,
21  because, as I said, I didn't -- that's not -- for
22  my comparisons, I take studies and do the
23  appropriate comparison in each study.
24      Q.  Is it fair to say that you didn't
25  calculate a cumulative dose for any particular

32 (Pages 122 - 125)

Page 126

1  plaintiff using any unit of measurement?
2      MR. ROCHA:  Objection to form.
3      THE WITNESS:  Correct.  I did not do
4  that because of the reasons I said before,
5  where the important part is each study has an
6  appropriate control.  And so the important
7  part is the increase -- do these chemicals
8  increase the risk of these particular cancer
9  types over background?
10     MR. HOPPER:  Okay.  You can take this
11 down, Jerame.  Let's introduce Exhibit 10,
12 please.
13     (Exhibit No. 10 was marked for
14 identification.)
15 BY MR. HOPPER:
16   Q.  Okay.  This is a table that IARC
17 publishes where they discuss --
18   A.  Hold on.  I'm just pulling it up.  Oh, I
19 just got it.  Thanks.
20   Q.  Let me know when you're ready,
21 Dr. Panigrahy.
22   A.  Yeah, I've got it.
23   Q.  Okay.  This is a table that IARC
24 publishes where they list classifications of
25 cancer sites with sufficient or limited

Page 127

1  evidence in humans.  And in this case it's based
2  on IARC monograph volumes 1 through 133.
3      Have you ever seen this table before?
4   A.  I believe I have.
5   Q.  Okay.  Will you scroll to the last page
6  for me, Jerame?
7      Do you see that it's last updated on
8  March 24th, 2023?
9   A.  Yes.
10   Q.  Okay.  There is nowhere in this table
11 where IARC concludes that PCE, TCE, styrene,
12 hexavalent chromium, or arsenic are carcinogenic
13 agents with sufficient evidence in humans for any
14 of the cancer types addressed in your expert
15 report, right?
16     MR. ROCHA:  Objection to form.
17     THE WITNESS:  Correct.
18 BY MR. HOPPER:
19   Q.  And for agents with limited evidence in
20 humans, the only substance that I saw was styrene,
21 which IARC said has limited evidence of
22 carcinogenicity for, I believe, leukemia.
23     Is that correct?
24     MR. ROCHA:  Objection to form.
25     MR. HOPPER:  What's the basis, Rene?

Page 128

1      MR. ROCHA:  I think this is outside of
2  the scope of the specific causation inquiry.
3  BY MR. HOPPER:
4   Q.  Dr. Panigrahy, you cite IARC as an
5  authoritative source in your specific causation
6  reports, right?
7   A.  Correct.  But what I -- the question
8  here in this particular case is, Does exposure to
9  these five chemicals, as a mixture, over
10 background, more likely than not, cause these
11 cancer types compared to their other risk factors?
12 So the question, what IARC is looking at and the
13 question of what I was asked are different
14 questions.
15   Q.  How are they different?
16   A.  IARC is not looking at, first of all,
17 comparing is it more likely than not that these
18 chemicals, which do -- I cite papers where there's
19 increased epidemiology of breast cancer for all
20 five carcinogens.  And some of the carcinogens --
21 as I mentioned before, arsenic, TCE, and
22 styrene -- can actually cause breast cancer in
23 animals.  And then with the key characteristics,
24 is it more likely than not that high levels,
25 higher than -- levels of these chemicals as a

Page 129

1  mixture cause, in this case, breast cancer
2  compared to background levels.
3      So that's where, in specific causation,
4  we will then compare the risks of breast cancer
5  from these five chemicals to other known
6  risk factors of breast cancer.
7   Q.  Understood.  And you can't quantify the
8  risk of breast cancer from these five chemicals,
9  right?
10     MR. ROCHA:  Objection to form.
11     THE WITNESS:  Well, we -- we compare --
12 if you're asking a particular number, as I
13 said before, yes.  But what we do is we
14 compare the risk of an exposure to these five
15 chemicals, which all have increased incidence
16 of breast cancer in epidemiology studies.
17 Some of them can cause breast cancer in
18 animals.  And the key characteristics, they,
19 as a mixture, have all 10 key characteristics
20 of the initiation of breast cancer and the
21 promotion of breast cancer.
22     And then we compare that to known
23 risk factors of breast cancer, like having a
24 certain gene or a mother or sister has breast
25 cancer, and we can get into, you know, the

33 (Pages 126 - 129)

1 other known risk factors for breast cancer.
2 Then we compare those and we say, Is it more
3 likely than not, does an exposure to these
4 five genotoxic chemicals as a mixture, more
5 likely than not, cause the, in this case,
6 breast cancer, compared to the known
7 risk factors of breast cancer.
8 　　　MR. HOPPER: You can take this down,
9 Jerame.
10 BY MR. HOPPER:
11 　　Q. So for the IARC documents that you cite
12 in your specific causation reports, you're not
13 representing to the Court that IARC has concluded
14 that there is sufficient evidence of
15 carcinogenicity in --
16 　　　(Sounds.)
17 　　　MR. HOPPER: Pardon me. There's a fire
18 alarm. Give me a second. It's not an alarm.
19 　　　My apologies. Let me start over.
20 BY MR. HOPPER:
21 　　Q. IARC has not concluded for TCE, PCE,
22 styrene, hexavalent chromium, or arsenic, that
23 there is sufficient evidence of carcinogenicity in
24 humans under any exposure conditions, right?
25 　　　MR. ROCHA: Objection to form.

1 　　　THE WITNESS: Correct. Correct.
2 BY MR. HOPPER:
3 　　Q. Okay. Thank you.
4 　　A. Individually. But as I said, the
5 question here is as a mixture of these chemicals.
6 　　Q. Okay. Well, can you point me to any
7 IARC document that shows that any mixture of the
8 five substances modeled by Dr. Sahu has sufficient
9 evidence of carcinogenicity in humans under any
10 exposure conditions?
11 　　A. Yes. I did cite some studies. So in
12 science, we don't usually have the exact mixture
13 or the exact -- so in this case, the five
14 carcinogens, arsenic, you know, hexavalent
15 chromium, TCE, PCE, and styrene. But I did cite
16 other papers. For example, arsenic can be a
17 synergistic with other carcinogens that I cited in
18 the paper, in my report.
19 　　　And then I cited other evidence that
20 mixtures can also be synergistic or additive where
21 the pro-cancer activity of each individual
22 carcinogen is either additive or even synergistic.
23 That means that the pro-cancer effect is even
24 worse than just adding the individual pro-cancer
25 effect.

1 　　　So that's where, as a scientist, we look
2 at other studies -- and I cited, some were as
3 mixture, including the Goodson studies and the
4 science paper and the ones with arsenic and other
5 carcinogens. I even cited papers with TCE and
6 PCE.
7 　　　So in combinations, these carcinogens
8 can act worse than either one in combination.
9 　　Q. Okay. My question was about IARC.
10 　　　Can you show me in either one of your
11 specific causation experts where you cite an IARC
12 document of any kind in which IARC includes --
13 concludes that there is sufficient evidence in
14 humans that any mixture containing any of the
15 substances modeled by Dr. Sahu is capable of
16 causing testicular cancer, breast cancer, acute
17 lymphoblastic leukemia, Hairy cell leukemia, or
18 Hodgkin's lymphoma?
19 　　A. Yes. While IARC hasn't looked at that
20 particular mixture, IARC has published papers, and
21 I have cited them in my general causation report,
22 where they do look at mixtures. And the mixtures,
23 as I said before, each -- each, as a combination,
24 each mixture is worse than each individual
25 chemical.

1 　　　So that's where, as a scientist, we look
2 at what happens when you mix exposures -- in this
3 case, five genotoxic, immunosuppressant and, you
4 know, induced chronic inflammation and
5 proliferation. When you mix five of these type of
6 the chemicals together, what is more likely than
7 not going to happen with these specific five
8 chemicals?
9 　　　And we learn that as a scientist by --
10 and I cited in my specific causation report --
11 reports of what we learn from mixtures, that as a
12 mixture they're more potent, more pro-cancer than
13 an individual chemical.
14 　　Q. Okay. In your specific causation
15 reports, the methodology that you purport to apply
16 is a differential etiology analysis, right?
17 　　A. So as a scientist, we say what's --
18 what's more likely than not or we're comparing
19 risk factors. I'm not sure by differential
20 diagnosis. That's usually a term we use more in
21 the clinic, where if a person comes in with a
22 certain abdominal pain, certain symptoms.
23 　　　In the lab we do a similar -- where you
24 look at what are the known risk factors and you
25 compare, in this case, exposure to these five

1  chemicals over background, what's more likely than
2  not.  So --
3      Q.  I didn't say differential diagnosis.  I
4  said differential etiology.  That's a type of
5  analysis that you said you applied in your
6  specific causation expert reports, right?
7      A.  Oh, yes.  Sorry.  You're, yes, correct.
8      Q.  Did you write that sentence of your
9  specific causation expert report?
10      A.  Yes.
11      Q.  What is a differential etiology analysis
12  to you?
13      A.  So that's where you would look at
14  different causes of a particular disease and --
15  and then compare what -- how likely that cause is
16  to that particular disease -- in this case,
17  exposure to five genotoxic chemicals above
18  background, and in this particular case, these
19  specific cancer types, and then compare that to
20  other known causes of these cancer types.
21      Q.  Tell me everything you do to assess the
22  likelihood that one cause or potential cause
23  ultimately resulted in the plaintiffs' disease.
24      A.  Can you repeat that?
25      Q.  You said you compare likelihoods,

1  different potential causes of a disease, right?
2      A.  Yeah.  Is it more likely than not that
3  those exposures, for example, to a certain
4  chemical caused that particular cancer.
5      Q.  Is there any quantitative component to
6  your more-likely-than-not analysis?
7      A.  So as I mentioned before, that we
8  know in a mixture, that when you have a mixture of
9  chemicals and carcinogenic chemicals, that the --
10  and I cited some studies, for example, arsenic and
11  other chemicals, where that mixture, the risk of
12  getting cancer from those chemicals is worse.  It
13  can either be additive, where the risk you add
14  kind of all the risks, whether it's human studies,
15  animal studies, key characteristics; or it could
16  be synergistic, where -- and that's where I
17  mentioned before.  That comes down to the key
18  characteristics.  If one chemical -- for example,
19  arsenic -- impairs DNA damage repair, where
20  normally we have in our body repair systems that
21  will repair DNA damage, fortunately, but in this
22  case, arsenic can disrupt that -- if the other
23  four chemicals, hexavalent chromium, TCE, PCE, and
24  styrene, which we know is at higher concentrations
25  over background, those can induce DNA damage, so

1  that can make the cancer initiated and promoted
2  much more aggressively.
3      And I can get into the -- I mentioned
4  the report, the other key characteristics.  You
5  know, we do the same thing.  Our body,
6  fortunately, has immune suppression methods, like
7  T cells, that will protect us from
8  immunosuppressive medications or immunosuppression
9  diseases.  But in this case, these carcinogens can
10  induce immunosuppression, so we don't have that
11  defense system.
12      And the same thing with, like, chronic
13  inflammation.  We have immune cells in our body
14  that can protect us.  But when you have five of
15  these carcinogens that can impair, for example,
16  chronic inflammation, then that can stimulate
17  these cancer types.
18      So with synergistic, we don't -- we
19  can't give a number.  You can just say that the
20  risk of getting the cancer is even worse than an
21  individual chemical.
22      Q.  Thank you.  You discuss risk factors in
23  your expert report, right?
24      A.  Correct.
25      Q.  Do you know the difference between a

1  risk factor for a disease and a cause of a
2  disease?
3      A.  Yes.  That's very important and relevant
4  to this case.  I can just give a quick example.
5      Causation is these chemicals can cause
6  cancer.  A risk factor is like obesity, where it
7  may be in certain cancer types in certain studies
8  you have an increased chance of getting that
9  cancer, but it's not causing the cancer.
10      Q.  Do you believe the scientific community
11  has developed -- excuse me.
12      Do you believe the scientific community
13  has discovered the cause or causes of testicular
14  cancer as opposed to risk factors?
15      MR. ROCHA:  Objection to form.
16      THE WITNESS:  There are risk factors,
17  but then there's also what we call idiopathic
18  cancer, where there's no known risk factor.
19  So in some cancer types we do have a
20  certain -- there may be a risk factor, but in
21  other cancer types, if the person doesn't
22  have the known risk factors, that's what we
23  call idiopathic.
24  BY MR. HOPPER:
25      Q.  All of the cancer types you address in

35 (Pages 134 - 137)

Page 138

1  your report develop idiopathically to some extent,
2  at least, right?
3      MR. ROCHA:  Objection to form.
4      THE WITNESS:  Well, idiopathic, by
5  definition, is you do a differential as we
6  were talking about, etiology, and you look at
7  the known risk factors.  And if there's not a
8  known risk factor, we don't know the cause,
9  then that's called idiopathic.
10 BY MR. HOPPER:
11 Q.  Right.
12     But there are people who develop all of
13 the cancers that you addressed in your expert
14 report with no known risk factors for those
15 cancers, right?
16 A.  Correct.  Some of the percent of people
17 will develop idiopathic -- well, we don't know why
18 they developed that cancer.
19 Q.  Okay.  I want to go back to the cause as
20 opposed to risk factors for testicular cancer.
21     Do you believe the scientific community
22 has discovered all of the causes of testicular
23 cancer?
24 A.  As a scientist, we're always learning,
25 you know.  So science progresses very rapidly.

Page 139

1  But what we know is certain causes and
2  risk factors.  So I'm not sure of the question,
3  but --
4  Q.  Do you believe the scientific community
5  has discovered all of the causes of testicular
6  cancer?
7  A.  That's where I meant no.  But we're
8  definitely moving -- that's where I mentioned the
9  10 key characteristics and the mechanisms.  That
10 helps us understand why chemicals can cause it.
11 But science is always progressing.
12 Q.  The same question for breast cancer.  Do
13 you believe the scientific community has
14 discovered all of the causes of breast cancer?
15 A.  No.  I think in probably 50, 100 years
16 from now we may find other causes.  That's where
17 as cancer causation I mentioned that -- so we can
18 give a chemical to an animal, and that can
19 initiate a cancer, and that's how we know a
20 chemical can initiate that cancer.  So like,
21 that's -- and then we can study in human studies
22 and mechanisms.
23     But I think science is always
24 progressing, and we'll learn more 100 years from
25 now.

Page 140

1  Q.  Do you believe the scientific community
2  has developed all of the causes of Hodgkin's
3  lymphoma?
4  A.  Well, like I said, it comes -- we have
5  progressed very -- in the last five, 10 years with
6  the key characteristics, and we know, for example,
7  chronic inflammation, immunosuppression, we know
8  certain viruses.  So certain risk factors we know
9  can initiate and promote the cancer.
10     I think what is relevant here is that
11 these chemicals, they can cause the cancer in
12 animals, these particular types of cancer, and
13 then we rely on the human evidence, can they
14 increase the cancer in human studies, you know.
15 And then we study that in conjunction with the
16 mechanisms.
17 Q.  I asked you a "yes" or "no" question.  I
18 don't think I got the "yes" or "no."
19     "Yes" or "no," do you believe the
20 scientific community has developed -- has
21 discovered all of the causes of Hodgkin's
22 lymphoma?
23     MR. ROCHA:  Objection to form.  Asked
24 and answered.
25     THE WITNESS:  Like I said, I think

Page 141

1  science progresses 50, 100 years.  I mean,
2  that's the difference between a cause and a
3  risk factor.  To do the -- as a scientist,
4  you know, we're always screening new
5  chemicals and, you know, carcinogens.  So I
6  can't say 50 to 100 years from now some
7  chemical that no one has ever studied won't
8  cause these cancer types.  I mean, if that's
9  the question.  But at this point the question
10 here is, Do these chemicals cause these
11 cancer types?
12 BY MR. HOPPER:
13 Q.  No.  My question was just a "yes" or a
14 "no," and I still haven't gotten it.
15     Is your answer no, the scientific
16 community, in your view, has not discovered all of
17 the causes of Hodgkin's lymphoma?
18     MR. ROCHA:  Objection to form.  Asked
19 and answered.
20     THE WITNESS:  Correct.  I think science
21 will -- correct, yes.
22 BY MR. HOPPER:
23 Q.  Okay.  Thank you.  When I ask you a
24 "yes" or "no" question, we will go a lot faster
25 today if you just give me a "yes" or "no."  Okay?

36 (Pages 138 - 141)

Page 142

1    A.   Okay.  Sorry.
2    Q.   It's okay.  If you feel like you need to
3  contextualize it, that's fine.  But, otherwise,
4  let's try to stay on target.
5        Do you believe the scientific community
6  has discovered all of the causes of Hairy cell
7  leukemia and acute lymphoblastic leukemia?
8    A.   No.
9    Q.   And I think you agreed earlier, right,
10  that testicular cancer, breast cancer, Hodgkin's
11  lymphoma, Hairy cell leukemia and acute
12  lymphoblastic leukemia all have idiopathic causes,
13  right?
14    A.   Correct.
15    Q.   So, in other words, you're not offering
16  the opinion today that people cannot develop these
17  types of cancer unless they're exposed to PCE,
18  TCE, styrene, hexavalent chromium, or arsenic,
19  right?
20    A.   You're asking if people aren't exposed
21  to these chemicals, can they still develop the
22  cancer?
23    Q.   Yes.  That's what background risk is,
24  right?
25    A.   Yes, yeah.

Page 143

1    Q.   These plaintiffs all had some background
2  risk of developing these cancers regardless of any
3  exposures to any organic solvents, right?
4    A.   Correct.  That's where we look at the
5  other known risk factors for these cancers.
6    Q.   Thank you.  And that's true of the
7  metals as well.  These people all had some
8  background risk of developing these cancers
9  irrespective of any exposure to hexavalent
10  chromium or arsenic, right?
11    A.   I would have to see.  I didn't see any
12  record of other background chemical exposure that
13  would have been significant to have caused these
14  cancer types.
15    Q.   Let me rephrase that.
16        All of the plaintiffs in this case had
17  some background risk of developing these cancers
18  without any environmental exposures, right?
19    A.   Right.  There's always -- there's a
20  certain amount of background risk of cancer that
21  we all have.  Sixty percent of people are what --
22  won't develop cancer.  So if you're asking if
23  somebody without any known risk factors will get
24  cancer?  Yes, there are a certain percentage of
25  people who -- that's what we call idiopathic.

Page 144

1    Q.   Is it fair to say that you're not
2  attempting to exclude entirely the possibility
3  that these plaintiffs developed their cancers as a
4  result of factors other than exposure to the
5  substances modeled by Dr. Sahu?
6        MR. ROCHA:  Objection to form.
7        THE WITNESS:  So in my differential
8  etiology, I compared the exposure to these
9  five chemicals, which were over background
10  significantly compared to background.  And
11  then I answered -- I say, Is it more likely
12  than not, do these -- does this mixture of
13  chemicals cause these particular cancer
14  types?  And then compare that to the known,
15  what we know today in 2023, the known
16  risk factors of these cancers.
17  BY MR. HOPPER:
18    Q.   Understood.
19        And I just have a few more questions,
20  and then we'll break for lunch.
21        So do I understand your opinion
22  correctly, that you're saying that PCE, TCE,
23  styrene, hexavalent chromium, and arsenic exposure
24  was probably but not necessarily a substantial
25  contributing cause of the plaintiffs' cancers?

Page 145

1        MR. ROCHA:  Objection to form.
2        THE WITNESS:  So correct, it's more
3  likely than not, compared to the other
4  risk factors.  That's what we compare in this
5  specific causation.  Does the mixture, more
6  likely than not, cause these cancer types
7  compared to the other medical known
8  risk factors that these people had?
9  BY MR. HOPPER:
10    Q.   Okay.  And you used the phrase
11  "substantial contributing cause" in your expert
12  report, right?
13    A.   Correct.
14    Q.   What does that phrase mean to you in
15  your own words?
16    A.   Yeah.  When I say "substantial," that's
17  talking about when I see that these clients were
18  exposed to arsenic, hexavalent chromium, and
19  styrene at over a hundredfold higher
20  concentrations than background, and these are very
21  genotoxic pro-tumor, pro-cancer causing
22  molecules -- and even PCE and TCE was over twice
23  the background level -- in science, we don't need
24  a p-value in that type of comparison to know that,
25  because of the studies that we know, whether the

1 human epidemiology animal studies and mechanistic,
2 we know that having that significant amount of
3 difference between exposure to five genotoxic
4 carcinogens over background, that's a substantial
5 contributory factor.
6    Q.  When you use the phrase "substantial
7 contributory factor," are you opining that these
8 plaintiffs would not have developed their cancers
9 but for the exposures modeled by Dr. Sahu?
10    A.  Correct.  It's more likely than not that
11 exposure to this mixture of five genotoxic
12 carcinogen caused these cancer types compared to
13 their other known risk factors.
14    Q.  How do you determine whether any
15 risk factor contributes to cancer development
16 substantially as opposed to insubstantially?
17    A.  Yeah.  That's where we get into -- so as
18 I mentioned, the epidemiology studies is the first
19 line of evidence.  And I cited between the five
20 chemicals these cancer types.  But as I mentioned,
21 for causation, then we rely not only on human
22 studies but animal studies, where we give an
23 animal the pure carcinogen, and we have a control
24 group that gets no carcinogen, and the animals
25 with the carcinogen get the cancer.

1    So when we talk about causation, we use
2 both those studies.  And then it really comes down
3 to what we've learned for the last five years, as
4 I mentioned, the key characteristics.  And that's
5 what we study in the lab, too.  And many other
6 scientists study this.  And that's, How is -- do
7 carcinogens cause these specific types of cancers?
8    And that's the 10 key characteristics
9 that I go into detail in the report.  But,
10 basically, the first four are related to cancer
11 initiation.  Electro -- metabolic activation, DNA
12 damage, you know, toxicity impaired DNA repair,
13 epigenetics.  That's part of how a cancer forms.
14 And then the other -- the remaining six key
15 characteristics -- oxidative stress, chronic
16 inflammation, immunosuppression, receptor mediated
17 actions, immortalization -- that means a cell will
18 keep -- keep replicating like a cancer cell -- and
19 then proliferation and vascular supply.  And so
20 those last six key characteristic, those are
21 important especially for tumor promotion.  But we
22 know today that these processes interact with each
23 other.  And so, for example, oxidative stress and
24 chronic inflammation can help initiate cancer
25 through genotoxicity.

1    So that's when we say cancer causation,
2 we rely on not only the human epidemiology studies
3 and the animal studies but also these key
4 characteristics.
5    MR. HOPPER:  Okay.  I think this is a
6 decent breaking point, if everyone wants to
7 break for lunch.
8    THE WITNESS:  Okay.
9    MR. ROCHA:  Sounds good to me.
10    MR. HOPPER:  Thank you.
11    MR. LEIPFINGER (Veritext Tech):  We're
12 off the record at 12:36.  This ends Media
13 Unit 3.
14    (A lunch recess was taken.)
15    MR. LEIPFINGER (Veritext Tech):  Back on
16 the video at 1:09.  This begins Media Unit 4.
17 BY MR. HOPPER:
18    Q.  Welcome back, Dr. Panigrahy.
19    A.  Thank you.
20    Q.  Do you have a scientific estimate of the
21 general population's background risk of developing
22 testicular cancer?
23    MR. ROCHA:  Objection to form.
24    THE WITNESS:  Offhand, I would have to
25 look it up.

1 BY MR. HOPPER:
2    Q.  There's no analysis in your specific
3 causation reports of the general population's
4 background risk of developing testicular cancer,
5 right?
6    A.  I would have to look in my report.  The
7 specific causation is more comparing this exposure
8 to the -- make sure it's a known other causes or
9 other risk factors of testicular cancer.
10    Q.  Well, that's the direction I'm heading,
11 but I'm trying to lay a foundation here.
12    So take a minute, if you'd like, to look
13 at either of your specific causation reports.  But
14 I don't see any discussion of the general
15 population's background risk of developing any of
16 the cancers addressed in your report.
17    Please point me to a page and line, if
18 you disagree.
19    A.  I would have to look at -- so on page
20 18, I do talk about testicular seminoma is the
21 most common malignant tumor of the testes.  Median
22 age increased from 31 years to 41 years during a
23 40-year period in the study.
24    Yeah, I don't -- it might have been in
25 my causation report.

38 (Pages 146 - 149)

Page 150

1      In general, there's a certain -- about
2  60 percent of people don't get cancer and 40
3  percent do get it.  But specific to testicular
4  cancer, I would have to look it up.
5      I focused more on the other known
6  risk factors of testicular cancer.
7      Q.  Same question for any other type of
8  cancer addressed in your expert report.  Can you
9  point me to any background risk discussions?
10     A.  Well, I do talk about, in general, if
11  there's no known risk factors, the diagnosis is
12  called idiopathic, if there's no other known
13  risk factor cause of the cancer.
14     Q.  Okay.  Let's talk about idiopathic
15  causes.
16     In the general population, do you have a
17  scientific estimate of how often you believe
18  testicular cancer develops as a result of
19  idiopathic causes?
20     A.  Off the top of my head, I don't remember
21  the percent.
22     Q.  Is there anywhere in either your
23  specific causation initial report or your specific
24  causation rebuttal report where you scientifically
25  estimate how often you believe any of the cancer

Page 151

1  types in your expert report develop as a result of
2  idiopathic causes?
3      A.  That's not really relevant to my --
4  my -- the question here is do these chemicals or
5  mixture exposure to these five chemicals above
6  background, more likely than not, cause these
7  specific cancer -- cancers compared to the known
8  risk factors, rather than compared to other
9  unknown causes.  So that's where I focus on the
10  other known risk factors for these cancers.
11     Q.  Did you consider the possibility that
12  these plaintiffs' cancers could have developed as
13  a result of idiopathic causes?
14     A.  Yes.  If they didn't have -- if exposure
15  to these chemicals was not a significant
16  risk factor, as we've talked about, then that's a
17  possibility, that this cancer type could be
18  idiopathic.
19     But for the reasons in my report and
20  what we've talked about, the exposure to these
21  five chemicals as a mixture, more likely than not,
22  compared to the other risk factors, was the cause
23  of their cancers.
24     Q.  Okay.  Let's go back to my predicate
25  question, because it was a "yes" or "no" question,

Page 152

1  and I don't think I got a "yes" or "no" response.
2  So, "yes" or "no," is there anywhere in either of
3  your specific causation reports where you provide
4  a scientific estimate of how often you believe any
5  cancer you considered developed as a result of
6  idiopathic causes as compared to any known causes?
7      MR. ROCHA:  Objection to form.  Asked
8  and answered.
9      THE WITNESS:  You mean testicular
10  cancer, are you asking?
11  BY MR. HOPPER:
12     Q.  If you have it for testicular cancer,
13  please give me an answer for testicular cancer.
14  If you have it for any other type of cancer, I'm
15  interested in that too.
16     MR. ROCHA:  Same objections.
17     THE WITNESS:  No, I don't -- I don't
18  think I have the percent of idiopathic
19  cancer, because as I said, that wasn't
20  relevant to my analysis.
21  BY MR. HOPPER:
22     Q.  Okay.  And you don't have the percentage
23  of idiopathic causes for any of the cancers in
24  your expert report, right?
25     A.  The percent?  No, no.

Page 153

1      Q.  Do you have a scientific estimate of the
2  prevalence of PCE, TCE, styrene, hexavalent
3  chromium, or arsenic exposures among people
4  diagnosed with testicular cancer?
5      MR. ROCHA:  Objection to form.
6      THE WITNESS:  So if you're -- are you
7  talking about endogenous background levels of
8  these chemicals in everyday people?  Is
9  that --
10  BY MR. HOPPER:
11     Q.  Well, let's take those in turn.
12     So, first of all, do you have a
13  scientific estimate of the prevalence of PCE, TCE,
14  styrene, hexavalent chromium, or arsenic exposures
15  of any type among people diagnosed with testicular
16  cancer?
17     MR. ROCHA:  Objection to form.
18     MR. HOPPER:  What's the basis?
19     MR. ROCHA:  It's vague.
20  BY MR. HOPPER:
21     Q.  Do you understand the question,
22  Dr. Panigrahy?
23     A.  So to the studies that I cite, as I
24  mentioned before, we compare an exposure to
25  exogenous carcinogens, and then compare to the

Page 154

1  background levels in all of these studies, whether
2  it's human studies or animal studies or even
3  mechanistic studies.  So the appropriate
4  comparison is the exposure to these chemicals
5  compared to the background exposure.
6      Q.  And --
7      A.  Not --
8      Q.  My apologies.  Please finish your answer
9  if you would like.
10      A.  That's what I was saying.  So the
11  increase, more likely than not, was exposure to
12  these five genotoxic chemicals, was that more
13  likely than not the cause of these cancers?  We
14  compare that to background exposure of these
15  chemicals.
16      Q.  Okay.  And by "exogenous," you mean
17  external exposures, right?
18      A.  Yes, yes.
19      Q.  Do you have a scientific estimate of the
20  prevalence of exogenous or external PCE, TCE,
21  styrene, hexavalent chromium, or arsenic exposures
22  among people diagnosed with testicular cancer?
23      MR. ROCHA:  Same objections.
24      THE WITNESS:  Like I said, that's not --
25  no.  I would say no.

Page 155

1  BY MR. HOPPER:
2      Q.  Okay.  Thank you.
3      Same question for any of the other types
4  of cancers addressed in your expert report.
5      MR. ROCHA:  Same objection.
6      THE WITNESS:  There are some studies.
7  For example, arsenic and breast cancer in
8  Poland.  I studied a study where they
9  actually measured people, women, who were at
10  risk for breast cancer and found their blood
11  levels of arsenic were 13-fold higher.  So
12  I'm not sure if that -- there are some
13  studies relating the levels of these
14  chemicals to these cancer types.  But, in
15  general, I think the answer is no to your
16  question.
17  BY MR. HOPPER:
18      Q.  Do you have a scientific estimate of the
19  cancer risk attributable to any of the
20  risk factors you discussed for any of the cancers
21  addressed in your specific causation expert
22  reports?
23      A.  You're asking the other risk factors
24  that I mentioned?
25      Q.  Yes.  And we can do this for any

Page 156

1  risk factor.  So if you want to open up the
2  specific causation portion of your expert report
3  where you discussed different risk factors, please
4  do so.
5      My question is, do you have a scientific
6  estimate of the cancer risk attributable to any of
7  the risk factors you discussed in any of your
8  specific causation reports?
9      A.  Yeah.  So we can talk about, for
10  example, Hodgkin's lymphoma.  One of the two
11  risk factors can be Epstein-Barr virus and
12  immunosuppression.  And so in the studies that I
13  cite, the amount of risk is very small with some
14  of these risk factors.  And the difference is
15  these chemicals can cause these cancers, as
16  opposed to, for example, obesity.  Some studies
17  will say obesity may be associated with a small
18  increased risk of Hodgkin's lymphoma.  And then I
19  cited other studies which said the opposite, that
20  it was -- actually obesity was protective.
21      So we will -- we cite different
22  peer-reviewed publications that study each of
23  these risk factors and the particular cancer type.
24  And like, for example, breast cancer, one of the
25  clients, Ms. Sheen, you know, it compared this

Page 157

1  exposure of the five carcinogens to background to
2  other potential risk factors she may have had,
3  whether it's being on oral contraception and other
4  risk factors.
5      So those are cited in my report, about
6  these other risk factors.  But the big difference
7  is that these chemicals cause these cancers --
8  which as we mentioned before, how we can say that
9  is based on human evidence, animal evidence, and
10  mechanistic -- while these other risk factors that
11  I document in my report were small risk factors or
12  no risk factor at all.  Some of it may be like a
13  family, distant family relative who had a related
14  cancer.
15      Q.  Can you show me in your report where, if
16  anywhere, you say how much an Epstein-Barr virus
17  infection increases a person's risk of developing
18  any cancer?
19      A.  Yeah.  So as I mentioned, so we cite
20  papers that there will be a certain amount of
21  risk.  And it could be a small amount, whether
22  it's family history or -- I mean, we can go
23  through the report.  That's where we compare the
24  risk factors of these other cancers that these
25  clients had.  So whether it's family history or

40 (Pages 154 - 157)

1  obesity or, you know, being on oral contraceptive
2  pills, you know, like I said, each cancer we
3  compare what is known, the known risk factors.
4  For example, testicular cancer, if someone had an
5  undescended testicle. Epstein-Barr virus is for
6  Hodgkin's lymphoma. These are risk factors.
7      Immunosuppression is a big risk factor,
8  for example. If somebody is already
9  immunosuppressed, like had a transplant or is on
10  an immunosuppressant drug. So what I will do is
11  just look at the association of that risk factor
12  and this particular tumor type, and then compare
13  that to their risk factor being exposed to this
14  mixture of genotoxic chemicals above background.
15     Q. Sure. Let's go through your report.
16  You tell me where, page and line, you state how
17  much increased risk of developing any cancer
18  accompanies any risk factor that you considered.
19     A. So, for example, for Ms. Stone, page 13,
20  I go into her history, their past medical history,
21  past surgical history, and then say, "Ms. Stone
22  does not appear to have significant risk factors
23  for breast cancer other than her exposure to
24  Lockheed emissions. She has no history of breast
25  conditions, genetic mutations, early menstruation,

1  late menopause, post menopause, hormone therapy,
2  alcohol use, DS exposure, ovarian cancer." And
3  then I got into, "She does have a distant family
4  history, paternal aunt, but this is unlikely to be
5  a significant risk factor. According to the CDC,
6  having one second degree relative with a history
7  of breast cancer does not result in an increased
8  risk relative to the general population."
9      And then I go through the different
10  risk factors.
11     Q. I didn't hear you state any risk
12  quantifications. Is there anywhere in either of
13  your expert reports where you offer a
14  quantification of the degree of cancer risk posed
15  by any particular risk factor?
16     A. Yes. So -- correct. While there's no
17  number, this is, as we were talking before, the
18  important difference is that these risk factors
19  don't cause the cancer. So these chemicals that
20  we're talking about initiate and promote and will
21  stimulate cancer progression of these tumor types.
22     These chemicals -- these other
23  risk factors, whether it's being white, you know,
24  versus a certain race, or being obese, obesity
25  doesn't initiate the cancer in these types that

1  we're talking about here.
2      So that -- I don't have -- if you're
3  asking is there a certain percent that we
4  associate each of these risk factors, there's no
5  absolute number. That's what we do as scientists.
6  We compare --
7      First of all, this is like black and
8  white. This is like night and day. These are
9  chemicals that initiate cancer that we use in the
10  lab to initiate cancer, that we know from
11  epidemiology studies initiate cancer. And then
12  really, we know from -- well, some of these
13  chemicals, hexavalent chromium, arsenic, are
14  actually used -- we use them in the lab to
15  simulate, like, for example, oxidative stress and
16  genotoxicity. So we know that these chemicals are
17  involved in the initiation of cancer. That's
18  where I get into the key characteristics. And, in
19  fact, certain labs routinely use some of these
20  chemicals to study and initiate cancer.
21      The difference with these other
22  risk factors, like I mentioned, obesity, being a
23  certain race or -- or some of these other
24  risk factors, they're associated with either an
25  increased risk or even a decreased risk. Like

1  obesity can actually be protective in some
2  studies. So that's very different from initiation
3  and causation of cancer, when you have these
4  chemicals that can initiate cancer.
5      Q. So is it fair to say you have not
6  attempted to quantify the relative contribution of
7  any of the plaintiffs' risk factors?
8      A. So what we do in science is a relative
9  differential quantification. We will say, Is it
10  more likely than not that exposure to five
11  genotoxic carcinogens initiated and promoted the
12  cancer, as opposed to someone being obese with a
13  particular cancer type? And we will compare the
14  relative likelihood or risk of each of these
15  risk factors.
16      That's what specific causation is all
17  about. We take what was the risk of being exposed
18  to this mixture over background, compared to what
19  their other risk factors were.
20      And there are some cases where, if you
21  have a strong genetic history, where if you're,
22  for example, a mother or sister had breast cancer,
23  or if you had a certain gene, like BRCA or, you
24  know, those are -- there are certain levels of
25  higher and lower risk.

41 (Pages 158 - 161)

Page 162

1     So we can just talk about individual --
2 these individual risk factors.  There's none of
3 the clients that had any significant -- well, like
4 I mentioned, the exposure to the five chemicals
5 being a significant risk factor for these cancer
6 types.  None of the clients had, in any of the
7 tumor types, what I would call a substantial
8 significant risk factor for that cancer type.
9     Q.   You testified today that you did not
10 quantify the risk posed by Dr. Sahu's model
11 levels, nor did you quantify the risk posed by any
12 risk factor, right?
13         MR. ROCHA:  Objection to form.
14         THE WITNESS:  Well, what I'm saying is,
15 first of all, we have a quantification where
16 he does have a certain comparison of the
17 level of the carcinogens, whether it's a
18 hundredfold to a thousandfold higher with
19 hexavalent chromium, styrene, you know, and
20 in PCE, TCE, twofold higher.  But then in my
21 specific causation report, what's important
22 is these clients each -- I have the exact
23 number of years they worked at the Golf
24 Channel.
25     So as I mentioned, exposure to

Page 163

1 carcinogens is not only the level but the
2 duration that you're exposed to.  And the
3 exact amount that they are -- the number of
4 years they are exposed to in some cases was
5 20 years, 19 years.  And the exact years that
6 they worked at the Golf Channel are in the
7 specific causation report.
8     So it's not just that Dr. Sahu, you
9 know, modeled that the exposure levels of
10 these carcinogens was over a hundredfold
11 higher in some of these carcinogens, even up
12 to a thousandfold higher, but the duration of
13 being exposed to these carcinogens is in
14 years and up to 20, 25 years in some of these
15 cases.
16 BY MR. HOPPER:
17     Q.   You're characterizing your analysis as a
18 quantitative comparison, the cancer risk posed by
19 different possible causes, right?
20         MR. ROCHA:  Object to form.
21         THE WITNESS:  Correct.
22 BY MR. HOPPER:
23     Q.   So you would need to know in order to
24 perform that quantitative comparison, how much
25 risk is posed by each of the potential causes

Page 164

1 you're considering, right?
2     A.   No.  That's what I'm saying, is we're
3 comparing a couple things.  One is these chemicals
4 initiate cancer; they cause cancer.  These other
5 risk factors, we know from the lab, for example,
6 if we make mice obese, we don't get spontaneous
7 cancers.  Obesity does not initiate the cancer.
8 But we know in the lab, for example, we expose
9 animals to those five carcinogens, we get these
10 tumor types in the specific causation.
11     So using the word "causation," we --
12 that's where we have to -- because epidemiology
13 studies are the gold standard in what we ideally
14 do.  But in epidemiology studies, to say a
15 chemical caused that cancer, we use all three
16 methods of evidence -- human, animal, and
17 mechanistic.
18     And so the difference with these
19 chemicals and why it's -- I wouldn't even try to
20 do a quantification, because these other
21 risk factors don't initiate cancer.  So obesity
22 doesn't initiate cancer, you know.  The other,
23 being white, for example.  Some of these clients,
24 their race, even though there may be some studies
25 saying a certain race has a certain association

Page 165

1 with the cancer, that doesn't cause cancer, you
2 know.  Being white or a certain race didn't
3 initiate the cancer.  In contrast, exposure to
4 these five genotoxic carcinogens initiates these
5 types of cancers.
6     Q.   Can you show me anywhere in your report
7 where you have tried to quantitatively compare the
8 likelihood that any plaintiff's cancer developed
9 as a result of PCE, TCE, styrene, hexavalent
10 chromium, or arsenic exposures as a result -- as
11 opposed to the likelihood that the plaintiff's
12 cancer developed for any other reason, including
13 idiopathic causes?
14     A.   That's where, as I said before, I don't
15 do -- give a certain number to each of these
16 risk factors, because the initiation of cancer in
17 these chemicals is not performed by these other
18 risk factors.  And the risk factors that were --
19 that I -- and the details are in the report, of
20 obesity, for example, for Hodgkin's lymphoma,
21 is -- there's mixed studies.  It's not even.  Some
22 studies show that obesity is protective.  So you
23 can't even begin to compare a risk factor like
24 obesity compared to being exposed to these five
25 genotoxic carcinogens above background.

42 (Pages 162 - 165)

1        And, as I said, before, this is called
2    concordance.  When a chemical causes a certain
3    tumor type in animals and increases the risk in
4    humans, that's what we call concordance.
5        In this case, we have five chemicals
6    that cause each of these cancer types in animals
7    and in people.  And then on top of that, we have
8    the mechanistic evidence, which I detailed in the
9    report with the key characteristics.
10       So we're trying to compare chemicals
11   that initiate cancer over background versus these
12   other factors, which are -- which are only -- with
13   the studies I cite, support that there is only a
14   small association of these cancers with that
15   particular risk factor, if anything, and in some
16   risk factors it's actually protective.
17       Q.  Let me try to simplify this.  Let's
18   focus on idiopathic causes for these cancers.
19   Right?
20       A.  Okay.
21       Q.  So you don't know, you said, how often
22   these cancers are caused idiopathically, right?
23       MR. ROCHA:  Objection to form.
24       THE WITNESS:  There is a certain percent
25   of cases where -- that are -- if we don't

1    know that cancer, if there's a no-known
2    risk factor, a no-known exposure to
3    carcinogens, that we call it by definition
4    idiopathic.
5    BY MR. HOPPER:
6        Q.  Okay.  So show me in your report, page
7    and line, anywhere where you have attempted to
8    compare the risk that these plaintiffs would have
9    developed their cancers idiopathically with the
10   risk that they developed these cancers as a result
11   of exposure to the substances modeled by Dr. Sahu?
12       MR. ROCHA:  Objection to form.  Asked
13   and answered.
14       THE WITNESS:  Yeah.  As I mentioned, the
15   process of specific causation automatically
16   takes into account idiopathic.  Because if I
17   put together -- if I study a group of
18   chemicals that are benign and don't cause
19   cancer and they could be, you know, not
20   leading to these specific causes of cancer,
21   if that's not more likely than not a cause of
22   these cancers, then I would compare that to
23   the known risk factors.  And then if we -- if
24   it's not likely that these chemicals cause
25   these cancers and there's no known

1    risk factors that are strong, by definition,
2    we call it idiopathic.
3        So the percent of idiopathic cancers,
4    really, is -- that's not the question here.
5    The question here is does the -- do these
6    clients, their specific cancers caused by
7    this higher -- this incredibly high amount of
8    really toxic pollutants that are -- cause
9    cancer already, initiate and promote cancer
10   above background, is that more likely than
11   not the cause of these cancers compared to
12   their already known risk factors.
13   BY MR. HOPPER:
14       Q.  Right.
15       A.  And by definition, idiopathic just means
16   if we think, as a scientist, that exposure to a
17   certain chemical doesn't cause that cancer, and
18   they have minimal risk factor or no risk factors,
19   we call that, by definition, idiopathic.
20       Q.  Are you saying you're discounting the
21   possibility that these plaintiffs would have
22   developed their cancers, regardless of any
23   exposures, because Dr. Sahu modeled that they
24   experienced these exposures?
25       MR. ROCHA:  Objection to form.

1        THE WITNESS:  No.  I'm not -- to
2    clarify, what I'm saying is I didn't see
3    anything in their histories, in their medical
4    records or anything, that these cancer types
5    would have been more likely than not caused
6    by some other exposure or some other reason.
7    And because it's more likely than not, as I
8    mentioned, these chemicals, they cause breast
9    cancer, they cause lymphoma, they cause
10   testicular cancer in animals, in the
11   epidemiological studies, and the mechanistic
12   studies.
13       So that's how, as a scientist, we
14   conclude that more likely than not the
15   mixture of these chemicals cause these type
16   of cancers compared to their known
17   risk factors.
18   BY MR. HOPPER:
19       Q.  Is there anywhere in your expert
20   reports, the specific causation expert reports, or
21   any of your expert reports, where you attempt to
22   quantify the excess risk over background posed by
23   the concentrations modeled by Dr. Sahu?
24       MR. ROCHA:  Objection to form.  Asked
25   and answered.

43 (Pages 166 - 169)

Page 170

1    THE WITNESS:  So as I focus on rather
2  than a certain number, the important part is,
3  over background, it was a hundredfold
4  increase of styrene, hexavalent chromium, and
5  PCE and TCE -- PCE and TCE were over twofold.
6  So it's that level of difference along with
7  the fact these clients worked at the Golf
8  Channel for years, some of them 20 years, 19
9  years.  That duration of being exposed to a
10  huge amount of the genotoxic carcinogens and
11  the fact that these carcinogens caused these
12  cancer types we know in the lab, that's
13  indisputable, you know.  That's, you know,
14  when we come -- that's where, when we do
15  specific causation, we don't need to have a
16  particular number.  We look at what's the
17  risk -- I gave an example of obesity or
18  Epstein-Barr virus or being on contraceptive
19  pills, or other risk factors for cancers --
20  it's night and day difference.  These
21  chemicals initiate and cause these cancer
22  types, while these other risk factors -- many
23  of the sites will just say there's a small
24  increased risk of that particular cancer.
25  But that's very different from causation,

Page 171

1  where these chemicals have been shown in the
2  lab and in human studies to cause the cancer,
3  as opposed to an increased risk of some of
4  these other cancer -- these other
5  risk factors.
6    And also, these risk factors, what I
7  cite in my report, a lot of time it's just a
8  small amount of increased risk as opposed to
9  cancer causation, which I detail in the
10  report.
11  BY MR. HOPPER:
12   Q.  Okay.  Your expert report is supposed to
13  have the opinions that you're going to offer at
14  trial and the reasons and the bases for those
15  opinions, right?
16   A.  Correct.
17   Q.  And you understand that I'm entitled to
18  try to make sure that I understand what your
19  testimony at trial is going to be.  Do you
20  understand that?
21   A.  Correct.
22   Q.  So I have asked a very specific
23  question.  It's about quantification.
24    Do you understand that?
25   A.  Yes.

Page 172

1    Q.  So my question is -- is there
2  anywhere in the -- listen to the whole question,
3  please.  My question is, is there anywhere in your
4  expert reports where you believe you have
5  quantified excess cancer risk over background
6  attributable to the concentrations modeled by
7  Dr. Sahu?  If the answer is "no," you didn't
8  quantify it, please tell me.  If the answer is
9  "yes," I want you to the point me to the page and
10  line.
11    MR. ROCHA:  Objection to form.  Asked
12  and answered.
13    THE WITNESS:  Yeah.  I think the answer
14  is no.  And I said it's because of the
15  increased levels and the duration of the --
16  of these clients being exposed to those
17  chemicals over a long period of time.
18  BY MR. HOPPER:
19   Q.  Okay.  Let's talk about genotoxicity.
20    Do you believe that PCE, TCE, styrene,
21  hexavalent chromium, and arsenic are the only
22  substances with genotoxic characteristics?
23   A.  No.  There are other genotoxic
24  chemicals.
25   Q.  As compared to all of those other

Page 173

1  genotoxic chemicals, do you believe that PCE, TCE,
2  styrene, hexavalent chromium, and arsenic have
3  unique genotoxic characteristics that make them
4  capable of causing the cancers addressed in your
5  expert report as opposed --
6    MR. ROCHA:  Objection.  Sorry, go ahead.
7  BY MR. HOPPER:
8   Q.  -- as opposed to all other genotoxic
9  substances?
10    MR. ROCHA:  Objection to form.
11    THE WITNESS:  In the records, I didn't
12  see any other evidence that an exposure to --
13  a significant exposure to another genotoxic
14  carcinogen would have caused these cancers.
15    So in all the literature and the records
16  that I have read, I only saw exposure to
17  these five genotoxic carcinogens.  I did not
18  see any significant exposure to any other
19  genotoxic carcinogens that these people would
20  have been exposed to.
21  BY MR. HOPPER:
22   Q.  Do you believe that any substance with
23  genotoxic characteristics would be capable of
24  causing the cancers addressed in your expert
25  report?

44 (Pages 170 - 173)

Page 174

1      A.   I would have to look at the particular
2  chemical and then look at the -- as the same
3  methodology I used in this case, I would look at
4  the epidemiology studies, the animal studies, the
5  mechanistic studies.  So I would have to look at
6  the particular chemical.
7           In this case, I looked at -- I didn't
8  see any other exposure, as I said, to any other
9  genotoxic chemicals that was any significant
10 exposure.
11     Q.   Did you evaluate whether the plaintiffs
12 addressed in your expert report were ever exposed
13 to PCE, TCE, styrene, hexavalent chromium, and
14 arsenic from external sources other than
15 Lockheed Martin's Sand Lake Road Complex?
16     A.   That -- that's what the background
17 exposure takes into account.  So in the -- are you
18 talking about these specific clients?
19     Q.   Yes.
20     A.   Oh.  So the amount of exposure you would
21 get from these chemicals, whether it's in the food
22 or drinking water in the state of Florida, if
23 these clients were in India or Taiwan or Argentina
24 or Chile or Poland or Romania or, you know,
25 depending on the -- that's where specific

Page 175

1  causation.  We look at everything, where they
2  lived.  In the United States, arsenic in rice, for
3  example, not a problem for a hundred years.
4  Arsenic in Asia, you know, it can be an issue.
5           But there's multiple things we look at.
6  It's not just a certain chemical.  How is it
7  bioavailable.  Is it inhaled?  Is it -- you know,
8  like I mentioned, hexavalent chromium, even though
9  there can be a little bit in the food, it's
10 reduced in the GI tract to chromium III.
11          So that's where I carefully looked at
12 any other exposure to whether it's in the diet or
13 anything.  That's -- compared to this significant
14 exposure, the amount of these chemicals, for
15 example, that would be in their diet is minuscule
16 and is not -- it's benign compared to the type of
17 exposure that these clients were exposed from the
18 toxic pollution, the pollutants.
19     Q.   Do I understand you correctly that you
20 are characterizing all of these plaintiffs' other
21 exposures, all of the other exposures to PCE, TCE,
22 styrene, hexavalent chromium, and arsenic as
23 background exposure?
24          In other words, let me rephrase that.
25 Are you characterizing every exposure to those

Page 176

1  substances, other than those exposures modeled by
2  Dr. Sahu, as background levels of these
3  substances?
4      A.   Yes.  The important thing here, these
5  are exogenous compounds.  That means they were
6  delivered from externally and the body was exposed
7  to them.
8           So what's important here is that
9  Dr. Sahu had a background that he compared to,
10 these clients, to the background exposure levels.
11          The background level takes into account
12 carcinogens that, you know, our body can --
13 fortunately, we have host immune systems and DNA
14 repair enzymes and inflammatory mechanisms that
15 will clear many of these chemicals when they
16 are -- when we're exposed to them.
17          So that's why the important part here is
18 that the exposure from the exogenous external
19 amount of these carcinogens was much, much higher
20 than the background levels of these carcinogens.
21 And the background level takes into account what
22 somebody would naturally be exposed to.
23     Q.   Do you know Dr. Sahu's background
24 concentrations were modeled from parts of the
25 state in different cities, not at the Golf Channel

Page 177

1  location?
2      A.   Yes.
3      Q.   Does that affect your analysis at all?
4      A.   No.  That's a valid comparison of what
5  the background levels were.
6      Q.   What makes you think modeled
7  concentrations in Duval County are comparable to
8  what people at the Golf Channel would have
9  experienced?
10     A.   Because that's where -- that's within
11 the vicinity --
12          A couple things.  First, this is
13 Florida.  So these carcinogens we're talking
14 about, like arsenic, you know, the high levels
15 are, like I mentioned, the really high levels in
16 the drinking waiter and rice is more of an
17 issue in other parts of the world.
18          And second, the back -- the important
19 thing here is it's the exogenous concentrations
20 compared to what's background.  And in our body,
21 for background, we have, like I mentioned, repair,
22 DNA repair systems and stuff that can take care of
23 background levels in the United States.
24          Like I mentioned, rice.  People have
25 been eating rice in the United States for a

45 (Pages 174 - 177)

Page 178

1  hundred years with no issues. So we just have to
2  go each carcinogen.
3       Each of the five chemicals, I look at
4  other -- I do consider there is an endogenous
5  level of this carcinogen causes the cancer.
6  That's just part of the process. But the answer
7  is no for multiple biological reasons. And then
8  second, it's the external exogenous levels that
9  these clients were exposed to by the -- by the
10 pollutants compared to the background level.
11      Q.  Do I understand your testimony correctly
12 that there are external levels of exposures to
13 these substances that you believe the body's DNA
14 repair mechanisms could account for?
15      A.  Well, I would have to look at a specific
16 example. If you are living in Beijing and you
17 have a lot of the air pollution, yes, there is a
18 certain amount -- and you're talking about lung
19 cancer, you know, there's a certain amount that
20 the --
21      What happens, and we know this from
22 multiply studies, is that exogenous carcinogens
23 will overwhelm the body's natural defense
24 mechanisms. And especially we know that a mixture
25 of carcinogens, as I mentioned for the reasons

Page 179

1  before, having all 10 key characteristics, that
2  can disrupt the natural host body immune system.
3       So we have immune systems, for example,
4  T cells and stuff in our body that fight the
5  cancer. But these carcinogens by inducing DNA
6  damage and impairing DNA repair, proliferation,
7  the vascular supply, which feeds the cancers, by
8  affecting these, carcinogens, the exogenous
9  exposure to these carcinogens can overwhelm the
10 body's system.
11      So I did look for any other evidence
12 that these clients may have been exposed to other
13 genotoxic or exogenous carcinogens, and I didn't
14 see any.
15      Q.  So not all levels of the -- excuse me.
16 Not all of levels of the exogenous exposures to
17 genotoxic carcinogens overwhelm the body's DNA
18 repair mechanisms, right? That's the point you're
19 making about background concentrations, right?
20      MR. ROCHA:  Objection to form.
21      THE WITNESS:  The point is that when you
22 have -- when you have an increased exogenous
23 exposure to, in this case, five genotoxic --
24 and they're not just not genotoxic. Like
25 it's -- it could be immunosuppression,

Page 180

1  chronic inflammation, proliferation. That
2  system together, by working together, will --
3  right you have an increased chance of --
4  dramatically of overcoming the body's repair
5  system.
6       So that -- I mean, the details are in
7  the report, with the key characteristics of
8  how that works.
9  BY MR. HOPPER:
10      Q.  So Dr. Sahu has in his expert report
11 modeled concentrations of these five genotoxic
12 substances that he says the plaintiffs would have
13 been exposed to regardless of operations at
14 Lockheed Martin's Sand Lake Road Complex, right?
15      A.  Right. He has a background, what people
16 who were not exposed to these Lockheed Martin
17 emissions, what they would have been exposed to.
18 That's the background.
19      Q.  Okay. And is it your opinion today that
20 you believe the body's DNA repair mechanisms are
21 capable of accounting for genotoxic exposures at
22 or below Dr. Sahu's modeled background
23 concentrations of these substances?
24      MR. ROCHA:  Objection to form.
25      THE WITNESS:  So what we know is that

Page 181

1  the exposure to these genotoxic carcinogens
2  above background -- and in this case,
3  significant, hundredfold higher exposure --
4  through the key characteristics can -- there
5  are ways that the -- and whether it's
6  impaired DNA repair, chronic inflammation,
7  immunosuppression, proliferation, that these
8  carcinogens can cause these type of cancers.
9       But it's not just the mechanism. We
10 know from human studies and animal studies
11 that these five carcinogens cause these
12 specific cancers that we're talking about in
13 the specific causation case. So that's why I
14 mentioned, not only do we have concordance
15 that these chemicals initiate and cause these
16 type of cancers, but we also have the biology
17 and the mechanism through the key
18 characteristics, how they can interact with
19 these -- not only individually these
20 chemicals can cause the cancer, but really
21 interact and make the mixture even worse than
22 each of the individual carcinogens.
23 BY MR. HOPPER:
24      Q.  Okay. I need you to start listening
25 more carefully to my questions, please, and answer

46 (Pages 178 - 181)

Page 182

1  the questions I ask rather than giving these
2  speeches, or we're going to be here for a very
3  long time. Okay?
4      A.  Sorry.
5          MR. HOPPER: So can you go, Jerame, back
6  to Dr. Sahu's expert report -- I believe it
7  was Exhibit 8 -- and turn to page 84 of the
8  PDF.
9          MR. LEIPFINGER (Veritext Tech): Did you
10  say Exhibit 8, Counsel?
11         MR. HOPPER: Yes, thank you.
12         MR. LEIPFINGER (Veritext Tech): What
13  page was that?
14         MR. HOPPER: Eighty-four please.
15  BY MR. HOPPER:
16     Q.  Okay. 84 of the PDF. You were on the
17  right page. It's page 80 of -- yeah.
18     Can you expand Table 21, please, Jerame?
19     Okay. Dr. Panigrahy, Table 21 of
20  Dr. Sahu's report is where he discloses in
21  micrograms per cubic meter --
22     A.  Sorry. I'm on page 84, but I don't see
23  a chart.
24     Q.  Page 80 of the report, page 84 of the
25  PDF.

Page 183

1      A.  Yeah. I'm on page 84 of the PDF. I
2  don't see a chart.
3      Q.  Can you see the screen?
4      A.  Maybe I'll just go from your screen,
5  then. I was bringing it up. Okay. I see it.
6  Yeah.
7      Q.  Okay. On Table 21, this is where
8  Dr. Sahu expresses in micrograms per cubic meter
9  what he used as background concentrations of the
10  five genotoxic substances you discussed in your
11  specific causation report, right?
12     A.  Correct.
13     Q.  Have you ever looked at these levels
14  before?
15     A.  Yes, I did, you know, look at his
16  report. I mean, I --
17     Q.  So is it, do I understand your opinion,
18  then, that you're saying that the levels of these
19  five substances expressed in Table 21 are too low
20  to overwhelm the body's DNA repair mechanisms?
21         MR. ROCHA: Objection to form.
22         THE WITNESS: No. What we focus on is
23  that -- the important thing is the difference
24  between exogenous exposure to these
25  concentrations. So the full difference of

Page 184

1  what these clients were, unfortunately,
2  exposed to, that's what we focus on, compared
3  to background.
4      The question in this is not that
5  background concentrations, you know, caused
6  this cancer. It's the difference between the
7  exogenous and the exposure to these
8  carcinogens, the external exposure and the
9  full difference, and the duration, the number
10  of the years they worked at the Golf Channel.
11  That's what I focused on.
12  BY MR. HOPPER:
13     Q.  Are you saying the body's DNA repair
14  mechanisms stop working as soon as somebody is
15  exposed to even a molecule more than the
16  micrograms per cubic meter of these substances you
17  see in Table 21?
18         MR. ROCHA: Objection to form.
19  Mischaracterizes his testimony.
20         THE WITNESS: No. And that's what we
21  were saying before. Even though a molecule
22  can, in theory, initiate a mutation to
23  initiate a cancer, the risk of that is what
24  we like to say is infinitesimal, infinitely
25  very, very small.

Page 185

1      So if Dr. Sahu had concluded it was only
2  a few molecule difference between the
3  exposure and the background, that would be a
4  different story.
5      Because he has done the modeling and
6  shown that the full difference is over a
7  hundredfold higher, even up to a
8  thousandfold in certain of these carcinogens,
9  and even TCE and PCE was twofold higher, we
10  know that's a significant difference.
11     And then also, it's not just the
12  exposure difference, it's the number of years
13  duration. These clients worked for -- and
14  the exact years are in my specific causation
15  report. Some were 20 years, 19 years, 25
16  years. So it's the duration of the exposure
17  to these chemicals.
18  BY MR. HOPPER:
19     Q.  Okay. I'm going to ask you a question
20  that's not about a relative comparison of what you
21  consider background to anything else.
22     Just looking at the concentrations of
23  these substances listed in Table 21, do you have a
24  scientifically reliable opinion about whether and
25  to what extent the body has DNA repair mechanisms

47 (Pages 182 - 185)

Page 186

1 capable of accounting for DNA damage caused by
2 these substances at or below these levels for any
3 period of time?
4      MR. ROCHA: Objection to form. Asked
5 and answered.
6      THE WITNESS: I just want to make sure I
7 answer the question. Can you say the
8 question one more time?
9 BY MR. HOPPER:
10     Q. Just looking at the concentrations of
11 the substances in this Table 21, do you have a
12 scientifically reliable opinion regarding whether
13 the body's DNA repair mechanisms are capable of
14 accounting for genetic damage caused by exposure
15 to these substances at these concentrations for
16 any period of time?
17     MR. ROCHA: Object to form.
18     THE WITNESS: No. We didn't -- that's
19 not something we would look at. Because,
20 first of all, like DNA damage and DNA repair
21 is only one key characteristic. We would
22 have to look at inflammation readouts,
23 immunosuppression readouts, proliferation
24 readouts, epigenetics, you know, and the key
25 characteristics as far as biological

Page 187

1 mechanisms, how these carcinogens can cause
2 these cancers.
3      But that's not the question here. The
4 question is, here, is does exogenous exposure
5 to these chemicals above background -- and in
6 this case, very high levels above
7 background -- does that lead, more likely
8 than not, to these cancer types.
9 BY MR. HOPPER:
10     Q. Is it your opinion that the dose of a
11 substance affects the body's ability to the
12 body's -- excuse me.
13     Is it your opinion that the dose of a
14 substance affects the body's ability to use its
15 DNA repair mechanisms?
16     A. As I mentioned, yes, dose isn't -- can
17 be important. Duration of the exposure. As we --
18 we know that the exposure of a particular
19 carcinogen is dependent on the dose and the
20 duration. And because these are genotoxic
21 carcinogens, which we mentioned before, are linear
22 sub-threshold, that increasing dose and increasing
23 duration would suggest an increased risk of these
24 cancer types.
25     Q. Did you do anything to model the body's

Page 188

1 capacity to repair DNA damage at different doses
2 of the substances addressed in Table 21 of
3 Dr. Sahu's report?
4      MR. ROCHA: Objection to form.
5      THE WITNESS: No. As I mentioned, I
6 wouldn't -- that wouldn't be a scientific
7 tool I would use, because it would -- as I
8 mentioned, even DNA repair is only one of the
9 10 key characteristics. These -- if I was to
10 try to even -- even in this hypothetical,
11 which I wouldn't do, but let's say I did try
12 to take this concentration and look, was this
13 relevant in these people with background
14 levels and endogenous exposure, what's --
15 what they're normally exposed to, for your
16 question with DNA repair, that's only one of
17 10 key characteristics. We'd have to look at
18 proliferation, immunosuppression, chronic
19 inflammation, and other readouts of how these
20 carcinogens are metabolized.
21     But we don't do that. As I said before,
22 we look at -- it's the exogenous carcinogen
23 difference between an exogenous and
24 endogenous.
25     And, in fact, there's a whole field on

Page 189

1 this -- which I don't think we want to get
2 into -- but exogenous carcinogens act
3 differently from endogenous carcinogens.
4      So if you're asking, Do these people
5 with background levels, is this level, you
6 know, biologically relevant? That's how
7 we -- when we study endogenous carcinogens,
8 that's a whole different -- our body does
9 have repair systems and ways we overcome
10 that, whether it's the immune system or
11 certain immune cells will clear the
12 inflammation.
13     But that's not the question here. The
14 question isn't do background people get these
15 type of cancers. The question is do -- is
16 these people who, unfortunately, were exposed
17 to high levels of these five chemical
18 carcinogens, have an increased -- more likely
19 than not, an increased chance of getting
20 these specific cancers.
21     So we focus as a field on exogenous
22 carcinogens.
23     MR. HOPPER: You can take this down,
24 Jerame.
25 BY MR. HOPPER:

48 (Pages 186 - 189)

Page 190

1    Q.  Okay.  I'm going to ask you a few
2  questions about your synergy opinions.  Please
3  listen very carefully to my questions and try to
4  answer them directly.  Okay?
5        Are you aware of any studies cited in
6  your expert reports that demonstrate synergistic
7  effects, meaning more than additive effects, for
8  the mixture of the five chemical substances in
9  this case?
10    A.  Can you say that one more time?
11    Q.  Sure.
12        Are you aware of any studies cited in
13  your expert reports that demonstrate synergistic
14  effects for any mixture of the five substances on
15  which you offer specific causation opinions?
16    A.  There is no study that I cited that uses
17  these exact five carcinogens.  But as I mentioned
18  before, for example, I cite studies that use
19  arsenic and other carcinogens and mixtures of
20  other carcinogens.  And so we, as a scientist,
21  even though we don't have the exact mixture of
22  these five carcinogens, by using peer-reviewed
23  studies on how other mixtures with carcinogens
24  act, we can more likely than not say that a
25  mixture is worse than either additive or

Page 191

1  synergistic effects.
2    Q.  Do you cite any studies in your specific
3  causation reports that indicate how common
4  synergistic relationships are between chemicals?
5    A.  I didn't give a certain percent, if
6  that's what you're asking.  I cited studies -- and
7  there's Goodson and a couple other studies, for
8  example, arsenic and smoking and arsenic and a
9  couple other carcinogens.  And the science
10  publication that I cited had, I think, 15
11  chemicals, and that, basically, the mixture is
12  more toxic than the individual chemicals.
13    Q.  If you're referring to the study where
14  you cited 14 different chemicals, the only
15  chemical in this case was TCE, right?
16    MR. ROCHA:  Objection to form.
17    THE WITNESS:  Yes, correct.  There is
18  some mixture studies these that I cite that
19  don't include these five chemicals.  And
20  that's where we learn from science, we learn
21  from similar studies where they will put
22  together a mixture of carcinogens and show
23  that the pro-cancer effect is worse.
24        As I mentioned, I did cite -- there were
25  a few with arsenic -- off the top of my head,

Page 192

1  arsenic and smoking and arsenic and a couple
2  other carcinogens.  I did cite a study that
3  did show, I think it was TCE and PCE, that
4  the levels -- that each carcinogen can make
5  the other carcinogen worse.  And that's
6  where it gets into the key characteristics
7  that I was talking about.
8  BY MR. HOPPER:
9    Q.  Can you point me to that TCE and PCE
10  study you just mentioned?
11    A.  Yeah.  There is one with -- I mean, I
12  have to go back -- I mean, my general causation
13  report is like a thousand references.
14        So I think for the TCE and PCE one, it
15  shows that the toxicity of one of the chemicals
16  was increased by 10 percent when there was a
17  combination of TCE and PCE.
18        But what's more relevant to this case is
19  like the mixtures of -- that I cited, like Goodson
20  and a couple other papers, that the pro-cancer
21  activity is worse than the individual chemicals.
22    Q.  Chemicals can have an antagonistic
23  relationship regarding toxicity, right?
24    A.  Correct.  So yeah.  So, but because
25  these chemicals, as I mentioned, have seven or

Page 193

1  eight key characteristics, each of them, so those
2  mechanisms of how they can promote cancer is
3  pro-cancer.  Now, if there's a chemical that's
4  anti-inflammatory, that protects -- that
5  stimulates the immune system in a good way, or
6  repairs DNA, then a chemical can have an antitumor
7  effect.
8        I don't -- I don't have any studies
9  where a mixture of these type of carcinogens
10  where, instead of being additive or synergistic,
11  where they would be the antagonistic.
12    Q.  For the animal toxicology studies you
13  cite in your report, did you use any scientific
14  methodology in your report to convert doses that
15  elicit responses in animals to doses that would be
16  expected to elicit the same response in humans?
17    A.  For genotoxic -- the answer is no.  We
18  can get into reasons for that, if you want.
19    Q.  Sure.  If you --
20    A.  Yeah.  So when we translate from animals
21  to humans with genotoxic carcinogens, it's more we
22  know -- because there's a linear non-threshold, we
23  know it's really the dose and the duration.  So
24  that's where I focus on, rather than a certain
25  number for each of these chemicals.  It's more

Page 194

1  that the -- the exposure to each of these
2  chemicals was over a hundredfold higher or twofold
3  higher or a thousandfold higher to background, and
4  then the duration was in years. So that's the
5  important determinate of more likely than not
6  could these chemicals cause cancer.
7      Q. Okay. Let's talk about different routes
8  of exposure. Okay?
9      A. Uh-huh (indicates affirmatively).
10     MR. ROCHA: Ryan, is this a good time to
11  take a break? I think we've been going about
12  an hour.
13     MR. HOPPER: Yeah. Thanks for that
14  reminder. I had lost track.
15     MR. LEIPFINGER (Veritext Tech): Going
16  off the video at 2:08. This ends Media
17  Unit 4.
18     (A recess was taken.)
19     MR. LEIPFINGER (Veritext Tech): We're
20  back on video at 2:14. This begins Media
21  Unit 5.
22     MR. HOPPER: Welcome back,
23  Dr. Panigrahy.
24     THE WITNESS: Thank you.
25     MR. HOPPER: Jerame, can you introduce,

Page 195

1      please, Tab 11, which should be the Axelson
2      1978 study. Thank you.
3      (Exhibit No. 11 was marked for
4      identification.)
5  BY MR. HOPPER:
6      Q. Dr. Panigrahy, when we spoke earlier
7  today, you mentioned that quantification was an
8  important component of your assessment of
9  epidemiological studies, right? Quantification of
10 exposure?
11     A. Correct.
12     Q. This is an Axelson 1978 study that you
13 cited in your initial specific causation report.
14 It's a case controlled study of Swedish copper
15 smelter workers.
16     Do you remember this?
17     A. I'm just looking through. I believe so,
18 yes.
19     Q. The authors compared cancer mortality
20 rates with arsenic exposure levels, right?
21     A. Just looking through for a second.
22     Q. Take your time. Let me know when you're
23 ready, please.
24     A. Yes, yeah.
25     Q. The primary cancer discussed, the one

Page 196

1  with the highest increased incidence was lung
2  cancer, right?
3      A. Correct.
4      MR. HOPPER: Let's turn to page 9 of the
5      study, which is page 2 of the PDF, Jerame.
6      Jerame, can you go to the next page, please?
7      Thank you. And expand the highlighted text.
8  BY MR. HOPPER:
9      Q. The authors estimated three different
10 arsenic exposure levels, those considerably below
11 0.5 milligrams per cubic meter, those near but not
12 exceeding 0.5 milligrams per cubic meter, and
13 those exceeding 0.5 milligrams per cubic meter,
14 right?
15     A. Yes.
16     MR. HOPPER: Jerame, can you turn to
17     page 14 of the study, which is page 7 of the
18     PDF? There we go.
19 BY MR. HOPPER:
20     Q. In the upper left-hand corner of the
21 page, the authors write, "The data of the study
22 are too scanty to permit any conclusions with
23 regard to the lung cancer effect of arsenic
24 exposure at a level of 0.5 milligrams per cubic
25 meter or below." Right?

Page 197

1      A. Yes.
2      Q. There are 1000 micrograms in a
3  milligram, right?
4      A. Correct.
5      Q. So 0.5 milligrams per cubic meter per
6  cubic liter addressed in the Axelson 1978 equates
7  to 500 micrograms per cubic meter, right?
8      A. Yes.
9      MR. HOPPER: Jerame, can you introduce
10     Exhibit 12, please?
11     (Exhibit No. 12 was marked for
12     identification.)
13 BY MR. HOPPER:
14     Q. This is a demonstrative we prepared to
15 assist our discussion.
16     Can you expand this, Jerame?
17     So you see in the center of the table
18 here, we've reiterated Dr. Sahu's highest average
19 modeled concentration in Table 20.
20     Do you see that?
21     A. Yes.
22     Q. And the highest modeled arsenic
23 concentration at the Golf Channel receptor was
24 0.00633 micrograms per cubic meter, right?
25     A. Yes.

50 (Pages 194 - 197)

1    Q.  So the 500 micrograms per cubic meter
2   exposure level cutoff from the Axelson 1978 study
3   is about 78,989 times higher than Dr. Sahu's
4   0.00633 micrograms per cubic meter highest average
5   arsenic concentration, right?
6        MR. ROCHA:  Object to form.
7        THE WITNESS:  Yes, yes.
8        MR. HOPPER:  What's the basis of the
9   objection, Rene?
10        MR. ROCHA:  It presupposes facts not in
11   evidence.  It's unclear if that's a cutoff,
12   as you've represented.  You know, I don't
13   know what the math is.  I don't know if the
14   doctor can do that math in his head.  So
15   there's a lot of assumptions and things that
16   don't have foundation.
17   BY MR. HOPPER:
18    Q.  Dr. Panigrahy, do you know how to divide
19   500 by .00633?
20    A.  Yes.  But I can get into the relevance
21   of using --
22        As I said before, the comparison for
23   Dr. Sahu with -- you can't compare -- the modeling
24   exposure compared to background is the proper
25   comparison.

1        This particular epidemiology study, I
2   would have to go into the details.  As I mentioned
3   before, for cancer, we have to have at least
4   30-year follow-up, a thousand people,
5   quantification of the exposure.  I mean, I have to
6   go through this particular paper and see either
7   the important -- well, as I mentioned,
8   epidemiology studies, the high quality ones have
9   at least 20 to 30 year follow-up or a thousand
10   people.
11        So if you don't have these key
12   characteristics, in this case, key variables, then
13   a negative, you know, they conclude mortality from
14   malignant blood disease was slightly increased.
15   The important comparison for this Axelson paper is
16   their control group, not the -- Dr. Sahu's dose.
17    Q.  I understand what you think is
18   important.  I'm asking you questions about the
19   contours of this study.
20        Other than this Axelson 1978 paper, in
21   your initial specific causation report, have you
22   cited any other epidemiological studies of arsenic
23   inhalation that disclose the studied arsenic
24   concentrations in any unit of measurement?
25    A.  I can look into it, but as -- the

1   reason -- so we know from cancer biology that
2   inhalation and ingestion, there are studies which
3   I cited where they compare, for example, 14
4   carcinogens and compared inhalation and ingestion.
5   And the important part is that they both cause
6   cancer with the same chemical.  In fact, certain
7   chemicals, because of the mechanism of the
8   bioavailability, in inhalation you have deep
9   particles that are sitting in the lung creating
10   chronic inflammation, and that can even increase
11   the bioavailability, as opposed to oral ingestion,
12   where you go through first-pass metabolism in the
13   GI tract, and as I mentioned, like chromium, it
14   gets degraded to chromium III.
15        So we know -- so in my report, I cited
16   the epidemiology studies, not only inhalation, but
17   also oral studies, oral ingestion too.
18    Q.  Okay.  Most of that was not responsive
19   to my question.  So please listen carefully to my
20   question and answer it directly.
21        Other than the 1978 Axelson paper, are
22   you aware of any other arsenic inhalation studies
23   cited in any of your specific causation reports
24   that express arsenic exposure concentrations in
25   any unit of measurement?

1        MR. ROCHA:  Objection.  Ryan, this isn't
2   a memory test.  Do you want him to go look at
3   every single study that he cited in this
4   litigation to respond to your question?
5        MR. HOPPER:  Well, first of all, I would
6   like you to keep your objection to form and
7   stop coaching your witness.
8   BY MR. HOPPER:
9    Q.  Second of all, Dr. Panigrahy, take all
10   the time you need, take a look at your specific
11   causation reports.  This is your opportunity, if
12   you can do it today, to tell the Court where any
13   other studies are that express exposure
14   concentrations in any unit of measurement.
15    A.  Well, as I said before, my -- the
16   studies I cited -- and I can go through them -- I
17   cited over a thousand references in my original
18   report.
19        And -- but as I said before, I looked --
20   so the studies I cited, whether they're inhalation
21   or oral ingestion, the biology of the cancer
22   causation is very similar.  Key characteristics
23   happen, whether it's inhalation or oral ingestion.
24        So from my point of view, a cancer
25   causation, for example, the key characteristics,

51 (Pages 198 - 201)

Page 202

1  we don't differentiate if a carcinogen was inhaled
2  versus ingested.  And there are studies that I
3  cited that support that, that whether the
4  carcinogen is oral or inhalation.  So that's where
5  I didn't focus only on inhalation studies, I also
6  included the oral ingestion studies.
7      Q.  Let me ask you this:  For the
8  epidemiological studies you cite in your specific
9  causation reports, are you representing to the
10  Court that you believe the plaintiffs in this case
11  experienced comparable doses of the substances
12  addressed in the epidemiological studies as the
13  subjects of those epidemiological studies
14  experienced?
15      MR. ROCHA:  Objection to form.
16      THE WITNESS:  So because -- the answer
17  is very hard to exactly compare, because in
18  this case we have clients who, over a 15,
19  20-year or five-year or 19-year period were
20  exposed to these five chemicals, and we know
21  that the concentration -- the levels were
22  over 100 to a thousandfold higher.  To mimic
23  that in a particular epidemiology study,
24  most -- we would have to look at a particular
25  study and how they -- how the people were

Page 203

1  exposed to the particular chemical.
2      So whether it was inhalation or
3  ingestion, either way it's over background.
4  What -- that's why the important part here is
5  not the absolute number that we are trying to
6  get, you know, that you asked for a certain
7  number of the risks, but it's more that
8  increased risk from over background.
9  BY MR. HOPPER:
10      Q.  Okay.  Is it fair to say that, as we sit
11  here today, you cannot direct the Court to a
12  citation to an epidemiological study of arsenic
13  inhalation at levels less than 78,000 times higher
14  than the highest level Dr. Sahu reported in his
15  Table 20?
16      MR. ROCHA:  Objection to form.
17      THE WITNESS:  Correct.  As I said, but
18  that's not how we do science.  I'm not trying
19  to compare a certain number that Dr. Sahu got
20  of arsenic concentrations to a particular
21  concentration in a specific epidemiology
22  study.  Cancer causation, when we talk about
23  human epidemiology studies, animal studies,
24  mechanistic, we talk about totality of the
25  evidence.  And then as I said, each study

Page 204

1      that we cite has its own internal control
2      comparison.
3  BY MR. HOPPER:
4      Q.  I understand.
5          Let's turn to PCE inhalation.  Can you
6  take this down, Jerame?
7          I'm sorry.  Let's go to chromium
8  inhalation next.  Jerame, can you introduce,
9  please, tabs 13, 14, and 15?  They should be the
10  Boice 1999, Lipworth 2011 and Marano 2000 studies?
11          (Exhibits 13, 14, and 15 were marked for
12      identification.)
13          MR. LEIPFINGER (Veritext Tech):  Are we
14      looking at 13 first, counsel?
15          MR. HOPPER:  Let's go to 14 first.
16          MR. LEIPFINGER (Veritext Tech):  Give me
17      just one moment.
18          MR. HOPPER:  Thank you.
19  BY MR. HOPPER:
20      Q.  Dr. Panigrahy, have you read the Boice
21  1999 study and Lipworth 2011 study that you cited
22  in your specific causation reports?
23      A.  I'm trying to bring it up.  Is it on
24  Exhibit 13?
25      Q.  We're on -- I pulled up the Lipworth one

Page 205

1  first.  It's the most recent of the studies.  It
2  should be Exhibit 14.
3      A.  Okay.  I'm just pulling it up here.  14.
4  Let me just refresh my memory.  We have so many
5  publications.  Okay.  Yes, I got the paper.
6      Q.  Okay.  First, were you aware that the
7  Boice 1999 study and the Lipworth 2011 study
8  followed the same cohort of aircraft workers at a
9  Lockheed Martin facility in California?
10      A.  Yes, I believe so.  I'm looking at the
11  Lipworth one.  I can look at the Boice one.
12      Q.  Okay.  Let's stay on Lipworth.  In the
13  middle of the first paragraph on the first page,
14  the authors write, "A comprehensive exposure
15  assessment was performed."
16          Do you see that?
17      A.  Yes.
18      Q.  And they cite endnote 2.
19          Do you see that too?
20      A.  Yeah.
21      Q.  Let's look at page 1006 of the study.
22  It should be the page 15 of the PDF, Jerame.
23          Can you expand the references column?
24  Thank you.
25          Endnote 2 is a paper from Marano in

52 (Pages 202 - 205)

1  2000.
2       Do you see that?
3     A.  Yes.
4     Q.  Let's go to Exhibit 15, Jerame, please.
5       This is that Marano 2000 paper.  Have
6  you ever reviewed this before?
7     A.  I'm just trying to pull up the Marano.
8  Is that 14?
9     Q.  It should be 15.
10    A.  Yeah, yeah.
11    Q.  You have seen this paper before?
12    A.  Yes.  I believe so.
13    Q.  I don't think it was cited in your
14  references of your reports, but I could be wrong.
15    A.   Yeah.  One of the first things I look at
16  is the conflict of interest.  And the funding for
17  this research was provided by Lockheed Martin
18  Corporation.  So that's -- you know, in science,
19  that's one of the first things we look at, is
20  someone conflicted in this study.
21    Q.  Okay.  Well, that was true of the Boice,
22  Lipworth, and Marano papers, right?
23    A.  I didn't see it in the Boice.  Usually,
24  there's something at the end that states.  Let me
25  see.

1       So like the Marano was funded by
2  Lockheed Martin.  I'm just trying to see who --
3  where was the funding from the other studies.
4       I mean, I don't rely on one paper.
5  That's why we can get into epidemiology when I
6  consider high quality studies and I cite, you
7  know, multiple papers.
8     Q.  Well, you cited the Boice and Lipworth
9  paper.  I didn't.  If you would like to withdraw
10  the opinions that to the extent that they rely on
11  those papers, I'm happy to do so.
12    A.  No.  I am just looking for the conflict
13  of interest for the Boice paper.  Sorry.  The
14  Boice was 14?
15    Q.  It should be 13.
16    A.  Oh, 13.  Sorry.  "We are grateful for
17  the assistance of Lockheed Martin Corporation."
18       So, that also is -- yeah.  "Funding
19  for this research was provided by Lockheed
20  Martin."
21    Q.  Okay.  Do you have any reason to believe
22  Lockheed Martin had any influence over the
23  methodologies and results of the Boice, Lipworth,
24  or Marano papers?
25    A.  I can't say what the involvement is.

1  But that's already -- if the study is being funded
2  by Lockheed Martin, that is -- you know, I
3  cited it because there's very few studies that
4  looked at these particular chemicals as a mixture.
5  So I wanted to include it.  But that's something
6  where, you know, as a scientist, we'll always
7  look, you know, whether the investigator is
8  conflicted.
9     Q.  IARC has cited the Boice and Lipworth
10  papers, right?
11    A.  Yeah.  And I agree.  Like I cite it, but
12  I include it -- as I mentioned before, the
13  epidemiology studies -- and we can go through the
14  Boice.  I'm just saying in general, the qualities
15  that we look at.  And just because you have a
16  negative result, what's important in
17  epidemiology --
18       Let's see how many years they went.
19    Q.  I don't have a question pending yet --
20    A.  Okay.
21    Q.  -- about these studies.
22       Are you continuing to rely on the Boice,
23  Lipworth, and studies to support your expert
24  opinions in this case?
25    A.  As I said, yes, I include a whole --

1  about 1,200 references, because, as a scientist,
2  we include all the studies.  And even if there's a
3  small association or no association, we
4  include it.  But then as an overall impression,
5  that's where we say does a chemical cause cancer.
6  And we know from the epidemiology studies, these
7  five chemicals can lead to these specific cancers.
8  That's where -- that's in my specific causation
9  report.
10    Q.  All right.  Let turn to page 649 of the
11  Marano study, which should be page 6 of the PDF,
12  Jerame.
13    A.  Sorry.  It only let's me bring up one
14  paper at a time.  So that was 15?
15    Q.  Yes.
16    A.  Yeah.
17       MR. HOPPER:  Jerame, can you expand the
18  highlighted portion?
19       THE WITNESS:  What page are you on?
20  BY MR. HOPPER:
21    Q.  649 of the study.
22    A.  Oh, yes.  Yeah.
23    Q.  Okay.  The authors state here that they
24  have summarized air sampling -- sampling results
25  from Lockheed's historical industrial hygiene

53 (Pages 206 - 209)

Page 210

1 survey in Table 5 below, right?
2     A.  Yes.
3         MR. HOPPER:  Jerame, let's turn to page
4 9 of the PDF.  It should be page 652 of the
5 study.
6 BY MR. HOPPER:
7     Q.  And in the lower left-hand corner,
8 highlighted in blue, the authors note that there
9 were no air measurements for TCE because the
10 chemical was discontinued in 1966 before the
11 surveys were conducted.  Right?
12     A.  Correct.
13     Q.  Now, let's turn to page 8 of the PDF,
14 which would be page 651 of the study.  Yeah.  Can
15 you expand Table 5 please, Jerame?
16         Okay.  This is a summary of the air
17 sampling data, right?
18     A.  Yeah.
19     Q.  And there were samples of chromates and
20 PCE, right?
21     A.  Yes.
22     Q.  Do you know whether or to what extent
23 the chromates listed in this table were hexavalent
24 chromium?
25     A.  I'd have to go through the paper to see

Page 211

1 if they said it.  I'm just looking through.  I
2 haven't seen yet a reference to which type of
3 chromium it was.  It just says workers were
4 exposed to chromate containing compound on a
5 routine basis.  Oh, okay.  By about 1985, all
6 primers used were water-based barium chromate.
7         So I don't see anything about hexavalent
8 chromium.  I think they're talking about the class
9 of chromates.
10     Q.  Okay.  And within that class of
11 chromates, under Table 5, the arithmetic mean of
12 the chromate samples was 0.015 milligrams per
13 cubic meter, right?
14     A.  Let's see.  0.15.  Yeah, it looks like
15 milligrams per meter cubed.
16     Q.  Right.
17     A.  Yeah.
18     Q.  Which equates to 15 micrograms per cubic
19 meter, right?
20     A.  Correct.
21     Q.  And then below, for PCE, the arithmetic
22 mean of long term examples was 9.5 parts per
23 million, right?
24     A.  Yes.
25     Q.  And the arithmetic mean of short-term

Page 212

1 examples was 55.7 parts per million, right?
2     A.  Correct.
3     Q.  Do you know how to convert parts per
4 million of PCE to micrograms per cubic meter of
5 PCE?
6     A.  Yeah.  I've done it in the past.  It's
7 just an equation I would have to look up that you
8 can convert depending on the -- it just takes into
9 account the molarity and takes into account the
10 molecular structure, and you can -- it can be
11 converted.
12     Q.  Did you do that for any
13 concentrations in any epidemiological study you
14 reviewed in your specific causation reports?
15     A.  No, I did not.  As -- as I mentioned
16 before, the reasons why the specific
17 concentrations that Dr. Sahu had, the appropriate
18 comparison was to the background for him.  And
19 what's important for cancer causation, as I
20 mentioned, is the duration and the dose over the
21 control groups in these experiments.
22         So the important control group for this
23 particular paper would be the people that they
24 used, either unexposed to these chemicals or lower
25 exposed.

Page 213

1         MR. HOPPER:  Jerame, can you introduce
2 Exhibit 16, please?  Can you expand this a
3 little bit?
4         (Exhibit No. 16 was marked for
5 identification.)
6         THE WITNESS:  Are we on 16 now?
7         MR. HOPPER:  Yes.
8         THE WITNESS:  I'm just pulling it up.
9 Sorry.  Every time I have to redo the whole
10 thing.  Okay.  Sixteen, yeah.
11 BY MR. HOPPER:
12     Q.  Okay.  Do you see in the bottom of the
13 page, we have a table that says, Factors for
14 converting parts per billion and parts per million
15 micrograms per cubic meter based on molecular
16 weight?
17     A.  Yes.
18     Q.  Okay.  Assuming that the those factors
19 are accurate -- and I'm not going to hold you to
20 them if we made any mistakes -- please take a look
21 up at the top table.  Do you see the row that says
22 Chromates Arithmetic Mean?
23     A.  Yes.
24     Q.  And as we just discussed before, that
25 worked out to 15 micrograms per cubic meter?

54 (Pages 210 - 213)

Page 214

1    A.  Yes.
2    Q.  And do you see in the table that's in
3  the middle of the screen, Dr. Sahu's highest
4  modeled hexavalent chromium level in Table 20 was
5  0.0132 micrograms per cubic meter?
6    A.  Yes.
7    Q.  So even if all the chromates --
8    Sorry.  You got the wrong highlighting,
9  Jerame.  Can you -- it's two cells to the left.
10  Thank you.
11    So even if all the chromates in the
12  Marano study were hexavalent chromium, Dr. Sahu's
13  highest hexavalent chromium would still have been
14  1,136 or so times lower than the average
15  concentration expressed in the Boice, Lipworth,
16  and Marano sampling, right?
17    MR. ROCHA:  Objection to form.
18    THE WITNESS:  Yes, in this hypothetical
19    question, yes.
20  BY MR. HOPPER:
21    Q.  Okay.  And if our math is correct, the
22  arithmetic mean PCE long-term sample, which was
23  9.5 parts per million, is about 621,000 times
24  higher than Dr. Sahu's highest PCE concentration
25  on Table 20, right?

Page 215

1    A.  Correct.
2    Q.  And the short-term arithmetic mean is
3  about 3.6 million times higher than Dr. Sahu's
4  highest PCE concentration, right?
5    A.  Correct.  But as I said before, I
6  wouldn't be making these comparisons.
7    Q.  Let's go back to the Lipworth study,
8  which was Exhibit 14, and let's go to study page
9  1006, which was page 15.
10    Can you expand the paragraph above the
11  references heading, Jerame?  Thank you.
12    I believe you cited this study,
13  Dr. Panigrahy, for the proposition that Dr. Sahu's
14  modeled concentrations of TCE, PCE, and chromium
15  likely caused David Berry's testicular cancer; is
16  that correct?
17    A.  I can look.  Let's see.  I'm looking
18  where I cited it.
19    Q.  In your initial causation report, it is
20  endnote 73.
21    A.  Wait.  Are you talking about the
22  specific causation report?
23    Q.  Yes.  Sorry.  Your initial specific
24  causation report.  It's endnote 73.
25    A.  Okay.  Yes, I did cite it as 73.

Page 216

1    Q.  Okay.  There's no way to tell from the
2  text of the Boice and Lipworth studies how much
3  TCE the study subjects inhaled, right?
4    A.  Correct.  And that's a major -- like I
5  mentioned, the quantification of the exposure is
6  an important part of an epidemiology study.
7    Q.  Okay.  And we know from the Marano study
8  that the average sampled chromate and PCE
9  concentrations at the California facility were at
10  least 1,100 and 621,000 times higher,
11  respectively, than Dr. Sahu's highest modeled
12  average concentrations of those same substances in
13  Table 20, right?
14    MR. ROCHA:  Objection to form.
15    Foundation.
16    THE WITNESS:  As I mentioned, I wouldn't
17  compare the modeling that Dr. Sahu did.  As I
18  mentioned, those numbers, I wouldn't compare
19  them to an epidemiology study, even one such
20  as this that was funded by Lockheed Martin,
21  that even now, looking at this particular
22  paper, that didn't even quantify the exposure
23  of the chemical.
24    So they're -- just like I mentioned
25  before, the appropriate comparison of the

Page 217

1  particular study is the -- is the background
2  group or the lower exposure group in that
3  particular study.
4    So Dr. Sahu's appropriate comparison was
5  to people with background exposure who
6  weren't exposed to the five chemicals.
7    So I wouldn't, in this hypothetical, I
8  wouldn't compare Dr. Sahu's concentration to
9  one of these epidemiology studies.
10    See, in science, we just look at each
11  study, first, as its own study with an
12  appropriate control, and then as the totality
13  of the evidence.
14  BY MR. HOPPER:
15    Q.  The authors of this study ultimately
16  found no consistent evidence of increased cancer
17  risks overall for any specific cancer type among
18  aircraft workers, including those employed with
19  direct exposure to TCE, PCE, chromates, and mixed
20  solvents over long periods of time, right?
21    A.  As I said before, if you don't have
22  quantification of the --
23    Yes, that's their conclusion.  But they
24  even mention in the limitations some of the --
25  their inability to assign measured quantitative

55 (Pages 214 - 217)

Page 218

1  exposure levels of a specific agent.  That's one
2  of the important criteria in high quality
3  epidemiology studies, is to quantify that exposure
4  to the particular chemical.  So --
5      Q.  So are you discounting the significance
6  of this study to your conclusions because of the
7  inability of the authors to quantify exposures?
8      MR. ROCHA:  Objection to form.
9  Mischaracterizes testimony.
10     Go ahead, Doctor.
11     THE WITNESS:  Yeah.  No, as a scientist,
12  I look at all the publications.  But what's
13  important here is that, as I mentioned
14  before, epidemiologies can have certain
15  inherent weakness.  And if you don't quantify
16  the exposure and follow up with multiple
17  years of follow-up -- as I said, ideally 20,
18  30 years -- and then if you don't have a
19  certain number of people -- as I said,
20  ideally a thousand -- when you get a negative
21  result, that's not -- you have to do it in
22  the context of other studies that are more
23  high quality.  And then when you have a
24  conflicted study that's financed by
25  Lockheed Martin, that's another reason why

Page 219

1  that I take -- and it's not just me.
2  Everybody will take into account, you know --
3  sorry -- the results in the context of
4  being -- this study being funded by
5  Lockheed Martin.
6      But as I mentioned before, so there are
7  high quality epidemiology studies that
8  quantify the exposure, and in this case they
9  didn't quantify the exposure.
10  BY MR. HOPPER:
11     Q.  Can you direct the Court to a citation
12  to an epidemiological study of chromium inhalation
13  at levels less than a thousand times higher than
14  the highest chromium level Dr. Sahu reported in
15  his Table 20?
16     MR. ROCHA:  Objection to form.
17     THE WITNESS:  As I mentioned, I don't
18  have to go through all the papers I cited,
19  because that's not the relevant comparison.
20  The relevant comparison in each study is the
21  exposure level and duration of that
22  particular chemical to the background
23  exposure or lower exposure in that particular
24  study.  So each study is done -- you know,
25  the appropriate control wing of a particular

Page 220

1  study, whether it's a human study, animal
2  study, you have appropriate controls.
3  That's, as a scientist, you have to have the
4  right control.
5      So Dr. Sahu did have, his control for
6  those levels that you're referring to, he did
7  have a control of unexposed people with
8  background exposure.  That's the appropriate
9  comparison.
10  BY MR. HOPPER:
11     Q.  I understand your rationale.  My
12  question is, as we sit here today, if the Court is
13  interested in whether you're able to point to any
14  epidemiological study in your expert report that
15  analyzes inhalation levels lower than 1,100 times
16  higher than Dr. Sahu's highest, can you point the
17  Court to any such study cited in either of your
18  specific causation reports?  "Yes" or "no"?
19     MR. ROCHA:  Objection to form.  It's
20  been asked and answered.
21     THE WITNESS:  Well, in this
22  hypothetical, I would go through each
23  epidemiology study, and then go through the
24  concentrations that these people were
25  exposed.

Page 221

1      But as I mentioned, that's not the
2  relevant question here.  I wouldn't even --
3  when I study cancer causation, we do the
4  appropriate control, which, as I mentioned,
5  in each study has its own appropriate
6  control.
7  BY MR. HOPPER:
8      Q.  Okay.  So that sounded like a "no," you
9  can't do that as we sit here today, right?
10     MR. ROCHA:  Objection to form.
11  Mischaracterizes testimony.  Asked and
12  answered.
13     THE WITNESS:  Yes.  It could be done.
14  And we would have to look at each exact study
15  and try to come up with -- it would have to
16  be a study that exposed -- that had exposure
17  levels or exposure duration.  But we
18  didn't -- that's not how -- I would have no
19  rationale to do that, because the appropriate
20  comparison would be the unexposed or
21  background exposure in a specific study.  Or
22  if there's different levels of exposure, you
23  can compare high exposure to median exposure
24  to low exposure to background.
25  BY MR. HOPPER:

56 (Pages 218 - 221)

Page 222

1  Q.  Can you point me to any chromium
2  inhalation epidemiological study, other than the
3  Marano one that I just showed you, that you
4  cited in either of your specific causation reports
5  that quantifies chromium inhalation levels using
6  any unit of measure?
7       MR. ROCHA:  Objection to form.  Asked
8  and answered.
9       MR. HOPPER:  It hasn't been answered,
10  Rene.  Please keep your objections to form.
11       MR. ROCHA:  It's been asked and answered
12  several times.  It's not my issue if you
13  don't like the answer.
14       THE WITNESS:  As I mentioned, I didn't
15  do that comparison for the reasons that I
16  said.  And importantly, for cancer causation,
17  inhalation and ingestion both cause cancer
18  via similar mechanisms.  And, in fact, if
19  we're talking about hexavalent chromium, as I
20  mentioned before, ingestion of chromium
21  actually reduces the hexavalent +VI of
22  chromium to +III.  So you have less
23  hexavalent chromium getting into the gut.
24  And the acid in the stomach causes that
25  reduction.  So if anything, oral ingestion,

Page 223

1       you have less of the cancer-causing chemical
2       compared to inhalation.
3  BY MR. HOPPER:
4  Q.  Do you believe one microgram of arsenic
5  poses the same amount of cancer risk, regardless
6  of whether it's inhaled or ingested?
7       MR. ROCHA:  Objection to form.
8       THE WITNESS:  So when we compare
9       exposure levels, what we compare is the
10       bioavailability of arsenic, in the specific
11       example of bioavailability.  So in the lung,
12       for example, the particles go in the lung,
13       can get seated, cause chronic inflammation
14       and can cause the cancer.
15       If you're talking about taking arsenic
16       through the diet, like food, you know, that's
17       a -- arsenic in the diet has mainly benign
18       effects.  There's no studies that show --
19       because -- and that's because diet studies
20       are complex.  In a diet we have a mixture of
21       anti-inflammatory, anti-cancer agents in
22       addition to pro-inflammatory, pro-cancer
23       agents.
24       So if you're getting into diet, we can
25       talk about that.

Page 224

1  BY MR. HOPPER:
2  Q.  My question goes to just the toxicity of
3  the substances.  Let me ask you for hexavalent
4  chromium.
5       Do you believe one microgram of
6  hexavalent chromium poses the same amount of
7  cancer risk, regardless of whether it's inhaled or
8  ingested?
9  A.  So that's where I mentioned both
10  methods, whether inhalation or ingestion, can
11  cause the cancer via the key characteristics.  So
12  the key characteristics that I mentioned,
13  genotoxicity and inflammation, immunosuppression,
14  and the whole list of eight of the 10 key
15  characteristics for hexavalent chromium, they
16  occur whether it's inhaled or ingested.  And, in
17  fact, because of the reduction of hexavalent
18  chromium IV to chromium III by acid in the
19  stomach, that ingestion actually can be even less
20  toxic than inhalation.
21       But the bottom line with carcinogens --
22  and I cited a few studies there -- that both
23  inhalation and ingestion cause cancer via the
24  similar mechanisms.
25  Q.  Okay.  I'm asking for dose-response

Page 225

1  purposes.  Do you have a scientific method for
2  comparing concentrations of a substance in
3  drinking water, for instance, with concentrations
4  of the same substance in air for the purpose of
5  assessing dose-response relationships?
6  A.  So the exposure of -- of a
7  carcinogen in, for example, food or drinking water
8  that goes through the stomach, as I mentioned,
9  it's really the bioavailability we talk about,
10  it's not the initial -- it's how much gets into
11  the body.
12       So that -- if you're asking -- I just
13  want to make sure I answer the question.  Are you
14  saying in -- I'm not sure.  What's the question?
15  Q.  Let me ask it this way:  For
16  epidemiological studies that describe
17  concentrations of PCE, TCE, styrene, hexavalent
18  chromium, or arsenic in drinking water, do you
19  have a scientific method for quantitatively
20  comparing those concentrations with Dr. Sahu's
21  modeled concentrations of the same substances in
22  the air?
23       MR. ROCHA:  Objection to form.
24       THE WITNESS:  Yes.  So that's -- we
25  don't do that.  We don't take Dr. Sahu's

57 (Pages 222 - 225)

Page 226

1  concentration and then look for the
2  concentration in drinking water in the U.S.
3  Now, if you're drinking water in China,
4  Taiwan, Romania, Argentina, Chile, and
5  certain places where they have natural high
6  levels of some of these chemicals, that's --
7  you know, there are people, there are
8  studies -- and I cited some that use -- that
9  studied these naturally occurring chemicals.
10  But in the United States drinking -- the
11  amount of exposure from the food or drinking
12  the water that these people would have for
13  their background exposure is minuscule, is
14  not significant.
15      And then what's important, as I said
16  before, it's the external exposure to these
17  carcinogens on top of background.
18  BY MR. HOPPER:
19    Q.  If it were possible to determine an
20  ingested dose of any of the substances in your
21  report that the subjects of any of the studies you
22  cite experienced, do you have a method for
23  comparing that ingested dose with inhaled doses of
24  the plaintiffs in this case?
25      MR. ROCHA:  Objection to form.

Page 227

1      THE WITNESS:  It really wouldn't be as
2    relevant for cancer causation, because what I
3    study is the key characteristics, and what
4    the field studies is key characteristics.
5    When some of these chemicals get ingested,
6    they can get degraded.  Like arsenic can go
7    to methylated forms of the arsenic.  So it's
8    not really the initial -- that initial
9    chemical can then get degraded to other
10    chemicals.  And that's where we get into
11    the -- we have bioavailability, absorption,
12    distribution, excretion.  And so that's where
13    really, when we study the cancer causation,
14    rather than trying to compare Dr. Sahu's dose
15    to some dose in one of these epidemiology
16    studies, if we're talking about mechanism now
17    of how these chemicals can cause cancer,
18    whether they're inhaled or ingested, that's
19    where we get into the key characteristics.
20      MR. HOPPER:  Okay.  Let's turn to TCE
21    inhalation.  Jerame, can you introduce tabs
22    20 and 21.
23  BY MR. HOPPER:
24    Q.  Dr. Panigrahy, I will represent to you
25  that tab 20 is about to be the Raaschou-Nielsen

Page 228

1  2003 study.  Okay?
2    A.  Sure.  Yeah.  I'm just getting it.
3  Thanks.  I have up to 16.
4    Q.  You might have to refresh.
5      Oh, I'm sorry.  I skipped one.  Jerame,
6  if you haven't introduced it yet, can you hold
7  off?
8      MR. LEIPFINGER (Veritext Tech):  Yeah.
9  I just put in tab 20.
10      THE WITNESS:  Actually, can we take a
11    five-minute break?  I've just got to go to
12    the bathroom, if that's okay.
13      MR. HOPPER:  Sure.  Jerame, can you hold
14    on?
15      MR. LEIPFINGER (Veritext Tech):  Yeah.
16    Are we going off the video?
17      MR. HOPPER:  Yeah.
18      MR. LEIPFINGER (Veritext Tech):  Okay.
19  Off the video at 3:00.  This ends Media
20  Unit 4.
21      (A recess was taken.)
22      MR. LEIPFINGER (Veritext Tech):  Back on
23  the video at 3:11.  This begins Media Unit 6.
24      (Exhibits 17, 18, 19, 20, 21, 22, 23,
25    24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34,

Page 229

1    35, 36, and 37 were marked for
2    identification.)
3  BY MR. HOPPER:
4    Q.  Welcome back, Dr. Panigrahy.
5    A.  Thank you.
6    Q.  While we were at the break we introduced
7  Exhibit 17 through 38 with the exception of there
8  is no Exhibit 28.  Those should be available to
9  you in your Exhibit Share platform.  Do you see
10  those?
11    A.  I have up to 37.
12    Q.  Oh, that's right.
13      Can you go ahead and introduce 38 also,
14  Jerame?  It should be the Aschengrau 2003 study.
15      MR. LEIPFINGER (Veritext Tech):  Yes,
16    it's there.  It's just marked as 37 because
17    of the missing one that we have.  So tab 38
18    is Exhibit 37.
19      THE WITNESS:  Okay.  I have tab 38.
20  BY MR. HOPPER:
21    Q.  Okay.  I will represent to you that with
22  the exception of the Aschengrau 2003 study, which
23  is an ingestion study, the other studies that I
24  have introduced are the remainder of the
25  epidemiological studies that we've been able to

Page 230

1 identify that were cited in your initial specific
2 causation expert report and that have an exposure
3 quantification directly or indirectly to some
4 degree.
5      Will you take a second and scroll
6 through these exhibits for me and let me know if
7 you recognize these studies?
8      A.  Starting from which?  What was the
9 number to start with?  17?
10     Q.  I think we left off at 17?
11     A.  So start with 18?
12     Q.  You should start with 17.
13     A.  Oh, 17.  Okay.
14     Q.  And my first question to you is going to
15 be, as we sit here today, are you aware of any
16 studies that we missed that you believe are highly
17 significant epidemiologically and express exposure
18 concentrations quantitatively in any way?
19        MR. ROCHA:  Objection to form.
20        THE WITNESS:  Well, in my causation
21     report, I had over a thousand references.  So
22     I would have -- we would have to go through
23     all the references to know, you know.  I
24     mean, that's -- between both reports, I have
25     1,200 references.  So I would have to go

Page 231

1     through all those references.  But we can go
2     through these ones.
3 BY MR. HOPPER:
4     Q.  Well, this is restricted to your
5 specific causation report.  And we've also
6 included our comparison worksheets for each study
7 as well.
8     A.  Yeah.  I'm just going through -- yeah.
9 You want me to go through from 17 to 37?
10     Q.  Through the reminder.  And my question
11 is just going to be if we are interested in
12 evaluating exposure concentrations expressed in
13 studies in your specific causation report, do you
14 believe there are any significant studies that we
15 missed?
16        MR. ROCHA:  Objection to form.
17        THE WITNESS:  I would have to go through
18     each of these studies and then compare them
19     to my -- both the rebuttal report and the
20     specific causation report.
21 BY MR. HOPPER:
22     Q.  I'm trying to understand why you cited
23 epidemiological studies in your specific causation
24 report.  So let me just ask that generally.  Why
25 did you include citations to epidemiological

Page 232

1 studies in your initial and rebuttal specific
2 causation reports?
3     A.  Because part of the -- first of all, we
4 always use, like I mentioned, three lines of
5 evidence, for human epidemiology, animal studies,
6 and mechanistic.  And then the appropriate
7 comparisons, as I mentioned before, in these
8 studies is the control, is the unexposed group and
9 the lower exposed group.  And then I mentioned
10 there are -- since we don't have a mixture of
11 these five exact chemical mixtures, what we do in
12 science is we -- first we study each one
13 individually for these particular cancer types and
14 then as the mixture.
15        So part of the reason I include the
16 human studies is that's part of the whole -- my
17 whole method to do cancer causation.
18     Q.  Okay.  I think I understand from your
19 repeated testimony today that you are not
20 asserting that the exposure conditions experienced
21 by the subjects of any of the epidemiological
22 studies you cited are comparable in terms of
23 concentration and duration to the exposure
24 conditions that the plaintiffs here might have
25 experienced, right?

Page 233

1        MR. ROCHA:  Objection to form.
2     Mischaracterizes testimony.
3        THE WITNESS:  No.  As I said, if we
4     were -- if that's the question, looking at a
5     particular concentration from a modeling
6     compared to the -- a particular epidemiology
7     study, we would have to just go by one.  But
8     as I mentioned before, that's not
9     the comparison that I made for -- to -- in
10    specific causation, does the mixture of the
11    exposure to these five chemicals over
12    background more likely than not cause a
13    specific cancer?  That's what we had talked
14    to previously in the morning, too.  That we
15    compare that association of causation, which
16    in this case the chemicals caused the cancer,
17    versus other risk factors that they had, and
18    which we mentioned, like obesity and exposure
19    to contraceptive birth control pills and, you
20    know, exposure to other, you know, family
21    histories.
22        And so we -- that's -- specific
23    causation, is that person's specific cancer
24    either caused by the exposure to these
25    chemicals or these carcinogens or known

59 (Pages 230 - 233)

Page 234

1   risk factors, or is it idiopathic?
2       So that's the -- to come up with that,
3   to answer that question, part of that process
4   is to take each individual chemical and
5   include epidemiology data, animal data, and
6   mechanistic data.
7       And then I have a section on how
8   mixtures can behave, because these people,
9   unfortunately, were exposed to five different
10  carcinogens at a significant fold increase
11  from background.  So that's part of the
12  process that we also have to look at.  It's
13  not just one chemical, it's exposure to five
14  carcinogens.
15  BY MR. HOPPER:
16  Q.  Okay.  There's no portion of your
17  specific causation report where you're trying to
18  take the position that effect estimates seen in
19  any epidemiological study should translate to the
20  exposures in this case, right?
21      MR. ROCHA: Objection to form.
22      THE WITNESS: Just so I make sure I
23  answer the question, could you say that one
24  more time?
25  BY MR. HOPPER:

Page 235

1   Q.  Sure.  I will use the term "relative
2   risk."
3       There's no portions of your specific
4   causation report where you're trying to take the
5   position that a relative risk expressed in an
6   epidemiological study you cite would apply to
7   exposures modeled by Dr. Sahu here, right?
8       MR. ROCHA: Object to form.
9       THE WITNESS: No.  They're very much
10  part of the entire totality -- the entire
11  totality of the evidence.  So we don't -- I
12  don't use just one epidemiology study or one
13  animal study or one mechanistic study or
14  Dr. Sahu's modeling showing that the exposure
15  to these chemicals was significantly higher
16  than background.  It's the totality of the
17  evidence.
18      So that's where we use -- the
19  epidemiology is part of that entirety of the
20  evidence, but it's not the only evidence.
21  BY MR. HOPPER:
22  Q.  Okay.  I might be nearing the end, if I
23  understand your testimony correctly.  So I'm going
24  to ask you some plaintiff-specific risk-based
25  questions.  Okay?

Page 236

1   A.  Okay.  Sounds good.
2   Q.  So do I understand from your testimony
3   today that you don't have a scientific estimate,
4   based on any epidemiological or toxicological
5   literature, for how much David Berry's risk of
6   testicular cancer increased, if any, as a result
7   to -- of the exposures modeled by Dr. Sahu?
8       MR. ROCHA: Objection to form.
9       THE WITNESS: I think I'm still not
10  following the --
11      Yeah, I don't take the number that
12  Dr. Sahu came up in his modeling and then
13  compare that to an epidemiology study,
14  because as I mentioned before, the
15  appropriate comparisons are the internal
16  controls of each study.
17  BY MR. HOPPER:
18  Q.  Okay.  You know in an epidemiological
19  study there will be times where relative risk,
20  let's say, is expressed as 1 -- an odds ratio of
21  1.5.
22      Have you seen something like that
23  before?
24  A.  Yes, yeah.
25  Q.  So that means that study group's

Page 237

1   incidence of -- let's just say it's an incidence
2   study.  It means the study group's incidence of
3   the relevant cancer is 50 percent higher than the
4   control group's, right?
5   A.  Yeah.
6   Q.  So can you give me, to any degree of
7   precision, a -- excuse me.
8       Is there anywhere in your specific
9   causation expert reports where you've tried to do
10  a calculation like that for any plaintiff in this
11  case?  In other words, is there any place where
12  you have tried to articulate excess risk over
13  background using a number?
14      MR. ROCHA: Object to the form.
15      THE WITNESS: No, I did not come up with
16  a particular number of the -- of this
17  particular number of the risk of these five
18  carcinogens compared to the known
19  risk factor.  And I mentioned the reasons
20  before.
21      Number 1, these chemicals initiate and
22  cause cancer, which is a big difference from
23  a risk factor like obesity or if a secondary
24  relative has that particular cancer type.
25  We're talking about initiation and causation.

60 (Pages 234 - 237)

Page 238

1    So there would be -- if a cancer causation
2    and the mechanism of how these chemicals form
3    these specific cancers in the specific
4    causation case, that's where I rely on, as I
5    mentioned, the human studies, animal studies,
6    mechanistic studies.  And then knowing that
7    Dr. Sahu demonstrated that the exposure to
8    these clients -- exposure to these five
9    carcinogens was, as we mentioned before,
10    significantly higher, on some of these
11    chemicals hundreds to thousandfold higher
12    than background, knowing that, and then
13    knowing that the mechanism that these
14    chemicals initiate and cause cancer, I don't
15    need to come up -- part of my methodology is
16    not to come up with a certain number that
17    would equate the overall risk.
18  BY MR. HOPPER:
19    Q.  Okay.  I appreciate that clarification.
20      So is it fair to say that you didn't
21  perform any plaintiff-specific dose-response
22  assessments based on any of the specific
23  epidemiological or toxicological studies cited in
24  your specific causation reports?
25    MR. ROCHA:  Objection to form.

Page 239

1      THE WITNESS:  No, that's not what I'm
2    saying.  So when I cite epidemiology studies
3    or animal studies or even mechanistic
4    studies, as I mentioned before, the dose and
5    duration are important.  So while I don't
6    give a certain number, we know that increased
7    exposure to these chemicals, because they're
8    genotoxic, and as we mentioned, a linear
9    non-threshold, the more -- the more exposure,
10    the more risk they have of getting these
11    specific cancers.
12      And so -- and because we have over a
13    hundredfold higher exposure to some of these
14    chemicals, we know that that's highly
15    significant.
16  BY MR. HOPPER:
17    Q.  Okay.  But you didn't calculate a dose
18  for the plaintiffs and then compare that
19  calculated dose to doses expressed in
20  toxicological or epidemiological literature,
21  right?
22      MR. ROCHA:  Objection.  Asked and
23    answered.
24      THE WITNESS:  Correct.  Because that
25    wouldn't be the appropriate -- the

Page 240

1    appropriate comparison with Dr. Sahu's dose
2    is the background of the people who are
3    unexposed, using that same modeling
4    technique.  That's the comparison.  That's
5    the appropriate comparison.  And in each of
6    the studies I cite, there's an internal
7    control that I compare to.
8      But exposure is -- when we talked about
9    carcinogens, as I mentioned before, the dose
10    and the duration of the exposure is
11    important.  That's what these studies
12    take into account, whether they're human
13    studies, animal studies, and even mechanistic
14    studies.
15      MR. HOPPER:  I think that might be all
16    of my questions.  I want to reflect on it for
17    a minute.  Let's take five.  Okay?  Let's go
18    off the record.
19      MR. ROCHA:  Sounds good.
20      MR. LEIPFINGER (Veritext Tech):  We're
21    off the video at 3:25.
22      (A recess was taken.)
23      MR. LEIPFINGER (Veritext Tech):  Back on
24    the video at 3:39.
25  BY MR. HOPPER:

Page 241

1    Q.  Okay.  Nearing the end of my questions,
2  Dr. Panigrahy.  I appreciate your patience today.
3    A.  Thank you.
4    Q.  You offered an expert opinion in the
5  Zantac product liability litigation, right?
6    A.  Correct.
7    Q.  And between the last deposition you
8  took in this case and this deposition, your expert
9  opinion was excluded in that case, right?
10    A.  I'm not aware that -- that my opinion
11  was -- what's the question?
12    Q.  To your knowledge, was your expert
13  opinion excluded in the Zantac product liability
14  litigation?
15    A.  Not to my knowledge.
16    Q.  You've never been made aware of anything
17  like that?
18    A.  I was -- from my understanding is that
19  the judge had ruled on the side of the defense and
20  that now there's an appeal going on.  But I
21  haven't heard anything about my -- my opinions.
22    Q.  Have you offered expert opinions in any
23  other case that you're aware of that have been or
24  are currently the subject of a motion to exclude?
25    A.  I think there's an ongoing -- I was

61 (Pages 238 - 241)

Page 242

1  involved in Valsartan and Zantac, and there's
2  ongoing proceedings for both those cases. But I'm
3  not aware of anything where my opinion was
4  excluded.
5      MR. HOPPER: Okay. Thank you for your
6  time today. I will pass the witness.
7      THE WITNESS: Thank you, Mr. Hopper.
8      CROSS-EXAMINATION
9  BY MR. ROCHA:
10     Q. Good afternoon, Dr. Panigrahy. How are
11 you doing?
12     A. Good. Thanks for -- Rene.
13     Q. I would like to ask a couple of
14 follow-up questions from what counsel has asked
15 you throughout the day today.
16         And first of all, as a preliminary
17 matter, with regard to plaintiffs exposures, how
18 did you assess what each of these plaintiffs'
19 exposures were?
20     A. I read Dr. Sahu's modeling calculations
21 and his data and report, comparing their exposures
22 to the background levels.
23     Q. And you also described in your report
24 the years that each plaintiff worked at the Golf
25 Channel, right?

Page 243

1      A. Correct. That was one of the first --
2  there was a Plaintiff Fact Sheet that I had read
3  for each of the plaintiffs which documented the
4  amount of years they worked at the Golf Channel,
5  and that's in my specific causation report.
6      Q. Okay. And so for each plaintiff you
7  looked at which years they worked at the Golf
8  Channel prior to their diagnosis and what Sahu's
9  modeled concentrations for those years were?
10     A. Correct.
11     Q. And when comparing those exposures,
12 there was some discussion about how to compare
13 those to epidemiological studies.
14         And I believe you testified that
15 different epidemiological studies have different
16 control groups, right?
17     A. Correct.
18     Q. Can you give me an example of, you know,
19 different control groups that are in some of the
20 studies that you've seen?
21     A. Yeah. In some studies, you can have,
22 using a job exposure matrix, for example, that
23 quantifies the amount of the exposure over time.
24 And you can have four quadrants, for example, a
25 high exposure, medium exposure, low exposure, and

Page 244

1  then the background exposure. And then you can
2  compare the relative risks of each one, basically
3  any two comparisons between high and low or high
4  and background exposure.
5      Q. Is that sort of like a quartile or
6  quintile analysis?
7      A. Yes.
8      Q. Have you reviewed any studies of
9  environmental exposures that employed that kind of
10 exposure, that dose-response analysis?
11     A. Yes. In my -- between the general
12 causation and the specific causation, I have cited
13 about 1,200 publications, which include several
14 environmental epidemiology studies.
15     Q. What do those environmental studies
16 show, generally?
17     A. In general, the increased exposure to
18 these chemicals increases the risk of these
19 specific type of cancers.
20     Q. And your specific causation report
21 relies upon your general causation reports and the
22 studies cited therein, correct?
23     A. Correct. Part of causation is, for
24 example, the mechanisms of how these chemicals
25 cause cancer. And that's detailed in my general

Page 245

1  causation report. So the specific causation does
2  build on the general causation.
3      Q. Do the studies you cite describe the
4  exposure conditions that were studied?
5      A. Yes. Each of the individual studies
6  will document whether they had exposure, and if
7  so, in many of these studies, what the exposure
8  was and the time period and the different doses.
9      Q. And so if someone had a question about
10 what a specific study looked at or how exposures
11 were assessed, all you would have to do is go to
12 the study itself to look at that, correct?
13     A. Correct. Because there are so many
14 studies, that would -- you would just have to go
15 one by one and look at a specific study, because
16 we have multiple epidemiological studies for these
17 five chemicals.
18     Q. Do you know if you listed units of
19 measurement with regards to dose in your general
20 causation report at all?
21     A. In the general causation, I did talk
22 about certain doses. And, for example, in
23 biological gradient, that's one of the Bradford
24 Hill key characteristics of dose-response. So, in
25 general, there are some examples where I give in

62 (Pages 242 - 245)

Page 246

1  studies that will give certain doses and how the
2  risk increases with increasing dose and exposure.
3      Q.   And in your rebuttal report you also
4  cite a number of studies that show the areas with
5  higher ambient air levels of these contaminants
6  have higher levels of cancer, these specific
7  cancers, than other areas, right?
8      A.   Correct.
9      Q.   And there's also studies that show that
10  areas with emissions of these chemicals have
11  higher rates of these cancers, right?
12     A.   Correct.  Yes, I have cited multiple
13  studies which talk about the concentration of
14  these chemicals in the air.
15     Q.   And so why are those environmental
16  studies relevant to your conclusions about each of
17  these plaintiffs' specific causations?
18     A.   Because the exposure in the air, you
19  know, as opposed to, for example, in the drinking
20  water, the mechanism of the cancer causation is
21  very relevant to these clients.  Inhalation, as I
22  mentioned before, the mechanism of how the
23  particles can embed in the lung and then stimulate
24  the different key characteristics is very relevant
25  to the mechanisms of how these chemicals can cause

Page 247

1  these specific types of cancers.
2      Q.   Are the levels studied in environmental
3  exposure studies relevant to those plaintiffs?
4      A.   What's important is that these studies
5  show, yes, that the increase in dose and duration
6  increases the risk of these cancers.  And so
7  that's where we know above background in each of
8  these studies.  And I cited multiple
9  epidemiological, animal, mechanistic studies that
10  increased exposure will increase the risk of these
11  specific cancers.
12     Q.   Why did you not assign a specific level
13  of risk to a given dose of these chemicals?
14     A.   Because, as a scientist, we look at the
15  overwhelming evidence of how these chemicals cause
16  cancer and these specific types of cancers, and
17  then use the -- basically compare the exposure
18  levels in, for example, epidemiology studies or in
19  animal studies or mechanistic studies to the
20  control group.  And then that's where we have
21  overwhelming evidence that these five chemicals
22  increased exposure over background can cause these
23  specific cancers, as opposed to a risk factor that
24  one of the plaintiffs may have for these
25  particular cancers.

Page 248

1      Q.   So whether or not there's a study
2  analyzing the specific levels modeled by Dr. Sahu,
3  how are you able to make conclusions about the
4  specific causes or the contributing factors of
5  these plaintiffs' cancers?
6      A.   Because we have overwhelming data that
7  when you have higher than background exposure to
8  these specific five chemicals, that these specific
9  cancers can be caused.  We have that evidence
10  through human studies, animal studies, and
11  mechanistic studies.  And what's important and
12  what I talked about before is that even for
13  mechanisms, these cancers, these particular cancer
14  types, these blood cancers, breast cancers,
15  testicular cancers, the mechanism of how they're
16  formed, DNA damage, genotoxicity, proliferation,
17  immunosuppression -- I went into detail about the
18  key characteristics -- and as being exposed to
19  five of these carcinogens will initiate and
20  promote these specific type of cancers.  And we --
21  that's where we do rely on epidemiology studies
22  and the exposure concentrations over a particular
23  time period.  And that's how we know, through
24  people being exposed to these chemicals, that
25  these cancer types are -- can be caused by these

Page 249

1  chemicals.
2      Q.   And do the environmental studies that
3  you've reviewed support your conclusion that these
4  cancer types can be caused by exposures to the
5  levels that Dr. Sahu has modeled?
6      A.   Yes.  By -- by knowing that the amount
7  that he's -- when compared to background levels
8  where it was a hundred to a thousandfold higher,
9  and certain other chemicals, PCE, TCE, twofold
10  higher, we use that in conjunction with
11  epidemiology studies, animal studies, mechanistic
12  studies where we will similarly see an increase in
13  exposure, and then we can compare that and ask the
14  question, Does exposure to these chemicals as a
15  mixture, more likely than not, cause these
16  cancers?  And then compare that to what the known
17  risk factors with these clients had, and then
18  determine was it the exposure to these genotoxic
19  chemicals that caused the cancer, or was there a
20  known risk factor, or was there an idiopathic
21  mechanism?
22           And then -- so from the literature and
23  the studies I reviewed, it's clear, as I mentioned
24  before, what's called -- especially concordance,
25  when these chemicals can cause these specific

63 (Pages 246 - 249)

Page 250

1  cancers in humans and in animals, and there is
2  mechanisms how the chemicals can interact with
3  each other and promote these specific type of
4  cancers, that's how we can say that the exposure
5  levels that Dr. Sahu modeled is highly relevant
6  and supportive that these chemicals cause these
7  type of cancers.
8      Q.  There was a lot of discussion today
9  about the 10 key characteristics of cancer.
10         Has IARC called on your expertise in
11  that area?
12     A.  Yes.  I will actually be going to Leon,
13  France, July 25th to 28th, and I will be updating
14  the chapter on inflammation in cancer for IARC as
15  an update.  Because science progresses very
16  rapidly, so even in the last couple of years, when
17  we talk about these key characteristics and the
18  mechanisms of how these chemicals cause cancer, we
19  even get more scientific studies, just in the past
20  few years.  So IARC had introduced the key
21  characteristics in 2019, based on a confer- -- a
22  workshop in 2013, and so we have a new
23  workshop this summer in IARC in Leon.  And then
24  we'll write -- there will ultimately be a new
25  chapter on updated key characteristics that I will

Page 251

1  be helping with.
2      Q.  Based on what you know about the
3  mechanisms of these carcinogens at issue in the
4  specific causation report and the plaintiffs'
5  specific exposures to them, do you think that it
6  is likely that any of their cancers were
7  idiopathic in nature?
8      A.  No.
9      Q.  Why is that?
10     A.  Because the exposure to these five
11  chemicals, as I mentioned, the human studies, the
12  animal studies, and the mechanistic studies show
13  that these chemicals can cause these specific type
14  of cancers, like certain background factors such
15  the cancer, like certain background factors such
16  as obesity or family history.  These are
17  initiators and promoters of these specific type of
18  cancers.  Every cancer type that these clients --
19  that these plaintiffs develop has been shown
20  through a combination of human, animal, and
21  mechanistic studies that these chemicals can
22  initiate, cause, and promote the growth of these
23  specific cancer types.
24     Q.  And are you aware of any other factor
25  for any of these plaintiffs' cancers that would

Page 252

1  constitute a potential sole cause of their cancers
2  such that there would be no contribution
3  whatsoever, or any substantial contribution, from
4  the exposures from Lockheed Martin?
5      A.  No.  I did not see any other evidence in
6  the -- in the medical records or in their history
7  that they were exposed to any other carcinogens or
8  any other chemicals that could potentially cause
9  these cancer types.
10         MR. ROCHA:  Okay.  Thank you, Doctor.
11  That's all the questions I have for you.
12         THE WITNESS:  Thank you.
13         MR. HOPPER:  I have two -- well,
14  hopefully two, at least two follow-up
15  questions for you, Dr. Panigrahy.
16             REDIRECT EXAMINATION
17  BY MR. HOPPER:
18     Q.  First, counsel for the plaintiffs asked
19  you if you listed units of measurement with regard
20  to dose in your general causation report.
21         Do you remember that?
22     A.  Yes.
23     Q.  Can you show me anywhere in either of
24  your specific causation reports where you offer an
25  analysis on whether or to what extent the exposure

Page 253

1  levels modeled by Dr. Sahu exceed any dose
2  expressed in your general causation report?
3      A.  No.  As I mentioned before, I didn't --
4  the comparison of Dr. Sahu's numbers, the
5  appropriate comparison was the control unexposed
6  people who were not exposed to the chemicals.
7      Q.  Outside of the context of this
8  litigation, can you name for me any scientist who
9  had ever opined -- who has ever opined that
10  exposures to PCE, TCE, styrene, hexavalent
11  chromium, or arsenic at or below the levels
12  modeled by Dr. Sahu are capable of causing
13  testicular cancer, breast cancer, acute
14  lymphoblastic leukemia, Hairy cell leukemia, or
15  Hodgkin's lymphoma?
16         MR. ROCHA:  Objection to form.
17         THE WITNESS:  No.  Because that's --
18  this is a specific example of a mixture of
19  genotoxic carcinogens and exposure.  We
20  have -- as I mentioned before, we have
21  evidence that these chemicals can cause these
22  type of cancer types using human, animal, and
23  mechanistic studies.  But this -- in
24  peer-reviewed literature, we rely on, as I
25  mentioned before, like epidemiology studies,

64 (Pages 250 - 253)

Page 254

1  we have to go ideally 30 years or 20 years,
2  increased number of people.
3      This type of unique exposure of these
4  particular five specific carcinogens, while
5  we have not had a published paper in these
6  exact five chemical carcinogens in science,
7  we always use the evidence, scientific
8  evidence, that we've learned over the past 70
9  years.  And this is a whole field, chemical
10  carcinogenesis, that, over the past 70 years,
11  that we know these chemicals can initiate and
12  cause cancer.  They are human carcinogens or
13  probable human carcinogens.  And we -- we
14  know that these specific tumor types can be
15  caused by these specific chemicals.
16  BY MR. HOPPER:
17    Q.  Scientific knowledge that these
18  substances are capable of causing these cancers at
19  or below the doses modeled by Dr. Sahu would be
20  relevant to the scientific community, right?
21    A.  Yes.  I cite --
22      MR. ROCHA:  Objection.  Go ahead.
23      THE WITNESS:  So I cited papers in
24  epidemiology, animal studies, mechanistic
25  studies that show an increased dose or

Page 255

1  duration of exposure to these chemicals
2  increases the risk of these specific type of
3  cancers.  So that's where I focus in on for
4  the epidemiology studies, animal studies,
5  mechanistic.  And we do -- I do talk about
6  increased exposure, increased dose increasing
7  the risk of these cancers.
8      And that's where, like I said, we rely
9  on -- we have a whole literature on genotoxic
10  carcinogens that act in a linear,
11  non-threshold manner.  And that's very
12  important, where the mechanisms do not rely
13  on -- there's no threshold.  So these
14  mechanisms such as genotoxicity,
15  inflammation, immunosuppression, there's no
16  threshold for these mechanisms of how these
17  chemicals cause these type of cancers.
18  BY MR. HOPPER:
19    Q.  Are you planning to submit your expert
20  report in this case for peer review for the
21  proposition that exposures at or below the
22  concentrations modeled by Dr. Sahu are capable of
23  causing these cancers?
24    A.  Currently I have no plans for that.
25    Q.  Do you believe the scientific community

Page 256

1  would accept it as sufficient proof of causal
2  relationships at or below these concentrations?
3      MR. ROCHA:  Objection to form.
4      THE WITNESS:  Yeah.  My reports are
5  based on the methodology that many scientific
6  agencies use, using human epidemiology,
7  animal studies, mechanistic studies.  And the
8  question here, as I said, is does the
9  exposure to these five chemicals, more likely
10  than not, cause these specific cancer types?
11  So that's where, in the specific causation,
12  we compare that to their other risk factors
13  for -- for these specific cancers.
14      And as I mentioned before, these
15  chemicals initiate and cause these specific
16  type of cancers, as opposed to other
17  risk factors that these plaintiffs had where
18  that -- there was no causation of their
19  specific -- of their specific cancer type
20  with the other risk factors that they had.
21  BY MR. HOPPER:
22    Q.  Do you believe the information that you
23  have that's specific to this case is sufficient to
24  demonstrate a statistically significant increase
25  in the incidence of ALL, Hairy cell leukemia, and

Page 257

1  Hodgkin's lymphoma?
2      MR. ROCHA:  Objection to form.  I think
3  we're straying pretty far from my redirect
4  now.
5  BY MR. HOPPER:
6    Q.  You can answer, Dr. Panigrahy.
7    A.  So the fact Dr. Sahu modeled the
8  exposures and found over a hundredfold to
9  thousandfold higher concentrations of these
10  genotoxic carcinogens -- in these plaintiffs
11  working at the Golf Channel compared to people who
12  are not exposed to these -- these five clients, I
13  think that's very compelling evidence.
14      And from a cancer biology point of view,
15  the fact that these chemicals, as I mentioned,
16  are -- induced tumor concordance, which means they
17  can cause the same type of cancer in animals and
18  humans via very compelling mechanisms that we now
19  know in the lab are very important for initiation
20  and promotion of cancers, we can say, based on the
21  human -- the totality of this case, that human,
22  animal, mechanistic studies, that exposure to this
23  mixture of genotoxic carcinogens was, more likely
24  than not, the cause of these specific type of
25  cancers.

65 (Pages 254 - 257)

Page 258

1    MR. HOPPER:  Okay.  Thank you for your
2  time, Dr. Panigrahy.  I don't have any
3  further questions.
4    THE WITNESS:  Thank you, Dr. Hopper.
5    MR. ROCHA:  None from me either.  Thank
6  you, Dipak.  Enjoy the rest of your day.
7    THE WITNESS:  Thanks, everybody.  Thank
8  you everyone.
9    MR. LEIPFINGER (Veritext Tech):  We're
10  off the video at 4:02.  This ends the
11  deposition.
12    (Deposition concluded at 4:02 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 259

CERTIFICATE OF OATH

1
2
3  STATE OF FLORIDA
4  COUNTY OF HILLSBOROUGH
5
6    I, the undersigned authority, certify that
7  DIPAK PANIGRAHY, M.D., appeared remotely (via
8  videoconference) before me and was duly sworn.
9
10    WITNESS my hand and official seal this 1st
11  day of June, 2023.
12
13
14
15
16
17
18
19    Aaron T. Perkins, RMR, CRR, CRC, CCR
    Notary Public - State of Florida
20    My Commission Expires:  4/1/2024
    Commission No. GG975331
21
22
23
24
25

Page 260

REPORTER'S CERTIFICATE

1
2
  STATE OF FLORIDA
3  COUNTY OF HILLSBOROUGH
4
5    I, Aaron T. Perkins, Registered Merit
  Reporter and Certified Realtime Reporter, certify
6  that I was authorized to and did stenographically
  report the deposition of DIPAK PANIGRAHY, M.D.,
  remotely (via videoconference); that a review of
7  the transcript was requested; and that the
  transcript is a true and complete record of my
8  stenographic notes.
9
10    I further certify that I am not a
  relative, employee, attorney, or counsel of any of
11  the parties, nor am I a relative or employee of
  any of the parties' attorney or counsel connected
12  with the action, nor am I financially interested
  in the action.
13
14
    Dated this 1st day of June 2023.
15
16
17
18
19
20
21
22    Aaron T. Perkins, RMR, CRR, CRC
23
24
25

Page 261

ERRATA LETTER

1
2
  DIPAK PANIGRAHY, M.D.
3  c/o RENE F. ROCHA, III, ESQUIRE
  Morgan & Morgan, P.A.
4  400 Poydras Street, Suite 1505
  New Orleans, Louisiana 70130
5
6  Henderson, et al. v.  Lockheed, et al.
  May 30, 2023/DIPAK PANIGRAHY, M.D.
7  _____
8
9
    The witness should, please, date and sign the
10  Errata Sheet and e-mail to the deposing attorney
  as well as to Veritext at Transcripts-fl@Veritext
11  and copies will be e-mailed to all ordering
  parties.
12
    It is suggested that the completed errata be
13  returned 30 days from receipt of testimony, as
  considered reasonable under Federal rules*;
14  however, there is no Florida statute to this
  regard.
15
    If the witness fails to do so, the transcript may
16  be used as if signed.
17    Yours,
18    Veritext Legal Solutions
19
  *Federal Civil Procedure Rule 30(e) & Florida
20  Civil Procedure Rule 1.310(e)
21
22
23
24
25

66 (Pages 258 - 261)

Page 262

1        SIGNATURE PAGE
2
      Henderson, et al. v. Lockheed, et al.
3     May 30, 2023/ DIPAK PANIGRAHY, M.D.
4
5     PAGE_____  LINE_____
      CHANGE_____
6     _____

7     REASON_____
      _____

8
      PAGE_____  LINE_____
9     CHANGE_____

      _____
10    REASON_____
      _____
11
12    PAGE_____  LINE_____
      CHANGE_____
13    _____

14    REASON_____
      _____
15
      PAGE_____  LINE_____
16    CHANGE_____

17    _____
      REASON_____
18
      PAGE_____  LINE_____
19    CHANGE_____

20    REASON_____
21
          Under penalties of perjury, I declare that I
22    have read the foregoing document and that the
      facts state in it are true.
23
      _____
24    (WITNESS NAME)         DATE
25

Veritext Legal Solutions

800-726-7007                                                      305-376-8800

[& - 2]

**&**

**&**   2:3,14 11:13 261:3,19

**0**

**0.00332**   95:21
**0.00425**   96:9
**0.00633**   88:24 89:9 91:18 92:14 93:13 94:4 197:24 198:4
**0.0132**   78:25 79:5,19 82:2,10 83:7 214:5
**0.015**   211:12
**0.104**   96:3
**0.13**   82:2
**0.15.**   211:14
**0.5**   196:11,12,13 196:24 197:5
**00633**   198:19
**01**   95:25
**02**   78:19,25
**03**   88:21 95:19 96:7

**1**

**1**   1:25 3:13 4:12 5:15 14:23,24 15:10 27:16 60:22 127:2 236:20 237:21
**1,100**   216:10 220:15
**1,136**   214:14
**1,200**   209:1 230:25 244:13
**1.04e**   95:25
**1.310**   261:20
**1.32e**   78:25
**1.3e**   78:19
**1.5.**   236:21
**10**   3:2 4:9 21:4 21:19 23:9,11 27:15 47:18 51:2,4,5 52:9 57:14 65:20 66:15 68:20 83:20 87:5 104:21 121:2 123:12,22 126:11,13 129:19 139:9 140:5 147:8 179:1 188:9,17 192:16 224:14 250:9
**100**   30:13 42:13 139:15,24 141:1 141:6 202:22
**1000**   197:2
**1006**   205:21 215:9
**101**   2:9
**107**   9:17
**10:34**   60:21
**10:42**   60:25
**11**   3:3 4:13 195:1,3
**1100**   2:15
**11:46**   112:16
**11:52**   112:20
**12**   4:17 59:18 197:10,11
**126**   4:9
**12:36**   148:12
**13**   4:5,20 42:20 155:11 158:19 204:9,11,14,24 207:15,16
**133**   4:12 127:2
**1363-37**   1:4
**1363-37dci**   10:20
**14**   3:17 5:2 191:14 196:17 200:3 204:9,11 204:15 205:2,3 206:8 207:14 215:8
**14th**   36:10
**15**   3:13,15,19,20 3:21,23 4:2 5:5 60:7 65:20 121:2 191:10 202:18 204:9,11 205:22 206:4,9 209:14 211:18 213:25 215:9
**1505**   2:4 261:4
**1570-37**   1:13
**16**   5:8 213:2,4,6 228:3
**17**   5:11 228:24 229:7 230:9,10 230:12,13 231:9
**170**   59:17
**18**   5:15 149:20 228:24 230:11
**19**   5:16 163:5 170:8 185:15 202:19 228:24
**1900**   2:10
**195**   4:13
**1966**   210:10
**1968-2012**   6:22
**197**   4:17
**1978**   4:19 195:2 195:12 197:6 198:2 199:20 200:21
**1985**   211:5
**1995**   123:3
**1996**   78:15 79:9 79:15 95:19 96:6
**1999**   204:10,21 205:7
**1:09**   148:16
**1st**   259:10 260:14

**2**

**2**   2:15 3:15 14:25 15:10 35:25 36:24 37:5,15 38:2 61:1 112:17 117:21 196:5

205:18,25
**20**   5:20 21:19
23:9 34:13,17
35:8 69:25 70:2
70:11 76:23
78:7,12 79:12
87:19 88:16
90:15 95:5
96:14 97:4,14
102:20,21
119:20 121:18
122:4 123:2
124:12 163:5,14
170:8 185:15
197:19 199:9
202:19 203:15
214:4,25 216:13
218:17 219:15
227:22,25 228:9
228:24 254:1
**2000**   5:10
204:10 206:1,5
**2003**   6:5 228:1
229:14,22
**2005**   9:4
**2009**   79:8
**2011**   204:10,21
205:7
**2013**   8:15 31:25
59:17 250:22
**2014**   88:21
**2015**   47:19
59:16,19 95:25
**2018**   6:14 7:16
60:6

**2019**   5:19 8:7
250:21
**2020**   59:20
123:3
**2021**   15:25
16:18
**2022**   40:19
**2023**   1:17 3:17
4:5 10:5 36:10
36:17 42:20
127:8 144:15
259:11 260:14
261:6 262:3
**204**   4:20 5:2,5
**21**   6:2 107:4
182:18,19 183:7
183:19 184:17
185:23 186:11
188:2 227:22
228:24
**213**   5:8
**22**   6:6 228:24
**228**   5:11,15,16
5:20 6:2,6,11,15
6:19 7:2,7,11,14
7:17 8:2,5,8,12
**229**   8:16 9:2,5
**23**   6:11 84:17
228:24
**24**   6:15 228:25
**242**   3:4
**24th**   127:8
**25**   6:19 163:14
185:15 228:25

**25002**   259:18
260:21
**252**   3:5
**259**   3:6
**25th**   250:13
**26**   7:2 228:25
**260**   3:7
**261**   3:8
**262**   1:25 3:9
**27**   7:7 228:25
**28**   7:11 228:25
229:8
**28th**   250:13
**29**   7:14 228:25
**2:08**   194:16
**2:14**   194:20

**3**

**3**   3:19 15:2,10
15:18 112:21
148:13
**3.32e**   95:19
**3.6**   215:3
**30**   1:17 7:17
21:4,19 23:11
34:13,14,17
35:8 84:17 95:5
199:4,9 218:18
228:25 254:1
261:6,13,19
262:3
**30th**   10:5
**31**   8:2 149:22
228:25
**32**   8:5 228:25

**33**   8:8 228:25
**33134**   2:16
**33602**   2:10
**34**   8:12 228:25
**35**   8:16 229:1
**36**   9:2 229:1
**37**   9:5 229:1,11
229:16,18 231:9
**38**   229:7,13,17
229:19
**3:00**   228:19
**3:11**   228:23
**3:25**   240:21
**3:39**   240:24
**3rd**   36:17

**4**

**4**   3:20 15:3,10
31:10,13 148:16
194:17 228:20
**4.25e**   96:7
**4/1/2024**   259:20
**40**   149:23 150:2
**400**   2:4 261:4
**41**   149:22
**42**   4:4
**4:02**   1:18
258:10,12

**5**

**5**   3:21 15:4,10
32:3 194:21
210:1,15 211:11
**50**   26:21 139:15
141:1,6 237:3

**500** 197:7 198:1
198:19
**55.7** 212:1

**6**

**6** 3:23 15:5,10
38:11 209:11
228:23
**6.33e** 88:21
**60** 26:21 150:2
**621,000** 214:23
216:10
**649** 209:10,21
**651** 210:14
**652** 210:4
**69** 4:7 9:14
**6:21** 1:4,13
10:20
**6:22** 1:9

**7**

**7** 4:2 14:23 15:8
15:10 36:14,24
37:5,15 38:2
196:17
**70** 82:18 254:8
254:10
**70130** 2:5 261:4
**73** 215:20,24,25
**73,036** 6:17
**78,000** 203:13
**78,989** 198:3
**79** 70:4 87:8

**8**

**8** 4:4 42:15,15
42:16 43:4,7
182:7,10 210:13
**8.4** 4:8
**80** 182:17,24
**81-37dci** 1:9
**84** 182:7,16,22
182:24 183:1
**87** 9:15

**9**

**9** 4:7 69:11,22
69:23 70:6
88:16 119:10,14
196:4 210:4
**9.5** 211:22
214:23
**99** 107:3,4
**9:30** 1:18 10:5

**a**

**a.m.** 1:18 10:5
**aaron** 1:23
10:24 69:8
80:11 87:7
107:3 259:19
260:4,22
**abdominal**
133:22
**ability** 187:11
187:14
**able** 15:13 33:8
33:9 220:13
229:25 248:3

**above** 30:12,24
75:20 81:11
93:12,22 94:5
134:17 151:5
158:14 165:25
168:10 181:2
187:5,6 215:10
247:7
**absolute** 102:14
160:5 203:5
**absorption**
77:10 106:23
112:3 227:11
**abstract** 7:2
**accept** 256:1
**accepted** 16:21
**accompanies**
107:10 109:10
158:18
**accompany**
124:15
**accompanying**
50:5
**account** 74:16
109:21 167:16
174:17 176:11
176:21 178:14
212:9,9 219:2
240:12
**accounting**
180:21 186:1,14
**accurate** 213:19
**acid** 222:24
224:18

**act** 47:22 59:13
59:23 102:11
132:8 189:2
190:24 255:10
**action** 11:2
260:12,12
**actions** 147:17
**activation** 105:1
147:11
**activity** 53:12
131:21 192:21
**actos** 31:25
**actually** 25:13
49:2 69:4 86:10
86:16 105:1
106:13 114:1
121:9 128:22
155:9 156:20
160:14 161:1
166:16 222:21
224:19 228:10
250:12
**acute** 54:1 56:20
58:4 102:25
103:7 132:16
142:7,11 253:13
**add** 53:11
135:13
**adding** 51:14
131:24
**addition** 77:23
84:24 223:22
**additional** 9:8
**additive** 57:19
131:20,22

135:13 190:7,25
193:10
**address**  137:25
**addressed**  41:6
41:9 42:2 45:15
45:17 50:15
52:1,17,22
53:25 54:25
55:3,4 94:2
101:14 105:13
105:17 112:24
127:14 138:13
149:16 150:8
155:4,21 173:4
173:24 174:12
188:2 197:6
202:12
**administer**
10:25
**advantage**  21:8
**affect**  177:3
**affecting**  179:8
**affects**  187:11
187:14
**affirmatively**
194:9
**afternoon**
242:10
**age**  149:22
**agencies**  30:9
68:19 256:6
**agency**  111:22
**agent**  218:1
**agents**  127:13
127:19 223:21

223:23
**aggressively**
136:2
**agree**  10:13
18:23 79:7
208:11
**agreed**  142:9
**ahead**  14:23
42:11 77:4
91:22 92:19
120:16 173:6
218:10 229:13
254:22
**aiming**  20:6
**air**  178:17
209:24 210:9,16
225:4,22 246:5
246:14,18
**aircraft**  4:21 5:3
5:6 205:8
217:18
**al**  1:3,5,14 3:17
10:17 32:22
59:15,19,20
60:3 261:6,6
262:2,2
**alarm**  130:18,18
**alcohol**  159:2
**alhambra**  2:15
**allegedly**  39:22
109:11
**alleging**  56:16
**ambient**  246:5
**amount**  23:19
28:16,20,21,21

29:14,15,20,22
29:23 34:2
62:21 63:13,15
65:22,24 66:23
67:17 68:5 71:8
84:3 111:25
120:1 143:20
146:2 156:13
157:20,21 163:3
168:7 170:10
171:8 174:20
175:14 176:19
178:18,19 223:5
224:6 226:11
243:4,23 249:6
**amounts**  66:9
102:20
**analyses**  55:22
**analysis**  6:8
23:16 58:17
65:22 74:13,21
100:19 116:4
125:16 133:16
134:5,11 135:6
149:2 152:20
163:17 177:3
244:6,10 252:25
**analyzed**  37:14
**analyzes**  220:15
**analyzing**  248:2
**angiogenesis**
51:16
**animal**  22:9
32:25 62:10
63:2 64:21 67:8

67:19 68:8 69:6
75:16 76:7
77:24 81:24
82:21 84:11
88:6 90:8,16
92:24 95:9 99:2
99:12 100:21
101:3,11,23
102:10 109:22
110:24 113:7
114:10 115:14
116:15 118:10
119:8 122:21
135:15 139:18
146:1,22,23
148:3 154:2
157:9 164:16
174:4 181:10
193:12 203:23
220:1 232:5
234:5 235:13
238:5 239:3
240:13 247:9,19
248:10 249:11
251:12,20
253:22 254:24
255:4 256:7
257:22
**animals**  25:7
27:20 28:21
30:22 50:22
51:20 52:6
54:12 57:12
62:16 64:24,24
67:9,22,25

83:18,19 84:24
86:9,13,18 87:1
101:6,8 102:3
103:13,19,24
104:18 105:9
108:5 109:14,16
113:8 118:12,13
118:16 128:23
129:18 140:12
146:24 164:9
166:3,6 169:10
193:15,20 250:1
257:17
**announce** 11:5
**annual** 70:12
79:3 89:3
**answer** 13:19
14:3,11,15
44:11 47:17
52:14,15 81:16
82:22 87:8
93:17 103:11
107:1 109:23
141:15 152:13
154:8 155:15
172:7,8,13
178:6 181:25
186:7 190:4
193:17 200:20
202:16 222:13
225:13 234:3,23
257:6
**answered** 47:3
77:3 87:22 91:5
91:21 92:11,18

104:9 107:13
113:3 140:24
141:19 144:11
152:8 167:13
169:25 172:12
186:5 220:20
221:12 222:8,9
222:11 239:23
**answers** 14:19
**antagonistic**
192:22 193:11
**anti** 193:4
223:21,21
**antitumor** 193:6
**apologies**
130:19 154:8
**appeal** 241:20
**appear** 158:22
**appearance**
11:5
**appearances** 2:1
**appeared** 259:7
**apple** 12:17
**applied** 134:5
**apply** 30:1
133:15 235:6
**appreciable**
49:22 68:14
**appreciate**
52:13 238:19
241:2
**approaches**
30:8
**appropriate**
121:22 122:23

124:4,6,19
125:23 126:6
154:3 212:17
216:25 217:4,12
219:25 220:2,8
221:4,5,19
232:6 236:15
239:25 240:1,5
253:5
**approval** 25:6
**area** 19:14
73:17 250:11
**areas** 119:25
246:4,7,10
**argentina**
174:23 226:4
**arithmetic**
211:11,21,25
213:22 214:22
215:2
**arsenic** 4:14
16:10 17:6
30:16 39:24
42:4 54:10 58:1
58:25 65:23
66:9 68:20
71:20,21,22
75:21 78:8 88:1
88:15 89:3,9,16
89:19 90:4
91:18 92:14
93:12,22 94:3
94:13,14 95:10
95:11,13 101:5
101:5,20,22

111:20,24
113:16,21,23
114:7,8 121:7
127:12 128:21
130:22 131:14
131:16 132:4
135:10,19,22
142:18 143:10
144:23 145:18
153:3,14 154:21
155:7,11 160:13
165:10 172:21
173:2 174:14
175:2,4,22
177:14 190:19
191:8,8,25
192:1,1 195:20
196:10,23
197:22 198:5
199:22,23
200:22,24
203:12,20 223:4
223:10,15,17
225:18 227:6,7
253:11
**article** 4:13,20
5:2,5,11,20 6:6
6:15,19 7:7,11
7:17 8:2,8,16
9:5
**articulate**
237:12
**aschengrau**
229:14,22

asia   175:4
asked   17:9
  40:25 43:16
  44:6 45:8 47:1
  49:18 77:2
  87:21 91:4,21
  92:18 101:19
  104:8 107:12
  113:2 128:13
  140:17,23
  141:18 152:7
  167:12 169:24
  171:22 172:11
  186:4 203:6
  220:20 221:11
  222:7,11 239:22
  242:14 252:18
asking   18:4
  58:10 62:22
  64:5 65:4 67:1
  87:11,12 90:24
  91:8 92:7,25
  93:7 98:5,8
  108:14 113:23
  121:12,16 122:3
  129:12 142:20
  143:22 152:10
  155:23 160:3
  189:4 191:6
  199:18 224:25
  225:12
asserting
  232:20
assess   23:24
  25:18 26:7,25

29:10 33:15,21
  39:21 97:1,11
  134:21 242:18
assessed   245:11
assessing   40:5
  91:1 225:5
assessment   5:5
  19:14 24:13
  30:20 108:24
  109:7 123:16
  124:14 195:8
  205:15
assessments
  238:22
assign   217:25
  247:12
assist   197:15
assistance
  207:17
associate   160:4
associated
  66:24 84:5
  88:21 93:21
  156:17 160:24
association   22:2
  158:11 164:25
  166:14 209:3,3
  233:15
assume   14:4
  125:10
assuming   37:9
  213:18
assumption
  125:12,15

assumptions
  198:15
attempt   30:1
  66:21 169:21
attempted   48:22
  70:25 71:20
  124:11 161:6
  167:7
attempting
  144:2
attorney   9:14
  9:16,17 260:10
  260:11 261:10
attributable
  72:7 98:9
  155:19 156:6
  172:6
attributes   71:13
audio   10:11
august   15:25
  16:18 40:19
aunt   159:4
autacoids   26:15
author   17:3
authored   16:9
  16:14,17
authoritative
  128:5
authority   259:6
authorized
  10:25 260:5
authors   17:4
  81:25 195:19
  196:9,21 205:14
  209:23 210:8

217:15 218:7
automatically
  167:15
available   33:5
  229:8
average   70:12
  71:12 79:4 89:3
  197:18 198:4
  214:14 216:8,12
aware   89:7
  190:5,12 200:22
  205:6 230:15
  241:10,16,23
  242:3 251:24
axelson   4:19
  195:1,12 197:6
  198:2 199:15,20
  200:21
axis   48:14,17

**b**

**b**   3:12
back   31:22
  37:13 41:24
  60:25 61:3 99:6
  112:19 116:9
  119:10,13
  138:19 148:15
  148:18 151:24
  177:18 182:5
  192:12 194:20
  194:22 215:7
  228:22 229:4
  240:23
background
  20:3 23:23 24:3

27:22 29:20
30:12,15,24
35:1 44:4 46:3
47:14 63:4
64:18 66:7
67:12,14 68:6
68:13 70:20
71:9,10 72:1,14
73:2,4,16 74:10
74:13 75:20
76:3,6 79:23
80:2,7,20 88:3
89:18 90:6
93:12,22 94:5
96:22 98:17
99:8 100:12
102:7 104:15
105:12,25 107:8
107:10,21
108:18 109:3
110:1,2 111:16
113:22 114:9,23
115:13 116:16
118:8 122:24
124:7 126:9
128:10 129:2
134:1,18 135:25
142:23 143:1,8
143:12,17,20
144:9,10 145:20
145:23 146:4
148:21 149:4,15
150:9 151:6
153:7 154:1,5
154:14 157:1

158:14 161:18
165:25 166:11
168:10 169:22
170:3 172:5
174:16 175:23
176:2,9,10,11
176:20,21,23
177:5,20,21,23
178:10 179:19
180:15,18,22
181:2 183:9
184:3,5 185:3
185:21 187:5,7
188:13 189:5,14
194:3 198:24
203:3,8 212:18
217:1,5 219:22
220:8 221:21,24
226:13,17
233:12 234:11
235:16 237:13
238:12 240:2
242:22 244:1,4
247:7,22 248:7
249:7 251:15
**bad** 110:20
**barium** 211:6
**barr** 156:11
157:16 158:5
170:18
**base** 100:18
**based** 59:16
117:15 121:9
127:1 157:9
211:6 213:15

235:24 236:4
238:22 250:21
251:2 256:5
257:20
**bases** 38:8
171:14
**basic** 18:17
**basically** 21:18
45:4 87:1
103:11 147:10
191:11 244:2
247:17
**basis** 25:23
61:18 127:25
153:18 198:8
211:5
**bathroom**
228:12
**bearing** 107:15
**beginning** 87:8
**begins** 60:25
112:20 148:16
194:20 228:23
**behalf** 1:7 2:2,7
2:13 11:16
**behave** 234:8
**beijing** 178:16
**believe** 15:6
22:16 25:1,17
26:6,24 29:2
35:5 37:14 41:5
43:21 46:12
48:20 52:15,20
53:15,17 57:25
66:4 82:8 83:5

85:16 87:17
90:21 91:14
93:9,25 97:24
100:14 101:13
101:15 102:24
103:5 104:4
119:25 120:14
120:17 125:6
127:4,22 137:10
137:12 138:21
139:4,13 140:1
140:19 142:5
150:17,25 152:4
172:4,20 173:1
173:22 178:13
180:20 182:6
195:17 202:10
205:10 206:12
207:21 215:12
223:4 224:5
230:16 231:14
243:14 255:25
256:22
**believed** 45:9
**benign** 167:18
175:16 223:17
**berry** 37:18
**berry's** 215:15
236:5
**bertke** 6:14
**best** 34:23
**big** 157:6 158:7
237:22
**billion** 76:12,25
213:14

**bioavailability**
77:12 78:4
106:12 112:3
200:8,11 223:10
223:11 225:9
227:11
**bioavailable**
175:7
**biological** 47:15
104:12 178:7
186:25 245:23
**biologically**
189:6
**biologist** 73:11
123:23
**biology** 45:4,19
87:3 104:18
122:11 181:16
200:1 201:21
257:14
**birth** 233:19
**bisgaard** 2:14
**bit** 31:8 175:9
213:3
**black** 160:7
**block** 111:9
**blood** 50:19,22
51:19 52:4,6
54:11,14 55:17
55:21,24 56:1
59:6 66:12
67:23 81:13
94:16 95:13
101:1,8 103:20
113:17 114:18

155:10 199:14
248:14
**blue** 210:8
**board** 18:3
**boatbuilding**
6:10
**body** 135:20
136:5,13 176:6
176:12 177:20
179:2,4 185:25
189:8 225:11
**body's** 178:13
178:23 179:10
179:17 180:4,20
183:20 184:13
186:13 187:11
187:12,14,25
**boice** 204:10,20
205:7,11 206:21
206:23 207:8,13
207:14,23 208:9
208:14,22
214:15 216:2
**boston** 12:9
**bottom** 213:12
224:21
**boulevard** 2:9
**box** 42:23
**bradford** 116:4
116:5 245:23
**brca** 161:23
**break** 14:7,10
60:16 144:20
148:7 194:11
228:11 229:6

**breaking** 14:8
148:6
**breast** 9:7 50:19
51:19 52:5 54:1
54:11 55:18
56:13 57:9 58:4
66:12 67:23
81:14 94:16
95:14 101:1,6
102:25 103:6,21
113:17 114:18
128:19,22 129:1
129:4,6,8,16,17
129:20,21,23,24
130:1,6,7
132:16 139:12
139:14 142:10
155:7,10 156:24
158:23,24 159:7
161:22 169:8
248:14 253:13
**brian** 37:19
**brief** 13:15
**bring** 204:23
209:13
**bringing** 70:7
183:5
**brisbois** 2:14
11:16
**build** 245:2

**c**

**c** 10:1 261:3
**calculate** 29:18
125:9,18,25
239:17

**calculated** 92:3
124:6 239:19
**calculation** 98:9
125:16 237:10
**calculations**
29:8 242:20
**california** 205:9
216:9
**call** 34:20 59:7
59:14 86:11,15
103:15 137:17
137:23 143:25
162:7 166:4
167:3 168:2,19
**callahan** 5:19
**called** 12:9
34:11 86:16
138:9 150:12
166:1 249:24
250:10
**camera** 10:8
**cancer** 4:10 5:2
5:12,20 6:6,19
7:12,18 8:2,9,18
9:7 16:24,25
17:6 19:25 21:1
23:10,19 25:5
25:13,14,14
27:14,20 28:23
29:24 30:21
34:5,9,11 41:9
44:17,21 45:6
45:17 47:6,16
48:12 49:4
50:21,24,25

| | | | |
|---|---|---|---|
| 51:2,3,8,16 52:1 | 109:10,14 110:7 | 150:8,13,18,25 | 223:5,14,21,22 |
| 52:11 53:12,18 | 110:11,16 111:8 | 151:7,17 152:5 | 224:7,11,23 |
| 54:1,1,11,12,13 | 112:6,8 113:1,8 | 152:10,12,13,14 | 227:2,13,17 |
| 54:18,21 55:4 | 113:11,17,17,18 | 152:19 153:4,16 | 232:13,17 |
| 55:16,18,18 | 114:18,18,18 | 154:22 155:7,10 | 233:13,16,23 |
| 56:5,9,13 57:7,9 | 115:17,25 116:9 | 155:14,19 156:6 | 236:6 237:3,22 |
| 57:11,16 58:3,4 | 116:13,17 117:3 | 156:23,24 | 237:24 238:1,14 |
| 58:4,12 59:3,9 | 117:12,20 | 157:14,18 158:2 | 244:25 246:6,20 |
| 61:6,16 62:5,8 | 118:12,16 119:2 | 158:4,17,23 | 247:16 248:13 |
| 62:12,16,19,24 | 119:7 122:14 | 159:2,7,14,19 | 248:25 249:4,19 |
| 63:16,20 64:3 | 123:23 126:8,25 | 159:21,25 160:9 | 250:9,14,18 |
| 64:20,25 65:5 | 127:14 128:11 | 160:10,11,17,20 | 251:15,18,23 |
| 66:11,13,13,16 | 128:19,22 129:1 | 161:3,4,12,13 | 252:9 253:13,13 |
| 66:25 67:23,24 | 129:4,6,8,16,17 | 161:22 162:5,8 | 253:22 254:12 |
| 69:18 73:11,11 | 129:20,21,23,25 | 163:18 164:4,4 | 256:10,19 |
| 77:8,15,22 78:3 | 130:1,6,7 | 164:7,15,21,22 | 257:14,17 |
| 81:14,14 82:9 | 131:21,23,24 | 165:1,1,3,8,12 | **cancers**   7:5 |
| 82:16 83:6,18 | 132:16,16 | 165:16 166:6,11 | 34:12 43:24 |
| 84:7,8,13,14,16 | 133:12 134:19 | 167:1,19,20 | 45:11 50:15,19 |
| 84:19,20,23 | 134:20 135:4,12 | 168:9,9,17 | 50:22 51:18,19 |
| 85:1,5,23,24 | 136:1,17,20 | 169:4,9,10 | 51:21,22 52:4,5 |
| 86:2,9,13,18,21 | 137:6,7,9,9,14 | 170:12,21,24 | 52:5,6,7,16,22 |
| 87:1,3 90:10 | 137:18,19,21,25 | 171:2,4,9 172:5 | 54:14 55:18,21 |
| 93:10,10 94:1,2 | 138:18,20,23 | 178:5,19 179:5 | 55:25 56:1 65:9 |
| 94:17,19,24,24 | 139:6,12,14,17 | 181:20 184:6,23 | 66:12 67:2,6,23 |
| 95:2,2,5,10 | 139:19,20 140:9 | 187:8,24 191:23 | 67:25 68:14 |
| 97:25 98:16,23 | 140:11,12,14 | 192:20 193:2,3 | 81:14 82:24 |
| 98:24 99:20 | 141:8,11 142:10 | 194:6 195:19,25 | 83:22 85:17 |
| 100:14,20,23 | 142:10,17,22 | 196:2,23 199:3 | 87:18 88:10,13 |
| 101:7,21,24 | 143:14,20,22,24 | 200:1,6 201:21 | 94:16 95:14 |
| 102:3,4 103:6,6 | 144:13 145:6,21 | 201:24 203:22 | 97:2,12 98:19 |
| 103:12,17,19 | 146:12,15,20,25 | 209:5 212:19 | 99:4,14,16,17 |
| 104:4,18 105:3 | 147:10,13,18,24 | 215:15 217:16 | 101:1,1,8 |
| 105:6,8 108:4,5 | 148:1,22 149:4 | 217:17 221:3 | 103:20,20,21,21 |
| 108:13,21 | 149:9 150:2,4,6 | 222:16,17 223:1 | 103:25 104:17 |

| | | | |
|---|---|---|---|
| 104:19 105:9,13 | 257:20,25 | 47:12 49:11 | 255:10 257:10 |
| 105:17,24 | **capable**  17:6 | 54:9 59:12 | 257:23 |
| 107:20 108:6 | 19:21 22:2 | 64:22 65:9 | **care**  177:22 |
| 109:9 110:4 | 50:14 53:18,25 | 88:10 106:7 | **carefully**  175:11 |
| 114:2 115:3,9 | 56:9,13,20,24 | 108:3,10,17 | 181:25 190:3 |
| 138:13,15 143:2 | 57:3,7 58:2 | 110:20 128:20 | 200:19 |
| 143:5,8,17 | 132:15 173:4,23 | 128:20 131:14 | **carol**  1:8 |
| 144:3,16,25 | 180:21 186:1,13 | 131:17 132:5,7 | **carries**  68:13 |
| 146:8 147:7 | 253:12 254:18 | 136:9,15 141:5 | **case**  1:4,8,12 |
| 149:16 151:7,10 | 255:22 | 146:4 147:7 | 4:15 10:19 12:4 |
| 151:12,23 | **capacity**  188:1 | 153:25 157:1 | 13:1,8 15:2,8 |
| 152:23 154:13 | **cape**  9:8 | 161:11 162:17 | 19:5 20:8,9,18 |
| 155:4,20 156:15 | **carcinogen** | 163:1,10,11,13 | 20:19,25 21:5,7 |
| 157:7,24 164:7 | 23:25 47:22 | 164:9 165:4,25 | 21:11,14,22,23 |
| 165:5 166:14,18 | 59:14,23 106:24 | 167:3 170:10,11 | 22:1,14,16,22 |
| 166:22 167:9,10 | 110:15 122:13 | 173:17,19 | 23:1 24:4 27:10 |
| 167:22,25 168:3 | 131:22 146:12 | 176:12,19,20 | 30:3 31:2,25,25 |
| 168:6,11,22 | 146:23,24,25 | 177:13 178:22 | 32:8,9 36:3,4,19 |
| 169:16 170:19 | 173:14 178:2,5 | 178:25 179:5,8 | 37:1,8 40:17,23 |
| 173:4,14,24 | 187:19 188:22 | 179:9,13,17 | 44:21,25 45:24 |
| 179:7 181:8,12 | 192:4,5 202:1,4 | 181:1,8,11,22 | 47:23 48:12,21 |
| 181:16 187:2 | 225:7 | 184:8 185:8 | 48:22 51:19,21 |
| 189:15,20 209:7 | **carcinogenesis** | 187:1,21 188:20 | 51:23 52:12 |
| 238:3 239:11 | 82:19 254:10 | 189:2,3,7,18,22 | 55:20 56:15 |
| 244:19 246:7,11 | **carcinogenic** | 190:17,19,20,22 | 58:9 59:24 63:1 |
| 247:1,6,11,16 | 28:18 58:11 | 190:23 191:9,22 | 64:10 66:12 |
| 247:23,25 248:5 | 59:25 77:17 | 192:2 193:9,21 | 72:19 73:3 |
| 248:9,13,14,14 | 106:9 127:12 | 200:4 224:21 | 74:23 81:5 84:1 |
| 248:15,20 | 135:9 | 226:17 233:25 | 84:12 87:13,15 |
| 249:16 250:1,4 | **carcinogenicity** | 234:10,14 | 88:3 89:6,19 |
| 250:7 251:6,14 | 127:22 130:15 | 237:18 238:9 | 91:16 92:12 |
| 251:18,25 252:1 | 130:23 131:9 | 240:9 248:19 | 94:9,10,15,18 |
| 254:18 255:3,7 | **carcinogens** | 251:3 252:7 | 95:10,13 99:5 |
| 255:17,23 | 27:16,19 28:17 | 253:19 254:4,6 | 100:2 102:6 |
| 256:13,16 | 45:7 46:23 | 254:12,13 | 103:19 108:7 |

109:16,24 114:8
124:4 127:1
128:8 129:1
130:5 131:13
133:3,25 134:16
134:18 135:22
136:9 137:4
143:16 166:5
174:3,7 179:23
181:2,13 187:6
190:9 191:15
192:18 195:14
199:12 202:10
202:18 208:24
219:8 226:24
233:16 234:20
237:11 238:4
241:8,9,23
255:20 256:23
**cases**  100:5
161:20 163:4,15
166:25 242:2
**causal**  17:24
18:6,14 19:22
20:21 22:2,17
25:2 256:1
**causation**  13:3,4
13:5,6 15:1,7
19:25 20:14,15
21:1 22:6 24:7
30:1 36:4,11,20
37:1,8 38:4,17
39:10 40:22
41:7,21 42:2,9
43:23,25 45:16

45:18 47:16
48:20 49:1
50:16 52:2,12
52:17,22 55:19
62:24 64:20
70:3 73:11 77:9
77:23 78:3
82:17 84:8
94:15 98:24
101:15 105:13
105:18 108:7,13
113:15,25
115:21 116:23
123:6,15 128:2
128:5 129:3
130:12 132:11
132:21 133:10
133:14 134:6,9
137:5 139:17
145:5 146:21
147:1 148:1
149:3,7,13,25
150:23,24 152:3
155:21 156:2,8
161:3,16 162:21
163:7 164:10,11
167:15 169:20
170:15,25 171:9
175:1 181:13
183:11 185:14
190:15 191:3
192:12 195:13
199:21 200:23
201:11,22,25
202:9 203:22

204:22 209:8
212:14,19
215:19,22,24
220:18 221:3
222:4,16 227:2
227:13 230:2,20
231:5,13,20,23
232:2,17 233:10
233:15,23
234:17 235:4
237:9,25 238:1
238:4,24 243:5
244:12,12,20,21
244:23 245:1,1
245:2,20,21
246:20 251:4
252:20,24 253:2
256:11,18
**causations**
246:17
**cause**  25:13,14
25:14 27:20
28:23 30:20
45:11 49:21
50:21 51:3,20
52:1,6,16,21
53:10 54:17,20
57:11 58:11
62:16 64:25
67:25 77:15
83:17 84:23
85:5 86:9,12
87:1 99:4 102:2
103:12,18,25
104:17 105:9

108:4 110:3,10
110:15 112:8
113:1,8 114:1
114:17 117:20
118:11,16
122:14 128:10
128:22 129:1,17
130:5 134:15,22
134:22 137:1,5
137:13 138:8,19
139:10 140:11
141:2,8,10
144:13,25 145:6
145:11 147:7
150:13 151:6,22
154:13 156:15
157:7 159:19
164:4 165:1
166:6 167:18,21
167:24 168:8,11
168:17 169:8,9
169:9,15 170:21
171:2 181:8,11
181:15,20 187:1
194:6 200:5
209:5 222:17
223:13,14
224:11,23
227:17 233:12
237:22 238:14
244:25 246:25
247:15,22
249:15,25 250:6
250:18 251:13
251:22 252:1,8

253:21 254:12
255:17 256:10
256:15 257:17
257:24
**caused**  82:24
88:10 98:18
99:15 109:7
135:4 143:13
146:12 164:15
166:22 168:6
169:5 170:11
173:14 184:5
186:1,14 215:15
233:16,24 248:9
248:25 249:4,19
254:15
**causes**  27:14
45:16 69:18
86:18 134:14,20
135:1 137:13
138:22 139:1,5
139:14,16 140:2
140:21 141:17
142:6,12 149:8
150:15,19 151:2
151:9,13 152:6
152:6,23 163:19
163:25 165:13
166:2,18 167:20
178:5 222:24
248:4
**causing**  17:6
43:24 45:17
49:23 50:15
53:18 54:1 56:9

56:13,20,24
57:3,7 58:2 84:7
132:16 137:9
145:21 173:4,24
223:1 253:12
254:18 255:23
**ccr**  259:19
**cdc**  159:5
**cell**  12:22 51:15
54:2 55:25
56:24 58:5
78:19 88:20
103:1,7 132:17
142:6,11 147:17
147:18 253:14
256:25
**cells**  136:7,13
179:4 189:11
214:9
**center**  197:17
**certain**  18:17
19:11 20:12
22:24 23:10
26:13,21 27:13
28:16 29:15,17
29:22 34:20,21
42:13 44:21
62:21,21,22
64:6,23 65:4,4
65:11 67:10,11
68:18 69:15,17
75:4,8,10 77:16
80:23 82:14
84:3,4,5,6 85:7
98:20,21 108:2

109:16 110:6,23
110:24 111:1,5
111:12,25 125:9
129:24 133:22
133:22 135:3
137:7,7,20
139:1 140:8,8
143:20,24 150:1
157:20 159:24
160:3,19,23
161:23,24
162:16 164:25
164:25 165:2,15
166:2,24 168:17
170:2 175:6
178:18,19 185:8
189:11 191:5
193:24 200:6
203:6,19 218:14
218:19 226:5
238:16 239:6
245:22 246:1
249:9 251:15
**certainly**  88:8
110:8
**certificate**  3:6,7
259:1 260:1
**certified**  18:3
260:5
**certify**  259:6
260:5,10
**chance**  24:2
33:11 47:6
61:15 62:5 64:3
84:6 98:22

109:9 137:8
180:3 189:19
**change**  66:23,24
262:5,9,12,16
262:19
**changes**  25:19
25:20 26:7,9
50:5
**channel**  39:12
70:13 71:13
72:21 79:5 89:4
119:21 120:10
120:12 162:24
163:6 170:8
176:25 177:8
184:10 197:23
242:25 243:4,8
257:11
**chapter**  250:14
250:25
**characteristic**
117:21 147:20
186:21
**characteristics**
27:9,13,15,18
27:19 47:18,18
47:25 49:11
51:2,4,15,22
52:8 53:7 54:14
56:3 57:15
58:20 62:17
66:14 83:24
84:11,25 86:8
86:15,22 87:5,6
95:8 101:23

102:4 103:14
104:20,22 105:3
106:24 111:9
113:12 118:23
122:13 128:23
129:18,19
135:15,18 136:4
139:9 140:6
147:4,8,15
148:4 160:18
166:9 172:22
173:3,23 179:1
180:7 181:4,18
186:25 188:9,17
192:6 193:1
199:12 201:22
201:25 224:11
224:12,15 227:3
227:4,19 245:24
246:24 248:18
250:9,17,21,25

**characterization**
41:10

**characterize**
33:12

**characterizing**
46:13 163:17
175:20,25

**chart**   182:23
183:2

**chemical**   8:16
18:16 19:10,10
21:12,13 23:12
23:18,25 24:3
25:7 27:14,24

29:17,21 30:20
34:10 35:1
44:24 51:3 53:9
54:7,17 58:23
60:10 63:3
64:14 67:13,14
67:17,18 72:17
74:4 81:13
82:18 86:12
95:1 101:20
103:16,17
109:13 117:16
122:24 132:25
133:13 135:4,18
136:21 139:18
139:20 141:7
143:12 164:15
166:2 168:17
174:2,6 175:6
189:17 190:8
191:15 193:3,6
200:6 203:1
209:5 210:10
216:23 218:4
219:22 223:1
227:9 232:11
234:4,13 254:6
254:9

**chemicals**   25:4
25:13 26:14
27:9,12,18,22
28:13,16,20,23
29:5,10 30:7,11
30:11,23 35:6
40:9 41:13,14

41:23 42:1 43:9
44:18,25 46:2
47:13,24 49:9
53:5,10 54:20
54:24 55:3
57:11,16,20
58:11 59:1,4,9
59:21 60:1,4,7,9
62:14 63:14,16
64:10,11,17,25
66:8,15 67:10
67:21,24 69:1,4
72:12,23 73:15
76:1,5 77:14,16
80:1 82:24
83:25 84:23
85:5,6 86:25
87:4 90:2 92:4
94:22 96:23
97:18,19 98:15
98:18 99:4,9,15
100:4,11,25
101:4 102:8
103:11,12,24
104:6,14,16,21
105:7 108:19
109:3,25 110:1
111:13,15
113:10 114:23
116:8,16 117:10
117:14,20
118:11,15,19,21
119:1,8 122:2
124:8 126:7
128:9,18,25

129:5,8,15
130:4 131:5
133:6,8 134:1
134:17 135:9,9
135:11,12,23
137:5 139:10
140:11 141:5,10
142:21 144:9,13
146:20 151:4,5
151:15,21 153:8
154:4,12,15
155:14 156:15
157:7 158:14
159:19,22 160:9
160:13,16,20
161:4 162:4
164:3,19 165:17
166:5,10 167:18
167:24 169:8,15
170:21 171:1
172:17,24 173:1
174:9,21 175:14
176:15 178:3
181:15,20
185:17 187:5
191:4,11,12,14
191:19 192:15
192:21,22,25
193:25 194:2,6
200:7 202:20
208:4 209:7
212:24 217:6
226:6,9 227:5
227:10,17
233:11,16,25

235:15 237:21
238:2,11,14
239:7,14 244:18
244:24 245:17
246:10,14,25
247:13,15,21
248:8,24 249:1
249:9,14,19,25
250:2,6,18
251:11,13,21
252:8 253:6,21
254:11,15 255:1
255:17 256:9,15
257:15
**chemist**  25:10
**chemistry**  25:11
25:15 26:16
**chemotherapies**
110:22
**chile**  174:24
226:4
**china**  72:25
226:3
**christensen**  7:16
**christiansen**
32:22 33:12
35:4 117:11
**chromate**  211:4
211:6,12 216:8
**chromates**
210:19,23 211:9
211:11 213:22
214:7,11 217:19
**chromium**
16:10 17:5

30:16 39:23
42:3 53:2 58:1
62:15 65:23
66:9 71:1,2
75:21 78:8,16
79:4,9,12,13,18
81:3,12 82:1,10
83:7,10,15 86:3
86:20 88:1
89:19 90:4
94:19 100:24
102:1 106:15,18
111:20 113:5
114:16 121:7
127:12 130:22
131:15 135:23
142:18 143:10
144:23 145:18
153:3,14 154:21
160:13 162:19
165:10 170:4
172:21 173:2
174:13 175:8,10
175:22 200:13
200:14 204:7
210:24 211:3,8
214:4,12,13
215:14 219:12
219:14 222:1,5
222:19,20,22,23
224:4,6,15,18
224:18 225:18
253:11
**chronic**  7:3 51:6
51:12 52:10

59:5 85:2
104:25 133:4
136:12,16 140:7
147:15,24 180:1
181:6 188:18
200:10 223:13
**circuit**  57:23
**citation**  203:12
219:11
**citations**  231:25
**cite**  67:7 74:7
84:21 91:25
106:19,20,20
116:7 117:9
118:2,18 119:5
119:5,8 128:4
128:18 130:11
131:11,15
132:11 153:23
156:13,21
157:19 166:13
171:7 190:18
191:2,18,24
192:2 193:13
202:8 204:1
205:18 207:6
208:11 215:25
226:22 235:6
239:2 240:6
245:3 246:4
254:21
**cited**  20:13 21:7
22:24 24:6 35:7
35:13,17 49:9
50:20 59:19

60:2,5 64:21
72:10 77:14
79:17 81:5,15
81:23 82:20
84:13 89:7
90:25 91:10,16
92:9,12 94:14
96:19 97:18
100:23 101:1,2
113:1,4 116:14
131:17,19 132:2
132:5,21 133:10
135:10 146:19
156:19 157:5
190:5,12,16
191:6,10,14
192:19 195:13
199:22 200:3,15
200:23 201:3,16
201:17,20 202:3
204:21 206:13
207:8 208:3,9
215:12,18
219:18 220:17
222:4 224:22
226:8 230:1
231:22 232:22
238:23 244:12
244:22 246:12
247:8 254:23
**cities**  176:25
**civil**  1:22 261:19
261:20
**claim**  39:16
43:10

**clarification**
33:19 238:19
**clarify**  47:10
169:2
**class**  211:8,10
**classifications**
4:10 126:24
**clear**  89:14
176:15 189:11
249:23
**clearly**  12:18
30:10
**client**  123:10,13
**clients**  37:10
44:3 46:1 65:19
71:9 73:14 88:2
89:18 99:7
100:3 108:8
121:1,4 123:10
123:22 145:17
156:25 157:25
162:3,6,22
164:23 168:6
170:7 172:16
174:18,23
175:17 176:10
178:9 179:12
184:1 185:13
202:18 238:8
246:21 249:17
251:18 257:12
**clinic**  17:16,22
133:21
**coaching**  201:7

**cod**  9:8
**cohort**  5:14,22
7:19 8:3 19:4,5
20:18 21:7,8,23
21:23 205:8
**collins**  8:15
**column**  78:16
79:11,12,14
88:15 95:18,24
96:7 205:23
**columns**  78:6,12
**combination**
21:7 22:8,9 76:6
132:8,23 192:17
251:20
**combinations**
132:7
**come**  29:15
35:10 55:25
75:7 82:22
83:24 108:16
111:12 118:23
170:14 221:15
234:2 237:15
238:15,16
**comes**  77:22
133:21 135:17
140:4 147:2
**commission**
259:20,20
**common**  55:25
84:16,19 149:21
191:3
**community**
17:13,18 19:21

22:1 24:22
25:10 28:2
137:10,12
138:21 139:4,13
140:1,20 141:16
142:5 254:20
255:25
**community's**
20:21
**companies**  5:13
5:21
**comparable**
177:7 202:11
232:22
**compare**  70:25
71:6,21 72:4,6
72:13,18 73:2,7
73:7,18 75:6,12
76:4,5,22 80:21
90:15 91:24
92:23 96:16
108:8,20 109:2
109:4 110:6
111:19 113:22
118:25 122:20
124:2 129:4,11
129:14,22 130:2
133:25 134:15
134:19,25
144:14 145:4
153:24,25
154:14 157:23
158:3,12 160:6
161:13 165:7,23
166:10 167:8,22

198:23 200:3
202:17 203:19
216:17,18 217:8
221:23 223:8,9
227:14 231:18
233:15 236:13
239:18 240:7
243:12 244:2
247:17 249:13
249:16 256:12
**compared**  20:3
47:14 63:4
71:25 73:15,24
74:21 80:1 88:2
88:12 89:18
90:1 96:24
99:16 100:12
108:13 110:2
111:16 113:21
128:11 129:2
130:6 144:8,10
145:3,7 146:12
151:7,8,22
152:6 154:5
156:25 161:18
165:24 168:11
169:16 172:25
175:13,16 176:9
177:20 178:10
184:2 195:19
198:24 200:4
223:2 233:6
237:18 249:7
257:11

**comparing**  77:7
80:19 128:17
133:18 149:7
164:3 225:2,20
226:23 242:21
243:11
**comparison**
67:16 71:25
73:23 77:25
80:8,18,24
89:16,25 90:18
90:21 91:14
92:2,7 93:3
96:21 111:23
121:22,25 122:1
122:23 125:23
145:24 154:4
162:16 163:18
163:24 177:4
185:20 198:22
198:25 199:15
204:2 212:18
216:25 217:4
219:19,20 220:9
221:20 222:15
231:6 233:9
240:1,4,5 253:4
253:5
**comparisons**
75:1 92:1
125:22 215:6
232:7 236:15
244:3
**compelling**
86:10,16 103:14

105:5 257:13,18
**compensation**
32:7
**complete**  14:19
36:25 37:6 38:3
260:7
**completed**
261:12
**complex**  71:15
174:15 180:14
223:20
**component**
135:5 195:8
**composite**  8:11
99:3
**composure**
115:13
**compound**
61:19 211:4
**compounds**
27:10 58:21
62:24 176:5
**comprehensive**
38:22 205:14
**computer**  12:15
**concentration**
79:4,13 89:3
90:14 97:20
120:2 122:1,19
124:2,3,5 125:9
188:12 197:19
197:23 198:5
202:21 203:21
214:15,24 215:4
217:8 226:1,2

232:23 233:5
246:13
**concentrations**
4:19 5:10,18 6:4
6:13 7:16 8:7,14
9:4 28:12 29:5
29:10 39:11,15
39:18 40:6 43:9
70:12 71:1,3,12
71:21,22 72:6,8
73:3,4 74:9
76:10,22,23
89:22 92:8
96:13,17,17,22
98:2 100:6,7,11
102:15 106:2
107:23 110:2
112:2 118:1
120:8 121:8,17
124:12,16
135:24 145:20
169:23 172:6
176:24 177:7,19
179:19 180:11
180:23 183:9,25
184:5 185:22
186:10,15
199:24 200:24
201:14 203:20
212:13,17
215:14 216:9,12
220:24 225:2,3
225:17,20,21
230:18 231:12
243:9 248:22

255:22 256:2
257:9
**concept**  83:1
**concepts**  18:17
**concern**  66:19
**concerning**  16:9
**conclude**  169:14
199:13
**concluded**  17:4
59:22 130:13,21
185:1 258:12
**concludes**
127:11 132:13
**conclusion**
217:23 249:3
**conclusions**
196:22 218:6
246:16 248:3
**concordance**
86:11,17 103:15
166:2,4 181:14
249:24 257:16
**conditions**
130:24 131:10
158:25 232:20
232:24 245:4
**conducted**  1:16
10:7 210:11
**confer**  250:21
**conflict**  206:16
207:12
**conflicted**
206:20 208:8
218:24

**confounding**
34:22
**conjunction**
102:2 117:13
140:15 249:10
**connected**
260:11
**connection** 10:9
15:6
**consider** 22:1
117:2,3 151:11
178:4 185:21
207:6
**considerably**
196:10
**considered** 3:24
15:6 38:15,24
39:2,4 43:22
45:10,11 49:22
49:24 152:5
158:18 261:13
**considering**
65:17 164:1
**consistent** 46:17
217:16
**constitute** 252:1
**constitutes**
21:16
**contain** 36:24
37:6 38:3,8
**containing**
132:14 211:4
**contaminants**
246:5

**contaminated**
9:6
**context** 17:17
25:25 26:1,5
47:11 48:23
125:1,3 218:22
219:3 253:7
**contextualize**
142:3
**continue** 10:12
**continued** 3:25
4:1,24 5:1,24
6:1,24 7:1,24
8:1,20 9:1
**continuing**
208:22
**contours** 199:19
**contraception**
157:3
**contraceptive**
158:1 170:18
233:19
**contrast** 165:3
**contributed**
109:8
**contributes**
146:15
**contributing**
144:25 145:11
248:4
**contribution**
161:6 252:2,3
**contributory**
146:5,7

**control** 19:6
20:18 21:12,14
50:23 67:20,25
72:15,18,21
73:8 77:8 78:1
79:23 80:9,25
83:18 89:15
118:12 124:4,6
126:6 146:23
199:16 204:1
212:21,22
217:12 219:25
220:4,5,7 221:4
221:6 232:8
233:19 237:4
240:7 243:16,19
247:20 253:5
**controlled**
195:14
**controls** 220:2
236:16
**conversation**
13:19
**convert** 121:17
122:4 193:14
212:3,8
**converted**
212:11
**converting**
213:14
**copies** 261:11
**copper** 4:15
195:14
**coral** 2:16

**core** 115:11
**corner** 16:2
119:20 196:20
210:7
**corporation** 1:5
1:9,13,20 10:17
11:10 206:18
207:17
**correct** 13:7,7
13:10 14:6
20:17 24:10
30:5 32:6 33:14
36:5,11,12,21
37:17 39:13
40:18,24 48:10
48:19 49:7,13
50:8 55:14
56:18 58:8
70:15 71:16
76:13,17,20
78:9,23 85:14
89:1,5 96:5,8,11
96:15 105:15,21
114:21 123:4
126:3 127:17,23
128:7 131:1,1
134:7 136:24
138:16 141:20
141:21 142:14
143:4 145:2,13
146:10 159:16
163:21 171:16
171:21 183:12
191:17 192:24
195:11 196:3

[correct - degree] Page 280

197:4 203:17
210:12 211:20
212:2 214:21
215:1,5,16
216:4 239:24
241:6 243:1,10
243:17 244:22
244:23 245:12
245:13 246:8,12
**correctly** 50:3
54:23 55:2
99:20 100:14
144:22 175:19
178:11 235:23
**counsel** 1:19
11:4 31:13
119:13 182:10
204:14 242:14
252:18 260:10
260:11
**county** 177:7
259:4 260:3
**couple** 16:19
33:23 112:10
164:3 177:12
191:7,9 192:1
192:20 242:13
250:16
**courses** 18:1,5
18:10,13
**court** 1:1 10:18
10:23 11:6
13:18 116:22
117:4 130:13
201:12 202:10

203:11 219:11
220:12,17
**crc** 1:23 259:19
260:22
**creating** 200:9
**criteria** 28:19
78:2 116:5
218:2
**cross** 3:4 242:8
**crr** 1:23 259:19
260:22
**cubed** 211:15
**cubic** 28:11 29:3
71:18 76:16,25
77:1 78:25 79:6
79:19 82:2,11
83:8 88:25 89:9
91:19 92:14
93:13 94:4
95:21 96:3,9
182:21 183:8
184:16 196:11
196:12,13,24
197:5,6,7,24
198:1,4 211:13
211:18 212:4
213:15,25 214:5
**cultures** 28:22
**cumulative**
125:3,25
**cunningham**
2:14 11:15,15
**current** 18:22
**currently**
241:24 255:24

**curve** 115:5,23
**curves** 46:22
**cutoff** 198:2,11
**cv** 1:4,9,13 3:19
10:20 15:2,19
16:4,5,8,14

**d**

**d** 3:1 10:1
**daily** 24:23
**damage** 51:11
51:13 53:11
59:2 119:1
135:19,21,25
147:12 179:6
186:1,14,20
188:1 248:16
**daniel** 1:12
**danish** 5:12,21
6:21 7:5,12
**data** 46:15,16
49:15 63:1,2
101:11,11
102:10 115:4,22
116:24 117:6
196:21 210:17
234:5,5,6
242:21 248:6
**date** 1:17 16:8
16:12,14 31:20
40:20 261:9
262:24
**dated** 3:16 4:5
15:25 36:9,17
260:14

**david** 37:18
215:15 236:5
**davis** 1:7,8
**day** 24:24 25:4
25:11,12 26:13
26:16 28:15
29:8 109:12
160:8 170:20
242:15 258:6
259:11 260:14
**days** 261:13
**dci** 1:5,13
**death** 51:15
**decent** 148:6
**declare** 262:21
**decreased**
160:25
**deep** 200:8
**defective** 16:25
**defendant** 1:10
1:19 2:13 11:9
11:16
**defendants** 1:6
1:14 2:7
**defense** 136:11
178:23 241:19
**definitely** 26:21
139:8
**definition** 61:22
138:5 167:3
168:1,15,19
**degraded**
200:14 227:6,9
**degree** 98:9
107:17 159:6,14

230:4 237:6
**delivered** 176:6
**demonstrate**
190:6,13 256:24
**demonstrated**
238:7
**demonstrative**
197:14
**dependent** 32:8
187:19
**depending**
20:12 174:25
212:8
**depends** 10:8
77:9
**deposed** 40:16
**deposing** 261:10
**deposition** 1:16
3:13 10:6,14
12:4,16 14:22
14:25 17:10
32:15 33:3
35:19,22 44:6
46:4 49:18
241:7,8 258:11
258:12 260:6
**describe** 12:15
18:19 19:2,13
44:7,12 225:16
245:3
**described** 46:5
242:23
**detail** 147:9
171:9 248:17

**detailed** 166:8
244:25
**details** 21:15
51:1 77:21
83:14 86:22
103:23 118:24
165:19 180:6
199:2
**determinate**
194:5
**determine** 66:22
146:14 226:19
249:18
**develop** 83:22
138:1,12,17
142:16,21
143:22 151:1
251:19
**developed** 95:4
137:11 138:18
140:2,20 144:3
146:8 151:12
152:5 165:8,12
167:9,10 168:22
**developing**
61:16 62:5 64:3
68:14 82:8 83:5
85:17 87:17
93:9 94:1 97:2
97:12,24 102:25
103:6 105:12,17
105:24 107:20
109:9 143:2,8
143:17 148:21
149:4,15 157:17

158:17
**development**
146:15
**develops** 34:11
150:18
**device** 12:15
**devices** 12:20
**diagnosed** 153:4
153:15 154:22
**diagnosis**
133:20 134:3
150:11 243:8
**diet** 175:12,15
223:16,17,19,20
223:24
**difference** 34:25
67:2,5 74:2
89:22 90:4
136:25 141:2
146:3 156:14
157:6 159:18
160:21 164:18
170:6,20 183:23
183:25 184:6,9
185:2,6,10,12
188:23 237:22
**differences** 74:2
**different** 28:13
29:6 41:3 56:2
59:18 74:1 77:7
77:8 79:22
85:25 92:1
109:18 112:7
113:20 115:15
128:13,15

134:14 135:1
156:3,21 159:9
161:2 163:19
170:25 176:25
185:4 188:1
189:8 191:14
194:7 196:9
221:22 234:9
243:15,15,19
245:8 246:24
**differential**
133:16,19 134:3
134:4,11 138:5
144:7 161:9
**differentiate**
202:1
**differently**
189:3
**dipak** 1:16 3:14
3:16 4:2 10:15
11:18 120:16
258:6 259:7
260:6 261:2,6
262:3
**direct** 3:3 11:22
203:11 217:19
219:11
**direction**
149:10
**directly** 190:4
200:20 230:3
**disagree** 149:18
**disclose** 199:23
**discloses** 182:20

**discontinued**
210:10
**discounting**
168:20 218:5
**discovered**
137:13 138:22
139:5,14 140:21
141:16 142:6
**discovery** 1:20
**discuss** 33:6
126:17 136:22
**discussed** 17:7
38:18 39:12,22
83:1 155:20
156:3,7 183:10
195:25 213:24
**discussing** 41:2
**discussion**
149:14 197:15
243:12 250:8
**discussions**
150:9
**disease** 18:17
19:11 20:11,12
24:4 25:21
26:10 27:1
48:12 134:14,16
134:23 135:1
137:1,2 199:14
**diseases** 136:9
**disrupt** 135:22
179:2
**distant** 157:13
159:3

**distribution**
77:11 112:3
227:12
**district** 1:1,1
10:18,18
**divide** 198:18
**division** 1:2
10:19
**dna** 51:11,13
53:9,10 58:24
58:25 59:2
118:25 135:19
135:21,25
147:11,12
176:13 177:22
178:13 179:5,6
179:17 180:20
181:6 183:20
184:13 185:25
186:1,13,20,20
187:15 188:1,8
188:16 193:6
248:16
**doctor** 77:4
91:22 92:19
198:14 218:10
252:10
**document** 4:7,9
31:18 38:16,19
131:7 132:12
157:11 245:6
262:22
**documented**
243:3

**documents**
12:24 13:11
130:11
**doing** 13:24
242:11
**dose** 27:6 29:14
29:19,19 41:1,8
43:18 44:7,13
44:16,22 46:5
46:18 47:2 48:5
48:11,14,15
49:19 50:4 55:6
63:7,10,12 64:6
64:12 65:17
67:1,5,10 68:5
68:13,18 69:15
69:17 81:3,9,18
81:19 84:5
112:24 113:15
114:1,6,15,22
115:2,5,17,18
115:23 116:3,5
116:6,19,24
117:1,6,7
118:18 119:5
121:18 122:5
123:16 124:14
125:25 187:10
187:13,16,19,22
193:23 199:16
212:20 224:25
225:5 226:20,23
227:14,15
238:21 239:4,17
239:19 240:1,9

244:10 245:19
245:24 246:2
247:5,13 252:20
253:1 254:25
255:6
**doses** 47:6 48:6
50:5 65:12
99:21 100:16
101:16 103:9
109:10 115:15
125:4 188:1
193:14,15
202:11 226:23
239:19 245:8,22
246:1 254:19
**dr** 3:14,19,20,21
3:23 10:14
11:24 19:1 26:6
30:6 31:2,6
32:15 36:2 39:6
39:9,17 40:1,12
42:8,14,19,20
43:8 45:25 61:3
61:12,25 62:1
63:24 65:18,22
68:11 69:21
70:2,11,17 71:2
71:8,13,22 72:8
72:19 73:2,12
73:19 74:9,23
75:17 76:1
77:25 79:3
80:19 85:19
87:11,20 88:16
88:17 89:2,17

90:1,15 91:7
92:3 93:23
96:14,24 98:2,3
101:17 102:14
102:15,19,24
103:5 104:6,7
105:20 106:2,3
107:7,23,24
111:19 112:23
119:16,21 120:5
120:9 121:6,17
122:19 124:5
126:21 128:4
131:8 132:15
144:5 146:9
148:18 153:22
162:10 163:8
167:11 168:23
169:23 172:7
176:2,9,23
180:10,22 182:6
182:19,20 183:8
185:1 188:3
194:23 195:6
197:18 198:3,18
198:23 199:16
201:9 203:14,19
204:20 212:17
214:3,12,24
215:3,13,13
216:11,17 217:4
217:8 219:14
220:5,16 225:20
225:25 227:14
227:24 229:4

235:7,14 236:7
236:12 238:7
240:1 241:2
242:10,20 248:2
249:5 250:5
252:15 253:1,4
253:12 254:19
255:22 257:6,7
258:2,4
**dramatically**
180:4
**draw** 18:6 25:1
**drawing** 17:24
18:14
**drinking** 9:6
68:21,22,24
174:22 177:16
225:3,7,18
226:2,3,10,11
246:19
**drug** 158:10
**drugs** 17:16,21
**ds** 159:2
**duly** 11:19
259:8
**duration** 23:21
23:23 24:19
29:15 63:12
65:21 66:23
67:11,14,18
68:6 72:14
75:11 116:11,20
123:21,24 163:2
163:12 170:9
172:15 184:9

185:13,16
187:17,20,23
193:23 194:4
212:20 219:21
221:17 232:23
239:5 240:10
247:5 255:1
**durations** 40:6
124:13,16
**duval** 177:7
**dying** 85:24

## e

**e** 3:1,12 10:1,1
261:10,11,19,20
**earlier** 24:6
99:19 142:9
195:6
**early** 158:25
**east** 2:9
**eastern** 10:5
**eating** 177:25
**ecological** 19:8
19:12,18,21
20:19 24:7,13
**effect** 23:12
40:4 46:13
131:23,25
191:23 193:7
196:23 234:18
**effects** 7:3 190:7
190:7,14 191:1
223:18
**effort** 73:1,18
76:21 121:5,16
123:15

**eight** 57:14
66:15 86:14
87:5 104:23
193:1 224:14
**eighth** 43:3
**eighty** 182:14
**either** 61:12
62:1 63:24
66:20 72:16
85:22 131:22
132:8,10 135:13
149:13 150:22
152:2 159:12
160:24 190:25
199:6 203:3
212:24 220:17
222:4 233:24
252:23 258:5
**electro** 147:11
**electronic** 12:20
**elicit** 193:15,16
**embed** 77:18
246:23
**emissions**
158:24 180:17
246:10
**employed**
217:18 244:9
**employee**
260:10,11
**endnote** 205:18
205:25 215:20
215:24
**endogenous**
153:7 178:4

188:14,24 189:3
189:7
**endpoints** 27:7
85:25
**ends** 60:21
112:16 148:12
194:16 228:19
258:10
**engineering**
2:13 11:17
**enjoy** 258:6
**entire** 82:17
235:10,10
**entirely** 144:2
**entirety** 235:19
**entitled** 171:17
**environment**
19:9,11 20:2
29:12
**environmental**
143:18 244:9,14
244:15 246:15
247:2 249:2
**environments**
28:14 29:6
**enzymes** 176:14
**epa** 30:9 68:19
73:13 111:22,24
**epi** 94:14
**epidemiological**
5:6 17:24 18:15
18:20 19:2,20
20:13,20 21:6
21:17,25 22:8
22:23 33:21

50:20 71:3,23
72:9 73:5,21
74:3,7,20 79:17
81:4 85:12 89:7
91:1,17 92:12
96:18 169:11
195:9 199:22
202:8,12,13
203:12 212:13
219:12 220:14
222:2 225:16
229:25 231:23
231:25 232:21
234:19 235:6
236:4,18 238:23
239:20 243:13
243:15 245:16
247:9
**epidemiologic...**
230:17
**epidemiologies**
33:20 218:14
**epidemiologist**
17:13,19 18:3
**epidemiology**
17:15,20 18:2,7
18:10 32:21,23
33:17 34:21
52:4 57:13
62:10 67:8,15
68:4 72:11
73:23 75:3,8,15
77:23 79:22,25
80:9,21,23 81:8
81:15,19,21

82:20 83:16
84:10,17,21
86:1,21 88:6
90:8 92:24 94:9
94:11,20,25
95:15 99:12
100:21,24 101:2
101:10,21,22,25
102:9 103:23
106:21 109:22
113:6 114:9
116:12,14
117:19 122:9,21
128:19 129:16
146:1,18 148:2
160:11 164:12
164:14 174:4
199:1,8 200:16
202:23 203:21
203:23 207:5
208:13,17 209:6
216:6,19 217:9
218:3 219:7
220:23 227:15
232:5 233:6
234:5 235:12,19
236:13 239:2
244:14 247:18
248:21 249:11
253:25 254:24
255:4 256:6
**epigenetics**
51:12 147:13
186:24

**epstein** 156:11
157:16 158:5
170:18
**equally** 77:15
**equate** 238:17
**equates** 88:24
197:6 211:18
**equation** 125:19
212:7
**errata** 3:8 261:1
261:10,12
**especially** 21:1
83:20,24 147:21
178:24 249:24
**esquire** 2:3,8,14
261:3
**essentially**
55:16
**establish** 22:17
39:17 43:8
**established** 49:7
111:22
**establishing**
22:2
**estate** 1:11
**estimate** 29:3
58:14 61:13
62:3 64:1 68:12
82:7 83:4 93:8
93:21,25 97:23
104:4 105:23
107:9,17,19
121:6 148:20
150:17,25 152:4
153:1,13 154:19

155:18 156:6
236:3
**estimated** 196:9
**estimates**
234:18
**estimating**
28:11
**et** 1:3,5,14 3:17
10:17 32:22
59:15,19,20
60:3 261:6,6
262:2,2
**ethically** 64:23
67:20
**etiology** 133:16
134:4,11 138:6
144:8
**evaluate** 124:14
174:11
**evaluated** 79:18
81:25 89:8
91:18 92:13
**evaluating**
231:12
**everybody**
219:2 258:7
**everyday** 17:15
30:8 153:8
**evidence** 4:11
22:7,7 44:19
62:9,25 65:1
66:18 68:3
84:10 85:9 86:7
103:14,16 104:2
104:19 105:7

109:21 115:16
117:24 127:1,13
127:19,21
130:14,23 131:9
131:19 132:13
140:13 146:19
157:9,9 164:16
166:8 173:12
179:11 198:11
203:25 217:13
217:16 232:5
235:11,17,20,20
247:15,21 248:9
252:5 253:21
254:7,8 257:13
257:21
**exact** 26:22
40:20 131:12,13
162:22 163:3,5
185:14 190:17
190:21 221:14
232:11 254:6
**exactly** 20:5
202:17
**examination** 3:3
3:4,5 11:22
242:8 252:16
**example** 21:2,11
27:16 28:18
32:21 33:25
49:9 50:18 53:9
54:9 58:20 75:1
78:3 80:4 81:12
83:17 86:17
95:9 99:23

100:20,23 101:6
101:7,20 106:8
106:15 109:14
111:24 116:4,12
117:11 131:16
135:3,10,18
136:15 137:4
140:6 147:23
155:7 156:10,16
156:24 158:4,8
158:19 160:15
161:22 164:5,8
164:23 165:20
170:17 175:3,15
178:16 179:3
190:18 191:8
200:3 201:25
223:11,12 225:7
243:18,22,24
244:24 245:22
246:19 247:18
253:18
**examples**
211:22 212:1
245:25
**exceed** 253:1
**exceeding**
196:12,13
**exception** 229:7
229:22
**excerpt** 5:11,20
**excess** 107:8,10
169:22 172:5
237:12

**exclude** 144:2
241:24
**excluded** 241:9
241:13 242:4
**excretion** 77:11
112:4 227:12
**excuse** 16:13
37:25 48:25
82:2 114:13
137:11 179:15
187:12 237:7
**exhibit** 3:13,15
3:19,20,21,23
4:1,2,4,7,9,13
4:17,20 5:1,2,5
5:8,11,15,16,20
6:1,2,6,11,15,19
7:1,2,7,11,14,17
8:1,2,5,8,12,16
9:1,2,5 14:24,25
15:2,3,4,5,8,14
15:18 27:6
31:10,13 32:3
35:25 36:14
38:11 41:14
42:12,15,16
43:4,7 57:14
69:11,22,23
70:5,6 88:16
104:21 105:2
119:10,14
126:11,13 182:7
182:10 195:3
197:10,11
204:24 205:2

206:4 213:2,4
215:8 229:7,8,9
229:18
**exhibits**   14:23
15:10,13,15
36:24 37:5,15
38:2 41:7
204:11 228:24
230:6
**exist**   26:19
117:8
**exogenous**
153:25 154:16
154:20 176:5,18
177:19 178:8,22
179:8,13,16,22
183:24 184:7
187:4 188:22,23
189:2,21
**expand**   38:12
69:25 77:6
182:18 196:7
197:16 205:23
209:17 210:15
213:2 215:10
**expected**   193:16
**experienced**
81:4 168:24
177:9 202:11,14
226:22 232:20
232:25
**experiments**
212:21
**expert**   3:15,22
4:4 17:7 24:8

26:1,5 28:2 31:3
36:3,9,16,18
39:17 42:9,20
43:7 53:19 70:3
70:11 74:13
81:5 87:20 89:6
90:25 91:15
92:11 93:11
96:19 97:2,12
115:21,24,25
117:5 124:10
127:14 134:6,9
136:23 138:13
145:11 150:8
151:1 152:24
155:4,21 156:2
159:13 169:19
169:20,21
171:12 172:4
173:5,24 174:12
180:10 182:6
190:6,13 208:23
220:14 230:2
237:9 241:4,8
241:12,22
255:19
**expert's**   35:22
**expertise**   17:21
250:10
**experts**   132:11
**expires**   259:20
**explanation**
52:13 53:13
**expose**   164:8

**exposed**   6:8,20
7:9,20 8:4,9
18:18 21:13
27:21 28:13,20
29:6,11,17
34:10 39:16,23
43:10 67:10,21
68:24 71:8,9
72:2,9,22 73:14
74:1 76:3 89:16
90:2 92:4 96:23
99:7 100:3,4,10
102:7 108:19
118:13 122:2
124:7 142:17,20
145:18 158:13
161:17 163:2,4
163:13 165:24
170:9 172:16
173:20 174:12
175:17 176:6,16
176:22 178:9
179:12 180:13
180:16,17 184:2
184:15 188:15
189:16 202:20
203:1 211:4
212:25 217:6
220:25 221:16
232:9 234:9
248:18,24 252:7
253:6 257:12
**exposure**   4:14
4:18 5:5,9,18
6:3,7,13,15 7:2

7:15 8:6,14 9:3
19:14 20:2 21:3
21:4,5,10,11,18
21:20 23:3,4,15
23:18,19,20,21
23:22 24:2,13
24:19 29:16,22
30:10,23 31:1
33:24 34:1,2,16
34:25 40:5
43:25 44:2,24
46:1 47:13
49:20 50:24
56:17 62:23
63:3,13,15
64:16 65:8,16
65:21 66:7,24
67:22,24 68:1,6
69:1 72:13,14
72:16,17,20
73:19,20 74:3,8
74:12,19,22
75:11,19,25
76:10,22,23
79:24,25 80:3,4
80:6,6,6 81:3,11
81:13 82:16,23
83:14,16 84:7
88:9 89:17 90:3
92:8 93:22
94:21 98:1,15
99:15 100:12
104:14 105:19
108:9,17 109:3
109:25 110:9

111:13,21
113:21 114:7,22
115:9,12,12,12
116:8,10,11,15
116:20 117:10
118:1,6,9
123:20 128:8
129:14 130:3,24
131:10 133:25
134:17 143:9,12
144:4,8,23
146:3,11 149:7
151:5,14,20
153:24 154:4,5
154:11,14 157:1
158:23 159:2
161:10 162:4,25
163:9 165:3
167:2,11 168:16
169:6 173:12,13
173:16,18 174:8
174:10,17,20
175:12,14,17,23
175:25 176:10
176:18 179:9,23
181:1,3 183:24
184:7,8 185:3
185:12,16
186:14 187:4,17
187:18 188:14
194:1,8 195:10
195:20 196:10
196:24 198:2,24
199:5 200:24
201:13 205:14

216:5,22 217:2
217:5,19 218:1
218:3,16 219:8
219:9,21,23,23
220:8 221:16,17
221:21,22,23,23
221:24 223:9
225:6 226:11,13
226:16 230:2,17
231:12 232:20
232:23 233:11
233:18,20,24
234:13 235:14
238:7,8 239:7,9
239:13 240:8,10
243:22,23,25,25
243:25 244:1,4
244:10,17 245:4
245:6,7 246:2
246:18 247:3,10
247:17,22 248:7
248:22 249:13
249:14,18 250:4
251:10 252:25
253:19 254:3
255:1,6 256:9
257:22
**exposures**   8:16
30:13 65:13
71:6,7 72:1,5
75:18 79:18
82:1 89:8 91:2
91:18 92:13
107:11 133:2
135:3 143:3,18

146:9 153:3,14
154:17,21
165:10 168:23
168:24 175:21
175:21 176:1
178:12 179:16
180:21 218:7
234:20 235:7
236:7 242:17,19
242:21 243:11
244:9 245:10
249:4 251:5
252:4 253:10
255:21 257:8
**express**   200:24
201:13 230:17
**expressed**   71:18
71:23 76:10,14
76:24 79:14
85:12,15 87:16
124:12 183:19
214:15 231:12
235:5 236:20
239:19 253:2
**expresses**   183:8
**extended**   5:3
**extent**   25:18
26:7,25 39:14
39:21 66:22
138:1 185:25
207:10 210:22
252:25
**external**   154:17
154:20 174:14
176:18 178:8,12

184:8 226:16
**externally**   176:6
**extrapolate**
115:5,23 116:25
**extrapolation**
46:6,15 47:7

**f**

**f**  2:3 261:3
**facility**   205:9
216:9
**fact**   30:12 44:19
56:2 65:7 84:22
86:8 108:3
117:15 122:15
160:19 170:7,11
188:25 200:6
222:18 224:17
243:2 257:7,15
**factor**   137:1,6
137:18,20 138:8
141:3 146:5,7
146:15 150:13
151:16 156:1
157:12 158:7,11
158:13,18 159:5
159:15 162:5,8
162:12 165:23
166:15 167:2
168:18 237:19
237:23 247:23
249:20 251:24
**factors**   77:9
88:12 99:16
108:11,20 109:4
110:7 128:11

129:6,23 130:1
130:7 133:19,24
136:22 137:14
137:16,22 138:7
138:14,20 139:2
140:8 143:5,23
144:4,16 145:4
145:8 146:13
149:9 150:6,11
151:8,10,22
155:20,23 156:3
156:7,11,14,23
157:2,4,6,10,11
157:24 158:3,6
158:22 159:10
159:18,23 160:4
160:22,24 161:7
161:15,19 162:2
164:5,21 165:16
165:18,18
166:12,16
167:23 168:1,12
168:18 169:17
170:19,22 171:5
171:6 213:13,18
233:17 234:1
248:4 249:17
251:15 256:12
256:17,20
**facts** 117:22
198:10 262:22
**fails** 261:15
**fair** 41:10 43:21
57:21,24 105:22
107:18 125:24

144:1 161:5
203:10 238:20
**falls** 112:6
**familiar** 28:7
**family** 157:13
157:13,22,25
159:3 233:20
251:16
**far** 13:24 31:22
124:1 186:25
257:3
**faster** 141:24
**fda** 110:23
**february** 3:16
4:5 36:9 42:19
**federal** 1:21
261:13,19
**feeds** 179:7
**feel** 142:2
**felt** 45:7
**field** 188:25
189:21 227:4
254:9
**fight** 179:4
**figure** 70:22
**filed** 10:17
**financed** 218:24
**financially** 11:2
260:12
**find** 61:22 94:16
94:20 101:20,24
139:16
**fine** 142:3
**finish** 154:8

**fire** 51:13,14
130:17
**firm** 10:24
**first** 11:19 20:7
22:15 50:2 68:3
69:6 87:13
101:9,22 102:8
128:16 146:18
147:10 153:12
160:7 162:15
177:12 186:20
200:12 201:5
204:14,15 205:1
205:6,13,13
206:15,19
217:11 230:14
232:3,12 242:16
243:1 252:18
**five** 27:11 30:7
30:11 35:6
37:10 39:11
40:8 41:12,22
42:1,7 44:25
46:2 47:24
49:11 53:24
54:9,10 55:11
55:15 57:19
58:16,21 59:25
61:11 62:1
63:23 64:10,16
68:10 70:13
72:12 75:25
80:1 82:24
83:20 88:9
90:12 92:4

100:11,25 102:8
111:13 112:12
114:23 116:8
118:18 122:2
123:22 124:8
128:9,20 129:5
129:8,14 130:4
131:8,13 133:3
133:5,7,25
134:17 136:14
140:5 144:9
146:3,11,19
147:3 151:5,21
154:12 157:1
161:10 162:4
164:9 165:4,24
166:5 173:17
178:3 179:23
180:11 181:11
183:10,19
189:17 190:8,14
190:17,22
191:19 202:19
202:20 209:7
217:6 228:11
232:11 233:11
234:9,13 237:17
238:8 240:17
245:17 247:21
248:8,19 251:10
254:4,6 256:9
257:12
**fl** 261:10
**florida** 1:1,24
2:10,16 10:19

174:22 177:13
259:3,19 260:2
261:14,19
**focus** 69:5 151:9
166:18 170:1
183:22 184:2
189:21 193:24
202:5 255:3
**focused** 20:9
95:14 150:5
184:11
**focuses** 22:14
**focusing** 28:24
**fold** 75:4 155:11
234:10
**follow** 5:4 23:8
34:14,17 84:18
199:4,9 218:16
218:17 242:14
252:14
**followed** 205:8
**following** 58:3
236:10
**follows** 11:20
**food** 174:21
175:9 223:16
225:7 226:11
**foregoing**
262:22
**form** 18:8,21,24
19:16,23 20:23
22:5,20 24:9,15
25:22 30:4 31:4
36:6 40:7 46:8
46:19 47:9 50:9

51:8 52:24 54:4
55:7 58:7,18
61:17 66:11
68:16 74:14,24
77:2 81:6 82:4
82:12 83:12
85:20 87:21
89:11 91:4,20
92:16,21 93:15
94:6 97:5 98:4
98:11 99:14
104:8 106:4
107:12 110:12
113:2 114:4,20
115:6 118:3
120:15 121:11
121:20 122:6
123:18 124:17
125:14 126:2
127:16,24
129:10 130:25
137:15 138:3
140:23 141:18
144:6 145:1
148:23 152:7
153:5,17 162:13
163:20 166:23
167:12 168:25
169:24 172:11
173:10 179:20
180:24 183:21
184:18 186:4,17
188:4 191:16
198:6 201:6
202:15 203:16

214:17 216:14
218:8 219:16
220:19 221:10
222:7,10 223:7
225:23 226:25
230:19 231:16
233:1 234:21
235:8 236:8
237:14 238:2,25
253:16 256:3
257:2
**formal** 17:23
**formation** 112:7
**formed** 87:4
104:19 105:4
108:6 248:16
**forming** 15:6
**forms** 66:16
147:13 227:7
**fortunately**
135:21 136:6
176:13
**found** 47:21
95:16 155:10
217:16 257:8
**foundation**
89:12 91:21
92:17 149:11
198:16 216:15
**four** 12:25 13:2
29:18 53:10
58:20 59:1 80:5
119:1 135:23
147:10 182:14
243:24

**frame** 123:2,7
**france** 250:13
**fuel** 51:14
**full** 183:25
184:9 185:6
**funded** 207:1
208:1 216:20
219:4
**funding** 206:16
207:3,18
**further** 258:3
260:10

**g**

**g** 10:1
**gables** 2:16
**gene** 129:24
161:23
**general** 13:3,4
19:4,24 20:24
21:22 23:23
24:17 29:14
40:22 41:7,14
48:20 105:11,16
116:7 132:21
148:21 149:3,14
150:1,10,16
155:15 159:8
192:12 208:14
244:11,17,21,25
245:2,19,21,25
252:20 253:2
**generally**
231:24 244:16
**genetic** 158:25
161:21 186:14

**genotoxic** 30:11
41:12,13 44:18
44:25 45:6
46:22 47:12,24
49:9 57:19
58:10,22,23
59:25 63:13
64:10,11 69:1,3
76:1 83:25 88:9
99:24 100:4,11
104:24 108:10
108:17 109:25
110:15,19,22,25
111:5,13,15
117:14,15 119:2
130:4 133:3
134:17 145:21
146:3,11 154:12
158:14 161:11
165:4,25 170:10
172:22,23 173:1
173:3,8,13,17
173:19,23 174:9
179:13,17,23,24
180:11,21 181:1
183:10 187:20
193:17,21 239:8
249:18 253:19
255:9 257:10,23
**genotoxicity**
16:15 45:2,6
51:5 52:9 85:2
117:21 147:25
160:16 172:19
224:13 248:16

255:14
**genotoxin** 45:3
**geographical**
72:2 73:17
**getting** 44:21
57:10 63:20
65:5 71:24
98:23 135:12
136:20 137:8
189:19 222:23
223:24 228:2
239:10
**gg975331**
259:20
**gi** 175:10 200:13
**give** 13:15 28:21
28:22 65:4,10
68:12,18 87:24
98:13,13 99:25
104:3,11 107:9
107:16 108:2
110:5 116:21
130:18 136:19
137:4 139:18
141:25 146:22
152:13 165:15
191:5 204:16
237:6 239:6
243:18 245:25
246:1
**given** 106:25
122:14 247:13
**gives** 110:5
**giving** 182:1

**go** 10:13 23:11
32:3 38:11
42:11 44:23
48:1 53:3,4 56:6
74:6 77:4,10,21
81:7 83:13 90:6
90:11 91:22
92:19 94:23
103:22 113:19
116:18 119:10
119:13 120:15
138:19 141:24
147:9 151:24
157:22 158:15
158:20 159:9
173:6 178:2
182:5 183:4
192:12 196:6,18
199:2,6 200:12
201:2,16 204:7
204:15 206:4
208:13 210:25
215:7,8 218:10
219:18 220:22
220:23 223:12
227:6 228:11
229:13 230:22
230:25 231:1,9
231:17 233:7
240:17 245:11
245:14 254:1,22
**goal** 68:25 98:21
**goes** 31:22 45:1
47:4 49:21 63:9
63:17 116:9

123:2 224:2
225:8
**going** 13:15
14:4,8 25:5
47:15 53:14
57:18 60:11,15
60:16 61:5 69:9
69:20 74:6
78:11 87:9
102:12 107:4
112:9 116:21
119:2 122:13
133:7 171:13,19
182:2 185:19
190:1 194:11,15
213:19 228:16
230:14 231:8,11
235:23 241:20
250:12
**gold** 164:13
**golf** 39:12 65:20
70:13 71:12
72:21 79:5 89:4
119:21 120:10
120:12 162:23
163:6 170:7
176:25 177:8
184:10 197:23
242:24 243:4,7
257:11
**good** 10:3 11:8
11:24 12:1,1
13:24 21:16
37:11 112:13
148:9 193:5

**[good - higher]**

194:10 236:1
240:19 242:10
242:12
**goodson** 59:15
59:19,20 60:3
132:3 191:7
192:19
**gotten** 141:14
**gradient** 116:5
245:23
**graff** 9:4
**graph** 48:13,15
48:22 49:3,14
49:14 115:1
117:7
**graphing** 46:13
49:15
**grateful** 207:16
**greenberg** 2:9
**ground** 13:16
**group** 20:10
21:12 23:12
27:16 34:25
35:1 47:20
50:23 59:11
68:1 72:15,18
73:8,25 75:15
77:8 78:1 79:23
80:9,25 83:19
86:25 89:15
95:3 104:21
118:8,9,13
146:24 167:17
199:16 212:22
217:2,2 232:8,9

247:20
**group's** 236:25
237:2,4
**groups** 59:18
67:20,22 212:21
243:16,19
**grow** 51:9
**growth** 59:6
109:18,18
251:22
**guess** 24:25 44:4
53:21 69:15
**guidelines**
111:21
**gut** 222:23

**h**

**h** 3:12
**hairy** 54:2 56:24
58:5 103:1,7
132:17 142:6,11
253:14 256:25
**halifax** 47:19
59:16
**hand** 16:1
119:20 196:20
210:7 259:10
**happen** 133:7
201:23
**happens** 133:2
178:21
**happy** 207:11
**hard** 202:17
**harder** 95:6
**head** 26:20,22
35:13 150:20

191:25 198:14
**heading** 119:20
149:10 215:11
**health** 7:3 22:3
22:18 27:7 48:8
48:17 49:21,23
**hear** 12:6
159:11
**heard** 10:10
19:12 241:21
**heather** 2:20
11:11
**help** 111:8
147:24
**helping** 251:1
**helps** 139:10
**henderson** 1:3
3:17 4:6 10:16
13:3,8 15:2 36:3
36:19 42:21
261:6 262:2
**hexa** 101:5
**hexavalent**
16:10 17:5
30:16 39:23
42:3 53:2 58:1
62:14 65:23
66:9 71:1,2
75:21 78:16
79:4,9,11,13,18
81:2,12 82:1,10
83:7,10,15 86:3
86:19 87:25
94:19 100:24
102:1 106:15,16

111:20 113:5
114:15 121:7
127:12 130:22
131:14 135:23
142:18 143:9
144:23 145:18
153:2,14 154:21
160:13 162:19
165:9 170:4
172:21 173:2
174:13 175:8,22
210:23 211:7
214:4,12,13
222:19,21,23
224:3,6,15,17
225:17 253:10
**hierarchy** 18:19
19:2
**high** 29:19
33:13,16 35:5
35:11,11 60:5
66:8 68:24
73:14 76:3 80:6
100:11 110:1,2
111:16 115:11
128:24 168:7
177:14,15 187:6
189:17 199:8
207:6 218:2,23
219:7 221:23
226:5 243:25
244:3,3
**higher** 22:23
30:13,17 32:20
44:4,22,24 46:2

**[higher - hopper]**                                              Page 292

47:13 48:10
74:8 75:20,23
88:2,4 89:21
99:8,10 100:6,7
102:7 104:14
106:13 108:9
128:25 135:24
145:19 155:11
161:25 162:18
162:20 163:11
163:12 168:7
176:19 181:3
185:7,9 194:2,3
194:3 198:3
202:22 203:13
214:24 215:3
216:10 219:13
220:16 235:15
237:3 238:10,11
239:13 246:5,6
246:11 248:7
249:8,10 257:9
**highest**   79:3,13
89:2 96:12
196:1 197:18,22
198:4 203:14
214:3,13,24
215:4 216:11
219:14 220:16
**highlighted**
78:17 88:20
90:13 196:7
209:18 210:8
**highlighting**
214:8

**highly**   28:17
45:21 64:15
65:13,17 66:1
88:7 230:16
239:14 250:5
**hill**   116:4,5
245:24
**hillsborough**
259:4 260:3
**historical**   8:3
209:25
**histories**   169:3
233:21
**history**   157:22
157:25 158:20
158:20,21,24
159:4,6 161:21
251:16 252:6
**hodgkin's**   54:3
57:3 58:6 103:2
103:8 132:18
140:2,21 141:17
142:10 156:10
156:18 158:6
165:20 253:15
257:1
**hold**   17:12,17
24:21 25:9 28:1
126:18 213:19
228:6,13
**home**   12:11
**honest**   14:19
**hopefully**
252:14

**hopper**   2:8 3:3
3:5 9:14,16,17
11:8,8,23 12:2
15:12,21,24
18:12,23,25
19:19 20:4
21:24 22:13
23:14 24:11,20
25:23 26:1,3,17
30:25 31:7,14
31:15 32:11,13
35:24 36:1,8,13
36:15 38:11,14
40:10 42:11,18
43:13,15 46:11
46:25 48:3
50:10 53:1
54:22 55:10
58:13 60:11,15
60:19 61:2,18
61:20,24 63:6
63:22 64:7 69:8
69:20,25 70:1
74:18 76:9 78:5
80:11 81:1,22
82:6,25 85:10
87:7,10 88:14
90:19 91:6 92:5
92:20 93:5,19
95:17 97:8,22
98:7 99:18
105:10 107:3,6
107:14 108:22
111:18 112:11
112:22 113:13

114:12,25
115:19 119:10
119:14,16,18
120:19 121:15
121:23 123:1
124:9,21 125:17
126:10,15
127:18,25 128:3
130:8,10,17,20
131:2 137:24
138:10 141:12
141:22 144:17
145:9 148:5,10
148:17 149:1
152:11,21
153:10,18,20
155:1,17 163:16
163:22 167:5
168:13 169:18
171:11 172:18
173:7,21 180:9
181:23 182:5,11
182:14,15
184:12 185:18
186:9 187:9
189:23,25 192:8
194:13,22,25
195:5 196:4,8
196:16,19 197:9
197:13 198:8,17
201:5,8 203:9
204:3,15,18,19
209:17,20 210:3
210:6 213:1,7
213:11 214:20

217:14 219:10 220:10 221:7,25 222:9 223:3 224:1 226:18 227:20,23 228:13,17 229:3 229:20 231:3,21 234:15,25 235:21 236:17 238:18 239:16 240:15,25 242:5 242:7 252:13,17 254:16 255:18 256:21 257:5 258:1,4

**hormone** 159:1
**host** 176:13 179:2
**hour** 14:8 112:10 194:12
**hourly** 15:4 32:5
**hsw** 2:13 11:16
**huge** 66:8 89:22 90:3 170:10
**huh** 194:9
**human** 22:7 27:16 62:10 63:1 64:20 68:4 68:8 69:5 76:4 82:20 84:10 90:17 94:9 99:1 101:10 108:4 109:21 118:7 119:6 135:14

139:21 140:13 140:14 146:1,21 148:2 154:2 157:9 164:16 171:2 181:10 203:23 220:1 232:5,16 238:5 240:12 248:10 251:11,20 253:22 254:12 254:13 256:6 257:21,21
**humans** 4:11 30:22 51:18 57:13 58:2 64:23 67:9,16 84:14 86:14 87:2 103:13,18 104:17 105:8 109:14 113:1,18 114:2,19 127:1 127:13,20 130:24 131:9 132:14 166:4 193:16,21 250:1 257:18
**hundred** 89:21 100:5 175:3 178:1 249:8
**hundredfold** 30:17 65:25 66:3 75:22 88:2 108:9 145:19 162:18 163:10 170:3 181:3

185:7 194:2 239:13 257:8
**hundreds** 99:10 238:11
**hygiene** 209:25
**hygienist** 28:3,5
**hypothetical** 93:1 99:23 188:10 214:18 217:7 220:22

## i

**iarc** 4:9,12 51:3 126:16,23 127:2 127:11,21 128:4 128:12,16 130:11,13,21 131:7 132:9,11 132:12,19,20 208:9 250:10,14 250:20,23
**ideal** 19:6 21:6 21:16 75:9 94:8 94:10
**ideally** 21:4,19 22:25 23:7 34:6 34:13,17 164:13 218:17,20 254:1
**identification** 15:11 42:17 69:24 126:14 195:4 197:12 204:12 213:5 229:2
**identifies** 39:10

**identify** 115:4 115:22 116:24 230:1
**idiopathic** 137:17,23 138:4 138:9,17 142:12 143:25 150:12 150:14,19 151:2 151:13,18 152:6 152:18,23 165:13 166:18 167:4,16 168:2 168:3,15,19 234:1 249:20 251:7
**idiopathically** 138:1 166:22 167:9
**iii** 2:3 106:16 175:10 200:14 222:22 224:18 261:3
**immortalization** 147:17
**immune** 59:5 136:6,13 176:13 179:2,3 189:10 189:11 193:5
**immunosuppr...** 133:3 158:10
**immunosuppr...** 158:9
**immunosuppr...** 51:6 52:10 85:3 136:8,10 140:7

**[immunosuppression - increases]**

147:16 156:12
158:7 179:25
181:7 186:23
188:18 224:13
248:17 255:15
**immunosuppr...**
104:24 136:8
**impair** 53:9
136:15
**impaired**
147:12 181:6
**impairing** 179:6
**impairs** 58:23
135:19
**imperfect** 94:12
**important** 25:15
30:19,22 34:9
47:16 51:7 53:4
54:19 62:18
64:13,15 67:11
70:19 72:6
73:10 75:11,18
77:21 78:2
113:20 114:24
116:3,18 126:5
126:6 137:3
147:21 159:18
162:21 170:2
176:4,8,17
177:18 183:23
187:17 194:5
195:8 199:7,15
199:18 200:5
203:4 208:16
212:19,22 216:6

218:2,13 226:15
239:5 240:11
247:4 248:11
255:12 257:19
**importantly**
222:16
**impression**
209:4
**inability** 217:25
218:7
**inappropriate**
80:22 91:24
121:24
**incidence** 6:19
7:4,7,12 29:24
48:8,17 50:19
50:25 51:18
54:11 57:13
62:14 85:22
95:3 103:22
104:16 105:8
109:17 118:14
129:15 196:1
237:1,1,2
256:25
**include** 20:1
62:9 191:19
208:5,12,25
209:2,4 231:25
232:15 234:5
244:13
**included** 202:6
231:6
**includes** 51:5
132:12

**including** 52:9
89:7 91:16
92:12 132:3
165:12 217:18
**increase** 18:17
19:11 54:10,13
57:12 59:6
61:15 62:4
63:16,19 64:2
65:24,25 66:3,5
70:19 74:12
75:5 81:13
85:11 86:3,5,13
86:20 87:2
97:25 100:15
101:16 103:17
105:7,25 107:21
108:3 109:16
113:16 115:17
116:9 117:12
126:7,8 140:14
154:11 170:4
200:10 234:10
247:5,10 249:12
256:24
**increased** 19:10
20:2 21:20 24:2
27:21 35:9
44:17,20,22
48:11 50:19,25
51:17 52:4,6
62:8,13,23 65:5
66:7 73:19,20
73:24 74:8,19
74:22 82:15

83:15 84:14
85:18 86:2
87:18 94:21
100:25 101:25
103:22 104:16
111:14 113:6
115:8 116:16,19
117:10,18 119:6
124:15 128:19
129:15 137:8
149:22 156:18
158:17 159:7
160:25 170:24
171:3,8 172:15
179:22 180:3
187:23 189:18
189:19 192:16
196:1 199:14
203:8 217:16
236:6 239:6
244:17 247:10
247:22 251:14
254:2,25 255:6
255:6
**increases** 23:18
48:7 61:6,7,8
65:9 82:9 83:6
86:19 93:11
94:3 103:8
104:5 115:9
116:12,19
157:17 166:3
244:18 246:2
247:6 255:2

increasing
63:15 64:12,12
100:16 101:16
103:8 115:16
116:15 187:22
187:22 246:2
255:6
incredibly
168:7
independently
53:18,25 58:2
index  4:1 5:1
6:1 7:1 8:1 9:1
india  72:24
174:23
indicate  191:3
indicates  194:9
indirectly  230:3
indisputable
170:13
individual
20:10 53:6 60:9
101:19,19
109:19 131:21
131:24 132:24
133:13 136:21
162:1,2 181:22
191:12 192:21
234:4 245:5
individually
61:12 62:2
63:25 64:17
66:20 68:11
102:9 104:22
113:19 131:4

181:19 232:13
individuals
20:10 37:10
indoor  121:13
indoors  120:13
120:21,22
induce  45:3
99:24 105:1
110:17 135:25
136:10
induced  133:4
257:16
inducing  179:5
industrial  28:2
28:5 209:25
industry  6:10
6:21 7:6,10,13
8:11,17
infection  157:17
inferences  17:24
18:6,15 19:22
25:2
infinitely
184:24
infinitesimal
99:25 184:24
infinitesimally
45:23 50:6 61:8
99:22 110:9,18
inflammation
16:23,25 51:6
51:12 52:10
59:5 77:19 85:3
104:25 106:11
111:10 133:4

136:13,16 140:7
147:16,24 180:1
181:6 186:22
188:19 189:12
200:10 223:13
224:13 250:14
255:15
inflammatory
176:14 193:4
223:21,22
influence
207:22
information
31:2 256:22
ingested  202:2
223:6 224:8,16
226:20,23 227:5
227:18
ingestion  77:13
77:16 106:9,14
106:18,22
122:10 200:2,4
200:11,17
201:21,23 202:6
203:3 222:17,20
222:25 224:10
224:19,23
229:23
inhalation
51:25 56:16
57:6 58:3 63:18
77:12,13 85:18
87:18 93:21
97:3,13,17
104:5 106:1,6,8

106:20 107:22
122:10,16
124:15 199:23
200:2,4,8,16,22
201:20,23 202:4
202:5 203:2,13
204:5,8 219:12
220:15 222:2,5
222:17 223:2
224:10,20,23
227:21 246:21
inhale  61:14
62:4 64:1 83:10
inhaled  56:19
56:24 57:2
106:25 109:11
121:9,18 122:4
122:14 175:7
202:1 216:3
223:6 224:7,16
226:23 227:18
inhaling  82:10
83:7 93:12 94:3
inherent  218:15
inhibit  58:25
initial  13:2,5
15:1,7 20:14
36:10 38:17
39:9 70:3
150:23 195:13
199:21 215:19
215:23 225:10
227:8,8 230:1
232:1

**initiate** 45:20
83:22 101:6
113:10 139:19
139:20 140:9
147:24 159:20
159:25 160:9,10
160:11,20 161:4
164:4,7,21,22
165:3 166:11
168:9 170:21
181:15 184:22
184:23 237:21
238:14 248:19
251:22 254:11
256:15
**initiated** 51:8
66:16 85:2
105:3 136:1
161:11
**initiates** 165:4
**initiation** 45:5
57:15 62:18
129:20 147:11
160:17 161:2
165:16 237:25
257:19
**initiators**
251:17
**innes** 37:20
**inquiry** 128:2
**instance** 225:3
**instructed**
18:14
**instructs** 14:16

**insubstantially**
146:16
**intend** 36:25
37:7 38:5
**intensity** 66:23
**interact** 53:8
59:8 66:17
147:22 181:18
181:21 250:2
**interaction**
118:22
**interactions**
47:24 57:19
**interest** 206:16
207:13
**interested** 11:2
107:16 152:15
220:13 231:11
260:12
**interject** 60:13
**internal** 73:8
79:23 204:1
236:15 240:6
**international**
7:18
**internet** 10:8
**introduce** 42:12
69:11,22 126:11
194:25 197:9
204:8 213:1
227:21 229:13
**introduced**
14:23 37:5 38:2
228:6 229:6,24
250:20

**investigator**
208:7
**involve** 39:14
**involved** 160:17
242:1
**involvement**
207:25
**involves** 46:14
**irrespective**
143:9
**issue** 175:4
177:17 222:12
251:3
**issues** 84:15
178:1
**iv** 224:18

**j**

**jerame** 10:21
15:21 31:11
32:3,12 35:24
36:13 38:12,13
40:15 42:11
43:14 69:12,22
119:11 126:11
127:6 130:9
182:5,18 189:24
194:25 196:5,6
196:16 197:9,16
204:6,8 205:22
206:4 209:12,17
210:3,15 213:1
214:9 215:11
227:21 228:5,13
229:14

**job** 13:24 29:16
29:22 34:1 80:4
243:22
**joel** 2:21 11:11
**judge** 241:19
**july** 250:13
**june** 259:11
260:14

**k**

**karyn** 1:11
11:17
**keep** 13:24
14:18 18:24
47:17 60:15
84:2 92:20
147:18,18 201:6
222:10
**kemp** 37:19
**kennedy** 2:9
**key** 27:15,19
33:23 47:18,18
47:25 49:10
51:2,4,14,21
52:8 53:7 54:14
57:14 58:19
62:17 66:14,15
83:23 84:11,25
86:7,14,22 87:4
87:5 95:8 99:6
101:23 102:4
103:13 104:20
104:21 105:2
106:23 108:5
111:9 113:11
117:20 118:22

122:12 128:23
129:18,19
135:15,17 136:4
139:9 140:6
147:4,8,14,20
148:3 160:18
166:9 179:1
180:7 181:4,17
186:21,24 188:9
188:17 192:6
193:1 199:11,12
201:22,25
224:11,12,14
227:3,4,19
245:24 246:24
248:18 250:9,17
250:20,25
**kind** 51:12
76:24 114:17
132:12 135:14
244:9
**kirsten** 37:18
**know** 13:14
14:7 19:8,20
20:8 21:25
26:18,20,22
27:11 28:5
31:17,22 35:14
43:5 45:24
46:20 47:19
50:18,21 51:10
54:17 61:21
63:7 64:24 66:2
66:9 67:20,24
68:22 69:2

70:16,18 74:17
77:13 83:20
84:25 90:24
92:8,11 93:1
102:3 106:6,19
106:23 108:21
109:9 111:14
117:14 119:24
120:5,9,11,12
120:20,23
121:13 122:11
124:23,25 125:2
125:13,18
126:20 129:25
131:14 133:4
135:8,24 136:5
136:25 138:8,17
138:25 139:1,19
140:6,7,8,14
141:4,5 144:15
145:24,25 146:2
147:12,22
156:25 158:1,2
159:23 160:10
160:12,16
161:24 162:19
163:9,23 164:5
164:8,22 165:2
166:21 167:1,19
170:12,13,13
174:24 175:4,7
176:12,23
177:14 178:19
178:21,24
180:25 181:10

183:15 184:5
185:10 186:24
187:18 189:6
193:22,23
195:22 198:12
198:13,13,18
199:13 200:1,15
202:20 203:6
206:18 207:7
208:2,6,7 209:6
210:22 212:3
216:7 219:2,24
223:16 226:7
230:6,23,23
233:20,20
236:18 239:6,14
243:18 245:18
246:19 247:7
248:23 251:2
254:11,14
257:19
**knowing** 65:19
107:16 238:6,12
238:13 249:6
**knowledge** 49:8
91:15 241:12,15
254:17
**known** 46:15
129:5,22 130:1
130:6 133:24
134:20 137:18
137:22 138:7,8
138:14 143:5,23
144:14,15 145:7
146:13 149:8

150:5,11,12
151:7,10 152:6
158:3,3 167:1,2
167:23,25
168:12 169:16
233:25 237:18
249:16,20
**komatsu** 37:19

**l**

**lab** 17:15 25:3
25:11 26:16
28:15,19 29:8
110:24 111:7
133:23 147:5
160:10,14 164:5
164:8 170:12
171:2 257:19
**labeled** 5:15
**laboratory**
110:21
**labs** 160:19
**lake** 71:14
174:15 180:14
**laptop** 12:17
33:7
**large** 1:24 5:6
**larger** 21:2 23:6
34:5
**late** 159:1
**latency** 23:10
34:9,11
**latest** 16:6
**lay** 149:11
**lead** 187:7 209:7

**leading**  24:3
 167:20
**leads**  85:4
**learn**  117:18
 133:9,11 139:24
 191:20,20
**learned**  59:15
 82:18 147:3
 254:8
**learning**  59:10
 138:24
**left**  16:1 78:11
 196:20 210:7
 214:9 230:10
**legal**  10:22
 261:18
**leipfinger**  10:3
 10:21 31:12
 60:20,24 112:15
 112:19 119:12
 119:15 148:11
 148:15 182:9,12
 194:15,19
 204:13,16 228:8
 228:15,18,22
 229:15 240:20
 240:23 258:9
**leon**  250:12,23
**letter**  3:8 261:1
**leukemia**  54:2,2
 55:23 56:21,25
 58:5,5 103:1,1,7
 103:7 127:22
 132:17,17 142:7
 142:7,11,12

253:14,14
 256:25
**leukemias**  56:2
**level**  23:20,22
 24:18 43:25
 44:1,4 67:13
 73:19,20 74:20
 80:2,23 81:3
 83:10 88:3 91:9
 91:9 111:21
 112:1 122:24
 123:21 145:23
 162:17 163:1
 170:6 176:11,21
 178:5,10 189:5
 196:24 198:2
 203:14 214:4
 219:14,21
 247:12
**levels**  44:3
 45:25 47:13
 73:15,16 74:7
 74:12,22 75:19
 75:22,23 76:3
 80:3,7 85:19
 87:25 89:18
 90:6,12 91:2
 93:12,22 97:4
 97:14 98:17
 99:7 102:7
 108:18 111:17
 111:21 128:24
 128:25 129:2
 153:7 154:1
 155:11,13

161:24 162:11
 163:9 172:15
 176:2,10,20
 177:5,14,15,23
 178:8,12 179:15
 179:16 183:13
 183:18 186:2
 187:6 188:14
 189:5,17 192:4
 195:20 196:10
 202:21 203:13
 218:1 219:13
 220:6,15 221:17
 221:22 222:5
 223:9 226:6
 242:22 246:5,6
 247:2,18 248:2
 249:5,7 250:5
 253:1,11
**lewis**  2:14 11:15
**liability**  241:5
 241:13
**lighting**  51:13
**likelihood**  49:23
 134:22 161:14
 165:8,11
**likelihoods**
 134:25
**likely**  65:7
 82:23 85:4 88:8
 88:11 90:10
 98:17,22 99:14
 104:12 108:16
 108:23 110:3
 128:10,17,24

130:3,5 133:6
 133:18 134:1,15
 135:2,6 144:11
 145:3,6 146:10
 151:6,21 154:11
 154:13 161:10
 167:21,24
 168:10 169:5,7
 169:14 187:7
 189:18 190:24
 194:5 215:15
 233:12 249:15
 251:6 256:9
 257:23
**limit**  69:1
**limitations**
 24:13 34:21
 217:24
**limited**  4:11
 126:25 127:19
 127:21
**line**  48:4 65:1
 87:8 106:10
 107:3,4 146:19
 149:17 158:16
 167:7 172:10
 224:21 262:5,8
 262:12,15,18
**linear**  41:7,14
 43:17 44:7,12
 44:20,23 46:5
 46:14,18,21
 47:1,4,5,7 48:5
 48:6,10,13 49:3
 50:4 63:14

116:10,25 117:7
117:14 187:21
193:22 239:8
255:10
**linearly** 45:1
**lines** 22:7 39:5
62:9,25 66:18
68:3 84:9 85:9
86:7 117:24
232:4
**link** 43:1
**lipid** 26:15
**lipworth** 204:10
204:21,25 205:7
205:11,12
206:22 207:8,23
208:9,23 214:15
215:7 216:2
**list** 3:20 4:9
15:3,5 31:16
126:24 224:14
**listed** 102:20
185:23 210:23
245:18 252:19
**listen** 172:2
190:3 200:19
**listening** 181:24
**lists** 70:12
**liter** 68:21 197:6
**literature** 49:8
82:17,19 90:7
173:15 236:5
239:20 249:22
253:24 255:9

**litigation** 201:4
241:5,14 253:8
**little** 31:8 38:13
106:17 175:9
213:3
**live** 12:10
**lived** 175:2
**living** 72:1,23
73:16 74:1
178:16
**llp** 2:9,14
**location** 70:14
71:13 79:5
119:22,24 120:9
120:13 177:1
**lockheed** 1:5,9
1:13,20 3:18 4:6
10:16 11:9,12
43:11 71:14
72:7 158:24
174:15 180:14
180:16 205:9
206:17 207:2,17
207:20,22 208:2
216:20 218:25
219:5 252:4
261:6 262:2
**lockheed's**
209:25
**long** 21:3,18
23:5,8 34:17
61:14 62:4
63:18 64:2
172:17 182:3
211:22 214:22

217:20
**longer** 34:14
35:8 123:23
**look** 15:18 21:1
22:21 23:3,9
24:17 27:8,17
27:23 31:10
34:15 35:15
43:4 48:23 54:7
66:11 68:3,7,19
69:17 75:1,14
78:15 79:21
81:9,18 82:14
85:22 88:15
90:11,13 92:23
95:7 97:17,19
100:17 101:9
118:6 121:3
123:9,12 125:19
132:1,22 133:1
133:24 134:13
138:6 143:4
148:25 149:6,12
149:19 150:4
158:11 170:16
174:1,2,3,5
175:1,5 178:3
178:15 179:11
183:15 186:19
186:22 188:12
188:17,22
199:25 201:2,10
202:24 205:11
205:21 206:15
206:19 208:7,15

212:7 213:20
215:17 217:10
218:12 221:14
226:1 234:12
245:12,15
247:14
**looked** 59:21
132:19 174:7
175:11 183:13
201:19 208:4
243:7 245:10
**looking** 35:2
52:14 79:8,11
128:12,16
185:22 186:10
195:17,21
204:14 205:10
207:12 211:1
215:17 216:21
233:4
**looks** 32:1 79:15
211:14
**loomis** 8:7
**lost** 194:14
**lot** 41:3 56:1,3
69:4 84:20
141:24 171:7
178:17 198:15
250:8
**louisiana** 2:5
261:4
**low** 29:19 47:6
80:6 95:3 99:22
115:12 183:19
221:24 243:25

244:3

**lower** 80:3
  118:8 161:25
  210:7 212:24
  214:14 217:2
  219:23 220:15
  232:9
**lowered** 72:16
**lowest** 81:2
**lumping** 55:21
**lunch** 144:20
  148:7,14
**lung** 77:18
  106:11,13
  178:18 196:1,23
  200:9 223:11,12
  246:23
**lymphoblastic**
  54:2 56:20 58:5
  103:1,7 132:17
  142:7,12 253:14
**lymphohemat...**
  6:16 7:8 8:18
**lymphoma** 54:3
  55:24 57:3 58:6
  103:2,8 132:18
  140:3,22 141:17
  142:11 156:10
  156:18 158:6
  165:20 169:9
  253:15 257:1
**lymphomas**
  56:3
**lynch** 2:20
  11:11

**m**

**m** 2:21
**m.d.** 1:16 3:16
  4:3 11:18 259:7
  260:6 261:2,6
  262:3
**macbook** 12:17
**maddie** 2:20
**made** 73:1
  121:16 213:20
  233:9 241:16
**madeline** 11:10
**mail** 261:10
**mailed** 261:11
**major** 216:4
**make** 17:11
  25:6 41:24 59:3
  59:9 67:2,5
  73:18 74:16
  76:21 93:17
  107:1 109:6
  119:2 121:5
  123:15 136:1
  149:8 164:6
  171:18 173:3
  181:21 186:6
  192:4 225:13
  234:22 248:3
**makes** 177:6
**making** 108:24
  179:19 215:6
**malignancies**
  6:17 7:8
**malignant**
  149:21 199:14

**manner** 255:11
**manufacturing**
  4:22 5:3,7
**marano** 5:10
  204:10 205:25
  206:5,7,22
  207:1,24 209:11
  214:12,16 216:7
  222:3
**march** 127:8
**marcy** 2:21
**mark** 69:8 87:7
  107:3
**marked** 9:14,15
  9:17 15:11
  42:16 69:23
  126:13 195:3
  197:11 204:11
  213:4 229:1,16
**marshfield**
  12:10
**martin** 1:5,9,13
  1:20 10:16 11:9
  11:12 71:14
  72:7 180:16
  205:9 206:17
  207:2,17,20,22
  208:2 216:20
  218:25 219:5
  252:4
**martin's** 43:11
  174:15 180:14
**massachusetts**
  9:9

**material** 61:6,7
  63:19
**materially**
  61:15,21 62:4
  64:2
**materials** 3:23
  15:5 38:15,24
  39:1,3
**math** 198:13,14
  214:21
**matrix** 29:16,22
  34:1 80:4
  243:22
**matter** 10:15
  11:17 13:3,8
  23:16 42:21
  58:16 74:13,20
  242:17
**mean** 27:9 28:7
  38:23 40:8 42:3
  44:1 47:16
  55:17 61:7
  68:18 79:8
  109:1 120:3
  141:1,8 145:14
  152:9 154:16
  157:22 180:6
  183:16 192:11
  192:12 199:5
  207:4 211:11,22
  211:25 213:22
  214:22 215:2
  230:24
**meaning** 190:7

**means**  44:15,20
44:23 45:2,5
47:3,5 85:23
131:23 147:17
168:15 176:5
236:25 237:2
257:16
**meant**  139:7
**measure**  28:16
120:1,3 222:6
**measured**  120:5
155:9 217:25
**measurement**
28:12 29:4
70:16,22 76:11
76:15,19 124:22
125:4 126:1
199:24 200:25
201:14 245:19
252:19
**measurements**
210:9
**mech**  86:22
**mechanism**
44:18 45:2,5
64:20 85:1
112:6 117:19
181:9,17 200:7
227:16 238:2,13
246:20,22
248:15 249:21
**mechanisms**
51:7 53:3 59:8
66:16 95:8
108:6 111:15

139:9,22 140:16
176:14 178:14
178:24 179:18
180:20 183:20
184:14 185:25
186:13 187:1,15
193:2 222:18
224:24 244:24
246:25 248:13
250:2,18 251:3
255:12,14,16
257:18
**mechanistic**
22:10 27:13
32:25 62:11
63:2 65:2 68:9
69:7 75:16 76:7
77:24 82:21
88:7 90:9,17
92:24 99:2,13
100:21 101:3,11
102:10 104:1
109:23 113:9
114:10 119:9
122:22 146:1
154:3 157:10
164:17 166:8
169:11 174:5
203:24 232:6
234:6 235:13
238:6 239:3
240:13 247:9,19
248:11 249:11
251:12,21
253:23 254:24

255:5 256:7
257:22
**mechanistically**
108:5
**media**  60:21
61:1 112:16,20
148:12,16
194:16,20
228:19,23
**median**  149:21
221:23
**mediated**
147:16
**medical**  18:1,5
18:10 145:7
158:20 169:3
252:6
**medications**
136:8
**medium**  243:25
**memory**  201:2
205:4
**menopause**
159:1,1
**menstruation**
158:25
**mention**  56:4
78:1 217:24
**mentioned**  24:6
27:12 34:1 52:7
62:12 63:1 65:2
68:5 73:6,22
75:7,9 79:21
80:3,16 84:16
88:5 93:2 94:10

95:2 97:16
98:12 99:1,9
100:20,22 108:1
110:13 111:23
111:25 112:2,5
113:4,9 115:7
115:10 121:21
121:25 122:17
123:19 124:18
128:21 135:7,17
136:3 139:8,17
146:18,20 147:4
153:24 155:24
157:8,19 160:22
162:4,25 167:14
169:8 175:8
177:15,21,24
178:25 181:14
187:16,21 188:5
188:8 190:17
191:24 192:10
192:25 195:7
199:2,7 200:13
208:12 212:15
212:20 216:5,16
216:18,24
218:13 219:6,17
221:1,4 222:14
222:20 224:9,12
225:8 232:4,7,9
233:8,18 236:14
237:19 238:5,9
239:4,8 240:9
246:22 249:23
251:11 253:3,20

253:25 256:14 257:15
**merit** 260:4
**met** 12:3
**metabolic** 105:1 147:11
**metabolism** 77:11 112:4 200:12
**metabolized** 188:20
**metals** 143:7
**metastatic** 109:18
**meter** 28:11 29:3 71:18 76:16,25 77:1 79:1,6,19 82:3 82:11 83:8 88:25 89:10 91:19 92:15 93:13 94:4 95:22 96:4,10 182:21 183:8 184:16 196:11 196:12,13,25 197:5,7,24 198:1,4 211:13 211:15,19 212:4 213:15,25 214:5
**method** 225:1 225:19 226:22 232:17
**methodologies** 18:14 29:9

207:23
**methodology** 30:2 49:2 66:22 97:1,11 98:24 133:15 174:3 193:14 238:15 256:5
**methods** 73:13 136:6 164:16 224:10
**methylated** 227:7
**mice** 164:6
**michael** 1:7
**microgram** 223:4 224:5
**micrograms** 28:11 29:3 68:21 71:18 76:15,25 78:25 79:6,19 82:2,11 83:8 88:24 89:9 91:19 92:14 93:13 94:4 95:21 96:3,9 182:21 183:8 184:16 197:2,7 197:24 198:1,4 211:18 212:4 213:15,25 214:5
**mid** 115:12
**middle** 1:1 10:18 80:6 205:13 214:3

**miller** 2:19
**milligram** 197:3
**milligrams** 76:15 77:1 196:11,12,13,24 197:5 211:12,15
**million** 76:11,24 124:24 125:2,8 125:11 211:23 212:1,4 213:14 214:23 215:3
**millions** 74:8
**mimic** 202:22
**mind** 15:21 31:11 32:4,12 35:10 43:5 80:12 107:15
**minimal** 168:18
**minuscule** 175:15 226:13
**minute** 149:12 228:11 240:17
**minutes** 60:18 112:10
**mischaracteri...** 54:5 92:17 118:4 184:19 218:9 221:11 233:2
**missed** 230:16 231:15
**missing** 69:16 69:18 229:17
**mistakes** 213:20

**mix** 133:2,5
**mixed** 165:21 217:19
**mixing** 117:17
**mixture** 44:25 47:11,21 48:7 48:16 49:4 50:14 53:5,12 54:20 57:16 58:10,16 59:12 59:22 60:3,8 61:13 62:2,23 63:25 64:17 65:8 66:21 68:12 83:25 85:6 86:25 95:12 98:1 100:12,15 102:11 103:10 103:16,22 105:2 110:3 118:21 128:9 129:1,19 130:4 131:5,7 131:12 132:3,14 132:20,24 133:12 135:8,8 135:11 144:12 145:5 146:11 151:5,21 158:14 161:18 169:15 178:24 181:21 190:8,14,21,25 191:11,18,22 193:9 208:4 223:20 232:10

232:14 233:10
249:15 253:18
257:23
**mixtures** 47:20
50:11 53:14,16
55:12 59:11,21
63:5 102:13,18
102:18,19,23
103:4 104:6
131:20 132:22
132:22 133:11
190:19,23
192:19 232:11
234:8
**model** 4:8 71:6
71:11 73:19
89:17 111:19
120:3 162:10
187:25
**modeled** 39:11
42:8 61:11 62:1
63:24 68:11
70:12 71:2,8,21
73:2 74:9 76:22
79:3 85:19
87:19 89:2
90:14 93:23
96:13 97:4,14
98:2,2 101:17
102:13,15,18,24
103:5 104:6,7
105:19 106:1,2
107:11,22,23
120:7 121:7,17
131:8 132:15

144:5 146:9
163:9 167:11
168:23 169:23
172:6 176:1,24
177:6 180:11,22
197:19,22 214:4
215:14 216:11
225:21 235:7
236:7 243:9
248:2 249:5
250:5 253:1,12
254:19 255:22
257:7
**modeling** 30:6
31:6 40:1,13
45:25 65:18
70:24 71:7
72:19 75:17
76:2 80:20
89:14 91:24
120:6 122:1,19
185:5 198:23
216:17 233:5
235:14 236:12
240:3 242:20
**modes** 106:22
**molarity** 212:9
**molecular** 25:19
26:8 212:10
213:15
**molecule** 45:10
45:15,20,21
99:24 100:3,9
110:9,15,25
111:4,4 184:15

184:21 185:2
**molecules** 46:3
112:7 145:22
**moment** 204:17
**monitor** 21:10
**monograph** 127:2
**monographs** 4:12
**month** 16:6
**morgan** 2:3,3
11:13,13 37:19
261:3,3
**morning** 10:4
11:8,24 12:1
233:14
**mortality** 4:14
4:21 5:2 6:6 7:4
7:18 8:2,9,18
75:2 85:23
195:19 199:13
**mother** 129:24
161:22
**motion** 241:24
**move** 69:20
78:11
**moving** 139:8
**multiple** 47:14
55:24 72:11
81:8 175:5
178:7 207:7
218:16 245:16
246:12 247:8
**multiply** 178:22

**mutagenic** 58:11 59:25
69:3 111:1
**mutation** 45:20
99:25 110:17
184:22
**mutations** 45:3
158:25
**myeloma** 55:24

**n**

**n** 3:1 10:1
**nagler** 2:21
11:11
**nalley** 2:21
**name** 10:21
12:2 253:8
262:24
**naoyuki** 37:19
**natural** 178:23
179:2 226:5
**naturally** 68:24
176:22 226:9
**nature** 16:22
84:19 251:7
**near** 196:11
**nearing** 235:22
241:1
**necessarily** 144:24
**need** 13:19,23
14:7 34:5 66:2
84:17 142:2
145:23 163:23
170:15 181:24
201:10 238:15

**needed** 38:3,21
**negative** 199:13
  208:16 218:20
**network** 65:20
**never** 241:16
**new** 2:5 141:4
  250:22,24 261:4
**nielsen** 6:4
  227:25
**night** 160:8
  170:20
**nitrosamines**
  28:18
**non** 41:14,15
  43:17 44:7,13
  45:1,7 46:22
  48:5 50:4 63:14
  116:10 193:22
  239:9 255:11
**noncarcinogens**
  47:21 59:13,23
**nonresponsive**
  69:10 87:9
  107:5
**normal** 32:5
**normally**
  135:20 188:15
**notary** 1:23
  259:19
**notation** 78:23
**note** 10:6 210:8
**notes** 9:12 260:8
**notice** 1:19 3:13
  14:25

**notwithstanding**
  90:23
**number** 21:20
  23:6,7 26:21,23
  34:4,8,18 35:9
  62:22 64:14
  65:5,11 66:2
  75:10 78:22
  82:15 84:4,6
  85:8 87:24
  89:25 91:24,25
  92:2,2,23 98:6
  98:13 104:11
  108:2,14,15
  110:6 111:12
  116:18 118:6
  129:12 136:19
  159:17 160:5
  162:23 163:3
  165:15 170:2,16
  184:9 185:12
  193:25 203:5,7
  203:19 218:19
  230:9 236:11
  237:13,16,17,21
  238:16 239:6
  246:4 254:2
**numbers** 34:5
  122:4 216:18
  253:4

**o**

**o** 10:1 261:3
**oath** 3:6 11:1,20
  259:1

**obese** 159:24
  161:12 164:6
**obesity** 137:6
  156:16,17,20
  158:1 159:24
  160:22 161:1
  164:7,21 165:20
  165:22,24
  170:17 233:18
  237:23 251:16
**object** 14:14
  24:15 25:22
  30:4 31:4 40:7
  46:8,19 50:9
  52:24 58:18
  61:17 69:10
  74:14 87:9
  107:4 113:2
  114:4 121:11
  163:20 186:17
  198:6 235:8
  237:14
**objection** 18:8
  18:21 19:16,23
  20:23 22:5,20
  24:9 26:11 36:6
  47:9 54:4 55:7
  58:7 63:21 64:4
  68:16 74:24
  77:2 81:6 82:4
  82:12 83:12
  85:20 87:21
  89:11 91:4,20
  92:16,21 93:15
  94:6 97:5,15

98:4,11 104:8
106:4 107:12
110:12 114:20
115:6 118:3
120:15 121:20
122:6 123:18
124:17 125:14
126:2 127:16,24
129:10 130:25
137:15 138:3
140:23 141:18
144:6 145:1
148:23 152:7
153:5,17 155:5
162:13 166:23
167:12 168:25
169:24 172:11
173:6,10 179:20
180:24 183:21
184:18 186:4
188:4 191:16
198:9 201:1,6
202:15 203:16
214:17 216:14
218:8 219:16
220:19 221:10
222:7 223:7
225:23 226:25
230:19 231:16
233:1 234:21
236:8 238:25
239:22 253:16
254:22 256:3
257:2

**objections**
  18:24 62:6
  107:25 152:16
  154:23 222:10
**observed**
  112:25 113:16
  114:1,17
**occupational**
  28:25 29:6,12
**occur**  63:18
  106:24 224:16
**occurring**  226:9
**odds**  236:20
**offer**  37:1,8
  38:5 159:13
  171:13 190:15
  252:24
**offered**  55:11,15
  123:6 241:4,22
**offering**  53:23
  55:5 142:15
**offhand**  70:18
  120:11 123:11
  148:24
**official**  259:10
**oh**  52:19,19
  94:7 120:17
  126:18 134:7
  174:20 207:16
  209:22 211:5
  228:5 229:12
  230:13
**okay**  12:6,11
  13:11,16,25
  14:5,12,16

15:16 16:12
22:14 24:21
27:25 31:7,16
32:2 35:3,16,24
36:6 37:12
38:15 39:5 40:2
40:14 41:5,16
42:19 43:3,13
45:8 50:11
51:24 52:20
56:6,11 57:5,21
58:14 60:15,19
61:25 63:10,17
68:10 70:2,7,9
71:17,18,19
73:9 76:21
78:13,14 79:16
87:13,14 90:21
90:22,23 91:3
92:6 93:6 95:18
100:13 102:12
102:15,16,21,23
104:3 105:11,22
112:23 113:23
114:13 115:20
116:21 117:25
119:15,19
126:10,16,23
127:5,10 131:3
131:6 132:9
133:14 138:19
141:23,25 142:1
142:2 145:10
148:5,8 150:14
151:24 152:22

154:16 155:2
166:20 167:6
171:12 172:19
180:19 181:24
182:3,16,19
183:5,7 185:19
190:1,4 194:7,8
200:18 203:10
205:3,5,6,12
206:21 207:21
208:20 209:23
210:16 211:5,10
213:10,12,18
214:21 215:25
216:1,7 221:8
224:25 227:20
228:1,12,18
229:19,21
230:13 232:18
234:16 235:22
235:25 236:1,18
238:19 239:17
240:17 241:1
242:5 243:6
252:10 258:1
**once**  12:3 40:16
**ones**  22:24
  90:12 132:4
  199:8 231:2
**ongoing**  241:25
  242:2
**open**  156:1
**opened**  15:20
**operations**
  43:11 71:14

180:13
**opined**  253:9,9
**opining**  146:7
**opinion**  15:7
  27:5 41:16,22
  45:14 46:17
  49:19 50:3,13
  51:25 53:24
  55:5 56:8,12,19
  56:23 57:2,6
  142:16 144:21
  180:19 183:17
  185:24 186:12
  187:10,13 241:4
  241:9,10,13
  242:3
**opinions**  36:25
  37:7 38:5,9
  39:14 55:11,15
  123:6 171:13,15
  190:2,15 207:10
  208:24 241:21
  241:22
**opportunity**
  116:22 201:11
**opposed**  120:6
  137:14 138:20
  146:16 156:16
  161:12 165:11
  171:3,8 173:5,8
  200:11 246:19
  247:23 256:16
**opposite**  156:19
**oral**  77:12 106:9
  106:14,22

122:10 157:3
158:1 200:11,17
200:17 201:21
201:23 202:4,6
222:25

**orally** 106:25
122:15

**order** 65:24
163:23

**ordering** 261:11

**organic** 26:18
27:1,2,5 143:3

**original** 201:17

**orlando** 1:2
10:19

**orleans** 2:5
261:4

**outcome** 11:3
20:11 22:3,19
32:8 48:8,18
49:22,23

**outdoor** 121:13

**outdoors** 120:13
120:18,21

**outside** 17:17
18:21 50:14
128:1 253:7

**ovarian** 159:2

**overall** 18:16
65:6,11 85:8
98:22 109:20
209:4 217:17
238:17

**overcome** 189:9

**overcoming**
180:4

**overview**
117:23 118:1

**overwhelm**
178:23 179:9,17
183:20

**overwhelming**
247:15,21 248:6

**own** 22:4 44:8
44:14 47:2
49:14,15,15
50:13,22 51:17
51:25 52:3,16
52:21 56:8,12
56:20,23 57:3,6
58:24 72:18
75:7 125:7
145:15 204:1
217:11 221:5

**oxidation**
106:17

**oxidative** 51:11
147:15,23
160:15

**p**

**p** 10:1 145:24

**p.a.** 2:3 261:3

**p.m.** 1:18
258:12

**page** 1:25 3:2,3
3:4,5,6,7,8,9,9
3:13,15,19,20
3:21,23 4:2,4,7
4:9,13,17,20 5:2

5:5,8,11,15,16
5:20 6:2,6,11,15
6:19 7:2,7,11,14
7:17 8:2,5,8,12
8:16 9:2,5,14,15
9:17 41:25 43:2
70:4 107:4
127:5 149:17,19
158:16,19 167:6
172:9 182:7,13
182:17,17,22,24
182:24 183:1
196:4,5,6,17,17
196:21 205:13
205:21,22
209:10,11,19
210:3,4,13,14
213:13 215:8,9
262:1,5,8,12,15
262:18

**pain** 133:22

**pairs** 55:3

**panigrahy** 1:16
3:14,16 4:3
10:15 11:18,24
19:1 26:6 32:15
36:2 42:19 61:3
61:25 69:21
87:11 88:16
91:7 107:7
112:23 126:21
128:4 148:18
153:22 182:19
194:23 195:6
198:18 201:9

204:20 215:13
227:24 229:4
241:2 242:10
252:15 257:6
258:2 259:7
260:6 261:2,6
262:3

**panigrahy's**
3:19,20,21,23

**paper** 23:5
59:16 60:5
90:16 117:23
131:18 132:4
199:6,15,20
200:21 205:5,25
206:5,11 207:4
207:9,13 209:14
210:25 212:23
216:22 254:5

**papers** 49:10
59:19,21 60:2
128:18 131:16
132:5,20 157:20
192:20 206:22
207:7,11,24
208:10 219:18
254:23

**paragraph**
205:13 215:10

**pardon** 130:17

**part** 23:17,19
25:4,5,12 29:7
53:6 57:15
73:10 75:12
113:20 116:18

118:20 126:5,7
147:13 170:2
176:17 178:6
200:5 203:4
216:6 232:3,15
232:16 234:3,11
235:10,19
238:15 244:23
**participants**
10:9
**particles**  77:18
106:10,12 200:9
223:12 246:23
**particular**
19:13 20:10
21:10 23:25
24:4,4 27:18
33:8 35:1,10
44:16 48:11
54:17 55:19
56:5 63:3 64:14
64:14 66:12
70:23 71:7 72:2
72:16 73:25
74:4 75:3,13
79:24,25 80:2,8
80:20,23 81:9
81:17,19 82:16
84:4,6 86:12
88:11 89:24
90:14 91:9 95:1
97:20 100:2,18
101:10 102:6
103:16,18
108:21 109:5,13

109:15 114:6,8
116:3,17 117:23
118:6,18 119:5
120:23 121:18
122:25 123:10
123:17 124:3,5
124:11 125:25
126:8 128:8
129:12 132:20
134:14,16,18
135:4 140:12
144:13 156:23
158:12 159:15
161:13 166:15
170:16,24 174:1
174:6 187:18
199:1,6 202:23
202:24 203:1,20
208:4 212:23
216:21 217:1,3
218:4 219:22,23
219:25 232:13
233:5,6 237:16
237:17,24
247:25 248:13
248:22 254:4
**particularly**
35:11
**parties**  10:13
260:11,11
261:11
**parts**  76:11,12
76:24,24 124:24
125:2,8,10
176:24 177:17

211:22 212:1,3
213:14,14
214:23
**party**  11:1
**pass**  200:12
242:6
**past**  33:4 83:20
158:20,21 212:6
250:19 254:8,10
**paternal**  159:4
**pathogenesis**
62:18
**patience**  241:2
**patients**  110:23
111:8
**patterns**  121:10
**pce**  16:9 17:5
30:14 39:23
42:3 50:13,17
50:17,20,21,24
50:25 51:17
54:12 56:8,12
56:19,23 57:2
57:25 62:15
66:4,10 75:23
83:17 86:8,18
88:4 90:5 95:24
96:13,16 97:3
97:13 100:6
101:7 102:2
111:20 113:7
114:16 121:7
127:11 130:21
131:15 132:6
135:23 142:17

144:22 145:22
153:2,13 154:20
162:20 165:9
170:5,5 172:20
173:1 174:13
175:21 185:9
192:3,9,14,17
204:5 210:20
211:21 212:4,5
214:22,24 215:4
215:14 216:8
217:19 225:17
249:9 253:10
**pdf**  182:8,16,25
183:1 196:5,18
205:22 209:11
210:4,13
**pdfs**  15:17 33:7
**peer**  90:7 99:11
156:22 190:22
253:24 255:20
**penalties**  262:21
**pending**  208:19
**people**  21:3,13
21:20 23:1,2,6,7
23:13 25:8
27:21 28:13,25
29:5 34:4,7,13
34:18,19 35:9
45:22 68:23
72:1,20,22
73:13,16,25
75:10 84:18
88:11 89:15
90:1 92:3 95:4

96:23 100:10
108:18 122:1
124:7 138:12,16
142:16,20 143:7
143:21,25 145:8
150:2 153:3,8
153:15 154:22
155:9 166:7
173:19 177:8,24
180:15 188:13
189:4,14,16
199:4,10 202:25
212:23 217:5
218:19 220:7,24
226:7,12 234:8
240:2 248:24
253:6 254:2
257:11
**people's** 28:25
**percent** 42:13
68:18 98:21
138:16 143:21
150:2,3,21
152:18,25 160:3
166:24 168:3
191:5 192:16
237:3
**percentage**
85:13,15 87:16
107:17 143:24
152:22
**perchloroethy...**
9:6
**perform** 123:16
124:14 163:24

238:21
**performed**
165:17 205:15
**period** 23:10
79:20 82:3,11
83:8 89:10
91:19 92:15
93:14 94:5
104:7 123:7
149:23 172:17
186:3,16 202:19
245:8 248:23
**periods** 217:20
**perjury** 262:21
**perkins** 1:23
10:24 259:19
260:4,22
**permit** 196:22
**permitted** 1:21
**person** 23:2
29:11 34:11
61:14 62:3 64:1
83:9 133:21
137:21
**person's** 61:15
62:5 64:2 82:8
83:5 93:9 94:1
97:24 157:17
233:23
**personal** 1:7,11
**ph.d.** 4:4
**phase** 36:4,20
40:23 48:21
**phone** 12:22

**phrase** 48:4
65:13 72:5
108:23 119:21
145:10,14 146:6
**pick** 116:2
**pills** 158:2
170:19 233:19
**place** 10:12 74:1
114:14 115:21
237:11
**places** 226:5
**plaintiff** 1:12
121:19 123:17
124:11 126:1
235:24 237:10
238:21 242:24
243:2,6
**plaintiff's**
110:11 165:8,11
**plaintiffs** 1:4,8
2:2 11:14 30:2
32:9 37:15,23
37:25 38:18
39:15,22 40:5
43:10 56:15
85:17 87:13,15
105:24 107:20
109:8,11 120:20
120:24 121:8
123:5 134:23
143:1,16 144:3
144:25 146:8
151:12 161:7
167:8 168:21
174:11 175:20

180:12 202:10
226:24 232:24
239:18 242:17
242:18 243:3
246:17 247:3,24
248:5 251:4,19
251:25 252:18
256:17 257:10
**plan** 14:8
**planning** 255:19
**plans** 255:24
**plastics** 6:9,18
6:21 7:5,10,13
7:19 8:10
**platform** 15:14
229:9
**play** 118:23
**plaza** 2:15
**please** 10:6 11:5
14:3 15:19,22
18:23 31:14
35:25 36:14
38:11 43:5
44:12 69:11
88:16 92:20
119:11 126:12
149:17 152:13
154:8 156:3
172:3,8 181:25
182:14,18 190:2
195:1,23 196:6
197:10 200:19
204:9 206:4
210:15 213:2,20
222:10 261:9

[point - proliferation]                                    Page 309

**point** 63:10
81:10,11,20
116:22,25 117:4
117:6 123:24
131:6 141:9
148:6 149:17
150:9 172:9
179:18,21 192:9
201:24 220:13
220:16 222:1
257:14
**points** 46:15,16
115:4,22
**poland** 155:8
174:24
**pollutants** 168:8
175:18 178:10
**pollution**
175:18 178:17
**population**
105:11,16
150:16 159:8
**population's**
148:21 149:3,15
**portion** 69:9
80:14 117:5
121:6 156:2
209:18 234:16
**portions** 235:3
**posed** 97:3
99:21 100:14
159:14 162:10
162:11 163:18
163:25 169:22

**poses** 43:23
223:5 224:6
**posing** 110:9
**position** 90:20
90:24 234:18
235:5
**possibility**
144:2 151:11,17
168:21
**possible** 163:19
226:19
**post** 159:1
**potent** 69:2
106:8 122:16
133:12
**potential** 41:1
134:22 135:1
157:2 163:25
252:1
**potentially**
252:8
**powerful** 86:24
**poydras** 2:4
261:4
**ppm** 124:23,24
124:25 125:2,5
125:7,13,18
**practically**
100:1
**practice** 100:9
110:17
**precision** 98:10
107:18 237:7
**predicate** 20:7
151:24

**preliminary**
242:16
**preparation**
33:3
**prepare** 31:17
32:14 35:18
38:19
**prepared** 36:2
36:19 197:14
**preparing** 36:23
37:4 38:1
**present** 2:19
11:4 53:16
**presupposes**
198:10
**pretty** 257:3
**prevalence**
153:2,13 154:20
**previous** 31:24
**previously**
233:14
**primary** 56:16
195:25
**primers** 211:6
**printout** 12:25
**prior** 12:3 31:16
41:10 243:8
**pro** 53:12
131:21,23,24
133:12 145:21
145:21 191:23
192:20 193:3
223:22,22
**probability**
108:24 109:2,6

**probable** 88:8
254:13
**probably**
139:15 144:24
**problem** 175:3
**procarcinogenic**
69:3
**procedure** 1:22
261:19,20
**proceedings** 3:2
242:2
**process** 25:6,16
85:9 167:15
178:6 234:3,12
**processes** 47:15
77:20 147:22
**producing** 59:1
**product** 241:5
241:13
**profile** 60:5
**progress** 83:23
**progressed**
83:21 140:5
**progresses**
138:25 141:1
250:15
**progressing**
139:11,24
**progression**
109:17 118:15
159:21
**proliferation**
51:7,15 52:11
133:5 147:19
179:6 180:1

181:7 186:23
188:18 248:16
**promote** 51:16
101:6 113:11
140:9 159:20
168:9 193:2
248:20 250:3
251:22
**promoted** 136:1
161:11
**promoters**
251:17
**promotion**
57:16 129:21
147:21 257:20
**proof** 256:1
**proper** 72:21
73:23 80:24
198:24
**proportion**
58:15
**proposition**
215:13 255:21
**prospective**
19:7
**protect** 136:7,14
**protective**
156:20 161:1
165:22 166:16
**protects** 193:4
**provide** 152:3
**provided** 15:4
38:16 117:25
206:17 207:19

**providing** 14:19
**public** 1:23
259:19
**publication**
16:13,24 17:4
81:10 191:10
**publications**
16:9,15,17,19
16:22 32:16,18
156:22 205:5
218:12 244:13
**published** 59:16
132:20 254:5
**publishes**
126:17,24
**pubmed** 90:16
**pull** 33:9 206:7
**pulled** 70:8
204:25
**pulling** 126:18
205:3 213:8
**pure** 146:23
**purport** 133:15
**purpose** 225:4
**purposes** 1:20
1:21 14:24
55:22 74:21
225:1
**pursuant** 1:19
**put** 12:22 35:25
36:13 59:12
85:8 117:22
167:17 191:21
228:9

**putting** 15:22

**q**

**quadrants**
29:19 80:5
243:24
**qualifications**
17:10
**qualified** 25:1
25:17 26:6,24
29:2
**qualities** 208:14
**quality** 10:7,8
22:23 32:20
33:13,16,22
35:5,12 199:8
207:6 218:2,23
219:7
**quantification**
23:15 33:24
159:14 161:9
162:15 164:20
171:23 195:7,9
199:5 216:5
217:22 230:3
**quantifications**
159:12
**quantified** 34:3
34:16 172:5
**quantifies** 222:5
243:23
**quantify** 23:4
24:18 29:20
129:7 161:6
162:10,11
169:22 172:8

216:22 218:3,7
218:15 219:8,9
**quantifying**
21:5 125:3
**quantitative**
135:5 163:18,24
217:25
**quantitatively**
165:7 225:19
230:18
**quartile** 244:5
**question** 14:2,4
14:11 17:14
19:1 20:5,7
22:14 24:25
26:4 27:3 28:9
28:24 37:2,11
38:25 41:18
43:17 44:5
46:21,24 49:16
49:17,25 51:24
53:2 55:9 57:9
63:9,17 65:12
67:3,4 69:16,19
74:11,17 79:10
80:12 87:8
91:12,15 92:6
92:10 93:17,24
97:7 98:14,19
100:8 107:2,7
109:24 110:14
117:17 121:14
128:7,12,13
131:5 132:9
139:2,12 140:17

141:9,9,13,24
150:7 151:4,25
151:25 153:21
155:3,16 156:5
168:4,5 171:23
172:1,2,3 184:4
185:19 186:7,8
187:3,4 188:16
189:13,14,15
200:19,20 201:4
208:19 214:19
220:12 221:2
224:2 225:13,14
230:14 231:10
233:4 234:3,23
241:11 245:9
249:14 256:8
**questioned**
11:20
**questions** 13:19
14:15,20 17:9
40:25 61:5
78:13 91:3
102:13,17
128:14 144:19
181:25 182:1
190:2,3 199:18
235:25 240:16
241:1 242:14
252:11,15 258:3
**quick** 31:10
137:4
**quintile** 244:6

**r**

**r** 10:1
**raaschou** 6:4
227:25
**race** 159:24
160:23 164:24
164:25 165:2
**ranajit** 4:4
**randomized**
19:6
**range** 50:6
**rapidly** 83:22
138:25 250:16
**rate** 3:22 15:5
32:5
**rates** 195:20
246:11
**rather** 151:8
170:1 182:1
193:24 227:14
**ratio** 85:12,15
87:16 107:17
236:20
**rationale**
220:11 221:19
**ratios** 75:3
**read** 32:16
80:14 121:1
173:16 204:20
242:20 243:2
262:22
**reading** 65:18
**readout** 118:14
**readouts** 186:22
186:23,24

188:19
**ready** 43:5
126:20 195:23
**really** 52:14
53:5 57:18 58:9
65:3 105:5
112:6 147:2
151:3 160:12
168:4,8 177:15
181:20 193:23
225:9 227:1,8
227:13
**realtime** 260:5
**reanalysis** 7:21
**reason** 122:18
165:12 169:6
200:1 207:21
218:25 232:15
262:7,10,14,17
262:20
**reasonable**
261:13
**reasoning**
104:13
**reasons** 38:8
88:5 93:2,4
94:11 96:20
97:21 100:22
126:4 151:19
171:14 178:7,25
193:18 212:16
222:15 237:19
**rebuttal** 4:2
13:4,6 15:8
20:15 36:16

150:24 231:19
232:1 246:3
**recall** 32:18,23
35:3 123:11
**receipt** 261:13
**recent** 16:4
205:1
**receptor** 39:12
70:13 71:13
79:5 89:4
119:21,24
120:10,12
147:16 197:23
**recess** 60:23
112:18 148:14
194:18 228:21
240:22
**recognize** 230:7
**record** 10:4,13
11:6 14:24
80:14 112:16
143:12 148:12
240:18 260:7
**recorded** 10:11
**recording** 10:7
10:12
**records** 169:4
173:11,15 252:6
**redirect** 3:5
252:16 257:3
**redo** 213:9
**reduced** 175:10
**reduces** 222:21
**reduction**
106:16 222:25

224:17

**refer** 42:1

**reference** 211:2

**references**
192:13 201:17
205:23 206:14
209:1 215:11
230:21,23,25
231:1

**referent** 4:15

**referring** 39:9
191:13 220:6

**refers** 48:6

**reflect** 240:16

**refresh** 43:2
205:4 228:4

**regard** 196:23
242:17 252:19
261:14

**regarding** 49:19
186:12 192:23

**regardless**
143:2 168:22
180:13 223:5
224:7

**regards** 245:19

**region** 72:2,23
80:21 90:2

**registered** 260:4

**reinforced** 6:9
6:17,21 7:5,10
7:12,19 8:10

**reiterated**
197:18

**relatable** 27:15

**relate** 29:23

**related** 11:1
13:1 18:2,10
19:9 28:8 29:21
32:17 49:11
94:15 147:10
157:13

**relatedly** 25:9

**relating** 40:4
155:13

**relationship**
22:18 41:8
43:18 44:8,13
46:6,14 47:2
48:5,6,14 49:3
50:5 55:6 117:1
117:8 192:23

**relationships**
27:7 41:1 46:18
48:22 54:24
115:2 191:4
225:5 256:2

**relative** 20:21
23:24 24:1 48:8
58:15 70:19
73:24 75:2
76:18 83:1,9
85:11 86:4,5
93:21 97:1,11
98:8 102:14
109:15 118:7
157:13 159:6,8
161:6,8,14
185:20 235:1,5

236:19 237:24
244:2 260:10,11

**relevance**
198:20

**relevant** 48:16
48:17 51:18,21
51:22 52:11
54:15 77:7
100:2 123:17
137:3 140:10
151:3 152:20
188:13 189:6
192:18 219:19
219:20 221:2
227:2 237:3
246:16,21,24
247:3 250:5
254:20

**reliable** 185:24
186:12

**reliably** 25:18
26:7,25 29:3

**relied** 39:25
40:12 94:18

**relies** 64:20
244:21

**rely** 20:25 30:21
75:14 82:19
84:9,22 122:8
122:12 123:20
140:13 146:21
148:2 207:4,10
208:22 238:4
248:21 253:24
255:8,12

**relying** 39:16,20
43:8 44:2

**remainder**
229:24

**remaining**
147:14

**remember**
40:20 41:2,3
43:19 44:9,10
45:12,13 46:7,9
47:8 49:25 50:1
65:14 121:3
150:20 195:16
252:21

**reminder** 12:2
13:15 91:13
194:14 231:10

**remotely** 259:7
260:6

**rene** 2:3 11:13
18:24 92:20
127:25 198:9
222:10 242:12
261:3

**renew** 42:24

**repair** 53:10
58:24,25 135:19
135:20,21
147:12 176:14
177:21,22
178:14 179:6,18
180:4,20 181:6
183:20 184:13
185:25 186:13
186:20 187:15

188:1,8,16
189:9
**repairs** 193:6
**repeat** 27:4 37:2
41:18 80:11
93:18 97:7
98:25 134:24
**repeated** 232:19
**rephrase** 26:4
55:1 103:3
143:15 175:24
**replicating**
147:18
**report** 3:15 4:2
4:4 13:3,4,5,6
15:1,9 17:7
18:22 19:18
20:8,9,15,16
21:22 22:1,16
22:22 23:1
27:13 31:3 35:5
36:9,11,16,18
38:17 39:6,10
39:17 40:12
41:7,9,21 42:2,9
42:14,20 43:7
43:23,25 45:16
45:18 49:5,14
49:21 51:1
52:17,23 53:4
53:19,25 54:8
54:19,25 55:3,4
56:4 64:21
66:20 68:15
70:3,4,11 77:10

77:22 78:2
83:14 86:23
87:20 88:17
93:11 94:3
96:14 97:3,13
103:23 105:14
105:18 106:6
108:12 112:1,5
112:25 114:2,14
115:3,8,25
116:1 117:5
118:24 119:17
124:10 127:15
131:18 132:21
133:10 134:9
136:4,23 138:1
138:14 145:12
147:9 149:6,16
149:25 150:8,23
150:24 151:1,19
152:24 155:4
156:2 157:5,11
157:15,23
158:15 162:21
163:7 165:6,19
166:9 167:6
171:7,10,12
173:5,25 174:12
180:7,10 182:6
182:20,24
183:11,16
185:15 188:3
192:13 193:13
193:14 195:13
199:21 200:15

201:18 209:9
215:19,22,24
220:14 226:21
230:2,21 231:5
231:13,19,20,24
234:17 235:4
242:21,23 243:5
244:20 245:1,20
246:3 251:4
252:20 253:2
255:20 260:6
**reported** 1:23
4:18 5:9,17 6:3
6:13 7:15 8:6,14
9:3 42:8 71:3
73:5 203:14
219:14
**reporter** 10:23
11:6 13:18
80:13,15 260:5
260:5
**reporter's** 3:7
260:1
**reports** 12:25
13:2 20:19,25
21:5,17 22:15
22:25 24:8 26:2
26:5 30:1 32:16
32:17 35:16,18
36:3,23 37:4,15
37:24 38:1,3
49:1 50:16 52:2
96:19 101:15
113:15,25
115:22 116:23

118:2 123:15
128:6 130:12
133:11,15 134:6
149:3,13 152:3
155:22 156:8
159:13 169:20
169:20,21 172:4
190:6,13 191:3
200:23 201:11
202:9 204:22
206:14 212:14
220:18 222:4
230:24 232:2
237:9 238:24
244:21 252:24
256:4
**represent** 71:17
74:5 227:24
229:21
**representative**
1:8,11
**represented**
198:12
**representing**
10:22 39:1
130:13 202:9
**requested** 260:7
**required** 14:15
**requires** 110:23
**research** 206:17
207:19
**respectively**
96:12 216:11
**respond** 201:4

**response**  6:7
27:6 41:1,8,15
43:18 44:7,13
46:5,18 47:2,5
48:5,14 50:4
55:6 115:2,5,23
116:6 117:1,7
123:16 124:14
152:1 193:16
224:25 225:5
238:21 244:10
245:24
**responses**
193:15
**responsive**
200:18
**rest**  258:6
**restricted**  231:4
**result**  25:20
26:9 43:10 82:9
83:6 85:18
87:18 93:11
94:3 97:25
104:5 106:1
107:22 144:4
150:18 151:1,13
152:5 159:7
165:9,10 167:10
208:16 218:21
236:6
**resulted**  134:23
**results**  4:8 9:8
207:23 209:24
219:3

**retrospective**
19:5 21:14
**returned**  261:13
**review**  16:23
33:2 255:20
260:6
**reviewed**  32:19
35:21 90:7
99:11 156:22
190:22 206:6
212:14 244:8
249:3,23 253:24
**reviewing**  33:20
35:16
**revisit**  17:11
**rice**  175:2
177:16,24,25
**right**  12:4,8
13:9 14:9 20:16
24:8 30:3 33:13
36:4 37:16,21
40:1,17,23
41:17 42:9
43:16 48:9,16
48:18 52:18
55:13,16,17
56:17 63:7
70:14 71:15
76:12,16,19
78:1,11,20 79:1
83:2 85:13
88:25 89:4
91:11 95:22
96:4,7,10,14
99:22 100:16

105:14,20
108:25 110:11
113:18,24 114:3
114:5,19 115:5
118:2 119:20
120:7 122:3
123:3,8 127:15
128:6 129:9
130:24 133:16
134:6 135:1
136:23 138:2,11
138:15 142:9,13
142:19,24 143:3
143:10,18,19
145:12 149:5
152:24 154:17
162:12 163:19
164:1 166:19,22
168:14 171:15
179:18,19 180:3
180:14,15
182:17 183:11
191:15 192:23
195:9,20 196:2
196:14,25 197:3
197:7,24 198:5
206:22 208:10
209:10 210:1,11
210:17,20
211:13,16,19,23
212:1 214:16,25
215:4 216:3,13
217:20 220:4
221:9 229:12
232:25 234:20

235:7 237:4
239:21 241:5,9
242:25 243:16
246:7,11 254:20
**risk**  5:12,20
6:16 9:7 23:18
23:24 24:1
27:21 43:23
44:17,20 45:1
45:16,23 48:11
50:5 54:11,13
61:6 62:8,23
63:16,19 64:12
65:5,11 66:24
68:14 73:24
75:2 82:8,15
83:2,5,9,16
85:11,17 86:4,5
86:13,20 87:2
87:17 88:12
93:9,21 94:1,21
97:1,11,24 98:9
99:16,20 100:1
100:25 101:15
101:25 102:24
103:5,17 105:12
105:17,24,25
107:8,8,10,20
107:21 108:4,8
108:11,20 109:4
109:15 110:7,10
110:17 111:3,14
111:16 113:6
115:9,17 116:9
116:13,19

117:12,18 118:7
119:6 124:15
126:8 128:11
129:6,8,14,23
130:1,7 133:19
133:24 135:11
135:13 136:20
136:22 137:1,6
137:14,16,18,20
137:22 138:7,8
138:14,20 139:2
140:8 141:3
142:23 143:2,5
143:8,17,20,23
144:16 145:4,8
146:13,15
148:21 149:4,9
149:15 150:6,9
150:11,13 151:8
151:10,16,22
155:10,19,20,23
156:1,3,6,7,11
156:13,14,18,23
157:2,4,6,10,11
157:12,17,21,24
158:3,6,7,11,13
158:17,18,22
159:5,8,10,11
159:14,15,18,23
160:4,22,24,25
160:25 161:7,14
161:15,17,19,25
162:2,5,8,10,11
162:12 163:18
163:25 164:5,21

165:16,18,18,23
166:3,15,16
167:2,8,10,23
168:1,12,18,18
169:17,22
170:17,19,22,24
171:3,5,6,8
172:5 184:23
187:23 203:8
223:5 224:7
233:17 234:1
235:2,5,24
236:5,19 237:12
237:17,19,23
238:17 239:10
244:18 246:2
247:6,10,13,23
249:17,20
251:14 255:2,7
256:12,17,20
**risks**   100:14
104:5 116:17
129:4 135:14
203:7 217:17
244:2
**rmr**   1:23 259:19
260:22
**road**   48:2 71:15
174:15 180:14
**rocha**   2:3 3:4
11:13,13 14:14
18:8,21 19:16
19:23 20:23
22:5,20 24:9,15
25:22,24 26:11

30:4 31:4 36:6
40:7 46:8,19
47:9 50:9 52:24
54:4 55:7 58:7
58:18 60:12,17
61:17,19,21
62:6 63:21 64:4
68:16 74:14,24
77:2 81:6 82:4
82:12 83:12
85:20 87:21
89:11 91:4,20
92:16 93:15
94:6 97:5,15
98:4,11 104:8
106:4 107:12,25
110:12 112:9,13
113:2 114:4,20
115:6 118:3
120:15 121:11
121:20 122:6
123:18 124:17
125:14 126:2
127:16,24 128:1
129:10 130:25
137:15 138:3
140:23 141:18
144:6 145:1
148:9,23 152:7
152:16 153:5,17
153:19 154:23
155:5 162:13
163:20 166:23
167:12 168:25
169:24 172:11

173:6,10 179:20
180:24 183:21
184:18 186:4,17
188:4 191:16
194:10 198:6,10
201:1 202:15
203:16 214:17
216:14 218:8
219:16 220:19
221:10 222:7,11
223:7 225:23
226:25 230:19
231:16 233:1
234:21 235:8
236:8 237:14
238:25 239:22
240:19 242:9
252:10 253:16
254:22 256:3
257:2 258:5
261:3
**romania**   174:24
226:4
**ron**   42:20
**route**   56:16
**routes**   194:7
**routine**   211:5
**routinely**   24:24
160:19
**row**   213:21
**rubber**   8:17
**rule**   34:22,23
261:19,20
**ruled**   241:19

**rules** 1:22 13:16
261:13
**ryan** 2:8 11:8
12:2 60:12,14
112:9 194:10
201:1

**s**

**s** 3:12 10:1
**safe** 25:7
**sahu** 4:4 30:6
39:6 42:8,14,20
43:8 61:12 62:1
63:24 68:11
70:17 71:2,8,13
71:22 72:8
73:12 74:9,23
80:19 85:19
89:17 90:1,15
92:3 93:23
96:24 98:2,3
101:17 102:14
102:15,19,24
103:5 104:6,7
105:20 106:2,3
107:23,24
119:21 120:5
122:19 124:5
131:8 132:15
144:5 146:9
163:8 167:11
168:23 169:23
172:7 176:2,9
180:10 183:8
185:1 198:23
203:14,19

212:17 216:17
219:14 220:5
235:7 236:7,12
238:7 248:2
249:5 250:5
253:1,12 254:19
255:22 257:7
**sahu's** 31:2,6
39:9,17 40:1,12
45:25 65:18,22
70:2,11 72:19
73:2,19 75:17
76:1 77:25 79:3
87:20 88:17
89:2 96:14
111:19 119:16
120:9 121:6,17
162:10 176:23
180:22 182:6,20
188:3 197:18
198:3 199:16
214:3,12,24
215:3,13 216:11
217:4,8 220:16
225:20,25
227:14 235:14
240:1 242:20
243:8 253:4
**sample** 214:22
**sampled** 216:8
**samples** 210:19
211:12
**sampling** 40:3
209:24,24
210:17 214:16

**sand** 71:14
174:15 180:14
**saw** 127:20
173:16
**saying** 22:22
54:16 69:14,16
74:25 81:17
84:3 101:18
144:22 154:10
162:14 164:2,25
168:20 169:2
183:18 184:13
184:21 208:14
225:14 239:2
**says** 180:12
211:3 213:13,21
**scale** 74:12,19
74:21
**scanty** 196:22
**school** 18:1,5,11
**science** 59:10
60:5 71:5 73:6
83:21 109:12,24
116:2 122:8
131:12 132:4
138:25 139:11
139:23 141:1,20
145:23 161:8
191:9,20 203:18
206:18 217:10
232:12 250:15
254:6
**scientific** 17:13
17:18,21 24:22
25:10 28:2 49:2

58:14 61:13
62:3 63:25
66:21 68:12
78:22 82:7 83:4
93:8,25 96:25
97:10,23 99:11
100:19 104:3
105:6,23 107:9
107:19 137:10
137:12 138:21
139:4,13 140:1
140:20 141:15
142:5 148:20
150:17 152:4
153:1,13 154:19
155:18 156:5
188:6 193:13
225:1,19 236:3
250:19 254:7,17
254:20 255:25
256:5
**scientifically**
121:6 150:24
185:24 186:12
**scientist** 62:20
65:3,6,10 75:13
98:14 101:9
104:13 132:1
133:1,9,17
138:24 141:3
168:16 169:13
190:20 208:6
209:1 218:11
220:3 247:14
253:8

**scientists** 47:20
59:18 67:15
68:2 89:23 94:8
147:6 160:5
**scope** 18:22
128:2
**screen** 10:10
12:18 15:22
35:25 36:14
38:12 70:9
183:3,4 214:3
**screening** 141:4
**scroll** 127:5
230:5
**seal** 259:10
**seated** 223:13
**second** 50:12
130:18 159:6
177:18 178:8
195:21 201:9
230:5
**secondary**
237:23
**section** 9:14,15
9:17 234:7
**see** 12:18 15:13
15:15,17 16:1
23:11 34:6 39:7
48:25 70:9 78:6
88:18,22 95:18
96:1,7 119:19
125:1,20 127:7
143:11,11
145:17 149:14
169:2 173:12,18

174:8 179:14
182:22 183:2,3
183:5 184:17
197:17,20 199:6
205:16,19 206:2
206:23,25 207:2
208:18 210:25
211:7,14 213:12
213:21 214:2
215:17 217:10
229:9 249:12
252:5
**seen** 10:9 70:4
125:4 127:3
206:11 211:2
234:18 236:22
243:20
**seminoma**
149:20
**sentence** 134:8
**series** 78:12
**served** 36:17
**service** 38:16
**setting** 14:9
**settings** 29:1
**seven** 15:15
42:23 51:1,4
52:9 57:14
66:15 86:14
87:5 104:23
192:25
**several** 20:13
32:20 33:10
222:12 244:13

**share** 15:14
229:9
**sheen** 37:19
156:25
**sheet** 120:25
121:4 243:2
261:10
**short** 47:17
57:23 103:11
211:25 215:2
**show** 30:6 73:14
115:20 132:10
157:15 165:6,22
167:6 191:22
192:3 223:18
244:16 246:4,9
247:5 251:12
252:23 254:25
**showed** 36:23
73:12 222:3
**showing** 235:14
**shown** 171:1
185:6 251:19
**shows** 30:10
71:11 90:15
131:7 192:15
**side** 241:19
**sign** 261:9
**signature** 3:9
259:18 260:21
262:1
**signed** 42:20
261:16
**significance**
218:5

**significant** 50:7
64:16 65:13,17
66:1 123:25
143:13 146:2
151:15 158:22
159:5 162:3,5,8
173:13,18 174:9
175:13 181:3
185:10 226:14
230:17 231:14
234:10 239:15
256:24
**significantly**
30:24 44:3 46:2
75:19 144:10
235:15 238:10
**similar** 133:23
191:21 201:22
222:18 224:24
**similarities** 56:1
**similarly** 249:12
**simplify** 166:17
**simulate** 160:15
**single** 45:9,15
45:19,21 53:9
54:24 55:3,4
60:4 110:9
201:3
**sir** 12:1
**sister** 129:24
161:22
**sit** 50:2 203:10
220:12 221:9
230:15

site  19:17
sites  4:10
  126:25 170:23
sitting  200:9
six  37:14,23,25
  38:18 39:21
  123:5 147:14,20
sixteen  213:10
sixty  143:21
skipped  228:5
slightly  199:14
small  45:23,24
  50:6 61:8 99:22
  99:25 110:10,18
  111:4 156:13,17
  157:11,21
  166:14 170:23
  171:8 184:25
  209:3
smelter  4:16
  195:15
smith  2:14
smoking  191:8
  192:1
sole  252:1
solid  7:4
solutions  10:22
  261:18
solvent  27:1,2
solvents  26:18
  27:6 143:3
  217:20
somebody
  143:23 158:8
  176:22 184:14

someone's  63:19
soon  110:24
  111:4 184:14
sorry  31:24 36:7
  52:19 60:12,14
  69:13 79:10
  87:14 94:7
  103:3 120:4
  134:7 142:1
  173:6 182:4,22
  204:7 207:13,16
  209:13 213:9
  214:8 215:23
  219:3 228:5
sort  244:5
sound  37:21
sounded  221:8
sounds  52:15
  112:13 130:16
  148:9 236:1
  240:19
source  31:1
  128:5
sources  30:9
  39:20 174:14
south  12:9
speaking  13:23
  100:1
specific  4:18 5:9
  5:17 6:3,12 7:15
  8:6,13 9:3 13:5
  13:6 15:1,7
  20:14,15 24:7
  24:17 25:21
  26:10 27:1,8,11

27:23 29:25
30:2,20 32:22
32:23 35:15
36:4,10,19 37:1
37:8 38:4,17
39:10 41:20
42:2,8 43:23,24
44:5 45:16,18
48:23 49:1
50:15 52:2,12
52:17,22 54:7
55:19 70:3
82:24 88:10
94:15 98:16
101:14 104:17
105:13,18 108:7
109:23 110:4
113:14,25
115:18,21
116:23 120:25
120:25 121:3
123:6,12,14
128:2,5 129:3
130:12 132:11
133:7,10,14
134:6,9,19
145:5 147:7
149:2,7,13
150:3,23,23
151:7 152:3
155:21 156:2,8
161:16 162:21
163:7 164:10
167:15,20 168:6
169:20 170:15

171:22 174:18
174:25 178:15
181:12,13
183:11 185:14
189:20 190:15
191:2 195:13
199:21 200:23
201:10 202:8
203:21 204:22
209:7,8 212:14
212:16 215:22
215:23 217:17
218:1 220:18
221:21 222:4
223:10 230:1
231:5,13,20,23
232:1 233:10,13
233:22,23
234:17 235:3,24
237:8 238:3,3
238:21,22,24
239:11 243:5
244:12,19,20
245:1,10,15
246:6,17 247:1
247:11,12,16,23
248:2,4,8,8,20
249:25 250:3
251:4,5,13,17
251:23 252:24
253:18 254:4,14
254:15 255:2
256:10,11,13,15
256:19,19,23
257:24

specifically  41:4
  45:13 46:10
  49:10 50:1
  123:16
specifics  53:21
speeches  182:2
spoke  195:6
spontaneous
  164:6
spreadsheet
  4:17 5:8,15,16
  6:2,11 7:14 8:5
  8:12 9:2
standard  75:2
  164:13
start  130:19
  181:24 230:9,11
  230:12
started  14:22
  59:17
starting  47:4
  230:8
state  1:23
  106:17 117:5
  158:16 159:11
  174:22 176:25
  209:23 259:3,19
  260:2 262:22
statements
  36:25 37:7 38:4
states  1:1 10:18
  175:2 177:23,25
  206:24 226:10
statistically
  256:24

statute  261:14
stay  142:4
  205:12
stem  55:25
stenographic
  260:8
stenographica...
  260:5
step  37:13 41:24
stereoisomers
  26:14
stimulate  59:4
  77:18 101:8
  104:25 106:11
  136:16 159:21
  246:23
stimulates
  109:13 193:5
stomach  222:24
  224:19 225:8
stone  37:18
  158:19,21
stop  184:14
  201:7
story  185:4
straying  257:3
street  2:4 261:4
stress  51:11
  147:15,23
  160:15
strict  28:19
strong  21:23
  161:21 168:1
structure  25:19
  26:8 212:10

studied  47:20
  60:7 96:18
  141:7 155:8
  199:23 226:9
  245:4 247:2
studies  17:25
  18:15 19:3,5,5,6
  19:7,15,18,21
  19:25 20:14,18
  20:19,19 21:2,9
  22:8,9,10,12,23
  24:7,14 25:2
  27:14 28:8
  30:21 32:21,23
  32:25 33:1,2,5
  33:21 34:16,21
  34:24 35:3,7,10
  35:14,17 50:20
  50:23 52:4
  57:13 62:10,11
  64:21,22,23
  67:8,8,16,19
  68:8,9,9,23 69:5
  69:6,6,7 72:9,11
  72:11,12 73:11
  74:7 75:8,9,15
  76:4,7,8 77:7,14
  77:24,24,24
  79:22 80:22
  81:8,15,18,19
  81:21 82:20,21
  82:22 83:16
  84:13,17,21
  85:12,22 86:1
  86:21 87:12

  88:6,6,7 90:7,8
  90:8,9 91:1,10
  91:25 92:9,24
  94:9,11,14,20
  94:25 95:6,9,15
  97:18 99:1,2,2
  99:11 100:21,21
  100:22,24 101:2
  101:3,3,21,22
  101:25 103:24
  106:7,20,21
  108:4 109:19,22
  109:22,23 113:5
  113:7,7,9
  114:11 115:8,14
  115:15 116:7,12
  116:14,15 117:9
  117:19 118:1,8
  118:10 119:6,7
  119:9 122:9,9
  122:12,15,21,23
  125:22 129:16
  131:11 132:2,3
  135:10,14,15
  137:7 139:21
  140:14 145:25
  146:1,18,22,22
  147:2 148:2,3
  153:23 154:1,2
  154:2,3 155:6
  155:13 156:12
  156:16,19
  160:11 161:2
  164:13,14,24
  165:21,22

166:13 169:11
169:12 171:2
174:4,4,5
178:22 181:10
181:10 190:5,12
190:18,23 191:2
191:6,7,18,21
193:8,12 195:9
199:8,22 200:2
200:16,17,22
201:13,16,20
202:2,5,6,8,12
202:13 203:23
203:23 204:10
205:1 207:3,6
208:3,13,21,23
209:2,6 216:2
217:9 218:3,22
219:7 223:18,19
224:22 225:16
226:8,21 227:4
227:16 229:23
229:25 230:7,16
231:13,14,18,23
232:1,5,8,16,22
238:5,5,6,23
239:2,3,4 240:6
240:11,13,13,14
243:13,15,20,21
244:8,14,15,22
245:3,5,7,14,16
246:1,4,9,13,16
247:3,4,8,9,18
247:19,19
248:10,10,11,21

249:2,11,11,12
249:23 250:19
251:11,12,12,21
253:23,25
254:24,25 255:4
255:4 256:7,7
257:22
**study** 4:15,18
5:6,9,14,17,22
6:3,12 7:15 8:3
8:6,13 9:3 18:20
19:8,13 20:22
21:6,17,21
24:17 25:13
28:22 33:8,13
33:13,15,18
34:5,7,18 35:4
35:15 47:19
59:17 65:2
67:15 71:4,23
72:13,15,15,18
72:24 73:5,7,21
73:23,25 74:3
74:20 75:3,6,6
75:12,13,14
76:23 79:17,22
79:25 80:2,9,10
80:24,25 81:5
81:23 82:16
84:10 89:8
91:17 92:13
96:19 98:14,19
99:13 102:9
109:15 112:25
113:20 114:10

114:10,17
117:11 122:25
124:3 125:23
126:5 139:21
140:15 147:5,6
149:23 155:8
156:22 160:20
167:17 189:7
190:16 191:13
192:2,10 195:2
195:12,14 196:5
196:17,21 198:2
199:1,19 201:3
202:23,25
203:12,22,25
204:21,21 205:7
205:7,21 206:20
208:1 209:11,21
210:5,14 212:13
214:12 215:7,8
215:12 216:3,6
216:7,19 217:1
217:3,11,11,15
218:6,24 219:4
219:12,20,24,24
220:1,1,2,14,17
220:23 221:3,5
221:14,16,21
222:2 227:3,13
228:1 229:14,22
229:23 231:6
232:12 233:7
234:19 235:6,12
235:13,13
236:13,16,19,25

237:2,2 245:10
245:12,15 248:1
**studying** 20:11
**stuff** 45:4
111:10 177:22
179:4
**style** 19:13
**styrene** 6:8,15
6:20 7:2,9,20
8:4,10 16:10
17:5 30:16
32:21 33:13
35:4 39:23 42:3
52:21 58:1
65:23 66:10
75:21 88:1
89:20 90:4 96:6
96:13,17 97:4
97:13 101:5
104:25 111:20
114:16 117:11
121:8 127:11,20
128:22 130:22
131:15 135:24
142:18 144:23
145:19 153:2,14
154:21 162:19
165:9 170:4
172:20 173:2
174:13 175:22
225:17 253:10
**sub** 187:22
**subject** 241:24
**subjects** 72:8
81:4 202:13

216:3 226:21
232:21
**submit** 255:19
**submitted** 16:20
**substance** 22:3
22:18 25:19
26:8 48:7,16
49:3 73:3,4
127:20 173:22
187:11,14 225:2
225:4
**substance's**
25:20 26:9
**substances**
39:11,15 41:6
42:7 43:22
45:10,15 48:7
49:4,20 53:16
53:17,24 55:12
55:12 57:25
58:16 61:11
62:1 63:24
66:19 68:10
70:13 71:12
78:13 87:19
98:1 99:21
100:15 101:17
102:18,20,23
103:4 105:19
106:1 107:22
109:7 112:24
115:3,24 117:2
131:8 132:15
144:5 167:11
172:22 173:9

176:1,3 178:13
180:12,23
183:10,19
184:16 185:23
186:2,11,15
188:2 190:8,14
202:11 216:12
224:3 225:21
226:20 254:18
**substantial**
110:10 144:24
145:11,16 146:4
146:6 162:7
252:3
**substantially**
109:8 146:16
**suddenly** 44:16
**sufficient** 4:11
22:17 126:25
127:13 130:14
130:23 131:8
132:13 256:1,23
**suggest** 187:23
**suggested**
261:12
**suite** 2:4,10,15
261:4
**summarized**
209:24
**summary** 4:17
5:8,17 6:2,12
7:14 8:5,13 9:2
210:16
**summer** 250:23

**supplemental**
4:2 5:15
**supply** 59:7
147:19 179:7
**support** 119:9
166:13 202:3
208:23 249:3
**supporting**
19:22
**supportive**
250:6
**suppose** 56:7
**supposed**
171:12
**suppress** 59:5
**suppression**
136:6
**sure** 17:11,14
24:24 25:6 27:3
28:9 37:3 38:23
41:20,25 44:1,5
44:12 46:20,23
55:8 74:17
80:13 93:17
97:9 107:1
109:1 112:11
133:19 139:2
149:8 155:12
158:15 171:18
186:6 190:11
193:19 225:13
225:14 228:2,13
234:22 235:1
**surgical** 158:21

**survey** 210:1
**surveys** 210:11
**swear** 11:7
**swedish** 4:15
195:14
**sworn** 11:19
259:8
**symptoms**
133:22
**synergistic**
57:18 131:17,20
131:22 135:16
136:18 190:6,13
191:1,4 193:10
**synergy** 190:2
**synthetic** 8:17
**system** 59:6
136:11 179:2,10
180:2,5 189:10
193:5
**systems** 135:20
176:13 177:22
179:3 189:9

**t**

**t** 1:23 2:8 3:12
136:7 179:4
259:19 260:4,22
**tab** 195:1
227:25 228:9
229:17,19
**table** 5:15 69:25
70:2,11,17
71:11,22 76:23
78:7,12 79:12
87:19 88:16

90:15 96:14
97:4,14,20
102:20,21
119:13,14,20
121:18 122:4
123:2 124:12
126:16,23 127:3
127:10 182:18
182:19 183:7,19
184:17 185:23
186:11 188:2
197:17,19
203:15 210:1,15
210:23 211:11
213:13,21 214:2
214:4,25 216:13
219:15
**tabs** 204:9
227:21
**taiwan** 174:23
226:4
**take** 10:12
13:23 15:18
18:1,5,9 29:13
31:10 32:11
34:12 37:13
40:15 41:24
43:4,14 50:17
60:16,17 62:25
74:15 81:12,17
88:15 101:19
106:18,25
109:21 111:9
112:10,11
115:20 122:3,18

124:12 125:22
126:10 130:8
149:12 153:11
161:17 177:22
188:12 189:23
194:11 195:22
201:9,10 204:6
213:20 219:1,2
225:25 228:10
230:5 234:4,18
235:4 236:11
240:12,17
**taken** 10:15
60:23 112:18
148:14 194:18
228:21 240:22
**takes** 167:16
174:17 176:11
176:21 212:8,9
**talk** 50:11 53:20
62:7 95:11
115:18 123:20
147:1 149:20
150:10,14 156:9
162:1 172:19
194:7 203:22,24
223:25 225:9
245:21 246:13
250:17 255:5
**talked** 60:6
117:24 118:20
151:16,20
233:13 240:8
248:12

**talking** 27:10
33:17 37:9
42:13 48:24
59:24 62:13
84:12 94:13
95:12 98:16
102:19 138:6
145:17 153:7
159:17,20 160:1
174:18 177:13
178:18 181:12
192:7 211:8
215:21 222:19
223:15 227:16
237:25
**tampa** 2:10
**target** 142:4
**tce** 16:9 17:5
30:13 39:23
42:3 51:24,25
52:3,6,8,16
54:12 57:5,6,25
62:15,15 66:4
66:10 75:23
78:8 83:15,17
86:4,8,18,19
88:3 90:5 94:20
95:18 96:13,16
97:3,13 100:6
100:25 101:5,7
102:1,2 111:20
113:5,7 114:16
121:7 127:11
128:21 130:21
131:15 132:5

135:23 142:18
144:22 145:22
153:2,13 154:20
162:20 165:9
170:5,5 172:20
173:1 174:13
175:21 185:9
191:15 192:3,9
192:14,17 210:9
215:14 216:3
217:19 225:17
227:20 249:9
253:10
**tech** 2:19 10:3
31:12 60:20,24
112:15,19
119:12,15
148:11,15 182:9
182:12 194:15
194:19 204:13
204:16 228:8,15
228:18,22
229:15 240:20
240:23 258:9
**technique** 240:4
**tell** 29:9 63:23
65:16 79:12
81:2 85:16
87:16 112:23
134:21 158:16
172:8 201:12
216:1
**term** 19:12 21:3
21:18 23:8
34:17 35:8

133:20 211:22
211:25 214:22
215:2 235:1
**terms**  31:23
124:22 232:22
**test**  201:2
**testes**  149:21
**testicle**  158:5
**testicular**  50:21
52:5,7 54:1,13
55:18 56:9 57:7
58:4 61:16 62:5
62:12,16,19
63:20 64:3,25
66:13 67:23
81:14 82:9 83:6
83:18 84:7,12
84:14,20,23
85:1,5 86:2,9,18
86:20 87:1,3
93:10 94:1,17
94:19 95:2,5
100:20,23 101:8
101:21,24 102:3
102:4,25 103:6
103:21 113:1,8
113:11,17
114:17 132:16
137:13 138:20
138:22 139:5
142:10 148:22
149:4,9,20
150:3,6,18
152:9,12,13
153:4,15 154:22

158:4 169:10
215:15 236:6
248:15 253:13
**testified**  11:20
41:5 48:21
99:19 162:9
243:14
**testifying**  45:9
101:13
**testimonies**  3:20
**testimony**  15:3
31:17 35:22
41:11 53:23
54:5 92:17
100:13 118:4
125:13 171:19
178:11 184:19
218:9 221:11
232:19 233:2
235:23 236:2
261:13
**testing**  110:24
110:24 111:5
**tests**  111:1,2
**text**  196:7 216:2
**thank**  12:23
13:17 14:13
15:16,23 27:25
31:7 32:2 33:19
38:13 40:14
43:13 49:17
53:13 56:11
61:4 69:10
79:16 93:6
131:3 136:22

141:23 143:6
148:10,19 155:2
182:11 194:24
195:2 196:7
204:18 205:24
214:10 215:11
229:5 241:3
242:5,7 252:10
252:12 258:1,4
258:5,7
**thanks**  60:19
90:22 112:14
126:19 194:13
228:3 242:12
258:7
**theme**  41:4
**theoretical**
110:14
**theory**  45:20
99:24 100:9
110:16 184:22
**therapy**  159:1
**thing**  14:9 30:22
60:13 86:6
114:21 115:14
118:10 136:5,12
176:4 177:19
183:23 213:10
**things**  110:20
164:3 175:5
177:12 198:15
206:15,19
**think**  39:25
45:22 57:10
65:4 67:1 69:13

69:18 72:5 80:5
80:18 81:16
82:13 84:2 91:8
93:16 108:13
128:1 139:15,23
140:10,18,25
141:20 142:9
148:5 152:1,18
155:15 168:16
172:13 177:6
189:1 191:10
192:3,14 194:11
199:17 206:13
211:8 230:10
232:18 236:9
240:15 241:25
251:5 257:2,13
**third**  65:1
**thousand**  21:3
23:1,7 34:7,19
84:18 95:4
192:13 199:4,9
201:17 218:20
219:13 230:21
**thousandfold**
75:22 89:21
99:10 100:5
162:18 163:12
185:8 194:3
202:22 238:11
249:8 257:9
**three**  22:6,11
32:1 39:5 62:9
62:25 66:18
68:3 84:9 85:9

103:20,25 105:6
116:6 117:24
164:15 196:9
232:4
**threshold** 41:8
41:15 43:17
44:7,13,15,19
45:1,7 46:5,14
46:18,22 47:2
48:5,14 50:4
63:14 64:11
116:10 117:1,7
117:15 187:22
193:22 239:9
255:11,13,16
**time** 1:18 10:5
11:4 29:23
34:10,10 40:21
45:8 79:20 82:3
82:11 83:8
89:10 91:19
92:15 93:14,18
94:5 104:7
112:10 115:20
123:2,7,7 171:7
172:17 182:3
186:3,8,16
190:10 194:10
195:22 201:10
209:14 213:9
217:20 234:24
242:6 243:23
245:8 248:23
258:2

**timer** 14:9
**times** 30:13 74:8
198:3 203:13
214:14,23 215:3
216:10 219:13
220:15 222:12
236:19
**tissue** 28:22
**titled** 4:7,9,13
4:17,20 5:2,5,8
5:12,16,20 6:2,6
6:11,15,19 7:2,7
7:11,14,17 8:2,5
8:8,12,16 9:2,5
**today** 11:25
14:20 31:9
32:15 33:6
41:17 45:14
50:2 51:10 83:2
141:25 142:16
144:15 147:22
162:9 180:19
195:7 201:12
203:11 220:12
221:9 230:15
232:19 236:3
241:2 242:6,15
250:8
**today's** 14:25
**together** 22:12
55:22 59:13
101:12 102:5
117:22 133:6
167:17 180:2,2
191:22

**took** 80:22
241:8
**tool** 188:7
**top** 26:20,22
35:13 38:12
78:6 150:20
166:7 191:25
213:21 226:17
**topic** 41:2
**topics** 41:3
**totality** 109:20
203:24 217:12
235:10,11,16
257:21
**town** 12:9
**toxic** 28:16
168:8 175:18
191:12 224:20
**toxicity** 25:21
26:10 27:1 60:7
147:12 192:15
192:23 224:2
**toxicological**
25:2 81:24 89:8
91:1,17 92:13
96:18 236:4
238:23 239:20
**toxicologist**
24:22
**toxicology**
24:23 25:3,6
193:12
**track** 194:14
**tract** 175:10
200:13

**training** 17:23
28:10
**transcribing**
13:18
**transcript** 69:9
260:7,7 261:15
**transcripts**
35:21 261:10
**transition** 41:20
**translate** 17:16
17:21 25:4 27:2
110:21 193:20
234:19
**transplant**
158:9
**traurig** 2:9
**treat** 25:4 111:8
**trial** 1:21 19:6
171:14,19
**trials** 115:11
**trichloroethyl...**
5:13,22
**tried** 21:15
70:21 165:7
237:9,12
**troy** 2:14 11:15
**true** 114:13
143:6 206:21
260:7 262:22
**try** 20:24 34:22
34:24 49:2,6
57:22 81:18
96:25 97:10
111:7,9 122:20
142:4 164:19

166:17 171:18
188:10,11 190:3
221:15
**trying**   40:2
53:15,22 72:4
93:20 149:11
166:10 203:5,18
204:23 206:7
207:2 227:14
231:22 234:17
235:4
**tumor**   24:5 54:7
54:15 94:23
100:18 101:14
109:5,17,17,17
118:14,15
145:21 147:21
149:21 158:12
159:21 162:7
164:10 166:3
254:14 257:16
**turn**   57:5
153:11 182:7
196:4,16 204:5
209:10 210:3,13
227:20
**turns**   13:23
**twice**   75:23
145:22
**two**   36:2,23
46:3 59:19,20
62:14 85:24
156:10 214:9
244:3 252:13,14
252:14

**twofold**   30:14
66:5 88:4 90:5
100:6 162:20
170:5 185:9
194:2 249:9
**type**   24:5 26:15
30:21 46:6
48:12 49:4 54:8
59:2 65:9 66:25
68:25 81:23
86:12 93:10
94:24,24 97:25
101:10 103:18
118:12 133:5
134:4 145:24
150:7 151:17
152:14 153:15
156:23 158:12
161:13 162:8
166:3 169:15
175:16 181:8,16
189:15 193:9
211:2 217:17
237:24 244:19
248:20 250:3,7
251:13,17,18
253:22 254:3
255:2,17 256:16
256:19 257:17
257:24
**types**   17:7 18:20
20:22 21:9
22:11 41:9
45:17 52:1,12
53:18 54:15,21

55:4,16 56:2,5
57:12 58:4,12
94:2 95:11
98:16,23 100:18
101:14 103:20
103:25 105:6,8
105:12 108:21
109:5 115:25
116:6 117:3
118:16 119:7
126:9 127:14
128:11 134:19
134:20 136:17
137:7,19,21,25
140:12 141:8,11
142:17 143:14
144:14 145:6
146:12,20 147:7
151:1 155:3,14
159:21,25 162:6
162:7 164:10
165:5 166:6
169:4 170:12,22
187:8,24 232:13
247:1,16 248:14
248:25 249:4
251:23 252:9
253:22 254:14
256:10

**u**

**u.s.**   8:10 226:2
**uh**   194:9
**ultimately**
124:13 134:23
217:15 250:24

**unanswered**
14:11
**unclear**   25:24
198:11
**under**   1:21
78:15 96:6
112:6 130:24
131:9 211:11
261:13 262:21
**undergoes**
106:16
**undersigned**
259:6
**understand**
13:21 14:3
17:11 36:22
37:6 38:2,7,21
40:2 42:5 50:3
53:15,19 54:23
55:2 61:9 64:9
90:20 91:7
93:20 121:14
139:10 144:21
153:21 171:17
171:18,20,24
175:19 178:11
183:17 199:17
204:4 220:11
231:22 232:18
235:23 236:2
**understanding**
20:20 24:12
30:15,17 89:20
241:18

**understood**
14:4 49:12
99:20 100:13
129:7 144:18
**undescended**
158:5
**unexposed**
212:24 220:7
221:20 232:8
240:3 253:5
**unfortunately**
100:10 184:1
189:16 234:9
**unique**  173:3
254:3
**unit**  28:12 29:4
60:22 61:1
112:17,20 125:4
126:1 148:13,16
194:17,21
199:24 200:25
201:14 222:6
228:20,23
**united**  1:1 10:17
175:2 177:23,25
226:10
**units**  70:16,22
76:11,15,18
124:22 245:18
252:19
**unknown**  46:15
151:9
**update**  6:7
250:15

**updated**  127:7
250:25
**updating**  16:5
250:13
**upper**  16:1
119:19 196:20
**usa**  9:9
**use**  1:20 17:14
17:20 19:25
22:6,11,25
23:24 24:23
25:3,11 26:15
28:19 29:8,9
66:17,21 68:2
73:13 76:6
82:17 85:25
86:7 96:25
97:10 98:24
99:1,3,10
100:20 101:12
101:22 102:4,8
108:23 117:13
125:16 133:20
146:6 147:1
159:2 160:9,14
160:19 164:15
187:14 188:7
190:18 193:13
226:8 232:4
235:1,12,18
247:17 249:10
254:7 256:6
**used**  19:13,14
30:6,6,7,8 31:5
31:5 40:5 49:2,7

65:12 70:17
72:5 73:12
91:10 115:23
116:24 117:6
145:10 160:14
174:3 183:9
211:6 212:24
261:16
**uses**  119:21
190:16
**using**  5:13,21
12:16 15:13
29:21 73:12
81:20 126:1
164:11 190:22
198:21 222:5
237:13 240:3
243:22 253:22
256:6
**usually**  20:9
23:2 34:12
73:12 131:12
133:20 206:23

**v**

**v**  1:4,9,13 3:17
4:6 10:16 261:6
262:2
**vague**  25:24
61:19,20,23
153:19
**valid**  19:22 30:8
77:25 79:23,24
80:8,17 89:16
89:25 90:18,21
91:14 92:1 93:2

96:21 99:11
177:4
**validity**  92:7
**valsartan**  242:1
**value**  78:19
88:20 145:24
**vandestreek**
1:11,12 11:17
**variable**  67:17
**variables**  20:12
33:24 34:22
72:25 199:12
**variety**  19:25
**various**  91:2,2
**vascular**  59:7
147:19 179:7
**verbally**  13:20
**veritext**  2:19
10:3,22,24
31:12 60:20,24
112:15,19
119:12,15
148:11,15 182:9
182:12 194:15
194:19 204:13
204:16 228:8,15
228:18,22
229:15 240:20
240:23 258:9
261:10,10,18
**versus**  21:12
55:23,24 77:12
121:13 159:24
166:11 202:2
233:17

**vervicia** 1:3
   10:16
**vessel** 59:6
**vi** 106:18 222:21
**vicinity** 177:11
**video** 1:16 10:4
   10:11,14 60:21
   60:25 112:20
   148:16 194:16
   194:20 228:16
   228:19,23
   240:21,24
   258:10
**videoconferen...**
   1:16 259:8
   260:6
**videographer**
   2:19 10:23
**view** 20:21
   35:11 42:23
   123:24 141:16
   201:24 257:14
**views** 19:21
**virtual** 59:14
**virtually** 10:7
**virus** 156:11
   157:16 158:5
   170:18
**viruses** 140:8
**vitro** 81:24
**vivo** 81:24
**voigt** 2:20 11:10
**volatile** 27:10
**volumes** 4:12
   127:2

**w**

**wait** 70:5 74:16
   97:6 215:21
**waiter** 177:16
**want** 17:11
   42:12 48:1
   57:22 74:16
   93:17 107:1
   112:11 138:19
   156:1 172:9
   186:6 189:1
   193:18 201:2
   225:13 231:9
   240:16
**wanted** 33:6
   208:5
**wants** 148:6
**water** 9:7 68:21
   68:22,24 111:25
   174:22 211:6
   225:3,7,18
   226:2,3,12
   246:20
**way** 32:8 125:9
   193:5 203:3
   216:1 225:15
   230:18
**ways** 23:24
   181:5 189:9
**we've** 12:3 37:5
   38:1 60:11,16
   82:18 112:9
   147:3 151:16,20
   194:11 197:18
   229:25 231:5

   254:8
**weakness**
   218:15
**week** 33:4
**weight** 20:21
   213:16
**welcome** 61:3
   148:18 194:22
   229:4
**wendy** 37:18
**went** 14:22
   21:15 55:23
   107:7 208:18
   248:17
**whatsoever**
   252:3
**white** 159:23
   160:8 164:23
   165:2
**wide** 19:14
**william** 2:19
**wing** 219:25
**wise** 104:1
**withdraw** 207:9
**witness** 10:10
   11:7,19,21 18:9
   19:17,24 20:24
   22:6,21 24:10
   24:16 26:12
   30:5 31:5 40:8
   46:9,20 47:10
   52:25 54:6 55:8
   58:8,19 62:7
   64:5 68:17
   69:13 74:15,25

   77:5 80:16 81:7
   82:5,13 83:13
   85:21 87:23
   89:13 91:23
   92:22 93:16
   94:7 97:6,16
   98:5,12 104:10
   106:5 108:1
   110:13 112:14
   113:4 114:5,21
   115:7 118:5
   120:17 121:12
   121:21 122:7
   123:19 124:18
   125:15 126:3
   127:17 129:11
   131:1 137:16
   138:4 140:25
   141:20 144:7
   145:2 148:8,24
   152:9,17 153:6
   154:24 155:6
   162:14 163:21
   166:24 167:14
   169:1 170:1
   172:13 173:11
   179:21 180:25
   183:22 184:20
   186:6,18 188:5
   191:17 194:24
   198:7 201:7
   202:16 203:17
   209:19 213:6,8
   214:18 216:16
   218:11 219:17

220:21 221:13
222:14 223:8
225:24 227:1
228:10 229:19
230:20 231:17
233:3 234:22
235:9 236:9
237:15 239:1,24
242:6,7 252:12
253:17 254:23
256:4 258:4,7
259:10 261:9,15
262:24
**women** 155:9
**word** 164:11
**words** 44:8,14
47:3 105:16
125:7 142:15
145:15 175:24
237:11
**work** 24:23
26:13,14 28:17
121:9 123:6
124:13
**worked** 120:20
120:22,24 121:1
123:11 162:23
163:6 170:7
184:10 185:13
213:25 242:24
243:4,7
**workers** 4:22
5:3,7,12,21 6:9
6:18,20 7:9,20
8:3,9 195:15

205:8 211:3
217:18
**working** 17:15
65:19 72:20
123:22 180:2
184:14 257:11
**works** 16:20
86:23 180:8
**worksheets**
231:6
**workshop**
250:22,23
**world** 68:23
177:17
**worse** 59:3,9
60:4,9 119:3
131:24 132:8,24
135:12 136:20
181:21 190:25
191:23 192:5,21
**write** 39:5
113:15,25
114:15 134:8
196:21 205:14
250:24
**written** 78:22
**wrong** 206:14
214:8
**wrote** 54:8
106:5

**x**

**x** 3:1,12

**y**

**yeah** 12:17
15:17 19:4
24:16 28:7,7
29:13 31:24
33:23 35:6
39:25 40:21
43:3 44:15
46:21 47:3 53:3
54:6 56:10
60:17 63:11
70:7 78:8,10,18
79:15 98:12
102:22 119:14
120:1,22,25
124:24 126:22
135:2 142:25
145:16 146:17
149:24 156:9
157:19 167:14
172:13 182:17
183:1,6 192:11
192:24 193:20
194:13 195:24
205:20 206:10
206:10,15
207:18 208:11
209:16,22
210:14,18
211:14,17 212:6
213:10 218:11
228:2,8,15,17
231:8,8 236:11
236:24 237:5
243:21 256:4

**year** 34:14
78:15 88:21
95:19,24 96:6
124:23,25 125:5
125:7,10,11,13
149:23 199:4,9
202:19,19,19
**years** 21:4,19,19
23:9,11 31:23
32:1 34:8,13,18
35:8 65:20,21
82:18 83:21
84:18 95:5
120:23 121:2,2
123:12,22
125:18 139:15
139:24 140:5
141:1,6 147:3
149:22,22
162:23 163:4,5
163:5,5,14,14
170:8,8,9 175:3
178:1 184:10
185:12,14,15,15
185:16 194:4
208:18 218:17
218:18 242:24
243:4,7,9
250:16,20 254:1
254:1,9,10

**z**

**zantac** 241:5,13
242:1
**zero** 47:4

**[zoom - zoom]**

**zoom**   12:3

FLORIDA RULES OF CIVIL PROCEDURE

Rule 1.310

(e) Witness Review. If the testimony is
transcribed, the transcript shall be furnished to
the witness for examination and shall be read to or
by the witness unless the examination and reading
are waived by the witness and by the parties. Any
changes in form or substance that the witness wants
to make shall be listed in writing by the officer
with a statement of the reasons given by the
witness for making the changes. The changes shall
be attached to the transcript. It shall then be
signed by the witness unless the parties waived the
signing or the witness is ill, cannot be found, or
refuses to sign. If the transcript is not signed by
the witness within a reasonable time after it is
furnished to the witness, the officer shall sign
the transcript and state on the transcript the
waiver, illness, absence of the witness, or refusal
to sign with any reasons given therefor. The
deposition may then be used as fully as though
signed unless the court holds that the reasons
given for the refusal to sign require rejection of



the deposition wholly or partly, on motion under
rule 1.330(d)(4).

DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.