UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| VERVICIA HENDERSON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION, *et al.*,<br><br>Defendants. | Case No. 6:21-cv-1363-RBD-DCI |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Donna De Milt, Eric Rutledge, Emilio San Martin, Brian Slusarz, Michael McGarry, Ann McGarry, Laura Juda, and Mark Juda appeal to the Eleventh Circuit Court of Appeals from the final judgment entered in this action on February 2, 2024 (Doc. 389), and the corresponding Order entered on December 26, 2023 (Dkt. 383), granting Defendant's summary judgment and *Daubert* motions.

Date: February 7, 2024

Respectfully submitted,

*/s/ T. Michael Morgan*
T. Michael Morgan
FL Bar No. 62229
MORGAN & MORGAN
20 N Orange Ave., Suite 1600
Orlando, FL 32801

1

mmorgan@ForThePeople.com
P: (407) 418-2031
F: (407) 245-3384

Frank M. Petosa
FL Bar No. 972754
MORGAN & MORGAN
COMPLEX LITIGATION
GROUP
8151 Peters Road, 4th Floor
Plantation, FL 33324
fpetosa@ForThePeople.com
P: (954) 327-5366
F: (954) 327-3018

Rene F. Rocha*
MORGAN & MORGAN
COMPLEX LITIGATION
GROUP
400 Poydras St., Suite 1515
New Orleans, LA 70130
rrocha@ForThePeople.com
P: (954) 318-0268
F: (954) 327-3018

Michael F. Ram*
mram@forthepeople.com
Marie N. Appel*
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION
GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

*Pro Hac Vice
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date set forth above a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via the CM/ECF system.

*/s/ T. Michael Morgan*
T. Michael Morgan
FL Bar No. 62229
