**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

VERVICIA HENDERSON et al.,

     Plaintiffs,

v.

LOCKHEED MARTIN CORPORATION et al.,

     Defendants.

Case No. 6:21-cv-1363-RBD-DCI

**LOCKHEED MARTIN'S NOTICE
OF SUPPLEMENTAL PERSUASIVE AUTHORITY**

Pursuant to Local Rule 3.01(i), Lockheed Martin notifies the Court of supplemental persuasive authority: U.S. District Judge Joseph R. Goodwin's March 20, 2024 Memorandum Opinion and Order excluding the opinions of Dr. Ranajit Sahu in *Sommerville v. Union Carbide Corp.*, No. 2:19-cv-00878, 2024 WL 1204094 (S.D.W.V. Mar. 20, 2024).

The order supplements arguments at Doc. 316 at 7 (¶ 2 line 1)–10 (¶ 1 line 7), 12 (¶ 1 line 1)–20 (¶ 2 line 4), and 22 (¶ 3 line 1)–25 (¶ 3 line 2).  *See Sommerville*, 2024 WL 1204094, at *1 ("[T]he opinions of Dr. Sahu are not based upon sufficient facts or data because the inputs he uses in the air model are speculative and are premised on assumptions that do not accurately represent the Defendants' operations . . . ."); *id.* at *13 ("the data . . . was based on the potential maximum emission rates, not actual emissions."); *id.* at *14 ("The use of [] unvalidated input data . . . evidences that there are serious flaws not only in his methodology but also in the conclusions that he has

reached."); *id.* at *19 ("despite there being a local monitoring report replete with information that Dr. Sahu could have potentially used in calculating a reasonable background level, Dr. Sahu chooses instead to ignore local data in lieu of using a national [AirToxScreen] average from a single year—the validity of which is questioned even by the very entity [EPA] that compiled the data."); *id.* ("Dr. Sahu has presented us with a model that is 'a speculative conglomeration of data that is unreliable on the question of exposure' . . . . 'This basic methodological flaw infects his entire analysis' and 'makes for a patently unreliable measure of significant exposure to harmful substances, which is the central issue' in this case").

Dated: August 6, 2024

Francis A. Citera*
citeraf@gtlaw.com
Gretchen N. Miller*
millerg@gtlaw.com
**GREENBERG TRAURIG, LLP**
77 West Wacker Dr., Ste. 3100
Chicago, Illinois 60601
Telephone: (312) 456-6583
Facsimile: (312) 899-0320

*Specially admitted*

Respectfully submitted,

/s/ Christopher Torres
David B. Weinstein (FBN 604410)
weinsteind@gtlaw.com
Christopher Torres (FBN 0716731)
torresch@gtlaw.com
Ryan T. Hopper (FBN 0107347)
hopperr@gtlaw.com
Raymond Jackson (FBN 1028350)
jacksonra@gtlaw.com
Christopher R. White (FBN 1022219)
whitech@gtlaw.com
Jennifer M. Faggion (FBN 0046326)
jennifer.faggion@gtlaw.com
Madeleine Voigt (FBN 1050701)
maddie.voigt@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Blvd., Ste. 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900

*Attorneys for Defendant Lockheed Martin Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 6, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Christopher Torres
Attorney
