UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VERVICIA HENDERSON *et al.*,

    Plaintiffs,

v.                                      Case No. 6:21-cv-1363-RBD-DCI

LOCKHEED MARTIN
CORPORATION; and UNIVERSAL
CITY PROPERTY MANAGEMENT
COMPANY III, LLC,

    Defendants.
_____

## ORDER

In light of the parties' notice regarding the status of pending motions (Doc. 458; *see also* Doc. 414), it is **ORDERED AND ADJUDGED**:

1. The following motions are **DENIED AS MOOT** per agreement of the parties: Docs. 148, 257, 259, 283, 287, 289, 292, 294, 296, 299, 309, 310, 311, 312, 318, and 319.

2. The following motion is **DENIED AS MOOT** in light of Docs. 370, 383, 394, and 399: Doc. 142.

3. The following motions are **DENIED AS MOOT WITHOUT PREJUDICE** in light of Docs. 283 and 299: Docs. 144 and 146.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 24,

2025.



ROY B. DALTON, JR.
United States District Judge