**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

VERVICIA HENDERSON, *et al.*,

v.                                                          CASE NO: 6:21-cv-1363-RBD-DCI

LOCKHEED MARTIN
CORPORATION, *et al.*,

_____

**ORDER**

This cause is before the Court upon *sua sponte* review. This case was set for a final pretrial conference on February 19, 2026, at 10:00 a.m. (Doc. 547.) Defense attorneys for Defendant, Universal City Property Management Company III, LLC, Mr. Michael R. Fidrych and Ryan Kelly McLemore did not appear at the appointed time or seek to be excused from appearance.

Therefore, it is hereby **ORDERED** that defense attorneys, Michael R. Fidrych and Mr. Ryan Kelly McLemore shall **SHOW CAUSE** on or before **March 6, 2026**, why sanctions should not be imposed for failure to comply with this Court's Order. Failure to do so may result in the imposition of sanctions without further notice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 23, 2026.



ROY B. DALTON, JR.
United States District Judge