# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| VERVICIA HENDERSON et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION et al.,<br><br>    Defendants. | Case No. 6:21-cv-1363-RBD-DCI |

### JOINT MOTION TO UPDATE THE CASE CAPTION

The Parties jointly move to update the case caption to match the parties who are still before the Court. Specifically, the parties ask that the caption be updated to read: *Benjamin Johnson et al. v. Lockheed Martin Corporation*.

This case began with multiple named plaintiffs, including Vervicia Henderson. Since then, the Court has issued a series of orders disposing of plaintiffs, including Ms. Henderson. Consequently, only Harrison Carp-Schursky, Aubrey Carp, Jordan Schursky, Benjamin Johnson, Jennifer Johnson, Drew Johnson, Jack Turk, and Cristina Eichstaedt have active claims. Plaintiffs have also stipulated to dismiss UCPM, leaving Lockheed Martin as the sole remaining defendant in this action. (*See* Doc. 610.)

Federal Rule of Civil Procedure 10(a) provides that the title of all pleadings "must name all the parties." By implication, the caption should identify the parties who actually remain before the Court. When individuals no longer have live claims,

their continued inclusion in the case title creates an inconsistency between the record and the caption itself. Leaving resolved plaintiffs in the caption thus serves no substantive purpose. And it risks confusion for the jury, complicates witness testimony, and injects unnecessary ambiguity into filings, instructions, and the verdict form.

\* \* \*

As both Plaintiffs and Defendant agree that the caption should be updated, and because doing so will promote clarity, accuracy, and judicial efficiency, the Parties request that the Court amend the caption to read: *Benjamin Johnson et al. v. Lockheed Martin Corporation*.

Dated: March 9, 2026                                              Respectfully submitted,

| | |
|---|---|
| */s/ T. Michael Morgan* | */s/ David B. Weinstein* |
| T. Michael Morgan | David B. Weinstein (FBN 604410) |
| FL Bar No. 62229 | weinsteind@gtlaw.com |
| **MORGAN & MORGAN, P.A.** | Christopher Torres (FBN 0716731) |
| 20 N Orange Ave., Suite 1600 | torresch@gtlaw.com |
| Orlando, FL 32801 | Ryan T. Hopper (FBN 0107347) |
| mmorgan@ForThePeople.com | hopperr@gtlaw.com |
| P: (407) 418-2031 | Brian Porter (FBN 0120282) |
| F: (407) 245-3384 | brian.porter@gtlaw.com |
| | Jennifer M. Faggion (FBN 46326) |
| Rene Rocha | jennifer.faggion@gtlaw.com |
| **MORGAN & MORGAN, P.A.** | Madeleine J. Voigt (FBN 1050701) |
| 400 Poydras Street, Suite 1505, | maddie.voigt@gtlaw.com |
| New Orleans, LA 70130 | Jeffrey Katz (FBN 1059007) |
| rrocha@ForThePeople.com | jeffrey.katz@gtlaw.com |
| P: (504) 636-6310 | **GREENBERG TRAURIG, P.A.** |
| F: (504) 636-6301 | 101 E. Kennedy Blvd., Ste. 1900 |
| | Tampa, Florida 33602 |

| | |
|---|---|
| Frank M. Petosa<br>FL Bar No. 972754<br>**MORGAN & MORGAN COMPLEX LITIGATION GROUP**<br>8151 Peters Road<br>4th Floor<br>Plantation, FL 33324<br>fpetosa@ForThePeople.com<br>P: (954) 327-5366<br>F: (954) 327-3018<br><br>*Counsel for Plaintiffs* | Telephone: (813) 318-5700<br>Facsimile: (813) 318-5900<br><br>*Counsel for Lockheed Martin Corp.* |

## CERTIFICATE OF SERVICE

I certify that on March 9, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                        */s/ David B. Weinstein*
                                        Counsel for Lockheed Martin Corporation