**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

VERVICIA HENDERSON et al.,

     Plaintiffs,

v.

LOCKHEED MARTIN
CORPORATION,

     Defendant.

Case No. 6:21-cv-01363-RBD-DCI

**PLAINTIFFS' UNOPPOSED MOTION FOR BRIEF CONTINUATION OF**
**TRIAL FROM MAY 12, 2026, TO MAY 15, 2026**

Plaintiffs file this Unopposed Motion for Brief Continuation of Trial from May 12, 2026, to May 15, 2026, as follows:

The trial of this case will begin on April 23, 2026 (Doc. 602). During this case, counsel for the parties have encountered various scheduling difficulties and conflicts that arise in complex cases like this one. For example, Lockheed's lead counsel requested that trial be continued from April 20 to April 22 based on a longstanding commitment to attend the Leadership Florida Program in Miami (Doc. 599 at p. 1). Plaintiffs did not oppose Lockheed's request, which this Court granted (Doc. 602). Plaintiffs, in turn, have a slight scheduling conflict that they wish to raise with this Court.

Plaintiffs' trial counsel, Keith R. Mitnik, has a pre-existing commitment on May 12 and 13, 2026. Specifically, Mr. Mitnik puts on a two-day national seminar once a

1

year. Mr. Mitnik will be leading and will be serving as the primary speaker at this conference, which is in its sixth year. Plaintiff lawyers from around the country travel to it—for last year's event in San Antonio hundreds of lawyers from 42 states attended. The Dr. Phillips Performing Arts Center was booked for this year's event on May 12-13 long before the trial was moved to this date. Keith Mitnik will be presenting on both days for hours. These dates overlap with the judicial conference the court announced. with the Eleventh Circuit Judicial Conference on May 13-14, 2026.[1] Plaintiffs file this motion out of an abundance of caution given the fact that this Court indicated trial would not occur on May 13 and 14.

Counsel understands one of defense counsel had been granted a pause of trial for an event he was scheduled to attend. Plaintiff would ask for the same for these two days. Hopefully, this aligns with the Judge's conference and will not be too much of an imposition. Thank you for your consideration.

Plaintiffs respectfully request that trial not be held on May 12 and 13, 2026. Subject to the Court's approval, Plaintiffs are willing to have a full day of trial on Friday, May 15, 2026. Plaintiffs appreciate this Court's consideration of this matter.

Date: March 27, 2026.                    Respectfully Submitted,

                                         */s/ Keith R. Mitnik, Esq.*
                                         **KEITH R. MITNIK, ESQ.**
                                         Florida Bar No.: 436127
                                         Kentucky Bar No.: 96001

---

[1] https://www.flmd.uscourts.gov/announcements/notice-attorneys-2026-eleventh-circuit-judicial-conference (last visited Mar. 16, 2026).

2

Tennessee Bar No.: 021836
**MORGAN & MORGAN, P.A.**
20 N. Orange Ave., Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Primary Email:
kmitnik@forthepeople.com
Secondary Email:
cvtyler@forthepeople.com

Rene F. Rocha*
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
1100 Poydras St., Suite 2900
New Orleans, LA 70163
rrocha@ForThePeople.com
P: (504) 636-6310
F: (504) 636-6301

T. Michael Morgan
FL Bar No. 62229
MORGAN & MORGAN, P.A.
20 N Orange Ave., Suite 1600
Orlando, FL 32801
mmorgan@ForThePeople.com
P: (407) 418-2031
F: (407) 245-3384

Frank M. Petosa
FL Bar No. 972754
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
8151 Peters Road, 4th Floor
Plantation, FL 33324
fpetosa@ForThePeople.com
P: (954) 327-5366
F: (954) 327-3018

*Pro Hac Vice
Attorneys for the Plaintiffs

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will serve an electronic copy on all counsel of record.

> */s/ Keith R. Mitnik, Esq.*
> Keith R. Mitnik, Esq.

## LOCAL RULE 3.01(G) CERTIFICATION

In compliance with Local Rule 3.01(g), Plaintiffs' Counsel certifies that they have met and conferred with Defendants' counsel regarding this motion. Lockheed does not oppose this motion, which is submitted to this Court for adjudication.

Dated this 27th day of March, 2026.

> */s/ Keith R. Mitnik, Esq.*
> *Attorney for the Plaintiffs*