## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

HARRISON CARP-SCHURSKY;
AUBREY CARP; JORDAN
SCHURSKY; BENJAMIN
JOHNSON; JENNIFER JOHNSON;
DREW JOHNSON; JACK TURK; and
CRISTINA EICHSTAEDT,

    Plaintiffs,

v.            Case No:  6:21-cv-1363-RBD-DCI

LOCKHEED MARTIN
CORPORATION,

    Defendant.

---

### JUDGMENT IN A CIVIL CASE

 This action came before the Court for a trial by jury.  The issues have been tried, and the jury has rendered its verdict.

 It is **ORDERED AND ADJUDGED** that **FINAL JUDGMENT** is entered in favor of Defendant Lockheed Martin Corporation, and against the Plaintiffs, Harrison Carp-Schursky, Aubrey Carp, Jordan Schursky, Benjamin Johnson, Drew Johnson, Jennifer Johnson, Jack Turk, and Cristina Eichstaedt.

 It is further **ORDERED AND ADJUDGED** that the prevailing party shall be entitled to an award of costs as provided in 28 U.S.C. § 1920.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 29, 2026.

ROY B. DALTON, JR.
United States District Judge